**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| MATTHEW DUNTZ,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | Civil No. 3:23-cv-00692<br>Judge Trauger |

**<u>ORDER</u>**

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

The initial case management conference scheduled before Judge Trauger on November 13, 2023 is CANCELLED.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge