**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MATTHEW DUNTZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 3:23-cv-00692** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**DECLARATION OF IWANA RADEMAEKERS IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

---

I, Iwana Rademaekers, hereby declare:

1. I am over the age of eighteen (18), have personal knowledge of the facts stated herein, and am competent to be a witness. I am counsel for Defendant The Lincoln National Life Insurance Company in this case.

2. There have been no disciplinary proceedings by any disciplinary authority or any court, or any criminal charges instituted against me.

I declare under the penalty of perjury that the foregoing facts are true and correct this 14th day of August 2023.

IWANA RADEMAKERS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of August 2023, a true and correct copy of the foregoing **DECLARATION OF IWANA RADEMAEKERS IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE** was filed via the Court's CM/ECF electronic filing system, which served the following counsel of record via electronic notification:

K. Cody Allison, Esq.
Samuel D. Payne, Esq.
Andrew M. Hickman, Esq.
Parkway Towers
404 James Robertson Parkway, Suite 1623
Nashville, Tennessee 37219
Telephone: (615) 234-6000
Facsimile: (615) 727-0175
cody@codyallison.com
sam@codyallison.com
drew@codyallison.com

*Attorneys for Plaintiff*

*<u>/s/ Iwana Rademaekers</u>*
Iwana Rademaekers