**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **MATTHEW DUNTZ,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO. 3:23-cv-00692** |

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, The Lincoln National Life Insurance Company makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in______________________.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in ______________ and with a principal place of business in__________________.

☐ This party is a privately held corporation, incorporated in___________________and with a principal place of business in__________________.

☒ This party has parent corporations

If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☒ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: August 15, 2023 Signature: */s/ Andrew W. Coffman*

Printed Name: Andrew W. Coffman

Title: Counsel for Defendant The Lincoln National Life Insurance Company

PD.42844241.1

RESPECTFULLY SUBMITTED, this the 15th day of August 2023.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

*<u>/s/ Andrew W. Coffman</u>*
Andrew W. Coffman (TN BPR#: 027160)
PHELPS DUNBAR LLP
105 East Main Street, Suite 201
Tupelo, MS 38804
Post Office Box 1220
Tupelo, MS 38802-1220
Phone: (662) 842-7907
Fax: (662) 842-3873
E- mail: andrew.coffman@phelps.com

- AND -

*<u>/s/ Iwana Rademaekers</u>*
Iwana Rademaekers (Texas Bar # 16452560)
(Motion for Admission *Pro Hac Vice* Pending)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
E-mail: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on counsel for Plaintiff via e-mail on August 15, 2023 at their usual business e-mail addresses stated below, and this document was filed on August 16, 2023 using the CM/ECF filing system which sent notification of same to counsel for Plaintiff as follows:

K. Cody Allison
cody@codyallison.com

Samuel D. Payne
sam@codyallison.com

Andrew M. Hickman
drew@codyallison.com

August 16, 2023
Date

*/s/ Andrew W. Coffman*
Andrew W. Coffman