# Exhibit A

1. The Lincoln National Life Insurance Company's parent corporation is Lincoln National Corporation.
2. Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.