UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **MATTHEW DUNTZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 3:23-cv-00692** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD</u>**

Defendant The Lincoln National Life Insurance Company ("Defendant") files Defendant's Submission of Administrative Record pursuant to the Order entered by the Court on November 1, 2023 (Document 14).

1. Group Disability Income Policy and Certificate (Lincoln/Duntz 0001-0080);
2. June 26, 2023, correspondence containing decision on appeal (Lincoln/Duntz 0179-0186);
3. The Administrative Record pertaining to LTD claim (Lincoln/Duntz 0081-0178 and 0187-1400).

Dated this 27th day of November 2023.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted Pro Hac Vice)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- AND -

/s/ Andrew W. Coffman
Andrew W. Coffman (TN BPR#: 027160)
**PHELPS DUNBAR LLP**
105 East Main Street, Suite 201
Post Office Box 1220
Tupelo, MS 38802-1220
PH: (662) 842-7907
Email: andrew.coffman@Phelps.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Middle District of Tennessee, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

K. Cody Allison, Esq.
cody@codyallison.com

Samuel D. Payne
sam@codyallison.com

Andrew M. Hickman
drew@codyallison.com

November 27, 2023
Date

/s/ Iwana Rademaekers
Iwana Rademaekers