# LTD CLAIM PROFILE

**Date:** 8/14/2023 **LFG** **Claim #:** 1220010964

| | | | | | |
|---|---|---|---|---|---|
| **Insurer:** | The Lincoln National Life Insurance Company | **Posted:** | 1/31/2022 | **Location:** | HOME |
| **Policy:** | 00001014129000000 - | **Status:** | CLOSED | **User ID:** | AM0ST5 |
| | Aerospace Technologies Group, Inc. | **Business:** | TRUE LTD | | |
| **Close Date:** | 6/26/2023 | **Close Reason:** | Not TD Ow n Occ | | |

## Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | MATTHEW J DUNTZ | **Phone:** | | **DOB:** | |
| **SSN:** | | **Sex:** | M | **Hire:** | 2/15/2016 |
| **Address:** | | **Ins Eff:** | 5/1/2016 | **Class:** | 1 |
| | USA | **Occ:** | DEMONSTRATOR, ELECTRI | **DOT** | S APPL297357010 ilities) |
| | | **Salary:** | $18,041.66 | **Period:** | Monthly |

## Claim Information

**Special Provisions:** **Min Ben:** $50.00

**Ben:** 60% / 0% **A/S:** 0% **Age:** 59 **Elim Per:** 180 day

**DLW:** 7/30/2021 **DOD:** 7/31/2021 **S/A:** S **W/R:** N **M/N:** N **D/A:** N **ADL:** **Ben Amt:** $10,000.00

**Max Duration:** RBDSS **Res ID:** NONE

**Diagnosis Pri:** I25.10 Atherosclerotic heart disease of native **Limits:**

**Sec:** E78.5 Hyperlipidemia, unspecified **Prognosis:**

**Recovery Date:** 7/6/2029

## Benefit Information

| | | | | | |
|---|---|---|---|---|---|
| **Date Ben Begin:** | 1/27/2022 | **Months Paid:** | 0 | **Actual Age:** | 59 |
| **Modal:** | $10,000.00 | **Reins:** | $0.00 | **Reserve:** | $0.00 |

## Policy Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **M/N Limits:** | Y | **Drug Limits:** | Y | **Pension Sup:** | N | **Own Occ:** | 24 Mos |
| **SS Offset:** | Primary & Family | | | **Prex:** | 3/12 | | |
| **COLA:** | NONE | | | | | | |

## Offset Information

| Type | Status | Awarded | Terminated | Mo Amount | Mo Used |
|---|---|---|---|---|---|
| STD | PROCESSED | 7/31/2021 | 1/29/2022 | $2,000.00 | $0.00 |
| PIB | PENDING | 1/27/2022 | | $1,804.17 | |

## Dependent Information

| Type | DOB | Name |
|---|---|---|
| Spouse | 12/21/1959 | KIMBERLY DUNTZ |
| Child | | NO CHILD NO CHILD |

## Alert Information

| Status | Level | Description | Posted | Resolved |
|---|---|---|---|---|

EXHIBIT

3, part 1

**Action Plan**

## Chronological Activity List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Claimant:** | MATTHEW DUNTZ | | | **Occupation:** | DEMONSTRATOR, ELECTRIC-GAS APPLIANCES (utilities) | | |
| **SSN:** | | **DOB:** | | **Received Date:** | 1/31/2022 | **Months Dis:** | 24 |
| **Claim #:** | 1220010964 | **DOD:** | 7/31/2021 | **Ben:** | $10,000.00 | **Months Pd:** | 0 |
| **Coverage:** | LTD | **Status:** | CLOSED | **Close Date:** | 6/26/2023 | **Assignee:** | AM0ST5 |
| **Policy Holder:** | Aerospace Technologies Group, Inc. | | | | | **Deceased:** | |
| **Case Mgr. Status:** | NONE | | | **Close Code:** | Not TD Own Occ | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Action Plan | | | | |
| 2/2/2022 | Documents/Mail | 1 | Pend Ltr to Employee | Completed | JASDA4 |

Record was canceled. Completed to remove from case diary. Date: 03-FEB-22
Pend Ltr to Employee

Attachments:
TMP

cancelled - need additional attachments and updated address - JASDA4 - Feb 02, 2022 01:45:47 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/2/2022 | Documents/Mail | 3 | ERGENERIC #1 | Completed | JASDA4 |

ERGENERIC #1

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/2/2022 | Documents/Mail | 2 | Pend Ltr to Employee | Completed | JASDA4 |

Pend Ltr to EmployeeAttachments:tmp.pdfThird Party Auth.pdf

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/2/2022 | Telephone (OUT) | 1 | MATTHEW J. DUNTZ | Completed | JASDA4 |

called clmt for initial call - need to correct DOB and new address --
Wife Kimberly 12/21/59 no children, no ssdi - Still employed but no plans to RTW. His job was in charge of marketing, and sales on a global level. He was based in Florida but traveled worldwide. In March 2020 he had a severe heart attack. 100% blockage, gave him a stint and he RTW 6 weeks later. In June 2021 he had cancer melanoma removed from his face. In surgery 5 hours, 80 stitches. He had just RTW when he had his 2nd heart attack. Dr. told him he was done, no more stress. He thought he we doing well and had stress test done. Was able to complete test but failed test according to dr. Had another stint but told would not survive another heart attack and need to change his lifestyle. They are moving up to Nashville to be closer to daughter and family. Cardiologist: Constance Fields, Dermatologist: Channing Barnett 561-717-2277 and PCP Shivanand Persad 561-550-7300. He will be getting all new doctors once they are settled and will update me with these. I explained LTD process including VOC REHAB, AO, PT and Recurring benefits. Will send TMP and TPA both in email and mail. will f/up once review completed - JASDA4 - Feb 02, 2022 11:21:26 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/2/2022 9:28:01 AM | Claim Tasks | 1 | Call Employer | Requested | JASDA4 |

email to ER

Good Morning Michelle,
I am currently reviewing the possible continuation of benefits under the Long Term Disability Claim for Matthew Duntz under the policy issued to Aerospace Technologies Group, Inc.

If you would please provide the following:
1)Date of Hire
2)Enrollment date for LTD
3)Insurance Class
4)Last Full day worked?
5)Regular scheduled work hours (Example: Monday-Friday; 40 hours per week)
6)3 months payroll/paystubs for 04/01/2021-07/01/2021
7)Any other income? Work Comp, Sick Pay, salary continuance?
8)Retirement/Pension information - what type of plan is it? Who contributes? What are the percentages?
9)Employment status?
10)Does the employee's monthly income include commissions? If so please provide commission/bonus from 12 months prior to disability.

Please let me know if you have any questions or concerns.
- JASDA4 - Feb 02, 2022 09:28:30 am



**Lincoln/Duntz 0083**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

1)Date of Hire - 2/15/2016
2)Enrollment date for LTD - 5/1/2016
3)Insurance Class - 1-Officers
4)Last Full day w orked? - 7/29/2021
5)Regular scheduled w ork hours (Example: Monday-Friday; 40 hours per w eek) - Monday-Friday/40 hours per w eek
6)3 months payroll/paystubs for 04/01/2021-07/01/2021 - (attached)
7)Any other income? Work Comp, Sick Pay, salary continuance? - No
8)Retirement/Pension information - w hat type of plan is it? Who contributes? What are the percentages? - 401(k) Retirement Plan no longer actively being contributed to as he is on leave
9)Employment status? - On leave of absence
10)Does the employee's monthly income include commissions? If so please provide commission/bonus from 12 months prior to disability.
(attached)

- JASDA4 - Feb 10, 2022 02:32:55 pm

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:40:57 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/2/2022 9:28:38 AM | Summary/Assessment/Pa | 1h | INITIAL SAP - JASDA4 - Feb 02, 2022 09:31:43 am | Requested | JASDA4 |

Summary Notes
INITIAL SAP - JASDA4 - Feb 02, 2022 09:31:43 am
Assessment Notes
BASIC MONTHLY EARNINGS or PREDISABILITY INCOME means the Insured Employee's average monthly base salary or hourly pay from the Employer before taxes on the Determination Date. The "Determination Date" is the last day w orked just prior to the date the Disability begins.
It also includes:
1. paid commissions averaged over the 12 months just prior to the Determination Date; or over the actual period of employment w ith the Employer just prior to that date, if shorter.
It does not include bonuses, overtime pay, or any other extra compensation. It does not include income from a source other than the Employer. It w ill not exceed the amount show n in the Employer's financial records, the amount for w hich premium has been paid, or the Maximum Covered Monthly Earnings permitted by the Policy; w hichever is less. (Maximum Covered Monthly Earnings equals the Maximum Monthly Benefit divided by the Benefit Percentage show n in the Schedule of Benefits.) Exception: For purposes of determining the Partial Disability Monthly Benefit, Basic Monthly Earnings w ill not exceed the amount show n in the Employer's financial records.

ARDIS: $216,499.92 sent to ER for payroll/commissions - JASDA4 - Feb 02, 2022 09:31:43 am
Path Notes
Matthew Duntz
59 Y/O M Manager (I) DX: atherosclerotic heart disease, hyperlipidemia

STD THRU - 1/29/22
DLW: 7/30/21
DOD: 7/31/21
BCD: 1/27/22
COD: 1/27/24
MAX: 6/7/29

ELIGIBILITY:
-Group is LIST Billed, not NA, Group 5/1/11, EE DOH 2/15/16 and w ould be effective w ith the group on 2/15/16. 00% ER, EE post tax. 0% taxable
-CLASS: 1 - ALL FULL TIME EMPLOYEES, 180 Day EP, 60% benefit, $10,000 MAX, $50 MIN, 24 mo OO, RBDSS.
-BME: $216,499.92
-VOC: Voluntary Rehab - JD - OA?
-PIB/FAM CARE: EE does not have a loss of ADLs so w ould not be eligible.
-PRE EX:3/12- EE's DOD is outside the first 12 months of the 2/15/16 Effective date, so no investigation required.

MEDICAL:

8/17/21 - aps - Constance Fields MD - Coronary Artheriosclerosis; hyperlipdemia - R&Ls avoid all stress, no lifting/carrying > 25 lbs. slow ly increase activity OOW 1/1/22-3/1/22

11/22/21 - stress test - Constance Fields, MD - abnormal findings on diagnostic imaging or heart and coronary circulation.

1/21/22 - CR - Clinical Recommendation: Claim review ed in consult w ith CS. STD max benefit is to 1/29/22. Based on the documents review ed and discussed, EE being treated for coronary artery disease (narrow ing or blockage of the major blood vessels of the heart) and hyperlipidemia (high cholesterol). APS dated 8/17/21 from Dr. Fields (cardiology) noted symptoms of chest pain and shortness of breath. EE w as hospitalized in 8/2021. (Per EE he had an angioplasty during the stay). Treatment includes slow ly increasing activity, cardiac rehab and medication. Chance in condition expected by 3/1/22. Cardiac stress test (evaluates how the heart w orks during physical activity) dated 11/22/21 from Dr. Fields noted previous abnormal heart diagnostic test results. Stress test results noted mild upper septal, inferior w all and anterior w all ischemia (insufficient blood supply) w ith a normal ejection fraction (percentage of blood leaving your heart each time it contracts) of 62%. Per EE he had another angioplasty on 12/14/21 and w ill follow -up w ith Dr. Fields on 1/26/22.

It w ould be reasonable to support R&Ls of frequently lifting 1-5lbs, standing, sitting, balancing, fingering and grasping; continuously reaching at desk level; occasionally lifting 6-25lbs, w alking, stooping, kneeling, crouching, craw ling, climbing, pushing, pulling, bending and reaching overhead and below w aist and avoiding stress through 1/26/22 to allow for follow -up w ith Dr. Fields and ongoing treatment plan.

Recommend requesting OV notes and diagnostic test results from Dr. Fields from DOD to present.
Admission/discharge summary for 8/2021 hospital stay. Refer back as needed.

PATH: initial call; ER Email; medical records
LTP:RTWOO
- JASDA4 - Feb 02, 2022 09:31:43 am

11/30/21 - 1/26/22 OVN Dr Constance Fields - Heart Cath 12/13/21

3/22/20-3/24/20 hospitalized w ith acute myocardial infarction - JASDA4 - Mar 22, 2022 03:01:05 pm

OVN - Constance Field
Hx of present illness from provider :
59 year old w ith CAD status post non ST segment elevation MI 3/22/20
Cardiac Catherization 8/4/21
Hospitalized 10/2021 w ith covid
Nuclear exercise stress test 11/22/21
Elective cardiac catheriterization 12/13/21

UPDATED PATH: Referring for initial CR - JASDA4 - Mar 25, 2022 04:13:24 pm

mgr 75 day review
75 Day review - 59 yo/m sales manager (L) Eff 5/1/2016 / DOD 7/31/21 Dx atherosclerotic heart disease / hyperlipidemia + 180 elim = 1/27/2022 BCD. Claim is currently pending for completion of clinical review w hich w as sent to CTO 3/25/22. Claim has been sent for cardiology peer, ETA 4/18/22. Referring to director for 75 day review or suggested additional actions.
- Management Review - NLGREGO - Apr 12, 2022 09:35:27 am

In review , given the claim is pending clinical review , agree w ith extension as noted. Thank you - Management Review - SMRICKE - Apr 12, 2022 05:50:52 pm - JASDA4 - Apr 14, 2022 07:10:33 am

UPDATED ASSESSMENT
** Peer Review , 04/18/2022. Primary impairing dx is Coronary Artery Disease, w / comorbid dx of Previous Myrocardial infarction. The follow ing R&L's are supported from 07/31/2021 - 8/02/2021, 8/11/2021 - 10/15/2021, 10/17/2021 - 12/12/2021, and 12/21/2021 - current and beyond w / re-evaluation on/around 10/13/2022;
UNRESTRICTED: sitting, Reaching in any direction, use of LE for foot controls, fine manipulation, simple/firm grasping, keyboarding
FREQUENTLY: Standing up to 4 hrs/day, w alking up to 4 hrs/day

OCCASIONALLY: lift/carry/push/pull up to 25 lbs, climb stairs, stoop, kneel, crouch, balance
NEVER: craw ling
Medical information indicate EE had additional functional capacity greater than indicated by TMP.

UPDATED PATH
** R&L's supported from DOD to current appear to be consistent w / OO, but OA needed to confirm. Sending JD in STD to OA to confirm

UPDATED PATH
** R&L's appear to be consistent w / OO per JD in STD. Will send JD to OA to confirm, but likely - EMTON7 - Apr 25, 2022 09:01:43 am

MGR REVIEW:
Review ed file including peer report and OA. The Peer review er did support periodic restrictions, how ever as of / beyond 12/21/2021 R&L's w ere supported that, w hen compared to the Occupational Analysis for the claimant's Ow n Occupation, w ould have allow ed the claimant to perform all Main Duties from that point going forw ard. Therefore, the claimant did not satisfy the limination. Rationale to deny intiial liability beyond BCD is supported. Letter has been review ed and can be sent - Management Review - NLGREGO - May 03, 2022 03:49:06 pm - JASDA4 - May 04, 2022 08:29:36 am

letter sent/ claim denied - JASDA4 - May 04, 2022 09:37:50 am

| | | | | | |
|---|---|---|---|---|---|
| 2/2/2022 11:21:38 AM | Claim Tasks | 2 | Call Claimant | Requested | JASDA4 |

called clmt for initial call - need to correct DOB and new address --
Wife Kimberly 12/21/59 no children, no ssdi - Still employed but no plans to RTW. His job w as in charge of marketing, and sales on a global level. He w as based in Florida but traveled w orldw ide. In March 2020 he had a severe heart attack. 100% blockage, gave him a stint and he RTW 6 w eeks later. In June 2021 he had cancer melanoma removed from his face. In surgery 5 hours, 80 stitches. He had just RTW w hen he had his 2nd heart attack. Dr. told him he w as done, no more stress. He thought he w e doing w ell and had stress test done. Was able to complete test but failed test according to dr. Had another stint but told w ould not survive another heart attack and need to change his lifestyle. They are moving up to Nashville to be closer to daughter and family. Cardiologist: Constance Fields, Dermatologist: Channing Barnett 561-717-2277 and PCP Shivanand Persad 561-550-7300. He w ill be getting all new doctors once they are settled and w ill update me w ith these. I explained LTD process including VOC REHAB, AO, PT and Recurring benefits. Will send TMP and TPA both in email and mail. w ill f/up once review completed - JASDA4 - Feb 02, 2022 11:22:03 am

claim referred for CR - f/up once returned - JASDA4 - Mar 25, 2022 04:14:56 pm

called clmt w ith denial. letter sent today - JASDA4 - May 04, 2022 09:37:24 am

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:40:58 am

| | | | | | |
|---|---|---|---|---|---|
| 2/2/2022 11:26:28 AM | Dependents | 2 | NO CHILD NO CHILD | Child | JASDA4 |
| 2/2/2022 11:26:32 AM | Dependents | 1 | KIMBERLY DUNTZ | Spouse | JASDA4 |
| 2/2/2022 11:38:47 AM | Medical | 1 | | Initial | JASDA4 |

AUTH IN STD CLAIM 1210085648 8/26/21 AWD - JASDA4 - Feb 02, 2022 11:39:49 am
Good afternoon

Claim #: 1220010964
Claimant Name: MATTHEW DUNTZ
Request Date: 02/02/2022
Provider Name: DR. CONSTANCE FIELDS
Invalid Authorization Reason: (delete those that do not apply)

Comments: Authorization on file is a third paryt auth and w e can not use this

*Since the authorization is invalid, w e have closed this request. Please create a new referral w hen the updated authorization is on file.

- VLHOFFM - Feb 04, 2022 03:16:45 pm

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:03 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/2/2022 11:40:00 AM | Medical | 2 | | Initial | JASDA4 |

AUTH IN STD CLAIM 1210085648 8/26/21 AWD - JASDA4 - Feb 02, 2022 11:40:37 am

office says they sent fax 2/5/22 = I requested they resend to my direct fax 402-501-9374 - JASDA4 - Feb 15, 2022 07:35:36 am

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:07 am

| | | | | | |
|---|---|---|---|---|---|
| 2/3/2022 1:37:40 PM | Documents/Mail | 4 | Email | Received | JASDA4 |

2022-02-03-13.21.46.438320O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:49 am

| | | | | | |
|---|---|---|---|---|---|
| 2/3/2022 1:37:40 PM | Documents/Mail | 5 | Email | Received | JASDA4 |

2022-02-03-13.21.46.457320O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:45 am

| | | | | | |
|---|---|---|---|---|---|
| 2/3/2022 1:37:41 PM | Documents/Mail | 6 | Incoming Correspondence | Received | JASDA4 |

2022-02-03-14.35.57.080300O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:42:09 am

| | | | | | |
|---|---|---|---|---|---|
| 2/3/2022 1:37:42 PM | Documents/Mail | 7 | Claim Form - Authorization | Received | JASDA4 |

2022-02-03-14.36.27.912300O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:42:02 am

| | | | | | |
|---|---|---|---|---|---|
| 2/4/2022 | Documents/Mail | 9 | Med Rec Request | Completed | KAHKR9 |

Med Rec RequestAttachments:Duntz.pdfNEW LTD APS.pdf

| | | | | | |
|---|---|---|---|---|---|
| 2/4/2022 | Documents/Mail | 8 | Med Rec Request | Completed | KAHKR9 |

Med Rec RequestAttachments:Duntz.pdf

| | | | | | |
|---|---|---|---|---|---|
| 2/4/2022 | Documents/Mail | 6 | Incoming Correspondence | Completed | JASDA4 |

2022-02-03-14.35.57.080300O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:42:09 am

| | | | | | |
|---|---|---|---|---|---|
| 2/4/2022 | Documents/Mail | 7 | Claim Form - Authorization | Completed | JASDA4 |

2022-02-03-14.36.27.912300O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:42:02 am

| | | | | | |
|---|---|---|---|---|---|
| 2/4/2022 | Documents/Mail | 4 | Email | Completed | JASDA4 |

2022-02-03-13.21.46.438320O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:49 am

| | | | | | |
|---|---|---|---|---|---|
| 2/4/2022 | Documents/Mail | 5 | Email | Completed | JASDA4 |

2022-02-03-13.21.46.457320O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:45 am

| | | | | | |
|---|---|---|---|---|---|
| 2/4/2022 | Medical | 1 | | Closed | JASDA4 |

AUTH IN STD CLAIM 1210085648 8/26/21 AWD - JASDA4 - Feb 02, 2022 11:39:49 am
Good afternoon

Claim #: 1220010964
Claimant Name: MATTHEW DUNTZ
Request Date: 02/02/2022
Provider Name: DR. CONSTANCE FIELDS
Invalid Authorization Reason: (delete those that do not apply)

Comments: Authorization on file is a third paryt auth and w e can not use this

*Since the authorization is invalid, w e have closed this request. Please create a new referral w hen the updated

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | authorization is on file. | | | | |
| | - VLHOFFM - Feb 04, 2022 03:16:45 pm | | | | |
| | Item Closed with Claim by System - JASDA4 - May 04, 2022 09:41:03 am | | | | |
| 2/7/2022 11:22:26 AM | Documents/Mail | 10 | Email | Received | JASDA4 |
| | 2022-02-07-10.49.44.283360O01 | | | | |
| | Item Closed with Claim by System - JASDA4 - May 04, 2022 09:41:38 am | | | | |
| 2/7/2022 11:22:27 AM | Documents/Mail | 11 | Claim Form - Authorization | Received | JASDA4 |
| | 2022-02-07-10.49.44.309360O01 | | | | |
| | Item Closed with Claim by System - JASDA4 - May 04, 2022 09:42:00 am | | | | |
| 2/7/2022 11:22:28 AM | Documents/Mail | 12 | Claim Form - Authorization | Received | JASDA4 |
| | 2022-02-07-10.49.44.339360O01 | | | | |
| | Item Closed with Claim by System - JASDA4 - May 04, 2022 09:41:40 am | | | | |
| 2/8/2022 | Documents/Mail | 11 | Claim Form - Authorization | Completed | JASDA4 |
| | 2022-02-07-10.49.44.309360O01 | | | | |
| | Item Closed with Claim by System - JASDA4 - May 04, 2022 09:42:00 am | | | | |
| 2/8/2022 | Documents/Mail | 12 | Claim Form - Authorization | Completed | JASDA4 |
| | 2022-02-07-10.49.44.339360O01 | | | | |
| | Item Closed with Claim by System - JASDA4 - May 04, 2022 09:41:40 am | | | | |
| 2/8/2022 | Documents/Mail | 10 | Email | Completed | JASDA4 |
| | 2022-02-07-10.49.44.283360O01 | | | | |
| | Item Closed with Claim by System - JASDA4 - May 04, 2022 09:41:38 am | | | | |
| 2/10/2022 | Claim Tasks | 1 | Call Employer | Completed | JASDA4 |
| | email to ER | | | | |

Good Morning Michelle,
I am currently reviewing the possible continuation of benefits under the Long Term Disability Claim for Matthew Duntz under the policy issued to Aerospace Technologies Group, Inc.

If you would please provide the following:
1)Date of Hire
2)Enrollment date for LTD
3)Insurance Class
4)Last Full day worked?
5)Regular scheduled work hours (Example: Monday-Friday; 40 hours per week)
6)3 months payroll/paystubs for 04/01/2021-07/01/2021
7)Any other income? Work Comp, Sick Pay, salary continuance?
8)Retirement/Pension information - what type of plan is it? Who contributes? What are the percentages?
9)Employment status?
10)Does the employee's monthly income include commissions? If so please provide commission/bonus from 12 months prior to disability.

Please let me know if you have any questions or concerns.
- JASDA4 - Feb 02, 2022 09:28:30 am

1)Date of Hire - 2/15/2016
2)Enrollment date for LTD - 5/1/2016
3)Insurance Class - 1-Officers
4)Last Full day worked? - 7/29/2021

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

5)Regular scheduled w ork hours (Example: Monday-Friday; 40 hours per w eek) - Monday-Friday/40 hours per w eek
6)3 months payroll/paystubs for 04/01/2021-07/01/2021 - (attached)
7)Any other income? Work Comp, Sick Pay, salary continuance? - No
8)Retirement/Pension information - w hat type of plan is it? Who contributes? What are the percentages? - 401(k) Retirement Plan no longer actively being contributed to as he is on leave
9)Employment status? - On leave of absence
10)Does the employee's monthly income include commissions? If so please provide commission/bonus from 12 months prior to disability.
(attached)

- JASDA4 - Feb 10, 2022 02:32:55 pm

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:40:57 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/10/2022 2:33:14 PM | Other Income | 1 | Ind. Disability | UNKNOWN | JASDA4 |

not an offset - JASDA4 - Feb 10, 2022 02:33:32 pm

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:11 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/10/2022 3:21:56 PM | Documents/Mail | 13 | Email | Received | JASDA4 |

2022-02-10-15.32.49.749360O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:56 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/10/2022 3:21:57 PM | Documents/Mail | 14 | Incoming Correspondence | Received | JASDA4 |

2022-02-10-15.32.49.769360O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:42:13 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/10/2022 3:21:58 PM | Documents/Mail | 15 | Incoming Correspondence | Received | JASDA4 |

2022-02-10-15.32.49.788360O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:36 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/10/2022 3:21:59 PM | Documents/Mail | 16 | Incoming Correspondence | Received | JASDA4 |

2022-02-10-15.32.49.806360O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:42:07 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/10/2022 3:21:59 PM | Documents/Mail | 17 | Incoming Correspondence | Received | JASDA4 |

2022-02-10-15.32.49.826360O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:51 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/10/2022 3:22:00 PM | Documents/Mail | 18 | Incoming Correspondence | Received | JASDA4 |

2022-02-10-15.32.49.843360O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:33 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/10/2022 3:22:01 PM | Documents/Mail | 20 | Incoming Correspondence | Received | JASDA4 |

2022-02-10-15.32.49.886360O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:42:11 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/10/2022 3:22:01 PM | Documents/Mail | 19 | Incoming Correspondence | Received | JASDA4 |

2022-02-10-15.32.49.860360O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:53 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/10/2022 3:22:02 PM | Documents/Mail | 21 | Incoming Correspondence | Received | JASDA4 |

2022-02-10-15.32.49.903360O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:58 am

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/13/2022 | Documents/Mail | 14 | Incoming Correspondence | Completed | JASDA4 |
| | 2022-02-10-15.32.49.769360O01<br><br>Item Closed with Claim by System - JASDA4 - May 04, 2022 09:42:13 am | | | | |
| 2/13/2022 | Documents/Mail | 20 | Incoming Correspondence | Completed | JASDA4 |
| | 2022-02-10-15.32.49.886360O01<br><br>Item Closed with Claim by System - JASDA4 - May 04, 2022 09:42:11 am | | | | |
| 2/13/2022 | Documents/Mail | 16 | Incoming Correspondence | Completed | JASDA4 |
| | 2022-02-10-15.32.49.806360O01<br><br>Item Closed with Claim by System - JASDA4 - May 04, 2022 09:42:07 am | | | | |
| 2/13/2022 | Documents/Mail | 21 | Incoming Correspondence | Completed | JASDA4 |
| | 2022-02-10-15.32.49.903360O01<br><br>Item Closed with Claim by System - JASDA4 - May 04, 2022 09:41:58 am | | | | |
| 2/13/2022 | Documents/Mail | 13 | Email | Completed | JASDA4 |
| | 2022-02-10-15.32.49.749360O01<br><br>Item Closed with Claim by System - JASDA4 - May 04, 2022 09:41:56 am | | | | |
| 2/13/2022 | Documents/Mail | 19 | Incoming Correspondence | Completed | JASDA4 |
| | 2022-02-10-15.32.49.860360O01<br><br>Item Closed with Claim by System - JASDA4 - May 04, 2022 09:41:53 am | | | | |
| 2/13/2022 | Documents/Mail | 17 | Incoming Correspondence | Completed | JASDA4 |
| | 2022-02-10-15.32.49.826360O01<br><br>Item Closed with Claim by System - JASDA4 - May 04, 2022 09:41:51 am | | | | |
| 2/13/2022 | Documents/Mail | 15 | Incoming Correspondence | Completed | JASDA4 |
| | 2022-02-10-15.32.49.788360O01<br><br>Item Closed with Claim by System - JASDA4 - May 04, 2022 09:41:36 am | | | | |
| 2/13/2022 | Documents/Mail | 18 | Incoming Correspondence | Completed | JASDA4 |
| | 2022-02-10-15.32.49.843360O01<br><br>Item Closed with Claim by System - JASDA4 - May 04, 2022 09:41:33 am | | | | |
| 2/15/2022 7:40:58 AM | Medical | 3 | | Initial | NA7SU3 |
| | auth in awd 2/15/22 - JASDA4 - Feb 15, 2022 07:41:55 am<br><br>INVALID AUTH - 2 auths on file (1) a 3rd party auth which cannot be used to seek records and (2) a general LFG auth - but with incorrect DOB - if compared to the EE statement - see snips below and verify correct DOB. Either we will will need anew auth OR a correction to the DOB in docsnet. If the date is correct - let me know asap and we can proceed w/the auth on file.<br>TRACKING EMAIL OUT TO CE et al<br>CLOSING THIS TASK<br>- NA7SU3 - Feb 18, 2022 03:09:32 pm<br><br>Item Closed with Claim by System - JASDA4 - May 04, 2022 09:41:04 am | | | | |
| 2/15/2022 8:39:44 AM | Documents/Mail | 22 | Email | Received | JASDA4 |
| | 2022-02-15-08.40.59.267540O01<br><br>Item Closed with Claim by System - JASDA4 - May 04, 2022 09:42:04 am | | | | |
| 2/15/2022 12:43:31 PM | Documents/Mail | 23 | Email | Received | JASDA4 |
| | 2022-02-15-13.40.35.959460O01<br><br>Item Closed with Claim by System - JASDA4 - May 04, 2022 09:41:47 am | | | | |

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/15/2022 12:43:31 PM | Documents/Mail | 24 | Medical Records | Received | JASDA4 |
| | 2022-02-15-13.40.35.996460O01<br><br>Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:42 am | | | | |
| 2/16/2022 | Documents/Mail | 22 | Email | Completed | JASDA4 |
| | 2022-02-15-08.40.59.267540O01<br><br>Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:42:04 am | | | | |
| 2/16/2022 | Documents/Mail | 23 | Email | Completed | JASDA4 |
| | 2022-02-15-13.40.35.959460O01<br><br>Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:47 am | | | | |
| 2/16/2022 | Documents/Mail | 24 | Medical Records | Completed | JASDA4 |
| | 2022-02-15-13.40.35.996460O01<br><br>Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:42 am | | | | |
| 2/16/2022 | Medical | 2 | | Closed | JASDA4 |
| | AUTH IN STD CLAIM 1210085648 8/26/21 AWD - JASDA4 - Feb 02, 2022 11:40:37 am<br><br>office says they sent fax 2/5/22 = I requested they resend to my direct fax 402-501-9374 - JASDA4 - Feb 15, 2022 07:35:36 am<br><br>Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:07 am | | | | |
| 2/18/2022 | Medical | 3 | | Closed | NA7SU3 |
| | auth in aw d 2/15/22 - JASDA4 - Feb 15, 2022 07:41:55 am<br><br>INVALID AUTH - 2 auths on file (1) a 3rd party auth w hich cannot be used to seek records and (2) a general LFG auth - but w ith incorrect DOB - if compared to the EE statement - see snips below and verify correct DOB. Either w e w ill w ill need anew auth OR a correction to the DOB in docsnet. If the date is correct - let me know asap and w e can proceed w /the auth on file.<br>TRACKING EMAIL OUT TO CE et al<br>CLOSING THIS TASK<br>- NA7SU3 - Feb 18, 2022 03:09:32 pm<br><br>Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:04 am | | | | |
| 2/22/2022 1:53:07 PM | Documents/Mail | 25 | Email | Received | JASDA4 |
| | 2022-02-22-11.46.31.592560O01<br><br>Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:31 am | | | | |
| 2/22/2022 1:53:09 PM | Documents/Mail | 26 | Claim Form - Authorization | Received | JASDA4 |
| | 2022-02-22-11.46.31.613560O01<br><br>Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:20 am | | | | |
| 2/23/2022 | Documents/Mail | 25 | Email | Completed | JASDA4 |
| | 2022-02-22-11.46.31.592560O01<br><br>Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:31 am | | | | |
| 2/23/2022 | Documents/Mail | 26 | Claim Form - Authorization | Completed | JASDA4 |
| | 2022-02-22-11.46.31.613560O01<br><br>Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:20 am | | | | |
| 2/23/2022 7:45:23 AM | Medical | 4 | | Initial | JASDA4 |
| | SENT PIC AUTH TO LEAD FOR ADJUSTMENT. - DAJIMER - Feb 25, 2022 03:30:00 pm<br>Sent pic auth again to LEAD, unable to dow nload, keep getting error msg. - DAJIMER - Mar 01, 2022 04:15:38 pm<br>Waiting on another auth, had error issues - DAJIMER - Mar 02, 2022 04:28:16 pm<br><br>spoke w ith MRO they have not recieved request from the provider office - Resending to office -- verified fax | | | | |



Lincoln/Duntz 0091

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | number -- sending RT FAX - JASDA4 - Mar 08, 2022 02:14:36 pm | | | | |
| | talked w ith MRO they have received the request and are processing. Should be sent out by end of next w eek - JASDA4 - Mar 11, 2022 10:18:19 am | | | | |
| | Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:06 am | | | | |
| 2/28/2022 11:22:50 AM | Documents/Mail | 27 | Email | Received | JASDA4 |
| | 2022-02-28-09.58.00.262560O01 | | | | |
| | Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:24 am | | | | |
| 2/28/2022 11:22:51 AM | Documents/Mail | 28 | Claim Form - Authorization | Received | JASDA4 |
| | 2022-02-28-09.58.00.311560O01 | | | | |
| | Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:27 am | | | | |
| 3/2/2022 | Documents/Mail | 28 | Claim Form - Authorization | Completed | JASDA4 |
| | 2022-02-28-09.58.00.311560O01 | | | | |
| | Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:27 am | | | | |
| 3/2/2022 | Documents/Mail | 27 | Email | Completed | JASDA4 |
| | 2022-02-28-09.58.00.262560O01 | | | | |
| | Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:24 am | | | | |
| 3/3/2022 | Documents/Mail | 31 | Med Rec Request | Completed | DAJIMER |
| | Med Rec RequestAttachments:M DUNTZ.pdf | | | | |
| 3/3/2022 10:39:49 AM | Documents/Mail | 29 | Email | Received | JASDA4 |
| | 2022-03-03-10.29.19.276560O01 | | | | |
| | Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:29 am | | | | |
| 3/3/2022 10:39:52 AM | Documents/Mail | 30 | Claim Form - Authorization | Received | JASDA4 |
| | 2022-03-03-10.29.19.300560O01 | | | | |
| | Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:22 am | | | | |
| 3/4/2022 | Documents/Mail | 29 | Email | Completed | JASDA4 |
| | 2022-03-03-10.29.19.276560O01 | | | | |
| | Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:29 am | | | | |
| 3/4/2022 | Documents/Mail | 30 | Claim Form - Authorization | Completed | JASDA4 |
| | 2022-03-03-10.29.19.300560O01 | | | | |
| | Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:22 am | | | | |
| 3/10/2022 8:12:45 PM | Claim Tasks | 3 | 45 Day.Need Decision/Extension | Requested | JASDA4 |
| | referred to mgr for review - JASDA4 - Mar 11, 2022 10:18:53 am | | | | |
| | Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:40:59 am | | | | |
| 3/11/2022 | Claim Tasks | 3 | 45 Day.Need Decision/Extension | Completed | JASDA4 |
| | referred to mgr for review - JASDA4 - Mar 11, 2022 10:18:53 am | | | | |
| | Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:40:59 am | | | | |
| 3/11/2022 10:04:55 AM | Documents/Mail | 32 | Fax | Received | JASDA4 |
| | 2022-03-11-10.37.35.927660O01 | | | | |
| | Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:17 am | | | | |
| 3/11/2022 10:19:00 AM | Referrals | 1 | Management Review | Initial | JASDA4 |
| | please review for 45 day review - w aiting on med records - to be sent from MRO next w eek - then w ill need CR to | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

support
- Management Review - JASDA4 - Mar 11, 2022 10:20:30 am

45 Day review - Claim posted 1/31/2022 (Day 44) 59 yo/m sales manager (L) Eff 5/1/2016 / DOD 7/31/21 Dx atherosclerotic heart disease / hyperlipidemia + 180 elim = 1/27/2022 BCD. Claim is pending for medical records. STD NCM review 1/21/22 supports to 1/26/2022 / flup date w ith Dr Fields (cardiology), as the claimant had an angioplasty 12/14/2021. Initial call completed 2/2/22 and w as documented clearly. Per call, EE has essentially retired and stated he has no intention to RTW due to desire to avoid stress and another heart attack. Pend letters w ere sent 2/2/22. 2nd pend letters / medical notice letters w ere not sent to claimant. Agree w ith extension for medical records at this time, how ever a 2nd pend letter w ith explanation of w hat items are needed to complete review must be sent along w ith an update call to determine if EE has continued care w ith new providers and noted in original initial call.
- Management Review - NLGREGO - Mar 16, 2022 04:32:57 pm

Item Closed w ith Claim by System - Management Review - JASDA4 - May 04, 2022 09:42:23 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/15/2022 | Documents/Mail | 32 | Fax | Completed | JASDA4 |

2022-03-11-10.37.35.927660O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:17 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/16/2022 10:59:27 AM | Documents/Mail | 33 | Incoming Correspondence | Received | JASDA4 |

2022-03-16-09.09.11.351680O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:15 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/17/2022 | Documents/Mail | 33 | Incoming Correspondence | Completed | JASDA4 |

2022-03-16-09.09.11.351680O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:15 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/22/2022 | Documents/Mail | 34 | Email | Completed | JASDA4 |

2022-03-22-09.57.07.935820O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/22/2022 | Medical | 4 | | Closed | JASDA4 |

SENT PIC AUTH TO LEAD FOR ADJUSTMENT. - DAJIMER - Feb 25, 2022 03:30:00 pm
Sent pic auth again to LEAD, unable to dow nload, keep getting error msg. - DAJIMER - Mar 01, 2022 04:15:38 pm
Waiting on another auth, had error issues - DAJIMER - Mar 02, 2022 04:28:16 pm

spoke w ith MRO they have not recieved request from the provider office - Resending to office -- verified fax number -- sending RT FAX - JASDA4 - Mar 08, 2022 02:14:36 pm

talked w ith MRO they have received the request and are processing. Should be sent out by end of next w eek - JASDA4 - Mar 11, 2022 10:18:19 am

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:06 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/22/2022 2:40:16 PM | Documents/Mail | 35 | Medical Records | Received | JASDA4 |

2022-03-22-09.57.07.954820O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:13 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/25/2022 | Referrals | 1 | Management Review | Completed | JASDA4 |

please review for 45 day review - w aiting on med records - to be sent from MRO next w eek - then w ill need CR to support
- Management Review - JASDA4 - Mar 11, 2022 10:20:30 am

45 Day review - Claim posted 1/31/2022 (Day 44) 59 yo/m sales manager (L) Eff 5/1/2016 / DOD 7/31/21 Dx atherosclerotic heart disease / hyperlipidemia + 180 elim = 1/27/2022 BCD. Claim is pending for medical records. STD NCM review 1/21/22 supports to 1/26/2022 / flup date w ith Dr Fields (cardiology), as the claimant had an angioplasty 12/14/2021. Initial call completed 2/2/22 and w as documented clearly. Per call, EE has essentially retired and stated he has no intention to RTW due to desire to avoid stress and another heart attack. Pend letters w ere sent 2/2/22. 2nd pend letters / medical notice letters w ere not sent to claimant. Agree w ith extension for medical records at this time, how ever a 2nd pend letter w ith explanation of w hat items are needed to complete review must



**Lincoln/Duntz 0093**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

be sent along w ith an update call to determine if EE has continued care w ith new providers and noted in original initial call.
 - Management Review - NLGREGO - Mar 16, 2022 04:32:57 pm

Item Closed w ith Claim by System - Management Review - JASDA4 - May 04, 2022 09:42:23 am

| | | | | | |
|---|---|---|---|---|---|
| 3/25/2022 | Documents/Mail | 35 | Medical Records | Completed | JASDA4 |

2022-03-22-09.57.07.954820O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:41:13 am

| | | | | | |
|---|---|---|---|---|---|
| 3/25/2022 4:13:58 PM | Referrals | 2 | Initial Claim Review | Initial | EMTON7 |

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:42:21 am
Clinical Consultation - Review Referral Template
Demographics
Claimant Name: Matthew Duntz
Claim Number 1220010964
Occupation/level:Manager/light
Diagnosis:atherosclerotic heart disease; hyperlipidemia
DOD: 7/31/21
DLW: 7/30/21
Matthew Duntz

MEDICAL:
8/17/21 - aps - Constance Fields MD - Coronary Artheriosclerosis; hyperlipdemia - R&Ls avoid all stress, no lifting/carrying > 25 lbs. slow ly increase activity OOW 1/1/22-3/1/22
11/22/21 - stress test - Constance Fields, MD - abnormal findings on diagnostic imaging or heart and coronary circulation.
1/21/22 - CR - Clinical Recommendation: Claim review ed in consult w ith CS. STD max benefit is to 1/29/22. Based on the documents review ed and discussed, EE being treated for coronary artery disease (narrow ing or blockage of the major blood vessels of the heart) and hyperlipidemia (high cholesterol). APS dated 8/17/21 from Dr. Fields (cardiology) noted symptoms of chest pain and shortness of breath. EE w as hospitalized in 8/2021. (Per EE he had an angioplasty during the stay). Treatment includes slow ly increasing activity, cardiac rehab and medication. Chance in condition expected by 3/1/22. Cardiac stress test (evaluates how the heart w orks during physical activity) dated 11/22/21 from Dr. Fields noted previous abnormal heart diagnostic test results. Stress test results noted mild upper septal, inferior w all and anterior w all ischemia (insufficient blood supply) w ith a normal ejection fraction (percentage of blood leaving your heart each time it contracts) of 62%. Per EE he had another angioplasty on 12/14/21 and w ill follow -up w ith Dr. Fields on 1/26/22.

It w ould be reasonable to support R&Ls of frequently lifting 1-5lbs, standing, sitting, balancing, fingering and grasping; continuously reaching at desk level; occasionally lifting 6-25lbs, w alking, stooping, kneeling, crouching, craw ling, climbing, pushing, pulling, bending and reaching overhead and below w aist and avoiding stress through 1/26/22 to allow for follow -up w ith Dr. Fields and ongoing treatment plan.

Recommend requesting OV notes and diagnostic test results from Dr. Fields from DOD to present. Admission/discharge summary for 8/2021 hospital stay. Refer back as needed.

PATH: initial call; ER Email; medical records

11/30/21 - 1/26/22 OVN Dr Constance Fields - Heart Cath 12/13/21
3/22/20-3/24/20 hospitalized w ith acute myocardial infarction - JASDA4 - Mar 22, 2022 03:01:05 pm
OVN - Constance Field
Hx of present illness from provider :
59 year old w ith CAD status post non ST segment elevation MI 3/22/20
Cardiac Catherization 8/4/21
Hospitalized 10/2021 w ith covid
Nuclear exercise stress test 11/22/21
Elective cardiac catheriterization 12/13/21

UPDATED PATH: Referring for initial CR

Specific Medical Question:

Are the restrictions and limitations placed upon the claimants w ork activities by his attending physician reasonable and consistent w ith the medical findings? Please explain
According to the clinical evidence in the file, does the claimant have any impairment? If so, list the impairments, describe their impact to the claimants functional status and note the expected duration of the impairment. - JASDA4 - Mar 25, 2022 04:14:28 pm
Transfer to KMFREYG per ANKMA4 - ANKMA4 - Mar 30, 2022 06:40:34 am
Date: March 30, 2022

Nursing Memorandum

Claim#: 1220010964
Claimant: Matthew Duntz

Clinical Assessment:
EE is a 59 year old manager that w ent out of w ork on 07/30/21 due to diagnosis of coronary atherosclerosis disease ( disease in heart's major blood vessels) 125.83, hyperlipidemia E78.5 ( high levels of fat particles in the blood). He had a myocardial infarction 03/22/2020 & underw ent a percutaneous coronary intervention (minimally invasive procedure used to open clogged coronary arteries) w ith drug eluting stent placement. Echocardiogram performed on 03/22/20 show ed normal left ventricle & normal atrial size. He had a trace of pericardial effusion ( buildup of fluid betw een tissues that line the lungs). His chest x-ray during his hospitalization show ed no evidence of lung pathology. CT of chest w as unremarkable. He had a liver hemangioma ( benign mass) & multiple liver cysts & fat containing right inguinal & femoral hernia. PET CT scan on 09/2020 w as unremarkable suggesting that the lesion w as probably benign. At end of December, 20 EE had a history of experiencing random episodes of sudden dizziness associated w ith diaphoresis centered on face & usually w hen he's standing. He w as evaluated by ENT physician w ho diagnosed him w ith benign positional vertigo w ith no recurrence of the dizziness after epley maneuvers ( used by a problem w ith inner ear) w ere performed. CT of brain show ed no evidence of an acute intracranial lesion. EE w as transferred from Physician office 08/04/2021 for evaluation of a prolonged episode of severe chest pain. He underw ent cardiac catheterization on 08/04/21 w ith left ventricular ejection fraction at 60% w ith no focal w all motion abnormalities. Stent in the proximal left circumflex vessel w as w idely patent. EKG performed 08/03/21 & on 10/16/21 w ere normal. He had a recurrent episode of typical chest pain mid Oct, 21 along w ith other COVID 19 infection symptoms w hich resolved w ith one sublingual nitroglycerin. He w as discharged in stable condition after 3 days. EE underw ent nuclear exercise stress testing 11/22/21 that w as remarkable for mild septal, inferior w all & mild anterior w all ischemia (reduced blood flow ). His ejection fraction w as normal at 62% & advised to repeat cardiac catheterization . EE underw ent elective cardiac catheterization 12/13/21 that show ed no significant obstructive coronary artery disease & no indication for revascularization. He continued to have stable angina related to emotional stress so recommended to restart nitro patch ( treats & prevents chest pain) until his stress has resolved or consider sw itching to oral nitrate. His hyperlipidemia (high levels of lipids such as cholesterol & triglycerides) w as w ell controlled on simvastatin. Cardiology progress notes w ith Dr. Constance Fields on 01/26/22 EE is evaluated via telehealth telephone. He has had typical angina symptoms w hich do resolve w ithin about 15 minutes if he uses a nitropatch or take sublingual nitro. Physical exertion does not cause symptoms. He is otherw ise stable from a cardiac standpoint & tolerating current medications w ell w hich he is cleared to continue. No physical exam w as done. Recommend continue medications & w ill order lab w ork. Physician statement per Dr. Constance Fields, Cardiology on 08/17/21 lists R&L's as he should not be under any emotional stress. Continuously reach desk level. Frequently lift/carry 1-5 lbs., stand, sit, balance, finger, grasp. Occasionally lift/carry 6-25 lbs., w alk, stoop, kneel, crouch, craw l, climb, push, pull, bend, reach overhead, below w aist. Never lift/carry 26-100 lbs. Need to avoid all emotional & physical stress. Able to RTW full time on 3/1/2022. Prognosis good as long as he can avoid stress.

Available medical records revealed that the EE has a history of s/p MI in 03/22/20 & underw ent a drug eluting stent placement for single vessel disease. He continues w ith typical angina symptoms w ith emotional stress that resolve w ith nito patch & has no symptoms w ith arrhythmia or congestive heart failure. Cardiac diagnostic testing w as unremarkable. He w as recommended to use a nitropatch on a daily basis & may sw itch to an oral agent if he w ishes. EE has not had any significant progression of his know n coronary artery disease. He reported random episodes of dizziness but has had no recurrence of dizziness since epley maneuvers w ere performed. Based on

complexity of claim referring for a peer review .

Kathy F    RN BSN
Nurse Disability Consultant, Lincoln Financial Group - KMFREYG - Mar 30, 2022 10:23:03 am
Referral Date: March 30, 2022
Claims Specialist Name: (First/Last) Jane Davidson
Phone Number: 800-423-2765, ext.2835
Email Address: Jane.Davidson@lfg.com

Submitter's Name (First/Last): Kathleen Freygang
Phone Number: 402-452-3870
Email Address: Kathleen. Freygang@ lfg.com

Is this referral COVID related?  (Yes or No): no

Referral Type: Standard
If Addendum, Select Physician:
"Attach relevant medical records (PDF) that need processing
Other Considerations (optional):
Claimant Name (First/Last): Matthew  Duntz
Claim Number: 1220010964
"Include any additional claim #'s involved: STD: 1210085648
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify:  No -Burgundy Claim
Claimant Time Zone: Central
Customer/Group Name: Aerospace Technologies Group, Inc.
Job Title: Manager
Product Type: LTD

Diagnosis:  coronary atherosclerosis disease , hyperlipidemia
Date of Disability: 07/31/2021
Last Day Worked: 07/30/2021
Benefit Begin Date: 01/27/2022
Specialty Requested: Cardiology

Name and Specialty of prior external vendor review ers/ examiners:

Attorney Involvement: Yes or No: no
Attorney Contact Information (If applicable):

?
1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how  any supported level of impairment translates into restrictions and limitations from 07/31/2021 & beyond and comment on the expected duration.

4. Do medical records support any R&Ls that w ere recommended by treating providers for the timeframes in questions?

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Does the claimant have any medically necessary activity restrictions or physical limitations as a result of abnormal clinical exam findings or diagnostic findings?  If so, describe them in detail.

a. Please include your opinion on what she can do in an 8 hour workday: sit, stand, walk, climb, bend, kneel, drive, finger, handle, operate foot controls, reach above shoulder, at desk level, below waist. Lift/Carry, push/pull and how much.
B. Please use terms such as never, occasional (1-33% of day), frequent 34-66% of a workday), constant (67-100% of a workday).

Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence:

Name: Dr. Constance Fields, Cardiology
Phone number: 561-483-8335
Fax number: 561-483-1756 - KMFREYG - Mar 30, 2022 10:28:13 am
Case submitted to CRT case #112654 for a peer review with an Cardiology physician. - KAONE5 - Mar 31, 2022 02:31:51 pm
CRT / ICP is unable to process - asked that we Vend this out on 4/4 - File was submitted to ECN #204356 for peer review with Cardiology physician - KAONE5 - Apr 04, 2022 11:45:32 am
Final report received back from ECN - sent to Disability Claims to be uploaded into AWD - KAONE5 - Apr 19, 2022 02:58:22 pm

| | | | | | |
|---|---|---|---|---|---|
| 4/8/2022 8:14:36 PM | Claim Tasks | 4 | 75 Day.Need Decision/Extension | Requested | JASDA4 |

referred to mannager for review - JASDA4 - Apr 11, 2022 02:33:03 pm

Item Closed with Claim by System - JASDA4 - May 04, 2022 09:41:01 am

| | | | | | |
|---|---|---|---|---|---|
| 4/11/2022 | Claim Tasks | 4 | 75 Day.Need Decision/Extension | Completed | JASDA4 |

referred to mannager for review - JASDA4 - Apr 11, 2022 02:33:03 pm

Item Closed with Claim by System - JASDA4 - May 04, 2022 09:41:01 am

| | | | | | |
|---|---|---|---|---|---|
| 4/11/2022 2:31:57 PM | Referrals | 3 | Management Review | Initial | JASDA4 |

please review for 75 day review - claim in peer reivew

Matthew Duntz
59 Y/O M Manager (I) DX: atherosclerotic heart disease, hyperlipidemia

STD THRU - 1/29/22
DLW: 7/30/21
DOD: 7/31/21
BCD: 1/27/22
COD: 1/27/24
MAX: 6/7/29

ELIGIBILITY:
-Group is LIST Billed, not NA, Group 5/1/11, EE DOH 2/15/16 and would be effective with the group on 2/15/16. 00% ER, EE post tax. 0% taxable
-CLASS: 1 - ALL FULL TIME EMPLOYEES, 180 Day EP, 60% benefit, $10,000 MAX, $50 MIN, 24 mo OO, RBDSS.
-BME: $216,499.92
-VOC: Voluntary Rehab - JD - OA?
-PIB/FAM CARE: EE does not have a loss of ADLs so would not be eligible.
-PRE EX:3/12- EE's DOD is outside the first 12 months of the 2/15/16 Effective date, so no investigation required.

MEDICAL:
8/17/21 - aps - Constance Fields MD - Coronary Artheriosclerosis; hyperlipdemia - R&Ls avoid all stress, no lifting/carrying > 25 lbs. slowly increase activity OOW 1/1/22-3/1/22

11/22/21 - stress test - Constance Fields, MD - abnormal findings on diagnostic imaging or heart and coronary circulation.

1/21/22 - CR - Clinical Recommendation: Claim reviewed in consult with CS. STD max benefit is to 1/29/22. Based

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

on the documents review ed and discussed, EE being treated for coronary artery disease (narrow ing or blockage of the major blood vessels of the heart) and hyperlipidemia (high cholesterol). APS dated 8/17/21 from Dr. Fields (cardiology) noted symptoms of chest pain and shortness of breath. EE w as hospitalized in 8/2021. (Per EE he had an angioplasty during the stay). Treatment includes slow ly increasing activity, cardiac rehab and medication. Chance in condition expected by 3/1/22. Cardiac stress test (evaluates how the heart w orks during physical activity) dated 11/22/21 from Dr. Fields noted previous abnormal heart diagnostic test results. Stress test results noted mild upper septal, inferior w all and anterior w all ischemia (insufficient blood supply) w ith a normal ejection fraction (percentage of blood leaving your heart each time it contracts) of 62%. Per EE he had another angioplasty on 12/14/21 and w ill follow -up w ith Dr. Fields on 1/26/22.

It w ould be reasonable to support R&Ls of frequently lifting 1-5lbs, standing, sitting, balancing, fingering and grasping; continuously reaching at desk level; occasionally lifting 6-25lbs, w alking, stooping, kneeling, crouching, craw ling, climbing, pushing, pulling, bending and reaching overhead and below w aist and avoiding stress through 1/26/22 to allow for follow -up w ith Dr. Fields and ongoing treatment plan.

Recommend requesting OV notes and diagnostic test results from Dr. Fields from DOD to present. Admission/discharge summary for 8/2021 hospital stay. Refer back as needed.

PATH: initial call; ER Email; medical records
LTP:RTWOO
- JASDA4 - Feb 02, 2022 09:31:43 am

11/30/21 - 1/26/22 OVN Dr Constance Fields - Heart Cath 12/13/21

3/22/20-3/24/20 hospitalized w ith acute myocardial infarction - JASDA4 - Mar 22, 2022 03:01:05 pm

OVN - Constance Field
Hx of present illness from provider :
59 year old w ith CAD status post non ST segment elevation MI 3/22/20
Cardiac Catherization 8/4/21
Hospitalized 10/2021 w ith covid
Nuclear exercise stress test 11/22/21
Elective cardiac catheriterization 12/13/21

UPDATED PATH: Referring for initial CR - JASDA4 - Mar 25, 2022 04:13:24 pm - Management Review - JASDA4 - Apr 11, 2022 02:32:40 pm

75 Day review - 59 yo/m sales manager (L) Eff 5/1/2016 / DOD 7/31/21 Dx atherosclerotic heart disease / hyperlipidemia + 180 elim = 1/27/2022 BCD. Claim is currently pending for completion of clinical review w hich w as sent to CTO 3/25/22. Claim has been sent for cardiology peer, ETA 4/18/22. Referring to director for 75 day review or suggested additional actions.
- Management Review - NLGREGO - Apr 12, 2022 09:35:27 am

In review , given the claim is pending clinical review , agree w ith extension as noted. Thank you - Management Review - SMRICKE - Apr 12, 2022 05:50:52 pm

Item Closed w ith Claim by System - Management Review - JASDA4 - May 04, 2022 09:42:25 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/14/2022 | Referrals | 3 | Management Review | Completed | JASDA4 |

please review for 75 day review - claim in peer reivew

Matthew Duntz
59 Y/O M Manager (l) DX: atherosclerotic heart disease, hyperlipidemia

STD THRU - 1/29/22
DLW: 7/30/21
DOD: 7/31/21
BCD: 1/27/22
COD: 1/27/24

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

MAX: 6/7/29

ELIGIBILITY:
-Group is LIST Billed, not NA, Group 5/1/11, EE DOH 2/15/16 and w ould be effective w ith the group on 2/15/16. 00% ER, EE post tax. 0% taxable
-CLASS: 1 - ALL FULL TIME EMPLOYEES, 180 Day EP, 60% benefit, $10,000 MAX, $50 MIN, 24 mo OO, RBDSS.
-BME: $216,499.92
-VOC: Voluntary Rehab - JD - OA?
-PIB/FAM CARE: EE does not have a loss of ADLs so w ould not be eligible.
-PRE EX:3/12- EE's DOD is outside the first 12 months of the 2/15/16 Effective date, so no investigation required.

MEDICAL:
8/17/21 - aps - Constance Fields MD - Coronary Artheriosclerosis; hyperlipdemia - R&Ls avoid all stress, no lifting/carrying > 25 lbs. slow ly increase activity OOW 1/1/22-3/1/22

11/22/21 - stress test - Constance Fields, MD - abnormal findings on diagnostic imaging or heart and coronary circulation.

1/21/22 - CR - Clinical Recommendation: Claim review ed in consult w ith CS. STD max benefit is to 1/29/22. Based on the documents review ed and discussed, EE being treated for coronary artery disease (narrow ing or blockage of the major blood vessels of the heart) and hyperlipidemia (high cholesterol). APS dated 8/17/21 from Dr. Fields (cardiology) noted symptoms of chest pain and shortness of breath. EE w as hospitalized in 8/2021. (Per EE he had an angioplasty during the stay). Treatment includes slow ly increasing activity, cardiac rehab and medication. Chance in condition expected by 3/1/22. Cardiac stress test (evaluates how the heart w orks during physical activity) dated 11/22/21 from Dr. Fields noted previous abnormal heart diagnostic test results. Stress test results noted mild upper septal, inferior w all and anterior w all ischemia (insufficient blood supply) w ith a normal ejection fraction (percentage of blood leaving your heart each time it contracts) of 62%. Per EE he had another angioplasty on 12/14/21 and w ill follow -up w ith Dr. Fields on 1/26/22.

It w ould be reasonable to support R&Ls of frequently lifting 1-5lbs, standing, sitting, balancing, fingering and grasping; continuously reaching at desk level; occasionally lifting 6-25lbs, w alking, stooping, kneeling, crouching, craw ling, climbing, pushing, pulling, bending and reaching overhead and below w aist and avoiding stress through 1/26/22 to allow for follow -up w ith Dr. Fields and ongoing treatment plan.

Recommend requesting OV notes and diagnostic test results from Dr. Fields from DOD to present. Admission/discharge summary for 8/2021 hospital stay. Refer back as needed.

PATH: initial call; ER Email; medical records
LTP:RTWOO
- JASDA4 - Feb 02, 2022 09:31:43 am

11/30/21 - 1/26/22 OVN Dr Constance Fields - Heart Cath 12/13/21

3/22/20-3/24/20 hospitalized w ith acute myocardial infarction - JASDA4 - Mar 22, 2022 03:01:05 pm

OVN - Constance Field
Hx of present illness from provider :
59 year old w ith CAD status post non ST segment elevation MI 3/22/20
Cardiac Catherization 8/4/21
Hospitalized 10/2021 w ith covid
Nuclear exercise stress test 11/22/21
Elective cardiac catheriterization 12/13/21

UPDATED PATH: Referring for initial CR - JASDA4 - Mar 25, 2022 04:13:24 pm - Management Review - JASDA4 - Apr 11, 2022 02:32:40 pm

75 Day review - 59 yo/m sales manager (L) Eff 5/1/2016 / DOD 7/31/21 Dx atherosclerotic heart disease / hyperlipidemia + 180 elim = 1/27/2022 BCD. Claim is currently pending for completion of clinical review w hich w as

sent to CTO 3/25/22. Claim has been sent for cardiology peer, ETA 4/18/22. Referring to director for 75 day review or suggested additional actions.
- Management Review - NLGREGO - Apr 12, 2022 09:35:27 am

In review , given the claim is pending clinical review , agree w ith extension as noted. Thank you - Management Review - SMRICKE - Apr 12, 2022 05:50:52 pm

Item Closed w ith Claim by System - Management Review - JASDA4 - May 04, 2022 09:42:25 am

4/20/2022 Referrals 2 Initial Claim Review Completed EMTON7

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:42:21 am
Clinical Consultation - Review Referral Template
Demographics
Claimant Name: Matthew Duntz
Claim Number 1220010964
Occupation/level:Manager/light
Diagnosis:atherosclerotic heart disease; hyperlipidemia
DOD: 7/31/21
DLW: 7/30/21
Matthew Duntz

MEDICAL:
8/17/21 - aps - Constance Fields MD - Coronary Artheriosclerosis; hyperlipdemia - R&Ls avoid all stress, no lifting/carrying > 25 lbs. slow ly increase activity OOW 1/1/22-3/1/22
11/22/21 - stress test - Constance Fields, MD - abnormal findings on diagnostic imaging or heart and coronary circulation.
1/21/22 - CR - Clinical Recommendation: Claim review ed in consult w ith CS. STD max benefit is to 1/29/22. Based on the documents review ed and discussed, EE being treated for coronary artery disease (narrow ing or blockage of the major blood vessels of the heart) and hyperlipidemia (high cholesterol). APS dated 8/17/21 from Dr. Fields (cardiology) noted symptoms of chest pain and shortness of breath. EE w as hospitalized in 8/2021. (Per EE he had an angioplasty during the stay). Treatment includes slow ly increasing activity, cardiac rehab and medication. Chance in condition expected by 3/1/22. Cardiac stress test (evaluates how the heart w orks during physical activity) dated 11/22/21 from Dr. Fields noted previous abnormal heart diagnostic test results. Stress test results noted mild upper septal, inferior w all and anterior w all ischemia (insufficient blood supply) w ith a normal ejection fraction (percentage of blood leaving your heart each time it contracts) of 62%. Per EE he had another angioplasty on 12/14/21 and w ill follow -up w ith Dr. Fields on 1/26/22.

It w ould be reasonable to support R&Ls of frequently lifting 1-5lbs, standing, sitting, balancing, fingering and grasping; continuously reaching at desk level; occasionally lifting 6-25lbs, w alking, stooping, kneeling, crouching, craw ling, climbing, pushing, pulling, bending and reaching overhead and below w aist and avoiding stress through 1/26/22 to allow for follow -up w ith Dr. Fields and ongoing treatment plan.

Recommend requesting OV notes and diagnostic test results from Dr. Fields from DOD to present. Admission/discharge summary for 8/2021 hospital stay. Refer back as needed.

PATH: initial call; ER Email; medical records

11/30/21 - 1/26/22 OVN Dr Constance Fields - Heart Cath 12/13/21
3/22/20-3/24/20 hospitalized w ith acute myocardial infarction - JASDA4 - Mar 22, 2022 03:01:05 pm
OVN - Constance Field
Hx of present illness from provider :
59 year old w ith CAD status post non ST segment elevation MI 3/22/20
Cardiac Catherization 8/4/21
Hospitalized 10/2021 w ith covid
Nuclear exercise stress test 11/22/21
Elective cardiac catheriterization 12/13/21

UPDATED PATH: Referring for initial CR
Specific Medical Question:

Are the restrictions and limitations placed upon the claimants w ork activities by his attending physician reasonable

and consistent w ith the medical findings? Please explain
According to the clinical evidence in the file, does the claimant have any impairment? If so, list the impairments, describe their impact to the claimants functional status and note the expected duration of the impairment. - JASDA4 - Mar 25, 2022 04:14:28 pm
Transfer to KMFREYG per ANKMA4 - ANKMA4 - Mar 30, 2022 06:40:34 am
Final report received back from ECN - sent to Disability Claims to be uploaded into AWD - KAONE5 - Apr 19, 2022 02:58:22 pm
Date: March 30, 2022

Nursing Memorandum

Claim#: 1220010964
Claimant: Matthew Duntz

Clinical Assessment:
EE is a 59 year old manager that w ent out of w ork on 07/30/21 due to diagnosis of coronary atherosclerosis disease ( disease in heart's major blood vessels) 125.83, hyperlipidemia E78.5 ( high levels of fat particles in the blood). He had a myocardial infarction 03/22/2020 & underw ent a percutaneous coronary intervention (minimally invasive procedure used to open clogged coronary arteries) w ith drug eluting stent placement. Echocardiogram performed on 03/22/20 show ed normal left ventricle & normal atrial size. He had a trace of pericardial effusion ( buildup of fluid betw een tissues that line the lungs). His chest x-ray during his hospitalization show ed no evidence of lung pathology. CT of chest w as unremarkable. He had a liver hemangioma ( benign mass) & multiple liver cysts & fat containing right inguinal & femoral hernia. PET CT scan on 09/2020 w as unremarkable suggesting that the lesion w as probably benign. At end of December, 20 EE had a history of experiencing random episodes of sudden dizziness associated w ith diaphoresis centered on face & usually w hen he's standing. He w as evaluated by ENT physician w ho diagnosed him w ith benign positional vertigo w ith no recurrence of the dizziness after epley maneuvers ( used by a problem w ith inner ear) w ere performed. CT of brain show ed no evidence of an acute intracranial lesion. EE w as transferred from Physician office 08/04/2021 for evaluation of a prolonged episode of severe chest pain. He underw ent cardiac catheterization on 08/04/21 w ith left ventricular ejection fraction at 60% w ith no focal w all motion abnormalities. Stent in the proximal left circumflex vessel w as w idely patent. EKG performed 08/03/21 & on 10/16/21 w ere normal. He had a recurrent episode of typical chest pain mid Oct, 21 along w ith other COVID 19 infection symptoms w hich resolved w ith one sublingual nitroglycerin. He w as discharged in stable condition after 3 days. EE underw ent nuclear exercise stress testing 11/22/21 that w as remarkable for mild septal, inferior w all & mild anterior w all ischemia (reduced blood flow ). His ejection fraction w as normal at 62% & advised to repeat cardiac catheterization . EE underw ent elective cardiac catheterization 12/13/21 that show ed no significant obstructive coronary artery disease & no indication for revascularization. He continued to have stable angina related to emotional stress so recommended to restart nitro patch ( treats & prevents chest pain) until his stress has resolved or consider sw itching to oral nitrate. His hyperlipidemia (high levels of lipids such as cholesterol & triglycerides) w as w ell controlled on simvastatin. Cardiology progress notes w ith Dr. Constance Fields on 01/26/22 EE is evaluated via telehealth telephone. He has had typical angina symptoms w hich do resolve w ithin about 15 minutes if he uses a nitropatch or take sublingual nitro. Physical exertion does not cause symptoms. He is otherw ise stable from a cardiac standpoint & tolerating current medications w ell w hich he is cleared to continue. No physical exam w as done. Recommend continue medications & w ill order lab w ork. Physician statement per Dr. Constance Fields, Cardiology on 08/17/21 lists R&L's as he should not be under any emotional stress. Continuously reach desk level. Frequently lift/carry 1-5 lbs., stand, sit, balance, finger, grasp. Occasionally lift/carry 6-25 lbs., w alk, stoop, kneel, crouch, craw l, climb, push, pull, bend, reach overhead, below w aist. Never lift/carry 26-100 lbs. Need to avoid all emotional & physical stress. Able to RTW full time on 3/1/2022. Prognosis good as long as he can avoid stress.

Available medical records revealed that the EE has a history of s/p MI in 03/22/20 & underw ent a drug eluting stent placement for single vessel disease. He continues w ith typical angina symptoms w ith emotional stress that resolve w ith nito patch & has no symptoms w ith arrhythmia or congestive heart failure. Cardiac diagnostic testing w as unremarkable. He w as recommended to use a nitropatch on a daily basis & may sw itch to an oral agent if he w ishes. EE has not had any significant progression of his know n coronary artery disease. He reported random episodes of dizziness but has had no recurrence of dizziness since epley maneuvers w ere performed. Based on complexity of claim referring for a peer review .

Kathy F RN BSN
Nurse Disability Consultant, Lincoln Financial Group - KMFREYG - Mar 30, 2022 10:23:03 am
Referral Date: March 30, 2022
Claims Specialist Name: (First/Last) Jane Davidson
Phone Number: 800-423-2765, ext.2835
Email Address: Jane.Davidson@lfg.com

Submitter's Name (First/Last): Kathleen Freygang
Phone Number: 402-452-3870
Email Address: Kathleen. Freygang@ lfg.com

Is this referral COVID related? (Yes or No): no

Referral Type: Standard
If Addendum, Select Physician:
"Attach relevant medical records (PDF) that need processing
Other Considerations (optional):
Claimant Name (First/Last): Matthew Duntz
Claim Number: 1220010964
"Include any additional claim #'s involved: STD: 1210085648
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: Central
Customer/Group Name: Aerospace Technologies Group, Inc.
Job Title: Manager
Product Type: LTD

Diagnosis: coronary atherosclerosis disease , hyperlipidemia
Date of Disability: 07/31/2021
Last Day Worked: 07/30/2021
Benefit Begin Date: 01/27/2022
Specialty Requested: Cardiology

Name and Specialty of prior external vendor review ers/ examiners:

Attorney Involvement: Yes or No: no
Attorney Contact Information (If applicable):

?
1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 07/31/2021 & beyond and comment on the expected duration.

4. Do medical records support any R&Ls that w ere recommended by treating providers for the timeframes in questions?

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Does the claimant have any medically necessary activity restrictions or physical limitations as a result of abnormal clinical exam findings or diagnostic findings? If so, describe them in detail.

a. Please include your opinion on w hat she can do in an 8 hour w orkday: sit, stand, w alk, climb, bend, kneel, drive,

finger, handle, operate foot controls, reach above shoulder, at desk level, below w aist. Lift/Carry, push/pull and how much.
B. Please use terms such as never, occasional (1-33% of day), frequent 34-66% of a w orkday), constant (67-100% of a w orkday).

Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:

Name: Dr. Constance Fields, Cardiology
Phone number: 561-483-8335
Fax number: 561-483-1756 - KMFREYG - Mar 30, 2022 10:28:13 am
Case submitted to CRT case #112654 for a peer review w ith an Cardiology physician. - KAONE5 - Mar 31, 2022 02:31:51 pm
CRT / ICP is unable to process - asked that w e Vend this out on 4/4 - File w as submitted to ECN #204356 for peer review w ith Cardiology physician - KAONE5 - Apr 04, 2022 11:45:32 am

4/20/2022 9:01:23 AM | Documents/Mail | 36 | Email | Received | EMTON7

2022-04-19-15.57.47.677980O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:42:15 am

4/20/2022 9:01:24 AM | Documents/Mail | 37 | Medical Records | Received | EMTON7

2022-04-19-15.57.47.704980O01

** Peer Review , 04/18/2022. Primary impairing dx is Coronary Artery Disease, w / comorbid dx of Previous Myrocardial infarction. The follow ing R&L's are supported from 07/31/2021 - 8/02/2021, 8/11/2021 - 10/15/2021, 10/17/2021 - 12/12/2021, and 12/21/2021 - current and beyond w / re-evaluation on/around 10/13/2022;
UNRESTRICTED: sitting, Reaching in any direction, use of LE for foot controls, fine manipulation, simple/firm grasping, keyboarding
FREQUENTLY: Standing up to 4 hrs/day, w alking up to 4 hrs/day
OCCASIONALLY: lift/carry/push/pull up to 25 lbs, climb stairs, stoop, kneel, crouch, balance
NEVER: craw ling
Medical information indicate EE had additional functional capacity greater than indicated by TMP.
- EMTON7 - Apr 25, 2022 08:48:47 am

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:42:17 am

4/22/2022 | Documents/Mail | 36 | Email | Completed | EMTON7

2022-04-19-15.57.47.677980O01

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:42:15 am

4/25/2022 | Documents/Mail | 37 | Medical Records | Completed | EMTON7

2022-04-19-15.57.47.704980O01

** Peer Review , 04/18/2022. Primary impairing dx is Coronary Artery Disease, w / comorbid dx of Previous Myrocardial infarction. The follow ing R&L's are supported from 07/31/2021 - 8/02/2021, 8/11/2021 - 10/15/2021, 10/17/2021 - 12/12/2021, and 12/21/2021 - current and beyond w / re-evaluation on/around 10/13/2022;
UNRESTRICTED: sitting, Reaching in any direction, use of LE for foot controls, fine manipulation, simple/firm grasping, keyboarding
FREQUENTLY: Standing up to 4 hrs/day, w alking up to 4 hrs/day
OCCASIONALLY: lift/carry/push/pull up to 25 lbs, climb stairs, stoop, kneel, crouch, balance
NEVER: craw ling
Medical information indicate EE had additional functional capacity greater than indicated by TMP.
- EMTON7 - Apr 25, 2022 08:48:47 am

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:42:17 am

4/25/2022 9:05:27 AM | Referrals | 4 | Occ Analysis | Initial | JASDA4

>>> DEMOGRAPHICS
Name: Matthew Duntz

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Claim #: 1220010964
Gainful Amount (If defined in the policy): N/A
Benefit Amount: N/A
Authorization to discuss w ork capacity/R&Ls w ith Physician on file?: Y
Is the claim CA Sitused, ERISA/Non-ERISA, or other policy exceptions?: ERISA
If Local Economy, please identify EE's location at time of disability: Nashville, TN

>>> MEDICAL INFORMATION
Current Functional Capacity and R&Ls supported by physician: R&L's supported by Peer; UNRESTRICTED: sitting, Reaching in any direction, use of LE for foot controls, fine manipulation, simple/firm grasping, keyboarding
FREQUENTLY: Standing up to 4 hrs/day, w alking up to 4 hrs/day
OCCASIONALLY: lift/carry/push/pull up to 25 lbs, climb stairs, stoop, kneel, crouch, balance
NEVER: craw ling
Hand Dominance: N/A

>>> VOCATIONAL INFORMATION
Job Title from ER: Chief Sales Officer
Previous OA/TSA/TSR/Voc Rehab review completed?: N/A
Job Description on file?: JD in AWD 2021-09-07-09.59.41.934480O01
Job Analysis on file?: N/A
Work History and Educational Information (TSA utilizes 15 years of w ork experience and highest education completed): N/A

>>> SPECIFIC QUESTION(S) FOR REVIEWER
** Please use the JD in AWD 2021-09-07-09.59.41.934480O01 for an OA to assist initial processing. Thank you!
- EMTON7 - Apr 25, 2022 09:05:48 am

VOC RESPONSE:
The employer requirements of the job are comparable that of the national requirements of the occupation. The occupation is most often performed at the Sedentary level in the National Economy, per the DOT of Vice President [DOT 189.117-034].
Tracie Grumet, MA, CRC
Vocational Rehabilitation Consultant II
- TROGR7 - Apr 27, 2022 11:00:23 am

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:42:26 am

| 4/27/2022 | Referrals | 4 | Occ Analysis | Completed | JASDA4 |
|---|---|---|---|---|---|

>>> DEMOGRAPHICS
Name: Matthew Duntz
Claim #: 1220010964
Gainful Amount (If defined in the policy): N/A
Benefit Amount: N/A
Authorization to discuss w ork capacity/R&Ls w ith Physician on file?: Y
Is the claim CA Sitused, ERISA/Non-ERISA, or other policy exceptions?: ERISA
If Local Economy, please identify EE's location at time of disability: Nashville, TN

>>> MEDICAL INFORMATION
Current Functional Capacity and R&Ls supported by physician: R&L's supported by Peer; UNRESTRICTED: sitting, Reaching in any direction, use of LE for foot controls, fine manipulation, simple/firm grasping, keyboarding
FREQUENTLY: Standing up to 4 hrs/day, w alking up to 4 hrs/day
OCCASIONALLY: lift/carry/push/pull up to 25 lbs, climb stairs, stoop, kneel, crouch, balance
NEVER: craw ling
Hand Dominance: N/A

>>> VOCATIONAL INFORMATION
Job Title from ER: Chief Sales Officer
Previous OA/TSA/TSR/Voc Rehab review completed?: N/A
Job Description on file?: JD in AWD 2021-09-07-09.59.41.934480O01
Job Analysis on file?: N/A

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Work History and Educational Information (TSA utilizes 15 years of w ork experience and highest education completed): N/A

>>> SPECIFIC QUESTION(S) FOR REVIEWER
** Please use the JD in AWD 2021-09-07-09.59.41.934480O01 for an OA to assist initial processing. Thank you!
- EMTON7 - Apr 25, 2022 09:05:48 am

VOC RESPONSE:
The employer requirements of the job are comparable that of the national requirements of the occupation. The occupation is most often performed at the Sedentary level in the National Economy, per the DOT of Vice President [DOT 189.117-034].
Tracie Grumet, MA, CRC
Vocational Rehabilitation Consultant II
- TROGR7 - Apr 27, 2022 11:00:23 am

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:42:26 am

| 4/27/2022 | Documents/Mail | 38 | Email | Completed | JASDA4 |
|---|---|---|---|---|---|

2022-04-27-12.02.06.591200O01

| 4/27/2022 | Documents/Mail | 39 | Incoming Correspondence | Completed | JASDA4 |
|---|---|---|---|---|---|

2022-04-27-12.02.06.625200O01

| 5/2/2022 2:19:52 PM | Documents/Mail | 40 | Denial Not Disabled | Work In Progress | JASDA4 |
|---|---|---|---|---|---|

Denial Not DisabledAttachments:Translation services

| 5/2/2022 3:55:45 PM | Referrals | 5 | Management Review | Initial | JASDA4 |
|---|---|---|---|---|---|

nick please review for Not disabled. PEER Review does not support disability as ihis occ is level sedentary. Peer reviw has R&Ls up to Light level occ.

Please review letter in file - w ill make phone call to claimant once letter is approved. - Management Review - JASDA4 - May 02, 2022 03:58:50 pm

Review ed file including peer report and OA. The Peer review er did support periodic restrictions, how ever as of / beyond 12/21/2021 R&L's w ere supported that, w hen compared to the Occupational Analysis for the claimant's Ow n Occupation, w ould have allow ed the claimant to perform all Main Duties from that point going forw ard. Therefore, the claimant did not satisfy the limination. Rationale to deny intiial liability beyond BCD is supported. Letter has been review ed and can be sent - Management Review - NLGREGO - May 03, 2022 03:49:06 pm

Item Closed w ith Claim by System - Management Review - JASDA4 - May 04, 2022 09:42:22 am

| 5/4/2022 | Referrals | 5 | Management Review | Completed | JASDA4 |
|---|---|---|---|---|---|

nick please review for Not disabled. PEER Review does not support disability as ihis occ is level sedentary. Peer reviw has R&Ls up to Light level occ.

Please review letter in file - w ill make phone call to claimant once letter is approved. - Management Review - JASDA4 - May 02, 2022 03:58:50 pm

Review ed file including peer report and OA. The Peer review er did support periodic restrictions, how ever as of / beyond 12/21/2021 R&L's w ere supported that, w hen compared to the Occupational Analysis for the claimant's Ow n Occupation, w ould have allow ed the claimant to perform all Main Duties from that point going forw ard. Therefore, the claimant did not satisfy the limination. Rationale to deny intiial liability beyond BCD is supported. Letter has been review ed and can be sent - Management Review - NLGREGO - May 03, 2022 03:49:06 pm

Item Closed w ith Claim by System - Management Review - JASDA4 - May 04, 2022 09:42:22 am

| 5/4/2022 | Summary/Assessment/Pa | 1h | INITIAL SAP - JASDA4 - Feb 02, 2022 09:31:43 am | Completed | JASDA4 |
|---|---|---|---|---|---|

Summary Notes
INITIAL SAP - JASDA4 - Feb 02, 2022 09:31:43 am
Assessment Notes
BASIC MONTHLY EARNINGS or PREDISABILITY INCOME means the Insured Employee's average

monthly base salary or hourly pay from the Employer before taxes on the Determination Date. The "Determination Date" is the last day w orked just prior to the date the Disability begins.
It also includes:
1. paid commissions averaged over the 12 months just prior to the Determination Date; or over the actual period of employment w ith the Employer just prior to that date, if shorter.
It does not include bonuses, overtime pay, or any other extra compensation. It does not include income from a source other than the Employer. It w ill not exceed the amount show n in the Employer's financial records, the amount for w hich premium has been paid, or the Maximum Covered Monthly Earnings permitted by the Policy; w hichever is less. (Maximum Covered Monthly Earnings equals the Maximum Monthly Benefit divided by the Benefit Percentage show n in the Schedule of Benefits.) Exception: For purposes of determining the Partial Disability Monthly Benefit, Basic Monthly Earnings w ill not exceed the amount show n in the Employer's financial records.

ARDIS: $216,499.92 sent to ER for payroll/commissions - JASDA4 - Feb 02, 2022 09:31:43 am
Path Notes
Matthew Duntz
59 Y/O M Manager (I) DX: atherosclerotic heart disease, hyperlipidemia

STD THRU - 1/29/22
DLW: 7/30/21
DOD: 7/31/21
BCD: 1/27/22
COD: 1/27/24
MAX: 6/7/29

ELIGIBILITY:
-Group is LIST Billed, not NA, Group 5/1/11, EE DOH 2/15/16 and w ould be effective w ith the group on 2/15/16. 00% ER, EE post tax. 0% taxable
-CLASS: 1 - ALL FULL TIME EMPLOYEES, 180 Day EP, 60% benefit, $10,000 MAX, $50 MIN, 24 mo OO, RBDSS.
-BME: $216,499.92
-VOC: Voluntary Rehab - JD - OA?
-PIB/FAM CARE: EE does not have a loss of ADLs so w ould not be eligible.
-PRE EX:3/12- EE's DOD is outside the first 12 months of the 2/15/16 Effective date, so no investigation required.

MEDICAL:
8/17/21 - aps - Constance Fields MD - Coronary Artheriosclerosis; hyperlipdemia - R&Ls avoid all stress, no lifting/carrying > 25 lbs. slow ly increase activity OOW 1/1/22-3/1/22

11/22/21 - stress test - Constance Fields, MD - abnormal findings on diagnostic imaging or heart and coronary circulation.

1/21/22 - CR - Clinical Recommendation: Claim review ed in consult w ith CS. STD max benefit is to 1/29/22. Based on the documents review ed and discussed, EE being treated for coronary artery disease (narrow ing or blockage of the major blood vessels of the heart) and hyperlipidemia (high cholesterol). APS dated 8/17/21 from Dr. Fields (cardiology) noted symptoms of chest pain and shortness of breath. EE w as hospitalized in 8/2021. (Per EE he had an angioplasty during the stay). Treatment includes slow ly increasing activity, cardiac rehab and medication. Chance in condition expected by 3/1/22. Cardiac stress test (evaluates how the heart w orks during physical activity) dated 11/22/21 from Dr. Fields noted previous abnormal heart diagnostic test results. Stress test results noted mild upper septal, inferior w all and anterior w all ischemia (insufficient blood supply) w ith a normal ejection fraction (percentage of blood leaving your heart each time it contracts) of 62%. Per EE he had another angioplasty on 12/14/21 and w ill follow -up w ith Dr. Fields on 1/26/22.

It w ould be reasonable to support R&Ls of frequently lifting 1-5lbs, standing, sitting, balancing, fingering and grasping; continuously reaching at desk level; occasionally lifting 6-25lbs, w alking, stooping, kneeling, crouching, craw ling, climbing, pushing, pulling, bending and reaching overhead and below w aist and avoiding stress through 1/26/22 to allow for follow -up w ith Dr. Fields and ongoing treatment plan.

Recommend requesting OV notes and diagnostic test results from Dr. Fields from DOD to present. Admission/discharge summary for 8/2021 hospital stay. Refer back as needed.

PATH: initial call; ER Email; medical records
LTP:RTWOO
- JASDA4 - Feb 02, 2022 09:31:43 am

11/30/21 - 1/26/22 OVN Dr Constance Fields - Heart Cath 12/13/21

3/22/20-3/24/20 hospitalized w ith acute myocardial infarction - JASDA4 - Mar 22, 2022 03:01:05 pm

OVN - Constance Field
Hx of present illness from provider :
59 year old w ith CAD status post non ST segment elevation MI 3/22/20
Cardiac Catherization 8/4/21
Hospitalized 10/2021 w ith covid
Nuclear exercise stress test 11/22/21
Elective cardiac catheriterization 12/13/21

UPDATED PATH: Referring for initial CR - JASDA4 - Mar 25, 2022 04:13:24 pm

mgr 75 day review
75 Day review - 59 yo/m sales manager (L) Eff 5/1/2016 / DOD 7/31/21 Dx atherosclerotic heart disease / hyperlipidemia + 180 elim = 1/27/2022 BCD. Claim is currently pending for completion of clinical review w hich w as sent to CTO 3/25/22. Claim has been sent for cardiology peer, ETA 4/18/22. Referring to director for 75 day review or suggested additional actions.
- Management Review - NLGREGO - Apr 12, 2022 09:35:27 am

In review , given the claim is pending clinical review , agree w ith extension as noted. Thank you - Management Review - SMRICKE - Apr 12, 2022 05:50:52 pm - JASDA4 - Apr 14, 2022 07:10:33 am

UPDATED ASSESSMENT
** Peer Review , 04/18/2022. Primary impairing dx is Coronary Artery Disease, w / comorbid dx of Previous Myrocardial infarction. The follow ing R&L's are supported from 07/31/2021 - 8/02/2021, 8/11/2021 - 10/15/2021, 10/17/2021 - 12/12/2021, and 12/21/2021 - current and beyond w / re-evaluation on/around 10/13/2022;
UNRESTRICTED: sitting, Reaching in any direction, use of LE for foot controls, fine manipulation, simple/firm grasping, keyboarding
FREQUENTLY: Standing up to 4 hrs/day, w alking up to 4 hrs/day
OCCASIONALLY: lift/carry/push/pull up to 25 lbs, climb stairs, stoop, kneel, crouch, balance
NEVER: craw ling
Medical information indicate EE had additional functional capacity greater than indicated by TMP.

UPDATED PATH
** R&L's supported from DOD to current appear to be consistent w / OO, but OA needed to confirm. Sending JD in STD to OA to confirm

UPDATED PATH
** R&L's appear to be consistent w / OO per JD in STD. Will send JD to OA to confirm, but likely - EMTON7 - Apr 25, 2022 09:01:43 am

MGR REVIEW:
Review ed file including peer report and OA. The Peer review er did support periodic restrictions, how ever as of / beyond 12/21/2021 R&L's w ere supported that, w hen compared to the Occupational Analysis for the claimant's Ow n Occupation, w ould have allow ed the claimant to perform all Main Duties from that point going forw ard. Therefore, the claimant did not satisfy the limination. Rationale to deny intiial liability beyond BCD is supported. Letter has been review ed and can be sent - Management Review - NLGREGO - May 03, 2022 03:49:06 pm - JASDA4 - May 04, 2022 08:29:36 am

letter sent/ claim denied - JASDA4 - May 04, 2022 09:37:50 am

| | | | | | |
|---|---|---|---|---|---|
| 5/4/2022 | Documents/Mail | 41 | Generic Denial Ltr Sent to Employer | Completed | JASDA4 |
| | Generic Denial Ltr Sent to Employer | | | | |
| 5/4/2022 | Documents/Mail | 40 | Denial Not Disabled | Completed | JASDA4 |
| | Denial Not DisabledAttachments:Translation services | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/4/2022 | Claim Tasks | 2 | Call Claimant | Completed | JASDA4 |

called clmt for initial call - need to correct DOB and new address --
Wife Kimberly 12/21/59 no children, no ssdi - Still employed but no plans to RTW. His job w as in charge of marketing, and sales on a global level. He w as based in Florida but traveled w orldw ide. In March 2020 he had a severe heart attack. 100% blockage, gave him a stint and he RTW 6 w eeks later. In June 2021 he had cancer melanoma removed from his face. In surgery 5 hours, 80 stitches. He had just RTW w hen he had his 2nd heart attack. Dr. told him he w as done, no more stress. He thought he w e doing w ell and had stress test done. Was able to complete test but failed test according to dr. Had another stint but told w ould not survive another heart attack and need to change his lifestyle. They are moving up to Nashville to be closer to daughter and family. Cardiologist: Constance Fields, Dermatologist: Channing Barnett 561-717-2277 and PCP Shivanand Persad 561-550-7300. He w ill be getting all new doctors once they are settled and w ill update me w ith these. I explained LTD process including VOC REHAB, AO, PT and Recurring benefits. Will send TMP and TPA both in email and mail. w ill f/up once review completed - JASDA4 - Feb 02, 2022 11:22:03 am

claim referred for CR - f/up once returned - JASDA4 - Mar 25, 2022 04:14:56 pm

called clmt w ith denial. letter sent today - JASDA4 - May 04, 2022 09:37:24 am

Item Closed w ith Claim by System - JASDA4 - May 04, 2022 09:40:58 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/4/2022 | Telephone (OUT) | 2 | MATTHEW J. DUNTZ | Completed | JASDA4 |

called clmt explained claim denied letter sent today via email. - JASDA4 - May 04, 2022 09:36:59 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/4/2022 9:40:10 AM | Status | | Not TD Ow n Occ | CLOSED | JASDA4 |
| 5/5/2022 11:11:08 AM | Documents/Mail | 42 | Email<br>2022-05-05-09.20.15.724180O01 | Received | JASDA4 |
| 5/5/2022 11:11:09 AM | Documents/Mail | 43 | Incoming Correspondence<br>2022-05-05-09.20.15.746180O01 | Received | JASDA4 |
| 5/5/2022 11:11:10 AM | Documents/Mail | 44 | Medical Records<br>2022-05-05-09.20.15.766180O01 | Received | JASDA4 |
| 5/6/2022 | Documents/Mail | 43 | Incoming Correspondence<br>2022-05-05-09.20.15.746180O01 | Completed | JASDA4 |
| 5/6/2022 | Documents/Mail | 42 | Email<br>2022-05-05-09.20.15.724180O01 | Completed | JASDA4 |
| 5/6/2022 | Documents/Mail | 44 | Medical Records<br>2022-05-05-09.20.15.766180O01 | Completed | JASDA4 |
| 5/18/2022 10:33:23 AM | Referrals | 6 | Occ Analysis | Initial | JASDA4 |

*** OA ADDENDUM REVIEW **

>>> DEMOGRAPHICS
Name: Matthew Duntz
Claim #: 1220010964
Gainful Amount (If defined in the policy): N/A
Benefit Amount: N/A
Authorization to discuss w ork capacity/R&Ls w ith Physician on file?: Y
Is the claim CA Sitused, ERISA/Non-ERISA, or other policy exceptions?: ERISA
If Local Economy, please identify EE's location at time of disability: Nashville, TN

>>> MEDICAL INFORMATION
Current Functional Capacity and R&Ls supported by physician: R&L's supported by Peer; UNRESTRICTED: sitting, Reaching in any direction, use of LE for foot controls, fine manipulation, simple/firm grasping, keyboarding
FREQUENTLY: Standing up to 4 hrs/day, w alking up to 4 hrs/day
OCCASIONALLY: lift/carry/push/pull up to 25 lbs, climb stairs, stoop, kneel, crouch, balance
NEVER: craw ling
Hand Dominance: N/A

>>> VOCATIONAL INFORMATION
Job Title from ER: Chief Sales Officer
Previous OA/TSA/TSR/Voc Rehab review completed?: N/A

Job Description on file?: JD in AWD 2021-09-07-09.59.41.934480O01
Job Analysis on file?: N/A
Work History and Educational Information (TSA utilizes 15 years of w ork experience and highest education completed): N/A

>>> SPECIFIC QUESTION(S) FOR REVIEWER
** Please use the JD in AWD 2021-09-07-09.59.41.934480O01 for an OA to assist initial processing. Thank you!
- EMTON7 - Apr 25, 2022 09:05:48 am

VOC RESPONSE:
The employer requirements of the job are comparable that of the national requirements of the occupation. The occupation is most often performed at the Sedentary level in the National Economy, per the DOT of Vice President [DOT 189.117-034].
Tracie Grumet, MA, CRC
Vocational Rehabilitation Consultant II
- TROGR7 - Apr 27, 2022 11:00:23 am

************* ADDENDUM REVIEW ***************

ER has provided additional information about the claimant's job duties, including a Job Description for "Chief Sales Officer" as w ell as specific job duty details:

Chief Sales Officer at ATG
"This position is one of 4 Officers of the Company - these are the highest ranking positions and contribute to other areas in addition to their direct responsibilities
"ATG's clients are w orldw ide and travel includes, Europe, Middle East, Canada and US (note that travel is 25 to 50% of time as noted)
"Sales at ATG involves sourcing new opportunities and heavy contract negotiation on new products w ith aerospace OEM's (i.e. Boeing, Gulfstream, Bombardier, etc)
"Program Management at ATG manages all new program development w hich includes, engineering, FAA certification and entry to manufacturing. Additionally this team manages the long term support of products
"Customer Support at ATG maintains client relationships including the processing of orders and spare parts. This department receives communication 24X7
"Marketing at ATG manages up to 6 trade show s per year. These show s are in Dubai, Germany, France and US
"As one of four officers of the Company, ATG's strategic plan and annual budget are created by the leadership team and corporate decisions are made collectively
"This position requires ability to be contacted 24X7 to support international clients. This position maintains a schedule that is over 40 per w eek in the office and frequently several hours out of the office

Please reevaluate to determine if the previous OA (DOT of Vice President [DOT 189.117-034].) remains consistent, or if there is another DOT entry that more closely matches the occupation as described by the ER above - NLGREGO - May 18, 2022 10:36:50 am

VRC RESPONSE:
VRC w as requested to review information above and provide comment on if the Previous OA remains consistent or if there is another DOT entry that more closely matches the job w ith the ER.

The JD in AWD 9/7/2021 is the same JD received from the ER in AWD 5/18/2022 w ith job title Chief Sales Officer. The JD w as used in the OA completed on 4/27/2022.

The previous OA remains consistent based on the information provided. The closest DOT match w as identified as Vice President [DOT 189.117-034, Sedentary]. According to additional resources and information from OOH, frequent travel is performed in this occupation. This w as noted in the OA report uploaded into AWD.
Tracie Grumet, MA, CRC
Vocational Rehabilitation Consultant II

- TROGR7 - May 19, 2022 03:21:39 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/19/2022 11:38:49 AM | Documents/Mail<br>2022-05-18-11.34.11.542320O01 | 45 | Email | Received | JASDA4 |
| 5/19/2022 11:38:49 AM | Documents/Mail<br>2022-05-18-11.34.11.570320O01 | 46 | Incoming Correspondence | Received | JASDA4 |
| 5/19/2022 11:40:57 AM | Documents/Mail<br>2022-05-18-11.34.37.086300O01 | 47 | Email | Received | JASDA4 |
| 5/19/2022 11:40:58 AM | Documents/Mail<br>2022-05-19-12.39.59.326300O01 | 48 | Medical Records | Received | JASDA4 |
| 5/19/2022 11:44:21 AM | Documents/Mail<br>2022-05-18-11.35.27.807300O01 | 49 | Email | Received | JASDA4 |
| 5/19/2022 11:44:22 AM | Documents/Mail<br>2022-05-19-12.42.42.968320O01 | 50 | Medical Records | Received | JASDA4 |
| 5/20/2022 | Referrals | 6 | Occ Analysis | Completed | JASDA4 |

*** OA ADDENDUM REVIEW **

>>> DEMOGRAPHICS
Name: Matthew Duntz
Claim #: 1220010964
Gainful Amount (If defined in the policy): N/A
Benefit Amount: N/A
Authorization to discuss work capacity/R&Ls with Physician on file?: Y
Is the claim CA Sitused, ERISA/Non-ERISA, or other policy exceptions?: ERISA
If Local Economy, please identify EE's location at time of disability: Nashville, TN

>>> MEDICAL INFORMATION
Current Functional Capacity and R&Ls supported by physician: R&L's supported by Peer; UNRESTRICTED: sitting, Reaching in any direction, use of LE for foot controls, fine manipulation, simple/firm grasping, keyboarding
FREQUENTLY: Standing up to 4 hrs/day, walking up to 4 hrs/day
OCCASIONALLY: lift/carry/push/pull up to 25 lbs, climb stairs, stoop, kneel, crouch, balance
NEVER: crawling
Hand Dominance: N/A

>>> VOCATIONAL INFORMATION
Job Title from ER: Chief Sales Officer
Previous OA/TSA/TSR/Voc Rehab review completed?: N/A
Job Description on file?: JD in AWD 2021-09-07-09.59.41.934480O01
Job Analysis on file?: N/A
Work History and Educational Information (TSA utilizes 15 years of work experience and highest education completed): N/A

>>> SPECIFIC QUESTION(S) FOR REVIEWER
** Please use the JD in AWD 2021-09-07-09.59.41.934480O01 for an OA to assist initial processing. Thank you!
- EMTON7 - Apr 25, 2022 09:05:48 am

VOC RESPONSE:
The employer requirements of the job are comparable that of the national requirements of the occupation. The occupation is most often performed at the Sedentary level in the National Economy, per the DOT of Vice President [DOT 189.117-034].
Tracie Grumet, MA, CRC
Vocational Rehabilitation Consultant II
- TROGR7 - Apr 27, 2022 11:00:23 am

************* ADDENDUM REVIEW ***************

ER has provided additional information about the claimant's job duties, including a Job Description for "Chief Sales Officer" as well as specific job duty details:

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Chief Sales Officer at ATG
"This position is one of 4 Officers of the Company - these are the highest ranking positions and contribute to other areas in addition to their direct responsibilities
"ATG's clients are w orldw ide and travel includes, Europe, Middle East, Canada and US (note that travel is 25 to 50% of time as noted)
"Sales at ATG involves sourcing new opportunities and heavy contract negotiation on new products w ith aerospace OEM's (i.e. Boeing, Gulfstream, Bombardier, etc)
"Program Management at ATG manages all new program development w hich includes, engineering, FAA certification and entry to manufacturing. Additionally this team manages the long term support of products
"Customer Support at ATG maintains client relationships including the processing of orders and spare parts. This department receives communication 24X7
"Marketing at ATG manages up to 6 trade show s per year. These show s are in Dubai, Germany, France and US
"As one of four officers of the Company, ATG's strategic plan and annual budget are created by the leadership team and corporate decisions are made collectively
"This position requires ability to be contacted 24X7 to support international clients. This position maintains a schedule that is over 40 per w eek in the office and frequently several hours out of the office

Please reevaluate to determine if the previous OA (DOT of Vice President [DOT 189.117-034].) remains consistent, or if there is another DOT entry that more closely matches the occupation as described by the ER above - NLGREGO - May 18, 2022 10:36:50 am

VRC RESPONSE:
VRC w as requested to review information above and provide comment on if the Previous OA remains consistent or if there is another DOT entry that more closely matches the job w ith the ER.

The JD in AWD 9/7/2021 is the same JD received from the ER in AWD 5/18/2022 w ith job title Chief Sales Officer. The JD w as used in the OA completed on 4/27/2022.

The previous OA remains consistent based on the information provided. The closest DOT match w as identified as Vice President [DOT 189.117-034, Sedentary]. According to additional resources and information from OOH, frequent travel is performed in this occupation. This w as noted in the OA report uploaded into AWD.
Tracie Grumet, MA, CRC
Vocational Rehabilitation Consultant II

- TROGR7 - May 19, 2022 03:21:39 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/20/2022 | Documents/Mail<br>2022-05-18-11.34.37.086300O01 | 47 | Email | Completed | JASDA4 |
| 5/20/2022 | Documents/Mail<br>2022-05-19-12.39.59.326300O01 | 48 | Medical Records | Completed | JASDA4 |
| 5/20/2022 | Documents/Mail<br>2022-05-18-11.34.11.542320O01 | 45 | Email | Completed | JASDA4 |
| 5/20/2022 | Documents/Mail<br>2022-05-19-12.42.42.968320O01 | 50 | Medical Records | Completed | JASDA4 |
| 5/20/2022 | Documents/Mail<br>2022-05-18-11.35.27.807300O01 | 49 | Email | Completed | JASDA4 |
| 5/20/2022 | Documents/Mail<br>2022-05-18-11.34.11.570320O01 | 46 | Incoming Correspondence | Completed | JASDA4 |
| 6/2/2022 12:52:49 PM | Summary/Assessment/Pa | 2h | POSSIBLE REOPEN SAP - KXKENYO - Jun 02, 2022 12:53:02 pm | Requested | JASDA4 |

Summary Notes
POSSIBLE REOPEN SAP - KXKENYO - Jun 02, 2022 12:53:02 pm
Assessment Notes

Path Notes
6/2/2022: POSSIBLE REOPEN SAP:



**Lincoln/Duntz 0111**

SUMMARY:
Clmt is a 59 y/o M manager w ho has been oow since 7/31/2021. Clm w as denied on initial review and additional info has been rcvd for peer addendum.

ASSESSMENT:
1/21/22 - CR - Clinical Recommendation: Claim review ed in consult w ith CS. STD max benefit is to 1/29/22. Based on the documents review ed and discussed, EE being treated for coronary artery disease (narrow ing or blockage of the major blood vessels of the heart) and hyperlipidemia (high cholesterol). APS dated 8/17/21 from Dr. Fields (cardiology) noted symptoms of chest pain and shortness of breath. EE w as hospitalized in 8/2021. (Per EE he had an angioplasty during the stay). Treatment includes slow ly increasing activity, cardiac rehab and medication. Chance in condition expected by 3/1/22. Cardiac stress test (evaluates how the heart w orks during physical activity) dated 11/22/21 from Dr. Fields noted previous abnormal heart diagnostic test results. Stress test results noted mild upper septal, inferior w all and anterior w all ischemia (insufficient blood supply) w ith a normal ejection fraction (percentage of blood leaving your heart each time it contracts) of 62%. Per EE he had another angioplasty on 12/14/21 and w ill follow -up w ith Dr. Fields on 1/26/22.

UPDATED ASSESSMENT
** Peer Review , 04/18/2022. Primary impairing dx is Coronary Artery Disease, w / comorbid dx of Previous Myrocardial infarction. The follow ing R&L's are supported from 07/31/2021 - 8/02/2021, 8/11/2021 - 10/15/2021, 10/17/2021 - 12/12/2021, and 12/21/2021 - current and beyond w / re-evaluation on/around 10/13/2022;
UNRESTRICTED: sitting, Reaching in any direction, use of LE for foot controls, fine manipulation, simple/firm grasping, keyboarding
FREQUENTLY: Standing up to 4 hrs/day, w alking up to 4 hrs/day
OCCASIONALLY: lift/carry/push/pull up to 25 lbs, climb stairs, stoop, kneel, crouch, balance
NEVER: craw ling
Medical information indicate EE had additional functional capacity greater than indicated by TMP

MGR REVIEW:
Review ed file including peer report and OA. The Peer review er did support periodic restrictions, how ever as of / beyond 12/21/2021 R&L's w ere supported that, w hen compared to the Occupational Analysis for the claimant's Ow n Occupation, w ould have allow ed the claimant to perform all Main Duties from that point going forw ard. Therefore, the claimant did not satisfy the limination. Rationale to deny intiial liability beyond BCD is supported. Letter has been review ed and can be sent - Management Review - NLGREGO - May 03, 2022 03:49:06 pm

6/2/2022: MED RECS: rcvd from Dr. Contance Fields dated 5/4/2021 adv clmt seen for re-eval. Has not been inpt since last seen and is not taking any new meds. No complaints of chest pain, SOB, lightheadedness, dizziness, syncope, or palpitations. Clmt's only complaint today is bruising. Ongoing notes adv he is married and runs aviation company. EKG from 1/13/2020 show ed normal sinus rhythm and w as w ithin normal limits. PE: no abnormal findings. Notes from Dr adv clmt's vitals are normal and he is stable from cardiac standpoint. Cleared to discontinue Brilinta, and should continue Apirin. Rx given to have labs draw n. RTC 6 mos unless cardiac symptoms develop.
- KXKENYO - Jun 02, 2022 12:53:02 pm

6/2/2022: MED RECS: rcvd from Boca Raton Regional Hospital re: Admission and Discharge Notes for the dates 3/22/2020 to 3/24/2022. Clmt admitted for chest pain x4 days.

6/2/2022: EKG dated 3/24/2020 in addition to patient discharge notes.

6/2/2022: MED RECS: rcvd from Dr. Jane Ellen Freedman dated 5/31/2022 adv clmt seen for flup care re: chronic stable angina. Clmt has hx of multiple myocardial infarctions and previous stent placement. CAD involving native coronary artery w ithout angina pectoris noted as w ell. PE: BP: 115/75, pulse 86. All findings normal. Dr. Freedman notes the angina does not sound different, but c/o chest pain relatively freq and increasing. Clmt is to go to ER if this gets w orse. Clmt referred for Nuclear Stress Test to determine if any change as compared to report in the fall 2021. Will consider catheterization if any increase or change in symptoms. Ongoing notes from Dr. Freedman adv clmt is currently restricted in his activities due to his chronic angina and this significantly limits his ability to RTW.

UPDATED PATH:
Referring file for Peer Addendum to see if new recs changes the Restrictions and limitations previously posed by peer review completed on 4/18/2022.

- KXKENYO - Jun 02, 2022 01:10:02 pm

6/10/22 PEER REVIEW ADDENDUM
The additional records do not alter the previous recommended restrictions and limitations. The previous restrictions and limitations remain appropriate for the claimant's impairing cardiac diagnoses. The records do not indicate an acute change in the claimant's status to w arrant a change in the prior report.
Ali Reza, M.D.
Board Certified Cardiovascular Disease
Board Certified Interventional Cardiology
Certified in Nuclear Cardiology
- JASDA4 - Jun 16, 2022 01:06:49 pm

Per group / claimant, his current cardiologist is open to a peer-to-peer call. Emailed EE to verify the provider, contact info, and availability. Once confirmed, w ork w ith ADYOUNG to arrange the P2P call.
- NLGREGO - Jun 21, 2022 10:39:28 am

| | | | | | |
|---|---|---|---|---|---|
| 6/2/2022 1:17:26 PM | Referrals | 7 | Initial Claim Review | Initial | JASDA4 |

Referral Date: 6/2/2022
Clinician/ Appeals Examiner: Jane Davidson
Phone Number: 402-361-2835
Email Address: Jane.Davidson@lfg.com

Is this referral COVID related? No

Referral Type: Addendum
Select / Previous Physician: Ali Reza, MD
Specialty of Prior Review er / Examiner: Cardiovascular Disease, Interventional Cardiology, and Nuclear Cardiology
Claimant Name: Mattew Duntz
Date of Birth:
Claimant Time Zone: Eastern
Customer/Group Name: Aerospace Technologies
Is Linked Provider in S1.NXT? No

Claim Number: 1220010964
1ST or 2nd Appeal/ STD/LTD/Life Waiver: Courtesy Review
Diagnosis: Coronary Artery Disease, w / comorbid dx of Previous Myrocardial infarction
Date of Disability: 7/31/2021
Benefit Begin Date: 1/27/2022
Job Title: Vice President
Last Day Worked: 7/30/2021

Other (Free Form Box)

Thank you for your report regarding the STD/ LTDclaim for Mr. Matthew Duntz. After review ing your report, w e are requesting an addendum due to receiving additional information to include the follow ing:

6/2/2022: MED RECS: rcvd from Dr. Contance Fields dated 5/4/2021 adv clmt seen for re-eval. Has not been inpt since last seen and is not taking any new meds. No complaints of chest pain, SOB, lightheadedness, dizziness, syncope, or palpitations. Clmt's only complaint today is bruising. Ongoing notes adv he is married and runs aviation company. EKG from 1/13/2020 show ed normal sinus rhythm and w as w ithin normal limits. PE: no abnormal findings. Notes from Dr adv clmt's vitals are normal and he is stable from cardiac standpoint. Cleared to discontinue Brilinta, and should continue Apirin. Rx given to have labs draw n. RTC 6 mos unless cardiac symptoms develop.

6/2/2022: MED RECS: rcvd from Boca Raton Regional Hospital re: Admission and Discharge Notes for the dates 3/22/2020 to 3/24/2022. Clmt admitted for chest pain x4 days.

6/2/2022: EKG dated 3/24/2020 in addition to patient discharge notes.

6/2/2022: MED RECS: rcvd from Dr. Jane Ellen Freedman dated 5/31/2022 adv clmt seen for flup care re: chronic stable angina. Clmt has hx of multiple myocardial infarctions and previous stent placement. CAD involving native

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | coronary artery w ithout angina pectoris noted as w ell. PE: BP: 115/75, pulse 86. All findings normal. Dr. Freedman notes the angina does not sound different, but c/o chest pain relatively freq and increasing. Clmt is to go to ER if this gets w orse. Clmt referred for Nuclear Stress Test to determine if any change as compared to report in the fall 2021. Will consider catheterization if any increase or change in symptoms. Ongoing notes from Dr. Freedman adv clmt is currently restricted in his activities due to his chronic angina and this significantly limits his ability to RTW. Will you please review the attached additional medical information submitted to determine if the findings change your opinion of previously opined restrictions and limitations? - KXKENYO - Jun 02, 2022 01:17:52 pm<br>Case submitted to ECN case #210289 for an adddendum w ith Ali Reza, MD (CARDIO) - ADYOUNG - Jun 03, 2022 01:43:49 pm<br>Addendum received back from ECN - sent to Disability Claims to be uploaded into AWD - ADYOUNG - Jun 10, 2022 02:26:37 pm | | | | |
| 6/3/2022 7:04:16 PM | Documents/Mail<br>2022-06-02-13.41.50.947420O01 | 51 | Email | Received | JASDA4 |
| 6/3/2022 7:04:17 PM | Documents/Mail<br>2022-06-02-13.41.50.970420O01 | 52 | Medical Records | Received | JASDA4 |
| 6/3/2022 7:04:18 PM | Documents/Mail<br>2022-06-02-13.41.50.993420O01 | 53 | Medical Records | Received | JASDA4 |
| 6/3/2022 7:04:19 PM | Documents/Mail<br>2022-06-02-13.41.51.019420O01 | 54 | Medical Records | Received | JASDA4 |
| 6/3/2022 7:04:21 PM | Documents/Mail<br>2022-06-02-13.41.51.041420O01 | 55 | Medical Records | Received | JASDA4 |
| 6/3/2022 7:04:21 PM | Documents/Mail<br>2022-06-02-13.41.51.061420O01 | 56 | Medical Records | Received | JASDA4 |
| 6/3/2022 7:04:23 PM | Documents/Mail<br>2022-06-02-13.41.51.082420O01 | 57 | Medical Records | Received | JASDA4 |
| 6/7/2022 | Documents/Mail<br>2022-06-02-13.41.50.947420O01 | 51 | Email | Completed | JASDA4 |
| 6/10/2022 | Documents/Mail<br>2022-06-02-13.41.50.993420O01 | 53 | Medical Records | Completed | JASDA4 |
| 6/10/2022 | Documents/Mail<br>2022-06-02-13.41.51.019420O01 | 54 | Medical Records | Completed | JASDA4 |
| 6/10/2022 | Documents/Mail<br>2022-06-02-13.41.51.041420O01 | 55 | Medical Records | Completed | JASDA4 |
| 6/10/2022 | Documents/Mail<br>2022-06-02-13.41.51.061420O01 | 56 | Medical Records | Completed | JASDA4 |
| 6/10/2022 | Documents/Mail<br>2022-06-02-13.41.50.970420O01 | 52 | Medical Records | Completed | JASDA4 |
| 6/10/2022 | Documents/Mail<br>2022-06-02-13.41.51.082420O01 | 57 | Medical Records | Completed | JASDA4 |
| 6/13/2022 | Referrals<br>Referral Date: 6/2/2022<br>Clinician/ Appeals Examiner: Jane Davidson<br>Phone Number: 402-361-2835<br>Email Address: Jane.Davidson@lfg.com<br><br>Is this referral COVID related? No<br><br>Referral Type: Addendum<br>Select / Previous Physician: Ali Reza, MD<br>Specialty of Prior Review er / Examiner: Cardiovascular Disease, Interventional Cardiology, and Nuclear Cardiology<br>Claimant Name: Mattew Duntz<br>Date of Birth:<br>Claimant Time Zone: Eastern<br>Customer/Group Name: Aerospace Technologies | 7 | Initial Claim Review | Completed | JASDA4 |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Is Linked Provider in S1.NXT? No

Claim Number: 1220010964
1ST or 2nd Appeal/ STD/LTD/Life Waiver: Courtesy Review
Diagnosis: Coronary Artery Disease, w / comorbid dx of Previous Myrocardial infarction
Date of Disability: 7/31/2021
Benefit Begin Date: 1/27/2022
Job Title: Vice President
Last Day Worked: 7/30/2021

Other (Free Form Box)

Thank you for your report regarding the STD/ LTDclaim for Mr. Matthew Duntz. After review ing your report, w e are requesting an addendum due to receiving additional information to include the follow ing:

6/2/2022: MED RECS: rcvd from Dr. Contance Fields dated 5/4/2021 adv clmt seen for re-eval. Has not been inpt since last seen and is not taking any new meds. No complaints of chest pain, SOB, lightheadedness, dizziness, syncope, or palpitations. Clmt's only complaint today is bruising. Ongoing notes adv he is married and runs aviation company. EKG from 1/13/2020 show ed normal sinus rhythm and w as w ithin normal limits. PE: no abnormal findings. Notes from Dr adv clmt's vitals are normal and he is stable from cardiac standpoint. Cleared to discontinue Brilinta, and should continue Apirin. Rx given to have labs draw n. RTC 6 mos unless cardiac symptoms develop.

6/2/2022: MED RECS: rcvd from Boca Raton Regional Hospital re: Admission and Discharge Notes for the dates 3/22/2020 to 3/24/2022. Clmt admitted for chest pain x4 days.

6/2/2022: EKG dated 3/24/2020 in addition to patient discharge notes.

6/2/2022: MED RECS: rcvd from Dr. Jane Ellen Freedman dated 5/31/2022 adv clmt seen for flup care re: chronic stable angina. Clmt has hx of multiple myocardial infarctions and previous stent placement. CAD involving native coronary artery w ithout angina pectoris noted as w ell. PE: BP: 115/75, pulse 86. All findings normal. Dr. Freedman notes the angina does not sound different, but c/o chest pain relatively freq and increasing. Clmt is to go to ER if this gets w orse. Clmt referred for Nuclear Stress Test to determine if any change as compared to report in the fall 2021. Will consider catheterization if any increase or change in symptoms. Ongoing notes from Dr. Freedman adv clmt is currently restricted in his activities due to his chronic angina and this significantly limits his ability to RTW. Will you please review the attached additional medical information submitted to determine if the findings change your opinion of previously opined restrictions and limitations? - KXKENYO - Jun 02, 2022 01:17:52 pm
Case submitted to ECN case #210289 for an adddendum w ith Ali Reza, MD (CARDIO) - ADYOUNG - Jun 03, 2022 01:43:49 pm
Addendum received back from ECN - sent to Disability Claims to be uploaded into AWD - ADYOUNG - Jun 10, 2022 02:26:37 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/13/2022 6:08:10 PM | Documents/Mail | 58 | Email | Received | JASDA4 |

2022-06-10-15.27.36.402480O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/13/2022 6:08:11 PM | Documents/Mail | 59 | Medical Records | Received | JASDA4 |

2022-06-10-15.27.36.425480O01

The additional records do not alter the previous recommended restrictions and limitations. The previous restrictions and limitations remain appropriate for the claimant's impairing cardiac diagnoses. The records do not indicate an acute change in the claimant's status to w arrant a change in the prior report.

Ali Reza, M.D.
Board Certified Cardiovascular Disease
Board Certified Interventional Cardiology
Certified in Nuclear Cardiology
License: A50089 CA
License: MD.09458R LA - JASDA4 - Jun 16, 2022 01:05:28 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/16/2022 | Documents/Mail | 58 | Email | Completed | JASDA4 |

2022-06-10-15.27.36.402480O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/16/2022 | Documents/Mail | 59 | Medical Records | Completed | JASDA4 |

2022-06-10-15.27.36.425480O01

The additional records do not alter the previous recommended restrictions and limitations. The previous restrictions and limitations remain appropriate for the claimant's impairing cardiac diagnoses. The records do not indicate an acute change in the claimant's status to w arrant a change in the prior report.

Ali Reza, M.D.
Board Certified Cardiovascular Disease
Board Certified Interventional Cardiology
Certified in Nuclear Cardiology
License: A50089 CA
License: MD.09458R LA - JASDA4 - Jun 16, 2022 01:05:28 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/22/2022 2:57:08 PM | Documents/Mail | 60 | Email | Received | JASDA4 |

2022-06-21-11.38.17.685680O01
From: Gregor, Nicholas
Sent: Tuesday, June 21, 2022 11:38:03 AM (UTC-05:00) Eastern Time (US & Canada)
To: Matt Duntz
Cc: Disability Claims; Rea, Krystal
Subject: RE: Lincoln Financial Group LTD Claim 1220010964 (Secure)
Hello,

We received a message that your current cardiologist is w illing to discuss your case w ith the physician review er evaluating your claim's medical file. Per w hat w e have received, I w anted to confirm that the provider is Jane Ellen Freeman, MD. Would you please confirm if this is the provider that is open to the call, and w hat the address, phone / fax numbers for her are as w ell as her tentative availability so w e can contact the vendor to facilitate the discussion?

Thank you,

Nicholas Gregor
Manager, LTD
Group Protection
800-423-2765 X2759 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, w hich is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to w hich it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlaw ful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**
- NLGREGO - Jun 23, 2022 09:38:45 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/23/2022 | Documents/Mail | 60 | Email | Completed | JASDA4 |

2022-06-21-11.38.17.685680O01
From: Gregor, Nicholas
Sent: Tuesday, June 21, 2022 11:38:03 AM (UTC-05:00) Eastern Time (US & Canada)
To: Matt Duntz
Cc: Disability Claims; Rea, Krystal
Subject: RE: Lincoln Financial Group LTD Claim 1220010964 (Secure)
Hello,

We received a message that your current cardiologist is w illing to discuss your case w ith the physician review er evaluating your claim's medical file. Per w hat w e have received, I w anted to confirm that the provider is Jane Ellen Freeman, MD. Would you please confirm if this is the provider that is open to the call, and w hat the address, phone / fax numbers for her are as w ell as her tentative availability so w e can contact the vendor to facilitate the discussion?

Thank you,

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Nicholas Gregor<br>Manager, LTD<br>Group Protection<br>800-423-2765 X2759 Office<br><br>Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, w hich is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to w hich it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlaw ful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**<br>- NLGREGO - Jun 23, 2022 09:38:45 am | | | | |
| 6/27/2022 2:29:27 PM | Documents/Mail<br>2022-06-24-08.50.00.256700O01 | 61 | Fax | Received | JASDA4 |
| 6/29/2022 | Documents/Mail<br>2022-06-28-15.21.56.882660O01 | 62 | Envelope | Completed | JASDA4 |
| 6/29/2022 6:24:26 PM | Documents/Mail<br>2022-06-28-15.22.00.195660O01 | 63 | Claim Form - Authorization | Received | JASDA4 |
| 6/29/2022 6:24:27 PM | Documents/Mail<br>2022-06-28-15.22.03.027660O01 | 64 | Incoming Correspondence | Received | JASDA4 |
| 6/30/2022 | Documents/Mail<br>2022-06-24-08.50.00.256700O01 | 61 | Fax | Completed | JASDA4 |
| 6/30/2022 | Documents/Mail<br>2022-06-28-15.22.03.027660O01 | 64 | Incoming Correspondence | Completed | JASDA4 |
| 6/30/2022 | Documents/Mail<br>2022-06-28-15.22.00.195660O01 | 63 | Claim Form - Authorization | Completed | JASDA4 |
| 6/30/2022 7:03:52 AM | Claim Tasks | 5 | File scan request | Requested | SATPI7 |
| | please make a copy of<br><br>claims 1210085648 and 1220010964<br>Member: Matthew Duntz<br><br>send to:<br>K. Cody Allison<br>cody@codyallison.com<br>FAX: 615-727-0175 - JASDA4 - Jun 30, 2022 07:08:35 am<br><br>Copy has been prepared, it is in the U:\Claims Support\File Copies 2017 Folder as:<br>M DUNTZ 1220010964-1210085648 7-1-2022<br><br>Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd.<br>** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them.**<br>- SATPI7 - Jul 01, 2022 10:34:56 am<br><br>email:<br><br>cody@codyallison.com - JASDA4 - Jul 01, 2022 02:06:24 pm<br><br>Email of file copy has been sent securely to requestor and CE - SATPI7 - Jul 05, 2022 08:43:12 am | | | | |
| 7/5/2022 | Claim Tasks | 5 | File scan request | Completed | SATPI7 |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

please make a copy of

claims 1210085648 and 1220010964
Member: Matthew Duntz

send to:
K. Cody Allison
cody@codyallison.com
FAX: 615-727-0175 - JASDA4 - Jun 30, 2022 07:08:35 am

Copy has been prepared, it is in the U:\Claims Support\File Copies 2017 Folder as:
M DUNTZ 1220010964-1210085648 7-1-2022

Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd.
** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them.**
- SATPI7 - Jul 01, 2022 10:34:56 am

email:

cody@codyallison.com - JASDA4 - Jul 01, 2022 02:06:24 pm

Email of file copy has been sent securely to requestor and CE - SATPI7 - Jul 05, 2022 08:43:12 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/8/2022 | Summary/Assessment/Pa | 2h | POSSIBLE REOPEN SAP - KXKENYO - Jun 02, 2022 12:53:02 pm | Completed | JASDA4 |

Summary Notes
POSSIBLE REOPEN SAP - KXKENYO - Jun 02, 2022 12:53:02 pm
Assessment Notes

Path Notes
6/2/2022: POSSIBLE REOPEN SAP:

SUMMARY:
Clmt is a 59 y/o M manager w ho has been oow since 7/31/2021. Clm w as denied on initial review and additional info has been rcvd for peer addendum.

ASSESSMENT:
1/21/22 - CR - Clinical Recommendation: Claim review ed in consult w ith CS. STD max benefit is to 1/29/22. Based on the documents review ed and discussed, EE being treated for coronary artery disease (narrow ing or blockage of the major blood vessels of the heart) and hyperlipidemia (high cholesterol). APS dated 8/17/21 from Dr. Fields (cardiology) noted symptoms of chest pain and shortness of breath. EE w as hospitalized in 8/2021. (Per EE he had an angioplasty during the stay). Treatment includes slow ly increasing activity, cardiac rehab and medication. Chance in condition expected by 3/1/22. Cardiac stress test (evaluates how the heart w orks during physical activity) dated 11/22/21 from Dr. Fields noted previous abnormal heart diagnostic test results. Stress test results noted mild upper septal, inferior w all and anterior w all ischemia (insufficient blood supply) w ith a normal ejection fraction (percentage of blood leaving your heart each time it contracts) of 62%. Per EE he had another angioplasty on 12/14/21 and w ill follow -up w ith Dr. Fields on 1/26/22.

UPDATED ASSESSMENT
** Peer Review , 04/18/2022. Primary impairing dx is Coronary Artery Disease, w / comorbid dx of Previous Myrocardial infarction. The follow ing R&L's are supported from 07/31/2021 - 8/02/2021, 8/11/2021 - 10/15/2021, 10/17/2021 - 12/12/2021, and 12/21/2021 - current and beyond w / re-evaluation on/around 10/13/2022;
UNRESTRICTED: sitting, Reaching in any direction, use of LE for foot controls, fine manipulation, simple/firm grasping, keyboarding
FREQUENTLY: Standing up to 4 hrs/day, w alking up to 4 hrs/day
OCCASIONALLY: lift/carry/push/pull up to 25 lbs, climb stairs, stoop, kneel, crouch, balance
NEVER: craw ling
Medical information indicate EE had additional functional capacity greater than indicated by TMP

MGR REVIEW:



**Lincoln/Duntz 0118**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Review ed file including peer report and OA. The Peer review er did support periodic restrictions, how ever as of / beyond 12/21/2021 R&L's w ere supported that, w hen compared to the Occupational Analysis for the claimant's Ow n Occupation, w ould have allow ed the claimant to perform all Main Duties from that point going forw ard. Therefore, the claimant did not satisfy the limination. Rationale to deny intiial liability beyond BCD is supported. Letter has been review ed and can be sent - Management Review - NLGREGO - May 03, 2022 03:49:06 pm

6/2/2022: MED RECS: rcvd from Dr. Contance Fields dated 5/4/2021 adv clmt seen for re-eval. Has not been inpt since last seen and is not taking any new meds. No complaints of chest pain, SOB, lightheadedness, dizziness, syncope, or palpitations. Clmt's only complaint today is bruising. Ongoing notes adv he is married and runs aviation company. EKG from 1/13/2020 show ed normal sinus rhythm and w as w ithin normal limits. PE: no abnormal findings. Notes from Dr adv clmt's vitals are normal and he is stable from cardiac standpoint. Cleared to discontinue Brilinta, and should continue Apirin. Rx given to have labs draw n. RTC 6 mos unless cardiac symptoms develop.
- KXKENYO - Jun 02, 2022 12:53:02 pm

6/2/2022: MED RECS: rcvd from Boca Raton Regional Hospital re: Admission and Discharge Notes for the dates 3/22/2020 to 3/24/2022. Clmt admitted for chest pain x4 days.

6/2/2022: EKG dated 3/24/2020 in addition to patient discharge notes.

6/2/2022: MED RECS: rcvd from Dr. Jane Ellen Freedman dated 5/31/2022 adv clmt seen for flup care re: chronic stable angina. Clmt has hx of multiple myocardial infarctions and previous stent placement. CAD involving native coronary artery w ithout angina pectoris noted as w ell. PE: BP: 115/75, pulse 86. All findings normal. Dr. Freedman notes the angina does not sound different, but c/o chest pain relatively freq and increasing. Clmt is to go to ER if this gets w orse. Clmt referred for Nuclear Stress Test to determine if any change as compared to report in the fall 2021. Will consider catheterization if any increase or change in symptoms. Ongoing notes from Dr. Freedman adv clmt is currently restricted in his activities due to his chronic angina and this significantly limits his ability to RTW.

UPDATED PATH:
Referring file for Peer Addendum to see if new recs changes the Restrictions and limitations previously posed by peer review completed on 4/18/2022.

- KXKENYO - Jun 02, 2022 01:10:02 pm

6/10/22 PEER REVIEW ADDENDUM
The additional records do not alter the previous recommended restrictions and limitations. The previous restrictions and limitations remain appropriate for the claimant's impairing cardiac diagnoses. The records do not indicate an acute change in the claimant's status to w arrant a change in the prior report.
Ali Reza, M.D.
Board Certified Cardiovascular Disease
Board Certified Interventional Cardiology
Certified in Nuclear Cardiology
- JASDA4 - Jun 16, 2022 01:06:49 pm

Per group / claimant, his current cardiologist is open to a peer-to-peer call. Emailed EE to verify the provider, contact info, and availability. Once confirmed, w ork w ith ADYOUNG to arrange the P2P call.
- NLGREGO - Jun 21, 2022 10:39:28 am

| 7/8/2022 4:05:57 PM | Claim Tasks | 6 | File scan request | Requested | SATPI7 |
|---|---|---|---|---|---|

PLEASE MAKE A DUPLICATE COPY AND RESEND

please make a copy of

claims 1210085648 and 1220010964
Member: Matthew Duntz

send to:
K. Cody Allison
cody@codyallison.com
FAX: 615-727-0175 - JASDA4 - Jun 30, 2022 07:08:35 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Copy has been prepared, it is in the U:\Claims Support\File Copies 2017 Folder as:
M DUNTZ 1220010964-1210085648 7-1-2022

Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd.
** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them.**
- SATPI7 - Jul 01, 2022 10:34:56 am

email:

cody@codyallison.com - JASDA4 - Jul 01, 2022 02:06:24 pm

Email of file copy has been sent securely to requestor and CE - SATPI7 - Jul 05, 2022 08:43:12 am

NEW EMAIL COPIES TO:
sam@codyallison.com
barb@codyallison.com - JASDA4 - Jul 08, 2022 04:08:06 pm

Email of file copy has been sent securely to requestor and CE
- SATPI7 - Jul 11, 2022 07:43:57 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/11/2022 | Claim Tasks | 6 | File scan request | Completed | SATPI7 |

PLEASE MAKE A DUPLICATE COPY AND RESEND

please make a copy of

claims 1210085648 and 1220010964
Member: Matthew Duntz

send to:
K. Cody Allison
cody@codyallison.com
FAX: 615-727-0175 - JASDA4 - Jun 30, 2022 07:08:35 am

Copy has been prepared, it is in the U:\Claims Support\File Copies 2017 Folder as:
M DUNTZ 1220010964-1210085648 7-1-2022

Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd.
** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them.**
- SATPI7 - Jul 01, 2022 10:34:56 am

email:

cody@codyallison.com - JASDA4 - Jul 01, 2022 02:06:24 pm

Email of file copy has been sent securely to requestor and CE - SATPI7 - Jul 05, 2022 08:43:12 am

NEW EMAIL COPIES TO:
sam@codyallison.com
barb@codyallison.com - JASDA4 - Jul 08, 2022 04:08:06 pm

Email of file copy has been sent securely to requestor and CE
- SATPI7 - Jul 11, 2022 07:43:57 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/14/2022 9:18:40 AM | Status | | | REOPENED | ACCWI6 |
| 10/14/2022 9:19:10 AM | Appeal | 1 | Level 1 | New | SMMCSHA |

2 days after the BCD of 01/27/2022). The Attny sent in several pages (271) of records to include hosp in 03/2020

and again 08/2021, cardiac OVN of 2020 to 2021. Mohs surgery in 07/2021.

Attny sent in 27 page appeal letter and req file copy. Most relevant opposition is LGF approved STD to max, then denied LTD all together -

Appeal Review Summary:
Cardiology Peer by Dr. Andre Akhondi
Dx's CAD w ith co-morbid hyperlipidemia and hypertension

Based on the available information, the claimant has suffered from ongoing chest pain, fatigue secondary to coronary artery disease. He has history of non-ST segment elevation myocardial infraction in 03/2020. He underw ent successful percutaneous coronary intervention and stent placement to proximal to mid left circumflex occlusion in 03/2020 and angioplasty on the first diagonal branch on 8/4/21. Myocardial perfusion imaging spect revealed mild upper septal ischemic, mild inferior w all ischemic, mild anterior w all ischemia, TID on 11/22/21. He also has comorbidities including hyperlipidemia and hypertension that w ere w ell-controlled. Overall, the claimant is limited given his advanced age, morbidity of cardiac conditions w ith contribution from comorbidities, ongoing chest pain and fatigue complaints. Therefore, the claimant requires restrictions and limitations as outlined below :

Total restriction is supported from 08/02/2021 - 08/09/2021 for chest pain, hospitalization, and angioplasty.

From 07/31/2021 - 08/01/2021 and from 08/10/2021 to current:
Sitting: Unrestricted
Standing: Frequently, for up to 4 hour per day
Walking: Frequently, for up to 3 hour per day
Lifting: Occasionally, up to 30 lbs. BUE
Carrying: Occasionally, up to 30 lbs. BUE
Pushing: Occasionally, up to 30 lbs. BUE
Pulling: Occasionally, up to 30 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Craw ling: Frequently
Reaching: Frequently overhead and below w aist level BUE; Unrestricted to desk level BUE
Use low er extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE
The above recommended restrictions and limitations are indicated from 7/31/21 to current, w ith reassessment on or around 05/10/23.

The claimant's abilities are sustainable on a full-time basis except the period of total w ork restriction

21 day letter sent: sent 11/21/2022 w ith response due by 12/12/2022. Attny called and they w ill not be responding, can proceed w ith determination.

Appeal Decision Rationale:
Review of the medical records indicates that the claimants R&L's as of 07/31/2021 are of the sedentary/light capacity. His occ is Vice President and is a sedentary occ, therefore the R&L's are consistent w ith his ow n occ.

Upholding for not TDOO.

Letter to Attny and to ER as not past 2 years. Call already done on 11/30/2022.

2 days after the BCD of 01/27/2022). The Attny sent in several pages (271) of records to include hosp in 03/2020 and again 08/2021, cardiac OVN of 2020 to 2021. Mohs surgery in 07/2021.

Attny sent in 27 page appeal letter and req file copy. Most relevant opposition is LGF approved STD to max, then denied LTD all together -

Appeal Review Summary:
Cardiology Peer by Dr. Andre Akhondi
Dx's CAD w ith co-morbid hyperlipidemia and hypertension

Based on the available information, the claimant has suffered from ongoing chest pain, fatigue secondary to coronary artery disease. He has history of non-ST segment elevation myocardial infraction in 03/2020. He underw ent successful percutaneous coronary intervention and stent placement to proximal to mid left circumflex occlusion in 03/2020 and angioplasty on the first diagonal branch on 8/4/21. Myocardial perfusion imaging spect revealed mild upper septal ischemic, mild inferior w all ischemic, mild anterior w all ischemia, TID on 11/22/21. He also has comorbidities including hyperlipidemia and hypertension that w ere w ell-controlled. Overall, the claimant is limited given his advanced age, morbidity of cardiac conditions w ith contribution from comorbidities, ongoing chest pain and fatigue complaints. Therefore, the claimant requires restrictions and limitations as outlined below :

Total restriction is supported from 08/02/2021 - 08/09/2021 for chest pain, hospitalization, and angioplasty.

From 07/31/2021 - 08/01/2021 and from 08/10/2021 to current:
Sitting: Unrestricted
Standing: Frequently, for up to 4 hour per day
Walking: Frequently, for up to 3 hour per day
Lifting: Occasionally, up to 30 lbs. BUE
Carrying: Occasionally, up to 30 lbs. BUE
Pushing: Occasionally, up to 30 lbs. BUE
Pulling: Occasionally, up to 30 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Craw ling: Frequently
Reaching: Frequently overhead and below w aist level BUE; Unrestricted to desk level BUE
Use low er extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE
The above recommended restrictions and limitations are indicated from 7/31/21 to current, w ith reassessment on or around 05/10/23.

The claimant's abilities are sustainable on a full-time basis except the period of total w ork restriction

21 day letter sent: sent 11/21/2022 w ith response due by 12/12/2022. Attny called and they w ill not be responding, can proceed w ith determination.

Appeal Decision Rationale:
Review of the medical records indicates that the claimants R&L's as of 07/31/2021 are of the sedentary/light capacity. His occ is Vice President and is a sedentary occ, therefore the R&L's are consistent w ith his ow n occ.

Upholding for not TDOO.

Letter to Attny and to ER as not past 2 years. Call already done on 11/30/2022.
- SMMCSHA - Dec 05, 2022 12:56:39 pm
+++ also clarificaiton w as sent to VOC to see if the OCC is truley sedentary and if travel affects the sedentary position.

VOC:
In this analysis, the attorney's arguing that the travel requirements of the occupation push the occupation into a light category. Both the Dictionary of Occupational Titles (DOT) as w ell as the Economic Research Institute (ERI) list the occupation as a sedentary one. Occasional standing and w alking is required w ith lifting up to 10 pounds

occasionally. ERI notes travel frequently required in this occupation; how ever, travel does not automatically push an occupation into a light category.

During travel, individuals have the opportunity to pack lighter, more manageable, bags. The use of airport transportation is easily attainable (and encouraged by some employers) and drivers may handle bags for passengers (from residence/place of business to curbside) alleviating the need to lift/carry more than is able. Airports also offer baggage handling to and from curbside. When considering mobility (standing/w alking) w ith air travel, airports readily offer mobility assistance (w heelchair/scooter use-w ith or w ithout assistance) from curbside into plane and from plane to ground transportation, alleviating the need to stand in security lines or w alk to/from gate. In fact, per the Americans w ith Disabilities Act, Air Carrier Access Act and the Federal Department of Transportation rules, it is mandatory/compulsory that airports provide accessibility for individual mobility devices and domestic/international airlines provide "boarding, deplaning, and connecting assistance, including both personnel and equipment, to passengers w ith disabilities w ho have requested it". This includes use of ground w heelchairs, boarding w heelchairs, assistance in loading and retrieving carry-on items, assistance in making flight connections and transportation betw een gates, w hich confirms that lifting/carrying/standing/ w alking w hen traveling can be adjusted based on personal needs/abilities.

- SMMCSHA - Jan 03, 2023 11:44:53 am

| | | | | | |
|---|---|---|---|---|---|
| 10/19/2022 8:00:57 PM | Claim Tasks | 7 | Appeal - 4 day notice | Requested | SMMCSHA |
| 10/20/2022 | Claim Tasks | 7 | Appeal - 4 day notice | Completed | SMMCSHA |
| 10/20/2022 4:23:17 PM | Summary/Assessment/Pa | 3h | 1st Level Appeal: - SMMCSHA - Oct 20, 2022 04:23:42 pm | Requested | SMMCSHA |

Summary Notes
1st Level Appeal: - SMMCSHA - Oct 20, 2022 04:23:42 pm
Assessment Notes

Path Notes
1st Level Appeal:
Date Appeal Received:10/13/2022
30th day11/13/2022
45th Day:11/27/2022
90th Day:01/11/2023

Claimant Name: Matthew Duntz
Claim Number: 1220010964
Group ID & active/termed:AEROTECHGR Aerospace Technologies Group, Inc.

Claim Demographics
Current Age: 60 DOB:
State Residence:TN (moved from FL in late 2021)
Situs State:FL
Estimated Net benefit:$10,000 HD
SSDI benefit:nonestill pending
Date of Disability: 07/31/2021
EP: 180
Benefit Comm Date:01/27/2022
Benefit Paid To Date:None
COD Date:01/27/2024
Max Duration Date:07/06/2029
Occupation / Loc in AWD:Vice President
Physical Level of Occ:sed
Primary Diagnosis: atherosclerotic Heart disease
Co-Morbid Diagnoses: hyperlipidemia
ERISA: Inc Group
Attorney:Samuel Payne 615-234-6000all benefits go to Attny codayllison.com
Riders:PIB pending

STD claim status:1210085648 closed
LW claim status:none
LTD claim status:appealed

Initial Claim Decision:
Reason/Date of denial: 05/02/2022
Type of Medical Review , Name, & Specialty:

Current Providers - last 18 to 24 months
AP Name/Specialty/Phone Number:
Last Date of Service:
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries:

Recent Auth: (12/24 mo):
Pre Ex investigation required:
AO investigation required:
Rehab/EBF if 6 mo of COD:

SSDI still pending

Appeal being discussed
Reasons for disagreement as explained in appeal:
-They w ant a file copy
-He w as approved for full STD benefits - then LTD pivoted and said not TDOO for the LTD even thru the elim period.
- SMMCSHA - Oct 20, 2022 04:23:42 pm

Information Submitted w ith appeal and not previously review ed:

File copy to be sent.

271 pages recvied

Exhibit B - JD Chief Sales Officer page 8/13
Exhibit C - Post cardia cath 03/24/2020 Hospitalization 03/24/2020 Boca Raton w ith EKG's
Exhibit D - pg 120/271 Dr Constance Fields (Cardio) OVN 03/2020- 11/22/2021 - Angina
Exhibit E- pg 165/271 STD APS Dr Constnace Fields 08/11/2021
Exhibit F: Dr Constances CV and medical information about her
Exhibit G: current OVN NEW Cardio Dr. Jane Freedman 05/13/2022 - stress test normal
Exhibit H - Dr. Freeman ducation info
Exhitit I - Mohs surgery - 07/20/2021
Exhibit J - BocaRaton - adm 08/03/2021 dis 08/05/2021 Cath consult
Exhibit K - med listing
Exhibit L - STD approval letter 09/20/2021

Exhibit M - auth for Attny

Appeal Analysis: Clmnt is a 60 YOM Vice President (sed) w ho w ent out 07/31/2021
Due to atherosclerotic Heart disease. On claim level he w as not supported thru his 180 day elim as Cardio Peer gave sed to light capabilities. He w as denied for not TDOO, not meet elim. (argument that STD supported to max of 01/29/2022 - 2 days after the BCD of 01/27/2022). The Attny sent in several pages of records identified above,

how ever most oar of Hosp in 03/2020 and again 08/2021, cardiac OVN of 2020 to 2021. Mohs surgery in 07/2021.

Attny sent in 27 page appeal letter and req file copy. Most relevant opposition is LGF approved STD to max, then denied LTD all together -

CP to Samuel Payne - Barb is assistant barb@codyallison.com She w ill ask Mr payne if there is more records to come in or not. or if ready for review . Also in regard to the file copy, there are nothing new since the 07/2022 file coy so w e do not need to run another one right now . She w ill call me back and I gave her my direct number

Once w e hear back form Barb - then w ill send ack letter and either toll or begin review

- SMMCSHA - Oct 21, 2022 12:35:29 pm

recved 279 pages med recs:
ER 03/22/2020 Cardiac syndrome and post cardiac catherization
Holy Cross Dr Constnace Filds OVN 01/01/2020 - 10/26/2020
ER 08/03/2021 - 08/05/2021

Ready for reivew - SMMCSHA - Oct 27, 2022 02:14:59 pm

sending for cardiac peer - SMMCSHA - Nov 04, 2022 01:04:39 pm

Caridac peer by Dr. Andre Akhondi give R&L's:
Total restriction is supported from 08/02/2021 – 08/09/2021 for chest pain, hospitalization, and angioplasty. From 07/31/2021 – 08/01/2021 and from 08/10/2021 to current: give ed capabilities/light

sending for a 21 day RTR - SMMCSHA - Nov 21, 2022 04:07:45 pm

Sameul Payne - Attorney not going to respond, go ahead w ith determination. - SMMCSHA - Nov 30, 2022 04:04:06 pm

sending for DR as HD. - SMMCSHA - Dec 05, 2022 10:36:20 am

DR currently review ing - SMMCSHA - Dec 07, 2022 10:35:40 am

sent for calrificaiton of the peer reiew on 12/12/2022 - SMMCSHA - Dec 13, 2022 10:09:55 am

clarification returned and sending to DR again. - SMMCSHA - Dec 20, 2022 02:55:21 pm

Dr returned and recommended to send to VOC to see if an alternate OA is w arrented. Current OA is sedentary and Attny states it is Light due tot he travel domestice and international. - sent to voc to reivew OA again. - SMMCSHA - Dec 28, 2022 01:53:33 pm

Voc returned and OA is sedentary.

see decsion SAP - SMMCSHA - Jan 04, 2023 09:36:10 am

| | | | | | |
|---|---|---|---|---|---|
| 10/21/2022 | Telephone (IN) | 3 | CODY ALLISON AND ASSOCIATES, PLLC | Completed | SMMCSHA |

CP to Samuel payne - Barb is assitant barb@codyallison.com She w illask Mr payne if there is more records to come in or not. or if ready for review . Also in regard to the file copy, tere are noth new since the 07/2022 fule coy so w e do nto need to run another one right now . Seh w ill call me back and I gave her my direct number - SMMCSHA - Oct 21, 2022 12:33:27 pm

| | | | | | |
|---|---|---|---|---|---|
| 10/21/2022 12:35:43 PM | Claim Tasks | 8 | Update Claim Direction | Requested | SMMCSHA |

30th day11/13/2022
45th Day:11/27/2022
90th Day:01/11/2023
- SMMCSHA - Oct 21, 2022 12:36:06 pm

tolled 8 days to get the med recs form Attny = NEW 90th = 01/19/2023
sent ack letter today - SMMCSHA - Oct 27, 2022 02:19:57 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | sending 21 day letter RTR and tolling agian. response due by 12/12/20222 - SMMCSHA - Nov 21, 2022 04:12:19 pm | | | | |
| 10/24/2022 | Documents/Mail<br>2022-10-21-10.36.34.655120O01 | 65 | Envelope | Completed | JASDA4 |
| 10/24/2022 3:03:05 PM | Documents/Mail<br>2022-10-21-10.36.34.686120O01 | 66 | Appeal Notice | Received | SMMCSHA |
| 10/24/2022 3:03:06 PM | Documents/Mail<br>2022-10-21-10.36.34.715120O01 | 67 | Incoming Correspondence | Received | SMMCSHA |
| 10/24/2022 3:03:07 PM | Documents/Mail<br>2022-10-21-10.36.34.790120O01 | 68 | Medical Records | Received | SMMCSHA |
| 10/24/2022 3:03:08 PM | Documents/Mail<br>2022-10-21-10.36.34.816120O01 | 69 | Claim Form - Authorization | Received | SMMCSHA |
| 10/27/2022 | Documents/Mail<br>Appeal Dis Atty Ackappeal | 70 | Appeal Dis Atty Ackappeal | Completed | SMMCSHA |
| 10/27/2022 | Documents/Mail<br>2022-10-21-10.36.34.816120O01 | 69 | Claim Form - Authorization | Completed | SMMCSHA |
| 10/27/2022 | Documents/Mail<br>2022-10-21-10.36.34.790120O01 | 68 | Medical Records | Completed | SMMCSHA |
| 10/27/2022 | Documents/Mail<br>2022-10-21-10.36.34.686120O01 | 66 | Appeal Notice | Completed | SMMCSHA |
| 10/27/2022 | Documents/Mail<br>2022-10-21-10.36.34.715120O01 | 67 | Incoming Correspondence | Completed | SMMCSHA |
| 11/4/2022 1:13:46 PM | Referrals | 8 | External Review | Initial | SMMCSHA |

Referral Date: 11/04/2022
Claims Specialist Name: Susan McShane
Phone Number: 402-361-2769
Email Address: susan.mcshane@lfg.com

Submitter's Name (First/Last): same as above
Phone Number:
Email Address:

Is this referral COVID related? no

Referral Type: Appeal
If Addendum, Select Physician:
"Attach relevant medical records (PDF) that need processing
Other Considerations (optional): none
Claimant Name (First/Last): Matthew Duntz
Claim Number: 1220010964
"Include any additional claim #'s involved: 1210085648
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: Eastern FL
Customer/Group Name: Aerospace Technologies Group, Inc
Job Title: Vice PResident
Product Type: 1ST Appeal LTD

Diagnosis: atherosclerotic Heart disease
Date of Disability: 07/31/2021
Last Day Worked: 07/30/2021
Benefit Begin Date: 01/27/2022
Specialty Requested: Cardiologist

Name and Specialty of prior external vendor review ers/ examiners: ECN Ali Reza Cardiology



**Lincoln/Duntz 0126**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Attorney Involvement: Yes : Samuel Payne
Attorney Contact Information (If applicable): 615-234-6000

?
Core Questions:

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 07/31/2021 to current and comment on the expected duration.

4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in questions?

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence:
"Name: Dr Constance Fields Cardio Phone Number: 561-486-8335 Fax Number: n/a - SMMCSHA - Nov 04, 2022 01:14:25 pm
Case Submitted to CRT case #142341 for a peer review with an Cardiology physician. - KAONE5 - Nov 04, 2022 02:37:32 pm
CRT / ICP is unable to process - asked that we Vend this out on 11/8 File was submitted to ECN # 223439 for peer review with Cardiology physician - KAONE5 - Nov 08, 2022 11:14:06 am
Final report received back from ECN - sent to LFGAppeals to be uploaded into AWD - KAONE5 - Nov 18, 2022 02:05:47 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/18/2022 6:58:40 PM | Documents/Mail | 71 | Email | Received | SMMCSHA |
| | 2022-11-18-15.06.56.478880O01 | | | | |
| 11/18/2022 6:58:42 PM | Documents/Mail | 72 | Medical Records | Received | SMMCSHA |
| | 2022-11-18-15.06.56.505880O01 | | | | |
| 11/21/2022 | Referrals | 8 | External Review | Completed | SMMCSHA |

Referral Date: 11/04/2022
Claims Specialist Name: Susan McShane
Phone Number: 402-361-2769
Email Address: susan.mcshane@lfg.com

Submitter's Name (First/Last): same as above
Phone Number:
Email Address:

Is this referral COVID related? no

Referral Type: Appeal
If Addendum, Select Physician:
"Attach relevant medical records (PDF) that need processing
Other Considerations (optional): none
Claimant Name (First/Last): Matthew Duntz
Claim Number: 1220010964
"Include any additional claim #'s involved: 1210085648
Date of Birth:



Lincoln/Duntz 0127

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: Eastern FL
Customer/Group Name: Aerospace Technologies Group, Inc
Job Title: Vice PResident
Product Type: 1ST Appeal LTD

Diagnosis: atherosclerotic Heart disease
Date of Disability: 07/31/2021
Last Day Worked: 07/30/2021
Benefit Begin Date: 01/27/2022
Specialty Requested: Cardiologist

Name and Specialty of prior external vendor review ers/ examiners: ECN Ali Reza Cardiology

Attorney Involvement: Yes : Samuel Payne
Attorney Contact Information (If applicable): 615-234-6000

?
Core Questions:

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 07/31/2021 to current and comment on the expected duration.

4. Do medical records support any R&Ls that w ere recommended by treating providers for the timeframes in questions?

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

7. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:
"Name: Dr Constance Fields Cardio Phone Number: 561-486-8335 Fax Number: n/a - SMMCSHA - Nov 04, 2022 01:14:25 pm
Case Submitted to CRT case #142341 for a peer review w ith an Cardiology physician. - KAONE5 - Nov 04, 2022 02:37:32 pm
Final report received back from ECN - sent to LFGAppeals to be uploaded into AWD - KAONE5 - Nov 18, 2022 02:05:47 pm
CRT / ICP is unable to process - asked that w e Vend this out on 11/8 File w as submitted to ECN # 223439 for peer review w ith Cardiology physician - KAONE5 - Nov 08, 2022 11:14:06 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/21/2022 | Documents/Mail | 73 | Appeal Dis Atty 21 Day Letter | Completed | SMMCSHA |
| | Appeal Dis Atty 21 Day Letter | | | | |
| 11/21/2022 | Documents/Mail | 71 | Email | Completed | SMMCSHA |
| | 2022-11-18-15.06.56.478880O01 | | | | |
| 11/21/2022 | Documents/Mail | 72 | Medical Records | Completed | SMMCSHA |
| | 2022-11-18-15.06.56.505880O01 | | | | |
| 11/21/2022 4:12:36 PM | Referrals | 9 | Tolling Review | In Active Review | SMMCSHA |

Today's Date11/21/2022
Appeal Rcvd Date9/30/2022

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Days Since Received<br>Extension Sent Date10/13/2022<br>Tolling Start DateTolling end DateTolling Days<br>10/13/202210/21/20228<br>11/21/2022N/A<br>0<br>0<br>0<br>0<br>0<br>Tolling Days8<br>90th Day of Active Review 1/6/2023<br>Active Review Days Remaining to 90th Day46<br><br>- SMMCSHA - Nov 21, 2022 04:13:01 pm<br><br>+++ UPDAATED TOLLING+++++++++++++++++++++++<br><br>Today's Date12/5/2022<br>Appeal Rcvd Date9/30/2022<br>Days Since Received<br>Extension Sent Date10/13/2022<br>Tolling Start DateTolling end DateTolling Days<br>10/13/202210/21/20228<br>11/21/202211/30/20229<br>0<br>0<br>0<br>0<br>0<br>Tolling Days17<br>90th Day of Active Review 1/15/2023<br>Active Review Days Remaining to 90th Day41<br><br>- SMMCSHA - Dec 05, 2022 12:47:15 pm | | | | |
| 11/22/2022 11:31:23 AM | Documents/Mail | 74 | Email | Received | SMMCSHA |
| | 2022-11-21-17.18.33.623900O01 | | | | |
| 11/22/2022 11:31:23 AM | Documents/Mail | 75 | Email | Received | SMMCSHA |
| | 2022-11-21-17.18.33.645900O01 | | | | |
| 11/22/2022 11:31:25 AM | Documents/Mail | 76 | Medical Records | Received | SMMCSHA |
| | 2022-11-21-17.18.33.670900O01 | | | | |
| 11/22/2022 8:00:53 PM | Claim Tasks | 9 | Appeal - 45 Day Reminder | Requested | SMMCSHA |
| 11/23/2022 | Documents/Mail | 74 | Email | Completed | SMMCSHA |
| | 2022-11-21-17.18.33.623900O01 | | | | |
| 11/23/2022 | Documents/Mail | 76 | Medical Records | Completed | SMMCSHA |
| | 2022-11-21-17.18.33.670900O01 | | | | |
| 11/23/2022 | Documents/Mail | 75 | Email | Completed | SMMCSHA |
| | 2022-11-21-17.18.33.645900O01 | | | | |
| 11/23/2022 | Claim Tasks | 9 | Appeal - 45 Day Reminder | Completed | SMMCSHA |
| 11/30/2022 | Telephone (IN) | 4 | CODY ALLISON AND ASSOCIATES, PLLC | Completed | SMMCSHA |
| | Sameul Payne - Attorney not going to respond, go ahead w ith determination. - SMMCSHA - Dec 05, 2022 12:12:21 pm | | | | |
| 12/5/2022 | Referrals | 9 | Tolling Review | Completed | SMMCSHA |
| | Today's Date11/21/2022 | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Appeal Rcvd Date9/30/2022
Days Since Received
Extension Sent Date10/13/2022
Tolling Start DateTolling end DateTolling Days
10/13/202210/21/20228
11/21/2022N/A
0
0
0
0
0
Tolling Days8
90th Day of Active Review 1/6/2023
Active Review Days Remaining to 90th Day46

- SMMCSHA - Nov 21, 2022 04:13:01 pm

+++ UPDAATED TOLLING+++++++++++++++++++++

Today's Date12/5/2022
Appeal Rcvd Date9/30/2022
Days Since Received
Extension Sent Date10/13/2022
Tolling Start DateTolling end DateTolling Days
10/13/202210/21/20228
11/21/202211/30/20229
0
0
0
0
0
Tolling Days17
90th Day of Active Review 1/15/2023
Active Review Days Remaining to 90th Day41

- SMMCSHA - Dec 05, 2022 12:47:15 pm

| 12/5/2022 | Claim Tasks | 8 | Update Claim Direction | Completed | SMMCSHA |
|---|---|---|---|---|---|

30th day11/13/2022
45th Day:11/27/2022
90th Day:01/11/2023
- SMMCSHA - Oct 21, 2022 12:36:06 pm

tolled 8 days to get the med recs form Attny = NEW 90th = 01/19/2023
sent ack letter today - SMMCSHA - Oct 27, 2022 02:19:57 pm

sending 21 day letter RTR and tolling agian. response due by 12/12/20222 - SMMCSHA - Nov 21, 2022 04:12:19 pm

| 12/12/2022 2:54:45 PM | Referrals | 10 | External Review | Initial | SMMCSHA |
|---|---|---|---|---|---|

CLARFICATION

Referral Date: 12/12/2022
Clinician/ Appeals Examiner: Susan McShane
Phone Number: 402-361-2769
Email Address: susan.mcshane@lfg.com

Is this referral COVID related? No

Referral Type: Clarification
Select / Previous Physician: Dr. Andre Akhondi ECM # 204356-3,

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Specialty of Prior Review er / Examiner: cardiovascular Disease
Claimant Name: Matthew Duntz
Date of Birth:
Claimant Time Zone: Eastern - FL
Customer/Group Name: Aerospace Technologies Group, Inc
Is Linked Provider in S1.NXT? No

Claim Number: 1220010964
1ST Appeal LTD:
Diagnosis: atherosclerotic heart disease
Date of Disability: 07/31/2021
Benefit Begin Date: 01/27/2022
Job Title: Vice President
Last Day Worked: 07/30/2021

Thank you for your report regarding the LTD claim for Matthew Duntz. After review ing your report, w e are requesting a clarification. I w ill forw ard the APS in question.

The Attending Physicians Statement of 08/01/2021 by Dr Constance Fields indicates under section #4 Limitations and restrictions, the doctor w rites in "He should not be under any emotional stress" The doctor also indicates for job modifications " Needs to avoid all emotional and physical stress"

1.Did you find any medical records in the file to substantiate Dr Fields statements regarding avoid emotional stress or physical stress. Please address these statements and your finding of medical records that may or may not substantiate them.

2.Do these statements at all impact and/or change the findings expressed in your prior peer review ? Have you opined any new or different restrictions and limitations?
Please explain. - SMMCSHA - Dec 12, 2022 02:55:31 pm
Case submitted to ECN case #226606 for an adddendum w ith Dr. Andre Akhondi (Cardiovascular Disease ) - KAONE5 - Dec 13, 2022 03:49:45 pm
Clarification received back from CRT - sent to Disability Claims to be uploaded into AWD - KAONE5 - Dec 16, 2022 02:34:09 pm

| 12/19/2022 | Referrals | 10 | External Review | Completed | SMMCSHA |
|---|---|---|---|---|---|

CLARFICATION

Referral Date: 12/12/2022
Clinician/ Appeals Examiner: Susan McShane
Phone Number: 402-361-2769
Email Address: susan.mcshane@lfg.com

Is this referral COVID related? No

Referral Type: Clarification
Select / Previous Physician: Dr. Andre Akhondi ECM # 204356-3,
Specialty of Prior Review er / Examiner: cardiovascular Disease
Claimant Name: Matthew Duntz
Date of Birth:
Claimant Time Zone: Eastern - FL
Customer/Group Name: Aerospace Technologies Group, Inc
Is Linked Provider in S1.NXT? No

Claim Number: 1220010964
1ST Appeal LTD:
Diagnosis: atherosclerotic heart disease
Date of Disability: 07/31/2021
Benefit Begin Date: 01/27/2022
Job Title: Vice President
Last Day Worked: 07/30/2021



**Lincoln/Duntz 0131**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Thank you for your report regarding the LTD claim for Matthew Duntz. After review ing your report, w e are requesting a clarification. I w ill forw ard the APS in question.

The Attending Physicians Statement of 08/01/2021 by Dr Constance Fields indicates under section #4 Limitations and restrictions, the doctor w rites in "He should not be under any emotional stress" The doctor also indicates for job modifications " Needs to avoid all emotional and physical stress"

1.Did you find any medical records in the file to substantiate Dr Fields statements regarding avoid emotional stress or physical stress. Please address these statements and your finding of medical records that may or may not substantiate them.

2.Do these statements at all impact and/or change the findings expressed in your prior peer review ? Have you opined any new or different restrictions and limitations?
Please explain. - SMMCSHA - Dec 12, 2022 02:55:31 pm
Case submitted to ECN case #226606 for an adddendum w ith Dr. Andre Akhondi (Cardiovascular Disease ) - KAONE5 - Dec 13, 2022 03:49:45 pm
Clarification received back from CRT - sent to Disability Claims to be uploaded into AWD - KAONE5 - Dec 16, 2022 02:34:09 pm

| 12/19/2022 2:21:09 PM | Claim Tasks | 10 | Update Claim Direction | Requested | SMMCSHA |
|---|---|---|---|---|---|

30th day 11/13/2022
45th Day:11/27/2022
90th Day:01/11/2023
- SMMCSHA - Oct 21, 2022 12:36:06 pm

tolled 8 days to get the med recs form Attny = NEW 90th = 01/19/2023
sent ack letter today - SMMCSHA - Oct 27, 2022 02:19:57 pm

sending 21 day letter RTR and tolling agian. response due by 12/12/20222 - SMMCSHA - Nov 21, 2022 04:12:19 pm
- SMMCSHA - Dec 19, 2022 02:21:31 pm

Claim is in MGMT review - SMMCSHA - Dec 22, 2022 09:04:08 am

| 12/20/2022 | Documents/Mail | 78 | Email | Completed | SMMCSHA |
|---|---|---|---|---|---|

2022-12-16-15.34.06.827360O01

| 12/20/2022 | Documents/Mail | 79 | Email | Completed | SMMCSHA |
|---|---|---|---|---|---|

2022-12-16-15.34.06.851360O01

| 12/20/2022 10:17:21 AM | Documents/Mail | 77 | Appeal Ow n Occ Level 1 Uphold Atty | Work In Progress | SMMCSHA |
|---|---|---|---|---|---|

Appeal Ow n Occ Level 1 Uphold AttyAttachments:Translation services

| 12/28/2022 1:46:02 PM | Referrals | 11 | Vocational Consultation | Initial | SMMCSHA |
|---|---|---|---|---|---|

Vocational Referral Template- OA
Demographics
Claimant Name: Matthew Duntz
Claim Number: 1220010964
Group Situs State: TN
Claimant Original Resident State: TN
Gainful defined in policy(y/n): n/a
Medical Information
Current Functional Capacity and R&Ls: (Identify the most current functional capacity and R&Ls to be used for vocational review . Include type (APS, AF, Clinical Review , Peer Review ), date and location of document, e.g. APS in AWD dated 5/1/15):

11/21/2022 Cardio Peer:

Total restriction is supported from 08/02/2021 - 08/09/2021 for chest pain, hospitalization, and angioplasty.

From 07/31/2021 - 08/01/2021 and from 08/10/2021 to current:
Sitting: Unrestricted

Standing: Frequently, for up to 4 hour per day
Walking: Frequently, for up to 3 hour per day
Lifting: Occasionally, up to 30 lbs. BUE
Carrying: Occasionally, up to 30 lbs. BUE
Pushing: Occasionally, up to 30 lbs. BUE
Pulling: Occasionally, up to 30 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Craw ling: Frequently
Reaching: Frequently overhead and below w aist level BUE; Unrestricted to desk level BUE
Use low er extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above recommended restrictions and limitations are indicated from 7/31/21 to current, w ith reassessment on or around 05/10/23.

The claimant's abilities are sustainable on a full-time basis except the period of total w ork restriction

Vocational Information:
Job Title from ER: Chief sales Officer
Previous OA: 04/27/2022 Vice President and 05/20/2022 OA review :
The previous OA remains consistent based on the information provided. The closest DOT match w as identified as Vice President [DOT 189.117-034, Sedentary]. According to additional resources and information from OOH, frequent travel is performed in this occupation. This w as noted in the OA report uploaded into AWD.

Job Description on file? JD in AWD 2021-09-07 of STD claim 1210085648 - please note : This position requires 25-50% of domestic and international travel.
Job Analysis on file? n/a
Work History and Educational Information: n/a

Specific Question(s) for Review er
Provide CE input and synopsis about nature of referral. Provide your specific questions:

Appeal Director note: CRS to refer to voc to review and determine if alternate OA is w arranted, Attorney has indicated in appeal request that occupation is not sedentary as outlined in OA, UH letter draft indicates occ is sedentary and efforts should be made to address this in UH letter and rationale. Although EE traveled for their occupation, it's possible the occupation may still be sed as performed in national economy, alternatively the occupation may return as a light occ d/t travel requirements, how ever the RLS in the PR w ould not preclude from a light occupation but this should be addressed as part of our appeal review .

Please review to see of alternate OA is w arranted. Thank you!
- SMMCSHA - Dec 28, 2022 01:51:41 pm

VCM has been asked to address attorney arguments based on the prior tw o occupational analyses on file. In both instances, and based on employer input on job title and duties, it w as determined that the occupation is best represented by the title Vice President. Please see prior review s for complete details.

In this analysis, the attorney's arguing that the travel requirements of the occupation push the occupation into a light category. Both the Dictionary of Occupational Titles (DOT) as w ell as the Economic Research Institute (ERI) list the

occupation as a sedentary one. Occasional standing and w alking is required w ith lifting up to 10 pounds occasionally. ERI notes travel frequently required in this occupation; how ever, travel does not automatically push an occupation into a light category.

During travel, individuals have the opportunity to pack lighter, more manageable, bags. The use of airport transportation is easily attainable (and encouraged by some employers) and drivers may handle bags for passengers (from residence/place of business to curbside) alleviating the need to lift/carry more than is able. Airports also offer baggage handling to and from curbside. When considering mobility (standing/w alking) w ith air travel, airports readily offer mobility assistance (w heelchair/scooter use-w ith or w ithout assistance) from curbside into plane and from plane to ground transportation, alleviating the need to stand in security lines or w alk to/from gate. In fact, per the Americans w ith Disabilities Act, Air Carrier Access Act and the Federal Department of Transportation rules, it is mandatory/compulsory that airports provide accessibility for individual mobility devices and domestic/international airlines provide "boarding, deplaning, and connecting assistance, including both personnel and equipment, to passengers w ith disabilities w ho have requested it". This includes use of ground w heelchairs, boarding w heelchairs, assistance in loading and retrieving carry-on items, assistance in making flight connections and transportation betw een gates, w hich confirms that lifting/carrying/standing/ w alking w hen traveling can be adjusted based on personal needs/abilities.

What is clear that the occupation is sedentary and physical demand, it is also notew orthy that the Insured has a light-duty capacity based on the medical information VCM w as asked to review . Therefore, it is clear that the Insured can perform their ow n occupation.
- JANMI5 - Jan 03, 2023 10:53:23 am

1/3/2023 Referrals 11 Vocational Consultation Completed SMMCSHA

Vocational Referral Template- OA
Demographics
Claimant Name: Matthew Duntz
Claim Number: 1220010964
Group Situs State: TN
Claimant Original Resident State: TN
Gainful defined in policy(y/n): n/a
Medical Information
Current Functional Capacity and R&Ls: (Identify the most current functional capacity and R&Ls to be used for vocational review . Include type (APS, AF, Clinical Review , Peer Review ), date and location of document, e.g. APS in AWD dated 5/1/15):

11/21/2022 Cardio Peer:

Total restriction is supported from 08/02/2021 - 08/09/2021 for chest pain, hospitalization, and angioplasty.

From 07/31/2021 - 08/01/2021 and from 08/10/2021 to current:
Sitting: Unrestricted
Standing: Frequently, for up to 4 hour per day
Walking: Frequently, for up to 3 hour per day
Lifting: Occasionally, up to 30 lbs. BUE
Carrying: Occasionally, up to 30 lbs. BUE
Pushing: Occasionally, up to 30 lbs. BUE
Pulling: Occasionally, up to 30 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Craw ling: Frequently
Reaching: Frequently overhead and below w aist level BUE; Unrestricted to desk level BUE
Use low er extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above recommended restrictions and limitations are indicated from 7/31/21 to current, w ith reassessment on or around 05/10/23.

The claimant's abilities are sustainable on a full-time basis except the period of total w ork restriction

Vocational Information:
Job Title from ER: Chief sales Officer
Previous OA: 04/27/2022 Vice President and 05/20/2022 OA review :
The previous OA remains consistent based on the information provided. The closest DOT match w as identified as Vice President [DOT 189.117-034, Sedentary]. According to additional resources and information from OOH, frequent travel is performed in this occupation. This w as noted in the OA report uploaded into AWD.

Job Description on file? JD in AWD 2021-09-07 of STD claim 1210085648 - please note : This position requires 25-50% of domestic and international travel.
Job Analysis on file? n/a
Work History and Educational Information: n/a

Specific Question(s) for Review er
Provide CE input and synopsis about nature of referral. Provide your specific questions:

Appeal Director note: CRS to refer to voc to review and determine if alternate OA is w arranted, Attorney has indicated in appeal request that occupation is not sedentary as outlined in OA, UH letter draft indicates occ is sedentary and efforts should be made to address this in UH letter and rationale. Although EE traveled for their occupation, it's possible the occupation may still be sed as performed in national economy, alternatively the occupation may return as a light occ d/t travel requirements, how ever the RLS in the PR w ould not preclude from a light occupation but this should be addressed as part of our appeal review .

Please review to see of alternate OA is w arranted. Thank you!
- SMMCSHA - Dec 28, 2022 01:51:41 pm

VCM has been asked to address attorney arguments based on the prior tw o occupational analyses on file. In both instances, and based on employer input on job title and duties, it w as determined that the occupation is best represented by the title Vice President. Please see prior review s for complete details.

In this analysis, the attorney's arguing that the travel requirements of the occupation push the occupation into a light category. Both the Dictionary of Occupational Titles (DOT) as w ell as the Economic Research Institute (ERI) list the occupation as a sedentary one. Occasional standing and w alking is required w ith lifting up to 10 pounds occasionally. ERI notes travel frequently required in this occupation; how ever, travel does not automatically push an occupation into a light category.

During travel, individuals have the opportunity to pack lighter, more manageable, bags. The use of airport transportation is easily attainable (and encouraged by some employers) and drivers may handle bags for passengers (from residence/place of business to curbside) alleviating the need to lift/carry more than is able. Airports also offer baggage handling to and from curbside. When considering mobility (standing/w alking) w ith air travel, airports readily offer mobility assistance (w heelchair/scooter use-w ith or w ithout assistance) from curbside into plane and from plane to ground transportation, alleviating the need to stand in security lines or w alk to/from gate. In fact, per the Americans w ith Disabilities Act, Air Carrier Access Act and the Federal Department of Transportation rules, it is mandatory/compulsory that airports provide accessibility for individual mobility devices and domestic/international airlines provide "boarding, deplaning, and connecting assistance, including both personnel and equipment, to passengers w ith disabilities w ho have requested it". This includes use of ground w heelchairs, boarding w heelchairs, assistance in loading and retrieving carry-on items, assistance in making flight connections and transportation betw een gates, w hich confirms that lifting/carrying/standing/ w alking w hen traveling can be adjusted based on personal needs/abilities.

What is clear that the occupation is sedentary and physical demand, it is also notew orthy that the Insured has a light-duty capacity based on the medical information VCM w as asked to review . Therefore, it is clear that the

Insured can perform their ow n occupation.
- JANMI5 - Jan 03, 2023 10:53:23 am

1/4/2023 Summary/Assessment/P:4h 1st level appeal OO HD UPHOLD - SMMCSHA - Jan 04, 2023 Completed SMMCSHA

Summary Notes
1st level appeal OO HD UPHOLD - SMMCSHA - Jan 04, 2023 09:39:36 am
Assessment Notes

Path Notes
1st level appeal OO HD UPHOLD
Matthew Duntz
1220010964

Claim Summary:
Clmnt is a 60 YOM Vice President (sed) w ho w ent out 07/31/2021 Due to atherosclerotic Heart disease. On claim level he w as not supported thru his 180 day elim as Cardio Peer gave sed to light capabilities. He w as denied for not TDOO, not meet elim. (argument that STD supported to max of 01/29/2022 - 2 days after the BCD of 01/27/2022). The Attny sent in several pages (271) of records to include hosp in 03/2020 and again 08/2021, cardiac OVN of 2020 to 2021. Mohs surgery in 07/2021.

Attny sent in 27 page appeal letter and req file copy. Most relevant opposition is LGF approved STD to max, then denied LTD all together -

Appeal Review Summary:
Cardiology Peer by Dr. Andre Akhondi
Dx's CAD w ith co-morbid hyperlipidemia and hypertension

Based on the available information, the claimant has suffered from ongoing chest pain, fatigue secondary to coronary artery disease. He has history of non-ST segment elevation myocardial infraction in 03/2020. He underw ent successful percutaneous coronary intervention and stent placement to proximal to mid left circumflex occlusion in 03/2020 and angioplasty on the first diagonal branch on 8/4/21. Myocardial perfusion imaging spect revealed mild upper septal ischemic, mild inferior w all ischemic, mild anterior w all ischemia, TID on 11/22/21. He also has comorbidities including hyperlipidemia and hypertension that w ere w ell-controlled. Overall, the claimant is limited given his advanced age, morbidity of cardiac conditions w ith contribution from comorbidities, ongoing chest pain and fatigue complaints. Therefore, the claimant requires restrictions and limitations as outlined below :

Total restriction is supported from 08/02/2021 - 08/09/2021 for chest pain, hospitalization, and angioplasty.

From 07/31/2021 - 08/01/2021 and from 08/10/2021 to current:
Sitting: Unrestricted
Standing: Frequently, for up to 4 hour per day
Walking: Frequently, for up to 3 hour per day
Lifting: Occasionally, up to 30 lbs. BUE
Carrying: Occasionally, up to 30 lbs. BUE
Pushing: Occasionally, up to 30 lbs. BUE
Pulling: Occasionally, up to 30 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Craw ling: Frequently
Reaching: Frequently overhead and below w aist level BUE; Unrestricted to desk level BUE
Use low er extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above recommended restrictions and limitations are indicated from 7/31/21 to current, w ith reassessment on or around 05/10/23.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

The claimant's abilities are sustainable on a full-time basis except the period of total w ork restriction

21 day letter sent: sent 11/21/2022 w ith response due by 12/12/2022. Attny called and they w ill not be responding, can proceed w ith determination.

Clarification w as sent to peer review er in regard to the APS of 08/2021 indicating the claimant needs to avoid emotional stress. The Peer noted the follow ing in identifying records to address the APS noting "avoid emotional stress and or physical stress"

1.Did you find any medical records in the file to substantiate Dr Fields statements regarding avoid emotional stress or physical stress. Please address these statements and your finding of medical records that may or may not substantiate them.

Yes. There are medical records in the file to substantiate Dr Fields statements regarding avoid emotional stress or physical stress.

The claimant has history of coronary artery disease s/p non-ST segment elevation myocardial infraction on 3/22/20 and single vessel disease w ith 100% proximal to mid left circumflex occlusion s/p successful percutaneous coronary intervention and stent placement. On 8/3/21, he developed chest pain and w as found to have luminal irregularities in the RCA, LAD. The first diagonal branch had a mid 90% stenosis and angioplasty w ere performed on this lesion at that time. Cardiac catheterization on 12/13/21 show ed nonobstructive coronary artery disease in a small diagonal, 60% left ventricular ejection fraction, a LAD 90% mid stenosis too small to stent. Groin closure device w as deployed in the right femoral artery. He had his typical angina symptoms w hich resolved w ithin 15 minutes if he used a nitro patch or take sublingual nitro in 01/2022. He had chronic stable angina, relatively frequent chest pain almost daily despite use of nitrates, generalized fatigue in 05/2022. Based on abovementioned ongoing symptoms becoming more frequent as w ell as a residual LAD 90% mid stenosis too small to stent, the claimant is at risk for myocardial infarction, and he should avoid emotional stress or physical stress to reduce to risk. Overall, finding of medical records substantiate Dr. Fields statements.

2. Do these statements at all impact and/or change the findings expressed in your prior peer review ? Have you opined any new or different restrictions and limitations? Please explain.

No. These statements at all do not impact and/or change the findings expressed in my prior peer review .
No. I have not opined any new or different restrictions and limitations since the claimant has already been provided w ith physical restrictions and limitations in prior review to limit his physical exertion as w ell as physical stress.

VOc Consult regarding sed/light occ:

In this analysis, the attorney's arguing that the travel requirements of the occupation push the occupation into a light category. Both the Dictionary of Occupational Titles (DOT) as w ell as the Economic Research Institute (ERI) list the occupation as a sedentary one. Occasional standing and w alking is required w ith lifting up to 10 pounds occasionally. ERI notes travel frequently required in this occupation; how ever, travel does not automatically push an occupation into a light category.

During travel, individuals have the opportunity to pack lighter, more manageable, bags. The use of airport transportation is easily attainable (and encouraged by some employers) and drivers may handle bags for passengers (from residence/place of business to curbside) alleviating the need to lift/carry more than is able. Airports also offer baggage handling to and from curbside. When considering mobility (standing/w alking) w ith air travel, airports readily offer mobility assistance (w heelchair/scooter use-w ith or w ithout assistance) from curbside into plane and from plane to ground transportation, alleviating the need to stand in security lines or w alk to/from gate. In fact, per the Americans w ith Disabilities Act, Air Carrier Access Act and the Federal Department of Transportation rules, it is mandatory/compulsory that airports provide accessibility for individual mobility devices and domestic/international airlines provide "boarding, deplaning, and connecting assistance, including both personnel and equipment, to passengers w ith disabilities w ho have requested it". This includes use of ground w heelchairs, boarding w heelchairs, assistance in loading and retrieving carry-on items, assistance in making flight connections

and transportation betw een gates, w hich confirms that lifting/carrying/standing/ w alking w hen traveling can be adjusted based on personal needs/abilities.

Appeal Decision Rationale:
Review of the medical records indicates that the claimants R&L's as of 07/31/2021 are of the sedentary/light capacity. His occ is Vice President and is a sedentary occ, therefore the R&L's are consistent w ith his ow n occ.

In addition, review of the APS of 08/2021, his cardiologist, Dr. Fields does state "avoid all emotional and physical stress" and an clarification w as sent to peer review er, to address this statement. Peer notes that Based on ongoing symptoms becoming more frequent as w ell as a residual LAD 90% mid stenosis too small to stent, the claimant is at risk for myocardial infarction, and he should avoid emotional stress or physical stress to reduce to risk. Meaning that his Cardiologist w as basing the statement on the records and overall, finding of medical records substantiate his cardiologist statements. How ever, the Cardiology statement did not change his opinion or change the R&L's established.

Therefore, his R&L"s are of the sedentary to light category and his ow n occ is sedentary, so he is not TDOO.

Upholding for not TDOO. Letter to Attny and ER
- SMMCSHA - Jan 04, 2023 09:37:23 am

| | | | | |
|---|---|---|---|---|
| 1/4/2023 | Summary/Assessment/Path | 1st Level Appeal: - SMMCSHA - Oct 20, 2022 04:23:42 pm | Completed | SMMCSHA |

Summary Notes
1st Level Appeal: - SMMCSHA - Oct 20, 2022 04:23:42 pm
Assessment Notes

Path Notes
1st Level Appeal:
Date Appeal Received:10/13/2022
30th day11/13/2022
45th Day:11/27/2022
90th Day:01/11/2023

Claimant Name: Matthew Duntz
Claim Number: 1220010964
Group ID & active/termed:AEROTECHGR Aerospace Technologies Group, Inc.

Claim Demographics
Current Age: 60 DOB:
State Residence:TN (moved from FL in late 2021)
Situs State:FL
Estimated Net benefit:$10,000 HD
SSDI benefit:nonestill pending
Date of Disability: 07/31/2021
EP: 180
Benefit Comm Date:01/27/2022
Benefit Paid To Date:None
COD Date:01/27/2024
Max Duration Date:07/06/2029
Occupation / Loc in AWD:Vice President
Physical Level of Occ:sed
Primary Diagnosis: atherosclerotic Heart disease
Co-Morbid Diagnoses: hyperlipidemia
ERISA: Inc Group
Attorney:Samuel Payne 615-234-6000all benefits go to Attny codayllison.com
Riders:PIB pending

STD claim status:1210085648 closed
LW claim status:none

LTD claim status:appealed

Initial Claim Decision:
Reason/Date of denial: 05/02/2022
Type of Medical Review , Name, & Specialty:

Current Providers - last 18 to 24 months
AP Name/Specialty/Phone Number:
Last Date of Service:
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries:

Recent Auth: (12/24 mo):
Pre Ex investigation required:
AO investigation required:
Rehab/EBF if 6 mo of COD:

SSDI still pending

Appeal being discussed
Reasons for disagreement as explained in appeal:
-They w ant a file copy
-He w as approved for full STD benefits - then LTD pivoted and said not TDOO for the LTD even thru the elim period.
- SMMCSHA - Oct 20, 2022 04:23:42 pm

Information Submitted w ith appeal and not previously review ed:

File copy to be sent.

271 pages recvied

Exhibit B - JD Chief Sales Officer page 8/13
Exhibit C - Post cardia cath 03/24/2020 Hospitalization 03/24/2020 Boca Raton w ith EKG's
Exhibit D - pg 120/271 Dr Constance Fields (Cardio) OVN 03/2020- 11/22/2021 - Angina
Exhibit E- pg 165/271 STD APS Dr Constnace Fields 08/11/2021
Exhibit F: Dr Constances CV and medical information about her
Exhibit G: current OVN NEW Cardio Dr. Jane Freedman 05/13/2022 - stress test normal
Exhibit H - Dr. Freeman ducation info
Exhitit I - Mohs surgery - 07/20/2021
Exhibit J - BocaRaton - adm 08/03/2021 dis 08/05/2021 Cath consult
Exhibit K - med listing
Exhibit L - STD approval letter 09/20/2021

Exhibit M - auth for Attny

Appeal Analysis: Clmnt is a 60 YOM Vice President (sed) w ho w ent out 07/31/2021
Due to atherosclerotic Heart disease. On claim level he w as not supported thru his 180 day elim as Cardio Peer gave sed to light capabilities. He w as denied for not TDOO, not meet elim. (argument that STD supported to max of

01/29/2022 - 2 days after the BCD of 01/27/2022). The Attny sent in several pages of records identified above, how ever most oar of Hosp in 03/2020 and again 08/2021, cardiac OVN of 2020 to 2021. Mohs surgery in 07/2021.

Attny sent in 27 page appeal letter and req file copy. Most relevant opposition is LGF approved STD to max, then denied LTD all together -

CP to Samuel Payne - Barb is assistant barb@codyallison.com She w ill ask Mr payne if there is more records to come in or not. or if ready for review . Also in regard to the file copy, there are nothing new since the 07/2022 file coy so w e do not need to run another one right now . She w ill call me back and I gave her my direct number

Once w e hear back form Barb - then w ill send ack letter and either toll or begin review

- SMMCSHA - Oct 21, 2022 12:35:29 pm

recved 279 pages med recs:
ER 03/22/2020 Cardiac syndrome and post cardiac catherization
Holy Cross Dr Constnace Filds OVN 01/01/2020 - 10/26/2020
ER 08/03/2021 - 08/05/2021

Ready for reivew - SMMCSHA - Oct 27, 2022 02:14:59 pm

sending for cardiac peer - SMMCSHA - Nov 04, 2022 01:04:39 pm

Caridac peer by Dr. Andre Akhondi give R&L's:
Total restriction is supported from 08/02/2021 – 08/09/2021 for chest pain, hospitalization, and angioplasty. From 07/31/2021 – 08/01/2021 and from 08/10/2021 to current: give ed capabilities/light

sending for a 21 day RTR - SMMCSHA - Nov 21, 2022 04:07:45 pm

Sameul Payne - Attorney not going to respond, go ahead w ith determination. - SMMCSHA - Nov 30, 2022 04:04:06 pm

sending for DR as HD. - SMMCSHA - Dec 05, 2022 10:36:20 am

DR currently review ing - SMMCSHA - Dec 07, 2022 10:35:40 am

sent for calrificaiton of the peer reiew on 12/12/2022 - SMMCSHA - Dec 13, 2022 10:09:55 am

clarification returned and sending to DR again. - SMMCSHA - Dec 20, 2022 02:55:21 pm

Dr returned and recommended to send to VOC to see if an alternate OA is w arrented. Current OA is sedentary and Attny states it is Light due tot he travel domestice and international. - sent to voc to reivew OA again. - SMMCSHA - Dec 28, 2022 01:53:33 pm

Voc returned and OA is sedentary.

see decsion SAP - SMMCSHA - Jan 04, 2023 09:36:10 am

| | | | | | |
|---|---|---|---|---|---|
| 1/4/2023 | Appeal | 1 | Level 1 | Closed | SMMCSHA |

2 days after the BCD of 01/27/2022). The Attny sent in several pages (271) of records to include hosp in 03/2020 and again 08/2021, cardiac OVN of 2020 to 2021. Mohs surgery in 07/2021.

Attny sent in 27 page appeal letter and req file copy. Most relevant opposition is LGF approved STD to max, then denied LTD all together -

Appeal Review Summary:
Cardiology Peer by Dr. Andre Akhondi
Dx's CAD w ith co-morbid hyperlipidemia and hypertension

Based on the available information, the claimant has suffered from ongoing chest pain, fatigue secondary to coronary artery disease. He has history of non-ST segment elevation myocardial infraction in 03/2020. He underw ent successful percutaneous coronary intervention and stent placement to proximal to mid left circumflex occlusion in 03/2020 and angioplasty on the first diagonal branch on 8/4/21. Myocardial perfusion imaging spect revealed mild upper septal ischemic, mild inferior w all ischemic, mild anterior w all ischemia, TID on 11/22/21. He also has comorbidities including hyperlipidemia and hypertension that w ere w ell-controlled. Overall, the claimant is limited given his advanced age, morbidity of cardiac conditions w ith contribution from comorbidities, ongoing chest pain and fatigue complaints. Therefore, the claimant requires restrictions and limitations as outlined below :

Total restriction is supported from 08/02/2021 - 08/09/2021 for chest pain, hospitalization, and angioplasty.

From 07/31/2021 - 08/01/2021 and from 08/10/2021 to current:
Sitting: Unrestricted
Standing: Frequently, for up to 4 hour per day
Walking: Frequently, for up to 3 hour per day
Lifting: Occasionally, up to 30 lbs. BUE
Carrying: Occasionally, up to 30 lbs. BUE
Pushing: Occasionally, up to 30 lbs. BUE
Pulling: Occasionally, up to 30 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Craw ling: Frequently
Reaching: Frequently overhead and below w aist level BUE; Unrestricted to desk level BUE
Use low er extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE
The above recommended restrictions and limitations are indicated from 7/31/21 to current, w ith reassessment on or around 05/10/23.

The claimant's abilities are sustainable on a full-time basis except the period of total w ork restriction

21 day letter sent: sent 11/21/2022 w ith response due by 12/12/2022. Attny called and they w ill not be responding, can proceed w ith determination.

Appeal Decision Rationale:
Review of the medical records indicates that the claimants R&L's as of 07/31/2021 are of the sedentary/light capacity. His occ is Vice President and is a sedentary occ, therefore the R&L's are consistent w ith his ow n occ.

Upholding for not TDOO.

Letter to Attny and to ER as not past 2 years. Call already done on 11/30/2022.

2 days after the BCD of 01/27/2022). The Attny sent in several pages (271) of records to include hosp in 03/2020 and again 08/2021, cardiac OVN of 2020 to 2021. Mohs surgery in 07/2021.

Attny sent in 27 page appeal letter and req file copy. Most relevant opposition is LGF approved STD to max, then denied LTD all together -

Appeal Review Summary:
Cardiology Peer by Dr. Andre Akhondi
Dx's CAD w ith co-morbid hyperlipidemia and hypertension

Based on the available information, the claimant has suffered from ongoing chest pain, fatigue secondary to

coronary artery disease. He has history of non-ST segment elevation myocardial infraction in 03/2020. He underw ent successful percutaneous coronary intervention and stent placement to proximal to mid left circumflex occlusion in 03/2020 and angioplasty on the first diagonal branch on 8/4/21. Myocardial perfusion imaging spect revealed mild upper septal ischemic, mild inferior w all ischemic, mild anterior w all ischemia, TID on 11/22/21. He also has comorbidities including hyperlipidemia and hypertension that w ere w ell-controlled. Overall, the claimant is limited given his advanced age, morbidity of cardiac conditions w ith contribution from comorbidities, ongoing chest pain and fatigue complaints. Therefore, the claimant requires restrictions and limitations as outlined below :

Total restriction is supported from 08/02/2021 - 08/09/2021 for chest pain, hospitalization, and angioplasty.

From 07/31/2021 - 08/01/2021 and from 08/10/2021 to current:
Sitting: Unrestricted
Standing: Frequently, for up to 4 hour per day
Walking: Frequently, for up to 3 hour per day
Lifting: Occasionally, up to 30 lbs. BUE
Carrying: Occasionally, up to 30 lbs. BUE
Pushing: Occasionally, up to 30 lbs. BUE
Pulling: Occasionally, up to 30 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Craw ling: Frequently
Reaching: Frequently overhead and below w aist level BUE; Unrestricted to desk level BUE
Use low er extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE
The above recommended restrictions and limitations are indicated from 7/31/21 to current, w ith reassessment on or around 05/10/23.

The claimant's abilities are sustainable on a full-time basis except the period of total w ork restriction

21 day letter sent: sent 11/21/2022 w ith response due by 12/12/2022. Attny called and they w ill not be responding, can proceed w ith determination.

Appeal Decision Rationale:
Review of the medical records indicates that the claimants R&L's as of 07/31/2021 are of the sedentary/light capacity. His occ is Vice President and is a sedentary occ, therefore the R&L's are consistent w ith his ow n occ.

Upholding for not TDOO.

Letter to Attny and to ER as not past 2 years. Call already done on 11/30/2022.
- SMMCSHA - Dec 05, 2022 12:56:39 pm
+++ also clarificaiton w as sent to VOC to see if the OCC is truley sedentary and if travel affects the sedentary position.

VOC:
In this analysis, the attorney's arguing that the travel requirements of the occupation push the occupation into a light category. Both the Dictionary of Occupational Titles (DOT) as w ell as the Economic Research Institute (ERI) list the occupation as a sedentary one. Occasional standing and w alking is required w ith lifting up to 10 pounds occasionally. ERI notes travel frequently required in this occupation; how ever, travel does not automatically push an occupation into a light category.

During travel, individuals have the opportunity to pack lighter, more manageable, bags. The use of airport transportation is easily attainable (and encouraged by some employers) and drivers may handle bags for passengers (from residence/place of business to curbside) alleviating the need to lift/carry more than is able. Airports also offer baggage handling to and from curbside. When considering mobility (standing/w alking) w ith air travel, airports readily offer mobility assistance (w heelchair/scooter use-w ith or w ithout assistance) from curbside into plane and from plane to ground transportation, alleviating the need to stand in security lines or w alk to/from

gate. In fact, per the Americans w ith Disabilities Act, Air Carrier Access Act and the Federal Department of Transportation rules, it is mandatory/compulsory that airports provide accessibility for individual mobility devices and domestic/international airlines provide "boarding, deplaning, and connecting assistance, including both personnel and equipment, to passengers w ith disabilities w ho have requested it". This includes use of ground w heelchairs, boarding w heelchairs, assistance in loading and retrieving carry-on items, assistance in making flight connections and transportation betw een gates, w hich confirms that lifting/carrying/standing/ w alking w hen traveling can be adjusted based on personal needs/abilities.

- SMMCSHA - Jan 03, 2023 11:44:53 am

| | | | | | |
|---|---|---|---|---|---|
| 1/4/2023 | Documents/Mail | 77 | Appeal Ow n Occ Level 1 Uphold Atty | Completed | SMMCSHA |
| | Appeal Ow n Occ Level 1 Uphold AttyAttachments:Translation services | | | | |
| 1/4/2023 | Claim Tasks | 10 | Update Claim Direction | Completed | SMMCSHA |
| | 30th day11/13/2022<br>45th Day:11/27/2022<br>90th Day:01/11/2023<br>- SMMCSHA - Oct 21, 2022 12:36:06 pm<br><br>tolled 8 days to get the med recs form Attny = NEW 90th = 01/19/2023<br>sent ack letter today - SMMCSHA - Oct 27, 2022 02:19:57 pm<br><br>sending 21 day letter RTR and tolling agian. response due by 12/12/20222 - SMMCSHA - Nov 21, 2022 04:12:19 pm<br>- SMMCSHA - Dec 19, 2022 02:21:31 pm<br><br>Claim is in MGMT review - SMMCSHA - Dec 22, 2022 09:04:08 am | | | | |
| 1/4/2023 9:37:56 AM | Documents/Mail | 80 | Appeal Dis Uphold to Group | Work In Progress | SMMCSHA |
| | Appeal Dis Uphold to Group | | | | |
| 1/4/2023 9:43:37 AM | Status | | Not TD Ow n Occ | CLOSED | SMMCSHA |
| 1/4/2023 9:46:31 AM | Status | | | REOPENED | SMMCSHA |
| 1/4/2023 9:46:31 AM | Status | | Not TD Ow n Occ | CLOSED | SMMCSHA |
| 1/5/2023 | Documents/Mail | 80 | Appeal Dis Uphold to Group | Completed | SMMCSHA |
| | Appeal Dis Uphold to Group | | | | |
| 1/5/2023 | Documents/Mail | 81 | Email | Completed | SMMCSHA |
| | 2023-01-04-10.43.43.469480O01 | | | | |
| 1/5/2023 | Documents/Mail | 82 | Incoming Correspondence | Completed | SMMCSHA |
| | 2023-01-04-10.43.43.489480O01 | | | | |
| 2/14/2023 1:21:22 PM | Status | | | REOPENED | BETWA1 |
| 2/14/2023 1:21:38 PM | Appeal | 2 | Level 2 | New | AM0ST5 |
| 2/21/2023 2:43:32 PM | Documents/Mail | 83 | Appeal Notice | Received | AM0ST5 |
| | 2023-02-21-12.47.22.398080O01 | | | | |
| 2/23/2023 | Documents/Mail | 84 | Appeal Dis Atty Ackappeal | Completed | AM0ST5 |
| | Appeal Dis Atty Ackappeal | | | | |
| 2/23/2023 | Documents/Mail | 83 | Appeal Notice | Completed | AM0ST5 |
| | 2023-02-21-12.47.22.398080O01 | | | | |
| 2/23/2023 1:14:52 PM | Claim Tasks | 11 | Appeal - 45 Day Reminder | Requested | AM0ST5 |
| | 30th Day: 03/15/2023<br>45th Day: 03/30/2023 - AM0ST5 - Feb 23, 2023 01:15:16 pm<br><br>ERISA EXT sent w ith RTR and med report - AM0ST5 - Mar 08, 2023 02:42:12 pm | | | | |
| 2/23/2023 1:15:20 PM | Claim Tasks | 12 | Appeal 90 Day Extension | Requested | AM0ST5 |
| | 90th Day: 03/14/2023 - AM0ST5 - Feb 23, 2023 01:15:39 pm<br><br>90th is 05/14 not 03/14 - AM0ST5 - Mar 08, 2023 02:45:59 pm<br><br>Today's Date4/25/2023<br>Appeal Rcvd Date2/13/2023<br>Days Since Received71 | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Extension Sent Date3/8/2023
Tolling Start DateTolling end DateTolling Days
3/8/20234/10/202333
4/25/20235/16/2023
0
0
0
0
0
Tolling Days33
90th Day of Active Review 6/16/2023
- AM0ST5 - Apr 25, 2023 03:24:54 pm

Today's Date6/8/2023
Appeal Rcvd Date2/13/2023
Days Since Received115
Extension Sent Date3/8/2023
Tolling Start DateTolling end DateTolling Days
3/8/20234/10/202333
4/25/20235/16/202321
5/23/20235/30/20237
0
0
0
0
Tolling Days61
90th Day of Active Review 7/14/2023
- AM0ST5 - Jun 08, 2023 02:06:32 pm

TOLLING:
03/08/2023 to 04/10/2023
04/25/2023 to 05/16/2023
05/23/2023 to 06/14/2023 - AM0ST5 - Jun 26, 2023 10:27:41 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/23/2023 1:15:47 PM | Summary/Assessment/Path | 5 | 2nd Level LTD OO Appeal Review - AM0ST5 - Feb 23, 2023 | Requested | AM0ST5 |

Summary Notes
2nd Level LTD OO Appeal Review - AM0ST5 - Feb 23, 2023 01:21:21 pm
Assessment Notes

Path Notes
2nd Level LTD OO Appeal Review

Date Received: 02/13/2023
30th Day: 03/15/2023
45th Day: 03/30/2023
90th Day: 03/14/2023
Cov Type: LTD
Claimant Name: Matthew Duntz
Claim Number: 1220010964

Claim Demographics

Current Age: now 60
EE State: TN
Situs State: FL

DOH: 02/15/2016
Eff Date: 05/01/2016 TERM 06/30/2022
Class: 1
DLW: 07/30/2021

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

DOD: 07/31/2021
EP: 180 days
BCD: 01/27/2022
Benefit Paid To: nothing paid
COD: 24 months 01/27/2024
MBD: 07/06/2029
RTW Date: NA
Pre-Ex review needed: NA

Occupation: Chief Sales officer-
DOT Classification: sedentary per OA
Primary Diagnosis: atherosclerotic heart disease hyperlipidemia
Work Related: no
Monthly Net Benefit: 10k
SSDI Aw arded: unknow n
Overpaid Amount: unknow n
ERISA or NON-ERISA: ERISA

LW claim status: none
Other LTD claims: none
STD Claims: 1210085648 rolled to current claim

Group ID:AEROTECHGR
Group Name: Aerospace Technologies Group Inc
Attorney Representation: yes
Cody Allison and Associates PLLC
barb@codyallison.com

Current Providers:

AP Name/Specialty/Phone Number:
Constance fields cardiologist

Initial Claim Decision

Reason/Date of denial: Not TDOO DATE 05/04/2022

Type of Medical Review , Name, & Specialty: PEER Review -
--04/15/2022 Ali Reza MD BCD cardiovascular disease BCD interventional cardiology Certified in nuclear cardiology

"On 08/03/2021 the claimant presented for follow -up w ith a history of coronary artery disease and w as noted to be status post myocardial infarction that occurred on 03/22/2020. The claimant w as noted to have single-vessel disease w ith 100% occlusion to the proximal to mid left circumflex artery. The claimant underw ent percutaneous coronary intervention w ith a successful stent placement. The claimant underw ent echocardiogram on 01/23/2020 that revealed normal ejection fraction w ith trace mitral and tricuspid insufficiency and normal RV pressure. The claimant underw ent Holter monitor evaluation that w as noted to be normal. An additional echocardiogram w as performed on 03/22/2020 that revealed normal LV size and mild mitral regurgitation. The claimant presented back to cardiology secondary to complaints of chest pressure and shortness of breath that lasted approximately 1 hour. The claimant reported this happened at w ork w hile undergoing emotional stress. The claimant's cardiac evaluation w as noted to be unremarkable. The claimant w as advised to undergo cardiac catheterization and w as sent to the emergency room for evaluation. The claimant underw ent cardiac catheterization that revealed single-vessel coronary artery disease in the diagonal branch. The claimant had a stent placed in the left circumflex. Left ventricular function w as noted to be 60%. On 08/06/2021 the claimant w as discharged from the hospital in stable condition. On 08/17/2021 attending physician statement w as completed that stated the claimant could not lift greater

than 25 pounds and could occasionally w alk, craw l and crouch. The claimant w as advised to return to w ork betw een 01/01/2022 and 03/01/2022. On 10/16/2021 the claimant underw ent evaluation in the emergency room for complaints of chest pain. The claimant's cardiac w ork-up w as noted to be negative and the claimant w as diagnosed w ith Covid. The claimant w as also advised to undergo cardiac stress test. On 11/22/2021 the claimant underw ent nuclear stress test that revealed mild upper septal, mild inferior and mild anterior w all ischemia w ith transient dilation. The claimant w as advised to undergo additional cardiac catheterization. On 12/13/2021 the claimant underw ent cardiac catheterization w ith no obstructive coronary artery disease noted. The claimant reported having been asymptomatic since cardiac catheterization. On 01/26/2022 the claimant presented for follow -up and reported some ongoing anginal pain w ith stress that w as relieved w ith nitro patch and sublingual nitro. The claimant w as advised to continue w ith medication management as prescribed. After review of the medical records, there is evidence of a primary impairing condition of coronary artery disease of such severity to w arrant restrictions and limitations on the claimant's activity for the timeframe of 07/31/2021 through present and beyond. Given the claimant's cardiac history w ith multiple cardiac catheterizations and 2 separate stent placements in conjunction w ith ongoing angina symptoms, it is reasonable to support a degree of restrictions and limitations on the claimant's activity. For the timeframe of 08/03/2021 through 08/10/2021, 10/16/2021, and 12/13/2021 through 12/20/2021 the claimant had no sustainable w ork capacity secondary to undergoing hospital evaluation, procedures and or immediate recovery. For the timeframe of 07/31/2021 through 08/02/2021, 08/11/2021 through 10/15/2021, 10/17/2021 through 12/12/2021 and 12/21/2021 to present and beyond, the follow ing restrictions and limitations are appropriate on the claimant's activity. A follow -up on the claimant status should be performed on or around 10/13/2022.
Sitting: unrestricted
Standing: frequently up to four hours a day
Walking: frequently up to four hours a day
Lifting/carrying/pushing/pulling: occasionally no more than 25lbs
Climbing stairs: occasionally
Climbing ladders: never
Stooping: occasionally
Kneeling: occasionally
Crouching: occasionally
Craw ling: never
Balance: occasionally
Reaching overhead: unrestricted
Reaching at w aist and desk level: unrestricted
Reaching below w aist: unrestricted
Use low er extremities for foot controls: unrestricted
Fine manipulation: unrestricted
Simple and firm grasping: unrestricted
Keyboarding: unrestricted"

OA completed and show ed Ees occ is sedentary-- R&L's w ere consistent w ith this OA

NOTE additional info came in and an addendum w as completed - 06/10/2022

"The additional records do not alter the previous recommended restrictions and limitations. The previous restrictions and limitations remain appropriate for the claimant's impairing cardiac diagnoses. The records do not indicate an acute change in the claimant's status to w arrant a change in the prior report."

1st Level Appeal Decision

Reason/Date of denial: Not TDOO DATE 12/20/2022

Type of Medical Review , Name, & Specialty: PEER Review -
-- 11/16/2022 Andre Akhondi MD BCD cardiovascular disease

"Based on the available information, the claimant has suffered from ongoing chest pain, fatigue secondary to coronary artery disease. He has history of non-ST segment elevation myocardial infraction in 03/2020. He underw ent successful percutaneous coronary intervention and stent placement to proximal to mid left circumflex occlusion in 03/2020 and angioplasty on the first diagonal branch on 8/4/21. Myocardial perfusion imaging spect revealed mild upper septal ischemic, mild inferior w all ischemic, mild anterior w all ischemia, TID on 11/22/21. He also

has comorbidities including hyperlipidemia and hypertension that w ere w ell-controlled. Overall, the claimant is limited given his advanced age, morbidity of cardiac conditions w ith contribution from comorbidities, ongoing chest pain and fatigue complaints. Therefore, the claimant requires restrictions and limitations as outlined below :
Total restriction is supported from 08/02/2021 – 08/09/2021 for chest pain, hospitalization, and angioplasty.
From 07/31/2021 – 08/01/2021 and from 08/10/2021 to current:
Sitting: Unrestricted
Standing: Frequently, for up to 4 hour per day
Walking: Frequently, for up to 3 hour per day
Lifting: Occasionally, up to 30 lbs. BUE
Carrying: Occasionally, up to 30 lbs. BUE
Pushing: Occasionally, up to 30 lbs. BUE
Pulling: Occasionally, up to 30 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Craw ling: Frequently
Reaching: Frequently overhead and below w aist level BUE; Unrestricted to desk level BUE
Use low er extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above recommended restrictions and limitations are indicated from 7/31/21 to current, w ith reassessment on or around 05/10/23.

The claimant's abilities are sustainable on a full-time basis except the period of total w ork restriction."

Clarification w as done on 12/15/2022
"No. These statements at all do not impact and/or change the findings expressed in my prior peer review.
No. I have not opined any new or different restrictions and limitations since the claimant has already been provided w ith physical restrictions and limitations in prior review to limit his physical exertion as w ell as physical stress.

VOCATIONAL CONSULT - 01/03/2023
"VCM has been asked to address attorney arguments based on the prior tw o occupational analyses on file. In both instances, and based on employer input on job title and duties, it w as determined that the occupation is best represented by the title Vice President. Please see prior review s for complete details.

In this analysis, the attorney's arguing that the travel requirements of the occupation push the occupation into a light category. Both the Dictionary of Occupational Titles (DOT) as w ell as the Economic Research Institute (ERI) list the occupation as a sedentary one. Occasional standing and w alking is required w ith lifting up to 10 pounds occasionally. ERI notes travel frequently required in this occupation; how ever, travel does not automatically push an occupation into a light category.

During travel, individuals have the opportunity to pack lighter, more manageable, bags. The use of airport transportation is easily attainable (and encouraged by some employers) and drivers may handle bags for passengers (from residence/place of business to curbside) alleviating the need to lift/carry more than is able. Airports also offer baggage handling to and from curbside. When considering mobility (standing/w alking) w ith air travel, airports readily offer mobility assistance (w heelchair/scooter use-w ith or w ithout assistance) from curbside into plane and from plane to ground transportation, alleviating the need to stand in security lines or w alk to/from gate. In fact, per the Americans w ith Disabilities Act, Air Carrier Access Act and the Federal Department of Transportation rules, it is mandatory/compulsory that airports provide accessibility for individual mobility devices and domestic/international airlines provide "boarding, deplaning, and connecting assistance, including both personnel and equipment, to passengers w ith disabilities w ho have requested it". This includes use of ground w heelchairs, boarding w heelchairs, assistance in loading and retrieving carry-on items, assistance in making flight connections and transportation betw een gates, w hich confirms that lifting/carrying/standing/ w alking w hen traveling can be adjusted based on personal needs/abilities.

What is clear that the occupation is sedentary and physical demand, it is also notew orthy that the Insured has a light-duty capacity based on the medical information VCM w as asked to review . Therefore, it is clear that the

Insured can perform their ow n occupation."

Summary of Appeal being discussed:

Demographics: Claimant is a 60 year old Chief Sales officer w ho stopped w orking on 07/31/2021 due to heart disease and hyperlipidemia. It w as previously determined that he did not meet the policy definition of disability.

Basis for the Appeal: The claimants attorney indicated 1) expressed disagreement w ith the OA w e completed as they feel his position is more than sedentary- he is to travel often participate in trade show s including breaking dow n booths and transporting them back to the office. Mr Duntz disabling conditions are listed in appeal letter. The physicians that physically treated Mr Duntz should hold more w eight than those w ho have not.

Information Submitted w ith appeal and not previously review ed:
--Nothing w as submitted w ith the 2nd level of appeal

Path: Letter to claimant and EE attorney. Sending file for clinical review .
- AM0ST5 - Feb 23, 2023 01:21:21 pm

NDC does NOT support

PATH: RTR w ith HCC report and ERISA EXT sent today deadline is 03/29/2023

TOLLING starts 03/08/2023 - AM0ST5 - Mar 08, 2023 02:43:21 pm

INCOMING
02/16/2023 chart for office visit w ith Kenneth Shaw DC- chiro
02/21/2023 Xray from Premier radiology
02/22/2023 chart for follow up office visit w ith Shaw DC- schiro
03/29/2023 RTR response letter (disputing NDC findings)

PATH: sending for addendum NDC

NDC still does not support

PATH: sending 2nd RTR w ith addendum deadline is 05/16/2023

TOLLING
03/08/2023 to 04/10/2023
04/25/2023 to 05/16/2023
- AM0ST5 - Apr 25, 2023 03:25:08 pm

OA w as completed RTR sent allow ing 21 days

TOLLING AGAIN -- deadline is 06/14/2023 - AM0ST5 - May 23, 2023 01:52:09 pm

DECISION IN PROGRESS - AM0ST5 - Jun 22, 2023 04:19:13 pm

See uphold sap for details - AM0ST5 - Jun 26, 2023 02:10:16 pm

2/23/2023 1:22:21 PM Referrals 12 Ongoing Claim Review Initial AM0ST5

2nd Level LTD OO Appeal Review

Date Received: 02/13/2023
30th Day: 03/15/2023
45th Day: 03/30/2023
90th Day: 03/14/2023
Cov Type: LTD
Claimant Name: Matthew Duntz
Claim Number: 1220010964

Claim Demographics

Current Age: now 60
EE State: TN
Situs State: FL

DOH: 02/15/2016
Eff Date: 05/01/2016 TERM 06/30/2022
Class: 1
DLW: 07/30/2021
DOD: 07/31/2021
EP: 180 days
BCD: 01/27/2022
Benefit Paid To: nothing paid
COD: 24 months 01/27/2024
MBD: 07/06/2029
RTW Date: NA
Pre-Ex review needed: NA

Occupation: Chief Sales officer-
DOT Classification: sedentary per OA
Primary Diagnosis: atherosclerotic heart disease hyperlipidemia
Work Related: no
Monthly Net Benefit: 10k
SSDI Aw arded: unknow n
Overpaid Amount: unknow n
ERISA or NON-ERISA: ERISA

LW claim status: none
Other LTD claims: none
STD Claims: 1210085648 rolled to current claim

Group ID:AEROTECHGR
Group Name: Aerospace Technologies Group Inc
Attorney Representation: yes
Cody Allison and Associates PLLC
barb@codyallison.com

Current Providers:

AP Name/Specialty/Phone Number:
Constance fields cardiologist

Initial Claim Decision

Reason/Date of denial: Not TDOO DATE 05/04/2022

Type of Medical Review , Name, & Specialty: PEER Review -
--04/15/2022 Ali Reza MD BCD cardiovascular disease BCD interventional cardiology Certified in nuclear cardiology

"On 08/03/2021 the claimant presented for follow -up w ith a history of coronary artery disease and w as noted to be status post myocardial infarction that occurred on 03/22/2020. The claimant w as noted to have single-vessel disease w ith 100% occlusion to the proximal to mid left circumflex artery. The claimant underw ent percutaneous

coronary intervention with a successful stent placement. The claimant underwent echocardiogram on 01/23/2020 that revealed normal ejection fraction with trace mitral and tricuspid insufficiency and normal RV pressure. The claimant underwent Holter monitor evaluation that was noted to be normal. An additional echocardiogram was performed on 03/22/2020 that revealed normal LV size and mild mitral regurgitation. The claimant presented back to cardiology secondary to complaints of chest pressure and shortness of breath that lasted approximately 1 hour. The claimant reported this happened at work while undergoing emotional stress. The claimant's cardiac evaluation was noted to be unremarkable. The claimant was advised to undergo cardiac catheterization and was sent to the emergency room for evaluation. The claimant underwent cardiac catheterization that revealed single-vessel coronary artery disease in the diagonal branch. The claimant had a stent placed in the left circumflex. Left ventricular function was noted to be 60%. On 08/06/2021 the claimant was discharged from the hospital in stable condition. On 08/17/2021 attending physician statement was completed that stated the claimant could not lift greater than 25 pounds and could occasionally walk, crawl and crouch. The claimant was advised to return to work between 01/01/2022 and 03/01/2022. On 10/16/2021 the claimant underwent evaluation in the emergency room for complaints of chest pain. The claimant's cardiac work-up was noted to be negative and the claimant was diagnosed with Covid. The claimant was also advised to undergo cardiac stress test. On 11/22/2021 the claimant underwent nuclear stress test that revealed mild upper septal, mild inferior and mild anterior wall ischemia with transient dilation. The claimant was advised to undergo additional cardiac catheterization. On 12/13/2021 the claimant underwent cardiac catheterization with no obstructive coronary artery disease noted. The claimant reported having been asymptomatic since cardiac catheterization. On 01/26/2022 the claimant presented for follow-up and reported some ongoing anginal pain with stress that was relieved with nitro patch and sublingual nitro. The claimant was advised to continue with medication management as prescribed. After review of the medical records, there is evidence of a primary impairing condition of coronary artery disease of such severity to warrant restrictions and limitations on the claimant's activity for the timeframe of 07/31/2021 through present and beyond. Given the claimant's cardiac history with multiple cardiac catheterizations and 2 separate stent placements in conjunction with ongoing angina symptoms, it is reasonable to support a degree of restrictions and limitations on the claimant's activity. For the timeframe of 08/03/2021 through 08/10/2021, 10/16/2021, and 12/13/2021 through 12/20/2021 the claimant had no sustainable work capacity secondary to undergoing hospital evaluation, procedures and or immediate recovery. For the timeframe of 07/31/2021 through 08/02/2021, 08/11/2021 through 10/15/2021, 10/17/2021 through 12/12/2021 and 12/21/2021 to present and beyond, the following restrictions and limitations are appropriate on the claimant's activity. A follow-up on the claimant status should be performed on or around 10/13/2022.
Sitting: unrestricted
Standing: frequently up to four hours a day
Walking: frequently up to four hours a day
Lifting/carrying/pushing/pulling: occasionally no more than 25lbs
Climbing stairs: occasionally
Climbing ladders: never
Stooping: occasionally
Kneeling: occasionally
Crouching: occasionally
Crawling: never
Balance: occasionally
Reaching overhead: unrestricted
Reaching at waist and desk level: unrestricted
Reaching below waist: unrestricted
Use lower extremities for foot controls: unrestricted
Fine manipulation: unrestricted
Simple and firm grasping: unrestricted
Keyboarding: unrestricted"

OA completed and showed Ees occ is sedentary-- R&L's were consistent with this OA

NOTE additional info came in and an addendum was completed - 06/10/2022

"The additional records do not alter the previous recommended restrictions and limitations. The previous restrictions and limitations remain appropriate for the claimant's impairing cardiac diagnoses. The records do not indicate an acute change in the claimant's status to warrant a change in the prior report."

1st Level Appeal Decision

Reason/Date of denial: Not TDOO DATE 12/20/2022

Type of Medical Review , Name, & Specialty: PEER Review -
-- 11/16/2022 Andre Akhondi MD BCD cardiovascular disease

"Based on the available information, the claimant has suffered from ongoing chest pain, fatigue secondary to coronary artery disease. He has history of non-ST segment elevation myocardial infraction in 03/2020. He underw ent successful percutaneous coronary intervention and stent placement to proximal to mid left circumflex occlusion in 03/2020 and angioplasty on the first diagonal branch on 8/4/21. Myocardial perfusion imaging spect revealed mild upper septal ischemic, mild inferior w all ischemic, mild anterior w all ischemia, TID on 11/22/21. He also has comorbidities including hyperlipidemia and hypertension that w ere w ell-controlled. Overall, the claimant is limited given his advanced age, morbidity of cardiac conditions w ith contribution from comorbidities, ongoing chest pain and fatigue complaints. Therefore, the claimant requires restrictions and limitations as outlined below :
Total restriction is supported from 08/02/2021 – 08/09/2021 for chest pain, hospitalization, and angioplasty.
From 07/31/2021 – 08/01/2021 and from 08/10/2021 to current:
Sitting: Unrestricted
Standing: Frequently, for up to 4 hour per day
Walking: Frequently, for up to 3 hour per day
Lifting: Occasionally, up to 30 lbs. BUE
Carrying: Occasionally, up to 30 lbs. BUE
Pushing: Occasionally, up to 30 lbs. BUE
Pulling: Occasionally, up to 30 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Craw ling: Frequently
Reaching: Frequently overhead and below w aist level BUE; Unrestricted to desk level BUE
Use low er extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above recommended restrictions and limitations are indicated from 7/31/21 to current, w ith reassessment on or around 05/10/23.

The claimant's abilities are sustainable on a full-time basis except the period of total w ork restriction."

Clarification w as done on 12/15/2022
"No. These statements at all do not impact and/or change the findings expressed in my prior peer review.
No. I have not opined any new or different restrictions and limitations since the claimant has already been provided w ith physical restrictions and limitations in prior review to limit his physical exertion as w ell as physical stress.

VOCATIONAL CONSULT - 01/03/2023
"VCM has been asked to address attorney arguments based on the prior tw o occupational analyses on file. In both instances, and based on employer input on job title and duties, it w as determined that the occupation is best represented by the title Vice President. Please see prior review s for complete details.

In this analysis, the attorney's arguing that the travel requirements of the occupation push the occupation into a light category. Both the Dictionary of Occupational Titles (DOT) as w ell as the Economic Research Institute (ERI) list the occupation as a sedentary one. Occasional standing and w alking is required w ith lifting up to 10 pounds occasionally. ERI notes travel frequently required in this occupation; how ever, travel does not automatically push an occupation into a light category.

During travel, individuals have the opportunity to pack lighter, more manageable, bags. The use of airport transportation is easily attainable (and encouraged by some employers) and drivers may handle bags for passengers (from residence/place of business to curbside) alleviating the need to lift/carry more than is able. Airports also offer baggage handling to and from curbside. When considering mobility (standing/w alking) w ith air travel, airports readily offer mobility assistance (w heelchair/scooter use-w ith or w ithout assistance) from curbside

into plane and from plane to ground transportation, alleviating the need to stand in security lines or w alk to/from gate. In fact, per the Americans w ith Disabilities Act, Air Carrier Access Act and the Federal Department of Transportation rules, it is mandatory/compulsory that airports provide accessibility for individual mobility devices and domestic/international airlines provide "boarding, deplaning, and connecting assistance, including both personnel and equipment, to passengers w ith disabilities w ho have requested it". This includes use of ground w heelchairs, boarding w heelchairs, assistance in loading and retrieving carry-on items, assistance in making flight connections and transportation betw een gates, w hich confirms that lifting/carrying/standing/ w alking w hen traveling can be adjusted based on personal needs/abilities.

What is clear that the occupation is sedentary and physical demand, it is also notew orthy that the Insured has a light-duty capacity based on the medical information VCM w as asked to review . Therefore, it is clear that the Insured can perform their ow n occupation."

Summary of Appeal being discussed:

Demographics: Claimant is a 60 year old Chief Sales officer w ho stopped w orking on 07/31/2021 due to heart disease and hyperlipidemia. It w as previously determined that he did not meet the policy definition of disability.

Basis for the Appeal: The claimants attorney indicated 1) expressed disagreement w ith the OA w e completed as they feel his position is more than sedentary- he is to travel often participate in trade show s including breaking dow n booths and transporting them back to the office. Mr Duntz disabling conditions are listed in appeal letter. The physicians that physically treated Mr Duntz should hold more w eight than those w ho have not.

Information Submitted w ith appeal and not previously review ed:
--Nothing w as submitted w ith the 2nd level of appeal

Path: Letter to claimant and EE attorney. Sending file for clinical review .

MEDICAL REVIEW QUESTIONS:

Based on the medical findings, please provide a description of the claimant's impairments, and how these w ould translate into functional limitations or medically appropriate restrictions from DATE 01/27/2022 forw ard. Please review for the physical conditions and psychological/cognitive conditions.

If your conclusion is different from the previous review , please explain the medical rationale and evidence used in your coming to the different conclusion(s). - AM0ST5 - Feb 23, 2023 01:23:37 pm
Please extract records for this claim and create case in Sequoia to be fully indexed
Matthew Duntz
LTD 1220010964
STD 1210085648

Thanks. - DWKEE - Feb 23, 2023 03:45:26 pm
File has been extracted, combined, and sent to Sequoia / Pro-Index for full-index - LOSMA1 - Feb 24, 2023 07:44:51 am
Triaged to AMAMA3 - DWKEE - Mar 03, 2023 02:47:36 pm
Date:March 6, 2023

Subject:Appeal Nursing Memorandum

Claim #: 1220010964
Claimant: Matthew Duntz
Date of Birth:
Date of Disability: 7/31/21

Review of medical records on file completed. Information summarized below includes those portions of the records received that have relevance to the questions and time frame identified for this review .

Clinical Assessment:
The EE stopped w orking on 7/31/21 due to coronary atherosclerosis (hardening of the arteries) (narrow ing or blockage due to cholesterol or fatty deposits) and hyperlipidemia. He has a history of heart attack March 2020 w ith successful stent placement. During follow up visit 8/3/21 w ith by Dr. Fields (Cardiology), EE reported chest pain and shortness of breath, and increased emotional stress. EE w as admitted 8/3/21-8/5/21 for further evaluation and acute myocardial infarction w as ruled out. Cardiac catheterization 8/4/21 show ed diagonal branch stenosis (narrow ing) LAD treated w ith PTCA (percutaneous transluminal coronary angioplasty) (improve blood flow ). Ejection fraction (heart's ability to pump blood out of the heart) is normal. Follow ing discharge, EE has been asymptomatic. Treatment consists of Plavix (blood thinner) in addition to aspirin and change in statin medication. An APS dated 8/17/21 provides R/Ls to include constant reaching at desk level; frequent lifting 1-5 lbs., stand, sit, balance, stoop, finger, and grasp; occasionally lift 6-25 lbs., w alk, stoop, kneel, crouch, craw l, climb, push, pull, bend, and reach overhead and below w aist. EE should avoid emotional and physical stress. Return to w ork 1/1/22-3/1/22.

The EE w as admitted 10/16/21-10/18/21 for chest pain symptoms and intermittent fevers and positive Covid-19. Acute myocardial infraction is ruled out. No further management is required.

The EE saw Dr. Fields once a month 10/25/21, 11/30/21, and 12/15/21 for follow up chronic stable angina. He has been asymptomatic w ithout complaints of chest pain, shortness of breath at rest or w ith exertion, lightheadedness, dizziness, or syncope/near syncope (fainting), palpitations, or low er extremity sw elling. EKG 10/16/21 is normal. Nuclear stress test 11/21/21 show ed mild upper septal ischemia (impaired blood flow ) and mild inferior/superior w all ischemia w ith transient ischemic dilation and normal ejection fraction. Elective cardiac catheterization 12/13/21 show ed non-obstructive coronary artery disease and normal ejection fraction, LAD 90% mid stenosis, too small to stent. Exams are consistently normal. EE is advised to restart nitro patch is he develops angina. He is moving to Nashville and w ill need to establish w ith cardiology there. Follow up in 6 w eeks via telehealth.

The EE saw Dr. Fields via telehealth on 1/26/22 for follow up. He reports he has had his typical angina symptoms w ith emotional stress that resolves w ithin 15 minutes if he uses Nitro patch or sublingual nitro. Physical exertion does not cause symptoms. He denies any complaints and he is noted to be stable from cardiac standpoint. Plan is to continue daily nitro patch. Follow up in 6-8 w eeks.

An independent medical peer review w as completed on 4/15/22 by Dr. Reza (Cardiology) w ho opined the EE w ould have R/Ls to include Sitting: unrestricted. Standing: frequently up to four hours a day. Walking: frequently up to four hours a day. Lifting/carrying/pushing/pulling occasionally no more than 25 lbs. Climbing stairs: occasionally. Climbing ladders: never. Stooping: occasionally. Kneeling: occasionally. Crouching: occasionally. Craw ling: never. Balance: occasionally. Reaching overhead: unrestricted. Reaching at w aist and desk level: unrestricted. Reaching below w aist: unrestricted. Use low er extremities for foot controls: unrestricted. Fine manipulation: unrestricted. Simple and firm grasping: unrestricted. Keyboarding: unrestricted. Please see report for details.

The EE saw Dr. Freedman (Cardiology) on 5/31/22 to establish care for chronic stable angina after moving to Nashville. He reports continued chest pain almost daily despite use of nitrates; he can w alk 1.5-1 miles and generalized fatigue. No other complaints. Exam is normal. Cholesterol and blood pressure are controlled. Plan is to continue current medications and obtain nuclear stress test to determine if changes from prior study and consider repeat cardiac catheterization if increase or change in symptoms. AP opines EE is currently restricted in his activities due to chronic angina w hich significantly limits his ability to return to w ork.
A peer review addendum from Dr. Reza dated 6/10/22 does not change the prior determination. Please see report for details.

A nuclear stress test 6/13/22 is negative for ischemia and infarct and normal ejection fraction. Chest discomfort noted during treadmill exercise. Exercise test does not show an area in the heart at risk for a heart attack w ith exercise or exertion.

An independent medical peer review w as completed on 11/16/22 by Dr. Akhondi (Cardiovascular) w ho opined EE w ould have R/Ls to include Sitting: unrestricted. Standing: frequently up to 4 hours a day. Walking: frequently up to 3 hours a day. Lifting/carrying/pushing/pulling occasionally up to 30 lbs. Climbing stairs, balance, stoop, kneel, crouch, and craw l frequently. Reaching overhead and below w aist frequently and reaching at desk level unrestricted both upper extremities. Use low er extremities for foot controls: unrestricted both low er extremities. Fine manipulation: unrestricted. Simple and firm grasping: unrestricted. An addendum dated 12/15/22 does not change the prior determination. Please see reports for full details.

The medical records document ongoing care and treatment for chronic stable angina. The EE has been hospitalized

in August 2021 and November 2021 as noted above. Recent testing (EKG, stress test, cardiac catheterization) showed mild findings and normal ejection fraction. During follow up appointment 1/26/22 with Dr. Fields (Cardiology), EE reports chronic angina only with emotional stress. Exam is normal and there is no change in treatment. There is a gap in treatment from 1/26/22-5/31/22 at which time EE established care with new cardiologist as he moved out of state. He continues to report chronic angina. Exam is normal. Repeat stress test 6/13/22 showed no ischemia and normal ejection fraction. The medical records do not support a functional impairment from 1/27/22 and forward as evidenced by normal exam findings and cardiac work-up that revealed no significant findings. The R/Ls outlined in detail above by peer reviewer Dr. Akhondi (Cardiovascular) are supported and would not limit EE from performing at his prior physical function. There is no new compelling evidence that would change the prior determination.

Amy M. RN, CCM
Nurse Disability Consultant, Lincoln Financial Group - AMAMA3 - Mar 06, 2023 12:37:04 pm

| | | | | | |
|---|---|---|---|---|---|
| 3/8/2023 | Referrals | 12 | Ongoing Claim Review | Completed | AM0ST5 |

2nd Level LTD OO Appeal Review

Date Received: 02/13/2023
30th Day: 03/15/2023
45th Day: 03/30/2023
90th Day: 03/14/2023
Cov Type: LTD
Claimant Name: Matthew Duntz
Claim Number: 1220010964

Claim Demographics

Current Age: now 60
EE State: TN
Situs State: FL

DOH: 02/15/2016
Eff Date: 05/01/2016 TERM 06/30/2022
Class: 1
DLW: 07/30/2021
DOD: 07/31/2021
EP: 180 days
BCD: 01/27/2022
Benefit Paid To: nothing paid
COD: 24 months 01/27/2024
MBD: 07/06/2029
RTW Date: NA
Pre-Ex review needed: NA

Occupation: Chief Sales officer-
DOT Classification: sedentary per OA
Primary Diagnosis: atherosclerotic heart disease hyperlipidemia
Work Related: no
Monthly Net Benefit: 10k
SSDI Awarded: unknown
Overpaid Amount: unknown
ERISA or NON-ERISA: ERISA

LW claim status: none
Other LTD claims: none
STD Claims: 1210085648 rolled to current claim

Group ID:AEROTECHGR
Group Name: Aerospace Technologies Group Inc
Attorney Representation: yes

Cody Allison and Associates PLLC
barb@codyallison.com

Current Providers:

AP Name/Specialty/Phone Number:
Constance fields cardiologist

Initial Claim Decision

Reason/Date of denial: Not TDOO DATE 05/04/2022

Type of Medical Review , Name, & Specialty: PEER Review -
--04/15/2022 Ali Reza MD BCD cardiovascular disease BCD interventional cardiology Certified in nuclear cardiology

"On 08/03/2021 the claimant presented for follow -up w ith a history of coronary artery disease and w as noted to be status post myocardial infarction that occurred on 03/22/2020. The claimant w as noted to have single-vessel disease w ith 100% occlusion to the proximal to mid left circumflex artery. The claimant underw ent percutaneous coronary intervention w ith a successful stent placement. The claimant underw ent echocardiogram on 01/23/2020 that revealed normal ejection fraction w ith trace mitral and tricuspid insufficiency and normal RV pressure. The claimant underw ent Holter monitor evaluation that w as noted to be normal. An additional echocardiogram w as performed on 03/22/2020 that revealed normal LV size and mild mitral regurgitation. The claimant presented back to cardiology secondary to complaints of chest pressure and shortness of breath that lasted approximately 1 hour. The claimant reported this happened at w ork w hile undergoing emotional stress. The claimant's cardiac evaluation w as noted to be unremarkable. The claimant w as advised to undergo cardiac catheterization and w as sent to the emergency room for evaluation. The claimant underw ent cardiac catheterization that revealed single-vessel coronary artery disease in the diagonal branch. The claimant had a stent placed in the left circumflex. Left ventricular function w as noted to be 60%. On 08/06/2021 the claimant w as discharged from the hospital in stable condition. On 08/17/2021 attending physician statement w as completed that stated the claimant could not lift greater than 25 pounds and could occasionally w alk, craw l and crouch. The claimant w as advised to return to w ork betw een 01/01/2022 and 03/01/2022. On 10/16/2021 the claimant underw ent evaluation in the emergency room for complaints of chest pain. The claimant's cardiac w ork-up w as noted to be negative and the claimant w as diagnosed w ith Covid. The claimant w as also advised to undergo cardiac stress test. On 11/22/2021 the claimant underw ent nuclear stress test that revealed mild upper septal, mild inferior and mild anterior w all ischemia w ith transient dilation. The claimant w as advised to undergo additional cardiac catheterization. On 12/13/2021 the claimant underw ent cardiac catheterization w ith no obstructive coronary artery disease noted. The claimant reported having been asymptomatic since cardiac catheterization. On 01/26/2022 the claimant presented for follow -up and reported some ongoing anginal pain w ith stress that w as relieved w ith nitro patch and sublingual nitro. The claimant w as advised to continue w ith medication management as prescribed. After review of the medical records, there is evidence of a primary impairing condition of coronary artery disease of such severity to w arrant restrictions and limitations on the claimant's activity for the timeframe of 07/31/2021 through present and beyond. Given the claimant's cardiac history w ith multiple cardiac catheterizations and 2 separate stent placements in conjunction w ith ongoing angina symptoms, it is reasonable to support a degree of restrictions and limitations on the claimant's activity. For the timeframe of 08/03/2021 through 08/10/2021, 10/16/2021, and 12/13/2021 through 12/20/2021 the claimant had no sustainable w ork capacity secondary to undergoing hospital evaluation, procedures and or immediate recovery. For the timeframe of 07/31/2021 through 08/02/2021, 08/11/2021 through 10/15/2021, 10/17/2021 through 12/12/2021 and 12/21/2021 to present and beyond, the follow ing restrictions and limitations are appropriate on the claimant's activity. A follow -up on the claimant status should be performed on or around 10/13/2022.
Sitting: unrestricted
Standing: frequently up to four hours a day
Walking: frequently up to four hours a day
Lifting/carrying/pushing/pulling: occasionally no more than 25lbs
Climbing stairs: occasionally
Climbing ladders: never
Stooping: occasionally

Kneeling: occasionally
Crouching: occasionally
Craw ling: never
Balance: occasionally
Reaching overhead: unrestricted
Reaching at w aist and desk level: unrestricted
Reaching below w aist: unrestricted
Use low er extremities for foot controls: unrestricted
Fine manipulation: unrestricted
Simple and firm grasping: unrestricted
Keyboarding: unrestricted"

OA completed and show ed Ees occ is sedentary-- R&L's w ere consistent w ith this OA

NOTE additional info came in and an addendum w as completed - 06/10/2022

"The additional records do not alter the previous recommended restrictions and limitations. The previous restrictions and limitations remain appropriate for the claimant's impairing cardiac diagnoses. The records do not indicate an acute change in the claimant's status to w arrant a change in the prior report."

1st Level Appeal Decision

Reason/Date of denial: Not TDOO DATE 12/20/2022

Type of Medical Review , Name, & Specialty: PEER Review -
-- 11/16/2022 Andre Akhondi MD BCD cardiovascular disease

"Based on the available information, the claimant has suffered from ongoing chest pain, fatigue secondary to coronary artery disease. He has history of non-ST segment elevation myocardial infraction in 03/2020. He underw ent successful percutaneous coronary intervention and stent placement to proximal to mid left circumflex occlusion in 03/2020 and angioplasty on the first diagonal branch on 8/4/21. Myocardial perfusion imaging spect revealed mild upper septal ischemic, mild inferior w all ischemic, mild anterior w all ischemia, TID on 11/22/21. He also has comorbidities including hyperlipidemia and hypertension that w ere w ell-controlled. Overall, the claimant is limited given his advanced age, morbidity of cardiac conditions w ith contribution from comorbidities, ongoing chest pain and fatigue complaints. Therefore, the claimant requires restrictions and limitations as outlined below :
Total restriction is supported from 08/02/2021 – 08/09/2021 for chest pain, hospitalization, and angioplasty.
From 07/31/2021 – 08/01/2021 and from 08/10/2021 to current:
Sitting: Unrestricted
Standing: Frequently, for up to 4 hour per day
Walking: Frequently, for up to 3 hour per day
Lifting: Occasionally, up to 30 lbs. BUE
Carrying: Occasionally, up to 30 lbs. BUE
Pushing: Occasionally, up to 30 lbs. BUE
Pulling: Occasionally, up to 30 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Craw ling: Frequently
Reaching: Frequently overhead and below w aist level BUE; Unrestricted to desk level BUE
Use low er extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above recommended restrictions and limitations are indicated from 7/31/21 to current, w ith reassessment on or around 05/10/23.

The claimant's abilities are sustainable on a full-time basis except the period of total w ork restriction."

Clarification w as done on 12/15/2022
"No. These statements at all do not impact and/or change the findings expressed in my prior peer review.
No. I have not opined any new or different restrictions and limitations since the claimant has already been provided w ith physical restrictions and limitations in prior review to limit his physical exertion as w ell as physical stress.

VOCATIONAL CONSULT - 01/03/2023
"VCM has been asked to address attorney arguments based on the prior tw o occupational analyses on file. In both instances, and based on employer input on job title and duties, it w as determined that the occupation is best represented by the title Vice President. Please see prior review s for complete details.

In this analysis, the attorney's arguing that the travel requirements of the occupation push the occupation into a light category. Both the Dictionary of Occupational Titles (DOT) as w ell as the Economic Research Institute (ERI) list the occupation as a sedentary one. Occasional standing and w alking is required w ith lifting up to 10 pounds occasionally. ERI notes travel frequently required in this occupation; how ever, travel does not automatically push an occupation into a light category.

During travel, individuals have the opportunity to pack lighter, more manageable, bags. The use of airport transportation is easily attainable (and encouraged by some employers) and drivers may handle bags for passengers (from residence/place of business to curbside) alleviating the need to lift/carry more than is able. Airports also offer baggage handling to and from curbside. When considering mobility (standing/w alking) w ith air travel, airports readily offer mobility assistance (w heelchair/scooter use-w ith or w ithout assistance) from curbside into plane and from plane to ground transportation, alleviating the need to stand in security lines or w alk to/from gate. In fact, per the Americans w ith Disabilities Act, Air Carrier Access Act and the Federal Department of Transportation rules, it is mandatory/compulsory that airports provide accessibility for individual mobility devices and domestic/international airlines provide "boarding, deplaning, and connecting assistance, including both personnel and equipment, to passengers w ith disabilities w ho have requested it". This includes use of ground w heelchairs, boarding w heelchairs, assistance in loading and retrieving carry-on items, assistance in making flight connections and transportation betw een gates, w hich confirms that lifting/carrying/standing/ w alking w hen traveling can be adjusted based on personal needs/abilities.

What is clear that the occupation is sedentary and physical demand, it is also notew orthy that the Insured has a light-duty capacity based on the medical information VCM w as asked to review . Therefore, it is clear that the Insured can perform their ow n occupation."

Summary of Appeal being discussed:

Demographics: Claimant is a 60 year old Chief Sales officer w ho stopped w orking on 07/31/2021 due to heart disease and hyperlipidemia. It w as previously determined that he did not meet the policy definition of disability.

Basis for the Appeal: The claimants attorney indicated 1) expressed disagreement w ith the OA w e completed as they feel his position is more than sedentary- he is to travel often participate in trade show s including breaking dow n booths and transporting them back to the office. Mr Duntz disabling conditions are listed in appeal letter. The physicians that physically treated Mr Duntz should hold more w eight than those w ho have not.

Information Submitted w ith appeal and not previously review ed:
--Nothing w as submitted w ith the 2nd level of appeal

Path: Letter to claimant and EE attorney. Sending file for clinical review .

MEDICAL REVIEW QUESTIONS:

Based on the medical findings, please provide a description of the claimant's impairments, and how these w ould translate into functional limitations or medically appropriate restrictions from DATE 01/27/2022 forw ard. Please

review for the physical conditions and psychological/cognitive conditions.

If your conclusion is different from the previous review , please explain the medical rationale and evidence used in your coming to the different conclusion(s). - AM0ST5 - Feb 23, 2023 01:23:37 pm
Please extract records for this claim and create case in Sequoia to be fully indexed
Matthew Duntz
LTD 1220010964
STD 1210085648

Thanks. - DWKEE - Feb 23, 2023 03:45:26 pm
Date:March 6, 2023

Subject:Appeal Nursing Memorandum

Claim #: 1220010964
Claimant: Matthew Duntz
Date of Birth:
Date of Disability: 7/31/21

Review of medical records on file completed. Information summarized below includes those portions of the records received that have relevance to the questions and time frame identified for this review .

Clinical Assessment:
The EE stopped w orking on 7/31/21 due to coronary atherosclerosis (hardening of the arteries) (narrow ing or blockage due to cholesterol or fatty deposits) and hyperlipidemia. He has a history of heart attack March 2020 w ith successful stent placement. During follow up visit 8/3/21 w ith by Dr. Fields (Cardiology), EE reported chest pain and shortness of breath, and increased emotional stress. EE w as admitted 8/3/21-8/5/21 for further evaluation and acute myocardial infarction w as ruled out. Cardiac catheterization 8/4/21 show ed diagonal branch stenosis (narrow ing) LAD treated w ith PTCA (percutaneous transluminal coronary angioplasty) (improve blood flow ). Ejection fraction (heart's ability to pump blood out of the heart) is normal. Follow ing discharge, EE has been asymptomatic. Treatment consists of Plavix (blood thinner) in addition to aspirin and change in statin medication. An APS dated 8/17/21 provides R/Ls to include constant reaching at desk level; frequent lifting 1-5 lbs., stand, sit, balance, stoop, finger, and grasp; occasionally lift 6-25 lbs., w alk, stoop, kneel, crouch, craw l, climb, push, pull, bend, and reach overhead and below w aist. EE should avoid emotional and physical stress. Return to w ork 1/1/22-3/1/22.

The EE w as admitted 10/16/21-10/18/21 for chest pain symptoms and intermittent fevers and positive Covid-19. Acute myocardial infraction is ruled out. No further management is required.

The EE saw Dr. Fields once a month 10/25/21, 11/30/21, and 12/15/21 for follow up chronic stable angina. He has been asymptomatic w ithout complaints of chest pain, shortness of breath at rest or w ith exertion, lightheadedness, dizziness, or syncope/near syncope (fainting), palpitations, or low er extremity sw elling. EKG 10/16/21 is normal. Nuclear stress test 11/21/21 show ed mild upper septal ischemia (impaired blood flow ) and mild inferior/superior w all ischemia w ith transient ischemic dilation and normal ejection fraction. Elective cardiac catheterization 12/13/21 show ed non-obstructive coronary artery disease and normal ejection fraction, LAD 90% mid stenosis, too small to stent. Exams are consistently normal. EE is advised to restart nitro patch is he develops angina. He is moving to Nashville and w ill need to establish w ith cardiology there. Follow up in 6 w eeks via telehealth.

The EE saw Dr. Fields via telehealth on 1/26/22 for follow up. He reports he has had his typical angina symptoms w ith emotional stress that resolves w ithin 15 minutes if he uses Nitro patch or sublingual nitro. Physical exertion does not cause symptoms. He denies any complaints and he is noted to be stable from cardiac standpoint. Plan is to continue daily nitro patch. Follow up in 6-8 w eeks.

An independent medical peer review w as completed on 4/15/22 by Dr. Reza (Cardiology) w ho opined the EE w ould have R/Ls to include Sitting: unrestricted. Standing: frequently up to four hours a day. Walking: frequently up to four hours a day. Lifting/carrying/pushing/pulling occasionally no more than 25 lbs. Climbing stairs: occasionally. Climbing ladders: never. Stooping: occasionally. Kneeling: occasionally. Crouching: occasionally. Craw ling: never. Balance: occasionally. Reaching overhead: unrestricted. Reaching at w aist and desk level: unrestricted. Reaching below w aist: unrestricted. Use low er extremities for foot controls: unrestricted. Fine manipulation: unrestricted. Simple and firm grasping: unrestricted. Keyboarding: unrestricted. Please see report for details.

The EE saw Dr. Freedman (Cardiology) on 5/31/22 to establish care for chronic stable angina after moving to

Nashville. He reports continued chest pain almost daily despite use of nitrates; he can w alk 1.5-1 miles and generalized fatigue. No other complaints. Exam is normal. Cholesterol and blood pressure are controlled. Plan is to continue current medications and obtain nuclear stress test to determine if changes from prior study and consider repeat cardiac catheterization if increase or change in symptoms. AP opines EE is currently restricted in his activities due to chronic angina w hich significantly limits his ability to return to w ork.
A peer review addendum from Dr. Reza dated 6/10/22 does not change the prior determination. Please see report for details.

A nuclear stress test 6/13/22 is negative for ischemia and infarct and normal ejection fraction. Chest discomfort noted during treadmill exercise. Exercise test does not show an area in the heart at risk for a heart attack w ith exercise or exertion.

An independent medical peer review w as completed on 11/16/22 by Dr. Akhondi (Cardiovascular) w ho opined EE w ould have R/Ls to include Sitting: unrestricted. Standing: frequently up to 4 hours a day. Walking: frequently up to 3 hours a day. Lifting/carrying/pushing/pulling occasionally up to 30 lbs. Climbing stairs, balance, stoop, kneel, crouch, and craw l frequently. Reaching overhead and below w aist frequently and reaching at desk level unrestricted both upper extremities. Use low er extremities for foot controls: unrestricted both low er extremities. Fine manipulation: unrestricted. Simple and firm grasping: unrestricted. An addendum dated 12/15/22 does not change the prior determination. Please see reports for full details.

The medical records document ongoing care and treatment for chronic stable angina. The EE has been hospitalized in August 2021 and November 2021 as noted above. Recent testing (EKG, stress test, cardiac catheterization) show ed mild findings and normal ejection fraction. During follow up appointment 1/26/22 w ith Dr. Fields (Cardiology), EE reports chronic angina only w ith emotional stress. Exam is normal and there is no change in treatment. There is a gap in treatment from 1/26/22-5/31/22 at w hich time EE established care w ith new cardiologist as he moved out of state. He continues to report chronic angina. Exam is normal. Repeat stress test 6/13/22 show ed no ischemia and normal ejection fraction. The medical records do not support a functional impairment from 1/27/22 and forw ard as evidenced by normal exam findings and cardiac w ork-up that revealed no significant findings. The R/Ls outlined in detail above by peer review er Dr. Akhondi (Cardiovascular) are supported and w ould not limit EE from performing at his prior physical function. There is no new compelling evidence that w ould change the prior determination.

Amy M. RN, CCM
Nurse Disability Consultant, Lincoln Financial Group - AMAMA3 - Mar 06, 2023 12:37:04 pm
File has been extracted, combined, and sent to Sequoia / Pro-Index for full-index - LOSMA1 - Feb 24, 2023 07:44:51 am
Triaged to AMAMA3 - DWKEE - Mar 03, 2023 02:47:36 pm

| | | | | | |
|---|---|---|---|---|---|
| 3/8/2023 | Documents/Mail | 85 | Appeal Dis Atty 21 Day Letter | Completed | AM0ST5 |

Appeal Dis Atty 21 Day LetterAttachments:Matthew Duntz HCC review report.pdf

| | | | | | |
|---|---|---|---|---|---|
| 3/8/2023 | Claim Tasks | 11 | Appeal - 45 Day Reminder | Completed | AM0ST5 |

30th Day: 03/15/2023
45th Day: 03/30/2023 - AM0ST5 - Feb 23, 2023 01:15:16 pm

ERISA EXT sent w ith RTR and med report - AM0ST5 - Mar 08, 2023 02:42:12 pm

| | | | | | |
|---|---|---|---|---|---|
| 3/8/2023 2:43:24 PM | Claim Tasks | 13 | Appeal - 21 Day Letter | Requested | AM0ST5 |

RTR sent today w ith ERISA ext and HCC report - deadline is 03/29 w ith action on 04/03/2023 - AM0ST5 - Mar 08, 2023 02:43:59 pm

Please be advised that your request for an extension has been approved. We w ill place your new deadline to 04/07/2023.

I look forw ard to hearing from you.
- AM0ST5 - Apr 03, 2023 02:57:29 pm

| | | | | | |
|---|---|---|---|---|---|
| 3/22/2023 | Telephone (IN) | 5 | Sam Payne | Completed | AM0ST5 |

Name: MATTHEW J DUNTZ
CB # : 6152346000
SSN:
DOB:
Claim #: 1220010964
Group:

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | ee law yer Sam Payne 615-234-6000s looking for a call back he is looking to check on the status of the deadline for the appeal | | | | |
| 3/28/2023 | Telephone (OUT) | 6 | CODY ALLISON AND ASSOCIATES, PLLC | Completed | AM0ST5 |
| | email w as sent to BARB- w ho w e have on file for email to ensure they got the RTR letter and med review report - AM0ST5 - Mar 28, 2023 02:39:53 pm | | | | |
| 3/30/2023 2:05:42 PM | Documents/Mail | 87 | Incoming Correspondence | Received | AM0ST5 |
| | 2023-03-29-17.00.11.320200O01 | | | | |
| 3/30/2023 2:05:42 PM | Documents/Mail | 86 | Fax | Received | AM0ST5 |
| | 2023-03-29-17.00.11.252200O01<br><br>02/16/2023 chart for office visit w ith Kenneth Shaw DC<br>02/21/2023 Xray from Premier radiology<br>02/22/2023 chart for follow up office visit w ith Shaw DC<br>03/29/2023 RTR response letter (disputing NDC findings) - AM0ST5 - Apr 10, 2023 01:58:13 pm | | | | |
| 3/30/2023 2:05:43 PM | Documents/Mail | 88 | Medical Records | Received | AM0ST5 |
| | 2023-03-29-17.00.11.377200O01 | | | | |
| 3/31/2023 12:35:16 PM | Documents/Mail | 89 | Email | Received | AM0ST5 |
| | 2023-03-30-16.32.13.635240O01 | | | | |
| 4/4/2023 | Documents/Mail | 90 | Envelope | Completed | AM0ST5 |
| | 2023-04-04-08.30.30.075420O01 | | | | |
| 4/4/2023 10:11:46 AM | Documents/Mail | 91 | Appeal Notice | Received | AM0ST5 |
| | 2023-04-04-08.30.30.152420O01 | | | | |
| 4/4/2023 10:11:47 AM | Documents/Mail | 92 | Medical Records | Received | AM0ST5 |
| | 2023-04-04-08.30.30.223420O01 | | | | |
| 4/10/2023 | Documents/Mail | 92 | Medical Records | Completed | AM0ST5 |
| | 2023-04-04-08.30.30.223420O01 | | | | |
| 4/10/2023 | Documents/Mail | 87 | Incoming Correspondence | Completed | AM0ST5 |
| | 2023-03-29-17.00.11.320200O01 | | | | |
| 4/10/2023 | Documents/Mail | 91 | Appeal Notice | Completed | AM0ST5 |
| | 2023-04-04-08.30.30.152420O01 | | | | |
| 4/10/2023 | Documents/Mail | 86 | Fax | Completed | AM0ST5 |
| | 2023-03-29-17.00.11.252200O01<br><br>02/16/2023 chart for office visit w ith Kenneth Shaw DC<br>02/21/2023 Xray from Premier radiology<br>02/22/2023 chart for follow up office visit w ith Shaw DC<br>03/29/2023 RTR response letter (disputing NDC findings) - AM0ST5 - Apr 10, 2023 01:58:13 pm | | | | |
| 4/10/2023 | Documents/Mail | 89 | Email | Completed | AM0ST5 |
| | 2023-03-30-16.32.13.635240O01 | | | | |
| 4/10/2023 | Documents/Mail | 88 | Medical Records | Completed | AM0ST5 |
| | 2023-03-29-17.00.11.377200O01 | | | | |
| 4/10/2023 | Claim Tasks | 13 | Appeal - 21 Day Letter | Completed | AM0ST5 |
| | RTR sent today w ith ERISA ext and HCC report - deadline is 03/29 w ith action on 04/03/2023 - AM0ST5 - Mar 08, 2023 02:43:59 pm<br><br>Please be advised that your request for an extension has been approved. We w ill place your new deadline to 04/07/2023.<br><br>I look forw ard to hearing from you. | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | - AM0ST5 - Apr 03, 2023 02:57:29 pm | | | | |
| 4/10/2023 2:07:04 PM | Referrals | 13 | Ongoing Claim Review | Initial | AM0ST5 |

Addendum Request
AMAMA3

Clinician/Appeals Examiner: Amber Cronican
Ext Number: 7304

Claimant Name: Matthew Duntz
Claim Number: 1220010964
Date of Birth:
Date of Disability: 07/31/2021

Thank you for your review regarding the LTD appeal for M Duntz. We are requesting an addendum due to additional records received.

The claimant has provided the follow ing documents:

02/16/2023 chart for office visit w ith Kenneth Shaw DC- chiro
02/21/2023 Xray from Premier radiology
02/22/2023 chart for follow up office visit w ith Shaw DC- schiro
03/29/2023 RTR response letter (disputing NDC findings)

Please review and advise if your prior opinion w ould change based on the new information. - AM0ST5 - Apr 10, 2023 02:07:40 pm
Triaged to AMAMA3 - DWKEE - Apr 18, 2023 02:06:27 pm
Date:April 19, 2023

Subject:Appeal Nursing Memorandum

Claim #: 1220010964
Claimant: Matthew Duntz
Date of Birth:
Date of Disability: 7/31/21

Please see NDC review dated 3/6/23 for full review as this is an addendum request to that review .

Clinical Assessment:
The EE stopped w orking on 7/31/21 due to coronary atherosclerosis (hardening of the arteries) (narrow ing or blockage due to cholesterol or fatty deposits) and hyperlipidemia. He has a history of heart attack March 2020 w ith successful stent placement. During follow up visit 8/3/21 w ith by Dr. Fields (Cardiology), EE reported chest pain and shortness of breath, and increased emotional stress. EE w as admitted 8/3/21-8/5/21 for further evaluation and acute myocardial infarction w as ruled out. Cardiac catheterization 8/4/21 show ed diagonal branch stenosis (narrow ing) LAD treated w ith PTCA (percutaneous transluminal coronary angioplasty) (improve blood flow ). Ejection fraction (heart's ability to pump blood out of the heart) is normal. Follow ing discharge, EE has been asymptomatic. Treatment consists of Plavix (blood thinner) in addition to aspirin and change in statin medication. An APS dated 8/17/21 provides R/Ls to include constant reaching at desk level; frequent lifting 1-5 lbs., stand, sit, balance, stoop, finger, and grasp; occasionally lift 6-25 lbs., w alk, stoop, kneel, crouch, craw l, climb, push, pull, bend, and reach overhead and below w aist. EE should avoid emotional and physical stress. Return to w ork 1/1/22-3/1/22.

Records received for addendum include office visits from Dr. Shaw (Chiropractor) and diagnostic imaging.

The EE saw Dr. Shaw on 2/16/23 and reports dull achy, tightness, and sometimes sharp pain w ith spasm L4-S1 radiating to sacroiliac joint and left groin that started one month a go w ith unknow n cause; he has seen chiropractor many years ago and recently saw muscle therapist and stretching to help w ith flare-ups. He states current episode is different. He also reports same symptoms cervical C4-C8 and thoracic T4-T8 spine. EE w as active prior to heart attack (skier, motor cross, high diver); he retired due to stress from w ork causing 2 heart attacks. Exam documents

normal strength and reflexes, negative cervical compression, and distraction. Positive shoulder compression tests, mild pain noted. Negative Patrick's (evaluate hip joint and sacroiliac joint pathology), positive Kemp's (assess for lumbar facet joint pain) on the left trunk rotation, and positive straight leg raises (assess presence of herniated disc/evaluate for nerve root sensitivity) on the left at 60 degrees, positive Nachlas (assess for sprain, irritation, inflammation sacroiliac), and positive Hibb's test (asses for sacroiliac joint pathology). Noted decreased ROM throughout the spine (unspecified). Palpation reveals tautness, hypomobility, and tenderness C4-6, T1, T4-6, T8-9, L5, sacrum, and left pelvis. Hypertonicity of the muscles in the bilateral cervical, mid thoracic, bilateral lumbar, left sacroiliac, pelvic, sacrum, and left buttock; edema lumbar and left sacroiliac, and active trigger points bilateral trapezius and rhomboids, quadratus lumborum, left SIJ and bilateral scapula. Diagnosis low back pain w ith left side sciatic (radiating pain dow n the legs from the low back), spinal instability, sacral and sacrococcygeal region, pain thoracic spine, and cervicalgia. Plan for spinal manipulation, electrical stimulation, and trigger point therapy. Recommend EE avoid heavy lifting, prolonged standing and sitting, apply ice/heat, propre posture, ergonomics, and alter sleeping habits. On 2/22/23, EE reports low back is achy/sore w ith some radiating pain. Lumbar x-ray 2/21/23 show ed degenerative (age-related) changes. Noted slight improvement since last treatment. Exam is unchanged. Plan is to continue therapy and follow up in 1 w eek. He is advised to begin lumbar stretches.

The additional records document care and treatment for low back pain w ith left side sciatic, spinal instability, sacral and sacrococcygeal region, pain thoracic spine, and cervicalgia that has been present for one month w ith an unknow n cause. The EE is treated by Dr. Shaw (Chiropractor) as noted above. Lumbar x-ray 2/21/23 show ed degenerative changes and no acute abnormalities. Exam documents tightness, tenderness, and decreased range of motion throughout the spine. There is no documentation of motor or sensory deficits, and no gait abnormalities. Treatment consists of spinal manipulation, electrical stimulation, and trigger point therapy. While the EE reports achiness/soreness throughout the spine, the medical exam documentation fails to demonstrate severe pain, w eakness, altered sensation, or impaired gait therefore the prior determination remains unchanged. There is no indication of further escalation of care or treatment such as further specialist care (orthopedics, neurosurgery) or further diagnostic imaging (MRI). There is no treating provider certifying disability due to these conditions and EE has retired from w orking.

Amy M. RN, CCM
Nurse Disability Consultant, Lincoln Financial Group - AMAMA3 - Apr 19, 2023 08:52:39 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/25/2023 | Referrals | 13 | Ongoing Claim Review | Completed | AM0ST5 |

Addendum Request
AMAMA3

Clinician/Appeals Examiner: Amber Cronican
Ext Number: 7304

Claimant Name: Matthew Duntz
Claim Number: 1220010964
Date of Birth:
Date of Disability: 07/31/2021

Thank you for your review regarding the LTD appeal for M Duntz. We are requesting an addendum due to additional records received.

The claimant has provided the follow ing documents:

02/16/2023 chart for office visit w ith Kenneth Shaw DC- chiro
02/21/2023 Xray from Premier radiology
02/22/2023 chart for follow up office visit w ith Shaw DC- schiro
03/29/2023 RTR response letter (disputing NDC findings)

Please review and advise if your prior opinion w ould change based on the new information. - AM0ST5 - Apr 10, 2023 02:07:40 pm
Triaged to AMAMA3 - DWKEE - Apr 18, 2023 02:06:27 pm
Date:April 19, 2023

Subject:Appeal Nursing Memorandum

Claim #: 1220010964
Claimant: Matthew Duntz
Date of Birth:
Date of Disability: 7/31/21

Please see NDC review dated 3/6/23 for full review as this is an addendum request to that review .

Clinical Assessment:
The EE stopped w orking on 7/31/21 due to coronary atherosclerosis (hardening of the arteries) (narrow ing or blockage due to cholesterol or fatty deposits) and hyperlipidemia. He has a history of heart attack March 2020 w ith successful stent placement. During follow up visit 8/3/21 w ith by Dr. Fields (Cardiology), EE reported chest pain and shortness of breath, and increased emotional stress. EE w as admitted 8/3/21-8/5/21 for further evaluation and acute myocardial infarction w as ruled out. Cardiac catheterization 8/4/21 show ed diagonal branch stenosis (narrow ing) LAD treated w ith PTCA (percutaneous transluminal coronary angioplasty) (improve blood flow ). Ejection fraction (heart's ability to pump blood out of the heart) is normal. Follow ing discharge, EE has been asymptomatic. Treatment consists of Plavix (blood thinner) in addition to aspirin and change in statin medication. An APS dated 8/17/21 provides R/Ls to include constant reaching at desk level; frequent lifting 1-5 lbs., stand, sit, balance, stoop, finger, and grasp; occasionally lift 6-25 lbs., w alk, stoop, kneel, crouch, craw l, climb, push, pull, bend, and reach overhead and below w aist. EE should avoid emotional and physical stress. Return to w ork 1/1/22-3/1/22.

Records received for addendum include office visits from Dr. Shaw (Chiropractor) and diagnostic imaging.

The EE saw Dr. Shaw on 2/16/23 and reports dull achy, tightness, and sometimes sharp pain w ith spasm L4-S1 radiating to sacroiliac joint and left groin that started one month a go w ith unknow n cause; he has seen chiropractor many years ago and recently saw muscle therapist and stretching to help w ith flare-ups. He states current episode is different. He also reports same symptoms cervical C4-C8 and thoracic T4-T8 spine. EE w as active prior to heart attack (skier, motor cross, high diver); he retired due to stress from w ork causing 2 heart attacks. Exam documents normal strength and reflexes, negative cervical compression, and distraction. Positive shoulder compression tests, mild pain noted. Negative Patrick's (evaluate hip joint and sacroiliac joint pathology), positive Kemp's (assess for lumbar facet joint pain) on the left trunk rotation, and positive straight leg raises (assess presence of herniated disc/evaluate for nerve root sensitivity) on the left at 60 degrees, positive Nachlas (assess for sprain, irritation, inflammation sacroiliac), and positive Hibb's test (asses for sacroiliac joint pathology). Noted decreased ROM throughout the spine (unspecified). Palpation reveals tautness, hypomobility, and tenderness C4-6, T1, T4-6, T8-9, L5, sacrum, and left pelvis. Hypertonicity of the muscles in the bilateral cervical, mid thoracic, bilateral lumbar, left sacroiliac, pelvic, sacrum, and left buttock; edema lumbar and left sacroiliac, and active trigger points bilateral trapezius and rhomboids, quadratus lumborum, left SIJ and bilateral scapula. Diagnosis low back pain w ith left side sciatic (radiating pain dow n the legs from the low back), spinal instability, sacral and sacrococcygeal region, pain thoracic spine, and cervicalgia. Plan for spinal manipulation, electrical stimulation, and trigger point therapy. Recommend EE avoid heavy lifting, prolonged standing and sitting, apply ice/heat, propre posture, ergonomics, and alter sleeping habits. On 2/22/23, EE reports low back is achy/sore w ith some radiating pain. Lumbar x-ray 2/21/23 show ed degenerative (age-related) changes. Noted slight improvement since last treatment. Exam is unchanged. Plan is to continue therapy and follow up in 1 w eek. He is advised to begin lumbar stretches.

The additional records document care and treatment for low back pain w ith left side sciatic, spinal instability, sacral and sacrococcygeal region, pain thoracic spine, and cervicalgia that has been present for one month w ith an unknow n cause. The EE is treated by Dr. Shaw (Chiropractor) as noted above. Lumbar x-ray 2/21/23 show ed degenerative changes and no acute abnormalities. Exam documents tightness, tenderness, and decreased range of motion throughout the spine. There is no documentation of motor or sensory deficits, and no gait abnormalities. Treatment consists of spinal manipulation, electrical stimulation, and trigger point therapy. While the EE reports achiness/soreness throughout the spine, the medical exam documentation fails to demonstrate severe pain, w eakness, altered sensation, or impaired gait therefore the prior determination remains unchanged. There is no indication of further escalation of care or treatment such as further specialist care (orthopedics, neurosurgery) or further diagnostic imaging (MRI). There is no treating provider certifying disability due to these conditions and EE has retired from w orking.

Amy M. RN, CCM
Nurse Disability Consultant, Lincoln Financial Group - AMAMA3 - Apr 19, 2023 08:52:39 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/25/2023 | Documents/Mail | 93 | Appeal Dis Atty 21 Day Letter | Completed | AM0ST5 |

Appeal Dis Atty 21 Day LetterAttachments:Matthew Duntz HCC 1st addendum review report.docx

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/25/2023 3:19:39 PM | Claim Tasks | 14 | Appeal - 21 Day Letter | Requested | AM0ST5 |

2nd RTR sent out w ith Addendum review by HCC deadline is 05/16 action 05/19 - AM0ST5 - Apr 25, 2023 03:20:21 pm

sending out new ly completed OA and tolling-- taking claim to oversite review for next steps on med review s - AM0ST5 - May 23, 2023 11:42:48 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/2/2023 5:15:07 PM | Documents/Mail | 94 | Incoming Correspondence | Received | AM0ST5 |

2023-05-01-09.48.41.206580O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/11/2023 | Documents/Mail | 94 | Incoming Correspondence | Completed | AM0ST5 |

2023-05-01-09.48.41.206580O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/11/2023 3:02:09 PM | Referrals | 14 | Vocational Consultation | Initial | AM0ST5 |

Demographics
Claimant Name: Matthew Duntz
Current Age: now 60
Diagnosis: Atherosclerotic heart disease and hyperlipidemia
Benefit Amount: 10k
Gainful Amount: 10k
Ow n Occupation
Job Title from ER: Chief Sales Officer
Previous OA completed? (if yes date and location): yes w e had tw o done 05/04/2022 & 05/19/2022
Job Description on file? (if yes date and location): JD in AWD 2021-09-07-09.59.41.934480O01
Job Analysis on file? (if yes date and location): NA
Work History and Educational Information:
Identify the source of information (Include type, date and location of document, e.g. Rehab Survey in AWD 11/12/14; EBF in AWD dated 10/31/14):

Specific Question(s) for Review er
Provide CE input and synopsis about nature of referral. Provide your specific questions:

As part of the 2nd level appeal review w e w ant to make sure w e address the concerns of the attorney regarding the OCC level w e have determined.

APPEAL LETTER FROM ATTORNEY: expressed disagreement w ith the OA w e completed as they feel his position is more than sedentary- he is to travel often participate in trade show s including breaking dow n booths and transporting them back to the office.

Please review previous OA's and vocational consult and comment on if your review determines any changes. Please advise. - AM0ST5 - May 11, 2023 03:02:25 pm
****************************************************************************************************************
APPEAL OCCUPATIONAL ANALYSIS --

A previous Occupational Analysis (OA) w as completed on 04/27/22 w ith an OA Addendum completed on 05/19/22 and a supplementary Vocational Consultation completed on 01/03/23. Additional information has been obtained from the attorney regarding the demands of the insured's job and I have been asked by the Appeal Review Consultant to review the previously completed report and confirm all outlined physical demands. An updated report has been completed.

[see report for full details of updated occupational analysis].

Upon review of the available information, including all noted job description information as provided by both the employer and the attorney, this occupation is best captured by a combination of DOT Codes as outlined above that capture all material and substantial duties as performed by the insured. While the insured is responsible for high-level management tasks including leading the sales team, developing sales and marketing plans, budgeting, planning, and overseeing trade show s, sourcing new opportunities, negotiating contracts on new products, and providing overall customer support, they are also responsible for managing up to 6 trade show s per year by supporting their sales team members w ith presentations, including demonstrations and sales proposal presentations. This w ould require the insured to attend trade show s w ith their sales team to display products, demonstrate the use or

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

production of merchandise and products, and explain products to consumers w ith the use of graphic aides, charts, slides, or physical products to facilitate demonstration. While the amount of travel required w ithin the occupation doesn't in and of itself alter the physical demand level, it is the demonstration component of the insured's occupation that does alter the occupational match as previously noted. Therefore, a combination of occupations as noted above best captures all duties and responsibilities performed by the insured, bringing their ow n occupation to the Light physical demand level.

SUMMARY:
The occupation is performed at the Light physical demand level. Resources utilized included: (DOT: 189.117-034; O*NET: 11-1011.00; ERI: 189.117-034) (DOT: 297.357-010; O*NET: 41-9011.00; ERI: 297.357-010).

I have not met w ith the Insured for the purpose of this review . All opinions are based on a review of resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance w ith this file.

Respectfully submitted,
Electronically Signed

Nicole Hall, MS, CRC
Vocational Rehabilitation Consultant II
Group Protection
Lincoln Financial Group

- NIUHA2 - May 19, 2023 12:44:21 pm

| | | | | | |
|---|---|---|---|---|---|
| 5/22/2023 3:18:58 PM | Documents/Mail | 95 | Email | Received | AM0ST5 |
| | 2023-05-19-13.46.21.866660O01 | | | | |
| 5/22/2023 3:18:59 PM | Documents/Mail | 96 | Incoming Correspondence | Received | AM0ST5 |
| | 2023-05-19-13.46.21.894660O01 | | | | |
| 5/23/2023 | Referrals | 14 | Vocational Consultation | Completed | AM0ST5 |

Demographics
Claimant Name: Matthew Duntz
Current Age: now 60
Diagnosis: Atherosclerotic heart disease and hyperlipidemia
Benefit Amount: 10k
Gainful Amount: 10k
Ow n Occupation
Job Title from ER: Chief Sales Officer
Previous OA completed? (if yes date and location): yes w e had tw o done 05/04/2022 & 05/19/2022
Job Description on file? (if yes date and location): JD in AWD 2021-09-07-09.59.41.934480O01
Job Analysis on file? (if yes date and location): NA
Work History and Educational Information:
Identify the source of information (Include type, date and location of document, e.g. Rehab Survey in AWD 11/12/14; EBF in AWD dated 10/31/14):

Specific Question(s) for Review er
Provide CE input and synopsis about nature of referral. Provide your specific questions:

As part of the 2nd level appeal review w e w ant to make sure w e address the concerns of the attorney regarding the OCC level w e have determined.

APPEAL LETTER FROM ATTORNEY: expressed disagreement w ith the OA w e completed as they feel his position is more than sedentary- he is to travel often participate in trade show s including breaking dow n booths and transporting them back to the office.

Please review previous OA's and vocational consult and comment on if your review determines any changes. Please advise. - AM0ST5 - May 11, 2023 03:02:25 pm
***************************************************************************************************************
APPEAL OCCUPATIONAL ANALYSIS --

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

A previous Occupational Analysis (OA) w as completed on 04/27/22 w ith an OA Addendum completed on 05/19/22 and a supplementary Vocational Consultation completed on 01/03/23. Additional information has been obtained from the attorney regarding the demands of the insured's job and I have been asked by the Appeal Review Consultant to review the previously completed report and confirm all outlined physical demands. An updated report has been completed.

[see report for full details of updated occupational analysis].

Upon review of the available information, including all noted job description information as provided by both the employer and the attorney, this occupation is best captured by a combination of DOT Codes as outlined above that capture all material and substantial duties as performed by the insured. While the insured is responsible for high-level management tasks including leading the sales team, developing sales and marketing plans, budgeting, planning, and overseeing trade show s, sourcing new opportunities, negotiating contracts on new products, and providing overall customer support, they are also responsible for managing up to 6 trade show s per year by supporting their sales team members w ith presentations, including demonstrations and sales proposal presentations. This w ould require the insured to attend trade show s w ith their sales team to display products, demonstrate the use or production of merchandise and products, and explain products to consumers w ith the use of graphic aides, charts, slides, or physical products to facilitate demonstration. While the amount of travel required w ithin the occupation doesn't in and of itself alter the physical demand level, it is the demonstration component of the insured's occupation that does alter the occupational match as previously noted. Therefore, a combination of occupations as noted above best captures all duties and responsibilities performed by the insured, bringing their ow n occupation to the Light physical demand level.

SUMMARY:
The occupation is performed at the Light physical demand level. Resources utilized included: (DOT: 189.117-034; O*NET: 11-1011.00; ERI: 189.117-034) (DOT: 297.357-010; O*NET: 41-9011.00; ERI: 297.357-010).

I have not met w ith the Insured for the purpose of this review . All opinions are based on a review of resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance w ith this file.

Respectfully submitted,
Electronically Signed

Nicole Hall, MS, CRC
Vocational Rehabilitation Consultant II
Group Protection
Lincoln Financial Group

- NIUHA2 - May 19, 2023 12:44:21 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/23/2023 | Documents/Mail | 97 | Appeal Dis Atty 21 Day Letter | Completed | AM0ST5 |

Record w as canceled. Completed to remove from case diary. Date: 24-MAY-23
Appeal Dis Atty 21 Day Letter

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/23/2023 | Documents/Mail | 98 | Appeal Dis Atty 21 Day Letter | Completed | AM0ST5 |

Appeal Dis Atty 21 Day LetterAttachments:M Duntz 1220010964 OA 05 19 2023.pdf

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/23/2023 | Documents/Mail | 96 | Incoming Correspondence | Completed | AM0ST5 |

2023-05-19-13.46.21.894660O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/23/2023 | Documents/Mail | 95 | Email | Completed | AM0ST5 |

2023-05-19-13.46.21.866660O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/23/2023 | Claim Tasks | 14 | Appeal - 21 Day Letter | Completed | AM0ST5 |

2nd RTR sent out w ith Addendum review by HCC deadline is 05/16 action 05/19 - AM0ST5 - Apr 25, 2023 03:20:21 pm

sending out new ly completed OA and tolling-- taking claim to oversite review for next steps on med review s - AM0ST5 - May 23, 2023 11:42:48 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/23/2023 11:43:02 AM | Referrals | 15 | Management Review | Initial | AM0ST5 |

Manager oversite reveiw discussion:



**Lincoln/Duntz 0166**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

w ould like to discuss next steps for medical review .

Currently w e are at the 2nd level of appeal

w e had a cardio PEER at claims level AND another one at 1st level of appeal

NOTHING w as submitted w ith the appeal from the attorney- one of the main things the attorney w as disputing w as the OCC level and that the claimant must avoid stress because he is at risk for another cardiac incident.

NDC w as completed - did not support

1st RTR w as sent

atty responded to the RTR disputing NDC review and included Ortho notes (please be advised there is not a phyisican certifiying disability for any back issues-- appearls EE is getting tx from chiro)

NDC addendum w as complete- still no support

2nd RTR w as sent

atty did not respond-- advised they stand by w hat they stated previously and the claim should be overturned and paid to current and beyond as EE is TDAO

OA /addendum w as run (w hile review ing claim remembered the appeal request included OA dispute)-- currently sent out NEW OA to Attorney as it is new information-- the occ level is show ing light as opposed to sed w hich is w hat w e had prior.

NOTE the previously supported R&L's are STILL consistent w ith the new updated OA

******* Question for review : should w e go ahead and send the claim for a PEER at this time? If yes should w e stick w ith the initial disabling condition (cardiology) or include an occ med (or) ortho review . We are currently tolling as new information for them to review has been sent.

- Management Review - AM0ST5 - May 23, 2023 11:53:58 am

Discussed w ith specialist. Recommend moving forw ard w ith 21 day RTR for OA. - Management Review - MASCHAA - May 23, 2023 01:21:21 pm

| 5/25/2023 | Referrals | 15 | Management Review | Completed | AM0ST5 |
|---|---|---|---|---|---|

Manager oversite reveiw discussion:
w ould like to discuss next steps for medical review .

Currently w e are at the 2nd level of appeal

w e had a cardio PEER at claims level AND another one at 1st level of appeal

NOTHING w as submitted w ith the appeal from the attorney- one of the main things the attorney w as disputing w as the OCC level and that the claimant must avoid stress because he is at risk for another cardiac incident.

NDC w as completed - did not support

1st RTR w as sent



Lincoln/Duntz 0167

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | atty responded to the RTR disputing NDC review and included Ortho notes (please be advised there is not a phyisican certifiying disability for any back issues-- appearls EE is getting tx from chiro)<br><br>NDC addendum w as complete- still no support<br><br>2nd RTR w as sent<br><br>atty did not respond-- advised they stand by w hat they stated previously and the claim should be overturned and paid to current and beyond as EE is TDAO<br><br>OA /addendum w as run (w hile review ing claim remembered the appeal request included OA dispute)-- currently sent out NEW OA to Attorney as it is new information-- the occ level is show ing light as opposed to sed w hich is w hat w e had prior.<br><br>NOTE the previously supported R&L's are STILL consistent w ith the new updated OA<br><br>******* Question for review : should w e go ahead and send the claim for a PEER at this time? If yes should w e stick w ith the initial disabling condition (cardiology) or include an occ med (or) ortho review . We are currently tolling as new information for them to review has been sent.<br><br>- Management Review - AM0ST5 - May 23, 2023 11:53:58 am<br><br>Discussed w ith specialist. Recommend moving forw ard w ith 21 day RTR for OA. - Management Review - MASCHAA - May 23, 2023 01:21:21 pm | | | | |
| 6/1/2023 3:58:41 PM | Documents/Mail<br>2023-06-01-08.19.27.618961O01 | 99 | Incoming Correspondence | Received | AM0ST5 |
| 6/6/2023 | Documents/Mail<br>2023-06-01-08.19.27.618961O01 | 99 | Incoming Correspondence | Completed | AM0ST5 |
| 6/8/2023 | Documents/Mail<br>2023-06-06-13.43.57.896980O01 | 100 | Incoming Correspondence | Completed | AM0ST5 |
| 6/26/2023 | Referrals<br>TOLLING:<br>03/08/2023 to 04/10/2023<br>04/25/2023 to 05/16/2023<br>05/23/2023 to 05/30/2023<br><br>Today's Date6/26/2023<br>Appeal Rcvd Date2/13/2023<br>Days Since Received133<br>Extension Sent Date3/8/2023<br>Tolling Start DateTolling end DateTolling Days<br>3/8/20234/10/202333<br>4/25/20235/16/202321<br>5/23/20235/30/20237<br>0<br>0<br>0<br>0<br>Tolling Days61<br>90th Day of Active Review 7/14/2023<br>- AM0ST5 - Jun 26, 2023 10:29:16 am | 16 | Tolling Review | Completed | AM0ST5 |
| 6/26/2023 | Summary/Assessment/Pa<br><br>Summary Notes<br>2nd LEVEL LTD OO UPHOLD RATIONALE. - AM0ST5 - Jun 26, 2023 02:10:55 pm<br>Assessment Notes | 6h | 2nd LEVEL LTD OO UPHOLD RATIONALE. - AM0ST5 - Jun 26, | Completed | AM0ST5 |

Path Notes
2nd LEVEL LTD OO UPHOLD RATIONALE.

Demographics: Claimant is a 60 year old Chief Sales officer w ho stopped w orking on 07/31/2021 due to heart disease and hyperlipidemia. It w as previously determined that he did not meet the policy definition of disability.

Initial Claim Decision

Reason/Date of denial: Not TDOO DATE 05/04/2022

Type of Medical Review , Name, & Specialty: PEER Review -
--04/15/2022 Ali Reza MD BCD cardiovascular disease BCD interventional cardiology Certified in nuclear cardiology

"On 08/03/2021 the claimant presented for follow -up w ith a history of coronary artery disease and w as noted to be status post myocardial infarction that occurred on 03/22/2020. The claimant w as noted to have single-vessel disease w ith 100% occlusion to the proximal to mid left circumflex artery. The claimant underw ent percutaneous coronary intervention w ith a successful stent placement. The claimant underw ent echocardiogram on 01/23/2020 that revealed normal ejection fraction w ith trace mitral and tricuspid insufficiency and normal RV pressure. The claimant underw ent Holter monitor evaluation that w as noted to be normal. An additional echocardiogram w as performed on 03/22/2020 that revealed normal LV size and mild mitral regurgitation. The claimant presented back to cardiology secondary to complaints of chest pressure and shortness of breath that lasted approximately 1 hour. The claimant reported this happened at w ork w hile undergoing emotional stress. The claimant's cardiac evaluation w as noted to be unremarkable. The claimant w as advised to undergo cardiac catheterization and w as sent to the emergency room for evaluation. The claimant underw ent cardiac catheterization that revealed single-vessel coronary artery disease in the diagonal branch. The claimant had a stent placed in the left circumflex. Left ventricular function w as noted to be 60%. On 08/06/2021 the claimant w as discharged from the hospital in stable condition. On 08/17/2021 attending physician statement w as completed that stated the claimant could not lift greater than 25 pounds and could occasionally w alk, craw l and crouch. The claimant w as advised to return to w ork betw een 01/01/2022 and 03/01/2022. On 10/16/2021 the claimant underw ent evaluation in the emergency room for complaints of chest pain. The claimant's cardiac w ork-up w as noted to be negative and the claimant w as diagnosed w ith Covid. The claimant w as also advised to undergo cardiac stress test. On 11/22/2021 the claimant underw ent nuclear stress test that revealed mild upper septal, mild inferior and mild anterior w all ischemia w ith transient dilation. The claimant w as advised to undergo additional cardiac catheterization. On 12/13/2021 the claimant underw ent cardiac catheterization w ith no obstructive coronary artery disease noted. The claimant reported having been asymptomatic since cardiac catheterization. On 01/26/2022 the claimant presented for follow -up and reported some ongoing anginal pain w ith stress that w as relieved w ith nitro patch and sublingual nitro. The claimant w as advised to continue w ith medication management as prescribed. After review of the medical records, there is evidence of a primary impairing condition of coronary artery disease of such severity to w arrant restrictions and limitations on the claimant's activity for the timeframe of 07/31/2021 through present and beyond. Given the claimant's cardiac history w ith multiple cardiac catheterizations and 2 separate stent placements in conjunction w ith ongoing angina symptoms, it is reasonable to support a degree of restrictions and limitations on the claimant's activity. For the timeframe of 08/03/2021 through 08/10/2021, 10/16/2021, and 12/13/2021 through 12/20/2021 the claimant had no sustainable w ork capacity secondary to undergoing hospital evaluation, procedures and or immediate recovery. For the timeframe of 07/31/2021 through 08/02/2021, 08/11/2021 through 10/15/2021, 10/17/2021 through 12/12/2021 and 12/21/2021 to present and beyond, the follow ing restrictions and limitations are appropriate on the claimant's activity. A follow -up on the claimant status should be performed on or around 10/13/2022.
Sitting: unrestricted
Standing: frequently up to four hours a day
Walking: frequently up to four hours a day
Lifting/carrying/pushing/pulling: occasionally no more than 25lbs
Climbing stairs: occasionally
Climbing ladders: never
Stooping: occasionally
Kneeling: occasionally
Crouching: occasionally
Craw ling: never
Balance: occasionally
Reaching overhead: unrestricted

Reaching at w aist and desk level: unrestricted
Reaching below w aist: unrestricted
Use low er extremities for foot controls: unrestricted
Fine manipulation: unrestricted
Simple and firm grasping: unrestricted
Keyboarding: unrestricted"

OA completed and show ed Ees occ is sedentary-- R&L's w ere consistent w ith this OA

NOTE additional info came in and an addendum w as completed - 06/10/2022

"The additional records do not alter the previous recommended restrictions and limitations. The previous restrictions and limitations remain appropriate for the claimant's impairing cardiac diagnoses. The records do not indicate an acute change in the claimant's status to w arrant a change in the prior report."

1st Level Appeal Decision

Reason/Date of denial: Not TDOO DATE 12/20/2022

Type of Medical Review , Name, & Specialty: PEER Review -
-- 11/16/2022 Andre Akhondi MD BCD cardiovascular disease

"Based on the available information, the claimant has suffered from ongoing chest pain, fatigue secondary to coronary artery disease. He has history of non-ST segment elevation myocardial infraction in 03/2020. He underw ent successful percutaneous coronary intervention and stent placement to proximal to mid left circumflex occlusion in 03/2020 and angioplasty on the first diagonal branch on 8/4/21. Myocardial perfusion imaging spect revealed mild upper septal ischemic, mild inferior w all ischemic, mild anterior w all ischemia, TID on 11/22/21. He also has comorbidities including hyperlipidemia and hypertension that w ere w ell-controlled. Overall, the claimant is limited given his advanced age, morbidity of cardiac conditions w ith contribution from comorbidities, ongoing chest pain and fatigue complaints. Therefore, the claimant requires restrictions and limitations as outlined below :
Total restriction is supported from 08/02/2021 – 08/09/2021 for chest pain, hospitalization, and angioplasty.
From 07/31/2021 – 08/01/2021 and from 08/10/2021 to current:
Sitting: Unrestricted
Standing: Frequently, for up to 4 hour per day
Walking: Frequently, for up to 3 hour per day
Lifting: Occasionally, up to 30 lbs. BUE
Carrying: Occasionally, up to 30 lbs. BUE
Pushing: Occasionally, up to 30 lbs. BUE
Pulling: Occasionally, up to 30 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Craw ling: Frequently
Reaching: Frequently overhead and below w aist level BUE; Unrestricted to desk level BUE
Use low er extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above recommended restrictions and limitations are indicated from 7/31/21 to current, w ith reassessment on or around 05/10/23.

The claimant's abilities are sustainable on a full-time basis except the period of total w ork restriction."

Clarification w as done on 12/15/2022
"No. These statements at all do not impact and/or change the findings expressed in my prior peer review.
No. I have not opined any new or different restrictions and limitations since the claimant has already been provided w ith physical restrictions and limitations in prior review to limit his physical exertion as w ell as physical

stress.

VOCATIONAL CONSULT - 01/03/2023
"VCM has been asked to address attorney arguments based on the prior tw o occupational analyses on file. In both instances, and based on employer input on job title and duties, it w as determined that the occupation is best represented by the title Vice President. Please see prior review s for complete details.

In this analysis, the attorney's arguing that the travel requirements of the occupation push the occupation into a light category. Both the Dictionary of Occupational Titles (DOT) as w ell as the Economic Research Institute (ERI) list the occupation as a sedentary one. Occasional standing and w alking is required w ith lifting up to 10 pounds occasionally. ERI notes travel frequently required in this occupation; how ever, travel does not automatically push an occupation into a light category.

During travel, individuals have the opportunity to pack lighter, more manageable, bags. The use of airport transportation is easily attainable (and encouraged by some employers) and drivers may handle bags for passengers (from residence/place of business to curbside) alleviating the need to lift/carry more than is able. Airports also offer baggage handling to and from curbside. When considering mobility (standing/w alking) w ith air travel, airports readily offer mobility assistance (w heelchair/scooter use-w ith or w ithout assistance) from curbside into plane and from plane to ground transportation, alleviating the need to stand in security lines or w alk to/from gate. In fact, per the Americans w ith Disabilities Act, Air Carrier Access Act and the Federal Department of Transportation rules, it is mandatory/compulsory that airports provide accessibility for individual mobility devices and domestic/international airlines provide "boarding, deplaning, and connecting assistance, including both personnel and equipment, to passengers w ith disabilities w ho have requested it". This includes use of ground w heelchairs, boarding w heelchairs, assistance in loading and retrieving carry-on items, assistance in making flight connections and transportation betw een gates, w hich confirms that lifting/carrying/standing/ w alking w hen traveling can be adjusted based on personal needs/abilities.

What is clear that the occupation is sedentary and physical demand, it is also notew orthy that the Insured has a light-duty capacity based on the medical information VCM w as asked to review . Therefore, it is clear that the Insured can perform their ow n occupation."

Information Submitted w ith appeal and not previously review ed:
--Nothing w as submitted w ith the 2nd level of appeal

Basis for the Appeal: The claimants attorney indicated 1) expressed disagreement w ith the OA w e completed as they feel his position is more than sedentary- he is to travel often participate in trade show s including breaking dow n booths and transporting them back to the office. Mr Duntz disabling conditions are listed in appeal letter. The physicians that physically treated Mr Duntz should hold more w eight than those w ho have not.

Assessment Notes: The information in their file w as review ed by an NDC.
--03/06/2023 Amy M RN CCM
"An independent medical peer review w as completed on 11/16/22 by Dr. Akhondi (Cardiovascular) w ho opined EE w ould have R/Ls to include Sitting: unrestricted. Standing: frequently up to 4 hours a day. Walking: frequently up to 3 hours a day. Lifting/carrying/pushing/pulling occasionally up to 30 lbs. Climbing stairs, balance, stoop, kneel, crouch, and craw l frequently. Reaching overhead and below w aist frequently and reaching at desk level unrestricted both upper extremities. Use low er extremities for foot controls: unrestricted both low er extremities. Fine manipulation: unrestricted. Simple and firm grasping: unrestricted. An addendum dated 12/15/22 does not change the prior determination. Please see reports for full details.

The medical records document ongoing care and treatment for chronic stable angina. The EE has been hospitalized in August 2021 and November 2021 as noted above. Recent testing (EKG, stress test, cardiac catheterization) show ed mild findings and normal ejection fraction. During follow up appointment 1/26/22 w ith Dr. Fields (Cardiology), EE reports chronic angina only w ith emotional stress. Exam is normal and there is no change in treatment. There is a gap in treatment from 1/26/22-5/31/22 at w hich time EE established care w ith new cardiologist as he moved out of state. He continues to report chronic angina. Exam is normal. Repeat stress test 6/13/22 show ed no ischemia and normal ejection fraction. The medical records do not support a functional impairment from 1/27/22 and forw ard as evidenced by normal exam findings and cardiac w ork-up that revealed no significant

findings. The R/Ls outlined in detail above by peer review er Dr. Akhondi (Cardiovascular) are supported and w ould not limit EE from performing at his prior physical function. There is no new compelling evidence that w ould change the prior determination."

A copy of the medical report w as sent to the claimant for review and response 03/08/2023.
INCOMING
02/16/2023 chart for office visit w ith Kenneth Shaw DC- chiro
02/21/2023 Xray from Premier radiology
02/22/2023 chart for follow up office visit w ith Shaw DC- schiro
03/29/2023 RTR response letter (disputing NDC findings)

This information w as referred back to the NDC for an Addendum and the NDC noted in part:
--04/19/2023 Amy M RN CCM
"The additional records document care and treatment for low back pain w ith left side sciatic, spinal instability, sacral and sacrococcygeal region, pain thoracic spine, and cervicalgia that has been present for one month w ith an unknow n cause. The EE is treated by Dr. Shaw (Chiropractor) as noted above. Lumbar x-ray 2/21/23 show ed degenerative changes and no acute abnormalities. Exam documents tightness, tenderness, and decreased range of motion throughout the spine. There is no documentation of motor or sensory deficits, and no gait abnormalities. Treatment consists of spinal manipulation, electrical stimulation, and trigger point therapy. While the EE reports achiness/soreness throughout the spine, the medical exam documentation fails to demonstrate severe pain, w eakness, altered sensation, or impaired gait therefore the prior determination remains unchanged. There is no indication of further escalation of care or treatment such as further specialist care (orthopedics, neurosurgery) or further diagnostic imaging (MRI). There is no treating provider certifying disability due to these conditions and EE has retired from w orking."

A copy of the medical report w as sent to the claimant for review and response 04/25/2023.

VOC- Updated OA determined that the EE's position w as light not sed how ever the R&L's are still consistent w ith the light occ level and therefore he is not supported for TD.

A copy of the new OA w as sent to the attorney on 05/23/2023.
-- 05/30/2023 attorney sent a letter stating they agree w ith the OA and they have nothing more to send to us.

Path: Upholding the denial of benefits after a review of the records did not show evidence of deficits or impairments that w ould prevent him from performing in his ow n occupation. Sending letters and closing claim.

Summary of Uphold: Claimant is a 60 year old Chief Sales officer w ho stopped w orking on 07/31/2021 due to heart disease and hyperlipidemia. It w as previously determined that he did not meet the policy definition of disability. After review at the 2nd level of appeal by a healthcare consultant it w as determined the previously found R&L's remain appropriate per the records on file. No new records for the claimants heart disease condition w ere submitted for review at the 2nd level of appeal how ever the attorney submitted treatment for the claimants back issues. These additional records w ere submitted during the right to review time fame and w ere sent to the healthcare consultant for review . It w as determined there is no provider certifying disability for his back conditions nor do the records support functional impairment that w ould prevent him from w orking in his light occupation . Furthermore the notes start a year after the timeframe in question w hich is 01/27/2022 forw ard. NOTE: an updated OA w as completed confirming his OO is light not sed how ever the outcome is the same and that the supported R&L;'s are consistent w ith is OO. Therefore the decision to deny benefits from his BCD 01/27/2022 forw ard remains the same and the claim is now being closed. Claimant has exhausted both levels of administrative appeal.

TOLLING:
03/08/2023 to 04/10/2023
04/25/2023 to 05/16/2023
05/23/2023 to 05/30/2023
- AM0ST5 - Jun 26, 2023 02:10:55 pm

| | | | | |
|---|---|---|---|---|
| 6/26/2023 | Summary/Assessment/P:5h | 2nd Level LTD OO Appeal Review - AM0ST5 - Feb 23, 2023 | Completed | AM0ST5 |

Summary Notes
2nd Level LTD OO Appeal Review - AM0ST5 - Feb 23, 2023 01:21:21 pm
Assessment Notes

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Path Notes
2nd Level LTD OO Appeal Review

Date Received: 02/13/2023
30th Day: 03/15/2023
45th Day: 03/30/2023
90th Day: 03/14/2023
Cov Type: LTD
Claimant Name: Matthew Duntz
Claim Number: 1220010964

Claim Demographics

Current Age: now 60
EE State: TN
Situs State: FL

DOH: 02/15/2016
Eff Date: 05/01/2016 TERM 06/30/2022
Class: 1
DLW: 07/30/2021
DOD: 07/31/2021
EP: 180 days
BCD: 01/27/2022
Benefit Paid To: nothing paid
COD: 24 months 01/27/2024
MBD: 07/06/2029
RTW Date: NA
Pre-Ex review needed: NA

Occupation: Chief Sales officer-
DOT Classification: sedentary per OA
Primary Diagnosis: atherosclerotic heart disease hyperlipidemia
Work Related: no
Monthly Net Benefit: 10k
SSDI Awarded: unknown
Overpaid Amount: unknown
ERISA or NON-ERISA: ERISA

LW claim status: none
Other LTD claims: none
STD Claims: 1210085648 rolled to current claim

Group ID:AEROTECHGR
Group Name: Aerospace Technologies Group Inc
Attorney Representation: yes
Cody Allison and Associates PLLC
barb@codyallison.com

Current Providers:

AP Name/Specialty/Phone Number:
Constance fields cardiologist

Initial Claim Decision

Reason/Date of denial: Not TDOO DATE 05/04/2022

Type of Medical Review , Name, & Specialty: PEER Review -
--04/15/2022 Ali Reza MD BCD cardiovascular disease BCD interventional cardiology Certified in nuclear cardiology

"On 08/03/2021 the claimant presented for follow -up w ith a history of coronary artery disease and w as noted to be status post myocardial infarction that occurred on 03/22/2020. The claimant w as noted to have single-vessel disease w ith 100% occlusion to the proximal to mid left circumflex artery. The claimant underw ent percutaneous coronary intervention w ith a successful stent placement. The claimant underw ent echocardiogram on 01/23/2020 that revealed normal ejection fraction w ith trace mitral and tricuspid insufficiency and normal RV pressure. The claimant underw ent Holter monitor evaluation that w as noted to be normal. An additional echocardiogram w as performed on 03/22/2020 that revealed normal LV size and mild mitral regurgitation. The claimant presented back to cardiology secondary to complaints of chest pressure and shortness of breath that lasted approximately 1 hour. The claimant reported this happened at w ork w hile undergoing emotional stress. The claimant's cardiac evaluation w as noted to be unremarkable. The claimant w as advised to undergo cardiac catheterization and w as sent to the emergency room for evaluation. The claimant underw ent cardiac catheterization that revealed single-vessel coronary artery disease in the diagonal branch. The claimant had a stent placed in the left circumflex. Left ventricular function w as noted to be 60%. On 08/06/2021 the claimant w as discharged from the hospital in stable condition. On 08/17/2021 attending physician statement w as completed that stated the claimant could not lift greater than 25 pounds and could occasionally w alk, craw l and crouch. The claimant w as advised to return to w ork betw een 01/01/2022 and 03/01/2022. On 10/16/2021 the claimant underw ent evaluation in the emergency room for complaints of chest pain. The claimant's cardiac w ork-up w as noted to be negative and the claimant w as diagnosed w ith Covid. The claimant w as also advised to undergo cardiac stress test. On 11/22/2021 the claimant underw ent nuclear stress test that revealed mild upper septal, mild inferior and mild anterior w all ischemia w ith transient dilation. The claimant w as advised to undergo additional cardiac catheterization. On 12/13/2021 the claimant underw ent cardiac catheterization w ith no obstructive coronary artery disease noted. The claimant reported having been asymptomatic since cardiac catheterization. On 01/26/2022 the claimant presented for follow -up and reported some ongoing anginal pain w ith stress that w as relieved w ith nitro patch and sublingual nitro. The claimant w as advised to continue w ith medication management as prescribed. After review of the medical records, there is evidence of a primary impairing condition of coronary artery disease of such severity to w arrant restrictions and limitations on the claimant's activity for the timeframe of 07/31/2021 through present and beyond. Given the claimant's cardiac history w ith multiple cardiac catheterizations and 2 separate stent placements in conjunction w ith ongoing angina symptoms, it is reasonable to support a degree of restrictions and limitations on the claimant's activity. For the timeframe of 08/03/2021 through 08/10/2021, 10/16/2021, and 12/13/2021 through 12/20/2021 the claimant had no sustainable w ork capacity secondary to undergoing hospital evaluation, procedures and or immediate recovery. For the timeframe of 07/31/2021 through 08/02/2021, 08/11/2021 through 10/15/2021, 10/17/2021 through 12/12/2021 and 12/21/2021 to present and beyond, the follow ing restrictions and limitations are appropriate on the claimant's activity. A follow -up on the claimant status should be performed on or around 10/13/2022.
Sitting: unrestricted
Standing: frequently up to four hours a day
Walking: frequently up to four hours a day
Lifting/carrying/pushing/pulling: occasionally no more than 25lbs
Climbing stairs: occasionally
Climbing ladders: never
Stooping: occasionally
Kneeling: occasionally
Crouching: occasionally
Craw ling: never
Balance: occasionally
Reaching overhead: unrestricted
Reaching at w aist and desk level: unrestricted
Reaching below w aist: unrestricted
Use low er extremities for foot controls: unrestricted
Fine manipulation: unrestricted
Simple and firm grasping: unrestricted
Keyboarding: unrestricted"

OA completed and show ed Ees occ is sedentary-- R&L's w ere consistent w ith this OA

NOTE additional info came in and an addendum w as completed - 06/10/2022

"The additional records do not alter the previous recommended restrictions and limitations. The previous restrictions and limitations remain appropriate for the claimant's impairing cardiac diagnoses. The records do not indicate an acute change in the claimant's status to w arrant a change in the prior report."

1st Level Appeal Decision

Reason/Date of denial: Not TDOO DATE 12/20/2022

Type of Medical Review , Name, & Specialty: PEER Review -
-- 11/16/2022 Andre Akhondi MD BCD cardiovascular disease

"Based on the available information, the claimant has suffered from ongoing chest pain, fatigue secondary to coronary artery disease. He has history of non-ST segment elevation myocardial infraction in 03/2020. He underw ent successful percutaneous coronary intervention and stent placement to proximal to mid left circumflex occlusion in 03/2020 and angioplasty on the first diagonal branch on 8/4/21. Myocardial perfusion imaging spect revealed mild upper septal ischemic, mild inferior w all ischemic, mild anterior w all ischemia, TID on 11/22/21. He also has comorbidities including hyperlipidemia and hypertension that w ere w ell-controlled. Overall, the claimant is limited given his advanced age, morbidity of cardiac conditions w ith contribution from comorbidities, ongoing chest pain and fatigue complaints. Therefore, the claimant requires restrictions and limitations as outlined below :
Total restriction is supported from 08/02/2021 – 08/09/2021 for chest pain, hospitalization, and angioplasty.
From 07/31/2021 – 08/01/2021 and from 08/10/2021 to current:
Sitting: Unrestricted
Standing: Frequently, for up to 4 hour per day
Walking: Frequently, for up to 3 hour per day
Lifting: Occasionally, up to 30 lbs. BUE
Carrying: Occasionally, up to 30 lbs. BUE
Pushing: Occasionally, up to 30 lbs. BUE
Pulling: Occasionally, up to 30 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Craw ling: Frequently
Reaching: Frequently overhead and below w aist level BUE; Unrestricted to desk level BUE
Use low er extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above recommended restrictions and limitations are indicated from 7/31/21 to current, w ith reassessment on or around 05/10/23.

The claimant's abilities are sustainable on a full-time basis except the period of total w ork restriction."

Clarification w as done on 12/15/2022
"No. These statements at all do not impact and/or change the findings expressed in my prior peer review.
No. I have not opined any new or different restrictions and limitations since the claimant has already been provided w ith physical restrictions and limitations in prior review to limit his physical exertion as w ell as physical stress.

VOCATIONAL CONSULT - 01/03/2023
"VCM has been asked to address attorney arguments based on the prior tw o occupational analyses on file. In both instances, and based on employer input on job title and duties, it w as determined that the occupation is best represented by the title Vice President. Please see prior review s for complete details.

In this analysis, the attorney's arguing that the travel requirements of the occupation push the occupation into a

light category. Both the Dictionary of Occupational Titles (DOT) as w ell as the Economic Research Institute (ERI) list the occupation as a sedentary one. Occasional standing and w alking is required w ith lifting up to 10 pounds occasionally. ERI notes travel frequently required in this occupation; how ever, travel does not automatically push an occupation into a light category.

During travel, individuals have the opportunity to pack lighter, more manageable, bags. The use of airport transportation is easily attainable (and encouraged by some employers) and drivers may handle bags for passengers (from residence/place of business to curbside) alleviating the need to lift/carry more than is able. Airports also offer baggage handling to and from curbside. When considering mobility (standing/w alking) w ith air travel, airports readily offer mobility assistance (w heelchair/scooter use-w ith or w ithout assistance) from curbside into plane and from plane to ground transportation, alleviating the need to stand in security lines or w alk to/from gate. In fact, per the Americans w ith Disabilities Act, Air Carrier Access Act and the Federal Department of Transportation rules, it is mandatory/compulsory that airports provide accessibility for individual mobility devices and domestic/international airlines provide "boarding, deplaning, and connecting assistance, including both personnel and equipment, to passengers w ith disabilities w ho have requested it". This includes use of ground w heelchairs, boarding w heelchairs, assistance in loading and retrieving carry-on items, assistance in making flight connections and transportation betw een gates, w hich confirms that lifting/carrying/standing/ w alking w hen traveling can be adjusted based on personal needs/abilities.

What is clear that the occupation is sedentary and physical demand, it is also notew orthy that the Insured has a light-duty capacity based on the medical information VCM w as asked to review . Therefore, it is clear that the Insured can perform their ow n occupation."

Summary of Appeal being discussed:

Demographics: Claimant is a 60 year old Chief Sales officer w ho stopped w orking on 07/31/2021 due to heart disease and hyperlipidemia. It w as previously determined that he did not meet the policy definition of disability.

Basis for the Appeal: The claimants attorney indicated 1) expressed disagreement w ith the OA w e completed as they feel his position is more than sedentary- he is to travel often participate in trade show s including breaking dow n booths and transporting them back to the office. Mr Duntz disabling conditions are listed in appeal letter. The physicians that physically treated Mr Duntz should hold more w eight than those w ho have not.

Information Submitted w ith appeal and not previously review ed:
--Nothing w as submitted w ith the 2nd level of appeal

Path: Letter to claimant and EE attorney. Sending file for clinical review .
- AM0ST5 - Feb 23, 2023 01:21:21 pm

NDC does NOT support

PATH: RTR w ith HCC report and ERISA EXT sent today deadline is 03/29/2023

TOLLING starts 03/08/2023 - AM0ST5 - Mar 08, 2023 02:43:21 pm

INCOMING
02/16/2023 chart for office visit w ith Kenneth Shaw DC- chiro
02/21/2023 Xray from Premier radiology
02/22/2023 chart for follow up office visit w ith Shaw DC- schiro
03/29/2023 RTR response letter (disputing NDC findings)

PATH: sending for addendum NDC

NDC still does not support

PATH: sending 2nd RTR w ith addendum deadline is 05/16/2023

TOLLING
03/08/2023 to 04/10/2023

04/25/2023 to 05/16/2023
- AM0ST5 - Apr 25, 2023 03:25:08 pm

OA w as completed RTR sent allow ing 21 days

TOLLING AGAIN -- deadline is 06/14/2023 - AM0ST5 - May 23, 2023 01:52:09 pm

DECISION IN PROGRESS - AM0ST5 - Jun 22, 2023 04:19:13 pm

See uphold sap for details - AM0ST5 - Jun 26, 2023 02:10:16 pm

| | | | | | |
|---|---|---|---|---|---|
| 6/26/2023 | Appeal | 2 | Level 2 | Closed | AM0ST5 |
| 6/26/2023 | Documents/Mail | 101 | Appeal Ow n Occ Level 2 Uphold Atty | Completed | AM0ST5 |

Appeal Ow n Occ Level 2 Uphold AttyAttachments:Translation services

| | | | | | |
|---|---|---|---|---|---|
| 6/26/2023 | Claim Tasks | 12 | Appeal 90 Day Extension | Completed | AM0ST5 |

90th Day: 03/14/2023 - AM0ST5 - Feb 23, 2023 01:15:39 pm

90th is 05/14 not 03/14 - AM0ST5 - Mar 08, 2023 02:45:59 pm

Today's Date4/25/2023
Appeal Rcvd Date2/13/2023
Days Since Received71
Extension Sent Date3/8/2023
Tolling Start DateTolling end DateTolling Days
3/8/20234/10/202333
4/25/20235/16/2023
0
0
0
0
0
Tolling Days33
90th Day of Active Review 6/16/2023
- AM0ST5 - Apr 25, 2023 03:24:54 pm

Today's Date6/8/2023
Appeal Rcvd Date2/13/2023
Days Since Received115
Extension Sent Date3/8/2023
Tolling Start DateTolling end DateTolling Days
3/8/20234/10/202333
4/25/20235/16/202321
5/23/20235/30/20237
0
0
0
0
Tolling Days61
90th Day of Active Review 7/14/2023
- AM0ST5 - Jun 08, 2023 02:06:32 pm

TOLLING:
03/08/2023 to 04/10/2023
04/25/2023 to 05/16/2023
05/23/2023 to 06/14/2023 - AM0ST5 - Jun 26, 2023 10:27:41 am

| | | | | | |
|---|---|---|---|---|---|
| 6/26/2023 2:11:15 PM | Status | | Not TD Ow n Occ | CLOSED | AM0ST5 |
| 8/14/2023 9:36:29 AM | Claim Tasks | 15 | Paper File | Follow Up | FALHO2 |

Please prepare a full file copy. As a reminder the file copy should include the follow ing information, in this order.

1. Claim Profile
2. Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
| --- | --- | --- | --- | --- | --- |

3. Policy at time of DOD
4. Certificate at time of DOD
5. All AWD/Paper documents.

Please save the follow ing file(s) in the Legal Requests folder:

LTD 1220010964
STD 1210085648
- DMQMA5 - Aug 14, 2023 09:41:03 am

**Samuel D. Payne**
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

May 30, 2023

*<u>VIA U. S. MAIL & FACSIMILE # (877) 843-3950</u>

**The Lincoln National Life Insur. Co.**
**Appeals Dept. -- Claims Solutions Shared Services**
**<u>ATTN.: Amber Cronican</u>**
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Matthew Duntz** |
| | **LTD Claim No.:** | **1220010964** |
| | **Policy No.:** | **00001014129000000** |
| | **Policyholder:** | **Aerospace Technologies Group, Inc.** |
| | **DOB:** | |

Dear Ms. Cronican:

As you know, this firm represents Mr. Duntz on the referenced LTD claim (pending appeal). We received Lincoln's 5/23/2023 letter with the "Appeal Occupational Analysis" dated 5/19/2023.

We agree with the revised analysis to the degree that it now recognizes the *greater* physical demands of our client's position at Aerospace Technologies.

So, at this time, we have nothing further to submit; we stand on all prior submissions – LTD benefits should be granted and paid, retroactively and going forward.

All rights reserved. Thank you.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
cc: Mr. Duntz (e-mail only) (*with Appeal Occupational Analysis encl.)

Lincoln/Duntz 0188

Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Road- Suite # 250
Nashville, TN 37205

NASHVILLE TN 370
31 MAY 2023 PM 7 L



The Lincoln National Life Insur. Co.
Appeals Dept. – Claims Solutions Share Services
Attn.: Amber Cronican
8801 Indian Hills Drive
Omaha, NE 68114-4066

68114-406699

Lincoln/Duntz 0189

Samuel D. Payne
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

May 30, 2023

***VIA U. S. MAIL & FACSIMILE # (877) 843-3950**

**The Lincoln National Life Insur. Co.**
**Appeals Dept. -- Claims Solutions Shared Services**
**ATTN.: Amber Cronican**
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Matthew Duntz** |
| | **LTD Claim No.:** | **1220010964** |
| | **Policy No.:** | **00001014129000000** |
| | **Policyholder:** | **Aerospace Technologies Group, Inc.** |
| | **DOB:** | |

Dear Ms. Cronican:

As you know, this firm represents Mr. Duntz on the referenced LTD claim (pending appeal). We received Lincoln's 5/23/2023 letter with the "Appeal Occupational Analysis" dated 5/19/2023.

We agree with the revised analysis to the degree that it now recognizes the *greater* physical demands of our client's position at Aerospace Technologies.

So, at this time, we have nothing further to submit; we stand on all prior submissions – LTD benefits should be granted and paid, retroactively and going forward.

All rights reserved. Thank you.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
cc: Mr. Duntz (e-mail only) (*with Appeal Occupational Analysis encl.)

Date: Tue May 23 13:35:31 CDT 2023
From: Amber Cronican <Amber.Cronican@lfg.com>
To: barb@codyallison.com
Message-ID: <991060461.8.1684866931454.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220010964 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220010964

Please review the attached letter and/or document(s) regarding the Claim #1220010964 for Matthew Duntz. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Amber Cronican**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 X 7304
Fax: 402 951 0489
Email: Amber.Cronican@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 23, 2023

CODY ALLISON AND ASSOCIATES, PLLC
ATTN K. CODY ALLISON
95 White Bridge Road
Suite #250
NASHVILLE, TN 37205

Re: Policyholder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129000000
Claim Number: 1220010964
Claimant: Matthew Duntz

Dear K. CODY ALLISON:

This letter is in regard to your client's appeal for Long Term Disability benefits.

As part of your client's appeal review, your client's claim file was reviewed by a vocational rehabilitation consultant and an addended Occupational Analysis was completed. We are enclosing a copy of the report with this letter for you/your client to review prior to completion of our appeal decision.

You/your client may wish to provide this assessment to his employer along with his treating physician(s) for further review. Any additional written information or comments must be provided within 21 days.

The 21-day period will expire on 06/14/2023. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your client's disability claim at this time as we want to provide your client every opportunity to review our assessment and provide a response.

If we do not receive a response by 06/14/2023 then we will render a decision based on the information currently in the file.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Amber Cronican
800-423-2765 X 7304
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Enclosure: Upload7900137777843224086

**Lincoln Financial Group**
Group Protection

Nicole Hall, MS, CRC
Vocational Consultant II

# APPEAL OCCUPATIONAL ANALYSIS

| | |
|---|---|
| **Claimant Name:** | Matthew Duntz |
| **Claim Number:** | 1220010964 |
| **Appeal Review Consultant:** | Amber Cronican |
| **Employer:** | Aerospace Technologies Group, Inc. |
| **Date of Report:** | 05/19/2023 |

A previous Occupational Analysis (OA) was completed on 04/27/22 with an OA Addendum completed on 05/19/22 and a supplementary Vocational Consultation completed on 01/03/23. Additional information has been obtained from the attorney regarding the demands of the insured's job and I have been asked by the Appeal Review Consultant to review the previously completed report and confirm all outlined physical demands. An updated report has been completed and outlined below:

**JOB:**

| | |
|---|---|
| Resources: | Job Description |
| Title: | Chief Sales Officer |
| Duties: | Executive Leader for ATG Sales and Program Management. Develops Sales plan to align with strategic plan for the Company and personally represents ATG in a sales and consultation role with our partners. This position leads the Sales, Program Management and Customer Service departments<br>• Builds positive long-term relationships and high potential for repeat business with customers.<br>• Establishes sales plans to meet annual, quarterly, or monthly goals.<br>• Sets Department KPIs for reporting departments.<br>• Performs contract reviews<br>• Supports team members with sales presentations, including demonstrations and sales proposal presentations. Assists team members by supporting / conducting sales negotiations with appropriate customer personnel.<br>• Provides council to ATG customers on creating solutions for the customer experience<br>• Develops ATGs Marketing plan, including<br>• Budgets, oversees planning and marketing of multiple trade shows each year |

| | |
|---|---|
| | • Leads the Customer Support team by providing council and mentoring<br>• Leads the Program Management team, authorizes change orders and capital investments<br><br>Additional job information notes the following:<br>• This position is one of 4 Officers of the Company - these are the highest ranking positions and contribute to other areas in addition to their direct responsibilities<br>• ATG's clients are worldwide and travel includes, Europe, Middle East, Canada and US (note that travel is 25 to 50% of time as noted)<br>• Sales at ATG involves sourcing new opportunities and heavy contract negotiation on new products with aerospace OEM's (i.e. Boeing, Gulfstream, Bombardier, etc)<br>• Program Management at ATG manages all new program development which includes, engineering, FAA certification and entry to manufacturing. Additionally this team manages the long term support of products<br>• Customer Support at ATG maintains client relationships including the processing of orders and spare parts. This department receives communication 24X7<br>• Marketing at ATG manages up to 6 trade shows per year. These shows are in Dubai, Germany, France and US<br>• As one of four officers of the Company, ATG's strategic plan and annual budget are created by the leadership team and corporate decisions are made collectively<br>• This position requires ability to be contacted 24X7 to support international clients. This position maintains a schedule that is over 40 per week in the office and frequently several hours out of the office |
| Level: | Unknown |
| Demands: | • Additional information outlined by the Attorney includes: "He is to travel often to participate in trade shows breaking down booths and transporting them back to the office."<br>• This position requires 25-50% of domestic and international travel. |

**<u>OCCUPATION</u>:**

| | |
|---|---|
| Resources: | (DOT: 189.117-034; O*NET: 11-1011.00; ERI: 189.117-034)<br>(DOT: 297.357-010; O*NET: 41-9011.00; ERI: 297.357-010) |
| Title: | **Vice President & Demonstrator** |
| Duties: | Directs and coordinates activities of one or more departments, such as engineering, operations, or sales, or major division of business organization, and aids chief administrative officer in formulating and administering organization policies. Demonstrates merchandise and products to customers to promote sales. Displays product and explains features to customers. Answers customer's questions about product. Demonstrates use or production of product and simultaneously explains merits to persuade customers to buy product. |

| | |
|---|---|
| Level: | **L-Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible. |
| Demands: | • Frequent sitting, reaching all planes, handling/gripping/grasping, fingering/typing/keyboarding<br>• Occasional standing, walking, traveling<br>• No climbing, balancing, bending/stooping, kneeling, crouching/squatting, crawling |

**CLAIMS SPECIALIST PHYSICAL REQUIREMENT REQUESTS (IF ANY):**

I have been asked by the Appeal Review Consultant to review the previously completed Occupational Analysis (OA), as well as the additional job description information provided by the employer as well as the attorney, and confirm all outlined physical demands of the insured's occupation.

Upon review of the available information, including all noted job description information as provided by both the employer and the attorney, this occupation is best captured by a combination of DOT Codes as outlined above that capture all material and substantial duties as performed by the insured. While the insured is responsible for high-level management tasks including leading the sales team, developing sales and marketing plans, budgeting, planning, and overseeing trade shows, sourcing new opportunities, negotiating contracts on new products, and providing overall customer support, they are also responsible for managing up to 6 trade shows per year by supporting their sales team members with presentations, including demonstrations and sales proposal presentations. This would require the insured to attend trade shows with their sales team to display products, demonstrate the use or production of merchandise and products, and explain products to consumers with the use of graphic aides, charts, slides, or physical products to facilitate demonstration. While the amount of travel required within the occupation doesn't in and of itself alter the physical demand level, it is the demonstration component of the insured's occupation that does alter the occupational match as previously noted. Therefore, a combination of occupations as noted above best captures all duties and responsibilities performed by the insured, bringing their own occupation to the Light physical demand level.

**SUMMARY:**
The occupation is performed at the Light physical demand level. Resources utilized included: (DOT: 189.117-034; O*NET: 11-1011.00; ERI: 189.117-034) (DOT: 297.357-010; O*NET: 41-9011.00; ERI: 297.357-010).

I have not met with the Insured for the purpose of this review. All opinions are based on a review of resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Nicole Hall, MS, CRC
Vocational Rehabilitation Consultant II
Group Protection
Lincoln Financial Group

**Lincoln Financial Group**
Group Protection

Nicole Hall, MS, CRC
Vocational Consultant II

# APPEAL OCCUPATIONAL ANALYSIS

| | |
|---|---|
| **Claimant Name:** | Matthew Duntz |
| **Claim Number:** | 1220010964 |
| **Appeal Review Consultant:** | Amber Cronican |
| **Employer:** | Aerospace Technologies Group, Inc. |
| **Date of Report:** | 05/19/2023 |

A previous Occupational Analysis (OA) was completed on 04/27/22 with an OA Addendum completed on 05/19/22 and a supplementary Vocational Consultation completed on 01/03/23. Additional information has been obtained from the attorney regarding the demands of the insured's job and I have been asked by the Appeal Review Consultant to review the previously completed report and confirm all outlined physical demands. An updated report has been completed and outlined below:

**JOB:**

| | |
|---|---|
| Resources: | Job Description |
| Title: | Chief Sales Officer |
| Duties: | Executive Leader for ATG Sales and Program Management. Develops Sales plan to align with strategic plan for the Company and personally represents ATG in a sales and consultation role with our partners. This position leads the Sales, Program Management and Customer Service departments<br>• Builds positive long-term relationships and high potential for repeat business with customers.<br>• Establishes sales plans to meet annual, quarterly, or monthly goals.<br>• Sets Department KPIs for reporting departments.<br>• Performs contract reviews<br>• Supports team members with sales presentations, including demonstrations and sales proposal presentations. Assists team members by supporting / conducting sales negotiations with appropriate customer personnel.<br>• Provides council to ATG customers on creating solutions for the customer experience<br>• Develops ATGs Marketing plan, including<br>• Budgets, oversees planning and marketing of multiple trade shows each year |

| | |
|---|---|
| | • Leads the Customer Support team by providing council and mentoring<br>• Leads the Program Management team, authorizes change orders and capital investments<br><br>Additional job information notes the following:<br>• This position is one of 4 Officers of the Company - these are the highest ranking positions and contribute to other areas in addition to their direct responsibilities<br>• ATG's clients are worldwide and travel includes, Europe, Middle East, Canada and US (note that travel is 25 to 50% of time as noted)<br>• Sales at ATG involves sourcing new opportunities and heavy contract negotiation on new products with aerospace OEM's (i.e. Boeing, Gulfstream, Bombardier, etc)<br>• Program Management at ATG manages all new program development which includes, engineering, FAA certification and entry to manufacturing. Additionally this team manages the long term support of products<br>• Customer Support at ATG maintains client relationships including the processing of orders and spare parts. This department receives communication 24X7<br>• Marketing at ATG manages up to 6 trade shows per year. These shows are in Dubai, Germany, France and US<br>• As one of four officers of the Company, ATG's strategic plan and annual budget are created by the leadership team and corporate decisions are made collectively<br>• This position requires ability to be contacted 24X7 to support international clients. This position maintains a schedule that is over 40 per week in the office and frequently several hours out of the office |
| Level: | Unknown |
| Demands: | • Additional information outlined by the Attorney includes: "He is to travel often to participate in trade shows breaking down booths and transporting them back to the office."<br>• This position requires 25-50% of domestic and international travel. |

**OCCUPATION:**

| | |
|---|---|
| Resources: | (DOT: 189.117-034; O*NET: 11-1011.00; ERI: 189.117-034)<br>(DOT: 297.357-010; O*NET: 41-9011.00; ERI: 297.357-010) |
| Title: | **Vice President & Demonstrator** |
| Duties: | Directs and coordinates activities of one or more departments, such as engineering, operations, or sales, or major division of business organization, and aids chief administrative officer in formulating and administering organization policies. Demonstrates merchandise and products to customers to promote sales. Displays product and explains features to customers. Answers customer's questions about product. Demonstrates use or production of product and simultaneously explains merits to persuade customers to buy product. |

| | |
|---|---|
| Level: | **L-Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible. |
| Demands: | • Frequent sitting, reaching all planes, handling/gripping/grasping, fingering/typing/keyboarding<br>• Occasional standing, walking, traveling<br>• No climbing, balancing, bending/stooping, kneeling, crouching/squatting, crawling |

**CLAIMS SPECIALIST PHYSICAL REQUIREMENT REQUESTS (IF ANY):**
I have been asked by the Appeal Review Consultant to review the previously completed Occupational Analysis (OA), as well as the additional job description information provided by the employer as well as the attorney, and confirm all outlined physical demands of the insured's occupation.

Upon review of the available information, including all noted job description information as provided by both the employer and the attorney, this occupation is best captured by a combination of DOT Codes as outlined above that capture all material and substantial duties as performed by the insured. While the insured is responsible for high-level management tasks including leading the sales team, developing sales and marketing plans, budgeting, planning, and overseeing trade shows, sourcing new opportunities, negotiating contracts on new products, and providing overall customer support, they are also responsible for managing up to 6 trade shows per year by supporting their sales team members with presentations, including demonstrations and sales proposal presentations. This would require the insured to attend trade shows with their sales team to display products, demonstrate the use or production of merchandise and products, and explain products to consumers with the use of graphic aides, charts, slides, or physical products to facilitate demonstration. While the amount of travel required within the occupation doesn't in and of itself alter the physical demand level, it is the demonstration component of the insured's occupation that does alter the occupational match as previously noted. Therefore, a combination of occupations as noted above best captures all duties and responsibilities performed by the insured, bringing their own occupation to the Light physical demand level.

**SUMMARY:**
The occupation is performed at the Light physical demand level. Resources utilized included: (DOT: 189.117-034; O*NET: 11-1011.00; ERI: 189.117-034) (DOT: 297.357-010; O*NET: 41-9011.00; ERI: 297.357-010).

I have not met with the Insured for the purpose of this review. All opinions are based on a review of resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Nicole Hall, MS, CRC
Vocational Rehabilitation Consultant II
Group Protection
Lincoln Financial Group

Samuel D. Payne
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

April 28, 2023

***VIA FACSIMILE ONLY: # (877) 843-3950**

**The Lincoln National Life Insur. Co.**
**Appeals Dept. -- Claims Solutions Shared Services**
**ATTN.: Amber Cronican**
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Matthew Duntz** |
| | **LTD Claim No.:** | **1220010964** |
| | **Policy No.:** | **000010141290000000** |
| | **Policyholder:** | **Aerospace Technologies Group, Inc.** |
| | **DOB:** | |

Dear Ms. Cronican:

As you know, this firm represents Mr. Duntz on the referenced LTD claim (pending on appeal). We received Lincoln's letter dated 4/25/2023, with additional medical information (peer review by RN). At this time, we have nothing further to submit for our client; however, we stand on all prior submissions – LTD benefits should be granted and paid, retroactively and going forward.

All rights reserved. Thank you.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
cc: Mr. Duntz (e-mail only)

Date: Tue Apr 25 15:35:27 CDT 2023
From: Amber Cronican <Amber.Cronican@lfg.com>
To: barb@codyallison.com
Message-ID: <785445868.8.1682454927590.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220010964 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220010964

Please review the attached letter and/or document(s) regarding the Claim #1220010964 for Matthew Duntz. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Amber Cronican**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 X 7304
Fax: 402 951 0489
Email: Amber.Cronican@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

April 25, 2023

CODY ALLISON AND ASSOCIATES, PLLC
ATTN K. CODY ALLISON
95 White Bridge Road
Suite #250
NASHVILLE, TN 37205

Re: Policyholder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129000000
Claim Number: 1220010964
Claimant: Matthew Duntz

Dear K. CODY ALLISON:

This letter is in regard to your client's appeal for Long Term Disability benefits.

As part of your client's appeal review, your client's medical information was reviewed by a health care consultant. A right to review letter was sent to you with a copy of the medical review report. We received additional medical documentation in response to that initial review report. As part of our appeal review, we submitted the additional information to the healthcare physician to complete an addendum review. We are enclosing a copy of the report with this letter for you/your client to review prior to completion of our appeal decision.

You/your client may wish to provide this assessment to his/her treating physician(s) for further review. Any additional written information or comments must be provided within 21 days.

The 21-day period will expire on 05/16/2023. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your client's disability claim at this time as we want to provide your client every opportunity to review our assessment and provide a response.

If we do not receive a response by 05/16/2023 then we will render a decision based on the information currently in the file.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Amber Cronican
800-423-2765 X 7304
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

**Addendum Request:**

Claimant Name: Matthew Duntz
Claim Number: 1220010964
Date of Birth:
Date of Disability: 07/31/2021
Thank you for your review regarding the LTD appeal for M Duntz. We are requesting an addendum due to additional records received.

The claimant/claimants attorney has provided the following documents:

02/16/2023 chart for office visit with Kenneth Shaw DC- chiro
02/21/2023 Xray from Premier radiology
02/22/2023 chart for follow up office visit with Shaw DC- schiro
03/29/2023 RTR response letter (disputing NDC findings)

Please review and advise if your prior opinion would change based on the new information.

**Addendum Response Report:**

Date: April 19, 2023

Subject: Appeal Nursing Memorandum
Claim #: 1220010964
Claimant: Matthew Duntz
Date of Birth:
Date of Disability: 7/31/21

Please see NDC review dated 3/6/23 for full review as this is an addendum request to that review.

Clinical Assessment:
The EE stopped working on 7/31/21 due to coronary atherosclerosis (hardening of the arteries) (narrowing or blockage due to cholesterol or fatty deposits) and hyperlipidemia. He has a history of heart attack March 2020 with successful stent placement. During follow up visit 8/3/21 with by Dr. Fields (Cardiology), EE reported chest pain and shortness of breath, and increased emotional stress. EE was admitted 8/3/21-8/5/21 for further evaluation and acute myocardial infarction was ruled out. Cardiac catheterization 8/4/21 showed diagonal branch stenosis (narrowing) LAD treated with PTCA (percutaneous transluminal coronary angioplasty) (improve blood flow). Ejection fraction (heart's ability to pump blood out of the heart) is normal. Following discharge, EE has been asymptomatic.

Treatment consists of Plavix (blood thinner) in addition to aspirin and change in statin medication. An APS dated 8/17/21 provides R/Ls to include constant reaching at desk level; frequent lifting 1-5 lbs., stand, sit, balance, stoop, finger, and grasp; occasionally lift 6-25 lbs., walk, stoop, kneel, crouch, crawl, climb, push, pull, bend, and reach overhead and below waist. EE should avoid emotional and physical stress. Return to work 1/1/22-3/1/22.

Records received for addendum include office visits from Dr. Shaw (Chiropractor) and diagnostic imaging.

The EE saw Dr. Shaw on 2/16/23 and reports dull achy, tightness, and sometimes sharp pain with spasm L4-S1 radiating to sacroiliac joint and left groin that started one month a go with unknown cause; he has seen chiropractor many years ago and recently saw muscle therapist and stretching to help with flare-ups. He states current episode is different. He also reports same symptoms cervical C4-C8 and thoracic T4-T8 spine. EE was active prior to heart attack (skier, motor cross, high diver); he retired due to stress from work causing 2 heart attacks. Exam documents normal strength and reflexes, negative cervical compression, and distraction. Positive shoulder compression tests, mild pain noted. Negative Patrick's (evaluate hip joint and sacroiliac joint pathology), positive Kemp's (assess for lumbar facet joint pain) on the left trunk rotation, and positive straight leg raises (assess presence of herniated disc/evaluate for nerve root sensitivity) on the left at 60 degrees, positive Nachlas (assess for sprain, irritation, inflammation sacroiliac), and positive Hibb's test (asses for sacroiliac joint pathology). Noted decreased ROM throughout the spine (unspecified). Palpation reveals tautness, hypomobility, and tenderness C4-6, T1, T4-6, T8-9, L5, sacrum, and left pelvis. Hypertonicity of the muscles in the bilateral cervical, mid thoracic, bilateral lumbar, left sacroiliac, pelvic, sacrum, and left buttock; edema lumbar and left sacroiliac, and active trigger points bilateral trapezius and rhomboids, quadratus lumborum, left SIJ and bilateral scapula. Diagnosis low back pain with left side sciatic (radiating pain down the legs from the low back), spinal instability, sacral and sacrococcygeal region, pain thoracic spine, and cervicalgia. Plan for spinal manipulation, electrical stimulation, and trigger point therapy. Recommend EE avoid heavy lifting, prolonged standing and sitting, apply ice/heat, propre posture, ergonomics, and alter sleeping habits. On 2/22/23, EE reports low back is achy/sore with some radiating pain. Lumbar x-ray 2/21/23 showed degenerative (age-related) changes. Noted slight improvement since last treatment. Exam is unchanged. Plan is to continue therapy and follow up in 1 week. He is advised to begin lumbar stretches.

The additional records document care and treatment for low back pain with left side sciatic, spinal instability, sacral and sacrococcygeal region, pain thoracic spine, and cervicalgia that has been present for one month with an unknown cause. The EE is treated by Dr. Shaw (Chiropractor) as noted above. Lumbar x-ray 2/21/23 showed degenerative changes and no acute abnormalities. Exam documents tightness, tenderness, and decreased range of motion throughout the

spine. There is no documentation of motor or sensory deficits, and no gait abnormalities. Treatment consists of spinal manipulation, electrical stimulation, and trigger point therapy. While the EE reports achiness/soreness throughout the spine, the medical exam documentation fails to demonstrate severe pain, weakness, altered sensation, or impaired gait therefore the prior determination remains unchanged. There is no indication of further escalation of care or treatment such as further specialist care (orthopedics, neurosurgery) or further diagnostic imaging (MRI). There is no treating provider certifying disability due to these conditions and EE has retired from working.

Amy M. RN, CCM
Nurse Disability Consultant, Lincoln Financial Group

Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102
Hendersonville, TN 370752740
Phone: 615-447-5220
Fax: 615-447-5253

| | | |
|---|---|---|
| Patient: Duntz, Matthew | Acct #: 3080 | DOB: |
| Ins Co: ASH | Pol #: | Insured ID: 102862719 |

Date 02/16/2023

Provider Kenneth Ryan Shaw

**Subjective:**

Matthew Duntz presented to my office today 2/16/2023 with a chief complaint of left hip, left lumbar, lumbar, left sacroiliac, left pelvic, sacral and left buttock discomfort. He rates the discomfort right now as a 5 on a scale of 10 with 10 being the worst and is noticeable approximately 100% of the time. The discomfort at its worst is rated as a 8 and at its best it is a 2.

The onset of the pain was gradual and was first noticed one month ago. Since the complaint began, the symptoms have generally been worse. He reports that the pain is aggravated by sitting, coughing, sneezing and sleeping and is 50 % worse when it is aggravated and it will stay that way for 30 minutes. He states that the discomfort is relieved by: stretching, Excedrin, and warm bath and is reportedly diminished by 40%. The quality of the discomfort is described as aching, dull, tightness, shooting, sharp, numbness, tingling and burning and is at its worst in the evening and morning.

He also stated that she has a secondary complaint in his cervical, left cervical dorsal, upper thoracic, right cervical dorsal and mid thoracic region. He rates the discomfort right now as a 2 on a scale of 10 with 10 being the worst and is noticeable approximately 40% of the time. The discomfort at its worst is rated as a 4 and at its best it is a 1.

The onset of the pain was gradual and was first noticed one month ago. Since the complaint began the symptoms have generally been better. He reports that the pain is aggravated by sitting and is 40 % worse when it is aggravated and it will stay that way for 30 minutes. He states that the discomfort is relieved by: stretching and is reportedly diminished by 50%. The quality of the discomfort is described as aching, dull and tightness and is at its worst in the evening.

Review of Systems:

A review of systems was done and revealed: Pt denies ROS. See medication List. Denies fracture. Notes concussion high school football. Surgeries: 2 Stints, Cancer-Melanoma several removed, didn't metastasize, and tonsillectomy.

Pt presents with dull, achy, tightness, sometimes sharp pain with spasm L4-S1 radiating into L SI jt and L groin, pain started month ago, cause unknown, radiating pattern decreased was into bilateral Buttocks. Pt notes first episode of Lumbar spine pain about 16 water skiing barefoot, and dad drove over another boat wake causing him to face plant and scorpioned self and struck unconscious. Pt notes seen chiro many years ago. Recently in FL seeing muscle therapist and stretching helping flare-ups, notes current episode pain and radiating pain different. Pt dull, achy, tightness C4-C6 and T4-T8. Past active prior to MI was skier, motor cross and high diver. Retired due to stress work causing 2 MI's. Hobby: Wood Workshop at home. Moved TN be closer to daughter and 5 year old grandson with

**Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102**
**Hendersonville, TN 370752740**
**Phone: 615-447-5220**
**Fax: 615-447-5253**

| | | |
|---|---|---|
| Patient: Duntz, Matthew | Acct #: 3080 | DOB: |
| Ins Co: ASH | Pol #: | Insured ID: 102862719 |

**Date** 02/16/2023
**Provider** Kenneth Ryan Shaw **** continued from previous page ****

granddaughter on the way. Past Occupation: designed interior for corporate jets.

**Objective:**

He is 74" tall. He weighs 235 pounds.
Muscle Testing:
Manual, subjectively rated strength tests were performed on some of the major muscle groups of the upper and/ or lower extremities, based on the AMA Guides to the Evaluation of Permanent Impairment, 4th Ed., 1993/5th ed., 2001. A rating scale of five to zero is used, with five representing normal muscle strength. A muscle strength loss of the upper and lower extremities indicates a neurological facilitation resulting from dysfunction in the cervical and/or lumbar spine. At this time no strength changes were noted.

Deep tendon reflexes:
Reflex testing of the upper and lower extremity was completed on Mr. Duntz and no abnormal changes were observed.

Negative Cervical Compression and Distraction.

Shoulder compression test:
With the patient seated, the examiner applies downward pressure to the shoulder while laterally flexing the cervical spine to the opposite shoulder. Pain produced or aggravated by this maneuver reveals a positive test. The significance of this test demonstrates adhesions of the dural sleeves, the spinal nerve roots or the adjacent structures of the joint capsule on the side opposite lateral cervical flexion. In this case the Shoulder Compression test was positive on the on the right with L Lat Flex . An increase in pain was noted in the right cervical region that was rated as a Grade 1: Mild pain behavior noticed and when asked. His movement was observed to be painful.

Valsalva's Maneuver:
Valsalva's maneuver increases interthecal pressure. Pain with this maneuver is normally indicative of a space occupying lesion or disc involvement. The test was positive resulting in pain in the following areas; L5-S1 into L SI Jt.

Negative Patrick-testing bilaterally pain in Lumbar spine.

Kemp's Test:
Kemp's Test was positive on the left with L trunk rotation . With the patient standing, the examiner stands behind the patient with one hand anchoring the pelvis and sacrum and the

**Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102**
**Hendersonville, TN 370752740**
**Phone: 615-447-5220**
**Fax: 615-447-5253**

| | | |
|---|---|---|
| **Patient: Duntz, Matthew** | **Acct #: 3080** | **DOB:** |
| **Ins Co: ASH** | **Pol #:** | **Insured ID: 102862719** |

**Date 02/16/2023**

**Provider Kenneth Ryan Shaw** ****** continued from previous page ******

other hand he grasps the opposite shoulder; holding the pelvis, the shoulder is firmly forced obliquely backward, downward and medial ward. Low back pain radiating into the lower extremity indicates a positive test. A positive test is indicative of a disk protrusion or prolapse. An increase in pain was noted in the left lumbar, lumbar and left sacroiliac region that was rated as a Grade 2: Moderate pain observed and reported. His movement was observed to be painful.

Straight leg raise:
Lesgue's test was positive on on the left at 60 degrees. This test is done with the patient supine and with the knee in extension. The examiner actively flexes each thigh slowly while holding the other hand on the knee to prevent its flexion. The leg is lifted 90° or until pain prevents further motion. An increase in pain was noted in the lumbar, left sacroiliac and left buttock region that was rated as a Grade 2: Moderate pain observed and reported. His movement was observed to be painful. The test is considered positive when the straight leg raise cannot be raised to 90° without pain.
0-30° = NERVE ROOT IRRITATION
These findings are indicative of a space occupying lesion – such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.
30-60° = SACROILIAC JOINT IRRITATION
60-90° = LUMBOSACRAL JOINT IRRITATION

Nachlas test is positive bilaterally with pain in the L5-S1 lumbosacral region.

The Hibb's test:
The Hibb's Test was positive on the left. With the patient prone, the examiner stabilizes the pelvis on the side nearest to him by placing one hand firmly on the dorsum of the iliac bone; with the other hand around the patient's ankle, he flexes the opposite knee to a right angle. From this position the examiner slowly pushes the leg laterally causing strong internal rotation of the femoral head. This test is done bilaterally and the production of the pelvic pain reveals a positive test. An increase in pain was noted in the left sacroiliac region that was rated as a Grade 2: Moderate pain observed and reported. His movement was observed to be painful.

Today's examination revealed a significant decrease of normal range of motion of the following: Cervical, Thoracic and Lumbar.

Spinal Palpation:
Digital palpation of the patient's spine and extremities revealed the following areas; cervical,

Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102
Hendersonville, TN 370752740
Phone: 615-447-5220
Fax: 615-447-5253

| | | |
|---|---|---|
| Patient: Duntz, Matthew | Acct #: 3080 | DOB: |
| Ins Co: ASH | Pol #: | Insured ID: 102862719 |

Date 02/16/2023

Provider Kenneth Ryan Shaw *** continued from previous page ***

lumbar, sacroilliac and thoracic. Palpation reveals areas of tautness, hypomobility and tenderness at C4, C5, C6, T1, T2, T4, T5, T6, T8, T9, L5, sacrum and left pelvis. Palpation of the muscles revealed hypertonicity in the following areas; cervical, left cervical dorsal, upper thoracic, right cervical dorsal, mid thoracic, left lumbar, lumbar, right lumbar, left sacroiliac, left pelvic, sacral and left buttock. Digital palpation revealed edema in the following regions; lumbar and left sacroiliac. Active trigger points were discovered in the left trapezius (middle division), right trapezius (middle division), left trapezius (upper division), right trapezius (upper division), left rhomboid major, right rhomboid major, left rhomboid minor, right rhomboid minor, left quadratus lumborum, right quadratus lumborum, L SI Jt and Bilateral Scapulas muscle(s).

**Assessment:**

Matthew Duntz was seen in our office on 2/16/2023 for discomfort in his cervical, mid thoracic, lumbar and left sacroiliac. Following a complete history and examination the initial clinical impressions for Mr. Duntz's dysfunction is:

Matthew's current condition is further complicated by the following factors which may require an increase in treatment time and frequency: duration of symptoms (>1 mo.), inflammation, past history of prior episodes, severe pain intensity (>6/10), sciatica and sleep is affected by pain. The above mentioned complicating factors may result in a delay or inability for the involved dysfunctional tissue(s) to fully recover. Prognosis:

The future progress of Mr. Duntz is undetermined at this time.

Short Term Goals:

Our short term goals of continued treatment include the following; 50% reduction of pain. Our short term goals for Matthew are to increase his ability to be comfortable while sleeping for 8 hours over one month time.

**Plan:**

Consent to perform a physical examination was given by Mr. Duntz prior to performance of the exam. The nature of the proposed treatment plan along with the probability and significance of any risks and other treatment options were reviewed with Mr. Duntz prior to beginning care. It was clear that he did understand all of his options and decided that he was starting care. Palliative care was provided to Mr. Duntz in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 3-4 region manipulation - 98941, Therapeutic Activity-97530, electrical stimulation - 97014, trigger point therapy - 97140 and heat - 97010 in accordance with the treatment plan.

Recommendations:

I recommended to Mr. Duntz that he should: avoid heavy lifting, avoid long periods of standing, put ice on the area, put heat on the area, avoid prolonged sitting, apply analgesics, proper posture, ergonomics and alter sleeping habits.

Specific spinal adjustments will be performed in 3 to 4 regions to improve the function of the

# Chart Notes

**Matthew Duntz**

**Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102**
**Hendersonville, TN 370752740**
**Phone: 615-447-5220**
**Fax: 615-447-5253**

| | | |
|---|---|---|
| **Patient: Duntz, Matthew** | **Acct #: 3080** | **DOB:** |
| **Ins Co: ASH** | **Pol #:** | **Insured ID: 102862719** |

**Date** **02/16/2023**

**Provider** **Kenneth Ryan Shaw**

****** continued from previous page ******

segments of the spine that were fixated.
Prone: T1, T2, T4, T5, T6, T8 and T9 using diversified technique.
Supine: C4, C5 and C6 using diversified technique.
Side posture: L5 using diversified technique.
Prone: left pelvis and sacrum using a drop table.

Electrical stimulation in the form of premodulated current will be applied to lumbosacral. This procedure will be performed for 10 minutes. Moist heat will be applied to relax the musculature and increase the movement of the involved areas. This moist heat will be placed in a towel over the affected area for 10 minutes. Therapeutic Activity performed +/- 12 minutes due to pain and taut fibers. TA performed on Cervical ROM and Passive Sacral Traction. Trigger point therapy will be provided to decrease spasm and increase healthy metabolic function in the involved areas. This will be done for 12 minutes. Tpt performed on Bilateral Scapulas, Lumbars and L SI jt with arthrostim; Bilateral Scapulas and L SI Jt with fingertips. We will continue to treat Matthew as per the examination findings and continue the existing treatment plan. It is recommended that he return for treatment on Tuesday.

**Diagnosis**
M54.42: Lumbago w/ sciatica, LT side
M53.2X8: Spinal instabilities, sacral and sacrococcygeal region
M54.6: Pain in thoracic spine
M54.2: Cervicalgia

Electronically Signed

Kenneth Ryan Shaw 02/16/2023 11:19 AM

Premier Radiology HENDERSONVILLE | Saint Thomas Health

**PREMIER RADIOLOGY HENDERSONVILLE * 262 New Shackle Island Road, Suite 206 * Hendersonville, TN 37075**
**Phone: (615)986-6050 * Fax: (615)234-1529**

| | | | |
|---|---|---|---|
| **Name:** | MATTHEW DUNTZ | **Exam Date:** | 2/21/2023 |
| **Patient ID:** | 1002386951 | **Referrer:** | Kenneth Shaw, DC |
| **Secondary ID:** | | **2nd Referrer:** | |
| **DOB:** | | **3rd Referrer:** | |
| **Acc#:** | 8793327 | | |

**PROCEDURE:** LUMBAR SPINE, 2 VIEWS

**TECHNIQUE:** Lumbar spine radiographs, frontal and lateral views. CPT 72100

**HISTORY:** Lumbago with sciatica, left side M54.42 Lumbago with sciatica, left side

**COMPARISONS:** None.

**FINDINGS:**

Alignment: Normal.
Vertebral body height: Normal.
Disk spaces: Mild decreased intervertebral disc height with endplate spondylosis.
Facets: Moderate facet arthropathy.
Fracture(s): None.
Bone mineralization: Normal.

**IMPRESSION:** Degenerative changes of the spine.

ws:PMRTNRD71DE

Thank you for allowing us to participate in the care of this patient.

**Electronically Signed By Jose Pratts, M.D. on 2/21/2023 3:21:27 PM CTZ**

**Direct Line (615)986-6156**



Phone: (615)356-3999
Fax: (615)353-0462

## Chart Notes

Matthew Duntz

Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102
Hendersonville, TN 370752740
Phone: 615-447-5220
Fax: 615-447-5253

| | | |
|---|---|---|
| Patient: Duntz, Matthew | Acct #: 3080 | DOB: |
| Ins Co: ASH | Pol #: | Insured ID: 102862719 |

Date 02/22/2023

Provider Kenneth Ryan Shaw

**Subjective:**
Matthew sought treatment today, complaining of constant sharp, aching, shooting and tightness discomfort in the side of the left hip. He rated the intensity of discomfort, using a VAS, as a level 8 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with prolonged sitting and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and movement.

Pt states low back achy and sore with same radiating pain.

**Objective:**
Spinal Palpation:
Digital palpation of the patient's spine and extremities revealed the following areas; cervical, lumbar, sacroilliac and thoracic. Palpation reveals areas of tautness, hypomobility and tenderness at C4, C5, C6, T1, T2, T4, T5, T6, T8, T9, L5, sacrum and left pelvis. Palpation of the muscles revealed hypertonicity in the following areas; cervical, left cervical dorsal, upper thoracic, right cervical dorsal, mid thoracic, left lumbar, lumbar, right lumbar, left sacroiliac, left pelvic, sacral and left buttock. Digital palpation revealed edema in the following regions; lumbar and left sacroiliac. Active trigger points were discovered in the left trapezius (middle division), right trapezius (middle division), left trapezius (upper division), right trapezius (upper division), left rhomboid major, right rhomboid major, left rhomboid minor, right rhomboid minor, left quadratus lumborum, right quadratus lumborum, L SI Jt and Bilateral Scapulas muscle(s).

**Assessment:**
Today it was discovered that Matthew has slight improvement since his last treatment.

**Plan:**
The treatments provided were: 3-4 region manipulation - 98941, Therapeutic Activity-97530, electrical stimulation - 97014, trigger point therapy - 97140 and heat - 97010 in accordance with the treatment plan.
Recommendations:
I recommended to Mr. Duntz that he should: avoid heavy lifting, avoid long periods of standing, put ice on the area, put heat on the area, avoid prolonged sitting, apply analgesics, proper posture, ergonomics and alter sleeping habits.

Specific spinal adjustments will be performed in 3 to 4 regions to improve the function of the segments of the spine that were fixated.
Prone: T1, T2, T4, T5, T6, T8 and T9 using diversified technique.
Supine: C4, C5 and C6 using diversified technique.
Side posture: L5 using diversified technique.
Prone: left pelvis and sacrum using a drop table.

**Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102**
**Hendersonville, TN 370752740**
**Phone: 615-447-5220**
**Fax: 615-447-5253**

| | | |
|---|---|---|
| **Patient: Duntz, Matthew** | **Acct #: 3080** | **DOB:** |
| **Ins Co: ASH** | **Pol #:** | **Insured ID: 102862719** |

**Date** **02/22/2023**

**Provider** **Kenneth Ryan Shaw** ***continued from previous page ***

Electrical stimulation in the form of premodulated current will be applied to lumbosacral. This procedure will be performed for 15 minutes. Moist heat will be applied to relax the musculature and increase the movement of the involved areas. This moist heat will be placed in a towel over the affected area for 15 minutes. Therapeutic Activity performed +/- 12 minutes due to pain and taut fibers. TA performed on Cervical ROM and Passive Sacral Traction. Trigger point therapy will be provided to decrease spasm and increase healthy metabolic function in the involved areas. This will be done for 12 minutes. Tpt performed on Bilateral Scapulas, Lumbars and L SI jt with arthrostim; Bilateral Scapulas and L SI Jt with fingertips. We will continue to treat Matthew as per the examination findings and continue the existing treatment plan. It is recommended that he return for treatment in 1 week. Advised begin Lumbar stretches as verbally instructed via print out.

**Diagnosis**
M51.36: Other intervertebral disc degeneration, lumbar region
M54.42: Lumbago w/ sciatica, LT side
M51.34: Other intervertebral disc degeneration, thoracic region
M54.2: Cervicalgia

Electronically Signed
Kenneth Ryan Shaw 02/22/2023 01:21 PM

**Samuel D. Payne**
*Senior Attorney*

sam@codyallison.com
**P** (615) 234-6000 | **F** (615) 727-0175
**W** LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

APR 03 2023

CODY ALLISON
& ASSOCIATES, PLLC

March 29, 2023

**VIA CERTIFIED MAIL # 7021 2720 0000 3441 7228**
**RETURN RECEIPT REQUESTED**
**& FACSIMILE: # (402) 361-1460**

**The Lincoln National Life Insur. Co.**
**Appeals Dept. -- Claims Solutions Shared Services**
**ATTN.: Amber Cronican**
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Matthew Duntz** |
| | **LTD Claim No.:** | **1220010964** |
| | **Policy No.:** | **00001014129000000** |
| | **Policyholder:** | **Aerospace Technologies Group, Inc.** |
| | **DOB:** | |

Dear Ms. Cronican:

As you know, this law firm represents Mr. Duntz regarding denial of long-term disability ["LTD"] benefits under the Plan/Policy referenced above.

This matter is pending appeal, and this letter will supplement all prior submissions on behalf of Mr. Duntz. In particular, we are responding to Lincoln's letter dated 3/8/2023, with RN report attached.

First, as additional support for physical ailments that disable our client, we include the following orthopedic-related records:

- 2/16/2023 Chart for Office Visit with Kenneth Shaw, DC
- 2/21/2023 Radiograph (X-ray) Report from Premier Radiology
- 2/22/2023 Chart for follow-up Office Visit with Shaw, DC

As these records indicate, in addition to significant cardiac deficits, Mr. Duntz also suffers from objective, degenerative changes of the spine, which have manifested in a diagnosis of lumbago

with sciatica (left side), sacral and sacrococcygeal instabilities (hip, pelvic and buttock pain), pain in the thoracic spine, and cervicalgia (neck pain).

Second, returning to the initial and primary physical ailment at issue, we respectfully find the material with Lincoln's 3/8/2023 letter underwhelming (*see*, Appeal Nursing Memo of 3/6/2023). It was prepared by an RN, not a medical doctor. Moreover, although it "parrots" earlier peer-review findings; *i.e.*, that cardiac problems would not actually limit Mr. Duntz from his prior executive sales position; the fact remains that it is undisputed that his treating cardiologist(s) stated that he cannot return to that job because he must avoid emotional and physical stress.[1]

Stated otherwise, the most recent – and pertinent -- information from Mr. Duntz's treating specialists still indicates that he is at risk from a cardiac standpoint if he were to attempt to return to work.

In conclusion, Lincoln has erroneously concluded that Mr. Duntz – after receiving full-term STD benefits (6 months) -- no longer has significant medical issues that prevent him from returning to full-time employment. Moreover, it makes no sense for Lincoln to have approved full-term STD benefits but then – in denying LTD benefits altogether – contend that he did *not* satisfy the LTD Elimination Period of 180 days. This is a *non sequitur.*

Lincoln should bring Mr. Duntz current in a lump–sum payment for all past-due LTD benefits, then continue benefits to the fullest thereafter. It should also acknowledge and preserve his right to apply in the future for LTD benefits -- this includes benefits once the Any Occupation definition is triggered, which will occur (without more) in or about late January, 2024.

This letter is sent without waiver of, or prejudice to, Mr. Duntz's rights and remedies under the LTD Plan/Policy at issue and governing law. All rights and remedies are expressly reserved.

If you have questions or concerns regarding this matter, please call me. We look forward to your response.

[1] Again, Mr. Duntz was Chief of Sales *a/k/a* Chief Sales Officer for Aerospace Technologies Group (*one of 4 Officers of Company).

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
Encl. (3) (*as noted)

cc: Mr. Duntz (e-mail only) (w/o encl.)

**Samuel D. Payne**
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

APR 03 2023

CODY ALLISON
& ASSOCIATES, PLLC

---

March 29, 2023

**VIA CERTIFIED MAIL # 7021 2720 0000 3441 7228**
**RETURN RECEIPT REQUESTED**
**& FACSIMILE: # (402) 361-1460**

**The Lincoln National Life Insur. Co.**
**Appeals Dept. -- Claims Solutions Shared Services**
**ATTN.: Amber Cronican**
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Matthew Duntz** |
| | **LTD Claim No.:** | **1220010964** |
| | **Policy No.:** | **00001014129000000** |
| | **Policyholder:** | **Aerospace Technologies Group, Inc.** |
| | **DOB:** | |

Dear Ms. Cronican:

As you know, this law firm represents Mr. Duntz regarding denial of long-term disability ["LTD"] benefits under the Plan/Policy referenced above.

This matter is pending appeal, and this letter will supplement all prior submissions on behalf of Mr. Duntz. In particular, we are responding to Lincoln's letter dated 3/8/2023, with RN report attached.

First, as additional support for physical ailments that disable our client, we include the following orthopedic-related records:

- 2/16/2023 Chart for Office Visit with Kenneth Shaw, DC
- 2/21/2023 Radiograph (X-ray) Report from Premier Radiology
- 2/22/2023 Chart for follow-up Office Visit with Shaw, DC

As these records indicate, in addition to significant cardiac deficits, Mr. Duntz also suffers from objective, degenerative changes of the spine, which have manifested in a diagnosis of lumbago

with sciatica (left side), sacral and sacrococcygeal instabilities (hip, pelvic and buttock pain), pain in the thoracic spine, and cervicalgia (neck pain).

Second, returning to the initial and primary physical ailment at issue, we respectfully find the material with Lincoln's 3/8/2023 letter underwhelming (*see*, Appeal Nursing Memo of 3/6/2023). It was prepared by an RN, not a medical doctor. Moreover, although it "parrots" earlier peer-review findings; *i.e.*, that cardiac problems would not actually limit Mr. Duntz from his prior executive sales position; the fact remains that it is undisputed that his treating cardiologist(s) stated that he cannot return to that job because he must avoid emotional and physical stress.[1]

Stated otherwise, the most recent – and pertinent -- information from Mr. Duntz's treating specialists still indicates that he is at risk from a cardiac standpoint if he were to attempt to return to work.

In conclusion, Lincoln has erroneously concluded that Mr. Duntz – after receiving full-term STD benefits (6 months) -- no longer has significant medical issues that prevent him from returning to full-time employment. Moreover, it makes no sense for Lincoln to have approved full-term STD benefits but then – in denying LTD benefits altogether – contend that he did *not* satisfy the LTD Elimination Period of 180 days. This is a *non sequitur.*

Lincoln should bring Mr. Duntz current in a lump–sum payment for all past-due LTD benefits, then continue benefits to the fullest thereafter. It should also acknowledge and preserve his right to apply in the future for LTD benefits -- this includes benefits once the Any Occupation definition is triggered, which will occur (without more) in or about late January, 2024.

This letter is sent without waiver of, or prejudice to, Mr. Duntz's rights and remedies under the LTD Plan/Policy at issue and governing law. All rights and remedies are expressly reserved.

If you have questions or concerns regarding this matter, please call me. We look forward to your response.

[1] Again, Mr. Duntz was Chief of Sales *a/k/a* Chief Sales Officer for Aerospace Technologies Group (*one of 4 Officers of Company).

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
Encl. (3) (*as noted)

cc: Mr. Duntz (e-mail only) (w/o encl.)

# Chart Notes

**Matthew Duntz**

**Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102**
**Hendersonville, TN 370752740**
**Phone: 615-447-5220**
**Fax: 615-447-5253**

| | | |
|---|---|---|
| **Patient: Duntz, Matthew** | **Acct #: 3080** | **DOB:** |
| **Ins Co: ASH** | **Pol #:** | **Insured ID: 102862719** |

**Date** **02/16/2023**

**Provider** **Kenneth Ryan Shaw**

**Subjective:**

Matthew Duntz presented to my office today 2/16/2023 with a chief complaint of left hip, left lumbar, lumbar, left sacroiliac, left pelvic, sacral and left buttock discomfort. He rates the discomfort right now as a 5 on a scale of 10 with 10 being the worst and is noticeable approximately 100% of the time. The discomfort at its worst is rated as a 8 and at its best it is a 2.

The onset of the pain was gradual and was first noticed one month ago. Since the complaint began, the symptoms have generally been worse. He reports that the pain is aggravated by sitting, coughing, sneezing and sleeping and is 50 % worse when it is aggravated and it will stay that way for 30 minutes. He states that the discomfort is relieved by: stretching, Excedrin, and warm bath and is reportedly diminished by 40%. The quality of the discomfort is described as aching, dull, tightness, shooting, sharp, numbness, tingling and burning and is at its worst in the evening and morning.

He also stated that she has a secondary complaint in his cervical, left cervical dorsal, upper thoracic, right cervical dorsal and mid thoracic region. He rates the discomfort right now as a 2 on a scale of 10 with 10 being the worst and is noticeable approximately 40% of the time. The discomfort at its worst is rated as a 4 and at its best it is a 1.

The onset of the pain was gradual and was first noticed one month ago. Since the complaint began the symptoms have generally been better. He reports that the pain is aggravated by sitting and is 40 % worse when it is aggravated and it will stay that way for 30 minutes. He states that the discomfort is relieved by: stretching and is reportedly diminished by 50%. The quality of the discomfort is described as aching, dull and tightness and is at its worst in the evening.

Review of Systems:

A review of systems was done and revealed: Pt denies ROS. See medication List. Denies fracture. Notes concussion high school football. Surgeries: 2 Stints, Cancer-Melanoma several removed, didn't metastasize, and tonsillectomy.

Pt presents with dull, achy, tightness, sometimes sharp pain with spasm L4-S1 radiating into L SI jt and L groin, pain started month ago, cause unknown, radiating pattern decreased was into bilateral Buttocks. Pt notes first episode of Lumbar spine pain about 16 water skiing barefoot, and dad drove over another boat wake causing him to face plant and scorpioned self and struck unconscious. Pt notes seen chiro many years ago. Recently in FL seeing muscle therapist and stretching helping flare-ups, notes current episode pain and radiating pain different. Pt dull, achy, tightness C4-C6 and T4-T8. Past active prior to MI was skier, motor cross and high diver. Retired due to stress work causing 2 MI's. Hobby: Wood Workshop at home. Moved TN be closer to daughter and 5 year old grandson with

Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102
Hendersonville, TN 370752740
Phone: 615-447-5220
Fax: 615-447-5253


| | | |
|---|---|---|
| Patient: Duntz, Matthew | Acct #: 3080 | DOB: |
| Ins Co: ASH | Pol #: | Insured ID: 102862719 |

Date 02/16/2023

Provider Kenneth Ryan Shaw

*** continued from previous page ***

granddaughter on the way. Past Occupation: designed interior for corporate jets.

**Objective:**

He is 74" tall. He weighs 235 pounds.
Muscle Testing:
Manual, subjectively rated strength tests were performed on some of the major muscle groups of the upper and/ or lower extremities, based on the AMA Guides to the Evaluation of Permanent Impairment, 4th Ed., 1993/5th ed., 2001. A rating scale of five to zero is used, with five representing normal muscle strength. A muscle strength loss of the upper and lower extremities indicates a neurological facilitation resulting from dysfunction in the cervical and/or lumbar spine. At this time no strength changes were noted.

Deep tendon reflexes:
Reflex testing of the upper and lower extremity was completed on Mr. Duntz and no abnormal changes were observed.

Negative Cervical Compression and Distraction.

Shoulder compression test:
With the patient seated, the examiner applies downward pressure to the shoulder while laterally flexing the cervical spine to the opposite shoulder. Pain produced or aggravated by this maneuver reveals a positive test. The significance of this test demonstrates adhesions of the dural sleeves, the spinal nerve roots or the adjacent structures of the joint capsule on the side opposite lateral cervical flexion. In this case the Shoulder Compression test was positive on the on the right with L Lat Flex . An increase in pain was noted in the right cervical region that was rated as a Grade 1: Mild pain behavior noticed and when asked. His movement was observed to be painful.

Valsalva's Maneuver:
Valsalva's maneuver increases interthecal pressure. Pain with this maneuver is normally indicative of a space occupying lesion or disc involvement. The test was positive resulting in pain in the following areas; L5-S1 into L SI Jt.

Negative Patrick-testing bilaterally pain in Lumbar spine.

Kemp's Test:
Kemp's Test was positive on the left with L trunk rotation . With the patient standing, the examiner stands behind the patient with one hand anchoring the pelvis and sacrum and the

**Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102**
**Hendersonville, TN 370752740**
**Phone: 615-447-5220**
**Fax: 615-447-5253**

| | | |
|---|---|---|
| **Patient: Duntz, Matthew** | **Acct #: 3080** | **DOB:** |
| **Ins Co: ASH** | **Pol #:** | **Insured ID: 102862719** |

**Date** **02/16/2023**

**Provider** **Kenneth Ryan Shaw** ****** continued from previous page ******

other hand he grasps the opposite shoulder; holding the pelvis, the shoulder is firmly forced obliquely backward, downward and medial ward. Low back pain radiating into the lower extremity indicates a positive test. A positive test is indicative of a disk protrusion or prolapse. An increase in pain was noted in the left lumbar, lumbar and left sacroiliac region that was rated as a Grade 2: Moderate pain observed and reported. His movement was observed to be painful.

Straight leg raise:
Lesgue's test was positive on on the left at 60 degrees. This test is done with the patient supine and with the knee in extension. The examiner actively flexes each thigh slowly while holding the other hand on the knee to prevent its flexion. The leg is lifted 90° or until pain prevents further motion. An increase in pain was noted in the lumbar, left sacroiliac and left buttock region that was rated as a Grade 2: Moderate pain observed and reported. His movement was observed to be painful. The test is considered positive when the straight leg raise cannot be raised to 90° without pain.
0-30° = NERVE ROOT IRRITATION
These findings are indicative of a space occupying lesion – such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.
30-60° = SACROILIAC JOINT IRRITATION
60-90° = LUMBOSACRAL JOINT IRRITATION

Nachlas test is positive bilaterally with pain in the L5-S1 lumbosacral region.

The Hibb's test:
The Hibb's Test was positive on the left. With the patient prone, the examiner stabilizes the pelvis on the side nearest to him by placing one hand firmly on the dorsum of the iliac bone; with the other hand around the patient's ankle, he flexes the opposite knee to a right angle. From this position the examiner slowly pushes the leg laterally causing strong internal rotation of the femoral head. This test is done bilaterally and the production of the pelvic pain reveals a positive test. An increase in pain was noted in the left sacroiliac region that was rated as a Grade 2: Moderate pain observed and reported. His movement was observed to be painful.

Today's examination revealed a significant decrease of normal range of motion of the following: Cervical, Thoracic and Lumbar.

Spinal Palpation:
Digital palpation of the patient's spine and extremities revealed the following areas; cervical,

Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102
Hendersonville, TN 370752740
Phone: 615-447-5220
Fax: 615-447-5253

| | | |
|---|---|---|
| Patient: Duntz, Matthew | Acct #: 3080 | DOB: |
| Ins Co: ASH | Pol #: | Insured ID: 102862719 |

Date 02/16/2023

Provider Kenneth Ryan Shaw *** continued from previous page ***

lumbar, sacroilliac and thoracic. Palpation reveals areas of tautness, hypomobility and tenderness at C4, C5, C6, T1, T2, T4, T5, T6, T8, T9, L5, sacrum and left pelvis. Palpation of the muscles revealed hypertonicity in the following areas; cervical, left cervical dorsal, upper thoracic, right cervical dorsal, mid thoracic, left lumbar, lumbar, right lumbar, left sacroiliac, left pelvic, sacral and left buttock. Digital palpation revealed edema in the following regions; lumbar and left sacroiliac. Active trigger points were discovered in the left trapezius (middle division), right trapezius (middle division), left trapezius (upper division), right trapezius (upper division), left rhomboid major, right rhomboid major, left rhomboid minor, right rhomboid minor, left quadratus lumborum, right quadratus lumborum, L SI Jt and Bilateral Scapulas muscle(s).

**Assessment:**

Matthew Duntz was seen in our office on 2/16/2023 for discomfort in his cervical, mid thoracic, lumbar and left sacroiliac. Following a complete history and examination the initial clinical impressions for Mr. Duntz's dysfunction is:

Matthew's current condition is further complicated by the following factors which may require an increase in treatment time and frequency: duration of symptoms (>1 mo.), inflammation, past history of prior episodes, severe pain intensity (>6/10), sciatica and sleep is affected by pain. The above mentioned complicating factors may result in a delay or inability for the involved dysfunctional tissue(s) to fully recover. Prognosis:

The future progress of Mr. Duntz is undetermined at this time.

Short Term Goals:

Our short term goals of continued treatment include the following; 50% reduction of pain. Our short term goals for Matthew are to increase his ability to be comfortable while sleeping for 8 hours over one month time.

**Plan:**

Consent to perform a physical examination was given by Mr. Duntz prior to performance of the exam. The nature of the proposed treatment plan along with the probability and significance of any risks and other treatment options were reviewed with Mr. Duntz prior to beginning care. It was clear that he did understand all of his options and decided that he was starting care. Palliative care was provided to Mr. Duntz in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 3-4 region manipulation - 98941, Therapeutic Activity-97530, electrical stimulation - 97014, trigger point therapy - 97140 and heat - 97010 in accordance with the treatment plan.

Recommendations:

I recommended to Mr. Duntz that he should: avoid heavy lifting, avoid long periods of standing, put ice on the area, put heat on the area, avoid prolonged sitting, apply analgesics, proper posture, ergonomics and alter sleeping habits.

Specific spinal adjustments will be performed in 3 to 4 regions to improve the function of the

## Chart Notes

**Matthew Duntz**

**Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102**
**Hendersonville, TN 370752740**
**Phone: 615-447-5220**
**Fax: 615-447-5253**

| | | |
|---|---|---|
| **Patient: Duntz, Matthew** | **Acct #: 3080** | **DOB:** |
| **Ins Co: ASH** | **Pol #:** | **Insured ID: 102862719** |

**Date** **02/16/2023**

**Provider** **Kenneth Ryan Shaw** ****** continued from previous page ******

segments of the spine that were fixated.
Prone: T1, T2, T4, T5, T6, T8 and T9 using diversified technique.
Supine: C4, C5 and C6 using diversified technique.
Side posture: L5 using diversified technique.
Prone: left pelvis and sacrum using a drop table.

Electrical stimulation in the form of premodulated current will be applied to lumbosacral. This procedure will be performed for 10 minutes. Moist heat will be applied to relax the musculature and increase the movement of the involved areas. This moist heat will be placed in a towel over the affected area for 10 minutes. Therapeutic Activity performed +/- 12 minutes due to pain and taut fibers. TA performed on Cervical ROM and Passive Sacral Traction. Trigger point therapy will be provided to decrease spasm and increase healthy metabolic function in the involved areas. This will be done for 12 minutes. Tpt performed on Bilateral Scapulas, Lumbars and L SI jt with arthrostim; Bilateral Scapulas and L SI Jt with fingertips. We will continue to treat Matthew as per the examination findings and continue the existing treatment plan. It is recommended that he return for treatment on Tuesday.

**Diagnosis**
M54.42: Lumbago w/ sciatica, LT side
M53.2X8: Spinal instabilities, sacral and sacrococcygeal region
M54.6: Pain in thoracic spine
M54.2: Cervicalgia

Electronically Signed
Kenneth Ryan Shaw 02/16/2023 11:19 AM

Premier Radiology
HENDERSONVILLE

Saint Thomas Health

PREMIER RADIOLOGY HENDERSONVILLE * 262 New Shackle Island Road, Suite 206 * Hendersonville, TN 37075
Phone: (615)986-6050 * Fax: (615)234-1529

| | | | |
|---|---|---|---|
| **Name:** | MATTHEW DUNTZ | **Exam Date:** | 2/21/2023 |
| **Patient ID:** | 1002386951 | **Referrer:** | Kenneth Shaw, DC |
| **Secondary ID:** | | **2nd Referrer:** | |
| **DOB:** | | **3rd Referrer:** | |
| **Acc#:** | 8793327 | | |

**PROCEDURE:** LUMBAR SPINE, 2 VIEWS

**TECHNIQUE:** Lumbar spine radiographs, frontal and lateral views. CPT 72100

**HISTORY:** Lumbago with sciatica, left side M54.42 Lumbago with sciatica, left side

**COMPARISONS:** None.

**FINDINGS:**

Alignment: Normal.
Vertebral body height: Normal.
Disk spaces: Mild decreased intervertebral disc height with endplate spondylosis.
Facets: Moderate facet arthropathy.
Fracture(s): None.
Bone mineralization: Normal.

**IMPRESSION:** Degenerative changes of the spine.

ws:PMRTNRD71DE

Thank you for allowing us to participate in the care of this patient.

**Electronically Signed By Jose Pratts, M.D. on 2/21/2023 3:21:27 PM CTZ**

**Direct Line (615)986-6156**



Phone: (615)356-3999
Fax: (615)353-0462

Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102
Hendersonville, TN 370752740
Phone: 615-447-5220
Fax: 615-447-5253

| | | |
|---|---|---|
| Patient: Duntz, Matthew | Acct #: 3080 | DOB: |
| Ins Co: ASH | Pol #: | Insured ID: 102862719 |

Date 02/22/2023

Provider Kenneth Ryan Shaw

**Subjective:**
Matthew sought treatment today, complaining of constant sharp, aching, shooting and tightness discomfort in the side of the left hip. He rated the intensity of discomfort, using a VAS, as a level 8 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with prolonged sitting and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and movement.

Pt states low back achy and sore with same radiating pain.

**Objective:**
Spinal Palpation:
Digital palpation of the patient's spine and extremities revealed the following areas; cervical, lumbar, sacroilliac and thoracic. Palpation reveals areas of tautness, hypomobility and tenderness at C4, C5, C6, T1, T2, T4, T5, T6, T8, T9, L5, sacrum and left pelvis. Palpation of the muscles revealed hypertonicity in the following areas; cervical, left cervical dorsal, upper thoracic, right cervical dorsal, mid thoracic, left lumbar, lumbar, right lumbar, left sacroiliac, left pelvic, sacral and left buttock. Digital palpation revealed edema in the following regions; lumbar and left sacroiliac. Active trigger points were discovered in the left trapezius (middle division), right trapezius (middle division), left trapezius (upper division), right trapezius (upper division), left rhomboid major, right rhomboid major, left rhomboid minor, right rhomboid minor, left quadratus lumborum, right quadratus lumborum, L SI Jt and Bilateral Scapulas muscle(s).

**Assessment:**
Today it was discovered that Matthew has slight improvement since his last treatment.

**Plan:**
The treatments provided were: 3-4 region manipulation - 98941, Therapeutic Activity-97530, electrical stimulation - 97014, trigger point therapy - 97140 and heat - 97010 in accordance with the treatment plan.
Recommendations:
I recommended to Mr. Duntz that he should: avoid heavy lifting, avoid long periods of standing, put ice on the area, put heat on the area, avoid prolonged sitting, apply analgesics, proper posture, ergonomics and alter sleeping habits.

Specific spinal adjustments will be performed in 3 to 4 regions to improve the function of the segments of the spine that were fixated.
Prone: T1, T2, T4, T5, T6, T8 and T9 using diversified technique.
Supine: C4, C5 and C6 using diversified technique.
Side posture: L5 using diversified technique.
Prone: left pelvis and sacrum using a drop table.

# Chart Notes

**Matthew Duntz**

**Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102**
**Hendersonville, TN 370752740**
**Phone: 615-447-5220**
**Fax: 615-447-5253**

| | | |
|---|---|---|
| **Patient: Duntz, Matthew** | **Acct #: 3080** | **DOB:** |
| **Ins Co: ASH** | **Pol #:** | **Insured ID: 102862719** |

**Date** **02/22/2023**

**Provider** **Kenneth Ryan Shaw** ******continued from previous page ******

Electrical stimulation in the form of premodulated current will be applied to lumbosacral. This procedure will be performed for 15 minutes. Moist heat will be applied to relax the musculature and increase the movement of the involved areas. This moist heat will be placed in a towel over the affected area for 15 minutes. Therapeutic Activity performed +/- 12 minutes due to pain and taut fibers. TA performed on Cervical ROM and Passive Sacral Traction. Trigger point therapy will be provided to decrease spasm and increase healthy metabolic function in the involved areas. This will be done for 12 minutes. Tpt performed on Bilateral Scapulas, Lumbars and L SI jt with arthrostim; Bilateral Scapulas and L SI Jt with fingertips. We will continue to treat Matthew as per the examination findings and continue the existing treatment plan. It is recommended that he return for treatment in 1 week. Advised begin Lumbar stretches as verbally instructed via print out.

**Diagnosis**
M51.36: Other intervertebral disc degeneration, lumbar region
M54.42: Lumbago w/ sciatica, LT side
M51.34: Other intervertebral disc degeneration, thoracic region
M54.2: Cervicalgia

Electronically Signed
Kenneth Ryan Shaw 02/22/2023 01:21 PM

Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Road -- Suite # 250
Nashville, TN 37205

7021 2720 0000 3441 7228

UNITED STATES POSTAL SERVICE

RDC 99

68114

U.S. POSTAGE PAID
FCM LETTER
BURNS, TN
37029
MAR 30, 23
AMOUNT
**$8.61**
R2305M143381-05

APR 03 2023

**The Lincoln National Life Insur. Co.**
**Appeals Dept. -- Claims Solutions Shared Services**
**ATTN.: Amber Cronican**
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**

**Lincoln/Duntz 0231**

## Chart Notes

**Matthew Duntz**

Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102
Hendersonville, TN 370752740
Phone: 615-447-5220
Fax: 615-447-5253

| Patient: Duntz, Matthew | Acct #: 3080 | DOB: |
|---|---|---|
| Ins Co: ASH | Pol #: | Insured ID: 102862719 |

**Date** 02/16/2023

**Provider** Kenneth Ryan Shaw

**Subjective:**

Matthew Duntz presented to my office today 2/16/2023 with a chief complaint of left hip, left lumbar, lumbar, left sacroiliac, left pelvic, sacral and left buttock discomfort. He rates the discomfort right now as a 5 on a scale of 10 with 10 being the worst and is noticeable approximately 100% of the time. The discomfort at its worst is rated as a 8 and at its best it is a 2.

The onset of the pain was gradual and was first noticed one month ago. Since the complaint began, the symptoms have generally been worse. He reports that the pain is aggravated by sitting, coughing, sneezing and sleeping and is 50 % worse when it is aggravated and it will stay that way for 30 minutes. He states that the discomfort is relieved by: stretching, Excedrin, and warm bath and is reportedly diminished by 40%. The quality of the discomfort is described as aching, dull, tightness, shooting, sharp, numbness, tingling and burning and is at its worst in the evening and morning.

He also stated that she has a secondary complaint in his cervical, left cervical dorsal, upper thoracic, right cervical dorsal and mid thoracic region. He rates the discomfort right now as a 2 on a scale of 10 with 10 being the worst and is noticeable approximately 40% of the time. The discomfort at its worst is rated as a 4 and at its best it is a 1.

The onset of the pain was gradual and was first noticed one month ago. Since the complaint began the symptoms have generally been better. He reports that the pain is aggravated by sitting and is 40 % worse when it is aggravated and it will stay that way for 30 minutes. He states that the discomfort is relieved by: stretching and is reportedly diminished by 50%. The quality of the discomfort is described as aching, dull and tightness and is at its worst in the evening.

Review of Systems:

A review of systems was done and revealed: Pt denies ROS. See medication List. Denies fracture. Notes concussion high school football. Surgeries: 2 Stints, Cancer-Melanoma several removed, didn't metastasize, and tonsillectomy.

Pt presents with dull, achy, tightness, sometimes sharp pain with spasm L4-S1 radiating into L SI jt and L groin, pain started month ago, cause unknown, radiating pattern decreased was into bilateral Buttocks. Pt notes first episode of Lumbar spine pain about 16 water skiing barefoot, and dad drove over another boat wake causing him to face plant and scorpioned self and struck unconscious. Pt notes seen chiro many years ago. Recently in FL seeing muscle therapist and stretching helping flare-ups, notes current episode pain and radiating pain different. Pt dull, achy, tightness C4-C6 and T4-T8. Past active prior to MI was skier, motor cross and high diver. Retired due to stress work causing 2 MI's. Hobby: Wood Workshop at home. Moved TN be closer to daughter and 5 year old grandson with

**Chart Notes**

**Matthew Duntz**

**Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102**
**Hendersonville, TN 370752740**
**Phone: 615-447-5220**
**Fax: 615-447-5253**

| | | |
|---|---|---|
| **Patient: Duntz, Matthew** | **Acct #: 3080** | **DOB:** |
| **Ins Co: ASH** | **Pol #:** | **Insured ID: 102862719** |

**Date 02/16/2023**

**Provider Kenneth Ryan Shaw** **** continued from previous page ****

granddaughter on the way. Past Occupation: designed interior for corporate jets.

**Objective:**

He is 74" tall. He weighs 235 pounds.
Muscle Testing:
Manual, subjectively rated strength tests were performed on some of the major muscle groups of the upper and/ or lower extremities, based on the AMA Guides to the Evaluation of Permanent Impairment, 4th Ed., 1993/5th ed., 2001. A rating scale of five to zero is used, with five representing normal muscle strength. A muscle strength loss of the upper and lower extremities indicates a neurological facilitation resulting from dysfunction in the cervical and/or lumbar spine. At this time no strength changes were noted.

Deep tendon reflexes:
Reflex testing of the upper and lower extremity was completed on Mr. Duntz and no abnormal changes were observed.

Negative Cervical Compression and Distraction.

Shoulder compression test:
With the patient seated, the examiner applies downward pressure to the shoulder while laterally flexing the cervical spine to the opposite shoulder. Pain produced or aggravated by this maneuver reveals a positive test. The significance of this test demonstrates adhesions of the dural sleeves, the spinal nerve roots or the adjacent structures of the joint capsule on the side opposite lateral cervical flexion. In this case the Shoulder Compression test was positive on the on the right with L Lat Flex . An increase in pain was noted in the right cervical region that was rated as a Grade 1: Mild pain behavior noticed and when asked. His movement was observed to be painful.

Valsalva's Maneuver:
Valsalva's maneuver increases interthecal pressure. Pain with this maneuver is normally indicative of a space occupying lesion or disc involvement. The test was positive resulting in pain in the following areas; L5-S1 into L SI Jt.

Negative Patrick-testing bilaterally pain in Lumbar spine.

Kemp's Test:
Kemp's Test was positive on the left with L trunk rotation . With the patient standing, the examiner stands behind the patient with one hand anchoring the pelvis and sacrum and the

Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102
Hendersonville, TN 370752740
Phone: 615-447-5220
Fax: 615-447-5253

 *** continued from previous page ***

other hand he grasps the opposite shoulder; holding the pelvis, the shoulder is firmly forced obliquely backward, downward and medial ward. Low back pain radiating into the lower extremity indicates a positive test. A positive test is indicative of a disk protrusion or prolapse. An increase in pain was noted in the left lumbar, lumbar and left sacroiliac region that was rated as a Grade 2: Moderate pain observed and reported. His movement was observed to be painful.

Straight leg raise:
Lesgue's test was positive on on the left at 60 degrees. This test is done with the patient supine and with the knee in extension. The examiner actively flexes each thigh slowly while holding the other hand on the knee to prevent its flexion. The leg is lifted 90° or until pain prevents further motion. An increase in pain was noted in the lumbar, left sacroiliac and left buttock region that was rated as a Grade 2: Moderate pain observed and reported. His movement was observed to be painful. The test is considered positive when the straight leg raise cannot be raised to 90° without pain.
0-30° = NERVE ROOT IRRITATION
These findings are indicative of a space occupying lesion -- such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.
30-60° = SACROILIAC JOINT IRRITATION
60-90° = LUMBOSACRAL JOINT IRRITATION

Nachlas test is positive bilaterally with pain in the L5-S1 lumbosacral region.

The Hibb's test:
The Hibb's Test was positive on the left. With the patient prone, the examiner stabilizes the pelvis on the side nearest to him by placing one hand firmly on the dorsum of the iliac bone; with the other hand around the patient's ankle, he flexes the opposite knee to a right angle. From this position the examiner slowly pushes the leg laterally causing strong internal rotation of the femoral head. This test is done bilaterally and the production of the pelvic pain reveals a positive test. An increase in pain was noted in the left sacroiliac region that was rated as a Grade 2: Moderate pain observed and reported. His movement was observed to be painful.

Today's examination revealed a significant decrease of normal range of motion of the following: Cervical, Thoracic and Lumbar.

Spinal Palpation:
Digital palpation of the patient's spine and extremities revealed the following areas; cervical,

## Chart Notes

**Matthew Duntz**

**Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102**
**Hendersonville, TN 370752740**
**Phone: 615-447-5220**
**Fax: 615-447-5253**

| | | |
|---|---|---|
| Patient: Duntz, Matthew | **Acct #: 3080** | **DOB:** |
| **Ins Co: ASH** | **Pol #:** | **Insured ID: 102862719** |

**Date** **02/16/2023**

**Provider** **Kenneth Ryan Shaw** *** *continued from previous page* ***

lumbar, sacroilliac and thoracic. Palpation reveals areas of tautness, hypomobility and tenderness at C4, C5, C6, T1, T2, T4, T5, T6, T8, T9, L5, sacrum and left pelvis. Palpation of the muscles revealed hypertonicity in the following areas; cervical, left cervical dorsal, upper thoracic, right cervical dorsal, mid thoracic, left lumbar, lumbar, right lumbar, left sacroiliac, left pelvic, sacral and left buttock. Digital palpation revealed edema in the following regions; lumbar and left sacroiliac. Active trigger points were discovered in the left trapezius (middle division), right trapezius (middle division), left trapezius (upper division), right trapezius (upper division), left rhomboid major, right rhomboid major, left rhomboid minor, right rhomboid minor, left quadratus lumborum, right quadratus lumborum, L SI Jt and Bilateral Scapulas muscle(s).

**Assessment:**

Matthew Duntz was seen in our office on 2/16/2023 for discomfort in his cervical, mid thoracic, lumbar and left sacroiliac. Following a complete history and examination the initial clinical impressions for Mr. Duntz's dysfunction is:

Matthew's current condition is further complicated by the following factors which may require an increase in treatment time and frequency: duration of symptoms (>1 mo.), inflammation, past history of prior episodes, severe pain intensity (>6/10), sciatica and sleep is affected by pain. The above mentioned complicating factors may result in a delay or inability for the involved dysfunctional tissue(s) to fully recover. Prognosis:

The future progress of Mr. Duntz is undetermined at this time.

Short Term Goals:

Our short term goals of continued treatment include the following; 50% reduction of pain. Our short term goals for Matthew are to increase his ability to be comfortable while sleeping for 8 hours over one month time.

**Plan:**

Consent to perform a physical examination was given by Mr. Duntz prior to performance of the exam. The nature of the proposed treatment plan along with the probability and significance of any risks and other treatment options were reviewed with Mr. Duntz prior to beginning care. It was clear that he did understand all of his options and decided that he was starting care. Palliative care was provided to Mr. Duntz in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 3-4 region manipulation - 98941, Therapeutic Activity-97530, electrical stimulation - 97014, trigger point therapy - 97140 and heat - 97010 in accordance with the treatment plan.

Recommendations:

I recommended to Mr. Duntz that he should: avoid heavy lifting, avoid long periods of standing, put ice on the area, put heat on the area, avoid prolonged sitting, apply analgesics, proper posture, ergonomics and alter sleeping habits.

Specific spinal adjustments will be performed in 3 to 4 regions to improve the function of the

## Chart Notes

Matthew Duntz

Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102
Hendersonville, TN 370752740
Phone: 615-447-5220
Fax: 615-447-5253

| | | |
|---|---|---|
| Patient: Duntz, Matthew | Acct #: 3080 | DOB: |
| Ins Co: ASH | Pol #: | Insured ID: 102862719 |

**Date** 02/16/2023

**Provider** Kenneth Ryan Shaw *** *continued from previous page* ***

segments of the spine that were fixated.
Prone: T1, T2, T4, T5, T6, T8 and T9 using diversified technique.
Supine: C4, C5 and C6 using diversified technique.
Side posture: L5 using diversified technique.
Prone: left pelvis and sacrum using a drop table.
Electrical stimulation in the form of premodulated current will be applied to lumbosacral. This procedure will be performed for 10 minutes. Moist heat will be applied to relax the musculature and increase the movement of the involved areas. This moist heat will be placed in a towel over the affected area for 10 minutes. Therapeutic Activity performed +/- 12 minutes due to pain and taut fibers. TA performed on Cervical ROM and Passive Sacral Traction. Trigger point therapy will be provided to decrease spasm and increase healthy metabolic function in the involved areas. This will be done for 12 minutes. Tpt performed on Bilateral Scapulas, Lumbars and L SI jt with arthrostim; Bilateral Scapulas and L SI Jt with fingertips. We will continue to treat Matthew as per the examination findings and continue the existing treatment plan. It is recommended that he return for treatment on Tuesday.

**Diagnosis**
M54.42: Lumbago w/ sciatica, LT side
M53.2X8: Spinal instabilities, sacral and sacrococcygeal region
M54.6: Pain in thoracic spine
M54.2: Cervicalgia

Electronically Signed

Kenneth Ryan Shaw 02/16/2023 11:19 AM

Premier Radiology HENDERSONVILLE | Saint Thomas Health

**PREMIER RADIOLOGY HENDERSONVILLE * 262 New Shackle Island Road, Suite 206 * Hendersonville, TN 37075**
**Phone: (615)986-6050 * Fax: (615)234-1529**

| | | | |
|---|---|---|---|
| **Name:** | MATTHEW DUNTZ | **Exam Date:** | 2/21/2023 |
| **Patient ID:** | 1002386951 | **Referrer:** | Kenneth Shaw, DC |
| **Secondary ID:** | | **2nd Referrer:** | |
| **DOB:** | | **3rd Referrer:** | |
| **Acc#:** | 8793327 | | |

**PROCEDURE:** LUMBAR SPINE, 2 VIEWS

**TECHNIQUE:** Lumbar spine radiographs, frontal and lateral views. CPT 72100

**HISTORY:** Lumbago with sciatica, left side M54.42 Lumbago with sciatica, left side

**COMPARISONS:** None.

**FINDINGS:**

Alignment: Normal.
Vertebral body height: Normal.
Disk spaces: Mild decreased intervertebral disc height with endplate spondylosis.
Facets: Moderate facet arthropathy.
Fracture(s): None.
Bone mineralization: Normal.

**IMPRESSION:** Degenerative changes of the spine.

ws:PMRTNRD71DE

Thank you for allowing us to participate in the care of this patient.

**Electronically Signed By Jose Pratts, M.D. on 2/21/2023 3:21:27 PM CTZ**

**Direct Line (615)986-6156**

**Chart Notes**

**Matthew Duntz**

**Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102**
**Hendersonville, TN 370752740**
**Phone: 615-447-5220**
**Fax: 615-447-5253**

| | | |
|---|---|---|
| Patient: Duntz, Matthew | Acct #: 3080 | DOB: |
| Ins Co: ASH | Pol #: | Insured ID: 102862719 |

**Date** 02/22/2023

**Provider** Kenneth Ryan Shaw

**Subjective:**

Matthew sought treatment today, complaining of constant sharp, aching, shooting and tightness discomfort in the side of the left hip. He rated the intensity of discomfort, using a VAS, as a level 8 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with prolonged sitting and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and movement.

Pt states low back achy and sore with same radiating pain.

**Objective:**

Spinal Palpation:

Digital palpation of the patient's spine and extremities revealed the following areas; cervical, lumbar, sacroilliac and thoracic. Palpation reveals areas of tautness, hypomobility and tenderness at C4, C5, C6, T1, T2, T4, T5, T6, T8, T9, L5, sacrum and left pelvis. Palpation of the muscles revealed hypertonicity in the following areas; cervical, left cervical dorsal, upper thoracic, right cervical dorsal, mid thoracic, left lumbar, lumbar, right lumbar, left sacroiliac, left pelvic, sacral and left buttock. Digital palpation revealed edema in the following regions; lumbar and left sacroiliac. Active trigger points were discovered in the left trapezius (middle division), right trapezius (middle division), left trapezius (upper division), right trapezius (upper division), left rhomboid major, right rhomboid major, left rhomboid minor, right rhomboid minor, left quadratus lumborum, right quadratus lumborum, L SI Jt and Bilateral Scapulas muscle(s).

**Assessment:**

Today it was discovered that Matthew has slight improvement since his last treatment.

**Plan:**

The treatments provided were: 3-4 region manipulation - 98941, Therapeutic Activity-97530, electrical stimulation - 97014, trigger point therapy - 97140 and heat - 97010 in accordance with the treatment plan.

Recommendations:

I recommended to Mr. Duntz that he should: avoid heavy lifting, avoid long periods of standing, put ice on the area, put heat on the area, avoid prolonged sitting, apply analgesics, proper posture, ergonomics and alter sleeping habits.

Specific spinal adjustments will be performed in 3 to 4 regions to improve the function of the segments of the spine that were fixated.

Prone: T1, T2, T4, T5, T6, T8 and T9 using diversified technique.

Supine: C4, C5 and C6 using diversified technique.

Side posture: L5 using diversified technique.

Prone: left pelvis and sacrum using a drop table.

**Chart Notes**

**Matthew Duntz**

Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102
Hendersonville, TN 370752740
Phone: 615-447-5220
Fax: 615-447-5253

| | | |
|---|---|---|
| Patient: Duntz, Matthew | Acct #: 3080 | DOB: |
| Ins Co: ASH | Pol #: | Insured ID: 102862719 |

**Date** 02/22/2023

**Provider** Kenneth Ryan Shaw **** continued from previous page ****

Electrical stimulation in the form of premodulated current will be applied to lumbosacral. This procedure will be performed for 15 minutes. Moist heat will be applied to relax the musculature and increase the movement of the involved areas. This moist heat will be placed in a towel over the affected area for 15 minutes. Therapeutic Activity performed +/- 12 minutes due to pain and taut fibers. TA performed on Cervical ROM and Passive Sacral Traction. Trigger point therapy will be provided to decrease spasm and increase healthy metabolic function in the involved areas. This will be done for 12 minutes. Tpt performed on Bilateral Scapulas, Lumbars and L SI jt with arthrostim; Bilateral Scapulas and L SI Jt with fingertips. We will continue to treat Matthew as per the examination findings and continue the existing treatment plan. It is recommended that he return for treatment in 1 week. Advised begin Lumbar stretches as verbally instructed via print out.

**Diagnosis**
M51.36: Other intervertebral disc degeneration, lumbar region
M54.42: Lumbago w/ sciatica, LT side
M51.34: Other intervertebral disc degeneration, thoracic region
M54.2: Cervicalgia

Electronically Signed
Kenneth Ryan Shaw 02/22/2023 01:21 PM



PAGE 11/11 * RCVD AT 3/29/2023 3:54:48 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:4023611460 * CSID:NEXTIVA * ANI:16157270175 * DURATION (mm-ss):06-24

**Samuel D. Payne**
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

March 29, 2023

**VIA CERTIFIED MAIL # 7021 2720 0000 3441 7228**
**RETURN RECEIPT REQUESTED**
**& FACSIMILE: # (402) 361-1460**

**The Lincoln National Life Insur. Co.**
**Appeals Dept. -- Claims Solutions Shared Services**
**ATTN.: Amber Cronican**
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Matthew Duntz** |
| | **LTD Claim No.:** | **1220010964** |
| | **Policy No.:** | **00001014129000000** |
| | **Policyholder:** | **Aerospace Technologies Group, Inc.** |
| | **DOB:** | |

Dear Ms. Cronican:

As you know, this law firm represents Mr. Duntz regarding denial of long-term disability ["LTD"] benefits under the Plan/Policy referenced above.

This matter is pending appeal, and this letter will supplement all prior submissions on behalf of Mr. Duntz. In particular, we are responding to Lincoln's letter dated 3/8/2023, with RN report attached.

First, as additional support for physical ailments that disable our client, we include the following orthopedic-related records:

- 2/16/2023 Chart for Office Visit with Kenneth Shaw, DC
- 2/21/2023 Radiograph (X-ray) Report from Premier Radiology
- 2/22/2023 Chart for follow-up Office Visit with Shaw, DC

As these records indicate, in addition to significant cardiac deficits, Mr. Duntz also suffers from objective, degenerative changes of the spine, which have manifested in a diagnosis of lumbago

with sciatica (left side), sacral and sacrococcygeal instabilities (hip, pelvic and buttock pain), pain in the thoracic spine, and cervicalgia (neck pain).

Second, returning to the initial and primary physical ailment at issue, we respectfully find the material with Lincoln's 3/8/2023 letter underwhelming (*see*, Appeal Nursing Memo of 3/6/2023). It was prepared by an RN, not a medical doctor. Moreover, although it "parrots" earlier peer-review findings; *i.e.*, that cardiac problems would not actually limit Mr. Duntz from his prior executive sales position; the fact remains that it is undisputed that his treating cardiologist(s) stated that he cannot return to that job because he must avoid emotional and physical stress.[1]

Stated otherwise, the most recent – and pertinent -- information from Mr. Duntz's treating specialists still indicates that he is at risk from a cardiac standpoint if he were to attempt to return to work.

In conclusion, Lincoln has erroneously concluded that Mr. Duntz -- after receiving full-term STD benefits (6 months) -- no longer has significant medical issues that prevent him from returning to full-time employment. Moreover, it makes no sense for Lincoln to have approved full-term STD benefits but then – in denying LTD benefits altogether – contend that he did *not* satisfy the LTD Elimination Period of 180 days. This is a *non sequitur.*

Lincoln should bring Mr. Duntz current in a lump–sum payment for all past-due LTD benefits, then continue benefits to the fullest thereafter. It should also acknowledge and preserve his right to apply in the future for LTD benefits -- this includes benefits once the Any Occupation definition is triggered, which will occur (without more) in or about late January, 2024.

This letter is sent without waiver of, or prejudice to, Mr. Duntz's rights and remedies under the LTD Plan/Policy at issue and governing law. All rights and remedies are expressly reserved.

If you have questions or concerns regarding this matter, please call me. We look forward to your response.

[1] Again, Mr. Duntz was Chief of Sales *a/k/a* Chief Sales Officer for Aerospace Technologies Group (*one of 4 Officers of Company).

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
Encl. (3) (*as noted)

cc: Mr. Duntz (e-mail only) (w/o encl.)

**Samuel D. Payne**
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

March 29, 2023

**VIA CERTIFIED MAIL # 7021 2720 0000 3441 7228**
**RETURN RECEIPT REQUESTED**
**& FACSIMILE: # (402) 361-1460**

**The Lincoln National Life Insur. Co.**
**Appeals Dept. -- Claims Solutions Shared Services**
**ATTN.: Amber Cronican**
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Matthew Duntz** |
| | **LTD Claim No.:** | **1220010964** |
| | **Policy No.:** | **00001014129000000** |
| | **Policyholder:** | **Aerospace Technologies Group, Inc.** |
| | **DOB:** | |

Dear Ms. Cronican:

As you know, this law firm represents Mr. Duntz regarding denial of long-term disability ["LTD"] benefits under the Plan/Policy referenced above.

This matter is pending appeal, and this letter will supplement all prior submissions on behalf of Mr. Duntz. In particular, we are responding to Lincoln's letter dated 3/8/2023, with RN report attached.

First, as additional support for physical ailments that disable our client, we include the following orthopedic-related records:

- 2/16/2023 Chart for Office Visit with Kenneth Shaw, DC
- 2/21/2023 Radiograph (X-ray) Report from Premier Radiology
- 2/22/2023 Chart for follow-up Office Visit with Shaw, DC

As these records indicate, in addition to significant cardiac deficits, Mr. Duntz also suffers from objective, degenerative changes of the spine, which have manifested in a diagnosis of lumbago

with sciatica (left side), sacral and sacrococcygeal instabilities (hip, pelvic and buttock pain), pain in the thoracic spine, and cervicalgia (neck pain).

Second, returning to the initial and primary physical ailment at issue, we respectfully find the material with Lincoln's 3/8/2023 letter underwhelming (*see*, Appeal Nursing Memo of 3/6/2023). It was prepared by an RN, not a medical doctor. Moreover, although it "parrots" earlier peer-review findings; *i.e.*, that cardiac problems would not actually limit Mr. Duntz from his prior executive sales position; the fact remains that it is undisputed that his treating cardiologist(s) stated that he cannot return to that job because he must avoid emotional and physical stress.[1]

Stated otherwise, the most recent – and pertinent -- information from Mr. Duntz's treating specialists still indicates that he is at risk from a cardiac standpoint if he were to attempt to return to work.

In conclusion, Lincoln has erroneously concluded that Mr. Duntz – after receiving full-term STD benefits (6 months) -- no longer has significant medical issues that prevent him from returning to full-time employment. Moreover, it makes no sense for Lincoln to have approved full-term STD benefits but then – in denying LTD benefits altogether – contend that he did *not* satisfy the LTD Elimination Period of 180 days. This is a *non sequitur.*

Lincoln should bring Mr. Duntz current in a lump–sum payment for all past-due LTD benefits, then continue benefits to the fullest thereafter. It should also acknowledge and preserve his right to apply in the future for LTD benefits -- this includes benefits once the Any Occupation definition is triggered, which will occur (without more) in or about late January, 2024.

This letter is sent without waiver of, or prejudice to, Mr. Duntz's rights and remedies under the LTD Plan/Policy at issue and governing law. All rights and remedies are expressly reserved.

If you have questions or concerns regarding this matter, please call me. We look forward to your response.

[1] Again, Mr. Duntz was Chief of Sales *a/k/a* Chief Sales Officer for Aerospace Technologies Group (*one of 4 Officers of Company).

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
Encl. (3) (*as noted)

cc: Mr. Duntz (e-mail only) (w/o encl.)

**Chart Notes**

**Matthew Duntz**

**Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102**
**Hendersonville, TN 370752740**
**Phone: 615-447-5220**
**Fax: 615-447-5253**

| | | |
|---|---|---|
| **Patient: Duntz, Matthew** | **Acct #: 3080** | **DOB:** |
| **Ins Co: ASH** | **Pol #:** | **Insured ID: 102862719** |

**Date 02/16/2023**

**Provider Kenneth Ryan Shaw**

**Subjective:**

Matthew Duntz presented to my office today 2/16/2023 with a chief complaint of left hip, left lumbar, lumbar, left sacroiliac, left pelvic, sacral and left buttock discomfort. He rates the discomfort right now as a 5 on a scale of 10 with 10 being the worst and is noticeable approximately 100% of the time. The discomfort at its worst is rated as a 8 and at its best it is a 2.

The onset of the pain was gradual and was first noticed one month ago. Since the complaint began, the symptoms have generally been worse. He reports that the pain is aggravated by sitting, coughing, sneezing and sleeping and is 50 % worse when it is aggravated and it will stay that way for 30 minutes. He states that the discomfort is relieved by: stretching, Excedrin, and warm bath and is reportedly diminished by 40%. The quality of the discomfort is described as aching, dull, tightness, shooting, sharp, numbness, tingling and burning and is at its worst in the evening and morning.

He also stated that she has a secondary complaint in his cervical, left cervical dorsal, upper thoracic, right cervical dorsal and mid thoracic region. He rates the discomfort right now as a 2 on a scale of 10 with 10 being the worst and is noticeable approximately 40% of the time. The discomfort at its worst is rated as a 4 and at its best it is a 1.

The onset of the pain was gradual and was first noticed one month ago. Since the complaint began the symptoms have generally been better. He reports that the pain is aggravated by sitting and is 40 % worse when it is aggravated and it will stay that way for 30 minutes. He states that the discomfort is relieved by: stretching and is reportedly diminished by 50%. The quality of the discomfort is described as aching, dull and tightness and is at its worst in the evening.

Review of Systems:

A review of systems was done and revealed: Pt denies ROS. See medication List. Denies fracture. Notes concussion high school football. Surgeries: 2 Stints, Cancer-Melanoma several removed, didn't metastasize, and tonsillectomy.

Pt presents with dull, achy, tightness, sometimes sharp pain with spasm L4-S1 radiating into L SI jt and L groin, pain started month ago, cause unknown, radiating pattern decreased was into bilateral Buttocks. Pt notes first episode of Lumbar spine pain about 16 water skiing barefoot, and dad drove over another boat wake causing him to face plant and scorpioned self and struck unconscious. Pt notes seen chiro many years ago. Recently in FL seeing muscle therapist and stretching helping flare-ups, notes current episode pain and radiating pain different. Pt dull, achy, tightness C4-C6 and T4-T8. Past active prior to MI was skier, motor cross and high diver. Retired due to stress work causing 2 MI's. Hobby: Wood Workshop at home. Moved TN be closer to daughter and 5 year old grandson with

## Chart Notes

**Matthew Duntz**

**Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102**
**Hendersonville, TN 370752740**
**Phone: 615-447-5220**
**Fax: 615-447-5253**

| | | |
|---|---|---|
| Patient: Duntz, Matthew | Acct #: 3080 | DOB: |
| Ins Co: ASH | Pol #: | Insured ID: 102862719 |

**Date** 02/16/2023

**Provider** Kenneth Ryan Shaw *** continued from previous page ***

granddaughter on the way. Past Occupation: designed interior for corporate jets.

**Objective:**

He is 74" tall. He weighs 235 pounds.
Muscle Testing:
Manual, subjectively rated strength tests were performed on some of the major muscle groups of the upper and/ or lower extremities, based on the AMA Guides to the Evaluation of Permanent Impairment, 4th Ed., 1993/5th ed., 2001. A rating scale of five to zero is used, with five representing normal muscle strength. A muscle strength loss of the upper and lower extremities indicates a neurological facilitation resulting from dysfunction in the cervical and/or lumbar spine. At this time no strength changes were noted.

Deep tendon reflexes:
Reflex testing of the upper and lower extremity was completed on Mr. Duntz and no abnormal changes were observed.

Negative Cervical Compression and Distraction.

Shoulder compression test:
With the patient seated, the examiner applies downward pressure to the shoulder while laterally flexing the cervical spine to the opposite shoulder. Pain produced or aggravated by this maneuver reveals a positive test. The significance of this test demonstrates adhesions of the dural sleeves, the spinal nerve roots or the adjacent structures of the joint capsule on the side opposite lateral cervical flexion. In this case the Shoulder Compression test was positive on the on the right with L Lat Flex . An increase in pain was noted in the right cervical region that was rated as a Grade 1: Mild pain behavior noticed and when asked. His movement was observed to be painful.

Valsalva's Maneuver:
Valsalva's maneuver increases interthecal pressure. Pain with this maneuver is normally indicative of a space occupying lesion or disc involvement. The test was positive resulting in pain in the following areas; L5-S1 into L SI Jt.

Negative Patrick-testing bilaterally pain in Lumbar spine.

Kemp's Test:
Kemp's Test was positive on the left with L trunk rotation . With the patient standing, the examiner stands behind the patient with one hand anchoring the pelvis and sacrum and the

**Chart Notes**
**Matthew Duntz**

Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102
Hendersonville, TN 370752740
Phone: 615-447-5220
Fax: 615-447-5253

| | | |
|---|---|---|
| Patient: Duntz, Matthew | Acct #: 3080 | DOB: |
| Ins Co: ASH | Pol #: | Insured ID: 102862719 |

**Date** 02/16/2023

**Provider** Kenneth Ryan Shaw *** continued from previous page ***

other hand he grasps the opposite shoulder; holding the pelvis, the shoulder is firmly forced obliquely backward, downward and medial ward. Low back pain radiating into the lower extremity indicates a positive test. A positive test is indicative of a disk protrusion or prolapse. An increase in pain was noted in the left lumbar, lumbar and left sacroiliac region that was rated as a Grade 2: Moderate pain observed and reported. His movement was observed to be painful.

Straight leg raise:
Lesgue's test was positive on on the left at 60 degrees. This test is done with the patient supine and with the knee in extension. The examiner actively flexes each thigh slowly while holding the other hand on the knee to prevent its flexion. The leg is lifted 90° or until pain prevents further motion. An increase in pain was noted in the lumbar, left sacroiliac and left buttock region that was rated as a Grade 2: Moderate pain observed and reported. His movement was observed to be painful. The test is considered positive when the straight leg raise cannot be raised to 90° without pain.
0-30° = NERVE ROOT IRRITATION
These findings are indicative of a space occupying lesion -- such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.
30-60° = SACROILIAC JOINT IRRITATION
60-90° = LUMBOSACRAL JOINT IRRITATION

Nachlas test is positive bilaterally with pain in the L5-S1 lumbosacral region.

The Hibb's test:
The Hibb's Test was positive on the left. With the patient prone, the examiner stabilizes the pelvis on the side nearest to him by placing one hand firmly on the dorsum of the iliac bone; with the other hand around the patient's ankle, he flexes the opposite knee to a right angle. From this position the examiner slowly pushes the leg laterally causing strong internal rotation of the femoral head. This test is done bilaterally and the production of the pelvic pain reveals a positive test. An increase in pain was noted in the left sacroiliac region that was rated as a Grade 2: Moderate pain observed and reported. His movement was observed to be painful.

Today's examination revealed a significant decrease of normal range of motion of the following: Cervical, Thoracic and Lumbar.

Spinal Palpation:
Digital palpation of the patient's spine and extremities revealed the following areas; cervical,

## Chart Notes

**Matthew Duntz**

Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102
Hendersonville, TN 370752740
Phone: 615-447-5220
Fax: 615-447-5253

| | | |
|---|---|---|
| Patient: Duntz, Matthew | Acct #: 3080 | DOB: |
| Ins Co: ASH | Pol #: | Insured ID: 102862719 |

**Date** 02/16/2023

**Provider** Kenneth Ryan Shaw

*** continued from previous page ***

lumbar, sacroilliac and thoracic. Palpation reveals areas of tautness, hypomobility and tenderness at C4, C5, C6, T1, T2, T4, T5, T6, T8, T9, L5, sacrum and left pelvis. Palpation of the muscles revealed hypertonicity in the following areas; cervical, left cervical dorsal, upper thoracic, right cervical dorsal, mid thoracic, left lumbar, lumbar, right lumbar, left sacroiliac, left pelvic, sacral and left buttock. Digital palpation revealed edema in the following regions; lumbar and left sacroiliac. Active trigger points were discovered in the left trapezius (middle division), right trapezius (middle division), left trapezius (upper division), right trapezius (upper division), left rhomboid major, right rhomboid major, left rhomboid minor, right rhomboid minor, left quadratus lumborum, right quadratus lumborum, L SI Jt and Bilateral Scapulas muscle(s).

**Assessment:**

Matthew Duntz was seen in our office on 2/16/2023 for discomfort in his cervical, mid thoracic, lumbar and left sacroiliac. Following a complete history and examination the initial clinical impressions for Mr. Duntz's dysfunction is:

Matthew's current condition is further complicated by the following factors which may require an increase in treatment time and frequency: duration of symptoms (>1 mo.), inflammation, past history of prior episodes, severe pain intensity (>6/10), sciatica and sleep is affected by pain. The above mentioned complicating factors may result in a delay or inability for the involved dysfunctional tissue(s) to fully recover. Prognosis:

The future progress of Mr. Duntz is undetermined at this time.

Short Term Goals:

Our short term goals of continued treatment include the following; 50% reduction of pain. Our short term goals for Matthew are to increase his ability to be comfortable while sleeping for 8 hours over one month time.

**Plan:**

Consent to perform a physical examination was given by Mr. Duntz prior to performance of the exam. The nature of the proposed treatment plan along with the probability and significance of any risks and other treatment options were reviewed with Mr. Duntz prior to beginning care. It was clear that he did understand all of his options and decided that he was starting care. Palliative care was provided to Mr. Duntz in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 3-4 region manipulation - 98941, Therapeutic Activity-97530, electrical stimulation - 97014, trigger point therapy - 97140 and heat - 97010 in accordance with the treatment plan.

Recommendations:

I recommended to Mr. Duntz that he should: avoid heavy lifting, avoid long periods of standing, put ice on the area, put heat on the area, avoid prolonged sitting, apply analgesics, proper posture, ergonomics and alter sleeping habits.

Specific spinal adjustments will be performed in 3 to 4 regions to improve the function of the



PAGE 7/11 * RCVD AT 3/29/2023 3:54:48 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:4023611460 * CSID:NEXTIVA * ANI:16157270175 * DURATION (mm-ss):06-24

## Chart Notes

Matthew Duntz

Shaw Chiropractic and Joint Center, LLC
East Main Street Suite 102
Hendersonville, TN 370752740
Phone: 615-447-5220
Fax: 615-447-5253

| | | |
|---|---|---|
| Patient: Duntz, Matthew | Acct #: 3080 | DOB: |
| Ins Co: ASH | Pol #: | Insured ID: 102862719 |

Date 02/16/2023

Provider Kenneth Ryan Shaw

*** continued from previous page ***

segments of the spine that were fixated.
Prone: T1, T2, T4, T5, T6, T8 and T9 using diversified technique.
Supine: C4, C5 and C6 using diversified technique.
Side posture: L5 using diversified technique.
Prone: left pelvis and sacrum using a drop table.

Electrical stimulation in the form of premodulated current will be applied to lumbosacral. This procedure will be performed for 10 minutes. Moist heat will be applied to relax the musculature and increase the movement of the involved areas. This moist heat will be placed in a towel over the affected area for 10 minutes. Therapeutic Activity performed +/- 12 minutes due to pain and taut fibers. TA performed on Cervical ROM and Passive Sacral Traction. Trigger point therapy will be provided to decrease spasm and increase healthy metabolic function in the involved areas. This will be done for 12 minutes. Tpt performed on Bilateral Scapulas, Lumbars and L SI jt with arthrostim; Bilateral Scapulas and L SI Jt with fingertips. We will continue to treat Matthew as per the examination findings and continue the existing treatment plan. It is recommended that he return for treatment on Tuesday.

**Diagnosis**
M54.42: Lumbago w/ sciatica, LT side
M53.2X8: Spinal instabilities, sacral and sacrococcygeal region
M54.6: Pain in thoracic spine
M54.2: Cervicalgia

Electronically Signed

Kenneth Ryan Shaw 02/16/2023 11:19 AM



PAGE 8/11 * RCVD AT 3/29/2023 3:54:48 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:4023611460 * CSID:NEXTIVA * ANI:16157270175 * DURATION (mm-ss):06-24

Premier Radiology HENDERSONVILLE | Saint Thomas Health

**PREMIER RADIOLOGY HENDERSONVILLE * 262 New Shackle Island Road, Suite 206 * Hendersonville, TN 37075**
**Phone: (615)986-6050 * Fax: (615)234-1529**

| | | | |
|---|---|---|---|
| **Name:** | MATTHEW DUNTZ | **Exam Date:** | 2/21/2023 |
| **Patient ID:** | 1002386951 | **Referrer:** | Kenneth Shaw, DC |
| **Secondary ID:** | | **2nd Referrer:** | |
| **DOB:** | | **3rd Referrer:** | |
| **Acc#:** | 8793327 | | |

**PROCEDURE:** LUMBAR SPINE, 2 VIEWS

**TECHNIQUE:** Lumbar spine radiographs, frontal and lateral views. CPT 72100

**HISTORY:** Lumbago with sciatica, left side M54.42 Lumbago with sciatica, left side

**COMPARISONS:** None.

**FINDINGS:**

Alignment: Normal.
Vertebral body height: Normal.
Disk spaces: Mild decreased intervertebral disc height with endplate spondylosis.
Facets: Moderate facet arthropathy.
Fracture(s): None.
Bone mineralization: Normal.

**IMPRESSION:** Degenerative changes of the spine.

ws:PMRTNRD71DE

Thank you for allowing us to participate in the care of this patient.

**Electronically Signed By Jose Pratts, M.D. on 2/21/2023 3:21:27 PM CTZ**

**Direct Line (615)986-6156**



Phone: (615)356-3999
Fax: (615)353-0462

## Chart Notes

**Matthew Duntz**

Shaw Chiropractic and Joint Center, LLCEast Main Street Suite 102
Hendersonville, TN 370752740
Phone: 615-447-5220
Fax: 615-447-5253

| | | |
|---|---|---|
| Patient: Duntz, Matthew | Acct #: 3080 | DOB: |
| Ins Co: ASH | Pol #: | Insured ID: 102862719 |

Date 02/22/2023

Provider Kenneth Ryan Shaw

**Subjective:**

Matthew sought treatment today, complaining of constant sharp, aching, shooting and tightness discomfort in the side of the left hip. He rated the intensity of discomfort, using a VAS, as a level 8 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with prolonged sitting and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and movement.

Pt states low back achy and sore with same radiating pain.

**Objective:**

Spinal Palpation:

Digital palpation of the patient's spine and extremities revealed the following areas; cervical, lumbar, sacroilliac and thoracic. Palpation reveals areas of tautness, hypomobility and tenderness at C4, C5, C6, T1, T2, T4, T5, T6, T8, T9, L5, sacrum and left pelvis. Palpation of the muscles revealed hypertonicity in the following areas; cervical, left cervical dorsal, upper thoracic, right cervical dorsal, mid thoracic, left lumbar, lumbar, right lumbar, left sacroiliac, left pelvic, sacral and left buttock. Digital palpation revealed edema in the following regions; lumbar and left sacroiliac. Active trigger points were discovered in the left trapezius (middle division), right trapezius (middle division), left trapezius (upper division), right trapezius (upper division), left rhomboid major, right rhomboid major, left rhomboid minor, right rhomboid minor, left quadratus lumborum, right quadratus lumborum, L SI Jt and Bilateral Scapulas muscle(s).

**Assessment:**

Today it was discovered that Matthew has slight improvement since his last treatment.

**Plan:**

The treatments provided were: 3-4 region manipulation - 98941, Therapeutic Activity-97530, electrical stimulation - 97014, trigger point therapy - 97140 and heat - 97010 in accordance with the treatment plan.

Recommendations:

I recommended to Mr. Duntz that he should: avoid heavy lifting, avoid long periods of standing, put ice on the area, put heat on the area, avoid prolonged sitting, apply analgesics, proper posture, ergonomics and alter sleeping habits.

Specific spinal adjustments will be performed in 3 to 4 regions to improve the function of the segments of the spine that were fixated.
Prone: T1, T2, T4, T5, T6, T8 and T9 using diversified technique.
Supine: C4, C5 and C6 using diversified technique.
Side posture: L5 using diversified technique.
Prone: left pelvis and sacrum using a drop table.

## Chart Notes

**Matthew Duntz**

Shaw Chiropractic and Joint Center, LLC East Main Street Suite 102
Hendersonville, TN 370752740
Phone: 615-447-5220
Fax: 615-447-5253

| | | |
|---|---|---|
| Patient: Duntz, Matthew | Acct #: 3080 | DOB: |
| Ins Co: ASH | Pol #: | Insured ID: 102862719 |

**Date** 02/22/2023

**Provider** Kenneth Ryan Shaw *** continued from previous page ***

Electrical stimulation in the form of premodulated current will be applied to lumbosacral. This procedure will be performed for 15 minutes. Moist heat will be applied to relax the musculature and increase the movement of the involved areas. This moist heat will be placed in a towel over the affected area for 15 minutes. Therapeutic Activity performed +/- 12 minutes due to pain and taut fibers. TA performed on Cervical ROM and Passive Sacral Traction. Trigger point therapy will be provided to decrease spasm and increase healthy metabolic function in the involved areas. This will be done for 12 minutes. Tpt performed on Bilateral Scapulas, Lumbars and L SI jt with arthrostim; Bilateral Scapulas and L SI Jt with fingertips. We will continue to treat Matthew as per the examination findings and continue the existing treatment plan. It is recommended that he return for treatment in 1 week. Advised begin Lumbar stretches as verbally instructed via print out.

**Diagnosis**
M51.36: Other intervertebral disc degeneration, lumbar region
M54.42: Lumbago w/ sciatica, LT side
M51.34: Other intervertebral disc degeneration, thoracic region
M54.2: Cervicalgia

Electronically Signed
Kenneth Ryan Shaw 02/22/2023 01:21 PM

Date: Wed Mar 08 15:10:21 CST 2023
From: Amber Cronican <Amber.Cronican@lfg.com>
To: barb@codyallison.com
Message-ID: <511646132.3.1678309821182.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220010964 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

## Important Information for Claim #1220010964

Please review the attached letter and/or document(s) regarding the Claim #1220010964 for Matthew Duntz. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.


**Amber Cronican**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 X 7304
Fax: 402 951 0489
Email: Amber.Cronican@lfg.com



Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

March 8, 2023

CODY ALLISON AND ASSOCIATES, PLLC
ATTN K. CODY ALLISON
95 White Bridge Road
Suite #250
NASHVILLE, TN 37205

Re: Policyholder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129000000
Claim Number: 1220010964
Claimant: Matthew Duntz

Dear K. CODY ALLISON:

This letter is in regard to your client's appeal for Long Term Disability benefits.

As part of your client's appeal review, your client's medical information was reviewed by a health care consultant. We are enclosing a copy of the report with this letter for you/your client to review prior to completion of our appeal decision.

You/your client may wish to provide this assessment to his/her treating physician(s) for further review. Any additional written information or comments must be provided within 21 days.

The 21-day period will expire on 03/29/2023. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your client's disability claim at this time as we want to provide your client every opportunity to review our assessment and provide a response.

If we do not receive a response by 03/29/2023 then we will render a decision based on the information currently in the file.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Amber Cronican
800-423-2765 X 7304
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Claimant Name: Matthew Duntz
Claim Number: 1220010964

**MEDICAL REVIEW QUESTIONS:**

Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from DATE 01/27/2022 forward. Please review for the physical conditions and psychological/cognitive conditions.

If your conclusion is different from the previous review, please explain the medical rationale and evidence used in your coming to the different conclusion(s).

**MEDICAL REVIEW RESPONSE:**

Date: March 6, 2023
Subject: Appeal Nursing Memorandum
Claim #: 1220010964
Claimant: Matthew Duntz
Date of Birth:
Date of Disability: 7/31/21

Review of medical records on file completed. Information summarized below includes those portions of the records received that have relevance to the questions and time frame identified for this review.

Clinical Assessment:
The EE stopped working on 7/31/21 due to coronary atherosclerosis (hardening of the arteries) (narrowing or blockage due to cholesterol or fatty deposits) and hyperlipidemia. He has a history of heart attack March 2020 with successful stent placement. During follow up visit 8/3/21 with by Dr. Fields (Cardiology), EE reported chest pain and shortness of breath, and increased emotional stress. EE was admitted 8/3/21-8/5/21 for further evaluation and acute myocardial infarction was ruled out. Cardiac catheterization 8/4/21 showed diagonal branch stenosis (narrowing) LAD treated with PTCA (percutaneous transluminal coronary angioplasty) (improve blood flow). Ejection fraction (heart's ability to pump blood out of the heart) is normal. Following discharge, EE has been asymptomatic. Treatment consists of Plavix (blood thinner) in addition to aspirin and change in statin medication. An APS dated 8/17/21 provides R/Ls to include constant reaching at desk level; frequent lifting 1-5 lbs., stand, sit, balance, stoop, finger,

and grasp; occasionally lift 6-25 lbs., walk, stoop, kneel, crouch, crawl, climb, push, pull, bend, and reach overhead and below waist. EE should avoid emotional and physical stress. Return to work 1/1/22-3/1/22.

The EE was admitted 10/16/21-10/18/21 for chest pain symptoms and intermittent fevers and positive Covid-19. Acute myocardial infraction is ruled out. No further management is required.

The EE saw Dr. Fields once a month 10/25/21, 11/30/21, and 12/15/21 for follow up chronic stable angina. He has been asymptomatic without complaints of chest pain, shortness of breath at rest or with exertion, lightheadedness, dizziness, or syncope/near syncope (fainting), palpitations, or lower extremity swelling. EKG 10/16/21 is normal. Nuclear stress test 11/21/21 showed mild upper septal ischemia (impaired blood flow) and mild inferior/superior wall ischemia with transient ischemic dilation and normal ejection fraction. Elective cardiac catheterization 12/13/21 showed non-obstructive coronary artery disease and normal ejection fraction, LAD 90% mid stenosis, too small to stent. Exams are consistently normal. EE is advised to restart nitro patch is he develops angina. He is moving to Nashville and will need to establish with cardiology there. Follow up in 6 weeks via telehealth.

The EE saw Dr. Fields via telehealth on 1/26/22 for follow up. He reports he has had his typical angina symptoms with emotional stress that resolves within 15 minutes if he uses Nitro patch or sublingual nitro. Physical exertion does not cause symptoms. He denies any complaints and he is noted to be stable from cardiac standpoint. Plan is to continue daily nitro patch. Follow up in 6-8 weeks.

An independent medical peer review was completed on 4/15/22 by Dr. Reza (Cardiology) who opined the EE would have R/Ls to include Sitting: unrestricted. Standing: frequently up to four hours a day. Walking: frequently up to four hours a day. Lifting/carrying/pushing/pulling occasionally no more than 25 lbs. Climbing stairs: occasionally. Climbing ladders: never. Stooping: occasionally. Kneeling: occasionally. Crouching: occasionally. Crawling: never. Balance: occasionally. Reaching overhead: unrestricted. Reaching at waist and desk level: unrestricted. Reaching below waist: unrestricted. Use lower extremities for foot controls: unrestricted. Fine manipulation: unrestricted. Simple and firm grasping: unrestricted. Keyboarding: unrestricted. Please see report for details.

The EE saw Dr. Freedman (Cardiology) on 5/31/22 to establish care for chronic stable angina after moving to Nashville. He reports continued chest pain almost daily despite use of nitrates; he can walk 1.5-1 miles and generalized fatigue. No other complaints. Exam is normal. Cholesterol and blood pressure are controlled. Plan is to continue current medications and obtain nuclear stress test to determine if changes from prior study and consider repeat cardiac catheterization if increase or change in symptoms. AP opines EE is currently restricted in his

activities due to chronic angina which significantly limits his ability to return to work.
A peer review addendum from Dr. Reza dated 6/10/22 does not change the prior determination. Please see report for details.

A nuclear stress test 6/13/22 is negative for ischemia and infarct and normal ejection fraction. Chest discomfort noted during treadmill exercise. Exercise test does not show an area in the heart at risk for a heart attack with exercise or exertion.

An independent medical peer review was completed on 11/16/22 by Dr. Akhondi (Cardiovascular) who opined EE would have R/Ls to include Sitting: unrestricted. Standing: frequently up to 4 hours a day. Walking: frequently up to 3 hours a day. Lifting/carrying/pushing/pulling occasionally up to 30 lbs. Climbing stairs, balance, stoop, kneel, crouch, and crawl frequently. Reaching overhead and below waist frequently and reaching at desk level unrestricted both upper extremities. Use lower extremities for foot controls: unrestricted both lower extremities. Fine manipulation: unrestricted. Simple and firm grasping: unrestricted. An addendum dated 12/15/22 does not change the prior determination. Please see reports for full details.

The medical records document ongoing care and treatment for chronic stable angina. The EE has been hospitalized in August 2021 and November 2021 as noted above. Recent testing (EKG, stress test, cardiac catheterization) showed mild findings and normal ejection fraction. During follow up appointment 1/26/22 with Dr. Fields (Cardiology), EE reports chronic angina only with emotional stress. Exam is normal and there is no change in treatment. There is a gap in treatment from 1/26/22-5/31/22 at which time EE established care with new cardiologist as he moved out of state. He continues to report chronic angina. Exam is normal. Repeat stress test 6/13/22 showed no ischemia and normal ejection fraction. The medical records do not support a functional impairment from 1/27/22 and forward as evidenced by normal exam findings and cardiac work-up that revealed no significant findings. The R/Ls outlined in detail above by peer reviewer Dr. Akhondi (Cardiovascular) are supported and would not limit EE from performing at his prior physical function. There is no new compelling evidence that would change the prior determination.

Amy M. RN, CCM
Nurse Disability Consultant, Lincoln Financial Group

Date: Thu Feb 23 13:35:19 CST 2023
From: Amber Cronican <Amber.Cronican@lfg.com>
To: barb@codyallison.com
Message-ID: <23218037.3.1677180919029.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220010964 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220010964

Please review the attached letter and/or document(s) regarding the Claim #1220010964 for Matthew Duntz. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Amber Cronican**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 X 7304
Fax: 402 951 0489
Email: Amber.Cronican@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

February 23, 2023

CODY ALLISON AND ASSOCIATES, PLLC
ATTN K. CODY ALLISON
95 White Bridge Road
Suite #250
NASHVILLE, TN 37205

Re: Policyholder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129000000
Claim Number: 1220010964
Claimant: Matthew Duntz

Dear K. CODY ALLISON:

This is to acknowledge receipt of your client's appeal for Long Term Disability benefits. We received your letter on 02/13/2023.

We are in the process of reviewing Mr. Duntz's appeal and we will notify you of the results within 45 days or as soon as a decision has been made.

Please note that we are not making a final determination on Mr. Duntz's disability claim at this time as we want to provide your client with every opportunity to submit a complete appeal.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Amber Cronican
1 800 423 2765 ext 7304

Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Samuel D. Payne**
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

FEB 21 2023

CODY ALLISON
& ASSOCIATES, PLLC

---

February 13, 2023

**VIA CERTIFIED MAIL # 7019 2280 0002 0903 2494**
**RETURN RECEIPT REQUESTED**
**& FACSIMILE: # (402) 361-1460**

**Claims Shared Services**
**The Lincoln National Life Insur. Co.**
**ATTN.: Susan McShane**
**P.O. Box 2337**
**Omaha, NE 68103**

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Matthew Duntz** |
| | **LTD Claim No.:** | **1220010964** |
| | **Policy No.:** | **00001014129000000** |
| | **Policyholder:** | **Aerospace Technologies Group, Inc.** |
| | **DOB:** | |

Dear Ms. McShane, or To Whom It May Concern:

As you may know, this law firm represents Matthew Duntz regarding his long-term disability ["LTD"] benefits under the Plan/Policy as referenced above. Throughout this letter, Lincoln and Employer/Plan Sponsor/Policyholder Aerospace Technologies Group, Inc. may be collectively referred to as the "Company."

To the extent that the Company has denied Mr. Duntz's LTD claim on any basis, please accept this letter as our official and continuing request on his behalf for review/appeal and his effort to exhaust completely all contractual/administrative remedies under the applicable Plan/Policy documents; further, his appeal/exhaustion of remedies as per applicable federal ERISA law/regulations.

In fact, this is a *second* appeal -- we are appealing from Lincoln's latest denial letter dated 12/20/2022. That being said, we adopt and incorporate by reference herein our initial appeal letter and all Exhibits, which came by our letter dated 10/14/2022.

** **Also, as a housekeeping matter, please note our law firm's current mailing address above (Cavalier Bldg.) – the 12/20/22 denial letter was sent to an old address (404 James Robertson Parkway).**

If, at any time, the Company needs Mr. Duntz to do anything else (reasonable) to exhaust his remedies or perfect his claim, please let us know. This specifically includes completing any additional needed forms, questionnaires or the like for the Company.

**INTRODUCTION:**

Again, the basic facts here are as follows:

- Mr. Duntz's DOB: 07/xx/1962 (*current age: 60)
- Residence: Hendersonville, TN (moved from Fla. in late 2021)
- Education: HS Graduate
- Employer: Aerospace Technologies Group
- Job: Chief of Sales a/k/a Chief Sales Office (*one of 4 Officers of Company)
- Date of Hire: 2/15/2016
- Annual Compensation/Wages: $216,499.92 (*exclusive of any bonuses)
- Last Day Worked: 7/30/2021
- Date of Disability: 7/31/2021
- STD benefits via Lincoln: 8/16/21 (began after Elimination Period) through approx. 1/27/2022
- LTD benefits received: None

As far as Mr. Duntz's job (Own Occupation) -- again, note carefully -- although the denial letters have suggested that his job was more or less the proverbial sedentary "desk job," this is simply not accurate. His job included responsibilities for managing all programs both ongoing (long-term contracts) and new in development, all customer relations and product ordering, as well as corporate marketing. He was one of four (4) officers of the Company, and clients for which he was responsible were found worldwide, including Europe, Middle East and Canada (in addition to USA). Thus, heavy travel was anticipated and expected for serving those clients, as well as participation in up to six (6) trade shows per year (shows in Dubai, Germany, France and USA). As far as the trade shows, Mr. Duntz was responsible for organizing all related customer meetings and the shows





Case 3:23-cv-00692 Document 15-3 Filed 11/27/23 Page 175 of 429 PageID #: 333

themselves, as well as attending the shows and then breaking down the booths and transporting them back to the home office. Moreover, the nature of his executive sales position required him to receive and respond to communications 24 x 7 due to the international client base. Essentially, Mr. Duntz was always "on call," which obviously makes for a stressful job.

Frankly, the upshot of the most recent denial letter; *i.e.*, that the significant physical and travel demands of our client's job could be minimized if he simply traveled "lighter" and used handicap assistance (wheelchair escorts) in the airport, etc. seems disingenuous and offensive.

To re-cap, Mr. Duntz's disabling conditions include, without limitation: atherosclerotic heart disease (coronary arteriosclerosis) (described to our client as "aggressive heart disease"); **two heart attacks (myocardial infarctions) within 18 months (March, 2020 and July, 2021),** the latter resulting in his stopping work; abnormal cardiac catheterization; placement of stent(s); hyperlipidemia; chest pain; chronic angina; shortness of breath; benign paroxysmal positional vertigo; night sweats/diaphoresis; cancer (melanoma) in numerous locations including liver; lymphadenectomy (left arm pit) (part of surgical management of cancer); also Mohs surgery to remove tumor on face; abnormal weight loss; myalgia; gout; vitamin D deficiency; hypothyroidism; and hearing loss. If all that were not enough, our client had a significant bout with Covid-19 that required him to be seen at the hospital on or about 10/18/2021. He was diagnosed at that time with acute chest pain, shortness of breath, COVID-19 virus infection, fever, chills, and cough.

According to the Physician's Statement executed by Mr. Duntz's prior treating cardiologist, Dr. Constance Fields, on 8/17/2021, **he "[n]eeds to avoid all emotional and physical stress" in terms of employment**. *See*, **Exhibit E** to our 10/12/2022 appeal letter (Lincoln STD Claim Form). Dr. Fields is Board-Certified in both Internal Medicine and Cardiovascular Disease. At this time (August, 2021), Dr. Fields suggested that Mr. Duntz might be able to return to work in March, 2022 (*which represents a date *after* the Elimination Period for LTD benefits at issue). Still, there is no specific evidence in the record that Dr. Fields ever actually cleared our client to return to work.

Once he relocated to Tennessee, our client established treatment with a cardiologist at Vanderbilt University Medical Center (VUMC)/Vanderbilt Heart, Dr. Jane Freedman. She is Board-Certified in both Cardiovascular Disease and Adult Echocardiography. Her chart notes from the 5/31/2022 visit state: **"Mr. Duntz is currently restricted in his activities due to his chronic angina and this significantly limits his ability to return to work."**

So, the most recent information from Mr. Duntz's cardiologist indicates that he is still at risk from a cardiac standpoint if he were to attempt to return to work.

## KEY LTD PLAN/POLICY DEFINITIONS:

>> **OWN OCCUPATION or REGULAR OCCUPATION** means the occupation, trade or profession:

1. in which the Insured Employee was employed with the Employer prior to Disability [during the first 12 months following the date of loss]; and

2. which was his or her main source of earned income prior to Disability.

After a period of 12 months following the date of loss, it means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:

1. whether such work is with the Employer, with some other firm, or on a self-employed basis; or

2. whether a suitable opening is currently available with the Employer or in the local labor market.

. . . .

>> **TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:

1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform:

   a. during the first 12 months following the date of loss, one or more of the Main Duties of his or her Own Occupation; or

   b. after a period of 12 months following the date of loss, each of the Main Duties of his or her Own Occupation.

2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

## CONCLUSION:

Under any legal standard of review that might apply here, the Company erroneously concluded that Mr. Duntz – after receiving full-term STD benefits (6 months) -- no longer has

significant medical issues that prevent him from returning to full-time employment. Moreover, it *still* makes no sense for Lincoln to have approved full-term STD benefits but then – in denying LTD benefits altogether – "pivot" and contend that he did not satisfy the LTD Elimination Period of 180 days. **This is a *non sequitur.*** LTD benefits should be approved and paid.

Again, it should not go without saying that neither Dr. Reza, Dr. Akhondi, nor anyone else on behalf of Lincoln ever communicated with, much less examined, our client. Yet, for example, Dr. Reza blithely concluded that the "medical records supported the claimant had additional functional capacity **greater than indicated by the treating provider**." *See, Kalish v. Liberty Mutual/Liberty Life Assur. Co.*, 419 F.3d 501 (6th Cir. 2005) (when denial of benefits based on doctor in its employ, court must view the carrier's explanation with some skepticism.... Whether a doctor has physically examined claimant is one factor that court may consider in determining if plan administrator acted arbitrarily and capriciously in giving greater weight to opinion of its consulting physician than a treating physician; failure to conduct a physical examination may raise questions about the thoroughness and accuracy of the benefits determination).

Last, given the **yellow-highlighted** portions of the Own Occupation definition above, which present a more generous standard for at least the first 12 months of disability, the thrust of the 12/20/2022 denial letter; *i.e.*, that any particularly unique, strenuous or stressful aspects of our client's job at Aerospace Technologies (including travel demands) may be ignored; is simply contrary to explicit Policy language and wrong.[1] The Company, with all things considered, has simply "thumbed its nose" at the Policy definition of Disability.

*See, Burke v. Pitney Bowes Inc. Long Term Disability Plan*, 640 F. Supp. 2d 1160, 1176 (N.D. Cal. 2009) ("...[T]he plan administrator's interest, if it is following the law, is not to deny benefits as often as possible but to come to the right decision in each case...; the administrator's role is to grant meritorious claims but to deny non-meritorious claims in order to protect the plan's assets for the benefit of other participants").

To conclude, we again ask that you bring Mr. Duntz current in a lump–sum payment for all past-due LTD benefits (plus interest), then continue his LTD benefits to the fullest thereafter, per the terms of the governing Plan/Policy. The Company should also acknowledge and preserve his right

[1] *E.g.*, on p. 3 of the 12/20/2022 denial letter, the analysis includes: "Based on information obtained from your client's employer, occupational information contained within the *Dictionary of Occupational Titles* (DOT), and evaluation from vocational professionals, we have determined that your client's occupation as a Vice President is best defined as a Vice President in the national workforce.... Regarding physical capacity, a Vice President in the national workforce is a sedentary physical capacity occupation."

(if needed) to make application in the future for LTD benefits that have not yet come due. This includes benefits once the Any Occupation definition of disability is triggered, which will occur (without more) in or about late January, 2024.

This letter is sent without waiver of, or prejudice to, Mr. Duntz's rights and remedies under the LTD Plan/Policy at issue and governing law. All rights and remedies are expressly reserved.

If you have questions or concerns regarding this matter, please call me. We look forward to your response.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
cc: Mr. Duntz (e-mail only)

FEB 21 2023

Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Road -- Suite # 250
Nashville, TN 37205

7019 2280 0002 0903 2494

NASHVILLE TN 370
16 FEB 2023 PM 4 L

UNITED STATES POSTAL SERVICE

RDC 99

68103

U.S. POSTAGE PAID
FCM LETTER
BURNS, TN
37029
FEB 15, 23
AMOUNT

**$8.37**

R2305M143381-05

Claims Shared Services
The Lincoln National Life Insur. Co.
ATTN.: Susan McShane
P.O. Box 2337
Omaha, NE 68103

68103-233737

**Lincoln/Duntz 0268**

Samuel D. Payne
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

February 13, 2023

**VIA CERTIFIED MAIL # 7019 2280 0002 0903 2494**
**RETURN RECEIPT REQUESTED**
**& FACSIMILE: # (402) 361-1460**

**Claims Shared Services**
**The Lincoln National Life Insur. Co.**
**ATTN.: Susan McShane**
**P.O. Box 2337**
**Omaha, NE 68103**

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Matthew Duntz** |
| | **LTD Claim No.:** | **1220010964** |
| | **Policy No.:** | **00001014129000000** |
| | **Policyholder:** | **Aerospace Technologies Group, Inc.** |
| | **DOB:** | |

Dear Ms. McShane, or To Whom It May Concern:

As you may know, this law firm represents Matthew Duntz regarding his long-term disability ["LTD"] benefits under the Plan/Policy as referenced above. Throughout this letter, Lincoln and Employer/Plan Sponsor/Policyholder Aerospace Technologies Group, Inc. may be collectively referred to as the "Company."

To the extent that the Company has denied Mr. Duntz's LTD claim on any basis, please accept this letter as our official and continuing request on his behalf for review/appeal and his effort to exhaust completely all contractual/administrative remedies under the applicable Plan/Policy documents; further, his appeal/exhaustion of remedies as per applicable federal ERISA law/regulations.

In fact, this is a *second* appeal -- we are appealing from Lincoln's latest denial letter dated 12/20/2022. That being said, we adopt and incorporate by reference herein our initial appeal letter and all Exhibits, which came by our letter dated 10/14/2022.

**** Also, as a housekeeping matter, please note our law firm's current mailing address above (Cavalier Bldg.) – the 12/20/22 denial letter was sent to an <u>old</u> address (404 James Robertson Parkway).**

If, at any time, the Company needs Mr. Duntz to do anything else (reasonable) to exhaust his remedies or perfect his claim, please let us know. This specifically includes completing any additional needed forms, questionnaires or the like for the Company.

## <u>INTRODUCTION:</u>

Again, the basic facts here are as follows:

- Mr. Duntz's DOB: 07/xx/1962 (*current age: 60)
- Residence: Hendersonville, TN (moved from Fla. in late 2021)
- Education: HS Graduate
- Employer: Aerospace Technologies Group
- Job: Chief of Sales a/k/a Chief Sales Office (*one of 4 Officers of Company)
- Date of Hire: 2/15/2016
- Annual Compensation/Wages: $216,499.92 (*exclusive of any bonuses)
- Last Day Worked: 7/30/2021
- Date of Disability: 7/31/2021
- STD benefits via Lincoln: 8/16/21 (began after Elimination Period) through approx. 1/27/2022
- LTD benefits received: None

As far as Mr. Duntz's job (Own Occupation) -- again, note carefully -- although the denial letters have suggested that his job was more or less the proverbial sedentary "desk job," this is simply not accurate. His job included responsibilities for managing all programs both ongoing (long-term contracts) and new in development, all customer relations and product ordering, as well as corporate marketing. He was one of four (4) officers of the Company, and clients for which he was responsible were found worldwide, including Europe, Middle East and Canada (in addition to USA). Thus, heavy travel was anticipated and expected for serving those clients, as well as participation in up to six (6) trade shows per year (shows in Dubai, Germany, France and USA). As far as the trade shows, Mr. Duntz was responsible for organizing all related customer meetings and the shows



PAGE 2/6 * RCVD AT 2/13/2023 6:04:31 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:4023611460 * CSID:NEXTIVA * ANI:16157270175 * DURATION (mm-ss):03-59

themselves, as well as attending the shows and then breaking down the booths and transporting them back to the home office. Moreover, the nature of his executive sales position required him to receive and respond to communications 24 x 7 due to the international client base. Essentially, Mr. Duntz was always "on call," which obviously makes for a stressful job.

Frankly, the upshot of the most recent denial letter; *i.e.*, that the significant physical and travel demands of our client's job could be minimized if he simply traveled "lighter" and used handicap assistance (wheelchair escorts) in the airport, etc. seems disingenuous and offensive.

To re-cap, Mr. Duntz's disabling conditions include, without limitation: atherosclerotic heart disease (coronary arteriosclerosis) (described to our client as "aggressive heart disease"); **two heart attacks (myocardial infarctions) within 18 months (March, 2020 and July, 2021),** the latter resulting in his stopping work; abnormal cardiac catheterization; placement of stent(s); hyperlipidemia; chest pain; chronic angina; shortness of breath; benign paroxysmal positional vertigo; night sweats/diaphoresis; cancer (melanoma) in numerous locations including liver; lymphadenectomy (left arm pit) (part of surgical management of cancer); also Mohs surgery to remove tumor on face; abnormal weight loss; myalgia; gout; vitamin D deficiency; hypothyroidism; and hearing loss. If all that were not enough, our client had a significant bout with Covid-19 that required him to be seen at the hospital on or about 10/18/2021. He was diagnosed at that time with acute chest pain, shortness of breath, COVID-19 virus infection, fever, chills, and cough.

According to the Physician's Statement executed by Mr. Duntz's prior treating cardiologist, Dr. Constance Fields, on 8/17/2021, **he "[n]eeds to avoid all emotional and physical stress" in terms of employment**. *See*, **Exhibit E** to our 10/12/2022 appeal letter (Lincoln STD Claim Form). Dr. Fields is Board-Certified in both Internal Medicine and Cardiovascular Disease. At this time (August, 2021), Dr. Fields suggested that Mr. Duntz might be able to return to work in March, 2022 (*which represents a date *after* the Elimination Period for LTD benefits at issue). Still, there is no specific evidence in the record that Dr. Fields ever actually cleared our client to return to work.

Once he relocated to Tennessee, our client established treatment with a cardiologist at Vanderbilt University Medical Center (VUMC)/Vanderbilt Heart, Dr. Jane Freedman. She is Board-Certified in both Cardiovascular Disease and Adult Echocardiography. Her chart notes from the 5/31/2022 visit state: **"Mr. Duntz is currently restricted in his activities due to his chrouic angina and this significantly limits his ability to return to work."**

So, the most recent information from Mr. Duntz's cardiologist indicates that he is still at risk from a cardiac standpoint if he were to attempt to return to work.

## KEY LTD PLAN/POLICY DEFINITIONS:

>> **OWN OCCUPATION or REGULAR OCCUPATION** means the occupation, trade or profession:

1. in which the Insured Employee was employed with the Employer prior to Disability [during the first 12 months following the date of loss]; and

2. which was his or her main source of earned income prior to Disability.

After a period of 12 months following the date of loss, it means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:

1. whether such work is with the Employer, with some other firm, or on a self-employed basis; or

2. whether a suitable opening is currently available with the Employer or in the local labor market.

. . . .

>> **TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:

1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform:

a. during the first 12 months following the date of loss, one or more of the Main

Duties of his or her Own Occupation; or

b. after a period of 12 months following the date of loss, each of the Main Duties of his or her Own Occupation.

2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

## CONCLUSION:

Under any legal standard of review that might apply here, the Company erroneously concluded that Mr. Duntz – after receiving full-term STD benefits (6 months) -- no longer has

significant medical issues that prevent him from returning to full-time employment. Moreover, it *still* makes no sense for Lincoln to have approved full-term STD benefits but then – in denying LTD benefits altogether – "pivot" and contend that he did not satisfy the LTD Elimination Period of 180 days. **This is a *non sequitur*.** LTD benefits should be approved and paid.

Again, it should not go without saying that neither Dr. Reza, Dr. Akhondi, nor anyone else on behalf of Lincoln ever communicated with, much less examined, our client. Yet, for example, Dr. Reza blithely concluded that the "medical records supported the claimant had additional functional capacity **greater than indicated by the treating provider**." *See, Kalish v. Liberty Mutual/Liberty Life Assur. Co.*, 419 F.3d 501 (6th Cir. 2005) (when denial of benefits based on doctor in its employ, court must view the carrier's explanation with some skepticism.... Whether a doctor has physically examined claimant is one factor that court may consider in determining if plan administrator acted arbitrarily and capriciously in giving greater weight to opinion of its consulting physician than a treating physician; failure to conduct a physical examination may raise questions about the thoroughness and accuracy of the benefits determination).

Last, given the **yellow-highlighted** portions of the Own Occupation definition above, which present a more generous standard for at least the first 12 months of disability, the thrust of the 12/20/2022 denial letter; *i.e.*, that any particularly unique, strenuous or stressful aspects of our client's job at Aerospace Technologies (including travel demands) may be ignored; is simply contrary to explicit Policy language and wrong.[1] The Company, with all things considered, has simply "thumbed its nose" at the Policy definition of Disability.

*See, Burke v. Pitney Bowes Inc. Long Term Disability Plan*, 640 F. Supp. 2d 1160, 1176 (N.D. Cal. 2009) ("...[T]he plan administrator's interest, if it is following the law, is not to deny benefits as often as possible but to come to the right decision in each case...; the administrator's role is to grant meritorious claims but to deny non-meritorious claims in order to protect the plan's assets for the benefit of other participants").

To conclude, we again ask that you bring Mr. Duntz current in a lump-sum payment for all past-due LTD benefits (plus interest), then continue his LTD benefits to the fullest thereafter, per the terms of the governing Plan/Policy. The Company should also acknowledge and preserve his right

[1] *E.g.*, on p. 3 of the 12/20/2022 denial letter, the analysis includes: "Based on information obtained from your client's employer, occupational information contained within the *Dictionary of Occupational Titles* (DOT), and evaluation from vocational professionals, we have determined that your client's occupation as a Vice President is best defined as a Vice President in the national workforce.... Regarding physical capacity, a Vice President in the national workforce is a sedentary physical capacity occupation."

(if needed) to make application in the future for LTD benefits that have not yet come due. This includes benefits once the Any Occupation definition of disability is triggered, which will occur (without more) in or about late January, 2024.

This letter is sent without waiver of, or prejudice to, Mr. Duntz's rights and remedies under the LTD Plan/Policy at issue and governing law. All rights and remedies are expressly reserved.

If you have questions or concerns regarding this matter, please call me. We look forward to your response.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
cc: Mr. Duntz (e-mail only)

REF #16882365

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

January 4, 2023

AEROSPACE TECHNOLOGIES GRO P, INC.
ATTN Michelle Glenn
620 NW 35th St
Boca Raton, FL 33431

Re: Policy Number: 000010141290000000
Claim Number: 1220010964
Claimant: Matthew Duntz

Dear Michelle Glenn:

This letter is in regard to Mr. Duntz's request for an appeal of the denied Long Term Disability claim.

pon review of the medical evidence, it has been determined that we are unable to overturn the original denial of their claim.

We cannot provide you with a copy of the detailed letter sent to the employee due to the confidential information that is contained in the letter regarding their medical records.

Please contact me directly at the number below with any questions you may have or email us at disabilityclaims@lfg.com.

Sincerely,

Susan McShane
800-423-2765 2769
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 20, 2022

CODY ALLISON AND ASSOCIATES, PLLC
ATTN K. CODY ALLISON
404 JAMES ROBERTSON PKWY; S ITE 1623
NASHVILLE, TN 37219

Re: Policyholder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129000000
Claim Number: 1220010964
Claimant: Matthew Duntz

Dear K. CODY ALLISON:

We have completed our review of your client's Long Term Disability appeal. Based on the information provided, we have determined that we are unable to approve benefits. In our appeal review process, all information previously submitted as well as any new documentation was used to make a determination.

To be eligible for benefits under the policy issued to Aerospace Technologies Group, Inc., an individual must satisfy all of the provisions of the policy. This includes, but is not limited to, the following:

> **T TAL I A ILIT** or **T TALL I A L** will be defined as follows
> 1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform:
> a. during the first 12 months following the date of loss, one or more of the Main Duties of his or her Own Occupation; or
> b. after a period of 12 months following the date of loss, each of the Main Duties of his or her Own Occupation.
> 2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.
>
> The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**LI INATI N RI** means the number of days of Disability during which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits. It applies as follows.

1. The Elimination Period:

a. begins on the first day of Disability; and

b. is satisfied when the required number of days is accumulated within a period which does not exceed two times the Elimination Period.

, the Insured Employee may return to work, at his or her own or any other occupation, for an accumulated number of days not to exceed the Elimination Period.

2. Only days of Disability caused by the same or a related Sickness or Injury will count towards the Elimination Period. Days on which the Insured Employee returns to will not count towards the Elimination Period,

ELIMINATION PERIOD: calendar days of Disability caused by the same or a related Sickness or Injury, which must be accumulated within a calendar day period.

**AIN TI** or **AT RIAL AN TANTIAL TI** means those job tasks that:

1. during the first 12 months following the date of loss, are normally required to perform the Insured Employee's Own Occupation; or

2. after a period of 12 months following the date of loss:

a. are normally required to perform the Insured Employee's Own Occupation; and

b. could not reasonably be modified or omitted.

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:

1. the Employer is subject to the Act; or

2. the Insured Employee has requested such a job accommodation.

An Employer's failure to modify or omit other job tasks does **not** render the Insured Employee unable to perform the Main Duties of the job.

Main Duties, after a period of 12 months following the date of loss, include those job tasks:

1. as described in the .S. Department of Labor Dictionary of Occupational Titles; and

2. as performed in the general labor market and national economy.

Main Duties are **not** limited to those specific job tasks as performed for a certain firm or at a certain work site.

**N CC ATI N or R LAR CC ATI N** means the occupation, trade or profession:

1. in which the Insured Employee was employed with the Employer prior to Disability; and
2. which was his or her main source of earned income prior to Disability.

After a period of 12 months following the date of loss, it means a collective description of related jobs, as defined by the .S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:
1. whether such work is with the Employer, with some other firm, or on a self-employed basis; or
2. whether a suitable opening is currently available with the Employer or in the local labor market.

Based on information obtained from your client's employer, occupational information contained within the *Dictionary of Occupational Titles* (DOT), and evaluation from vocational professionals, we have determined that your client's occupation as a Vice President is best defined as a Vice President in the national workforce. The material and substantial duties of a Vice President include but are not limited to the following:

- Participates in formulating and administering company policies and developing long range goals and objectives.
- Directs and coordinates activities of department or division for which responsibility is delegated to further attainment of goals and objectives.
- Reviews analyses of activities, costs, operations, and forecast data to determine department or division progress toward stated goals and objectives.
- Confers with chief administrative officer and other administrative personnel to review achievements and discuss required changes in goals or objectives resulting from current status and conditions.

Regarding physical capacity, a Vice President in the national workforce is a Sedentary physical capacity occupation. The definition of Sedentary work is Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are only required occasionally (1-33 ) and if all other sedentary criteria are met. Sedentary work may require exertion up to 10 lbs. occasionally and a negligible degree of exertion on a frequent (34-66 ) or constant (67-100 ) basis.

In addition, we consulted with the Vocational Rehabilitation Consultant to review the Occupational Analysis for Vice President. The following is the response to the consultation:

In this analysis, the attorney's arguing that the travel requirements of the occupation push the occupation into a light category. Both the Dictionary of Occupational Titles (DOT) as well as the Economic Research Institute (ERI) list the occupation as a sedentary one. Occasional standing and walking is required with lifting up to 10 pounds occasionally. ERI notes travel frequently required in this occupation; however, travel does not automatically push an occupation into a light category.

During travel, individuals have the opportunity to pack lighter, more manageable, bags. The use of airport transportation is easily attainable (and encouraged by

some employers) and drivers may handle bags for passengers (from residence/place of business to curbside) alleviating the need to lift/carry more than is able. Airports also offer baggage handling to and from curbside. When considering mobility (standing/walking) with air travel, airports readily offer mobility assistance (wheelchair/scooter use-with or without assistance) from curbside into plane and from plane to ground transportation, alleviating the need to stand in security lines or walk to/from gate. In fact, per the Americans with Disabilities Act, Air Carrier Access Act and the Federal Department of Transportation rules, it is mandatory/compulsory that airports provide accessibility for individual mobility devices and domestic/international airlines provide boarding, deplaning, and connecting assistance, including both personnel and equipment, to passengers with disabilities who have requested it . This includes use of ground wheelchairs, boarding wheelchairs, assistance in loading and retrieving carry-on items, assistance in making flight connections and transportation between gates, which confirms that lifting/carrying/standing/ walking when traveling can be adjusted based on personal needs/abilities.

In order to be considered Totally Disabled, the medical evidence must support that your client would be unable to perform each of the main duties of your client's regular occupation. As such, in considering your client's eligibility for Long Term Disability benefits as of 01/27/2022, we evaluated whether your client would be restricted or limited from performing the main duties of your client's occupation as listed above.

Your client's entire file was reviewed upon appeal. Disability must be supported from 07/31/2021 forward, which was the focus of our determination.

**ummary of Initial Claim ilin**

Your client's initial claim forms state that your client was unable to continue working in your client's own occupation beyond 07/30/2021 due to Atherosclerotic heart disease.

Benefits were not approved after we determined your client is not Totally Disabled from performing the main duties of their occupation. Our evaluation included review of the medical documentation, including consultation with and/or review of a written report from an independent physician who is Board Certified in Cardiology. Our evaluation determined the medical records did not support restrictions and limitations that would render your client unable to perform the main duties of their occupation beyond 12/21/2021, which was not completing the entire 180 day elimination of 07/31/2021 to 01/27/2022. Your client was denied for not meeting the elimination period as defined on page one of this letter. For complete details please refer to our letter dated 05/02/2022.

**ummary of Appeal**

On 10/13/2022, your client filed an appeal in response to our determination to deny benefits. Additional information was submitted with your client's appeal, including 279 pages of medical records from 2020 through 2022 and medication lists.

As part of our appeal review, we consulted with Dr. Andre Akhondi, an independent physician reviewer who is Board Certified in cardiovascular Disease. His report was sent to you on 11/21/2022, for you to review the determination of your client's restrictions and limitations. Please refer to the report for details of the medical records that were reviewed. A response was due by 12/12/2022, however on 11/30/2022, you called and indicated you would not be responding and to proceed with our determination.

In addition, a clarifying question was sent to the peer reviewer to address the statement of Dr. Fields in that your client should avoid emotional and physical stress. The clarification is noted in part below:

> **id you find any medical records in the file to su stantiate r ields statements re ardin a oid emotional stress or physical stress lease address these statements and your findin of medical records that may or may not su stantiate them**
>
> Yes. There are medical records in the file to substantiate Dr Fields statements regarding avoid emotional stress or physical stress.
>
> The claimant has history of coronary artery disease s/p non-ST segment elevation myocardial infraction on 3/22/20 and single vessel disease with 100 proximal to mid left circumflex occlusion s/p successful percutaneous coronary intervention and stent placement. On 8/3/21, he developed chest pain and was found to have luminal irregularities in the RCA, LAD. The first diagonal branch had a mid 90 stenosis and angioplasty were performed on this lesion at that time. Cardiac catheterization on 12/13/21 showed nonobstructive coronary artery disease in a small diagonal, 60 left ventricular ejection fraction, a LAD 90 mid stenosis too small to stent. Groin closure device was deployed in the right femoral artery. He had his typical angina symptoms which resolved within 15 minutes if he used a nitro patch or take sublingual nitro in 01/2022. He had chronic stable angina, relatively frequent chest pain almost daily despite use of nitrates, generalized fatigue in 05/2022. Based on abovementioned ongoing symptoms becoming more frequent as well as a residual LAD 90 mid stenosis too small to stent, the claimant is at risk for myocardial infarction, and he should avoid emotional stress or physical stress to reduce to risk. Overall, finding of medical records substantiate Dr. Fields statements.
>
> **o these statements at all impact and or chan e the findin s e pressed in your prior peer re ie a e you opined any ne or different restrictions and limitations lease e plain**
>
> No. These statements at all do not impact and/or change the findings expressed in my prior peer review.
>
> No. I have not opined any new or different restrictions and limitations since the claimant has already been provided with physical restrictions and limitations in prior review to limit his physical exertion as well as physical stress.

**<u>Appeal ecision</u>**

We understand that your client has been diagnosed with Atherosclerotic heart disease. However, our review of the medical documentation, which included consultation with and/or review of a written report from an independent physician who is Board Certified in Cardiology,

as well as a review of any restrictions or limitations that were identified during our review process, determined the medical records do not support restrictions and limitations that would render your client was unable to perform the main duties of your client's own occupation beyond your client's 07/21/2021, thru his 180 day elimination period of 01/27/2022, and beyond.

Review of the medical records indicates that your client's restrictions and limitations as of 07/31/2021 are of the sedentary to light capacity. Your client's occupation of Vice President and is a sedentary occupation, therefore the identified restrictions and limitations would not preclude him from performing in his own occupation with his own occ. The restrictions and limitations are listed below:

Total restriction is supported from 08/02/2021 – 08/09/2021 for chest pain, hospitalization, and angioplasty.

From 07/31/2021 – 08/01/2021 and from 08/10/2021 to current:
Sitting: nrestricted
Standing: Frequently, for up to 4 hour per day
Walking: Frequently, for up to 3 hour per day
Lifting: Occasionally, up to 30 lbs. B E
Carrying: Occasionally, up to 30 lbs. B E
Pushing: Occasionally, up to 30 lbs. B E
Pulling: Occasionally, up to 30 lbs. B E
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Crawling: Frequently
Reaching: Frequently overhead and below waist level B E; nrestricted to desk level

B E
se lower extremities for foot controls: nrestricted BLE
Fine manipulation: nrestricted B E
Simple and firm grasping: nrestricted B E

The above recommended restrictions and limitations are indicated from 7/31/21 to current, with reassessment on or around 05/10/23.

The claimant's abilities are sustainable on a full-time basis except the period of total work restriction

In addition, review of the Attending Physician Statement of 08/2021, your client's cardiologist, Dr. Fields does state avoid all emotional and physical stress and an clarification was sent to peer reviewer, to address this statement. The peer reviewer noted that based on ongoing symptoms becoming more frequent as well as a residual LAD 90 mid stenosis too small to stent, the claimant is at risk for myocardial infarction, and your client should avoid emotional stress or physical stress to reduce the risk. Meaning that his Cardiologist was basing the statement on the records and overall, finding of medical records substantiate his cardiologist

statements. However, the Cardiology statement did not change the peer reviewer's opinion or change the determined restrictions and limitations identified above.

Therefore, we find that your client is not Totally Disabled, as defined by his policy and listed on page one of this letter, as his restrictions and limitations are consistent with his sedentary occupation.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

**Appeal Ri hts**

As a reminder, your client has exhausted their first level of appeal. If your client disagrees with this decision, you, your client, or a person legally authorized as your client's representative, may pursue a final administrative appeal.

To initiate this process please have your client or an authorized representative submit a written request for review to the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

The following should be included with the appeal letter:

1. The policy number and claim number;
2. The reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your client's appeal, we will review the claim and provide you or your client with a full written explanation of the decision within 45 days. You or your client may also request copies of records and other information relevant to the claim free of charge.

If your client's plan is subject to ERISA, he or she may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your client's local .S. Department of Labor Office or your client's state insurance regulatory agency. In addition, once all required reviews of your client's claim have been completed, your client has the right to bring a civil action under applicable law.

The employer's plan has a contractual limitations indicates a statute of limitations, which means that a lawsuit must be brought within five years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is 05/28/2028.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Susan McShane
800-423-2765  2769
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló̜. Kojį' hódíílnih áǫį̜óóǫéą́ǫąíę́ę.

**Lincoln/Duntz 0284**

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 20, 2022

CODY ALLISON AND ASSOCIATES, PLLC
ATTN K. CODY ALLISON
404 JAMES ROBERTSON PKWY; SUITE 1623
NASHVILLE, TN 37219

Re: Policyholder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129000000
Claim Number: 1220010964
Claimant: Matthew Duntz

Dear K. CODY ALLISON:

We have completed our review of your client's Long Term Disability appeal. Based on the information provided, we have determined that we are unable to approve benefits. In our appeal review process, all information previously submitted as well as any new documentation was used to make a determination.

To be eligible for benefits under the policy issued to Aerospace Technologies Group, Inc., an individual must satisfy all of the provisions of the policy. This includes, but is not limited to, the following:

> **TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows
> 1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform:
> a. during the first 12 months following the date of loss, one or more of the Main Duties of his or her Own Occupation; or
> b. after a period of 12 months following the date of loss, each of the Main Duties of his or her Own Occupation.
> 2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.
>
> The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**ELIMINATION PERIOD** means the number of days of Disability during which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits. It applies as follows.

1. The Elimination Period:

a. begins on the first day of Disability; and

b. is satisfied when the required number of days is accumulated within a period which does not exceed two times the Elimination Period.

, the Insured Employee may return to work, at his or her own or any other occupation, for an accumulated number of days not to exceed the Elimination Period.

2. Only days of Disability caused by the same or a related Sickness or Injury will count towards the Elimination Period. Days on which the Insured Employee returns to will not count towards the Elimination Period,

ELIMINATION PERIOD: calendar days of Disability caused by the same or a related Sickness or Injury, which must be accumulated within a calendar day period.

**MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:

1. during the first 12 months following the date of loss, are normally required to perform the Insured Employee's Own Occupation; or

2. after a period of 12 months following the date of loss:

a. are normally required to perform the Insured Employee's Own Occupation; and

b. could not reasonably be modified or omitted.

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:

1. the Employer is subject to the Act; or

2. the Insured Employee has requested such a job accommodation.

An Employer's failure to modify or omit other job tasks does **not** render the Insured Employee unable to perform the Main Duties of the job.

Main Duties, after a period of 12 months following the date of loss, include those job tasks:

1. as described in the U.S. Department of Labor Dictionary of Occupational Titles; and

2. as performed in the general labor market and national economy.

Main Duties are **not** limited to those specific job tasks as performed for a certain firm or at a certain work site.

**OWN OCCUPATION or REGULAR OCCUPATION** means the occupation, trade or profession:

1. in which the Insured Employee was employed with the Employer prior to Disability; and
2. which was his or her main source of earned income prior to Disability.

After a period of 12 months following the date of loss, it means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:
1. whether such work is with the Employer, with some other firm, or on a self-employed basis; or
2. whether a suitable opening is currently available with the Employer or in the local labor market.

Based on information obtained from your client's employer, occupational information contained within the *Dictionary of Occupational Titles* (DOT), and evaluation from vocational professionals, we have determined that your client's occupation as a Vice President is best defined as a Vice President in the national workforce. The material and substantial duties of a Vice President include but are not limited to the following:

- Participates in formulating and administering company policies and developing long range goals and objectives.
- Directs and coordinates activities of department or division for which responsibility is delegated to further attainment of goals and objectives.
- Reviews analyses of activities, costs, operations, and forecast data to determine department or division progress toward stated goals and objectives.
- Confers with chief administrative officer and other administrative personnel to review achievements and discuss required changes in goals or objectives resulting from current status and conditions.

Regarding physical capacity, a Vice President in the national workforce is a Sedentary physical capacity occupation. The definition of Sedentary work is Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are only required occasionally (1-33%) and if all other sedentary criteria are met. Sedentary work may require exertion up to 10 lbs. occasionally and a negligible degree of exertion on a frequent (34-66%) or constant (67-100%) basis.

In addition, we consulted with the Vocational Rehabilitation Consultant to review the Occupational Analysis for Vice President. The following is the response to the consultation:

"In this analysis, the attorney's arguing that the travel requirements of the occupation push the occupation into a light category. Both the Dictionary of Occupational Titles (DOT) as well as the Economic Research Institute (ERI) list the occupation as a sedentary one. Occasional standing and walking is required with lifting up to 10 pounds occasionally. ERI notes travel frequently required in this occupation; however, travel does not automatically push an occupation into a light category.

During travel, individuals have the opportunity to pack lighter, more manageable, bags. The use of airport transportation is easily attainable (and encouraged by

some employers) and drivers may handle bags for passengers (from residence/place of business to curbside) alleviating the need to lift/carry more than is able. Airports also offer baggage handling to and from curbside. When considering mobility (standing/walking) with air travel, airports readily offer mobility assistance (wheelchair/scooter use-with or without assistance) from curbside into plane and from plane to ground transportation, alleviating the need to stand in security lines or walk to/from gate. In fact, per the Americans with Disabilities Act, Air Carrier Access Act and the Federal Department of Transportation rules, it is mandatory/compulsory that airports provide accessibility for individual mobility devices and domestic/international airlines provide "boarding, deplaning, and connecting assistance, including both personnel and equipment, to passengers with disabilities who have requested it". This includes use of ground wheelchairs, boarding wheelchairs, assistance in loading and retrieving carry-on items, assistance in making flight connections and transportation between gates, which confirms that lifting/carrying/standing/ walking when traveling can be adjusted based on personal needs/abilities."

In order to be considered Totally Disabled, the medical evidence must support that your client would be unable to perform each of the main duties of your client's regular occupation. As such, in considering your client's eligibility for Long Term Disability benefits as of 01/27/2022, we evaluated whether your client would be restricted or limited from performing the main duties of your client's occupation as listed above.

Your client's entire file was reviewed upon appeal. Disability must be supported from 07/31/2021 forward, which was the focus of our determination.

**Summary of Initial Claim Filing**

Your client's initial claim forms state that your client was unable to continue working in your client's own occupation beyond 07/30/2021 due to Atherosclerotic heart disease.

Benefits were not approved after we determined your client is not Totally Disabled from performing the main duties of their occupation. Our evaluation included review of the medical documentation, including consultation with and/or review of a written report from an independent physician who is Board Certified in Cardiology. Our evaluation determined the medical records did not support restrictions and limitations that would render your client unable to perform the main duties of their occupation beyond 12/21/2021, which was not completing the entire 180 day elimination of 07/31/2021 to 01/27/2022. Your client was denied for "not meeting the elimination period" as defined on page one of this letter. For complete details please refer to our letter dated 05/02/2022.

**Summary of Appeal**

On 10/13/2022, your client filed an appeal in response to our determination to deny benefits. Additional information was submitted with your client's appeal, including 279 pages of medical records from 2020 through 2022 and medication lists.

As part of our appeal review, we consulted with Dr. Andre Akhondi, an independent physician reviewer who is Board Certified in cardiovascular Disease. His report was sent to you on 11/21/2022, for you to review the determination of your client's restrictions and limitations. Please refer to the report for details of the medical records that were reviewed. A response was due by 12/12/2022, however on 11/30/2022, you called and indicated you would not be responding and to proceed with our determination.

In addition, a clarifying question was sent to the peer reviewer to address the statement of Dr. Fields in that your client should "avoid emotional and physical stress." The clarification is noted in part below:

> **"1. Did you find any medical records in the file to substantiate Dr. Fields statements regarding avoid emotional stress or physical stress. Please address these statements and your finding of medical records that may or may not substantiate them.**
>
> Yes. There are medical records in the file to substantiate Dr Fields statements regarding avoid emotional stress or physical stress.
>
> The claimant has history of coronary artery disease s/p non-ST segment elevation myocardial infraction on 3/22/20 and single vessel disease with 100% proximal to mid left circumflex occlusion s/p successful percutaneous coronary intervention and stent placement. On 8/3/21, he developed chest pain and was found to have luminal irregularities in the RCA, LAD. The first diagonal branch had a mid 90% stenosis and angioplasty were performed on this lesion at that time. Cardiac catheterization on 12/13/21 showed nonobstructive coronary artery disease in a small diagonal, 60% left ventricular ejection fraction, a LAD 90% mid stenosis too small to stent. Groin closure device was deployed in the right femoral artery. He had his typical angina symptoms which resolved within 15 minutes if he used a nitro patch or take sublingual nitro in 01/2022. He had chronic stable angina, relatively frequent chest pain almost daily despite use of nitrates, generalized fatigue in 05/2022. Based on abovementioned ongoing symptoms becoming more frequent as well as a residual LAD 90% mid stenosis too small to stent, the claimant is at risk for myocardial infarction, and he should avoid emotional stress or physical stress to reduce to risk. Overall, finding of medical records substantiate Dr. Fields statements.
>
> **2. Do these statements at all impact and/or change the findings expressed in your prior peer review? Have you opined any new or different restrictions and limitations? Please explain.**
>
> No. These statements at all do not impact and/or change the findings expressed in my prior peer review.
>
> No. I have not opined any new or different restrictions and limitations since the claimant has already been provided with physical restrictions and limitations in prior review to limit his physical exertion as well as physical stress."

**<u>Appeal Decision</u>**

We understand that your client has been diagnosed with Atherosclerotic heart disease. However, our review of the medical documentation, which included consultation with and/or review of a written report from an independent physician who is Board Certified in Cardiology,

as well as a review of any restrictions or limitations that were identified during our review process, determined the medical records do not support restrictions and limitations that would render your client was unable to perform the main duties of your client's own occupation beyond your client's 07/21/2021, thru his 180 day elimination period of 01/27/2022, and beyond.

Review of the medical records indicates that your client's restrictions and limitations as of 07/31/2021 are of the sedentary to light capacity. Your client's occupation of Vice President and is a sedentary occupation, therefore the identified restrictions and limitations would not preclude him from performing in his own occupation with his own occ. The restrictions and limitations are listed below:

Total restriction is supported from 08/02/2021 – 08/09/2021 for chest pain, hospitalization, and angioplasty.

From 07/31/2021 – 08/01/2021 and from 08/10/2021 to current:
Sitting: Unrestricted
Standing: Frequently, for up to 4 hour per day
Walking: Frequently, for up to 3 hour per day
Lifting: Occasionally, up to 30 lbs. BUE
Carrying: Occasionally, up to 30 lbs. BUE
Pushing: Occasionally, up to 30 lbs. BUE
Pulling: Occasionally, up to 30 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Crawling: Frequently
Reaching: Frequently overhead and below waist level BUE; Unrestricted to desk level

BUE
Use lower extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above recommended restrictions and limitations are indicated from 7/31/21 to current, with reassessment on or around 05/10/23.

The claimant's abilities are sustainable on a full-time basis except the period of total work restriction

In addition, review of the Attending Physician Statement of 08/2021, your client's cardiologist, Dr. Fields does state "avoid all emotional and physical stress" and an clarification was sent to peer reviewer, to address this statement. The peer reviewer noted that based on ongoing symptoms becoming more frequent as well as a residual LAD 90% mid stenosis too small to stent, the claimant is at risk for myocardial infarction, and your client should avoid emotional stress or physical stress to reduce the risk. Meaning that his Cardiologist was basing the statement on the records and overall, finding of medical records substantiate his cardiologist

statements. However, the Cardiology statement did not change the peer reviewer's opinion or change the determined restrictions and limitations identified above.

Therefore, we find that your client is not "Totally Disabled, as defined by his policy and listed on page one of this letter, as his restrictions and limitations are consistent with his sedentary occupation.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

**Appeal Rights**

As a reminder, your client has exhausted their first level of appeal. If your client disagrees with this decision, you, your client, or a person legally authorized as your client's representative, may pursue a final administrative appeal.

To initiate this process please have your client or an authorized representative submit a written request for review to the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

The following should be included with the appeal letter:

1. The policy number and claim number;
2. The reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your client's appeal, we will review the claim and provide you or your client with a full written explanation of the decision within 45 days. You or your client may also request copies of records and other information relevant to the claim free of charge.

If your client's plan is subject to ERISA, he or she may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your client's local U.S. Department of Labor Office or your client's state insurance regulatory agency. In addition, once all required reviews of your client's claim have been completed, your client has the right to bring a civil action under applicable law.

The employer's plan has a contractual limitations indicates a statute of limitations, which means that a lawsuit must be brought within five years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is 05/28/2028.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Susan McShane
800-423-2765 *2769
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló. Kojį' hódíílnih áǫįóóǫéąąǫąíę́ę.

# Andre Akhondi, MD
## *Board-Certified in Cardiovascular Disease*

CLAIMANT NAME: Duntz, Matthew
EXAMINER: Andre Akhondi, MD
ECN #: 204356-4
CLAIM #: 1220010964
DATE OF LOSS: 7/31/2021
DATE OF SERVICE: 12/15/2022

**CLARIFICATION:**

**The Attending Physicians Statement of 08/01/2021 by Dr Constance Fields indicates under section #4 Limitations and restrictions, the doctor writes in "He should not be under any emotional stress" The doctor also indicates for job modifications " Needs to avoid all emotional and physical stress"**

1. **Did you find any medical records in the file to substantiate Dr Fields statements regarding avoid emotional stress or physical stress. Please address these statements and your finding of medical records that may or may not substantiate them.**

Yes. There are medical records in the file to substantiate Dr Fields statements regarding avoid emotional stress or physical stress.

The claimant has history of coronary artery disease s/p non-ST segment elevation myocardial infraction on 3/22/20 and single vessel disease with 100% proximal to mid left circumflex occlusion s/p successful percutaneous coronary intervention and stent placement. On 8/3/21, he developed chest pain and was found to have luminal irregularities in the RCA, LAD. The first diagonal branch had a mid 90% stenosis and angioplasty were performed on this lesion at that time. Cardiac catheterization on 12/13/21 showed nonobstructive coronary artery disease in a small diagonal, 60% left ventricular ejection fraction, a LAD 90% mid stenosis too small to stent. Groin closure device was deployed in the right femoral artery. He had his typical angina symptoms which resolved within 15 minutes if he used a nitro patch or take sublingual nitro in 01/2022. He had chronic stable angina, relatively frequent chest pain almost daily despite use of nitrates, generalized fatigue in 05/2022. Based on abovementioned ongoing symptoms becoming more frequent as well as a residual LAD 90% mid stenosis too small to stent, the claimant is at risk for myocardial infarction, and he should avoid emotional stress or physical stress to reduce to risk. Overall, finding of medical records substantiate Dr. Fields statements.

2. **Do these statements at all impact and/or change the findings expressed in your prior peer review? Have you opined any new or different restrictions and limitations? Please explain.**

No. These statements at all do not impact and/or change the findings expressed in my prior peer review.

No. I have not opined any new or different restrictions and limitations since the claimant has already been provided with physical restrictions and limitations in prior review to limit his physical exertion as well as physical stress.

Sincerely,

**Andre Akhondi, MD**
**Board certified, internal medicine**
**Board certified, cardiovascular disease**
**Assistant Clinical Professor of Interventional Cardiology and Cardiovascular disease**
**Medical License CA A 111933**

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 21, 2022

CODY ALLISON AND ASSOCIATES, PLLC
ATTN K. CODY ALLISON
404 JAMES ROBERTSON PKWY; S ITE 1623
NASHVILLE, TN 37219

Re: Policyholder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129000000
Claim Number: 1220010964
Claimant: Matthew Duntz

Dear K. CODY ALLISON:

This letter is in regard to your client's appeal for Long Term Disability benefits.

As part of your client's appeal review, your client's medical information was reviewed by an independent Board Certified physician. We are enclosing a copy of the report with this letter for your client to review prior to completion of our appeal decision.

Your client may wish to provide this assessment to his/her treating physician(s) for further review. Any additional written information or comments must be provided within 21 days.

The 21-day period will expire on 12/12/2022. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your client's disability claim at this time as we want to provide your client every opportunity to review our assessment and provide a response.

If we do not receive a response by 12/12/2022, then we will render a decision based on the information currently in the file.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Susan McShane
800-423-2765  2769
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**November 16, 2022**

**Claimant Name: Matthew Duntz**

**Claim #: 1220010964**

**Primary Diagnosis: atherosclerotic Heart disease**

**DOD: 7/31/2021**

**DOR: 11/04/2022**

**Job Title: Vice President**

**ECN #: 204356-3**

**Specialty: Cardiology**

# Andre Akhondi, MD
## *Board-Certified in Cardiovascular Disease*

CLAIMANT NAME: Duntz, Matthew
EXAMINER: Andre Akhondi, MD
ECN #: 204356-3
CLAIM #: 1220010964
DATE OF LOSS: 7/31/2021
DATE OF SERVICE: 11/16/2022

**Peer Review**

This is a peer review regarding Duntz, Matthew. I have been asked to review the medical records on behalf of ECN. I reviewed records from 01/13/2020 through 06/13/2022 including: Dr. Constance D. Fields, MD/Cardiology, extending from 01/13/2020 to 06/13/2022; Joel Berman, MD/General Surgery, on 01/21/2020; David S. Rosenthal, MD/Cardiology, on 03/22/2020; Ricardo A. Palmquist, MD/Diagnostic Radiology, on 03/22/2020; Yale D. Pollock, MD/Diagnostic Radiology, on 08/03/2021; Willliams Tamara, RN/Registered Nurse, on 03/22/2020; Madeira Natalee, RN/Registered Nurse, on 03/22/2020; Hema M. Jadoonanan, DO/Family Medicine, on 03/22/2020; Carrillo Jimenez Rodolfo, MD/Interventional Cardiology, extending from 03/23/2020 to 03/25/2020; Wood Sarah, RN/Registered Nurse, on 03/23/2020; Barry S. Merrill, MD/Cardiologist, on 03/23/2020; Jane Ellen Freedman, MD/Cardiology, on 05/31/2022; Unknown Provider, on 07/20/2021; Ailing Li, MD/Dermatopathology, extending from 05/24/2021 to 07/08/2021; Dr. Channing R. Barnett, MD/Dermatology, extending from 05/24/2021 to 12/01/2021; Rachel Garrison, on 07/08/2021; Robert Carida II, MD/Cardiology, extending from 08/05/2021 to 12/15/2021; Jay Baker, MD/Cardiology, on 11/24/2021; Ronald M. Gabor, MD/Cardiology, extending from 08/04/2021 to 10/18/2021; Johnson Shawntira, MD/Internal Medicine, on 09/13/2021; Gregory Lawrence Deitsch, MD/Hospital Medicine, on 08/03/2021; Arias Priscilla, PharmD/Pharmacist, on 03/22/2020; Golub Jason D., MD/Internal Medicine, extending from 03/23/2020 to 03/24/2020; Dawson Michael, RPH/Pharmacist, on 03/23/2020; Riveron Krista, PharmD/Pharmacist, on 03/23/2020; Mirza Zain, Scribe, on 03/22/2020; Laurie Kline, RN/Registered Nurse, on 03/24/2020; Shelly Calhoun, RN/Registered Nurse, on 03/22/2020.

The claimant is 60-year-old male with medical history significant for atherosclerotic heart disease, hyperlipidemia, hypertension.

8/3/21, Constance Fields, M.D / Cardiology: The claimant is seen for follow-up. He is with coronary artery disease s/p non-ST segment elevation myocardial infraction on 3/22/20 and single vessel disease with 100% proximal to mid left circumflex occlusion s/p successful percutaneous coronary intervention and stent placement, hypothyroidism, hyperlipidemia. He called yesterday since he developed an hour-long episode of moderate to severe left sided chest pressure that then became bilateral associated with shortness of breath, diaphoresis and he felt very fatigued afterward. He feels somewhat fatigued or washed out today. He is diagnosed with angina pectoris. Hyperlipidemia is

well controlled. He developed chest discomfort and diaphoresis just before completing his evaluation. ECG remains unchanged.

8/3/21, ECG: sinus rhythm, low voltage in limb leads.

8/4/21, ECG: normal sinus rhythm with incomplete right bundle branch block, nonspecific ST-T wave changes.

8/6/21, Constance Fields, M.D / Cardiology: The claimant is seen for follow-up. He had cardiac catheterization on 8/4/21. His left ventricular ejection fraction was 60%. There were luminal irregularities in the RCA, LAD. The first diagonal branch had a mid 90% stenosis and angioplasty was performed on this lesion. He has been asymptomatic since he was discharged from hospital on 8/5/21. He is doing well s/p cardia catheterization and angioplasty of a mid-diagonal lesion. He has not had any anginal events since the procedure.

8/17/21, Constance Fields, M.D / Cardiology: The claimant has coronary arteriosclerosis and hyperlipidemia. He has symptoms of chest pain and shortness of breath. The restrictions and limitations are listed as following: constantly: reaching desk level; frequently: sitting, standing, balancing, fingering, grasping; occasionally: walking, stooping, kneeling, crouching, crawling, climbing, pushing, pulling, bending, reaching overhead and below waist level, lifting/carrying up to 25 lbs.

10/18/21, Ronald Gabor, MD / Cardiology: The claimant was admitted with chest pain symptoms reminiscent. He is with intermittent fevers and Covid-19 positive status.

10/28/21, Constance Fields, M.D / Cardiology: The claimant presents for evaluation. He was hospitalized with a Covid-19 infection. He was presenting initially with a fever, chest pain which resolve with one sublingual nitroglycerin, diffuse muscle aches, generalized weakness, extreme headaches, worsening tinnitus. He was discharged in stable condition after 3 days. His symptoms related to Covid have nearly completely resolved. Hyperlipidemia is well controlled. He is asymptomatic from a cardiac standpoint at this time.

11/22/21, Myocardial perfusion imaging spect: mild upper septal ischemic, mild inferior wall ischemic, mild anterior wall ischemia, TID, 62% left ventricular ejection fraction.

11/22/21, ECG: sinus rhythm, reduced R in V5, nonspecific ST segment abnormalities in V3, V4, probably old inferior myocardial infraction.

11/22/21, Treadmill test: 10.1 Max METs.

12/13/21, Cardiac catheterization: nonobstructive coronary artery disease in a small diagonal, 60% left ventricular ejection fraction. Groin closure device was deployed in the right femoral artery.

1/25/21, Constance Fields, M.D / Cardiology: The claimant presents via telephone visit. He has had his typical angina symptoms which resolve within 15 minutes if he uses a nitro patch or take sublingual nitro.

5/31/22, Jane Ellen Freedman, MD / Cardiology: The claimant presents for follow-up care with chronic stable angina. Cardiac catheterization from 12/13/21 revealed a LAD 90% mid stenosis too small to stent. He has continued to have chest pain almost daily despite use of nitrates. He has generalized fatigue. He has hypothyroidism. Chest pain is relatively frequent. Cholesterol level and blood pressure are under adequate control.

6/13/22, Nuclear Stress test: 57% left ventricular ejection fraction at rest and 51% left ventricular ejection fraction at stress. It revealed negative for ischemia or infract, and chest pain was noted during treadmill exercise.

**DIAGNOSES:**

Atherosclerotic heart disease, hyperlipidemia, hypertension

**CALL ATTEMPTS:**

11/9/2022 at 09:00AM, Called Dr. Fields' office, left a message on the general office line. Contact number used for outreach: 561-486-8335

11/10/2022 at 09:03AM, Called Dr. Fields' office, left a message on the general office line. Contact number used for outreach: 561-486-8335

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s).**

Coronary artery disease (I25.1)

2. **If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Hyperlipidemia (R78.5)
Hypertension (I10)

3. **Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 07/31/2021 to current and comment on the expected duration.**

Yes. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, the claimant

has impairments that translates into restrictions and limitations from 07/31/2021 to current.

The claimant is 60-year-old male with medical history significant for atherosclerotic heart disease, hyperlipidemia, hypertension.

Interim history shows that the claimant has suffered from unstable angina, chest pain, fatigue, shortness of breath secondary to coronary artery disease. He has history of coronary artery disease s/p non-ST segment elevation myocardial infraction on 3/22/20 and single vessel disease with 100% proximal to mid left circumflex occlusion s/p successful percutaneous coronary intervention and stent placement. On 8/2/21, he developed an hour-long episode of moderate to severe left sided chest pressure that became bilateral associated with shortness of breath, diaphoresis and he felt very fatigued afterward. On 8/3/21, he developed chest discomfort and diaphoresis during evaluation. He was diagnosed with angina pectoris. His hyperlipidemia was well controlled. On 8/4/21, ECG showed normal sinus rhythm with incomplete right bundle branch block, nonspecific ST-T wave changes. He had cardiac catheterization on 8/4/21. His left ventricular ejection fraction was 60%. There were luminal irregularities in the RCA, LAD. The first diagonal branch had a mid 90% stenosis and angioplasty were performed on this lesion. He presented with a fever, chest pain which resolve with one sublingual nitroglycerin, diffuse muscle aches, generalized weakness, extreme headaches, worsening tinnitus in 10/2021. He was found to have Covid-19 and was hospitalized and discharged after 3 days. On 11/22/21, myocardial perfusion imaging spect revealed mild upper septal ischemic, mild inferior wall ischemia, mild anterior wall ischemia, TID, 62% left ventricular ejection fraction. On 12/13/21, Cardiac catheterization showed nonobstructive coronary artery disease in a small diagonal, 60% left ventricular ejection fraction, a LAD 90% mid stenosis too small to stent. Groin closure device was deployed in the right femoral artery. On 1/25/22, he was having his typical angina symptoms which resolved within 15 minutes if he used a nitro patch or take sublingual nitro. On 5/31/22, he had continued to have chest pain almost daily despite use of nitrates. He had generalized fatigue. Chest pain was relatively frequent. Cholesterol level and blood pressure were under adequate control. On 6/13/22, Nuclear Stress test showed 57% left ventricular ejection fraction at rest and 51% left ventricular ejection fraction at stress. It revealed negative for ischemia or infract, and chest pain was noted during treadmill exercise.

Based on the available information, the claimant has suffered from ongoing chest pain, fatigue secondary to coronary artery disease. He has history of non-ST segment elevation myocardial infraction in 03/2020. He underwent successful percutaneous coronary intervention and stent placement to proximal to mid left circumflex occlusion in 03/2020 and angioplasty on the first diagonal branch on 8/4/21. Myocardial perfusion imaging spect revealed mild upper septal ischemic, mild inferior wall ischemic, mild anterior wall ischemia, TID on 11/22/21. He also has comorbidities including hyperlipidemia and hypertension that were well-controlled. Overall, the claimant is limited given his advanced age, morbidity of cardiac conditions with contribution from comorbidities, ongoing chest pain and fatigue complaints. Therefore, the claimant requires restrictions and limitations as outlined below:

Total restriction is supported from 08/02/2021 – 08/09/2021 for chest pain, hospitalization, and angioplasty.

From 07/31/2021 – 08/01/2021 and from 08/10/2021 to current:

Sitting: Unrestricted
Standing: Frequently, for up to 4 hour per day
Walking: Frequently, for up to 3 hour per day
Lifting: Occasionally, up to 30 lbs. BUE
Carrying: Occasionally, up to 30 lbs. BUE
Pushing: Occasionally, up to 30 lbs. BUE
Pulling: Occasionally, up to 30 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Crawling: Frequently
Reaching: Frequently overhead and below waist level BUE; Unrestricted to desk level BUE
Use lower extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above recommended restrictions and limitations are indicated from 7/31/21 to current, with reassessment on or around 05/10/23.

The claimant's abilities are sustainable on a full-time basis except the period of total work restriction.

4. **Do medical records support any restrictions and limitations that were recommended by treating providers for the timeframes in question?**

No. Medical records do not support R&Ls that were recommended by treating providers for the timeframes in question.

8/17/21, Constance Fields, M.D / Cardiology: The claimant has coronary arteriosclerosis and hyperlipidemia. He has symptoms of chest pain and shortness of breath. The restrictions and limitations are listed as following: constantly: reaching desk level; frequently: sitting, standing, balancing, fingering, grasping; occasionally: walking, stooping, kneeling, crouching, crawling, climbing, pushing, pulling, bending, reaching overhead and below waist level, lifting/carrying up to 25 lbs.

I respectfully disagree with Dr. Fields's recommendation of frequently sitting since there is no contraindication to the duration the claimant can sit from a cardiology perspective. Moreover, the claimant can perform unrestricted fingering, grasping. I acknowledge that the claimant is in the need of restrictions and limitations however these restrictions are too restrictive considering severity of the coronary artery disease and associated

symptoms. As such, medical records do not support R&Ls that were recommended by treating providers for the timeframes in question.

5. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes. The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

6. **Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work?**

No. There are not any non-medical circumstances identified in the medical records (e.g., workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work.

Sincerely,



**Andre Akhondi, MD**
**Board certified, internal medicine**
**Board certified, cardiovascular disease**
**Assistant Clinical Professor of Interventional Cardiology and Cardiovascular disease**
**Medical License CA A 111933**

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

Claimant Name: Matthew Duntz
Claim Number: 1220010964
Case Number: 204356-3

“I, Andre B Akhondi, MD, am a physician duly licensed to practice medicine in the State of CA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

________________________________________11/16/22________________
Signature of Physician Date

Medical/Professional License # A 111933

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 21, 2022

CODY ALLISON AND ASSOCIATES, PLLC
ATTN K. CODY ALLISON
404 JAMES ROBERTSON PKWY; SUITE 1623
NASHVILLE, TN 37219

Re: Policyholder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129000000
Claim Number: 1220010964
Claimant: Matthew Duntz

Dear K. CODY ALLISON:

This letter is in regard to your client's appeal for Long Term Disability benefits.

As part of your client's appeal review, your client's medical information was reviewed by an independent Board Certified physician. We are enclosing a copy of the report with this letter for your client to review prior to completion of our appeal decision.

Your client may wish to provide this assessment to his/her treating physician(s) for further review. Any additional written information or comments must be provided within 21 days.

The 21-day period will expire on 12/12/2022. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your client's disability claim at this time as we want to provide your client every opportunity to review our assessment and provide a response.

If we do not receive a response by 12/12/2022, then we will render a decision based on the information currently in the file.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Susan McShane
800-423-2765 *2769
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**November 16, 2022**

**Claimant Name: Matthew Duntz**

**Claim #: 1220010964**

**Primary Diagnosis: atherosclerotic Heart disease**

**DOD: 7/31/2021**

**DOR: 11/04/2022**

**Job Title: Vice President**

**ECN #: 204356-3**

**Specialty: Cardiology**

# Andre Akhondi, MD

***Board-Certified in Cardiovascular Disease***

CLAIMANT NAME: Duntz, Matthew
EXAMINER: Andre Akhondi, MD
ECN #: 204356-3
CLAIM #: 1220010964
DATE OF LOSS: 7/31/2021
DATE OF SERVICE: 11/16/2022

**Peer Review**

This is a peer review regarding Duntz, Matthew. I have been asked to review the medical records on behalf of ECN. I reviewed records from 01/13/2020 through 06/13/2022 including: Dr. Constance D. Fields, MD/Cardiology, extending from 01/13/2020 to 06/13/2022; Joel Berman, MD/General Surgery, on 01/21/2020; David S. Rosenthal, MD/Cardiology, on 03/22/2020; Ricardo A. Palmquist, MD/Diagnostic Radiology, on 03/22/2020; Yale D. Pollock, MD/Diagnostic Radiology, on 08/03/2021; Willliams Tamara, RN/Registered Nurse, on 03/22/2020; Madeira Natalee, RN/Registered Nurse, on 03/22/2020; Hema M. Jadoonanan, DO/Family Medicine, on 03/22/2020; Carrillo Jimenez Rodolfo, MD/Interventional Cardiology, extending from 03/23/2020 to 03/25/2020; Wood Sarah, RN/Registered Nurse, on 03/23/2020; Barry S. Merrill, MD/Cardiologist, on 03/23/2020; Jane Ellen Freedman, MD/Cardiology, on 05/31/2022; Unknown Provider, on 07/20/2021; Ailing Li, MD/Dermatopathology, extending from 05/24/2021 to 07/08/2021; Dr. Channing R. Barnett, MD/Dermatology, extending from 05/24/2021 to 12/01/2021; Rachel Garrison, on 07/08/2021; Robert Carida II, MD/Cardiology, extending from 08/05/2021 to 12/15/2021; Jay Baker, MD/Cardiology, on 11/24/2021; Ronald M. Gabor, MD/Cardiology, extending from 08/04/2021 to 10/18/2021; Johnson Shawntira, MD/Internal Medicine, on 09/13/2021; Gregory Lawrence Deitsch, MD/Hospital Medicine, on 08/03/2021; Arias Priscilla, PharmD/Pharmacist, on 03/22/2020; Golub Jason D., MD/Internal Medicine, extending from 03/23/2020 to 03/24/2020; Dawson Michael, RPH/Pharmacist, on 03/23/2020; Riveron Krista, PharmD/Pharmacist, on 03/23/2020; Mirza Zain, Scribe, on 03/22/2020; Laurie Kline, RN/Registered Nurse, on 03/24/2020; Shelly Calhoun, RN/Registered Nurse, on 03/22/2020.

The claimant is 60-year-old male with medical history significant for atherosclerotic heart disease, hyperlipidemia, hypertension.

8/3/21, Constance Fields, M.D / Cardiology: The claimant is seen for follow-up. He is with coronary artery disease s/p non-ST segment elevation myocardial infraction on 3/22/20 and single vessel disease with 100% proximal to mid left circumflex occlusion s/p successful percutaneous coronary intervention and stent placement, hypothyroidism, hyperlipidemia. He called yesterday since he developed an hour-long episode of moderate to severe left sided chest pressure that then became bilateral associated with shortness of breath, diaphoresis and he felt very fatigued afterward. He feels somewhat fatigued or washed out today. He is diagnosed with angina pectoris. Hyperlipidemia is

well controlled. He developed chest discomfort and diaphoresis just before completing his evaluation. ECG remains unchanged.

8/3/21, ECG: sinus rhythm, low voltage in limb leads.

8/4/21, ECG: normal sinus rhythm with incomplete right bundle branch block, nonspecific ST-T wave changes.

8/6/21, Constance Fields, M.D / Cardiology: The claimant is seen for follow-up. He had cardiac catheterization on 8/4/21. His left ventricular ejection fraction was 60%. There were luminal irregularities in the RCA, LAD. The first diagonal branch had a mid 90% stenosis and angioplasty was performed on this lesion. He has been asymptomatic since he was discharged from hospital on 8/5/21. He is doing well s/p cardia catheterization and angioplasty of a mid-diagonal lesion. He has not had any anginal events since the procedure.

8/17/21, Constance Fields, M.D / Cardiology: The claimant has coronary arteriosclerosis and hyperlipidemia. He has symptoms of chest pain and shortness of breath. The restrictions and limitations are listed as following: constantly: reaching desk level; frequently: sitting, standing, balancing, fingering, grasping; occasionally: walking, stooping, kneeling, crouching, crawling, climbing, pushing, pulling, bending, reaching overhead and below waist level, lifting/carrying up to 25 lbs.

10/18/21, Ronald Gabor, MD / Cardiology: The claimant was admitted with chest pain symptoms reminiscent. He is with intermittent fevers and Covid-19 positive status.

10/28/21, Constance Fields, M.D / Cardiology: The claimant presents for evaluation. He was hospitalized with a Covid-19 infection. He was presenting initially with a fever, chest pain which resolve with one sublingual nitroglycerin, diffuse muscle aches, generalized weakness, extreme headaches, worsening tinnitus. He was discharged in stable condition after 3 days. His symptoms related to Covid have nearly completely resolved. Hyperlipidemia is well controlled. He is asymptomatic from a cardiac standpoint at this time.

11/22/21, Myocardial perfusion imaging spect: mild upper septal ischemic, mild inferior wall ischemic, mild anterior wall ischemia, TID, 62% left ventricular ejection fraction.

11/22/21, ECG: sinus rhythm, reduced R in V5, nonspecific ST segment abnormalities in V3, V4, probably old inferior myocardial infraction.

11/22/21, Treadmill test: 10.1 Max METs.

12/13/21, Cardiac catheterization: nonobstructive coronary artery disease in a small diagonal, 60% left ventricular ejection fraction. Groin closure device was deployed in the right femoral artery.

1/25/21, Constance Fields, M.D / Cardiology: The claimant presents via telephone visit. He has had his typical angina symptoms which resolve within 15 minutes if he uses a nitro patch or take sublingual nitro.

5/31/22, Jane Ellen Freedman, MD / Cardiology: The claimant presents for follow-up care with chronic stable angina. Cardiac catheterization from 12/13/21 revealed a LAD 90% mid stenosis too small to stent. He has continued to have chest pain almost daily despite use of nitrates. He has generalized fatigue. He has hypothyroidism. Chest pain is relatively frequent. Cholesterol level and blood pressure are under adequate control.

6/13/22, Nuclear Stress test: 57% left ventricular ejection fraction at rest and 51% left ventricular ejection fraction at stress. It revealed negative for ischemia or infract, and chest pain was noted during treadmill exercise.

**DIAGNOSES:**

Atherosclerotic heart disease, hyperlipidemia, hypertension

**CALL ATTEMPTS:**

11/9/2022 at 09:00AM, Called Dr. Fields' office, left a message on the general office line. Contact number used for outreach: 561-486-8335

11/10/2022 at 09:03AM, Called Dr. Fields' office, left a message on the general office line. Contact number used for outreach: 561-486-8335

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s).**

Coronary artery disease (I25.1)

2. **If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Hyperlipidemia (R78.5)
Hypertension (I10)

3. **Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 07/31/2021 to current and comment on the expected duration.**

Yes. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, the claimant

has impairments that translates into restrictions and limitations from 07/31/2021 to current.

The claimant is 60-year-old male with medical history significant for atherosclerotic heart disease, hyperlipidemia, hypertension.

Interim history shows that the claimant has suffered from unstable angina, chest pain, fatigue, shortness of breath secondary to coronary artery disease. He has history of coronary artery disease s/p non-ST segment elevation myocardial infraction on 3/22/20 and single vessel disease with 100% proximal to mid left circumflex occlusion s/p successful percutaneous coronary intervention and stent placement. On 8/2/21, he developed an hour-long episode of moderate to severe left sided chest pressure that became bilateral associated with shortness of breath, diaphoresis and he felt very fatigued afterward. On 8/3/21, he developed chest discomfort and diaphoresis during evaluation. He was diagnosed with angina pectoris. His hyperlipidemia was well controlled. On 8/4/21, ECG showed normal sinus rhythm with incomplete right bundle branch block, nonspecific ST-T wave changes. He had cardiac catheterization on 8/4/21. His left ventricular ejection fraction was 60%. There were luminal irregularities in the RCA, LAD. The first diagonal branch had a mid 90% stenosis and angioplasty were performed on this lesion. He presented with a fever, chest pain which resolve with one sublingual nitroglycerin, diffuse muscle aches, generalized weakness, extreme headaches, worsening tinnitus in 10/2021. He was found to have Covid-19 and was hospitalized and discharged after 3 days. On 11/22/21, myocardial perfusion imaging spect revealed mild upper septal ischemic, mild inferior wall ischemia, mild anterior wall ischemia, TID, 62% left ventricular ejection fraction. On 12/13/21, Cardiac catheterization showed nonobstructive coronary artery disease in a small diagonal, 60% left ventricular ejection fraction, a LAD 90% mid stenosis too small to stent. Groin closure device was deployed in the right femoral artery. On 1/25/22, he was having his typical angina symptoms which resolved within 15 minutes if he used a nitro patch or take sublingual nitro. On 5/31/22, he had continued to have chest pain almost daily despite use of nitrates. He had generalized fatigue. Chest pain was relatively frequent. Cholesterol level and blood pressure were under adequate control. On 6/13/22, Nuclear Stress test showed 57% left ventricular ejection fraction at rest and 51% left ventricular ejection fraction at stress. It revealed negative for ischemia or infract, and chest pain was noted during treadmill exercise.

Based on the available information, the claimant has suffered from ongoing chest pain, fatigue secondary to coronary artery disease. He has history of non-ST segment elevation myocardial infraction in 03/2020. He underwent successful percutaneous coronary intervention and stent placement to proximal to mid left circumflex occlusion in 03/2020 and angioplasty on the first diagonal branch on 8/4/21. Myocardial perfusion imaging spect revealed mild upper septal ischemic, mild inferior wall ischemic, mild anterior wall ischemia, TID on 11/22/21. He also has comorbidities including hyperlipidemia and hypertension that were well-controlled. Overall, the claimant is limited given his advanced age, morbidity of cardiac conditions with contribution from comorbidities, ongoing chest pain and fatigue complaints. Therefore, the claimant requires restrictions and limitations as outlined below:

Total restriction is supported from 08/02/2021 – 08/09/2021 for chest pain, hospitalization, and angioplasty.

From 07/31/2021 – 08/01/2021 and from 08/10/2021 to current:

Sitting: Unrestricted
Standing: Frequently, for up to 4 hour per day
Walking: Frequently, for up to 3 hour per day
Lifting: Occasionally, up to 30 lbs. BUE
Carrying: Occasionally, up to 30 lbs. BUE
Pushing: Occasionally, up to 30 lbs. BUE
Pulling: Occasionally, up to 30 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Crawling: Frequently
Reaching: Frequently overhead and below waist level BUE; Unrestricted to desk level BUE
Use lower extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above recommended restrictions and limitations are indicated from 7/31/21 to current, with reassessment on or around 05/10/23.

The claimant's abilities are sustainable on a full-time basis except the period of total work restriction.

**4. Do medical records support any restrictions and limitations that were recommended by treating providers for the timeframes in question?**

No. Medical records do not support R&Ls that were recommended by treating providers for the timeframes in question.

8/17/21, Constance Fields, M.D / Cardiology: The claimant has coronary arteriosclerosis and hyperlipidemia. He has symptoms of chest pain and shortness of breath. The restrictions and limitations are listed as following: constantly: reaching desk level; frequently: sitting, standing, balancing, fingering, grasping; occasionally: walking, stooping, kneeling, crouching, crawling, climbing, pushing, pulling, bending, reaching overhead and below waist level, lifting/carrying up to 25 lbs.

I respectfully disagree with Dr. Fields's recommendation of frequently sitting since there is no contraindication to the duration the claimant can sit from a cardiology perspective. Moreover, the claimant can perform unrestricted fingering, grasping. I acknowledge that the claimant is in the need of restrictions and limitations however these restrictions are too restrictive considering severity of the coronary artery disease and associated

symptoms. As such, medical records do not support R&Ls that were recommended by treating providers for the timeframes in question.

5. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes. The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

6. **Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work?**

No. There are not any non-medical circumstances identified in the medical records (e.g., workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work.

Sincerely,

**Andre Akhondi, MD**
**Board certified, internal medicine**
**Board certified, cardiovascular disease**
**Assistant Clinical Professor of Interventional Cardiology and Cardiovascular disease**
**Medical License CA A 111933**

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Matthew Duntz
Claim Number: 1220010964
Case Number: 204356-3

"I, Andre B Akhondi, MD, am a physician duly licensed to practice medicine in the State of CA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

_______________________________________________ 11/16/22_______________

Signature of Physician Date

Medical/Professional License # A 111933

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

October 27, 2022

Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

CODY ALLISON AND ASSOCIATES, PLLC
ATTN K. CODY ALLISON
404 JAMES ROBERTSON PKWY; SUITE 1623
NASHVILLE, TN 37219

Re: Policyholder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129000000
Claim Number: 1220010964
Claimant: Matthew Duntz

Dear K. CODY ALLISON:

This is to acknowledge receipt of your client's appeal for Long Term Disability benefits. We received your letter on 10/13/2022 . We also received he additional records you sent in on 10/21/2022.

We are in the process of reviewing Mr. Duntz's appeal and we will notify you of the results as soon as a decision has been made.

We will be approaching our initial deadline soon under the Employee Retirement Income Security Act (ERISA) and have not yet reached a determination. The appeal decision is currently pending due to giving you time to submit additional medical information. Therefore, an extension of time to process your client's appeal is required. Due to these special circumstances, we are exercising our right to take a 45-day extension of time to decide the appeal.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #15390148

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Susan McShane
800-423-2765 x2769
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

K. Cody Allison
*Member/Managing Attorney*

(615) 234-6000 | (615) 727-0175
LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

# AUTHORIZATION TO RECEIVE CHECKS

I, **MATTHEW DUNTZ**, hereby authorize **LINCOLN FINANCIAL GROUP** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **MATTHEW DUNTZ** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **MATTHEW DUNTZ.** I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
**Cavalier Building**
**95 White Bridge Road**
**Ste. # 250**
**Nashville, Tennessee 37205**

07·20·2022
**Date**

**MATTHEW DUNTZ**

**Lincoln/Duntz 0318**

BOCA RATON REGIONAL HOSPITAL

# POST CARDIAC CATHETERIZATION PATIENT DISCHARGE INSTRUCTIONS

20082-00355 03/22/20 M
DUNTZ,MATTHEW
001561221 57Y IP
GOLUB,JASON 2154
2008200355

The following instructions will guide you on how to care for the site, as well as provide other helpful information. Please follow these instructions unless otherwise directed by your Health care provider.

**CARE OF THE SITE:**

- You may shower in 24 hours after the procedure. Remove the dressing from the hospital before showering. If you have a white patch adhering to the skin, moisten it with water before removing. Gently clean site using soap and water while standing in the shower. Gently pat dry thoroughly, and apply a dry band aid daily for 2 days if needed. Do not apply powders or lotions.
- Inspect the site daily and keep it clean and dry to prevent infection.
- Do not submerge in a pool or tub of water for at least 5 days, or until the wound has healed. Showers should be brief and no more than 10 minutes.

**ACTIVITY:**

- You may resume moderate activity including short walks and light household chores in one day, letting your discomfort be your guide. Physical exercise such as running, biking, golfing, tennis or working out at the gym is not recommended for 7 to 10 days following your procedure and then should be resumed on a gradual basis. Do not perform any activity that will place stress on the groin including sexual activity until reexamined by your physician.
- Do not strain to move your bowels.
- Do not twist, stretch, bend or lift more than 5 pounds for one week or until site heals.
- You may drive in 24 hours. Do not operate machinery or drink alcoholic beverages until 24 hours after your procedure.

**NORMAL OBSERVATIONS:**

- Soreness or tenderness that may last one week.
- Mild oozing of pink or clear fluid from puncture site. Apply band aid if oozing.
- Possible bruising that could last for 2 weeks.
- Formation of a small lump (dime to quarter size: which may last up to 6 weeks).

**CALL PHYSICIAN IMMEDIATELY IF YOU EXPERIENCE:**

- Increased swelling of groin or leg.
- Unusual pain at groin site, numbness or tingling of the leg.
- Signs of infection: redness, warmth to touch, drainage (other than a little blood on the bandage) poorly healing incision, fever or chills.
- If pulsating bleeding occurs: Apply direct pressure and activate 911.
- If oozing small amount of blood, hold pressure for 10 minutes and call your Physician.

Call for appt. Dr. ______________________ Date ______________

Patient Signature ______________________ Date ______________

RN Signature ______________________ Date ______________

(PLACE A COPY OF SIGNED INSTRUCTION SHEET IN THE MEDICAL RECORD)

*10001473 53*



Form ID: 1000 147353
Rev Date: 02/2010

Lincoln/Duntz 0319

# Patient Discharge Summary

## Discharge Instructions, Orders and Medications

**Name:**DUNTZ, MATTHEW
**Date of Birth:**
**Current Date:**03/24/20 14:00:03 **MRN:**001561221 **FIN:**2008200355

**Primary Care Provider**
**Name:**FIELDS, MD, CONSTANCE D
**Phone:**(561)483-8335

**Discharge Diagnosis:**1:Acute chest pain; 2:NSTEMI (non-ST elevated myocardial infarction)
**Discharged To:**

**Comment**

### Discharge Orders

**Discharge Activity Restrictions** No Restrictions

**Discharge Diet Instruction** Discharge Diet Other (please specify), Resume home diet.

### Historical Procedures
**Procedures**
Melanoma

**llow-up Instructions:** You may have been referred to your regular doctor or a specialist, please follow up as instructed. If your condition worsens call your physician or return to the Emergency Department.

| With: | Address: | When: |
|---|---|---|
| CarrilloJimenez, MD, Rodolfo | 8188 Jog Road #100 Boynton Beach, FL 33472<br>(561) 807-0500 | Within 2 weeks |

**Comment**

**.edication Instructions**

If you need a prescription refill, you must see your doctor. Take all medications only as directed. Do not take a medication you are allergic to. If you have been prescribed new medications check with your pharmacist or physician to make sure they are safe to be taken with your other home medications. If you have any questions about side effects and food/drug interactions, please consult your physician or pharmacist. To help ensure your safety, keep a copy of this discharge instruction to share with your health care provider at your next visit. It contains a copy of your medication list, diagnoses and information about treatment you received here.

Many medications can make you feel sleepy, impair your ability to drive, or affect your ability to make good decisions. For this reason, we may ask that you arrange for someone else to give you a ride home, do not operate machinery/major appliances, drink alcohol, or make important decisions, for 24 hours after leaving the hospital.

It is important to always keep an active list of medications available so that you can share with other providers and manage your medications appropriately. If you have been instructed to stop taking a medication, please ensure you also follow up with this information to your Primary Care Physician. Any specific questions regarding your medications and dosages should be discussed with your physician(s) and pharmacist.

## Storage and Disposal of Opioids

Medications should be stored out of reach of children, and in a safe place to prevent others from taking them. If opioids are shared with others for whom they are not prescribed, there is a possibility that others might experience overdose at the same or at lower dosages than what was prescribed to you.

Unwanted or unused opioids can be disposed at your local fire department or police department and take back locations or events in the community. You may also dispose of your medications by (1) mixing the medication with dirt, kitty litter, or used coffee grounds, (2) placing the mixture in a container such as a sealed plastic bag, (3) throwing the container in your household trash, and (4) ensuring that all personal information has been removed or made unreadable.

## Complete Medication List

The list below is a complete list of medications for you to use at home. It has been updated with any changes that occurred in the hospital. Take only the medications listed below. Contact your doctor prior to taking any medications not on this list or stopping any medications on this list.

**Allergy Info:** No Known Allergies

**Comment**

## Medications

During the course of your visit, your medication list was updated with the most current information. The details of those changes are reflected below:

**New Medications and Prescriptions**

**Printed Prescriptions**

**aspirin (aspirin 81 mg oral delayed release tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose: 3-24 10A Next Dose:__________

**irbesartan (irbesartan 75 mg oral tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose:__________ Next Dose:__________

Don't take until you see MD

**metoprolol (Metoprolol Succinate ER 25 mg oral tablet, extended release)**
1 tab Oral (given by mouth) every day. Refills: 5.

Last Dose:__________________Next Dose:__________________

**ticagrelor (Brilinta (ticagrelor) 90 mg oral tablet)** 1 tab Oral (given by mouth) 2 times a day for 30 Days. Refills: 5.
Last Dose: 3-24 5A Next Dose:__________________

**Medications That Have Not Changed**

**Other Medications**

**allopurinol (allopurinol 100 mg oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose: 3-24 10A Next Dose:__________________

**levothyroxine (levothyroxine 50 mcg (0.05 mg) oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose: 3-24 5A Next Dose:__________________

**simvastatin (simvastatin 20 mg oral tablet)** 1 tab Oral (given by mouth) every day at bedtime.
Last Dose:__________________Next Dose:__________________

## General Medical Information

IS IT A STROKE? Act **FAST** and Check for these signs:

ɔme medical conditions and lifestyle choices can put anyone at risk for stroke regardless of gender, ethnicity, or age. For this reason, it is important to stop smoking and be able to recognize the signs of stroke.

| | |
|---|---|
| FACE | Does the face look uneven? |
| ARM | Does one arm drift down? |
| SPEECH | Does their speech sound strange? |
| TIME | Call 9-1-1 at any sign of stroke |

### Heart Attack Signs

**Chest discomfort:** Most heart attacks involve discomfort in the center of the chest and lasts more than a few minutes, or goes away and comes back. It can feel like uncomfortable pressure, squeezing, fullness or pain.

**Discomfort in upper body:** Symptoms can include pain or discomfort in one or both arms, back, neck, jaw or stomach.

**Shortness of breath:** With or without discomfort.

**Other signs:** Breaking out in a cold sweat, nausea, or light-headed.

Remember, **MINUTES DO MATTER.** If you experience any of these heart attack warning signs, call **9-1-1** to get immediate medical attention!

## Additional Resources

**In Case of Emergency Dial 911 or nearest Emergency Room**

| | |
|---|---|
| National Suicide Prevention Life Line<br>http://www.suicidepreventionlifeline.org | 1-800-273-TALK<br>(1-800-273-8255) |
| National Alliance on Mental Illness<br>http://www.nami.org | 1-801-323-9900 or<br>1-877-230-6264 |
| Substance Abuse and Mental Health Services Administration<br>http://www.samhsa.gov/suicide-prevention | 1-877-SAMHSA-7<br>(1-877-726-4727) |

FOR HOSPITALIZATIONS DEEMED AS OBSERVATION: An observation patient may experience higher costs than an inpatient on admission status for the time spent in a hospital because Medicare covers inpatient and outpatient hospital services differently. Medicare Part A covers inpatient hospital services, which requires a one-time deductible. Observation services are covered under Part B of Medicare and require the patient to pay a 20 percent co-payment for each individual service as explained by your case manager. Please also note that a patient under observation status in a hospital does not meet the requirements for qualifying inpatient hospital stay for Medicare coverage to a skilled nursing facility. In order to qualify for admission to a skilled nursing facility a patient must have been deemed as an inpatient in the hospital with a 3 day stay.

**Access Your Personal Health Information through Patient Connect!**

Patient Connect is an online, secure patient website that allows you access to your health information. Located on the Boca Raton Regional Hospital website, patients and/or family members can do any of the following items:

- -Medical Visits and Treatment
- -Summaries of Inpatient Stays
- -Lab and Radiology Reports - three days after being performed
- -Medication List after Discharge

We strongly urge you to take advantage of our Patient Connect. After your discharge from the hospital, you will receive an email inviting you to create your personal account, simply click on the link and follow the instructions to sign up. You can also visit the hospital's website www.brrh.com and click on the Patient Connect icon or you can self-enroll without an email invitation by visiting https://brrhpatientconnect.iqhealth.com/self-enroll/

If you need help signing up for Patient Connect please call 800-287-9085 for assistance.

**Do You Or Someone You Love Have Diabetes?**

Boca Raton Regional Hospital offers a comprehensive educational diabetes program that not only includes the definition of diabetes, but also how to improve your overall health having diabetes. Participants will learn about healthy eating with personalized meal plans, glucose monitoring, insulin devices, and medication management as well as the importance of physical activity and how to integrate it into busy schedules. They will also learn about the signs, symptoms and treatment of low and high blood sugar, and how to prevent and care for chronic complication.

For more information or to register for classes please call the Diabetes Education Program at Gloria Drummond Physical Rehab Institute at 561-955-2100.

**Medication leaflets, if any, will display below**

# ticagrelor

(tye KA grel or)

Brilinta (ticagrelor)

## What is the most important information I should know about ticagrelor?

You should not use ticagrelor if you have any active bleeding or a history of bleeding in the brain. Do not use this medicine just before heart bypass surgery.

**Ticagrelor may cause you to bleed more easily, which can be severe or life-threatening.** Call your doctor or seek emergency medical attention if you have bleeding that will not stop, black or bloody stools, red or pink urine, or if you cough up blood or vomit that looks like coffee grounds.

Tell your doctor about all your current medicines and any you start or stop using. **Many drugs can interact with ticagrelor.**

**Do not stop taking ticagrelor without first talking to your doctor, even if you have signs of bleeding.** Stopping ticagrelor may increase your risk of a heart attack or stroke.

## What is ticagrelor?

Ticagrelor prevents platelets in your blood from sticking together to form an unwanted blood clot that could block an artery.

Ticagrelor is used together with aspirin to lower your risk of having a stroke or serious heart problems after you've had a heart attack or severe chest pain (angina).

Ticagrelor may also be used for purposes not listed in this medication guide.

## What should I discuss with my healthcare provider before taking ticagrelor?

You should not use ticagrelor if you are allergic to it, or if you have:

- any active bleeding; or
- a history of bleeding in the brain (such as from a head injury).

Tell your doctor if you have ever had:

- a stroke;
- heart problems;
- a surgery or bleeding injury;
- bleeding problems;
- a stomach ulcer or colon polyps;
- liver disease; or
- asthma, COPD (chronic obstructive pulmonary disorder) or other breathing problem.

It is not known whether this medicine will harm an unborn baby. Tell your doctor if you are pregnant or plan to become pregnant.

You should not breast-feed while using ticagrelor.

## How should I take ticagrelor?

Follow all directions on your prescription label and read all medication guides or instruction sheets. **Ticagrelor is taken together with aspirin.** Use these medicines exactly as directed.

**Do not take more aspirin than your doctor has prescribed.** Taking too much aspirin can make ticagrelor less effective.

Take ticagrelor at the same time each day, with or without food.

**If you cannot swallow a tablet whole,** crush the pill and mix it with water. Stir and drink this mixture right away. Add more water to the glass, stir, and drink right away.

Ticagrelor keeps your blood from coagulating (clotting) and can make it easier for you to bleed, even from a minor injury. Contact your doctor or seek emergency medical attention if you have any bleeding that will not stop.

To prevent excessive bleeding, you may need to stop using ticagrelor for a short time before a surgery, medical procedure, or dental work. **Any healthcare provider who treats you should know that you are taking ticagrelor.**

**Do not stop taking ticagrelor without first talking to your doctor, even if you have signs of bleeding.** Stopping the medicine could increase your risk of a heart attack or stroke.

Store at room temperature away from moisture and heat.

## What happens if I miss a dose?

Take the medicine as soon as you can, but skip the missed dose if it is almost time for your next dose. **Do not** take two doses at one time.

## What happens if I overdose?

Seek emergency medical attention or call the Poison Help line at 1-800-222-1222. Overdose can cause excessive bleeding.

## What should I avoid while taking ticagrelor?

Drinking alcohol while taking aspirin can increase your risk of stomach bleeding.

Avoid activities that may increase your risk of bleeding or injury. Use extra care to prevent bleeding while shaving or brushing your teeth.

While taking ticagrelor with aspirin, avoid using medicines for pain, fever, swelling, or cold/flu symptoms. They may contain ingredients similar to aspirin (such as salicylates, ibuprofen, ketoprofen, or naproxen). **Taking certain products together can cause you to get too much aspirin which can increase your risk of bleeding.**

## What are the possible side effects of ticagrelor?

Get emergency medical help if you have **signs of an allergic reaction**: hives; difficult breathing; swelling of your face, lips, tongue, or throat.

Call your doctor at once if you have:

- slow heartbeats;
- nosebleeds, or any bleeding that will not stop;
- shortness of breath even with mild exertion or while lying down;
- easy bruising, unusual bleeding, purple or red spots under your skin;
- red, pink, or brown urine;
- black, bloody, or tarry stools; or
- coughing up blood or vomit that looks like coffee grounds.

Common side effects may include:

- bleeding; or
- shortness of breath.

This is not a complete list of side effects and others may occur. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

## What other drugs will affect ticagrelor?

**Sometimes it is not safe to use certain medications at the same time.** Some drugs can affect your blood levels of other drugs you take, which may increase side effects or make the medications less effective.

**Tell your doctor about all your current medicines.** Many drugs can affect ticagrelor, especially:

- antifungal medicine;
- antiviral medicine to treat HIV or AIDS;
- a blood thinner;
- cholesterol medication;
- heart or blood pressure medication;
- opioid medication;
- seizure medicine; or
- tuberculosis medicine.

**This list is not complete and many other drugs may affect ticagrelor.** This includes prescription and over-the-counter medicines, vitamins, and herbal products. Not all possible drug interactions are listed here.

## Where can I get more information?

Your pharmacist can provide more information about ticagrelor.

Remember, keep this and all other medicines out of the reach of children, never share your medicines with others, and use this medication only for the indication prescribed.

Every effort has been made to ensure that the information provided by Cerner Multum, Inc. ('Multum') is accurate, up-to-date, and complete, but no guarantee is made to that effect. Drug information contained herein may be time sensitive. Multum information has been compiled for use by healthcare practitioners and consumers in the United States and therefore Multum does not warrant that uses outside of the United States are appropriate, unless specifically indicated otherwise. Multum's drug information does not endorse drugs, diagnose patients or recommend therapy. Multum's drug information is an informational resource designed to assist licensed healthcare practitioners in caring for their patients and/or to serve consumers viewing this service as a supplement to, and not a substitute for, the expertise, skill, knowledge and judgment of healthcare practitioners. The absence of a warning for a given drug or drug combination in no way should be construed to indicate that the drug or drug combination is safe, effective or appropriate for any given patient. Multum does not assume any responsibility for any aspect of healthcare administered with the aid of information Multum provides. The information contained herein is not intended to cover all possible uses, directions, precautions, warnings, drug interactions, allergic reactions, or adverse effects. If you have questions about the drugs you are taking, check with your doctor, nurse or pharmacist.

Copyright 1996-2018 Cerner Multum, Inc. Version: 3.01. Revision Date: 05/08/2018.

**Patient education materials, if any, will display below**

# Heart Attack

A heart attack (*myocardial infarction, MI*) causes damage to the heart that cannot be fixed. A heart attack often happens when a blood clot or other blockage cuts blood flow to the heart. When this happens, certain areas of the heart begin to die. This causes the pain you feel during a heart attack.




**HOME CARE**

- Take medicine as told by your doctor. You may need medicine to:
  - Keep your blood from clotting too easily.
  - Control your blood pressure.
  - Lower your cholesterol.
  - Control abnormal heart rhythms.
- Change certain behaviors as told by your doctor. This may include:
  - Quitting smoking.
  - Being active.
  - Eating a heart-healthy diet. Ask your doctor for help with this diet.
  - Keeping a healthy weight.
  - Keeping your diabetes under control.
  - Lessening stress.
  - Limiting how much alcohol you drink.

**Do *not*** take these medicines unless your doctor says that you can:

- Nonsteroidal anti-inflammatory drugs (NSAIDs). These include:
  - Ibuprofen.
  - Naproxen.
  - Celecoxib.
- Vitamin supplements that have vitamin A, vitamin E, or both.
- Hormone therapy that contains estrogen with or without progestin.

**GET HELP RIGHT AWAY IF:**

- You have sudden chest discomfort.
- You have sudden discomfort in your:
  - Arms.
  - Back.
  - Neck.
  - Jaw.
- You have shortness of breath at any time.

- You have sudden sweating or clammy skin.
- You feel sick to your stomach (*nauseous*) or throw up (*vomit*).
- You suddenly get light-headed or dizzy.
- You feel your heart beating fast or skipping beats.

**These symptoms may be an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 06/18/2013 Document Revised: 05/03/2016 Document Reviewed: 02/20/2015
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

# Post Cardiac Cath Discharge Instructions

The following instructions will guide you on how to care for the site, as well as provide other helpful information. Follow the instructions unless otherwise told by your Health Care Provider.

**Care of the Site**
You may shower in 24hours after the procedure. Remove the dressing before you shower. Gently clean the site using soap and water while standing in the shower. Gently pat dry throughly, and apply a dry band aid daily for 2 days if needed. DO NOT apply powders or lotions.

Inspect the site daily and keep it clean and dry to prevent infection

Do not submerge in a pool or tub of water for at least 5 days, or until the wound has healed. Showers should be brief and no more than 10minutes.

**Activity**
You may resume moderate activity including short walks and light household chores in one day, letting your discomfort be your guide. Physical exercise such as running, biking, golfing, tennis, or working out at the gym is not recommended for 10 days following your procedure and then should be resumed on a gradual basis. Do not perform any activity that will place stress on the groin including sexual activity until reexamined by your doctor.

Do not strain to move your bowels

Do not twist, bend, stretch, or lift more than 5 pounds for one week or until the site heals

You may drive in 24hours. Do not operate machinery or drink alcohol until 24 hours after the procedure.

**Normal Observations**
Soreness or tenderness that may last one week

Mild oozing of pink or clear fluid from puncture site. Apply bandaid if needed.

Possible bruising that could last up to 2 weeks

ormation of a small lump (dime to quarter size: which may last up to 6 weeks)

**CALL PHYSICIAN IMMEDIATELY IF YOU EXPERIENCE**
Increased swelling of groin or leg

Unusual pain at groin site, numbness, tingling of the leg

Signs of infection: redness, warmth to touch, drainage, poorly healing incision, fever or chills

***If pulsating bleeding occurs: APPLY DIRECT PRESSURE AND DIAL 911***

If oozing small amount of blood hold pressure for 10minutes and call your Physician

# Coronary Angiogram With Stent, Care After

Refer to this sheet in the next few weeks. These instructions provide you with information about caring for yourself after your procedure. Your health care provider may also give you more specific instructions. Your treatment has been planned according to current medical practices, but problems sometimes occur. Call your health care provider if you have any problems or questions after your procedure.

**WHAT TO EXPECT AFTER THE PROCEDURE**
After your procedure, it is typical to have the following:

Bruising at the catheter insertion site that usually fades within 1–2 weeks.
• Blood collecting in the tissue (*hematoma*) that may be painful to the touch. It should usually decrease in size and tenderness within 1–2 weeks.

**HOME CARE INSTRUCTIONS**
• Take medicines only as directed by your health care provider. Blood thinners may be prescribed after your procedure to improve blood flow through the stent.
• You may shower 24–48 hours after the procedure or as directed by your health care provider. Remove the bandage (*dressing*) and gently wash the catheter insertion site with plain soap and water. Pat the area dry with a clean towel. **Do not** rub the site, because this may cause bleeding.
• **Do not** take baths, swim, or use a hot tub until your health care provider approves.
• Check your catheter insertion site every day for redness, swelling, or drainage.
• **Do not** apply powder or lotion to the site.
• **Do not** lift over 10 lb (4.5 kg) for 5 days after your procedure or as directed by your health care provider.
• Ask your health care provider when it is okay to:
  ◦ Return to work or school.
  ◦ Resume usual physical activities or sports.
  ◦ Resume sexual activity.
• Eat a heart-healthy diet. This should include plenty of fresh fruits and vegetables. Meat should be lean cuts. Avoid the following types of food:

- Food that is high in salt.
- Canned or highly processed food.
- Food that is high in saturated fat or sugar.
- Fried food.

- Make any other lifestyle changes as recommended by your health care provider. These may include:
  - Not using any tobacco products, including cigarettes, chewing tobacco, or electronic cigarettes. If you need help quitting, ask your health care provider.
  - Managing your weight.
  - Getting regular exercise.
  - Managing your blood pressure.
  - Limiting your alcohol intake.
  - Managing other health problems, such as diabetes.
- If you need an MRI after your heart stent has been placed, be sure to tell the health care provider who orders the MRI that you have a heart stent.
- Keep all follow-up visits as directed by your health care provider. This is important.

**SEEK MEDICAL CARE IF:**

- You have a fever.
- You have chills.
- You have increased bleeding from the catheter insertion site. Hold pressure on the site.

**SEEK IMMEDIATE MEDICAL CARE IF:**

- You develop chest pain or shortness of breath, feel faint, or pass out.
- You have unusual pain at the catheter insertion site.
- You have redness, warmth, or swelling at the catheter insertion site.
- You have drainage (other than a small amount of blood on the dressing) from the catheter insertion site.
- The catheter insertion site is bleeding, and the bleeding does not stop after 30 minutes of holding steady pressure on the site.
- You develop bleeding from any other place, such as from your rectum. There may be bright red blood in your urine or stool, or it may appear as black, tarry stool.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 07/07/2006 Document Revised: 01/08/2016 Document Reviewed: 05/12/2014
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

I acknowledge that I received the Florida Department of Health educational pamphlet "Information on Nonopioid Alternatives for the Treatment of Pain" on admission.

Boca Raton Regional Hospital would like to thank you for allowing us to assist you with your healthcare needs. Your signature below indicates that you have received your prescriptions and have all your personal belongings and valuables. I have discussed, read, and understand my "Discharge

## *Emergency Documentation*

Shortness of breath

Date: 3/22/2020 ; Diagnosis Type: Reason For Visit ; Confirmation: Complaint of ; Clinical Dx: Shortness of breath ; Classification: Nursing ; Clinical Service: Non-Specified ; Code: PNED ; Probability: 0 ; Diagnosis Code: E993630C-CD40-4832-B218-2ECF07A2B4F6

**ED Triage Allergies/Meds**

(As Of: 3/22/2020 7:59:03 PM EDT)

Allergies (Active)

No Known Allergies

Estimated Onset Date: Unspecified ; Created By: Madeira, RN, Natalee; Reaction Status: Active ; Category: Drug ; Substance: No Known Allergies ; Type: Allergy ; Updated By: Madeira, RN, Natalee; Reviewed Date: 03/22/20 19:31 EDT

Medication List

(As Of: 3/22/2020 7:59:03 PM EDT)

Normal Order
nitroglycerin 0.4 mg SL Tab

: nitroglycerin 0.4 mg SL Tab ; Status: Ordered ; Ordered As Mnemonic: nitroglycerin sublingual tablet ; Simple Display Line: 0.4 mg = 1 tab, SL, every 5 min, PRN: chest pain ; Ordering Provider: ROSENTHAL, MD, DAVID S; Catalog Code: nitroglycerin ; Order Dt/Tm: 3/22/2020 7:50:27 PM EDT ; Comment: Call ordering physician after 3rd dose

**Social History**

Social History

(As Of: 3/22/2020 7:59:03 PM EDT)

Tobacco:

Smoking tobacco use: Never (less than 100 in lifetime). N/A Smoking Cessation Education. N/A Education on Smoking Cessation Programs. (Last Updated: 3/22/2020 7:58:28 PM EDT by Williams, RN, Tamara)

Alcohol:

Current user, Occasional Use (Last Updated: 3/22/2020 7:58:33 PM EDT by Williams, RN, Tamara)

Substance Use:

Denies (Last Updated: 3/22/2020 7:58:37 PM EDT by Williams, RN, Tamara)

| | |
|---|---|
| Document Type: | ED Triage Note |
| Collected/Entered Date/Time: | 3/22/2020 19:57 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | ED Triage Adult - Part 2 |
| Sign Information: | Williams,RN,Tamara (3/22/2020 19:57 EDT) |

**ED Triage Adult - Part 2 Entered On: 03/22/20 19:59 EDT**
**Performed On: 03/22/20 19:57 EDT by Williams, RN, Tamara**

**ED Triage Adult v3**
Lynx Mode of Arrival : Private vehicle
Recent Travel History : No recent travel
Demonstrates Signs,Symptoms of Condition : Acute coronary syndrome
ED Allergies/Med Hx Section : document
ED Document PMD : document
Pain Present : No actual or suspected pain
Reviewed for This Hospital Stay : Yes
Document Social History : Open social history
Document Procedure History : Document Procedure History
Influenza Current : No
Languages : English

Williams, RN, Tamara - 03/22/20 19:57 EDT
(As Of: 3/22/2020 7:59:02 PM EDT)

Problems(Active)

| | |
|---|---|
| No Chronic Problems (Cerner :NKP ) | Name of Problem: No Chronic Problems ; Recorder: Williams, RN, Tamara; Code: NKP ; Last Updated: 3/22/2020 19:58 EDT ; Life Cycle Date: 03/22/20 ; Life Cycle Status: Active ; Vocabulary: Cerner |

Diagnoses(Active)

| | |
|---|---|
| Acute chest pain | Date: 3/22/2020 ; Diagnosis Type: Discharge ; Confirmation: Confirmed ; Clinical Dx: Acute chest pain ; Classification: Medical ; Code: ICD-10-CM ; Probability: 0 ; Diagnosis Code: R07.9 |
| Chest pain | Date: 3/22/2020 ; Diagnosis Type: Reason For Visit ; Confirmation: Complaint of ; Clinical Dx: Chest pain ; Classification: Nursing ; Clinical Service: Non-Specified ; Code: PNED ; Probability: 0 ; Diagnosis Code: 8E095FBB-BBCA-40DB-90A7-E99D6615CA20 |

## Consultation Notes

2. Right dominant coronary system with right coronary artery within normal limits.
3. Right PDA branch has diffuse luminal changes.
4. Right posterior and left ventricular branches unremarkable.
5. Left main coronary artery with __________ luminal changes.
6. The left anterior descending coronary artery with luminal irregularities extending to the diagonal branches.
7. The left circumflex coronary artery has a proximal to mid portion 100% occlusive, 100% thrombotic disease.
8. Obtuse marginal branch 1 is unremarkable. Left ventriculography reveals ejection fraction __________.
9. Successful percutaneous coronary intervention to the left circumflex coronary artery, 100% occlusion returned to 0% with a Synergy __________ drug eluting stent, postdilated to 3.3 mm. Excellent angiographic result. There were no complications. The patient tolerated the procedure well.

Thank you very much to participate in the care of this pleasant woman.
Rodolfo Carrillo-Jimenez, MD
CARDIOVASCULAR DISEASE
RC/MODL
D- 03/23/2020 13-13-53 T- 03/23/2020 16-00-37 Job #- 081910/876108210
cc- Rodolfo Carrillo-Jimenez, MD

Read By- RODOLFO CARILLO-JIMENEZ M.D.
Released Date Time- 03/23/20 1606

*Electronically Signed on 03/25/2020 09:02*

*CarrilloJimenez, MD, Rodolfo*

| | |
|---|---|
| Document Type: | Cath Consult |
| Collected/Entered Date/Time: | 3/23/2020 12:20 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | CA CATH CONSULT. |
| Sign Information: | |

**URL**
https://dx.pacs.brch.com/EMR/EventInterface.asp?fun=ShowStudy&forLoginName=web&forAccession=5500257&forPatientPublicID=001561221 HNAM URL

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

*Consultation Notes*

INDICATION-
Unstable angina, non-ST elevation myocardial infarction.
PROCEDURES-
Left cardiac catheterization, left ventriculography, coronary angiography, percutaneous coronary intervention to left circumflex coronary artery.
TECHNIQUE-
Standard __________ access via the right common femoral artery using 5-French in size.
HEMODYNAMIC FINDINGS-
Heart rate 69 beats per minute. Aortic systolic blood pressure of 130/80 mmHg. Left ventricular pressure 12 mmHg.
CORONARY ANATOMY-
Right dominant coronary artery system- The right coronary artery has minimal luminal changes. No obstructive disease. Right PDA branch has minimal luminal disease. Right posterior and left ventricular branches are unremarkable. Left main coronary artery gives rise to the left anterior descending coronary artery and left circumflex coronary artery. The left main coronary artery is unremarkable. The left anterior descending coronary artery has minimal luminal irregularities extending to the diagonal branches. The left circumflex coronary artery from proximal to mid portion __________ 100% occlusion. First obtuse marginal branch has luminal changes. Left ventriculography reveals ejection fraction 50%. There is no mitral valve regurgitation. No is gradient across the aortic valve during pullback. The patient tolerated the procedure well.
After diagnostic cardiac catheterization, we proceeded to anticoagulate the patient with Angiomax bolus and infusion to achieve a therapeutic ACT. Once this was achieved, we were able to place an XB3.5 __________ guiding catheter into the ostium of the left main coronary artery. Significant angiography confirmed the presence of a 100% occlusion in the proximal to mid portion of the circumflex. We were able to cross the lesion with a short run-through wire, placing in the distal portion of circumflex. We proceeded to predilation the lesion with 2.5 x 15 mm balloon. There was TIMI2 flow distally. Intracoronary injections of nitroglycerin and nicardipine resolved the decreased flow and improved the TIMI flow from 2 to 3. We proceeded to then stent this lesion with a Boston Scientific Synergy 3.0 x 33 surveillant stent. This was postdilated to __________ with an excellent angiographic result, reducing the 100% lesion to 0% with no complications. The patient tolerated the procedure well.
CONCLUSION-
1. Normal routine hemodynamics.

## Progress Notes

Electronically signed by Merrill, Barry S MD(Interpreting physician) on 03/23/2020 10-42 AM

Read By- BARRY S MERRILL M.D.
Released Date Time- 03/23/20 1042

**Advance Directive**
Advance Directive:No - - 03/22/2020 22:40

**Code Status**
Full Code

*Electronically Signed on 03/23/2020 13:21*

*Golub, MD, Jason D*

## Consultation Notes

| | |
|---|---|
| Document Type: | Cath Consult |
| Collected/Entered Date/Time: | 3/23/2020 13:13 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | CA CATH CONSULT. |
| Sign Information: | CarrilloJimenez,MD,Rodolfo (3/25/2020 09:02 EDT) |

**Report**
BOCA RATON REGIONAL HOSPITAL CARDIAC CATH
DUNTZ, MATTHEW DOB-
ACCT- 2008200355 MRN- 001561221
CI#- 5500257
DATE- 03/23/2020
REFERRING PHYSICIAN-
Jason Golub, MD

## Progress Notes

Accession # 5500014 Weight 240 Pounds

Study Date 03/23/2020 BSA 2.3 m

Interpreting Physician Merrill, Barry S MD BMI 30.8 kg/m

Referring Physician Ethnicity

Sonographer Hall, Sherika RCS

Type of Study

TTE procedure-CE COMPLETE ECHOCARDIOGRAM.

Indications-Acute coronary syndrome.

M-Mode Measurements (cm)

LVEDd- 4.94 cm LVESd- 3.92 cm
IVSEd- 1.37 cm LA- 3.58 cm
LVPWd- 1.19 cm LVOT- 2.23 cm
AO Root Dimension- 3.28 cm RVDd4.78 cm
FS- 20.65 % EF Estimated- 55%

Doppler Measurements-

AV Velocity- 107.87 cm/s AV Peak Gradient- 4.65 mmHg
AV Area (Continuity)-2.97 cm
MV Peak Gradient- 1.69 mmHg
MV Peak E-Wave- 65.05 cm/s MV Mean Gradient- 1.35 mmHg
MV Peak A-Wave- 64.51 cm/s
TR Velocity-161.37 cm/s MV P1/2t- 63.33 msec
Estimated RAP-10 mmHg MV E/A Ratio- 1.01 %
LVOT Peak Velocity- 81.89 cm/s MVA by PHT3.47

LA Diam- 4.05 cm TR Gradient-10.41611 mmHgRVSP-20.42 mmHg

Findings

Left Ventricle -
Normal LV cavity size.
Mild, concentric left ventricular hypertrophy is present.
Left ventricular wall motion is normal.
Diastolic function appears normal.
EF = \ R\ 50 - 55%.
Right Ventricle -

The right ventricle is mildly dilated. Systolic function is preserved.
RVSP =\ R\ 20.00 mmHg.
Left Atrium -
The left atrium is normal in size.
Right Atrium -
The right atrium is normal in size.

Aortic Valve -
The aortic valve is tri-leaflet and opens adequately.
Aortic valve sclerosis is present, without stenosis.
There is no aortic insufficiency.
Mitral Valve -
Mild mitral regurgitation is present.
Pulmonic Valve -
The pulmonic valve was not well seen.
No significant pulmonic regurgitation seen.

Tricuspid Valve -
The tricuspid valve is not well visualized.
No significant tricuspid regurgitation is seen.

Great vessels -
The aortic root is normal in size.
The IVC is mildly dilated.

Pericardium -
A trace pericardial effusion is present anteriorly.

_

Conclusions

Summary
Normal LV cavity size.
Mild, concentric left ventricular hypertrophy is present.
Left ventricular wall motion is normal.
Diastolic function appears normal.
EF = \ R\ 50 - 55%.
The aortic valve is tri-leaflet and opens adequately.
Aortic valve sclerosis is present, without stenosis.
There is no aortic insufficiency.
Mild mitral regurgitation is present.
The tricuspid valve is not well visualized.
No significant tricuspid regurgitation is seen.
The aortic root is normal in size.
The IVC is mildly dilated.

Signature

INDICATION- Chest pain - generalized

COMPARISON- None.

TECHNIQUE- Single view.

FINDINGS-

The cardiomediastinal silhouette is within normal limits. The lung volumes are normal. No focal area of consolidation. No overt lung edema or appreciable effusions. No appreciable pneumothorax. No acute
osseous abnormality.

IMPRESSION-
1. No radiographic evidence of acute lung pathology.
_Authenticated and electronically signed by- Ricardo A Palmquist PRA,
MD
Electronically signed- 3/22/2020 7-57 PM

Read By- RICARDO A PALMQUIST M.D.
Released Date Time- 03/22/20 1959

Signed By: PALMQUIST, MD, RICARDO A

**************************************************

Echo Transthoracic TTE Complete

03/23/20 10:42:00
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2008200355 DOB:
CI#:0005500014
Transthoracic Echocardiography Report (TTE)

Demographics

Patient name DUNTZ MATTHEW Age 57

Patient # 001561221 Gender Male

Account # 2008200355 Race Unknown

Date of Birth 07/06/1962 Height 74 Inches

Count: 0.1
x10^3/mcL
(03/22/20
19:42:00)
Differential
Type:
AUTOMATE
D DIFF
PERFORMED
(03/22/20
19:42:00)

Coagulation
/Thrombosis
PT: 13.7
seconds
(03/22/20
19:42:00)
INR: 1.1
(03/22/20
19:42:00)
PTT: 61.6
seconds
Critical
(03/23/20
03:07:00)
PTT: 26.1
seconds
(03/22/20
19:42:00)
ISTAT ACT
Kaolin: 412
seconds
High
(03/23/20
12:38:00)

**Imaging Results (Last 24 Hours)**
XR Chest Portable 1 View

03/22/20 19:39:00
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2008200355 DOB
CI#:0005500001
COLLECTED DT/TM:03/22/2020 19:39
SINGLE VIEW CHEST

## Progress Notes

| | |
|---|---|
| 19:42:00) Monocytes: 9 % High (03/22/20 19:42:00) Eosinophil: 0 % (03/22/20 19:42:00) Basophil: 1 % (03/22/20 19:42:00) Absolute Neutrophil Count: 4.1 x10^3/mcL (03/22/20 19:42:00) Absolute Immature Granulocyte Count: 0 x10^3/mcL (03/22/20 19:42:00) Absolute Lymphocyte Count: 2.6 x10^3/mcL (03/22/20 19:42:00) Absolute Monocyte Count: 0.63 x10^3/mcL (03/22/20 19:42:00) Absolute Eosinophyl Count: 0.02 x10^3/mcL Low (03/22/20 19:42:00) Absolute Basophil | HDL: 42 mg/dL (03/22/20 19:42:00) LDL (Calculated) : 58 mg/dL (03/22/20 19:42:00) Triglyceride. : 122 mg/dL (03/22/20 19:42:00) Creatinine Kinase: 465 IntlUnit/L High (03/22/20 19:42:00) CKMB Fraction: 29 ng/mL High (03/22/20 19:42:00) Troponin I: 5.82 ng/mL Critical (03/23/20 03:07:00) Troponin I: 4.95 ng/mL Critical (03/23/20 00:14:00) Troponin I: 4.13 ng/mL Critical (03/22/20 19:42:00) |

## *Progress Notes*

| | |
|---|---|
| g/dL | mL/min/1.7 |
| (03/22/20 | 3 m2 |
| 19:42:00) | (03/23/20 |
| RDW: 12.5 | 03:07:00) |
| % | GFR, African |
| (03/23/20 | American: |
| 03:07:00) | >60 |
| RDW: 12.4 | mL/min/1.7 |
| % | 3 m2 |
| (03/22/20 | (03/22/20 |
| 19:42:00) | 19:42:00) |
| Nucleated | GFR, Non |
| RBCs: 0 | African |
| /100(WBCs) | American: |
| (03/23/20 | >60 |
| 03:07:00) | mL/min/1.7 |
| Nucleated | 3 m2 |
| RBCs: 0 | (03/23/20 |
| /100(WBCs) | 03:07:00) |
| (03/22/20 | GFR, Non |
| 19:42:00) | African |
| Absolute | American: |
| Nucleated | >60 |
| RBC Count: | mL/min/1.7 |
| 0 | 3 m2 |
| x10^3/mcL | (03/22/20 |
| (03/23/20 | 19:42:00) |
| 03:07:00) | Calcium |
| Absolute | Level: 8.6 |
| Nucleated | mg/dL |
| RBC Count: | (03/23/20 |
| 0 | 03:07:00) |
| x10^3/mcL | Calcium |
| (03/22/20 | Level: 8.8 |
| 19:42:00) | mg/dL |
| Granulocyte | (03/22/20 |
| s: 55 % | 19:42:00) |
| (03/22/20 | Pro-Brain |
| 19:42:00) | Natriuretic: |
| Immature | 693 |
| Granulocyte | pg/mL High |
| s: 0 % | (03/22/20 |
| (03/22/20 | 19:42:00) |
| 19:42:00) | Cholesterol. |
| Lymphocyte | : 124 mg/dL |
| s: 35 % | (03/22/20 |
| (03/22/20 | 19:42:00) |

| | | | | |
|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | |
| Date of Birth: | | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | |

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

## *Progress Notes*

(03/22/20 19:42:00) Hemoglobin: 13.8 g/dL (03/23/20 03:07:00) Hemoglobin: 14.7 g/dL (03/22/20 19:42:00) Hematocrit: 40.2 % (03/23/20 03:07:00) Hematocrit: 42.4 % (03/22/20 19:42:00) Platelet Count: 175 K/mcL (03/23/20 03:07:00) Platelet Count: 183 K/mcL (03/22/20 19:42:00) MCV: 92.2 fL (03/23/20 03:07:00) MCV: 91.2 fL (03/22/20 19:42:00) MCH: 31.7 pg High (03/23/20 03:07:00) MCH: 31.6 pg High (03/22/20 19:42:00) MCHC: 34.3 g/dL (03/23/20 03:07:00) MCHC: 34.7

Chloride Level: 108 mmol/L (03/23/20 03:07:00) Chloride Level: 108 mmol/L (03/22/20 19:42:00) CO2: 28 mmol/L (03/23/20 03:07:00) CO2: 27 mmol/L (03/22/20 19:42:00) Glucose Level: 98 mg/dL (03/23/20 03:07:00) Glucose Level: 99 mg/dL (03/22/20 19:42:00) BUN: 10 mg/dL (03/23/20 03:07:00) BUN: 11 mg/dL (03/22/20 19:42:00) Creatinine: 1 mg/dL (03/23/20 03:07:00) Creatinine: 1 mg/dL (03/22/20 19:42:00) GFR, African American: >60

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

## *Progress Notes*

**Date of Service**
03/23/2020

**Subjective**
s/p Lcx PCTI w/ DES
no chest pain

**Physical Exam**

Vitals & Measurements
**T:** 36.8 °C (Oral) **TMIN:** 36.8 °C (Oral) **TMAX:** 37.3 °C (Oral) **HR:** 80(Peripheral) **RR:** 18 **BP:** 102/60 **SpO2:** 96% **WT:** 112.5 kg

GEN: No acute distress, resting comfortably
HEENT: Normocephalic, atraumatic, moist mucous membranes, neck is supple, no JVD
CVS: S1-S2, regular rate and rhythm, no murmurs
CHEST: Clear to auscultation bilaterally
ABDO: Soft, nontender, bowel sounds heard throughout all 4 quadrants
EXT: No edema, positive distal pulses
NEURO: Alert and oriented x3, nonfocal
SKIN: Good turgor, no lesions noted
PSYCH: appropriate affect

**Impressions**
NSTEMI s/p LCx PCI

-given Brilinta/asa in cath lab, further orders per cardiology
-will start crestor and low dose arb
-echo shows preseved EF

**Allergies**
No Known Allergies

**Medications**
Inpatient
- acetaminophen, 650 mg= 2 tab, Oral, every 6 hr, PRN
- acetaminophen, 325 mg= 1 tab, Oral, every 6 hr, PRN
- allopurinol, 100 mg= 1 tab, Oral, Daily
- Ambien, 5 mg= 1 tab, Oral, Daily (at bedtime), PRN
- heparin IV additive 25,000 units [1175 units/hr] + Premix Sodium Chloride 0.45% IV Soln 500 mL
- Lopressor oral tablet, 25 mg= 1 tab, Oral, BID
- nitroglycerin Additive 25 mg [10 mcg/min] + Premix Dextrose 5% in Water - Titration Instructions Re
- pantoprazole, 40 mg= 1 tab, Oral, Daily
- Zofran, 4 mg= 2 mL, IV Push, every 6 hr, PRN

Home
- allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily
- levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
- simvastatin 20 mg oral tablet, 20 mg= 1 tab, Oral, Daily (at bedtime)

**Oxygen Settings**
Oxygen Therapy: Room air (03/23/20 08:03:00)

**Lab Results (Last 24 Hours)**

| Hematology | Chemistry |
|---|---|
| White Cell Count: 7.5 K/mcL (03/23/20 03:07:00) | Sodium Level: 140 mmol/L (03/23/20 03:07:00) |
| White Cell Count: 7.4 K/mcL (03/22/20 19:42:00) | Sodium Level: 139 mmol/L (03/22/20 19:42:00) |
| Red Cell Count: 4.36 x10^6/mcL Low (03/23/20 03:07:00) | Potassium Level: 3.7 mmol/L (03/23/20 03:07:00) |
| Red Cell Count: 4.65 x10^6/mcL Low | Potassium Level: 3.7 mmol/L (03/22/20 19:42:00) |

IV Anticoagulation **New Start** Note

(x ) Unfractionated Heparin Infusion          ( ) Argatroban Infusion

**Plan:**

- Indication: ACS
- Heparin Bolus: ( x) Yes **OR** ( ) No;
- If YES: Bolus Dose: 5000 **units**
- Heparin Infusion Rate: 1000 units/hr
- Argatroban Infusion Rate: mg/hr
- Baseline PTT (If available): 26.1
- PTT Range Parameters: (68 ) to (100.9 )
- Labs Ordered:
  - ( ) Baseline PTT
  - ( ) Platelets
  - ( ) H/H
  - ( ) INR
  - ( ) Total Bilirubin
  - ( ) AST
  - ( ) ALT

- **Next PTT time: 3/23 @0500**

*Electronically Signed on 03/22/2020 20:40*

*Arias, PharmD, Priscilla*

| | |
|---|---|
| Document Type: | Progress Notes |
| Collected/Entered Date/Time: | 3/23/2020 13:18 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Progress Note - Inpatient |
| Sign Information: | Golub,MD,Jason D (3/23/2020 13:21 EDT) |

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

## Progress Notes

| | |
|---|---|
| Document Type: | Pharmacy Progress Note |
| Collected/Entered Date/Time: | 3/22/2020 20:39 EDT |
| Result Status: | Modified |
| Document Subject: | Heparin Dosing Note |
| Sign Information: | Riveron,PharmD,Krista (3/23/2020 14:43 EDT); Dawson, RPH,Michael (3/23/2020 05:49 EDT); Arias,PharmD,Priscilla (3/22/2020 20:40 EDT) |

**Addendum by Riveron, PharmD, Krista on March 23, 2020 14:43 EDT**
heparin dc'd by Dr. Carrillo-Jiminez

*Electronically Signed on 03/23/2020 14:43*

*Riveron, PharmD, Krista*

**Addendum by Dawson, RPH, Michael on March 23, 2020 05:49 EDT**
**Heparin Pharmacy Monitoring Note**
**Current Rate:**
-1000 units/hr
**Labs:**
Coagulation/Thrombosis
PT: 13.7 seconds (03/22/20 19:42:00)
INR: 1.1 (03/22/20 19:42:00)
PTT: 61.6 seconds Critical (03/23/20 03:07:00)
PTT: 26.1 seconds (03/22/20 19:42:00)
**Plan:**
-PTT isSubtherapeutic
-Give 25 units/kg bolus and increase rate
-Rate = 1175 units/hr
-Next PTT scheduled for 3/23 1130
Comments:
-No signs and symptoms of bleeding per RN_Angela

*Electronically Signed on 03/23/2020 05:49*

*Dawson, RPH, Michael*

## IV Anticoagulation Initial Note

Read By- RICARDO A PALMQUIST M.D.
Released Date Time- 03/22/20 1959

Signed By: PALMQUIST, MD, RICARDO A

EKG
Normal sinus rhythm
Normal ECG
No previous ECGs available for comparison
Also confirmed by Rosenthal, David (2405), editor Pidcock, Magda (42) on 3/22/2020 8:36:43 PM
Ventricular Rate 85 BPM
Atrial Rate 85 BPM
P-R Interval 172 ms
QRS Duration 80 ms
Q-T Interval 352 ms
QTC Calculation(Bazett) 418 ms
P Axis 69 degrees
R Axis 39 degrees
T Axis 73 degrees
Confirmed by Rosenthal, David (2405) on 3/22/2020 8:18:45 PM [1]

**Advance Directive**
Not yet documented

**Code Status**
Not yet documented

[1] ED Note; Mirza, ED Scribe, Zain 03/22/2020 20:54 EDT

*Electronically Signed on 03/22/2020 21:30*

*Jadoonanan, DO, Hema M*

20
19:42:0
0)
PTT:
26.1
seconds
(03/22/
20
19:42:0
0)

**Imaging Results (Last 24 Hours)**
XR Chest Portable 1 View

03/22/20 19:39:00
BOCA RATON REGIONAL HOSPITAL
MATTHEW DUNTZ
MRN:001561221 ACCT:2008200355
DOB:07/06/1962 CI#:0005500001
COLLECTED DT/TM:03/22/2020 19:39
SINGLE VIEW CHEST

INDICATION- Chest pain - generalized

COMPARISON- None.

TECHNIQUE- Single view.

FINDINGS-

The cardiomediastinal silhouette is within normal limits. The lung volumes are normal. No focal area of consolidation. No overt lung edema or appreciable effusions. No appreciable pneumothorax. No acute osseous abnormality.

IMPRESSION-
1. No radiographic evidence of acute lung pathology.
_Authenticated and electronically signed by-
Ricardo A Palmquist PRA,
MD
Electronically signed- 3/22/2020 7-57 PM

| | |
|---|---|
| mcL (03/22/20 19:42:00) Absolute Immature Granulocyte Count: 0 x10^3/mcL (03/22/20 19:42:00) Absolute Lymphocyte Count: 2.6 x10^3/mcL (03/22/20 19:42:00) Absolute Monocyte Count: 0.63 x10^3/mcL (03/22/20 19:42:00) Absolute Eosinophyl | : 29 ng/mL High (03/22/20 19:42:00) Troponin I: 4.13 ng/mL Critical (03/22/20 19:42:00) |

Count: 0.02 x10^3/mcL Low (03/22/20 19:42:00)
Absolute Basophil Count: 0.1 x10^3/mcL (03/22/20 19:42:00)
Differential Type: AUTOMATED DIFF PERFORMED (03/22/20 19:42:00)

Coagulation/Thrombosis
PT: 13.7 seconds (03/22/20 19:42:00)
INR: 1.1 (03/22/

## *History and Physical Reports*

| | |
|---|---|
| Document Type: | History and Physical |
| Collected/Entered Date/Time: | 3/22/2020 21:27 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | History and Physical - Admission |
| Sign Information: | Jadoonanan,DO,Hema M (3/22/2020 21:30 EDT) |

**Date of Service**
03/22/2020
9pm

**Chief Complaint**
Chest pain x 4 days. Took aspirin 162mg at home.

**History of Present Illness**
Patient is a 57-year-old Caucasian gentleman with history of gout, dyslipidemia, and hypothyroidism who comes in with complaints of intermittent substernal chest burning that began last Wednesday. He states pain became constant today. Describes it as substernal chest burning without radiation.
Denies any improvement with over-the-counter antacids. No nausea, vomiting, shortness of breath, diaphoresis. No prior history. No history of stress test. During his ER workup, he was found to have elevated troponins all be admitted for further treatment.

**Review of Systems**
Constitutional: [No fevers, chills, sweats]
Eye: [No recent visual problems]
ENMT: [No ear pain, nasal congestion, sore throat]
Respiratory: [No shortness of breath, cough]
Cardiovascular: [No Chest pain, palpitations, syncope]
Gastrointestinal: [No nausea, vomiting, diarrhea]
Genitourinary: [No hematuria]
Hema/Lymph: [Negative for bruising tendency, swollen lymph glands]
Endocrine: [Negative for excessive thirst, excessive hunger]
Musculoskeletal: [No back pain, neck pain, joint pain, muscle pain, decreased range of motion]
Integumentary: [No rash, pruritus, abrasions]
Neurologic: [Alert & oriented X 4]
Psychiatric: [No anxiety, depression]

**Physical Exam**

Vitals & Measurements
**T:** 37.3 °C (Oral) **HR:** 91(Peripheral) **RR:** 20 **BP:** 152/86 **SpO2:** 97%
**WT:** 108 kg
General: [Alert and oriented, well nourished, no acute distress].
HEENT: [[Normocephalic; atraumatic; PERRL, EOMI, normal conjunctiva, no scleral icterus, mucous membraines moist,].
Neck: [Supple, non-tender].

**Problem List/Past Medical History**
No Chronic Problems

**Procedure/Surgical History**
- Melanoma

**Allergies**
No Known Allergies

**Medications**
Inpatient
allopurinol, 100 mg= 1 tab, Oral, Daily
heparin IV additive 25,000 units [1000 units/hr] + Premix Sodium Chloride 0.45% IV Soln 500 mL
nitroglycerin Additive 25 mg [10 mcg/min] + Premix Dextrose 5% in Water - Titration Instructions Re
Home
allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
simvastatin 20 mg oral tablet, 20 mg= 1 tab, Oral, Daily (at bedtime)

**Social History**
Alcohol
Current user, Occasional Use
Substance Use
Denies
Tobacco
Smoking tobacco use: Never (less than 100 in lifetime). N/A Smoking Cessation Education. N/A Education on Smoking Cessation Programs.
Married, performs all ADLs, owns a small business

**Family History**

Reviewed and not pertinent chief complaint

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

*History and Physical Reports*

Lungs: [Clear to auscultation bilaterally, no rales, rhonchi, or wheezing].
Heart: [+S1, S2; regular rate and rhythm, no murmurs].
Abdomen: [Soft, non-tender, non-distended, normal bowel sounds, no masses].
Musculoskeletal: [Normal range of motion and strength, no tenderness or swelling].
Skin: [Skin is warm, dry and pink, no rashes or lesions].
Neurologic: [Awake, alert, and oriented X3, CN II-XII intact].
Psychiatric: [Cooperative, appropriate mood and affect].

**Assessment/Plan**

ACS-aspirin, nitroglycerin drip, heparin drip, trend troponins, Cardiology evaluation.
NPO after midnight for cardiac catheterization

Hypertension-Lopressor b.i.d., hydralazine p.r.n.

Hypothyroidism-continue levothyroxine

Dyslipidemia-continue statin

History of gout

As stated, patient will be admitted for monitoring. He will be started on heparin. We will continue Cardiology recommendations.

**Lab Results (Last 24 Hours)**

| Hematology | Chemistry |
|---|---|
| White Cell Count: 7.4 K/mcL (03/22/20 19:42:00) | Sodium Level: 139 mmol/L (03/22/20 19:42:00) |
| Red Cell Count: 4.65 x10^6/mcL Low (03/22/20 19:42:00) | Potassium Level: 3.7 mmol/L (03/22/20 19:42:00) |
| Hemoglobin: 14.7 g/dL (03/22/20 19:42:00) | Chloride Level: 108 mmol/L (03/22/20 19:42:00) |
| Hematocrit: 42.4 % (03/22/20 19:42:00) | CO2: 27 mmol/L (03/22/20 19:42:00) |
| Platelet Count: 183 K/mcL (03/22/20 19:42:00) | Glucose Level: 99 mg/dL (03/22/20 19:42:00) |
| MCV: 91.2 fL | BUN: 11 mg/dL (03/22/ |

*History and Physical Reports*

| | |
|---|---|
| (03/22/ | 20 |
| 20 | 19:42:0 |
| 19:42:0 | 0) |
| 0) | Creatini |
| MCH: | ne: 1 |
| 31.6 | mg/dL |
| pg High | (03/22/ |
| (03/22/ | 20 |
| 20 | 19:42:0 |
| 19:42:0 | 0) |
| 0) | GFR, |
| MCHC: | African |
| 34.7 | America |
| g/dL | n: >60 |
| (03/22/ | mL/min |
| 20 | /1.73 |
| 19:42:0 | m2 |
| 0) | (03/22/ |
| RDW: | 20 |
| 12.4 % | 19:42:0 |
| (03/22/ | 0) |
| 20 | GFR, |
| 19:42:0 | Non |
| 0) | African |
| Nucleat | America |
| ed | n: >60 |
| RBCs: 0 | mL/min |
| /100(W | /1.73 |
| BCs) | m2 |
| (03/22/ | (03/22/ |
| 20 | 20 |
| 19:42:0 | 19:42:0 |
| 0) | 0) |
| Absolut | Calcium |
| e | Level: |
| Nucleat | 8.8 |
| ed RBC | mg/dL |
| Count: | (03/22/ |
| 0 | 20 |
| x10^3/ | 19:42:0 |
| mcL | 0) |
| (03/22/ | Pro- |
| 20 | Brain |
| 19:42:0 | Natriure |
| 0) | tic: 693 |
| Granulo | pg/mL |
| cytes: | High |

55 % (03/22/20 19:42:00) Immature Granulocytes: 0 % (03/22/20 19:42:00) Lymphocytes: 35 % (03/22/20 19:42:00) Monocytes: 9 % High (03/22/20 19:42:00) Eosinophil: 0 % (03/22/20 19:42:00) Basophil: 1 % (03/22/20 19:42:00) Absolute Neutrophil Count: 4.1 x10^3/

(03/22/20 19:42:00) Cholesterol.: 124 mg/dL (03/22/20 19:42:00) HDL: 42 mg/dL (03/22/20 19:42:00) LDL (Calculated): 58 mg/dL (03/22/20 19:42:00) Triglyceride.: 122 mg/dL (03/22/20 19:42:00) Creatinine Kinase: 465 IntlUnit/L High (03/22/20 19:42:00) CKMB Fraction

*Emergency Documentation*

**Procedure History**

Procedure History

(As Of: 3/22/2020 7:59:03 PM EDT)

Anesthesia Minutes: 0 ; Procedure Name: Melanoma ;
Procedure Minutes: 0 ; Last Reviewed Dt/Tm: 3/22/2020
7:58:55 PM EDT

**Human Trafficking Screening**
Human Trafficking Signs Observed : No

Williams, RN, Tamara - 03/22/20 19:57 EDT

*Electronically Signed on 03/22/2020 19:57*

*Williams, RN, Tamara*

| | |
|---|---|
| Document Type: | ED Triage Note |
| Collected/Entered Date/Time: | 3/22/2020 19:30 EDT |
| Result Status: | Modified |
| Document Subject: | ED Triage Adult - Part 1 |
| Sign Information: | Williams,RN,Tamara (3/22/2020 20:33 EDT); Madeira,RN, Natalee (3/22/2020 19:33 EDT); Madeira,RN,Natalee (3/22/2020 19:30 EDT) |

**ED Triage Adult - Part 1 Entered On: 03/22/20 19:31 EDT**
**Performed On: 03/22/20 19:30 EDT by Madeira, RN, Natalee**

**ED Triage Adult v2**
Weight Dosing : 108 kg(Converted to: 238 lb 2 oz)
Height/Length Measured : 187 cm(Converted to: 6 ft 2 in)
Body Mass Index Measured : 31 kg/m2

Williams, RN, Tamara - 03/22/20 20:33 EDT

Chief Complaint : Chest pain x 4 days. Took aspirin 162mg at home.

Madeira, RN, Natalee - 03/22/20 19:33 EDT

~~{[Chest pain x 4 days] - previously charted by Madeira, RN, Natalee at 03/22/20 19:30 EDT};~~

## *Emergency Documentation*

Temperature Oral : 37.3 Deg C(Converted to: 99.1 Deg F)
Temperature Type : Oral
Systolic Blood Pressure : 152 mmHg (HI)
Diastolic Blood Pressure : 86 mmHg
Peripheral Pulse Rate : 91 bpm
Respiratory Rate : 20 br/min
SpO2 : 97 %
Mean Arterial Pressure, Cuff : 108 mmHg
Pain Present : No actual or suspected pain

Madeira, RN, Natalee - 03/22/20 19:30 EDT

Tracking Acuity
Tracking Group : ED Tracking Group
Tracking Acuity : 3 - Urgent

Madeira, RN, Natalee - 03/22/20 19:30 EDT
(As Of: 3/22/2020 8:33:33 PM EDT)

Allergies (Active)

| | |
|---|---|
| No Known Allergies | Estimated Onset Date: Unspecified ; Created By: Madeira, RN, Natalee; Reaction Status: Active ; Category: Drug ; Substance: No Known Allergies ; Type: Allergy ; Updated By: Madeira, RN, Natalee; Reviewed Date: 03/22/20 19:31 EDT |

*Electronically Signed on 03/22/2020 19:30*

*Madeira, RN, Natalee*

*Electronically Signed on 03/22/20 07:33 PM*

*Madeira, RN, Natalee*

*Electronically Signed on 03/22/20 08:33 PM*

*Williams, RN, Tamara*

| | |
|---|---|
| Document Type: | ED Note Physician |
| Collected/Entered Date/Time: | 3/22/2020 20:54 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | ED Note |
| Sign Information: | ROSENTHAL,MD,DAVID S (3/22/2020 21:27 EDT); Mirza, ED Scribe,Zain (3/22/2020 21:23 EDT); Mirza,ED Scribe, Zain (3/22/2020 20:54 EDT) |

**Attestation**
I, Zain Mirza , am scribing for and in the presence of David Rosenthal MD.

## *Emergency Documentation*

### Basic Information

Chief Complaint
Chest pain x 4 days. Took aspirin 162mg at home.
ED Assigned Provider/Time
**Time Seen:**
ROSENTHAL, MD, DAVID S / 03/22/2020 19:34

### History of Present Illness

57 y/o M presents ot the ED with 4 days of intermittent, burning chest pain in the center of his chest. Associated with SOB and nausea. Denies modifying factors. Currently pain is 4/10, non radiating. He took 2 baby ASA PTA.

### Review of Systems

General: -fevers -chills, -lightheadedness, -LOC, -generalized weakness
Eye: -eye redness or pain
ENT: -rhinorrhea, -congestion
Resp: -cough, +shortness of breath
Cardiovascular: +chest pain, -palpitations
GI: -abdominal Pain, +nausea, -vomiting, -diarrhea
GU: -dysuria, -urinary frequency
MSK: -neck pain, -back pain
Neuro: -headache, - numbness, -focal weakness

All other review of systems reviewed with patient and negative except as marked above.

### Physical Exam

Vitals & Measurements
**T:** 37.3 °C (Oral) **HR:** 91(Peripheral) **RR:** 20 **BP:** 152/86 **SpO2:** 97%
**HT:** 187 cm **WT:** 108 kg **BMI:** 31
GENERAL_APPEARANCE: well nourished, alert, cooperative, No acute distress, No discomfort
MENTAL_STATUS: speech clear, oriented x 3, normal affect, responds appropriatelyto questions
NEURO: CNs normal as tested, motor intact, gait normal
HEAD: atraumatic, normocephalic
EYES: PERRL, EOMI, conjunctiva clear
MOUTH: Moist Mucous Membranes
NECK: supple
HEART: Normal Rate, normal rhythm, no murmurs
LUNGS: no wheezing, no rales, no rhonchi, good air exchange bilateral.
ABDOMEN: normal BS,soft, no abd tenderness (-)guarding, (-)rebound, no pulsatile masses
EXTREMITIES: no edema, no deformities
SKIN: warm, dry, good color, no rash

### Lab Results

**Hematology** **LATEST RESULTS**

### Problem List/Past Medical History

No Chronic Problems

### Procedure/Surgical History

- Melanoma

### Medications

Inpatient
heparin BOLUS, 5000 units= 1 mL, IV Push, Once
heparin IV additive 25,000 units [1000 units/hr] + Premix Sodium Chloride 0.45% IV Soln 500 mL
nitroglycerin Additive 25 mg [10 mcg/min] + Premix Dextrose 5% in Water - Titration Instructions Re
Home
allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
simvastatin 20 mg oral tablet, 20 mg= 1 tab, Oral, Daily (at bedtime)

### Allergies

No Known Allergies

### Social History

Alcohol
Current user, Occasional Use
Substance Use
Denies
Tobacco
Smoking tobacco use: Never (less than 100 in lifetime). N/A Smoking Cessation Education. N/A Education on Smoking Cessation Programs.

### Family History

Noncontributory

### Physician Attestation

I, David Rosenthal MD personally performed the services described in his documentation, as scribed by Zain Mirza in my presence, and it is both accurate and complete.

**Boca Raton Regional Hospital**
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

## *Emergency Documentation*

| | | |
|---|---|---|
| White Cell Count | [illegible] | 7.4 K/mcL |
| Red Cell Count | [illegible] | 4.65 x10^6/mcL Low |
| Hemoglobin | [illegible] | 14.7 g/dL |
| Hematocrit | [illegible] | 42.4 % |
| Platelet Count | [illegible] | 183 K/mcL |
| MCV | [illegible] | 91.2 fL |
| MCH | [illegible] | 31.6 pg High |
| MCHC | [illegible] | 34.7 g/dL |
| RDW | [illegible] | 12.4 % |
| Nucleated RBCs | [illegible] | 0 /100(WBCs) |
| Absolute Nucleated RBC Count | [illegible] | 0.00 x10^3/mcL |
| Granulocytes | [illegible] | 55 % |
| Immature Granulocytes | [illegible] | 0 % |
| Lymphocytes | [illegible] | 35 % |
| Monocytes | [illegible] | 9 % High |
| Eosinophil | [illegible] | 0 % |
| Basophil | [illegible] | 1 % |
| Absolute Neutrophil Count | [illegible] | 4.1 x10^3/mcL |
| Absolute Immature Granulocyte Count | [illegible] | 0.0 x10^3/mcL |
| Absolute Lymphocyte Count | [illegible] | 2.6 x10^3/mcL |
| Absolute Monocyte Count | [illegible] | 0.63 x10^3/mcL |
| Absolute Eosinophyl Count | [illegible] | 0.02 x10^3/mcL Low |
| Absolute Basophil Count | [illegible] | 0.1 x10^3/mcL |
| Differential Type | [illegible] | AUTOMATED DIFF PERFORMED |

| Coagulation | LATEST RESULTS | |
|---|---|---|
| PT | [illegible] | 13.7 seconds |
| INR | [illegible] | 1.1 |
| PTT | [illegible] | 26.1 seconds |

| Routine Chemistry | LATEST RESULTS | |
|---|---|---|
| Sodium Level | [illegible] | 139 mmol/L |
| Potassium Level | [illegible] | 3.7 mmol/L |
| Chloride Level | [illegible] | 108 mmol/L |
| CO2 | [illegible] | 27 mmol/L |
| Glucose Level | [illegible] | 99 mg/dL |
| BUN | [illegible] | 11 mg/dL |
| Creatinine | [illegible] | 1.0 mg/dL |
| GFR, African American | [illegible] | >60 mL/min/1.73 m2 |
| GFR, Non African American | [illegible] | >60 mL/min/1.73 m2 |
| Calcium Level | [illegible] | 8.8 mg/dL |
| Pro-Brain Natriuretic | [illegible] | 693 pg/mL High |

## *Emergency Documentation*

| Lipids | LATEST RESULTS | |
|---|---|---|
| Cholesterol. | [illegible] | 124 mg/dL |
| HDL | [illegible] | 42 mg/dL |
| LDL (Calculated) | [illegible] | 58 mg/dL |
| Triglyceride. | [illegible] | 122 mg/dL |

| Cardiac Isoenzymes | LATEST RESULTS | |
|---|---|---|
| Creatinine Kinase | [illegible] | 465 IntlUnit/L High |
| CKMB Fraction | [illegible] | 29 ng/mL High |
| Troponin I | [illegible] | 4.130 ng/mL Critical |

**Diagnostic Results**

EKG
Normal sinus rhythm
Normal ECG
No previous ECGs available for comparison
Also confirmed by Rosenthal, David (2405), editor Pidcock, Magda (42) on 3/22/2020 8:36:43 PM
Ventricular Rate 85 BPM
Atrial Rate 85 BPM
P-R Interval 172 ms
QRS Duration 80 ms
Q-T Interval 352 ms
QTC Calculation(Bazett) 418 ms
P Axis 69 degrees
R Axis 39 degrees
T Axis 73 degrees
Confirmed by Rosenthal, David (2405) on 3/22/2020 8:18:45 PM

**Imaging Results (Last 24 Hours)**
XR Chest Portable 1 View

03/22/20 19:39:00
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2008200355 DOB:07/06/1962 CI#:0005500001
COLLECTED DT/TM:03/22/2020 19:39
SINGLE VIEW CHEST

INDICATION- Chest pain - generalized

COMPARISON- None.

TECHNIQUE- Single view.

FINDINGS-

The cardiomediastinal silhouette is within normal limits. The lung volumes are normal. No focal area of consolidation. No overt lung edema or appreciable effusions. No appreciable pneumothorax. No acute osseous abnormality.

IMPRESSION-
1. No radiographic evidence of acute lung pathology.
_Authenticated and electronically signed by- Ricardo A Palmquist PRA, MD
Electronically signed- 3/22/2020 7-57 PM

Read By- RICARDO A PALMQUIST M.D.
Released Date Time- 03/22/20 1959

Signed By: PALMQUIST, MD, RICARDO A

**Medical Decision Making**
**Differential Diagnoses include but are not limited to:** ACS, angina, musculoskeletal strain, pneumothorax, pneumonia, arrhythmia

**Assessment/Plan**
1. Acute chest pain

2. NSTEMI (non-ST elevated myocardial infarction)

**ED COURSE**

**03/22/2020 2027**
**VITALS - reviewed vitals signs**
**REEVALUATION -** Patient has had mild relief of chest pain with sublingual NTG, will initiate IV NTG drip for goal of chest pain free. IV Heparin initiated for NSTEMI.

**ADMIT -** After completion of initial emergency department evaluation, it has been determined that the patient requires further evaluation and treatment. Hospitalist Service is being contacted to assume care of this patient at this time. The patient has been informed of their initial diagnosis and agrees to further evaluation and treatment.

I have counseled the patient regarding their imaging results, labs, EKG, and diagnoses.

**2035**
**Consult-** Case discussed at length with Dr. Carillo, agrees with assessment and plan, universal care plan, pt will be admitted for likely cardiac catheterization in the morning.

**2052**
**Consult**- Dr. Hema Jadoonanan has agreed to assume care of the patient at this time.

**2122**
VITALS - reviewed vitals signs
**REEVALUATION** - Patient now chest pain free.

**CRITICAL CARE**
I personally spent 35- minutes devoted to the care this critically ill patient. This time excludes the time for billable procedures.

**Note:**
This was dictated using a voice recognition program. Although proofread, the chart may contain computer
transcription errors and phonetic errors. Other human proofreading may also exist. Corrections may be performed
at a later date. Please contact the physician for any clarifications if needed.

*Electronically Signed on 03/22/2020 20:54*

*Mirza, ED Scribe, Zain*

*Electronically Signed on 03/22/20 09:23 PM*

*Mirza, ED Scribe, Zain*

*Electronically Signed on 03/22/20 09:27 PM*

*ROSENTHAL, MD, DAVID S*

| | |
|---|---|
| Document Type: | ED Clinical Summary |
| Collected/Entered Date/Time: | 3/22/2020 22:09 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | ED Clinical Summary |
| Sign Information: | Williams,RN,Tamara (3/22/2020 22:09 EDT) |

**ED Clinical Summary**

**Boca Raton Regional Hospital**
**800 Meadows Road**
**Boca Raton, FL 33486**
**5613957100**

*Emergency Documentation*

## PERSON INFORMATION

**Name:** DUNTZ, MATTHEW
**Sex:** Male
**Marital Status:** Married
**MRN:** 001561221
**Visit Reason:** Shortness of breath; Chest pain; NON-ST ELEVATION (NSTEMI) MYOCARDIAL INFARCTION

**Age:** 57 Years
**Language:** English
**Phone:** (561)213-6363
**Acct#** 2008200355
**Acuity:** 3 - Urgent

**DOB:** 07/06/62
**PCP:** FIELDS, MD, CONSTANCE D
**Med Service:** Medicine-General
**Arrival:** 03/22/20 19:13:00
**LOS:** 000 02:56

**Address:**

1348 SUGAR PLUM DR BOCA RATON FL 33486

**Diagnosis:**

1:Acute chest pain; 2:NSTEMI (non-ST elevated myocardial infarction)

**Medications Administered:**

| Medication | Dose | Route |
|---|---|---|
| nitroglycerin | 0.4 mg | SL |
| nitroglycerin | 250 mL Initial Volume<br>6 mL/hr | IV<br>Left Antecubital |
| Premix Dextrose 5% in Water | 250 mL Initial Volume<br>6 mL/hr | IV<br>Left Antecubital |
| heparin | 5000 units | IV Push |
| heparin | 500 mL Initial Volume<br>20 mL/hr | IV<br>Left Hand |
| Premix Sodium Chloride 0.45% IV Soln | 500 mL Initial Volume<br>20 mL/hr | IV<br>Left Hand |

**Radiology Orders:**

**XR Chest Portable 1 View**
03/22/20 19:33:00 EDT, Stat, Once, Reason: Chest pain - generalized, Transport Mode: Stretcher, 03/22/20 19:33:00 EDT

**Laboratory Orders:**

**BMP** Blood, Stat, Collected, 03/22/20 19:51:00 EDT, by Williams, RN, Tamara, Once, Nurse collect

**CBC and Differential** Blood, Stat, Collected, 03/22/20 19:51:00 EDT, by Williams, RN, Tamara, Once, Nurse collect

*Emergency Documentation*

**CK MB Fraction** Blood, Stat, Collected, 03/22/20 19:51:00 EDT, by Williams, RN, Tamara, Once, Nurse collect

**CPK** Blood, Stat, Collected, 03/22/20 19:51:00 EDT, by Williams, RN, Tamara, Once, Nurse collect

**Lipoprotein Profile** Blood, Stat, Collected, 03/22/20 19:51:00 EDT, by Williams, RN, Tamara, Once, Nurse collect

**Pro-Brain Natriuretic Peptide**
Blood, Stat, Collected, 03/22/20 19:51:00 EDT, by Williams, RN, Tamara, Once, Nurse collect

**Prothrombin Time with INR**
Blood, Stat, Collected, 03/22/20 19:51:00 EDT, by Williams, RN, Tamara, Once, Nurse collect, Patient on Coumadin: NO COUMADIN

**PTT**
Blood, Stat, Collected, 03/22/20 19:51:00 EDT, by Williams, RN, Tamara, Once, Nurse collect, Patient on Heparin: NO HEPARIN

**PTT** Blood, Timed Study, 03/23/20 5:00:00 EDT, Once, Patient on Heparin: YES HEPARIN

**Troponin I** Blood, Stat, Collected, 03/22/20 19:51:00 EDT, by Williams, RN, Tamara, Once, Nurse collect

**Lab and Rad:**

**Laboratory or Other Results This Visit** (last charted value for your 03/22/2020 visit)

**Hematology**

03/22/2020 7:42 PM

- **White Cell Count:** 7.4 K/mcL -- Normal range between ( 4.0 and 10.0 )
- **Red Cell Count:** 4.65 x10^6/mcL -- Normal range between ( 4.70 and 6.10 )
- **Granulocytes:** 55 % -- Normal range between ( 42 and 75 )
- **Lymphocytes:** 35 % -- Normal range between ( 21 and 51 )
- **Monocytes:** 9 % -- Normal range between ( 2 and 8 )
- **Basophil:** 1 % -- Normal range between ( 0 and 2 )
- **MCV:** 91.2 fL -- Normal range between ( 80.0 and 94.0 )
- **MCHC:** 34.7 g/dL -- Normal range between ( 33.0 and 37.0 )
- **Hematocrit:** 42.4 % -- Normal range between ( 37.0 and 47.0 )
- **MCH:** 31.6 pg -- Normal range between ( 27.0 and 31.0 )
- **Hemoglobin:** 14.7 g/dL -- Normal range between ( 12.0 and 16.0 )
- **Nucleated RBCs:** 0 /100(WBCs)
- **Platelet Count:** 183 K/mcL -- Normal range between ( 150 and 400 )
- **RDW:** 12.4 % -- Normal range between ( 11.5 and 14.5 )

**Eosinophil:** 0 % -- Normal range between ( 0 and 5 )
**Absolute Nucleated RBC Count:** 0.00 x10^3/mcL -- Normal range between ( 0.00 and 0.01 )
**Differential Type:** AUTOMATED DIFF PERFORMED
**Immature Granulocytes:** 0 % -- Normal range between ( 0 and 4 )
**Absolute Neutrophil Count:** 4.1 x10^3/mcL -- Normal range between ( 1.7 and 7.5 )
**Absolute Immature Granulocyte Count:** 0.0 x10^3/mcL -- Normal range between ( 0.00 and 0.03 )
**Absolute Lymphocyte Count:** 2.6 x10^3/mcL -- Normal range between ( 1.2 and 4.9 )
**Absolute Monocyte Count:** 0.63 x10^3/mcL -- Normal range between ( 0.20 and 1.00 )
**Absolute Eosinophyl Count:** 0.02 x10^3/mcL -- Normal range between ( 0.05 and 0.80 )
**Absolute Basophil Count:** 0.1 x10^3/mcL -- Normal range between ( 0.00 and 0.30 )

**Coagulation**
03/22/2020 7:42 PM
**PT:** 13.7 seconds -- Normal range between ( 11.5 and 14.4 )
**PTT:** 26.1 seconds -- Normal range between ( 22.0 and 34.8 )
**INR:** 1.1 -- Normal range between ( 0.9 and 1.2 )

**Chemistry**
03/22/2020 7:42 PM
**Creatinine:** 1.0 mg/dL -- Normal range between ( 0.6 and 1.3 )
**BUN:** 11 mg/dL -- Normal range between ( 7 and 18 )
**LDL (Calculated):** 58 mg/dL
**Glucose Level:** 99 mg/dL -- Normal range between ( 70 and 99 )
**Potassium Level:** 3.7 mmol/L -- Normal range between ( 3.6 and 5.2 )
**HDL:** 42 mg/dL -- Normal range between ( 40 and 60 )
**Sodium Level:** 139 mmol/L -- Normal range between ( 138 and 148 )
**Calcium Level:** 8.8 mg/dL -- Normal range between ( 8.5 and 10.1 )
**CO2:** 27 mmol/L -- Normal range between ( 21 and 32 )
**CKMB Fraction:** 29 ng/mL -- Normal range between ( 0 and 4 )
**GFR, Non African American:** >60 mL/min/1.73 m2
**GFR, African American:** >60 mL/min/1.73 m2
**Pro-Brain Natriuretic:** 693 pg/mL -- Normal range between ( 0 and 125 )
**Chloride Level:** 108 mmol/L -- Normal range between ( 100 and 108 )
**Creatinine Kinase:** 465 IntlUnit/L -- Normal range between ( 0 and 177 )

**Cholesterol.:** 124 mg/dL
**Triglyceride.:** 122 mg/dL
**Troponin I:** 4.130 ng/mL

**Diagnostic Radiology**
03/22/2020 7:39 PM
**XR Chest Portable 1 View:** XR Chest Portable 1 View

**Medications:**

## PROVIDER INFORMATION

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| Jacobson, Leanne | ED Registration | 03/22/20 19:27:12 | |
| ROSENTHAL, MD, DAVID S | ED Provider | 03/22/20 19:34:20 | |
| Williams, RN, Tamara | ED Nurse | 03/22/20 19:36:25 | |

**Attending Physician:**
Golub, MD, Jason D

**Admit Doc**
Golub, MD, Jason D

**Consulting Doc**

## VITALS INFORMATION

| Vital Sign | Triage | Latest |
|---|---|---|
| Temp Oral | 37.3 Deg C | 37.3 Deg C |
| Temp Temporal | | |
| Temp Intravascular | | |

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **DUNTZ, MATTHEW** | | | | |
| Date of Birth: | | Age: | **59 years** | Gender: | **Male** |
| MRN: | **001561221** | | | Admit Date: | **3/22/2020** |
| FIN: | **2008200355** | | | Discharge Date: | **3/24/2020** |
| Admitting MD: | **GOLUB,MD,JASON D** | | | | |

## *Emergency Documentation*

| | | |
|---|---|---|
| Temp Axillary | | |
| Temp Rectal | | |
| 02 Sat | 97 % | 97 % |
| Respiratory Rate | 20 br/min | 19 br/min |
| Peripheral Pulse Rate | 91 bpm | 86 bpm |
| Apical Heart Rate | | |
| Blood Pressure | 152 mmHg / 86 mmHg | 110 mmHg / 69 mmHg |

### Allergies

No Known Allergies

### Immunizations

No Immunizations Documented This Visit

### DISCHARGE INFORMATION

Discharge Disposition: Admit

ED Discharge Date and Time: 03/22/20 22:07:00

### PATIENT EDUCATION INFORMATION

Instructions:

Follow up:

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

## *Emergency Documentation*

| | |
|---|---|
| Document Type: | ED Level of Care Determination Score |
| Collected/Entered Date/Time: | 3/22/2020 22:02 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | ED Level of Care Determination Score |
| Sign Information: | Williams,RN,Tamara (3/22/2020 22:02 EDT) |

**ED Level of Care Determination Score Entered On: 03/22/20 22:02 EDT**
**Performed On: 03/22/20 22:02 EDT by Williams, RN, Tamara**

**ED Level of Care Determination Score**
ELOCD Respiratory Rate : 9 - 20 br/min
ELOCD Sp02 : Greater than 92%
ELOCD Oxygen Use : No
ELOCD Temperature : 36 - 37.9 Deg C
ELOCD Systolic Blood Pressure : 100 - 199 mmHg
ELOCD Heart Rate : 50 - 99 bpm
ELOCD AVPU Scale : Alert
ELOCD Patient Total Score : 0
ELOCD Interventions : 0-2 No Intervention needed. Continue with orders.

Williams, RN, Tamara - 03/22/20 22:02 EDT

---

| | |
|---|---|
| Document Type: | ED Patient Summary |
| Collected/Entered Date/Time: | 3/22/2020 22:09 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | ED Patient Summary |
| Sign Information: | Williams,RN,Tamara (3/22/2020 22:09 EDT) |

**ED Patient Summary**

### Emergency Department Patient Discharge Instructions Summary

---

**Name**: DUNTZ, MATTHEW **Current Date**: 03/22/20 22:09:33 America/New_York
**DOB**: 07/06/62 **MRN**: 001561221 **FIN**: 2008200355
**Diagnosis**: 1:Acute chest pain; 2:NSTEMI (non-ST elevated myocardial infarction)1:Acute chest pain; 2:NSTEMI (non-ST elevated myocardial infarction)

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

*Emergency Documentation*

**Visit Date:** 03/22/20 19:13:00 America/New_York

**Primary Care Provider:**
**Name:** FIELDS, MD, CONSTANCE D
**Phone:** (561)483-8335

**Emergency Department Providers:**
**Primary Physician:**
ROSENTHAL, DAVID S

Boca Raton Regional Hospital would like to thank you for allowing us to assist you with your healthcare needs. The following instructions include patient education materials and information regarding your injury/illness.

**Comment:**

DUNTZ, MATTHEW has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Allergies: No Known Allergies**

### Medication Instructions

If you need a prescription refill, you must see your doctor. Take all medications only as directed. Do not take a medication you are allergic to. If you have been prescribed new medications check with your pharmacist or physician to make sure they are safe to be taken with your other home medications. If you have any questions about side effects and food/drug interactions, please consult your physician or pharmacist. To help ensure your safety, keep a copy of this discharge instruction to share with your health care provider at your next visit. It contains a copy of your medication list, diagnoses and information about treatment you received here.

*Emergency Documentation*

Many medications can make you feel sleepy, impair your ability to drive, or affect your ability to make good decisions. For this reason, we may ask that you arrange for someone else to give you a ride home, do not operate machinery/major appliances, drink alcohol, or make important decisions, for 24 hours after leaving the hospital.

It is important to always keep an active list of medications available so that you can share with other providers and manage your medications appropriately. If you have been instructed to stop taking a medication, please ensure you also follow up with this information to your Primary Care Physician. Any specific questions regarding your medications and dosages should be discussed with your physician(s) and pharmacist.

**Storage and Disposal of Opioids**

Medications should be stored out of reach of children, and in a safe place to prevent others from taking them. If opioids are shared with others for whom they are not prescribed, there is a possibility that others might experience overdose at the same or at lower dosages than what was prescribed to you.

Unwanted or unused opioids can be disposed at your local fire department or police department and take back locations or events in the community. You may also dispose of your medications by (1) mixing the medication with dirt, kitty litter, or used coffee grounds, (2) placing the mixture in a container such as a sealed plastic bag, (3) throwing the container in your household trash, and (4) ensuring that all personal information has been removed or made unreadable.

**Medications That Have Not Changed**

**Other Medications**

**allopurinol (allopurinol 100 mg oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose:____________________Next Dose:____________________

**levothyroxine (levothyroxine 50 mcg (0.05 mg) oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose:____________________Next Dose:____________________

**simvastatin (simvastatin 20 mg oral tablet)** 1 tab Oral (given by mouth) every day at bedtime.
Last Dose:____________________Next Dose:____________________

**Medications Administered to You During Your Hospital Stay:**

**Medication Name:** heparin 25,000 units [1000 units/hr] + Premix Sodium Chloride 0.45% IV Soln 500 mL

**Last administered:** 03/22/20 21:17:09

**Medication Name:** heparin 5000 units/mL Inj Soln 1 mL
**Last administered:** 03/22/20 21:05:14

**Medication Name:** nitroglycerin 25 mg [10 mcg/min] + Premix Dextrose 5% in Water 250 mL
**Last administered:** 03/22/20 20:34:31

**Medication Name:** nitroglycerin 0.4 mg SL Tab
**Last administered:** 03/22/20 20:26:38

**Medication Name:** nitroglycerin 0.4 mg SL Tab
**Last administered:** 03/22/20 20:11:00

**Medication Name:** nitroglycerin 0.4 mg SL Tab
**Last administered:** 03/22/20 20:03:39

**Major Tests:**
The following tests were performed during your ED visit.

**Cardiology Orders**

| Name | Status | Details |
|---|---|---|
| EKG 12 Lead | Completed | 03/22/20 19:33:00 EDT, Stat, Once, Chest Pain |

**Laboratory or Other Results This Visit** (last charted value for your 03/22/2020 visit)

Hematology

03/22/2020 7:42 PM

**White Cell Count:** 7.4 K/mcL -- Normal range between ( 4.0 and 10.0 )
**Red Cell Count:** 4.65 x10^6/mcL -- Normal range between ( 4.70 and 6.10 )
**Granulocytes:** 55 % -- Normal range between ( 42 and 75 )
**Lymphocytes:** 35 % -- Normal range between ( 21 and 51 )
**Monocytes:** 9 % -- Normal range between ( 2 and 8 )
**Basophil:** 1 % -- Normal range between ( 0 and 2 )
**MCV:** 91.2 fL -- Normal range between ( 80.0 and 94.0 )
**MCHC:** 34.7 g/dL -- Normal range between ( 33.0 and 37.0 )
**Hematocrit:** 42.4 % -- Normal range between ( 37.0 and 47.0 )

**MCH:** 31.6 pg -- Normal range between ( 27.0 and 31.0 )
**Hemoglobin:** 14.7 g/dL -- Normal range between ( 12.0 and 16.0 )
**Nucleated RBCs:** 0 /100(WBCs)
**Platelet Count:** 183 K/mcL -- Normal range between ( 150 and 400 )
**RDW:** 12.4 % -- Normal range between ( 11.5 and 14.5 )
**Eosinophil:** 0 % -- Normal range between ( 0 and 5 )
**Absolute Nucleated RBC Count:** 0.00 x10^3/mcL -- Normal range between ( 0.00 and 0.01 )
**Differential Type:** AUTOMATED DIFF PERFORMED
**Immature Granulocytes:** 0 % -- Normal range between ( 0 and 4 )
**Absolute Neutrophil Count:** 4.1 x10^3/mcL -- Normal range between ( 1.7 and 7.5 )
**Absolute Immature Granulocyte Count:** 0.0 x10^3/mcL -- Normal range between ( 0.00 and 0.03 )
**Absolute Lymphocyte Count:** 2.6 x10^3/mcL -- Normal range between ( 1.2 and 4.9 )
**Absolute Monocyte Count:** 0.63 x10^3/mcL -- Normal range between ( 0.20 and 1.00 )
**Absolute Eosinophyl Count:** 0.02 x10^3/mcL -- Normal range between ( 0.05 and 0.80 )
**Absolute Basophil Count:** 0.1 x10^3/mcL -- Normal range between ( 0.00 and 0.30 )

**Coagulation**
03/22/2020 7:42 PM
**PT:** 13.7 seconds -- Normal range between ( 11.5 and 14.4 )
**PTT:** 26.1 seconds -- Normal range between ( 22.0 and 34.8 )
**INR:** 1.1 -- Normal range between ( 0.9 and 1.2 )

**Chemistry**
03/22/2020 7:42 PM
**Creatinine:** 1.0 mg/dL -- Normal range between ( 0.6 and 1.3 )
**BUN:** 11 mg/dL -- Normal range between ( 7 and 18 )
**LDL (Calculated):** 58 mg/dL
**Glucose Level:** 99 mg/dL -- Normal range between ( 70 and 99 )
**Potassium Level:** 3.7 mmol/L -- Normal range between ( 3.6 and 5.2 )
**HDL:** 42 mg/dL -- Normal range between ( 40 and 60 )
**Sodium Level:** 139 mmol/L -- Normal range between ( 138 and 148 )
**Calcium Level:** 8.8 mg/dL -- Normal range between ( 8.5 and 10.1 )
**CO2:** 27 mmol/L -- Normal range between ( 21 and 32 )
**CKMB Fraction:** 29 ng/mL -- Normal range between ( 0 and 4 )

**GFR, Non African American:** >60 mL/min/1.73 m2
**GFR, African American:** >60 mL/min/1.73 m2
**Pro-Brain Natriuretic:** 693 pg/mL -- Normal range between ( 0 and 125 )
**Chloride Level:** 108 mmol/L -- Normal range between ( 100 and 108 )
**Creatinine Kinase:** 465 IntlUnit/L -- Normal range between ( 0 and 177 )
**Cholesterol.:** 124 mg/dL
**Triglyceride.:** 122 mg/dL
**Troponin I:** 4.130 ng/mL

**Diagnostic Radiology**
03/22/2020 7:39 PM
**XR Chest Portable 1 View:** XR Chest Portable 1 View

**XR Chest Portable 1 View**
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ MRN:001561221 ACCT:2008200355 DOB:07/06/1962 CI#:0005500001 COLLECTED DT/TM:03/22/2020 19:39 SINGLE VIEW CHEST INDICATION- Chest pain - generalized COMPARISON- None. TECHNIQUE- Single view. FINDINGS- The cardiomediastinal silhouette is within normal limits. The lung volumes are normal. No focal area of consolidation. No overt lung edema or appreciable effusions. No appreciable pneumothorax. No acute osseous abnormality. IMPRESSION- 1. No radiographic evidence of acute lung pathology. -Authenticated and electronically signed by- Ricardo A Palmquist PRA, MD Electronically signed- 3/22/2020 7-57 PM Read By- RICARDO A PALMQUIST M.D. Released Date Time- 03/22/20 1959

**General Medical Information**

IS IT A STROKE? Act **FAST** and Check for these signs:

Some medical conditions and lifestyle choices can put anyone at risk for stroke regardless of gender, ethnicity, or age. For this reason, it is important to stop smoking and be able to recognize the signs of stroke.

| | |
|---|---|
| FACE | Does the face look uneven? |
| ARM | Does one arm drift down? |
| SPEECH | Does their speech sound strange? |
| TIME | Call 9-1-1 at any sign of stroke |

**Heart Attack Signs**

**Chest discomfort:** Most heart attacks involve discomfort in the center of the chest and lasts more than a few minutes, or goes away and comes back. It can feel like uncomfortable pressure, squeezing, fullness or pain.

**Discomfort in upper body:** Symptoms can include pain or discomfort in one or both arms, back, neck, jaw or stomach.

**Shortness of breath:** With or without discomfort.

**Other signs:** Breaking out in a cold sweat, nausea, or light-headed.

Remember, **MINUTES DO MATTER.** If you experience any of these heart attack warning signs, call **9-1-1** to get immediate medical attention!

## Additional Resources

**In Case of Emergency Dial 911 or nearest Emergency Room**

| | |
|---|---|
| National Suicide Prevention Life Line<br>http://www.suicidepreventionlifeline.org | 1-800-273-TALK<br>(1-800-273-8255) |
| National Alliance on Mental Illness<br>http://www.nami.org | 1-801-323-9900 or<br>1-877-230-6264 |
| Substance Abuse and Mental Health Services Administration<br>http://www.samhsa.gov/suicide-prevention | 1-877-SAMHSA-7<br>(1-877-726-4727) |

**Access Your Personal Health Information through Patient Connect!**

Patient Connect is an online, secure patient website that allows you access to your health information. Located on the Boca Raton Regional Hospital website, patients and/or family members can do any of the following items:

- -Medical Visits and Treatment
- -Summaries of Inpatient Stays
- -Lab and Radiology Reports - three days after being performed
- -Medication List after Discharge

We strongly urge you to take advantage of our Patient Connect. After your discharge from the hospital, you will receive an email inviting you to create your personal account, simply click on the link and follow the instructions to sign up. You can also visit the hospital's website www.brrh.com and click on the Patient Connect icon or you can self-enroll without an email invitation by visiting https://brrhpatientconnect.iqhealth.com/self-enroll/

If you need help signing up for Patient Connect please call 800-287-9085 for assistance.

**Do You Or Someone You Love Have Diabetes?**

Boca Raton Regional Hospital offers a comprehensive educational diabetes program that not only includes the definition of diabetes, but also how to improve your overall health having diabetes. Participants will learn about healthy eating with personalized meal plans, glucose monitoring, insulin devices, and medication management as well as the importance of physical activity and how to integrate it into busy schedules. They will also learn about the signs, symptoms and treatment of low and high blood sugar, and how to prevent and care for chronic complication.

For more information or to register for classes please call the Diabetes Education Program at Gloria Drummond Physical Rehab Institute at 561-955-2100.

If you need help finding a doctor, please call the Boca Raton Regional Health Navigator at (561) 955-4714 weekdays between 9am and 4pm.

I acknowledge that I received the Florida Department of Health educational pamphlet "Information on Nonopioid Alternatives for the Treatment of Pain" on admission.

Boca Raton Regional Hospital would like to thank you for allowing us to assist you with your healthcare needs. Your signature below indicates that you have received your prescriptions and have all your personal belongings and valuables. I have discussed, read, and understand my "Discharge Instructions" and I have no further questions.

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

*Emergency Documentation*

Patient (or Guardian) Signature    Date/Time

Staff Signature    Date/Time

*Discharge Documentation*

***** Clinical Documentation Content on Following Page *****

BOCA RATON REGIONAL HOSPITAL

# POST CARDIAC CATHETERIZATION PATIENT DISCHARGE INSTRUCTIONS

20082-00355 03/22/20 M
DUNTZ,MATTHEW
001561221 57Y IP
GOLUB,JASON 2154
2008200355

The following instructions will guide you on how to care for the site, as well as provide other helpful information. Please follow these instructions unless otherwise directed by your Health care provider.

**CARE OF THE SITE:**

- You may shower in 24 hours after the procedure. Remove the dressing from the hospital before showering. If you have a white patch adhering to the skin, moisten it with water before removing. Gently clean site using soap and water while standing in the shower. Gently pat dry thoroughly, and apply a dry band aid daily for 2 days if needed. Do not apply powders or lotions.
- Inspect the site daily and keep it clean and dry to prevent infection.
- Do not submerge in a pool or tub of water for at least 5 days, or until the wound has healed. Showers should be brief and no more than 10 minutes.

**ACTIVITY:**

- You may resume moderate activity including short walks and light household chores in one day, letting your discomfort be your guide. Physical exercise such as running, biking, golfing, tennis or working out at the gym is not recommended for 7 to 10 days following your procedure and then should be resumed on a gradual basis. Do not perform any activity that will place stress on the groin including sexual activity until reexamined by your physician.
- Do not strain to move your bowels.
- Do not twist, stretch, bend or lift more than 5 pounds for one week or until site heals.
- You may drive in 24 hours. Do not operate machinery or drink alcoholic beverages until 24 hours after your procedure.

**NORMAL OBSERVATIONS:**

- Soreness or tenderness that may last one week.
- Mild oozing of pink or clear fluid from puncture site. Apply band aid if oozing.
- Possible bruising that could last for 2 weeks.
- Formation of a small lump (dime to quarter size: which may last up to 6 weeks).

**CALL PHYSICIAN IMMEDIATELY IF YOU EXPERIENCE:**

- Increased swelling of groin or leg.
- Unusual pain at groin site, numbness or tingling of the leg.
- Signs of infection: redness, warmth to touch, drainage (other than a little blood on the bandage) poorly healing incision, fever or chills.
- If pulsating bleeding occurs: Apply direct pressure and activate 911.
- If oozing small amount of blood, hold pressure for 10 minutes and call your Physician.

Call for appt. Dr. Carrillo 2 weeks Date 3-24-20

Patient Signature [signature] Date 3-24-20

RN Signature [signature] RN Date 3-24-20

(PLACE A COPY OF SIGNED INSTRUCTION SHEET IN THE MEDICAL RECORD)

*1000147353*



Form ID: 1000 147353
Rev Date: 02/2010

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

*Discharge Documentation*

| | |
|---|---|
| Document Type: | Inpatient Clinical Summary |
| Collected/Entered Date/Time: | 3/24/2020 14:00 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Inpatient Clinical Summary |
| Sign Information: | Kline,RN,Laurie (3/24/2020 14:00 EDT) |

**Inpatient Clinical Summary**

# Clinical Summary

## Clinical Discharge Instructions

**Name:**DUNTZ, MATTHEW
**Address:**

| | | |
|---|---|---|
| **Phone:** | **Age:** 57 Years | **DOB:** |
| **Sex:**Male | **Language:**English | **Marital Status:**Married |
| **FIN:**2008200355 | **MRN:**001561221 | **Med Service:**Medicine-General |

## Provider Information

**Admitting Physician:**Golub, MD, Jason D
**Attending Physician:**Golub, MD, Jason D
**PCP:**FIELDS, MD, CONSTANCE D

**Comment**

## Medical Information

**Allergy:**No Known Allergies
**Diagnosis:**1:Acute chest pain; 2:NSTEMI (non-ST elevated myocardial infarction)

## Discharge Orders

**Discharge Activity Restrictions** No Restrictions

**Discharge Diet Instruction** Discharge Diet Other (please specify), Resume home diet.

*Discharge Documentation*

## Follow Up

| With: | Address: | When: |
|---|---|---|
| CarrilloJimenez, MD, Rodolfo | 8188 Jog Road #100 Boynton Beach, FL 33472<br>(561) 807-0500 | Within 2 weeks |

## Patient's Final Home Medication List Upon Discharge

**allopurinol (allopurinol 100 mg oral tablet)** 1 tab Oral (given by mouth) every day.

**aspirin (aspirin 81 mg oral delayed release tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.

**irbesartan (irbesartan 75 mg oral tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.

**levothyroxine (levothyroxine 50 mcg (0.05 mg) oral tablet)** 1 tab Oral (given by mouth) every day.

**metoprolol (Metoprolol Succinate ER 25 mg oral tablet, extended release)**
1 tab Oral (given by mouth) every day. Refills: 5.

**simvastatin (simvastatin 20 mg oral tablet)** 1 tab Oral (given by mouth) every day at bedtime.

**ticagrelor (Brilinta (ticagrelor) 90 mg oral tablet)** 1 tab Oral (given by mouth) 2 times a day for 30 Days. Refills: 5.

## Medication Reconciliation at Discharge

**New Medications and Prescriptions**

**Printed Prescriptions**

**aspirin (aspirin 81 mg oral delayed release tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose:____________________Next Dose:____________________

**irbesartan (irbesartan 75 mg oral tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose:____________________Next Dose:____________________

**metoprolol (Metoprolol Succinate ER 25 mg oral tablet, extended release)**
1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose:____________________Next Dose:____________________

**ticagrelor (Brilinta (ticagrelor) 90 mg oral tablet)** 1 tab Oral (given by mouth) 2 times a day for 30 Days. Refills: 5.

Last Dose:________________Next Dose:________________

**Medications That Have Not Changed**

**Other Medications**

**allopurinol (allopurinol 100 mg oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose:________________Next Dose:________________

**levothyroxine (levothyroxine 50 mcg (0.05 mg) oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose:________________Next Dose:________________

**simvastatin (simvastatin 20 mg oral tablet)** 1 tab Oral (given by mouth) every day at bedtime.
Last Dose:________________Next Dose:________________

**Comment**

---

| | |
|---|---|
| Document Type: | Inpatient Patient Summary |
| Collected/Entered Date/Time: | 3/24/2020 14:00 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Inpatient Patient Summary |
| Sign Information: | Kline,RN,Laurie (3/24/2020 14:00 EDT) |

**Inpatient Patient Summary**

## Patient Discharge Summary

### Discharge Instructions, Orders and Medications

**Name:**DUNTZ, MATTHEW

**Date of Birth:**

**Current Date:**03/24/20 14:00:03 **MRN:**001561221 **FIN:**2008200355

**Primary Care Provider**

**Name:**FIELDS, MD, CONSTANCE D

**Phone:**(561)483-8335

**Discharge Diagnosis:**1:Acute chest pain; 2:NSTEMI (non-ST elevated myocardial infarction)

**Discharged To:**

**Comment**

**Discharge Orders**

**Discharge Activity Restrictions** No Restrictions

**Discharge Diet Instruction** Discharge Diet Other (please specify), Resume home diet.

**Historical Procedures**

**Procedures**

Melanoma

**Follow-up Instructions:** You may have been referred to your regular doctor or a specialist, please follow up as instructed. If your condition worsens call your physician or return to the Emergency Department.

**With:** **Address:** **When:**

## *Discharge Documentation*

| | | |
|---|---|---|
| CarrilloJimenez, MD, Rodolfo | 8188 Jog Road #100 Boynton Beach, FL 33472<br>(561) 807-0500 | Within 2 weeks |

**Comment**

**Medication Instructions**

If you need a prescription refill, you must see your doctor. Take all medications only as directed. Do not take a medication you are allergic to. If you have been prescribed new medications check with your pharmacist or physician to make sure they are safe to be taken with your other home medications. If you have any questions about side effects and food/drug interactions, please consult your physician or pharmacist. To help ensure your safety, keep a copy of this discharge instruction to share with your health care provider at your next visit. It contains a copy of your medication list, diagnoses and information about treatment you received here.

Many medications can make you feel sleepy, impair your ability to drive, or affect your ability to make good decisions. For this reason, we may ask that you arrange for someone else to give you a ride home, do not operate machinery/major appliances, drink alcohol, or make important decisions, for 24 hours after leaving the hospital.

It is important to always keep an active list of medications available so that you can share with other providers and manage your medications appropriately. If you have been instructed to stop taking a medication, please ensure you also follow up with this information to your Primary Care Physician. Any specific questions regarding your medications and dosages should be discussed with your physician(s) and pharmacist.

**Storage and Disposal of Opioids**

*Discharge Documentation*

Medications should be stored out of reach of children, and in a safe place to prevent others from taking them. If opioids are shared with others for whom they are not prescribed, there is a possibility that others might experience overdose at the same or at lower dosages than what was prescribed to you.

Unwanted or unused opioids can be disposed at your local fire department or police department and take back locations or events in the community. You may also dispose of your medications by (1) mixing the medication with dirt, kitty litter, or used coffee grounds, (2) placing the mixture in a container such as a sealed plastic bag, (3) throwing the container in your household trash, and (4) ensuring that all personal information has been removed or made unreadable.

**Complete Medication List**

The list below is a complete list of medications for you to use at home. It has been updated with any changes that occurred in the hospital. Take only the medications listed below. Contact your doctor prior to taking any medications not on this list or stopping any medications on this list.

**Allergy Info:**No Known Allergies

**Comment**

**Medications**

During the course of your visit, your medication list was updated with the most current information. The details of those changes are reflected below:

**New Medications and Prescriptions**

**Printed Prescriptions**

**aspirin (aspirin 81 mg oral delayed release tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.

Last Dose:____________________Next Dose:____________________

**irbesartan (irbesartan 75 mg oral tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose:____________________Next Dose:____________________

**metoprolol (Metoprolol Succinate ER 25 mg oral tablet, extended release)**
1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose:____________________Next Dose:____________________

**ticagrelor (Brilinta (ticagrelor) 90 mg oral tablet)** 1 tab Oral (given by mouth) 2 times a day for 30 Days. Refills: 5.
Last Dose:____________________Next Dose:____________________

**Medications That Have Not Changed**

**Other Medications**

**allopurinol (allopurinol 100 mg oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose:____________________Next Dose:____________________

**levothyroxine (levothyroxine 50 mcg (0.05 mg) oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose:____________________Next Dose:____________________

**simvastatin (simvastatin 20 mg oral tablet)** 1 tab Oral (given by mouth) every day at bedtime.
Last Dose:____________________Next Dose:____________________

## General Medical Information

IS IT A STROKE? Act **FAST** and Check for these signs:

Some medical conditions and lifestyle choices can put anyone at risk for stroke regardless of gender, ethnicity, or age. For this reason, it is important to stop smoking and be able to recognize the signs of stroke.

| | |
|---|---|
| FACE | Does the face look uneven? |
| ARM | Does one arm drift down? |
| SPEECH | Does their speech sound strange? |
| TIME | Call 9-1-1 at any sign of stroke |

### Heart Attack Signs

**Chest discomfort:** Most heart attacks involve discomfort in the center of the chest and lasts more than a few minutes, or goes away and comes back. It can feel like uncomfortable pressure, squeezing, fullness or pain.

**Discomfort in upper body:** Symptoms can include pain or discomfort in one or both arms, back, neck, jaw or stomach.

**Shortness of breath:** With or without discomfort.

**Other signs:** Breaking out in a cold sweat, nausea, or light-headed.

Remember, **MINUTES DO MATTER.** If you experience any of these heart attack warning signs, call **9-1-1** to get immediate medical attention!

## Additional Resources

**In Case of Emergency Dial 911 or nearest Emergency Room**

| | |
|---|---|
| National Suicide Prevention Life Line<br>http://www.suicidepreventionlifeline.org | 1-800-273-TALK<br>(1-800-273-8255) |
| National Alliance on Mental Illness<br>http://www.nami.org | 1-801-323-9900 or<br>1-877-230-6264 |
| Substance Abuse and Mental Health Services Administration<br>http://www.samhsa.gov/suicide-prevention | 1-877-SAMHSA-7<br>(1-877-726-4727) |

FOR HOSPITALIZATIONS DEEMED AS OBSERVATION: An observation patient may experience higher costs than an inpatient on admission status for the time spent in a hospital because Medicare covers inpatient and outpatient hospital services differently. Medicare Part A covers inpatient hospital services, which requires a one-time deductible. Observation services are covered under Part B of Medicare and require the patient to pay a 20 percent co-payment for each individual service as explained by your case manager. Please also note that a patient under observation status in a hospital does not meet the requirements for qualifying inpatient hospital

stay for Medicare coverage to a skilled nursing facility. In order to qualify for admission to a skilled nursing facility a patient must have been deemed as an inpatient in the hospital with a 3 day stay.

**Access Your Personal Health Information through Patient Connect!**

Patient Connect is an online, secure patient website that allows you access to your health information. Located on the Boca Raton Regional Hospital website, patients and/or family members can do any of the following items:

-Medical Visits and Treatment
-Summaries of Inpatient Stays
-Lab and Radiology Reports - three days after being performed
-Medication List after Discharge

We strongly urge you to take advantage of our Patient Connect. After your discharge from the hospital, you will receive an email inviting you to create your personal account, simply click on the link and follow the instructions to sign up. You can also visit the hospital's website www.brrh.com and click on the Patient Connect icon or you can self-enroll without an email invitation by visiting https://brrhpatientconnect.iqhealth.com/self-enroll/

If you need help signing up for Patient Connect please call 800-287-9085 for assistance.

**Do You Or Someone You Love Have Diabetes?**
Boca Raton Regional Hospital offers a comprehensive educational diabetes program that not only includes the definition of diabetes, but also how to improve your overall health having diabetes. Participants will learn about healthy eating with personalized meal plans, glucose monitoring, insulin devices, and medication management as well as the importance of physical activity and how to integrate it into busy schedules. They will also learn about the signs, symptoms and treatment of low and high blood sugar, and how to prevent and care for chronic complication.

For more information or to register for classes please call the Diabetes Education Program at Gloria Drummond Physical Rehab Institute at 561-955-2100.

**Medication leaflets, if any, will display below**

# ticagrelor

(tye KA grel or)

Brilinta (ticagrelor)

## What is the most important information I should know about ticagrelor?

You should not use ticagrelor if you have any active bleeding or a history of bleeding in the brain. Do not use this medicine just before heart bypass surgery.

**Ticagrelor may cause you to bleed more easily, which can be severe or life-threatening.** Call your doctor or seek emergency medical attention if you have bleeding that will not stop, black or bloody stools, red or pink urine, or if you cough up blood or vomit that looks like coffee grounds.

Tell your doctor about all your current medicines and any you start or stop using. **Many drugs can interact with ticagrelor.**

**Do not stop taking ticagrelor without first talking to your doctor, even if you have signs of bleeding.** Stopping ticagrelor may increase your risk of a heart attack or stroke.

## What is ticagrelor?

Ticagrelor prevents platelets in your blood from sticking together to form an unwanted blood clot that could block an artery.

Ticagrelor is used together with aspirin to lower your risk of having a stroke or serious heart problems after you've had a heart attack or severe chest pain (angina).

Ticagrelor may also be used for purposes not listed in this medication guide.

## What should I discuss with my healthcare provider before taking ticagrelor?

You should not use ticagrelor if you are allergic to it, or if you have:

- any active bleeding; or
- a history of bleeding in the brain (such as from a head injury).

Tell your doctor if you have ever had:

- a stroke;
- heart problems;
- a surgery or bleeding injury;
- bleeding problems;

- a stomach ulcer or colon polyps;
- liver disease; or
- asthma, COPD (chronic obstructive pulmonary disorder) or other breathing problem.

It is not known whether this medicine will harm an unborn baby. Tell your doctor if you are pregnant or plan to become pregnant.

You should not breast-feed while using ticagrelor.

## How should I take ticagrelor?

Follow all directions on your prescription label and read all medication guides or instruction sheets. **Ticagrelor is taken together with aspirin.** Use these medicines exactly as directed.

**Do not take more aspirin than your doctor has prescribed.** Taking too much aspirin can make ticagrelor less effective.

Take ticagrelor at the same time each day, with or without food.

**If you cannot swallow a tablet whole,** crush the pill and mix it with water. Stir and drink this mixture right away. Add more water to the glass, stir, and drink right away.

Ticagrelor keeps your blood from coagulating (clotting) and can make it easier for you to bleed, even from a minor injury. Contact your doctor or seek emergency medical attention if you have any bleeding that will not stop.

To prevent excessive bleeding, you may need to stop using ticagrelor for a short time before a surgery, medical procedure, or dental work. **Any healthcare provider who treats you should know that you are taking ticagrelor.**

**Do not stop taking ticagrelor without first talking to your doctor, even if you have signs of bleeding.** Stopping the medicine could increase your risk of a heart attack or stroke.

Store at room temperature away from moisture and heat.

## What happens if I miss a dose?

Take the medicine as soon as you can, but skip the missed dose if it is almost time for your next dose. **Do not** take two doses at one time.

## What happens if I overdose?

Seek emergency medical attention or call the Poison Help line at 1-800-222-1222. Overdose can cause excessive bleeding.

## What should I avoid while taking ticagrelor?

Drinking alcohol while taking aspirin can increase your risk of stomach bleeding.

Avoid activities that may increase your risk of bleeding or injury. Use extra care to prevent bleeding while shaving or brushing your teeth.

While taking ticagrelor with aspirin, avoid using medicines for pain, fever, swelling, or cold/flu symptoms. They may contain ingredients similar to aspirin (such as salicylates, ibuprofen, ketoprofen, or naproxen). **Taking certain products together can cause you to get too much aspirin which can increase your risk of bleeding.**

## What are the possible side effects of ticagrelor?

Get emergency medical help if you have **signs of an allergic reaction:** hives; difficult breathing; swelling of your face, lips, tongue, or throat.

Call your doctor at once if you have:

- slow heartbeats;
- nosebleeds, or any bleeding that will not stop;
- shortness of breath even with mild exertion or while lying down;
- easy bruising, unusual bleeding, purple or red spots under your skin;
- red, pink, or brown urine;
- black, bloody, or tarry stools; or
- coughing up blood or vomit that looks like coffee grounds.

Common side effects may include:

- bleeding; or
- shortness of breath.

This is not a complete list of side effects and others may occur. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

## What other drugs will affect ticagrelor?

**Sometimes it is not safe to use certain medications at the same time.** Some drugs can affect your blood levels of other drugs you take, which may increase side effects or make the medications less effective.

**Tell your doctor about all your current medicines.** Many drugs can affect ticagrelor, especially:

- antifungal medicine;
- antiviral medicine to treat HIV or AIDS;
- a blood thinner;
- cholesterol medication;
- heart or blood pressure medication;
- opioid medication;

- seizure medicine; or
- tuberculosis medicine.

**This list is not complete and many other drugs may affect ticagrelor.** This includes prescription and over-the-counter medicines, vitamins, and herbal products. Not all possible drug interactions are listed here.

### Where can I get more information?

Your pharmacist can provide more information about ticagrelor.

Remember, keep this and all other medicines out of the reach of children, never share your medicines with others, and use this medication only for the indication prescribed.

Every effort has been made to ensure that the information provided by Cerner Multum, Inc. ('Multum') is accurate, up-to-date, and complete, but no guarantee is made to that effect. Drug information contained herein may be time sensitive. Multum information has been compiled for use by healthcare practitioners and consumers in the United States and therefore Multum does not warrant that uses outside of the United States are appropriate, unless specifically indicated otherwise. Multum's drug information does not endorse drugs, diagnose patients or recommend therapy. Multum's drug information is an informational resource designed to assist licensed healthcare practitioners in caring for their patients and/or to serve consumers viewing this service as a supplement to, and not a substitute for, the expertise, skill, knowledge and judgment of healthcare practitioners. The absence of a warning for a given drug or drug combination in no way should be construed to indicate that the drug or drug combination is safe, effective or appropriate for any given patient. Multum does not assume any responsibility for any aspect of healthcare administered with the aid of information Multum provides. The information contained herein is not intended to cover all possible uses, directions, precautions, warnings, drug interactions, allergic reactions, or adverse effects. If you have questions about the drugs you are taking, check with your doctor, nurse or pharmacist.

Copyright 1996-2018 Cerner Multum, Inc. Version: 3.01. Revision Date: 05/08/2018.

**Patient education materials, if any, will display below**

## Heart Attack

A heart attack (*myocardial infarction, MI*) causes damage to the heart that cannot be fixed. A heart attack often happens when a blood clot or other blockage cuts blood flow to the heart. When this happens, certain areas of the heart begin to die. This causes the pain you feel during a heart attack.

*Discharge Documentation*




**HOME CARE**

- Take medicine as told by your doctor. You may need medicine to:
  - Keep your blood from clotting too easily.
  - Control your blood pressure.
  - Lower your cholesterol.
  - Control abnormal heart rhythms.
- Change certain behaviors as told by your doctor. This may include:
  - Quitting smoking.
  - Being active.
  - Eating a heart-healthy diet. Ask your doctor for help with this diet.
  - Keeping a healthy weight.
  - Keeping your diabetes under control.
  - Lessening stress.
  - Limiting how much alcohol you drink.

**Do not** take these medicines unless your doctor says that you can:

- Nonsteroidal anti-inflammatory drugs (NSAIDs). These include:
  - Ibuprofen.
  - Naproxen.

- Celecoxib.
- Vitamin supplements that have vitamin A, vitamin E, or both.
- Hormone therapy that contains estrogen with or without progestin.

**GET HELP RIGHT AWAY IF:**

- You have sudden chest discomfort.
- You have sudden discomfort in your:
- Arms.
- Back.
- Neck.
- Jaw.
- You have shortness of breath at any time.
- You have sudden sweating or clammy skin.
- You feel sick to your stomach (*nauseous*) or throw up (*vomit*).
- You suddenly get light-headed or dizzy.
- You feel your heart beating fast or skipping beats.

**These symptoms may be an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 06/18/2013 Document Revised: 05/03/2016 Document Reviewed: 02/20/2015
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

# Post Cardiac Cath Discharge Instructions

The following instructions will guide you on how to care for the site, as well as provide other helpful information. Follow the instructions unless otherwise told by your Health Care Provider.

**Care of the Site**

You may shower in 24hours after the procedure. Remove the dressing before you shower. Gently clean the site using soap and water while standing in the shower. Gently pat dry throughly, and apply a dry band aid daily for 2 days if needed. DO NOT apply powders or lotions.

*Discharge Documentation*

Inspect the site daily and keep it clean and dry to prevent infection

Do not submerge in a pool or tub of water for at least 5 days, or until the wound has healed. Showers should be brief and no more than 10minutes.

**Activity**

You may resume moderate activity including short walks and light household chores in one day, letting your discomfort be your guide. Physical exercise such as running, biking, golfing, tennis, or working out at the gym is not recommended for 10 days following your procedure and then should be resumed on a gradual basis. Do not perform any activity that will place stress on the groin including sexual activity until reexamined by your doctor.

Do not strain to move your bowels

Do not twist, bend, stretch, or lift more than 5 pounds for one week or until the site heals

You may drive in 24hours. Do not operate machinery or drink alcohol until 24 hours after the procedure.

**Normal Observations**

Soreness or tenderness that may last one week

Mild oozing of pink or clear fluid from puncture site. Apply bandaid if needed.

Possible bruising that could last up to 2 weeks

Formation of a small lump (dime to quarter size: which may last up to 6 weeks)

**CALL PHYSICIAN IMMEDIATELY IF YOU EXPERIENCE**

Increased swelling of groin or leg

Unusual pain at groin site, numbness, tingling of the leg

Signs of infection: redness, warmth to touch, drainage, poorly healing incision, fever or chills

*If pulsating bleeding occurs: APPLY DIRECT PRESSURE AND DIAL 911*

If oozing small amount of blood hold pressure for 10minutes and call your Physician

# Coronary Angiogram With Stent, Care After

Refer to this sheet in the next few weeks. These instructions provide you with information about caring for yourself after your procedure. Your health care provider may also give you more specific instructions. Your treatment has been planned according to current medical practices, but problems sometimes occur. Call your health care provider if you have any problems or questions after your procedure.

## WHAT TO EXPECT AFTER THE PROCEDURE

After your procedure, it is typical to have the following:

- Bruising at the catheter insertion site that usually fades within 1–2 weeks.
- Blood collecting in the tissue (*hematoma*) that may be painful to the touch. It should usually decrease in size and tenderness within 1–2 weeks.

## HOME CARE INSTRUCTIONS

- Take medicines only as directed by your health care provider. Blood thinners may be prescribed after your procedure to improve blood flow through the stent.
- You may shower 24–48 hours after the procedure or as directed by your health care provider. Remove the bandage (*dressing*) and gently wash the catheter insertion site with plain soap and water. Pat the area dry with a clean towel. **Do not** rub the site, because this may cause bleeding.
- **Do not** take baths, swim, or use a hot tub until your health care provider approves.
- Check your catheter insertion site every day for redness, swelling, or drainage.
- **Do not** apply powder or lotion to the site.
- **Do not** lift over 10 lb (4.5 kg) for 5 days after your procedure or as directed by your health care provider.
- Ask your health care provider when it is okay to:
  - Return to work or school.
  - Resume usual physical activities or sports.
  - Resume sexual activity.
- Eat a heart-healthy diet. This should include plenty of fresh fruits and vegetables. Meat should be lean cuts. Avoid the following types of food:

◦ Food that is high in salt.
◦ Canned or highly processed food.
◦ Food that is high in saturated fat or sugar.
◦ Fried food.
• Make any other lifestyle changes as recommended by your health care provider. These may include:
◦ Not using any tobacco products, including cigarettes, chewing tobacco, or electronic cigarettes. If you need help quitting, ask your health care provider.
◦ Managing your weight.
◦ Getting regular exercise.
◦ Managing your blood pressure.
◦ Limiting your alcohol intake.
◦ Managing other health problems, such as diabetes.
• If you need an MRI after your heart stent has been placed, be sure to tell the health care provider who orders the MRI that you have a heart stent.
• Keep all follow-up visits as directed by your health care provider. This is important.

**SEEK MEDICAL CARE IF:**
• You have a fever.
• You have chills.
• You have increased bleeding from the catheter insertion site. Hold pressure on the site.

**SEEK IMMEDIATE MEDICAL CARE IF:**
• You develop chest pain or shortness of breath, feel faint, or pass out.
• You have unusual pain at the catheter insertion site.
• You have redness, warmth, or swelling at the catheter insertion site.
• You have drainage (other than a small amount of blood on the dressing) from the catheter insertion site.
• The catheter insertion site is bleeding, and the bleeding does not stop after 30 minutes of holding steady pressure on the site.
• You develop bleeding from any other place, such as from your rectum. There may be bright red blood in your urine or stool, or it may appear as black, tarry stool.

## *Discharge Documentation*

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 07/07/2006 Document Revised: 01/08/2016 Document Reviewed: 05/12/2014
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

I acknowledge that I received the Florida Department of Health educational pamphlet "Information on Nonopioid Alternatives for the Treatment of Pain" on admission.

Boca Raton Regional Hospital would like to thank you for allowing us to assist you with your healthcare needs. Your signature below indicates that you have received your prescriptions and have all your personal belongings and valuables. I have discussed, read, and understand my "Discharge Instructions" and I have no further questions.

Yes - Patient/Family/Caregiver demonstrates understanding of instructions given

**Patient/Representative Signature:** ____________________ Date/Time: __________

**Relationship to Patient:** ________________________ Date/Time: ___________

**Patient Name:**DUNTZ, MATTHEW

**Witness Signature:** ________________________ Date/Time: _________

| | |
|---|---|
| Document Type: | Discharge Summary |
| Collected/Entered Date/Time: | 3/24/2020 11:48 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Discharge Summary (pre-populated) |
| Sign Information: | Golub,MD,Jason D (3/24/2020 11:50 EDT) |

**Admit Date**
Admit to Inpatient - 03/22/2020 21:24:53

## *Discharge Documentation*

**Discharge Date**
03/24/20

**Admitting Doctor/Service**
2154 Golub, MD, Jason D

**Physical Exam at Time of Discharge**

Vitals & Measurements
**T:** 36.7 °C (Oral) **TMIN:** 36.0 °C (Oral) **TMAX:** 37.9 °C (Oral) **HR:** 78(Peripheral) **RR:** 17 **BP:** 100/65 **BP:** 130/73(Line)
**SpO2:** 98%
GEN: No acute distress, resting comfortably
HEENT: Normocephalic, atraumatic, moist mucous membranes, neck is supple, no JVD
CVS: S1-S2, regular rate and rhythm, no murmurs
CHEST: Clear to auscultation bilaterally
ABDO: Soft, nontender, bowel sounds heard throughout all 4 quadrants
EXT: No edema, positive distal pulses, right groin cath site c/d/i
NEURO: Alert and oriented x3, nonfocal
SKIN: Good turgor, no lesions noted
PSYCH: appropriate affect

**NIH Stroke Scale Score**
No qualifying data available.

**Procedures**

Cardiac catheterization with left circumflex drug-eluting stent deployment

**Admitting Diagnosis**

**Diagnosis:**

Non-ST elevation (NSTEMI) myocardial infarction

Shortness of breath

Chest pain

Chest pain, unspecified

**Problems:**
No Chronic Problems

**Discharge Diagnoses**
1. Acute chest pain
2. NSTEMI (non-ST elevated myocardial infarction)

**Hospital Course**

| Boca Raton Regional Hospital | | | | |
|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | |
| Date of Birth: | Age: 59 years | | Gender: | Male |
| MRN: | 001561221 | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | |

## *Discharge Documentation*

Patient was admitted to Medicine Service for evaluation non ST-elevation myocardial infarction. He was initially treated with heparin therapy subsequently taken the catheterization lab by Cardiology consultant. He underwent deployment of a left circumflex drug-eluting stent. Postprocedural course was uneventful. Echocardiogram showed preserved ejection fraction. He was extensively counseled on need for compliance of medication including aspirin and Brilinta.

**Discharge Medications**

Home

allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily
aspirin 81 mg oral delayed release tablet, 81 mg= 1 tab, Oral, Daily, 5 refills
Brilinta (ticagrelor) 90 mg oral tablet, 90 mg= 1 tab, Oral, BID, 5 refills
irbesartan 75 mg oral tablet, 75 mg= 1 tab, Oral, Daily, 5 refills
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
Metoprolol Succinate ER 25 mg oral tablet, extended release, 25 mg= 1 tab, Oral, Daily, 5 refills
simvastatin 20 mg oral tablet, 20 mg= 1 tab, Oral, Daily (at bedtime)

**Consults**

Consult to Cardiology -03/22/20

**Condition on Discharge**

stable

**Discharge Disposition**

home

**Discharge Diet**

2gm na diet

*Electronically Signed on 03/24/2020 11:50*

*Golub, MD, Jason D*

* Coding Summary - Auth (Verified) *

UFAFH H I10

Boca Raton Regional Hospital
800 Meadows Road Boca Raton, FL 33486

Page: 1

| Date | Name | Acct # | Financial Class | |
|---|---|---|---|---|
| 03/26/20 | DUNTZ, MATTHEW | 2008200355 | MN - MANAGED CARE | |

| Sex | Birth Date | Age | Adm Date | Dsch Date | LOS |
|---|---|---|---|---|---|
| M | | 57 | 03/22/20 09:25 PM | 03/24/20 03:00 PM | 2 |

Attending Physician: GOLUB, JASON D
Discharge Status: 01 *HOME OP

Admitting Diagnosis: R079 Chest pain, unspecified

Coder: KB3
Second Coder: KB3

MDC: 005 DISEASES & DISORDERS OF THE CIRCULATORY SYSTEM
DRG: 247 PERC CARDIOVASC PROC W DRUG-ELUTING STENT W/O MCC

Outlier Status: Inlier

Diagnosis - Description/POA
Principle: I214 Non-ST elevation (NSTEMI) myocardial infarction POA - Y

E039 Hypothyroidism, unspecified POA - Y
E785 Hyperlipidemia, unspecified POA - Y
I10 Essential (primary) hypertension POA - Y
I200 Unstable angina POA - Y
I358 Other nonrheumatic aortic valve disorders POA - Y
Z7902 Long term (current) use of antithrombotics/antiplatelets POA - E
Z79890 Hormone replacement therapy POA - E
Z79899 Other long term (current) drug therapy POA - E
Z85820 Personal history of malignant melanoma of skin POA - E
Z8739 Personal history of other diseases of the musculoskeletal system and connective tissue POA - E

| Procedure - Description | Date | Surgeon Name |
|---|---|---|
| 027034Z Dilation of Coronary Artery, One | 03/23/20 | CARRILLO-JIMENEZ, RODOLFO |
| 4A023N7 Measurement of Cardiac Sampling | 03/23/20 | CARRILLO-JIMENEZ, RODOLFO |
| B2111ZZ Fluoroscopy of Multiple Coronary | 03/23/20 | CARRILLO-JIMENEZ, RODOLFO |
| B2151ZZ Fluoroscopy of Left Heart using | 03/23/20 | CARRILLO-JIMENEZ, RODOLFO |
| B246ZZZ Ultrasonography of Right and Lef | 03/23/20 | MERRILL, BARRY S |

Patient Name: DUNTZ, MATTHEW
Med Rec Number: 001561221
Coded Date: 03/26/20
Printed by: 55411
Date: 3/26/20

IP Diagnosis Summary Worksheet

* Coding Summary - Auth (Verified) *

UFAFH H I10

Boca Raton Regional Hospital
800 Meadows Road Boca Raton, FL 33486

Page: 1

| Date | Name | Acct # | Financial Class | |
|---|---|---|---|---|
| 03/26/20 | DUNTZ, MATTHEW | 2008200355 | MN - MANAGED CARE | |
| Sex | Birth Date Age | Adm Date | Dsch Date | LOS |
| M | 57 | 03/22/20 09:25 PM | 03/24/20 03:00 PM | 2 |

Attending Physician: GOLUB, JASON D
Discharge Status: 01 - *HOME OP

Admitting Diagnosis: R079 Chest pain, unspecified

Coder: KB3
Second Coder: KB3

MDC: 005 DISEASES & DISORDERS OF THE CIRCULATORY SYSTEM
DRG: 247 PERC CARDIOVASC PROC W DRUG-ELUTING STENT W/O MCC

Outlier Status: Inlier

Diagnosis - Description/POA
Principle: I214 Non ST elevation (NSTEMI) myocardial infarction POA - Y

E039 Hypothyroidism, unspecified POA - Y
E785 Hyperlipidemia, unspecified POA - Y
I10 Essential (primary) hypertension POA - Y
I200 Unstable angina POA - Y
I358 Other nonrheumatic aortic valve disorders POA - Y
Z7902 Long term (current) use of antithrombotics/antiplatelets POA - E
Z79890 Hormone replacement therapy POA - E
Z79899 Other long term (current) drug therapy POA - E
Z85820 Personal history of malignant melanoma of skin POA - E
Z8739 Personal history of other diseases of the musculoskeletal system and connective tissue POA - E

| Procedure - Description | Date | Surgeon Name |
|---|---|---|
| 027034Z Dilation of Coronary Artery, One | 03/23/20 | CARRILLO-JIMENEZ, RODOLFO |
| 4A023N7 Measurement of Cardiac Sampling | 03/23/20 | CARRILLO-JIMENEZ, RODOLFO |
| B2111ZZ Fluoroscopy of Multiple Coronary | 03/23/20 | CARRILLO-JIMENEZ, RODOLFO |
| B2151ZZ Fluoroscopy of Left Heart using | 03/23/20 | CARRILLO-JIMENEZ, RODOLFO |
| B246ZZZ Ultrasonography of Right and Lef | 03/23/20 | MERRILL, BARRY S |

Patient Name: DUNTZ, MATTHEW
Med Rec Number: 001561221
Coded Date: 03/26/20
Printed by: 55411
Date: 3/26/20

IP Diagnosis Summary Worksheet

Instructions" and I have no further questions.

s - Patient/Family/Caregiver demonstrates understanding of instructions given

**Patient/Representative Signature:** [signature] Date/Time: 3-24-20 2P

**Relationship to Patient:** Self Date/Time: 3-24-20 2P

**Patient Name:**DUNTZ, MATTHEW

**Witness Signature:** [signature] RN Date/Time: 3-24-20 2P

20082-00355 03/22/20
DUNTZ,MATTHEW
001561221 57Y
2405 ROSENTHAL,DAVID S
2008200355

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

## *Lab*

| | |
|---|---|
| Document Type: | Critical Lab Values |
| Collected/Entered Date/Time: | 3/22/2020 20:20 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Critical Value |
| Sign Information: | Calhoun,RN,Shelly (3/22/2020 20:29 EDT) |

**Critical Value Entered On: 03/22/20 20:30 EDT**
**Performed On: 03/22/20 20:20 EDT by Calhoun, RN, Shelly**

**Critical Value**
Lab/Test Result : Troponin 4.13
Notified by Critical Value PF : Poulard-Dorval, Peneloppe
Department Critical Value PF : lab
Date/Time Critical Value PF : 3/22/2020 20:20 EDT
Physician Notified CV : ROSENTHAL, MD, DAVID S
Date/Time Physician Notified : 3/22/2020 20:20 EDT
LIP Notified Responses CV PF : No new orders received

Calhoun, RN, Shelly - 03/22/20 20:29 EDT

*Electronically Signed on 03/22/2020 20:29*

*Calhoun, RN, Shelly*

## *Cardiology*

| | |
|---|---|
| DOCUMENT NAME: | EKG 12 Lead |
| Collected/Entered Date/Time: | 3/22/2020 19:25 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | ROSENTHAL,MD,DAVID S (3/22/2020 19:25 EDT) |
| SIGN INFORMATION: | |

**URL**
http://MUSEAPP/musescripts/museweb.dll?RetrieveTestByDateTime?PatientID=001561221&Date=22-03-2020&Time=19%3a25%3a13%3a00&TestType=ECG&Site=1&OutputType=PDF&Ext=PDF HNAM URL

**EKG 12 Lead**
Normal sinus rhythm
Normal ECG
No previous ECGs available for comparison
Also confirmed by Rosenthal, David (2405), editor Pidcock, Magda (42) on 3/22/2020 8:36:43 PM

## *Cardiology*

Ventricular Rate 85 BPM
Atrial Rate 85 BPM
P-R Interval 172 ms
QRS Duration 80 ms
Q-T Interval 352 ms
QTC Calculation(Bazett) 418 ms
P Axis 69 degrees
R Axis 39 degrees
T Axis 73 degrees
Confirmed by Rosenthal, David (2405) on 3/22/2020 8:18:45 PM
Ordered by PESSAH, ARYEH (1181)

## *Cardiology Procedures*

*** Clinical Documentation Content on Following Page ***

DUNTZ. MATTHEW

001561221
2008200355

* EKG Rhythym Strips - Auth (Verified) *

LK

20082-00355 03/22/20
DUNTZ,MATTHEW
001561221 57Y
2405 ROSENTHAL,DAVID S
2008200355

Strip 423B

| DUNTZ, MATTHEW | |
|---|---|

**Vitals:**

HR 77 PVC 0

**3/24/2020 07:01:37 Saved strip re-labeled to Sinus Rhythm PR 0.20 QRS 0.07**




| | TELE 63051 | Boca Raton Regional Hospital |
|---|---|---|

Printed on 3/24/2020 07:40:27 Page 1 of 1

BRRH

Lincoln/Duntz 0404

*** EKG Rhythym Strips - Auth (Verified) ***

| Strip | 423B | |
|---|---|---|
| DUNTZ, MATTHEW | | |

**Vitals:**

HR 91 PVC 0

**3/24/2020 01:19:24 Saved strip re-labeled to Sinus Rhythm**




| | TELE | Boca Raton Regional Hospital |
|---|---|---|

Printed on 3/24/2020 01:21:30

DUNTZ, MATTHEW

001561221
2008200355

*** EKG Rhythym Strips - Auth (Verified) ***

| Strip | 423B | |
|---|---|---|
| DUNTZ, MATTHEW | | |

**Vitals:**

HR 89 PVC 0

**3/23/2020 19:23:55, Saved strip PR 0.19 QRS 0.06**




| | TELE | Boca Raton Regional Hospital |
|---|---|---|

Printed on 3/23/2020 19:26:35 Page 1 of 1

BRRH

**Lincoln/Duntz 0406**

DUNTZ, MATTHEW

001561221
2008200355

* EKG Rhythym Strips - Auth (Verified) *

Strip 423B

| DUNTZ, MATTHEW | | |
|---|---|---|

**Vitals:**

HR 82 PVC 0

**3/23/2020 01:49:17 Saved strip re-labeled to Sinus Rhythm PR 0.19 QRS 0.09**




| | TELE | Boca Raton Regional Hospital |
|---|---|---|

Printed on 3/23/2020 01:51:42

Page 1 of 1

BRRH

Lincoln/Duntz 0407

*** EKG Rhythym Strips - Auth (Verified) ***

Strip 423B

| | | |
|---|---|---|
| DUNTZ, MATTHEW | | |

**Vitals:**

HR 86 PVC 0

**3/22/2020 22:26:58 Saved strip re-labeled to ADMIT SR PR 0.19 QRS 0.09**




| | TELE | Boca Raton Regional Hospital |
|---|---|---|

Printed on 3/22/2020 22:51:25

DUNTZ. MATTHEW

001561221
2008200355

* EKG Rhythym Strips - Auth (Verified) *

Strip 423B

| DUNTZ, MATTHEW | | |
|---|---|---|

**Vitals:**

HR 85 PVC 0

**3/24/2020 13:00:05 Saved strip re-labeled to Sinus Rhythm PR 0.20 QRS 0.07**













| | TELE | Boca Raton Regional Hospital |
|---|---|---|

Printed on 3/24/2020 13:23:31



BRRH

Lincoln/Duntz 0409

Patient Name: DUNTZ, MATTHEW
Initial MD: Carrillo, Rodolfo,MD

MRN: 001561221
Date of Birth:

Study #:
Study Date: 03/23/2020

# Procedure Report

BOCA RATON
REGIONAL HOSPITAL

800 Meadows Rd.
Boca Raton, FL 33486

Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #:
Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020

# Entire Case Report

## Patient Information

| | | | | | |
|---|---|---|---|---|---|
| *Patient Name* | MATTHEW DUNTZ | *Date of Birth* | | *Age* | 57 years |
| *MRN* | 001561221 | *Financial #* | 2008200355 | *Gender* | M |
| *AlternateID* | | *Lab Number* | 7 | | |
| *Accession #* | | *Room Number* | | | |
| *Height (in)* | 74.4 | *Height (cm)* | 189.0 | *BSA* | 2.40 |
| *Weight (lbs)* | 248.6 | *Weight (kg)* | 113.0 | | |

### Patient Address/Phone Number

| *Home Address* | *City* | *State* | *Zip Code* | *Home Phone Number* |
|---|---|---|---|---|

## Study Information

*Scheduled Start*
03/23/2020

*Study Start*
Mar 23 2020 11:32AM

*Study Type*
Left Heart Cath

*Facility Department*
Boca Raton Regional Hospital - CL / IR

## Physician and Clinical Staff

| | | | |
|---|---|---|---|
| *Initial MD* | Carrillo, Rodolfo,MD | *Circulator* | Duncan, Jill,RN CATH LAB/IR |
| | | *Recorder* | Nesl, Gisella,CVT |
| | | *Recorder* | Rivera, Wisberto,CVT |
| | | *Scrub* | Lewis, Clyde,Tech |

Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #:
Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020

## Procedures Performed

| *Procedure* | *Location (Site)* | *Vessel Name* |
|---|---|---|
| ACT | 1 | Antecubital Vein |
| Airway Assessment | | |
| Angiogram | LV | Ventricle |
| Angiogram (manual) | Fem Art (right) | Femoral Art |
| Coronary Angiogram | LCA | Left Coronary |
| Coronary Angiogram | RCA | Right Coronary |
| Documentation Signoff | | |
| Final Time Out | | |
| Fire Risk Assessment Score | | |
| PTCA | CIRC Prox | CIRC |
| Staff Change | | |
| Stent | CIRC Prox | CIRC |

## Supply Charges

| *Charge Code Description* | *Charge Code* | *Total* |
|---|---|---|
| | 42518 | 1 |
| | 99999 | 3 |
| BALLOON APEX | 50111 | 1 |
| C GUIDING CATHETER | 00620 | 1 |
| CATH DIAGNOSTIC | 00035 | 2 |

Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #:
Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020

## Equipment

| Time | Manufacturer | Description | Size | Mfg Part Number | Used/Scraped |
|---|---|---|---|---|---|
| 12:25 | BOSTON SCI CORP - SCIMED | APEX CORONARY RX | 2.5mmX15mm | 38959-1525 | Used |
| 12:36 | BOSTON SCI CORP - SCIMED | SYNERGY | 3.00mmx38mm | 39260-3830 | Used |
| 11:33 | BOSTON SCIENTIFIC CORP | IMPULSE PIG 145 | 5FR | H74916391411 | Used |
| 11:33 | JOHNSON & JOHNSON INC - CORDIS | 3DRC | 5F 100cm | 534-576T | Used |
| 11:33 | JOHNSON & JOHNSON INC - CORDIS | JL4 | 5F 100cm | 534-520T | Used |
| 12:18 | JOHNSON & JOHNSON INC - CORDIS | XB3.5 | 6F 100cm | 670-054-00 | Used |
| 11:33 | ST JUDE MED - CV PRODUCTS | GUIDERIGHT STD PTFE 3mm J TIP | .035inx150cm | 404570 | Used |
| 12:18 | TERUMO | GUIDEWIRE RUNTHROUGH NS EXTRA FLOPPY | 014inX180cm | 25-1011 | Used |
| 12:08 | TERUMO | PINNACLE W/ DILATOR | 5F 10cm | RSS502 | Used |
| 11:33 | TERUMO | PINNACLE W/ DILATOR | 6F 10cm | RSS602 | Used |
| 11:34 | VASCULAR SOLUTIONS INC | MICRO-INTRODUCER KIT | 4FR | 7264V | Used |
| 12:34 | VASCULAR SOLUTIONS INC | TURNPIKE | 135cm | 5642 | Used |
| 12:34 | VASCULAR SOLUTIONS INC | TURNPIKE LP | 150CM | 5639 | Used |

### Equipment Model, Serial, Lot Number and Expiration Data

| Description | Size | Model Number | Serial Number | Lot Number | Expiration Date |
|---|---|---|---|---|---|
| APEX CORONARY RX | 2.5mmX15mm | | | 25121231 | 01-28-2023 |
| GUIDERIGHT STD PTFE 3mm J TIP | .035inx150cm | | | 9940199 | 11-30-2022 |
| IMPULSE PIG 145 | 5FR | | | 60174705 | 03-07-2021 |
| SYNERGY | 3.00mmx38mm | | | 24977493 | 12-18-2021 |

## History: Allergies

| Allergy | Reaction |
|---|---|
| NKA | |

## History: Risk Factors

| Hypertension | Dyslipidemia | Family History of Premature CAD | Previous MI | Previous Heart Failure |
|---|---|---|---|---|
| No | Yes | No | No | No |
| *Prior Valve Surgery* | *Prior PCI* | *Prior CABG* | | |
| No | No | No | | |
| *On Dialysis* | *Cerebrovascular Disease* | *Peripheral Artery Disease* | *Chronic Lung Disease* | *Diabetes* |
| No | No | No | No | No |

| | | |
|---|---|---|
| Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #: |
| Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020 |

# History: Other

*Current Smoker*

No

# Labs

| *Hgb (12.0-16.0)* | *Hct (37.0-47.0)* | *RBC (4.70-6.10)* | *WBC (4.0-10.0)* | *Plat (150-400)* |
|---|---|---|---|---|
| *GM/DL* | *%* | *M/UL* | *K/UL* | *K/UL* |
| **13.8** | **40.2** | **4.36** | **7.5** | **175** |

| *Glu (70-99)* | *BUN (7-18)* | *Creat (0.6-1.3)* | *BUN:Creat (10.00-20.00)* |
|---|---|---|---|
| *MG/DL* | *MG/DL* | *MG/DL* | *1:x* |
| **98** | **10** | **1.0** | **10** |

| *Na (138-148)* | *K (3.6-5.2)* | *Cl (100-108)* | *CO2 (21-32)* | *Ca (8.5-10.1)* |
|---|---|---|---|---|
| *MMOL/L* | *MMOL/L* | *MMOL/L* | *MMOL/L* | *MG/DL* |
| **140** | **3.7** | **108** | **28** | **8.6** |

| *PT (11.5-14.4)* | *PTT (22.0-34.8)* | *INR (0.9-1.2)* | *Troponin I (<0.050)* |
|---|---|---|---|
| *SEC* | *SEC* | *<none>* | *NG/ML* |
| **13.7** | **61.6** | **1.1** | **5.820** |

| *CPK (0-177)* | *CPK-MB (0-4)* |
|---|---|
| *IU/L* | *NG/ML* |
| **465** | **29** |

| *HDL (40-60)* | *LDL (<129)* | *HDL:LDL (1.00-6.00)* |
|---|---|---|
| *MG/DL* | *MG/DL* | *1:x* |
| **42** | **58** | **1.4** |

# Medication

## Medication Total Dose (Bolus/Oral)

| *Medication* | *Total Dosage/Unit* |
|---|---|
| 1% LIDOCAINE | 20 mL |
| ANGIOMAX (Bolus) | 0.75 mg/kg |
| BRILINTA | 180 mg |
| CANGRELOR BOLUS | 30 mcg/kg |
| CANGRELOR DRIP | 4 mcg/kg/min |
| CANGRELOR DRIP | 4 mcg/kg/min |
| CARDENE IC | 600 mcg |
| NEO-SYNEPHRINE | 100 mcg |
| NITROGLYCERIN (IC) | 100 mcg |
| Optiray 320mg/ml | 350 mL |
| VERSED | 1 mg |

Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #:
Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020

## Medications (Bolus/Oral)

| *Medication* | *Time Given* | *Dosage/Unit* | *Administered By* | *Reason* |
|---|---|---|---|---|
| Optiray 320mg/ml | 3/23/2020 12:00:22 PM | 150 mL | Carrillo, Rodolfo | |
| 150 mL Optiray 320mg/ml given in lab by Carrillo, Rodolfo, MD via Intra-coronary. | | | | |
| VERSED | 3/23/2020 12:11:18 PM | 1 mg | Duncan, Jill | As per physicians verbal order |
| 1 mg VERSED given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. | | | | |
| 1% LIDOCAINE | 3/23/2020 12:12:37 PM | 20 mL | Carrillo, Rodolfo | |
| 20 mL 1% LIDOCAINE given in lab by Carrillo, Rodolfo, MD in the right groin via Subcutaneous. | | | | |
| Optiray 320mg/ml | 3/23/2020 12:20:08 PM | 50 mL | Carrillo, Rodolfo | |
| 50 mL Optiray 320mg/ml given in lab by Carrillo, Rodolfo, MD via Intra-coronary. | | | | |
| ANGIOMAX (Bolus) | 3/23/2020 12:21:02 PM | 0.75 mg/kg | Duncan, Jill | As per physicians verbal order |
| 0.75 mg/kg ANGIOMAX (Bolus) given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Amount given = 84.75 mg. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. | | | | |
| CANGRELOR BOLUS | 3/23/2020 12:27:54 PM | 30 mcg/kg | Duncan, Jill | As per physicians verbal order |
| 30 mcg/kg CANGRELOR BOLUS given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Amount given = 3390 mcg. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. | | | | |
| CANGRELOR DRIP | 3/23/2020 12:28:06 PM | 4 mcg/kg/min | Duncan, Jill | As per physicians verbal order |
| 4 mcg/kg/min CANGRELOR DRIP given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 27.12 ml/hr using D5W with a concentration of 50 mg in 50 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. | | | | |
| NITROGLYCERIN (IC) | 3/23/2020 12:30:58 PM | 100 mcg | Carrillo, Rodolfo | |
| 100 mcg NITROGLYCERIN (IC) given in lab by Carrillo, Rodolfo, MD via Intra-coronary. | | | | |
| CARDENE IC | 3/23/2020 12:33:38 PM | 200 mcg | Carrillo, Rodolfo | |
| 200 mcg CARDENE IC given in lab by Carrillo, Rodolfo, MD via Intra-coronary. | | | | |
| Optiray 320mg/ml | 3/23/2020 12:37:09 PM | 150 mL | Carrillo, Rodolfo | |
| 150 mL Optiray 320mg/ml given in lab by Carrillo, Rodolfo, MD via Intra-coronary | | | | |
| NEO-SYNEPHRINE | 3/23/2020 12:38:14 PM | 100 mcg | Duncan, Jill | As per physicians verbal order |
| 100 mcg NEO-SYNEPHRINE given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. | | | | |
| CARDENE IC | 3/23/2020 12:38:46 PM | 200 mcg | Carrillo, Rodolfo | |
| 200 mcg CARDENE IC given in lab by Carrillo, Rodolfo, MD via Intra-coronary. | | | | |
| CARDENE IC | 3/23/2020 12:40:01 PM | 200 mcg | Carrillo, Rodolfo | |
| 200 mcg CARDENE IC given in lab by Carrillo, Rodolfo, MD via Intra-coronary. | | | | |
| CANGRELOR DRIP | 3/23/2020 12:43:32 PM | 4 mcg/kg/min | Duncan, Jill | As per physicians verbal order |
| 4 mcg/kg/min CANGRELOR DRIP given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 135.6 ml/hr using D5W with a concentration of 50 mg in 250 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. Discontinued at 3/23/2020 12:43. | | | | |
| BRILINTA | 3/23/2020 12:48:40 PM | 180 mg | Duncan, Jill | As per physicians verbal order |
| 180 mg BRILINTA given in lab by Duncan, Jill, RN CATH LAB/IR via Oral. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. | | | | |

Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #:
Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020

## Medication (Drip)

| *Medication* | *Time Given* | *Dosage/Unit* | *Concentration/Unit* | *Diluent (ml)* | *Solution* |
|---|---|---|---|---|---|
| ANGIOMAX (Drip) | 3/23/2020 12:21:18 PM | 1.75 mg/kg/hr | 250 mg | 50 | NaCl 0.9% |

1.75 mg/kg/hr ANGIOMAX (Drip) given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 39.55 ml/hr using NaCl 0.9% with a concentration of 250 mg in 50 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order.

| *Medication* | *Time Given* | *Dosage/Unit* | *Concentration/Unit* | *Diluent (ml)* | *Solution* |
|---|---|---|---|---|---|
| ANGIOMAX (Drip) | 3/23/2020 12:41:02 PM | 1.75 mg/kg/hr | 250 mg | 50 | NaCl 0.9% |

1.75 mg/kg/hr ANGIOMAX (Drip) given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 39.55 ml/hr using NaCl 0.9% with a concentration of 250 mg in 50 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. Discontinued at 3/23/2020 12:41.

# Holding Assessment

## Cardiovascular

| *HR* | *Rhythm* | *NIBP* | *Chest Pain* |
|---|---|---|---|
| 80 | sinus | 114/78 | 0 |

| *Edema Present* | *Skin color* | *Skin* |
|---|---|---|
| None | Pale | Warm Dry |

## Circulatory - Right Pulses

| *Dorsalis Pedis* | *Posterior Tibial* |
|---|---|
| d | 2 |

Scale (0,1,2,3,4,d)

## Circulatory - Left Pulses

| *Dorsalis Pedis* | *Posterior Tibial* |
|---|---|
| d | 2 |

Scale (0,1,2,3,4,d)

## Neurological State

Alert | Oriented to time-place-person | Moves all extremities

## Respiration - General

| *Respiration Rate (B/min)* | *SpO2 (%)* |
|---|---|
| 18 | 98 |

Patient Name: DUNTZ, MATTHEW
MRN: 001561221
Study #:
Initial MD: Carrillo, Rodolfo,MD
Date of Birth:
Study Date: 03/23/2020

# Final Case Assessment

## Cardiovascular

| *HR* | *Rhythm* | *NIBP* | *Chest Pain* |
|---|---|---|---|
| 80 | sinus | 105/67 | 0 |
| *Edema Present* | *Skin color* | *Skin* | |
| None | Pale | Warm Dry | |

## Circulatory - Right Pulses

| *Dorsalis Pedis* | *Posterior Tibial* |
|---|---|
| d | 2 |

Scale (0,1,2,3,4,d)

## Circulatory - Left Pulses

| *Dorsalis Pedis* | *Posterior Tibial* |
|---|---|
| d | 2 |

Scale (0,1,2,3,4,d)

## Neurological State

| | | |
|---|---|---|
| Alert | Oriented to time-place-person | Moves all extremities |

## Respiration - General

| *Respiration Rate (B/min)* | *SpO2 (%)* |
|---|---|
| 18 | 98 |

# Vitals Summary

| *Time* | *HR* | *NIBP* | *SpO2* | *Resp* | *Temp* | *EtCO2* | *Apnea* | *Aldrete* | *Pain Level* | *Ramsey* | *Comment* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:02:08 | 75 | 99/64 | 96.0 | 15 | | | | 10 | 0 | | |
| 12:07:05 | 78 | 101/63 | 98.0 | 14 | | | | 10 | 0 | | |
| 12:12:06 | 73 | 106/65 | 97.0 | 14 | | | | 9 | 0 | | |
| 12:17:05 | 83 | 102/64 | 97.0 | 14 | | | | 9 | 0 | | |
| 12:22:06 | 84 | 101/62 | 98.0 | 14 | | | | 9 | 0 | | |
| 12:27:07 | 80 | 99/63 | 97.0 | 14 | | | | 9 | 0 | | |
| 12:32:08 | 72 | 97/54 | 98.0 | 14 | | | | 9 | 0 | | |
| 12:37:07 | 68 | 100/55 | 98.0 | 14 | | | | 9 | 0 | | |
| 12:42:09 | 68 | 102/59 | 97.0 | 14 | | | | 9 | 0 | | |
| 12:47:08 | 72 | 105/67 | 99.0 | 14 | | | | 9 | 0 | | |
| 12:52:15 | | | | | | | | | | | |
| 12:57:12 | | | | | | | | | | | |

Patient Name: DUNTZ, MATTHEW
Initial MD: Carrillo, Rodolfo,MD
MRN: 001561221
Date of Birth: 07/06/1962
Study #:
Study Date: 03/23/2020

## Aldrete Score Summary

| *Time* | *Activity* | *Resp* | *Circ* | *LOC* | *Color* | *Total Score* |
|---|---|---|---|---|---|---|
| 12:02:08 | 2 | 2 | 2 | 2 | 2 | 10 |
| 12:07:05 | 2 | 2 | 2 | 2 | 2 | 10 |
| 12:12:06 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:17:05 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:22:06 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:27:07 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:32:08 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:37:07 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:42:09 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:47:08 | 2 | 2 | 2 | 1 | 2 | 9 |

## Aldrete Score Definition Table

| | | |
|---|---|---|
| *Activity - 0* | *Activity - 1* | *Activity - 2* |
| No Movement to Command | Weak Hand Grasp | Lift Head, Good Hand Grasp |
| *Respiration - 0* | *Respiration - 1* | *Respiration - 2* |
| Apneic or Obstructed | Shallow Breath, Airway Adjunct | Deep Breath, Cough Freely |
| *Circulation - 0* | *Circulation - 1* | *Circulation - 2* |
| B/P > 50% Admission B/P | B/P > 20-50% Admission B/P | B/P Stable X3 |
| *Level of Consciousness - 0* | *Level of Consciousness - 1* | *Level of Consciousness - 2* |
| Not Responding | Arousable On Calling | Awake and Aware |
| *Color - 0* | *Color- 1* | *Color - 2* |
| Cyanotic Lips, Nailbed, Skin | Pale, Dusky | Pink Or Normal |

## Chronological Log

| *Time* | *Study Chronological Log* |
|---|---|
| 10:44:06 | Patient arrived to holding area. |
| 10:44:08 | Patient identification verified via ID Band and verbal identification. |
| 10:44:09 | Patient status: Inpatient. |
| 10:44:15 | Patient identification verified via ID Band and verbal identification. |
| 10:44:16 | Advance Directive:No |
| 10:44:26 | Assessment: Holding, HR=80 BPM, Rhythm=sinus, NIBP=114/78 mmhg, Chest Pain=0, Edema=None, Color=Pale, Skin = Warm, Dry<br>Right Pulses: Dor Ped=d, Post Tib=2<br>Left Pulses: Dor Ped=d, Post Tib=2<br>Neurological: State=Alert, Ox3, MAE<br>Respiration: Resp=18 B/min, SpO2=98 % |
| 10:45:29 | Pre-op instructions given; patient acknowledges understanding of impending procedure. |
| 10:45:35 | Bed rails up, bed locked and call light available. |
| 10:45:39 | Pain Scale Used to assess pain pre, intra and post procedure is 0-10 Scale. |

*** Cath Lab / IR Clinical Documentation - Auth (Verified) ***

| | | |
|---|---|---|
| Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #: |
| Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020 |

| | |
|---|---|
| 10:45:45 | Cath/EP site prepped in holding area. |
| 10:46:01 | Care plan initiated:Anxiety related to pain and discomfort. |
| 10:46:08 | As part of the care plan continuum, the nurse has assessed knowledge deficit. |
| 10:46:11 | In evaluating the care plan, it was observed that the patient has demonstrated understanding. |
| 10:46:40 | History and physical on chart |
| 10:46:43 | Consent signed by patient/designee, witness and Physician and verified. |
| 10:46:45 | MD notified of diagnostic labs and images. |
| 10:46:47 | Blood Products, implants, devices, and/or special equipment available Yes |
| 10:47:21 | Correct site marked by N/A by Duncan, Jill, RN CATH LAB/IR. |
| 10:47:26 | Pre-operative patient education completed. |
| 10:47:32 | NPO Status Confirmed |
| 10:47:36 | Betablocker taken: Yes. Verified taken: Date: 3/ 23/2020 at 900. |
| 10:48:39 | Patient's contact person in waiting room: Yes. wife kimberly 843/816/2667 |
| 11:32:06 | Patient arrived in Lab - CL-3 |
| 11:56:31 | Vitals capture started with the following parameters, Patient=Adult, Interval=5 min, Initial Pressure=140 mmHg, Deflation Rate=6 mmHg, Cuff placed on Left Arm |
| 11:56:35 | Is the surgical or incision site above the Xiphoid: No (0 pt) , Oxygen administered by face mask or nasal cannula: Yes (1pt) . |
| 11:56:40 | Procedural skin preparation completed per policy. |
| 12:00:16 | Bilateral groins prepped and draped in sterile fashion. |
| 12:00:18 | Carrillo, Rodolfo, MD has completed a reassessment immediately before sedation administration and the ASA class physical status of the patient is unchanged; the patient remains a candidate for the planned procedure and choice of sedation/analgesia. |
| 12:00:22 | 150 mL Optiray 320mg/ml given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |
| 12:02:08 | HR=75 bpm, NIBP=99/64 mmhg, SpO2=96.0 %, Resp=15 B/min, Pain=0, Aldrete=10 |
| 12:06:55 | Rivera, Wisberto, CVT relieved the Recorder. |
| 12:07:05 | HR=78 bpm, NIBP=101/63 mmhg, SpO2=98.0 %, Resp=14 B/min, Pain=0, Aldrete=10 |
| 12:10:06 | Pressure channel 1 zeroed. |
| 12:10:41 | The final verification was initiated by Duncan, Jill, RN CATH LAB/IR. All members of the procedure team suspended all other activities and ensured the active confirmation of the correct patient, procedure, site, and if applicable SCIP protocol elements. |
| 12:10:56 | Case Start |
| 12:11:18 | 1 mg VERSED given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:12:06 | HR=73 bpm, NIBP=106/65 mmhg, SpO2=97.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:12:37 | 20 mL 1% LIDOCAINE given in lab by Carrillo, Rodolfo, MD in the right groin via Subcutaneous. |
| 12:14:09 | A PINNACLE W/ DILATOR 5F 10cm sheath was inserted into the Fem Art (right) and advanced . |
| 12:14:25 | The JL4 5F 100cm was inserted over the GUIDERIGHT STD PTFE 3mm J TIP .035inx150cm. |
| 12:15:19 | Recorded Pressure: Ao, HR=77, Condition=Condition 1 (Aorta) Ao 89/60/74 |
| 12:15:42 | LCA angiogram manually injected using JL4 5F 100cm. |

* Cath Lab / IR Clinical Documentation - Auth (Verified) *

| | | |
|---|---|---|
| Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #: |
| Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020 |

| | |
|---|---|
| 12:17:05 | HR=83 bpm, NIBP=102/64 mmhg, SpO2=97.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:18:01 | The current catheter was exchanged for a 3DRC 5F 100cm over the GUIDERIGHT STD PTFE 3mm J TIP .035inx150cm. |
| 12:18:05 | RCA angiogram manually injected using 3DRC 5F 100cm. |
| 12:18:11 | The current catheter was exchanged for a IMPULSE PIG 145 5FR over the GUIDERIGHT STD PTFE 3mm J TIP .035inx150cm. |
| 12:19:05 | Recorded Pressure: LV, HR=83, Condition=Condition 1<br>(Left Ventricle) LV 97/1/12 |
| 12:19:32 | LV Angiogram performed. 30 ml's of contrast at 12 ml's per second. |
| 12:20:08 | 50 mL Optiray 320mg/ml given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |
| 12:21:02 | 0.75 mg/kg ANGIOMAX (Bolus) given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Amount given = 84.75 mg. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:21:18 | 1.75 mg/kg/hr ANGIOMAX (Drip) given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 39.55 ml/hr using NaCl 0.9% with a concentration of 250 mg in 50 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:22:06 | HR=84 bpm, NIBP=101/62 mmhg, SpO2=98.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:22:49 | Recorded Pressure: LV, Ao, HR=86, Condition=Condition 1<br>(Left Ventricle) LV 87/9/16,<br>(Aorta) Ao 100/65/82 |
| 12:23:30 | Catheter was removed w/o difficulty |
| 12:23:55 | The existing Fem Art (right) sheath was exchanged for a PINNACLE W/ DILATOR 6F 10cm. |
| 12:24:48 | The XB3.5 6F 100cm was inserted. |
| 12:26:17 | The GUIDEWIRE RUNTHROUGH NS EXTRA FLOPPY 014inX180cm was inserted from/to the CIRC Dist. |
| 12:26:49 | The APEX CORONARY RX 2.5mmX15mm was inserted |
| 12:27:07 | HR=80 bpm, NIBP=99/63 mmhg, SpO2=97.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:27:24 | In the CIRC Prox a APEX CORONARY RX 2.5mmX15mm was inflated to 6 atms for 8 seconds. |
| 12:27:54 | 30 mcg/kg CANGRELOR BOLUS given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Amount given = 3390 mcg. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:28:06 | 4 mcg/kg/min CANGRELOR DRIP given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 27.12 ml/hr using D5W with a concentration of 50 mg in 50 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:28:18 | In the CIRC Prox a APEX CORONARY RX 2.5mmX15mm was inflated to 8 atms for 10 seconds. |
| 12:29:07 | In the CIRC Prox a APEX CORONARY RX 2.5mmX15mm was inflated to 12 atms for 10 seconds. |
| 12:29:46 | The APEX CORONARY RX 2.5mmX15mm was removed |
| 12:30:58 | 100 mcg NITROGLYCERIN (IC) given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |
| 12:32:08 | HR=72 bpm, NIBP=97/54 mmhg, SpO2=98.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:33:38 | 200 mcg CARDENE IC given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |
| 12:36:16 | A SYNERGY 3.00mmx38mm stent was inserted and advanced to the CIRC Prox. |
| 12:37:07 | HR=68 bpm, NIBP=100/55 mmhg, SpO2=98.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:37:09 | 150 mL Optiray 320mg/ml given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |
| 12:37:37 | A SYNERGY 3.00mmx38mm was deployed in the CIRC Prox at 18 atms for 10 seconds. |
| 12:37:53 | Stent balloon catheter removed |
| 12:38:14 | 100 mcg NEO-SYNEPHRINE given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:38:46 | 200 mcg CARDENE IC given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |

| | | |
|---|---|---|
| Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #: |
| Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020 |

| | |
|---|---|
| 12:39:49 | The GUIDEWIRE RUNTHROUGH NS EXTRA FLOPPY 014inX180cm was removed from/to the CIRC Dist. |
| 12:40:01 | 200 mcg CARDENE IC given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |
| 12:40:44 | The XB3.5 6F 100cm was removed. |
| 12:41:02 | 1.75 mg/kg/hr ANGIOMAX (Drip) given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 39.55 ml/hr using NaCl 0.9% with a concentration of 250 mg in 50 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. Discontinued at 3/23/2020 12:41. |
| 12:41:10 | Fem Art (right) angiogram manually injected. |
| 12:42:09 | HR=68 bpm, NIBP=102/59 mmhg, SpO2=97.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:43:32 | 4 mcg/kg/min CANGRELOR DRIP given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 135.6 ml/hr using D5W with a concentration of 50 mg in 250 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. Discontinued at 3/23/2020 12:43. |
| 12:45:01 | The Fem Art (right) sheath was sutured in place. |
| 12:45:07 | Procedure Finish Time |
| 12:45:18 | Site Assessment:Groin (right) site dry and intact and no hematoma. Tegaderm applied. |
| 12:45:24 | Post-op instructions given; patient acknowledges understanding. |
| 12:45:26 | Blood loss: No significant blood loss |
| 12:45:29 | AIR KERMA is 1100 |
| 12:46:09 | Handoff communication completed with the opportunity to ask questions and reconcile medications to TELE RN |
| 12:47:08 | HR=72 bpm, NIBP=105/67 mmhg, SpO2=99.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:47:16 | The above documentation was completed by Rivera, Wisberto, CVT. |
| 12:47:21 | Assessment: Final Case, HR=80 BPM, Rhythm=sinus, NIBP=105/67 mmhg, Chest Pain=0, Edema=None, Color=Pale, Skin = Warm, Dry<br>Right Pulses: Dor Ped=d, Post Tib=2<br>Left Pulses: Dor Ped=d, Post Tib=2<br>Neurological: State=Alert, Ox3, MAE<br>Respiration: Resp=18 B/min, SpO2=98 % |
| 12:47:55 | ACT number 1 drawn. Resulting Activated Clotting Time = 412 seconds. (Normal Range = 89-169 sec) |
| 12:48:40 | 180 mg BRILINTA given in lab by Duncan, Jill, RN CATH LAB/IR via Oral. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:52:15 | [ Enter Vitals data ] |
| 12:55:12 | Patient Transfer Time (Pt. leaves proc. rm.) |
| 12:57:12 | [ Enter Vitals data ] |
| 13:01:29 | Vitals capture stopped. |
| 7:55:41 | Patient released from Department |

## Recorded Pressures: Condition 1

| *Time* | *Chamber* | *Pressure* | *Manual Override (*)* |
|---|---|---|---|
| 12:15:19 | Ao | 89/60/74 s/d/m | |
| 12:19:05 | LV | 97/1/12 s/bd/ed | |
| 12:22:49 | LV | 87/9/16 s/bd/ed | |
| 12:22:49 | Ao | 100/65/82 s/d/m | |

Patient Name: DUNTZ, MATTHEW  MRN: 001561221  Study #:
Initial MD: Carrillo, Rodolfo,MD  Date of Birth:  Study Date: 03/23/2020

## End Study - Contrast Media Used In Study

| *Contrast* | *Total Opened (mL)* | *Total Used (mL)* | *Total Wasted (mL)* |
|---|---|---|---|
| Optiray | 350 | 140 | 210 |

## End Study - Maximum Contrast Load

| *Max Contrast Load (mL)* |
|---|
| 565.0 |

## End Study - Radiation Exposure

| Fluoro Time (minutes) | Fluoro Dose (DAP-mGycm2) |
|---|---|
| 4.1 | 78236 |

## End Study - Patient Fluids

| *IV Intake (mL)* | *Total Output (mL)* |
|---|---|
| 250 | 0 |

## End Study - Patient Disposition

| *Complications* | *Transferred To* |
|---|---|
| No | Telemetry Bed |

# Approval History

| *Approval Date/Time* | *Approver* | *Report Name* | *Comment* |
|---|---|---|---|
| 3/23/2020 1:01:11 PM | Wood, Sarah | Medication Given in CATH or IR | Charge RN signing, primary RN unable to approve at this time. |

DUNTZ, MATTHEW | MRN: 001561221 | Condition 1:Condition 1
Cath Date: 3/23/2020 | CASE #: | Recorded On 3/23/2020 12:15:19 PM




Ao s/d/m
89/60/74

* Manually altered values.

Pressure Filter = 25 Hz




This PDF was generated from Merge Hemo Print study report screen - recordings may not be displayed to scale.

Page 1 of 1

* Cath Lab / IR Clinical Documentation - Auth (Verified) *

DUNTZ, MATTHEW
Cath Date: 3/23/2020

MRN: 001561221
CASE #:

Condition 1:Condition 1
Recorded On 3/23/2020 12:19:05 PM




HR: 83

LV s/d/ed
97/1/12

200 * Manually altered values.

Pressure Filter = 25 Hz




25 mm/sec

This PDF was generated from Merge Hemo Print Study Report screen - recordings may not be displayed to scale.



BRRH

Lincoln/Duntz 0424

DUNTZ, MATTHEW | MRN: 001561221 | Condition 1:Condition 1
Cath Date: 3/23/2020 | CASE #: | Recorded On 3/23/2020 12:22:49 PM




LV s/d/ed
87/9/16

Ao s/d/m
100/65/82

* Manually altered values.

Pressure Filter = 25 Hz




Page 1 of 1

BRRH

Lincoln/Duntz 0425

DUNTZ, MATTHEW

001561221
2008200355

* Electrocardiogram EKG - Auth (Verified) *

DUNTZ, MATTHEW

ID:001561221

22-MAR-2020 19:25:13

Boca Raton Regional Hospital-ER ROUTINE RECORD

Male (57 yr) Caucasian

Room:E01
Loc:35

| | | |
|---|---|---|
| Vent. rate | 85 | BPM |
| PR interval | 172 | ms |
| QRS duration | 80 | ms |
| QT/QTc | 352/418 | ms |
| P-R-T axes | 69 39 | 73 |

Normal sinus rhythm
Normal ECG
No previous ECGs available for comparison
Confirmed by Rosenthal, David (2405) on 3/22/2020 8:18:45 PM

Technician:
Test ind:

Confirmed By: David Rosenthal

STAT?




25mm/s 10mm/mV 40Hz 9.0.9 12SL 243 CID: 1

SID: 11163170 EID:2405 EDT: 20:18 22-MAR-2020 ORDER:

ACCOUNT: 2008200355
Page 1 of 1

BRRH

Lincoln/Duntz 0426

DUNTZ, MATTHEW

001561221
2008200355

* Electrocardiogram EKG - Auth (Verified) *

DUNTZ, MATTHEW
ID:001561221
22-MAR-2020 19:25:13
Boca Raton Regional Hospital-ER ROUTINE RECORD

57 yr)
Male Caucasian

Room:E01
Loc:35

| | | |
|---|---|---|
| Vent. rate | 85 | BPM |
| PR interval | 172 | ms |
| QRS duration | 80 | ms |
| QT/QTc | 352/418 | ms |
| P-R-T axes | 69 39 | 73 |

Normal sinus rhythm
Normal ECG
No previous ECGs available for comparison
Confirmed by Rosenthal, David (2405) on 3/22/2020 8:18:45 PM
Also confirmed by Rosenthal, David (2405), editor Pidcock, Magda (42) on 3/22/2020 8:36:43 PM

Technician:
Test Ind:Chest Pain

Confirmed By: David Rosenthal

STAT?




25mm/s 10mm/mV 40Hz 9.0.9 12SL 243 CID: 1

SID: 11163170 EID:42 EDT: 20:36 22-MAR-2020 ORDER: 846579365 ACCOUNT: 2008200355
Page 1 of 1

BRRH

**Lincoln/Duntz 0427**

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

## *Diagnostic Radiology*

| | |
|---|---|
| Document Type: | XR Chest Portable 1 View |
| Collected/Entered Date/Time: | 3/22/2020 19:39 EDT |
| Result Status: | Modified |
| Document Subject: | HXR CHEST PORTABLE 1 VIEW |
| Sign Information: | |

**Report**
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2008200355 DOB:07/06/1962 CI#:0005500001
COLLECTED DT/TM:03/22/2020 19:39
SINGLE VIEW CHEST

INDICATION- .Chest pain - generalized

COMPARISON- None.

TECHNIQUE- Single view.

FINDINGS-

The cardiomediastinal silhouette is within normal limits. The lung volumes are normal. No focal area of consolidation. No overt lung edema or appreciable effusions. No appreciable pneumothorax. No acute osseous abnormality.

IMPRESSION-
1. No radiographic evidence of acute lung pathology.

-Authenticated and electronically signed by- Ricardo A Palmquist PRA, MD
Electronically signed- 3/22/2020 7-57 PM

Read By- RICARDO A PALMQUIST M.D.
Released Date Time- 03/22/20 1959

**URL**
https://dx.pacs.brch.com/EMR/EventInterface.asp?fun=ShowStudy&forLoginName=web&forAccession=5500001&forPatientPublicID=001561221 HNAM URL

Report ID: **97253253** Print Date/Time: **5/19/2022 14:47 EDT**
Printed By: Cruz,Michelle

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

## *Echo*

| | |
|---|---|
| Document Type: | Echo Transthoracic TTE Complete |
| Collected/Entered Date/Time: | 3/23/2020 10:01 EDT |
| Result Status: | Modified |
| Document Subject: | CE COMPLETE ECHO W COLOR +DOPPLER |
| Sign Information: | |

**URL**
https://dx.pacs.brch.com/EMR/EventInterface.asp?fun=ShowStudy&forLoginName=web&forAccession=5500014&forPatientPublicID=001561221 HNAM URL

**Report**
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2008200355 DOB: CI#:0005500014
COLLECTED DT/TM:03/23/2020 09:37
Transthoracic Echocardiography Report (TTE)

Demographics

| | | | |
|---|---|---|---|
| Patient name | DUNTZ MATTHEW | Age | 57 |
| Patient # | 001561221 | Gender | Male |
| Account # | 2008200355 | Race | Unknown |
| Date of Birth | 07/06/1962 | Height | 74 Inches |
| Accession # | 5500014 | Weight | 240 Pounds |
| Study Date | 03/23/2020 | BSA | 2.3 m |
| Interpreting Physician | Merrill, Barry S MD | BMI | 30.8 kg/m |
| Referring Physician | | Ethnicity | |
| Sonographer | Hall, Sherika RCS | | |

Type of Study

TTE procedure-CE COMPLETE ECHOCARDIOGRAM.

Indications-Acute coronary syndrome.

M-Mode Measurements (cm)

**Boca Raton Regional Hospital**
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | **DUNTZ, MATTHEW** | | |
| Date of Birth: | Age: **59 years** | Gender: | **Male** |
| MRN: | **001561221** | Admit Date: | **3/22/2020** |
| FIN: | **2008200355** | Discharge Date: | **3/24/2020** |
| Admitting MD: | **GOLUB,MD,JASON D** | | |

## *Echo*

LVEDd- 4.94 cm LVESd- 3.92 cm
IVSEd- 1.37 cm LA- 3.58 cm
LVPWd- 1.19 cm LVOT- 2.23 cm
AO Root Dimension- 3.28 cm RVDd4.78 cm
FS- 20.65 % EF Estimated- 55%

Doppler Measurements-

AV Velocity- 107.87 cm/s AV Peak Gradient- 4.65 mmHg
AV Area (Continuity)-2.97 cm
MV Peak Gradient- 1.69 mmHg
MV Peak E-Wave- 65.05 cm/s MV Mean Gradient- 1.35 mmHg
MV Peak A-Wave- 64.51 cm/s
TR Velocity-161.37 cm/s MV P1/2t- 63.33 msec
Estimated RAP-10 mmHg MV E/A Ratio- 1.01 %
LVOT Peak Velocity- 81.89 cm/s MVA by PHT3.47

LA Diam- 4.05 cm TR Gradient-10.41611 mmHgRVSP-20.42
mmHg

Findings

Left Ventricle -
Normal LV cavity size.
Mild, concentric left ventricular hypertrophy is present.
Left ventricular wall motion is normal.
Diastolic function appears normal.
EF = \R\50 - 55%.
Right Ventricle -
The right ventricle is mildly dilated. Systolic function is preserved.
RVSP =\R\ 20.00 mmHg.
Left Atrium -
The left atrium is normal in size.
Right Atrium -
The right atrium is normal in size.

Aortic Valve -
The aortic valve is tri-leaflet and opens adequately.
Aortic valve sclerosis is present, without stenosis.
There is no aortic insufficiency.
Mitral Valve -
Mild mitral regurgitation is present.

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

*Echo*

Pulmonic Valve -
The pulmonic valve was not well seen.
No significant pulmonic regurgitation seen.

Tricuspid Valve -
The tricuspid valve is not well visualized.
No significant tricuspid regurgitation is seen.

Great vessels -
The aortic root is normal in size.
The IVC is mildly dilated.

Pericardium -
A trace pericardial effusion is present anteriorly.

-

Conclusions

Summary
Normal LV cavity size.
Mild, concentric left ventricular hypertrophy is present.
Left ventricular wall motion is normal.
Diastolic function appears normal.
EF = \R\50 - 55%.
The aortic valve is tri-leaflet and opens adequately.
Aortic valve sclerosis is present, without stenosis.
There is no aortic insufficiency.
Mild mitral regurgitation is present.
The tricuspid valve is not well visualized.
No significant tricuspid regurgitation is seen.
The aortic root is normal in size.
The IVC is mildly dilated.

Signature

-----------------------------------------------------------------
Electronically signed by Merrill, Barry S MD(Interpreting physician) on 03/23/2020 10-42 AM
-----------------------------------------------------------------

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **DUNTZ, MATTHEW** | | | | |
| Date of Birth: | | Age: | **59 years** | Gender: | **Male** |
| MRN: | **001561221** | | | Admit Date: | **3/22/2020** |
| FIN: | **2008200355** | | | Discharge Date: | **3/24/2020** |
| Admitting MD: | **GOLUB,MD,JASON D** | | | | |

## *Echo*

Read By- BARRY S MERRILL M.D.
Released Date Time- 03/23/20 1042

Boca Raton Regional Hospital

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

## *Chemistry*

### *Routine Chemistry*

| Procedure | Collected Date 3/23/2020<br>Collected Time 03:07 EDT | 3/22/2020<br>19:42 EDT | Units | Reference Range |
|---|---|---|---|---|
| Sodium Level | 140 | 139 | mmol/L | [138-148] |
| Potassium Level | 3.7 | 3.7 | mmol/L | [3.6-5.2] |
| Chloride Level | 108 | 108 | mmol/L | [100-108] |
| CO2 | 28 | 27 | mmol/L | [21-32] |
| Glucose Level | 98 | 99 | mg/dL | [70-99] |
| BUN | 10 | 11 | mg/dL | [7-18] |
| Creatinine | 1.0 | 1.0 | mg/dL | [0.6-1.3] |
| GFR,African American | >60 | >60 | mL/min/1.73 m2 | [>59] |
| GFR,Non African American | >60 | >60 | mL/min/1.73 m2 | [>59] |
| Calcium Level | 8.6 | 8.8 | mg/dL | [8.5-10.1] |
| Pro-Brain Natriuretic | - | 693 H | pg/mL | [0-125] |

### *Lipids and CV Risk*

| Procedure | Collected Date 3/22/2020<br>Collected Time 19:42 EDT | Units | Reference Range |
|---|---|---|---|
| Cholesterol. | 124 R1 | mg/dL | [<200] |
| HDL | 42 R2 | mg/dL | [40-60] |
| LDL (Calculated) | 58 R3 | mg/dL | [<129] |
| Triglyceride. | 122 R4 | mg/dL | [<150] |

Result Comments

R1: Cholesterol.
PER NCEP/NHBLI/NIH GUIDELINES
<200 MG/DL DESIRABLE
200-239 MG/DL BORDERLINE HIGH
>239 MG/DL HIGH

R2: HDL
PER NCEP/NHBLI/NIH GUIDELINES
<40 MG/DL LOW
>59 MG/DL HIGH

R3: LDL (Calculated)
PER NCEP/NHBLI/NIH GUIDELINES
<100 MG/DL OPTIMAL
100-129 MG/DL NEAR OPTIMAL

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

## *Chemistry*

### *Lipids and CV Risk*

Result Comments
R3: LDL (Calculated)
130-159 MG/DL BORDERLINE HIGH
160-189 MG/DL HIGH
>189 MG/DL VERY HIGH
R4: Triglyceride.
PER NCEP/NHBLI/NIH GUIDELINES
<150 MG/DL NORMAL
150-199 MG/DL BORDERLINE HIGH
200-499 MG/DL HIGH
>499 MG/DL VERY HIGH

### *Cardiac Markers*

| Collected Date | 3/23/2020 | 3/23/2020 | 3/22/2020 | | |
|---|---|---|---|---|---|
| Collected Time | 03:07 EDT | 00:14 EDT | 19:42 EDT | | |
| Procedure | | | | Units | Reference Range |
| Creatinine Kinase | - | - | 465 H | IntlUnit/L | [0-177] |
| CKMB Fraction | - | - | 29 H | ng/mL | [0-4] |
| Troponin I | 5.820 ! R5 | 4.950 ! R5 | 4.130 ! R6 | ng/mL | [<0.050] |

Result Comments
R5: Troponin I
REFERENCE:
NEGATIVE <0.050 NG/ML
INDETERMINATE 0.051-0.500 NG/ML
SUGGESTIVE OF MYOCARDIAL INJURY >0.500 NG/ML RESULTS CONSISTENT WITH PREVIOUS CRITICAL VALUE CALLED
R6: Troponin I
REFERENCE:
NEGATIVE <0.050 NG/ML
INDETERMINATE 0.051-0.500 NG/ML
SUGGESTIVE OF MYOCARDIAL INJURY >0.500 NG/ML CALLED BY 50769 AT 0820PM TO 30902. RB

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

## *Coagulation*

| Collected Date | 3/23/2020 | 3/23/2020 | 3/23/2020 | 3/22/2020 | | |
|---|---|---|---|---|---|---|
| Collected Time | 15:00 EDT | 12:38 EDT | 03:07 EDT | 19:42 EDT | | |
| Procedure | | | | | Units | Reference Range |
| PT | - | - | - | 13.7 | seconds | [11.5-14.4] |
| INR | - | - | - | 1.1 R7 | | [0.9-1.2] |
| PTT | - | - | 61.6 ! | 26.1 | seconds | [22.0-34.8] |
| ISTAT ACT Kaolin | 142 H | 412 H | - | - | seconds | [74-137] |

Result Comments
R7: INR
BASED ON MEDICAL LITERATURE DATA AN INR OF 2.0 - 3.0 MAY BE CONSIDERED FOR PROPHYLAXIS/TREATMENT OF VENOUS THROMBOSIS AND PULMONARY EMBOLISM, AND PREVENTION OF SYSTEMIC EMBOLISM. AN INR OF 2.5 - 3.5 MAY BE CONSIDERED FOR MECHANICAL PROSTHETIC VALVES.

## *Hematology*

### *CBC and Differential*

| Collected Date | 3/23/2020 | | |
|---|---|---|---|
| Collected Time | 03:07 EDT | | |
| Procedure | | Units | Reference Range |
| White Cell Count | 7.5 | K/mcL | [4.0-10.0] |
| Red Cell Count | 4.36 L | x10^6/mcL | [4.70-6.10] |
| Hemoglobin | 13.8 | g/dL | [12.0-16.0] |
| Hematocrit | 40.2 | % | [37.0-47.0] |
| Platelet Count | 175 | K/mcL | [150-400] |
| MCV | 92.2 | fL | [80.0-94.0] |
| MCH | 31.7 H | pg | [27.0-31.0] |
| MCHC | 34.3 | g/dL | [33.0-37.0] |
| RDW | 12.5 | % | [11.5-14.5] |
| Nucleated RBCs | 0 | /100(WBCs) | [0] |
| Absolute Nucleated RBC Count | 0.00 | x10^3/mcL | [0.00-.01] |

| Collected Date | 3/22/2020 | | |
|---|---|---|---|
| Collected Time | 19:42 EDT | | |
| Procedure | | Units | Reference Range |
| White Cell Count | 7.4 | K/mcL | [4.0-10.0] |
| Red Cell Count | 4.65 L | x10^6/mcL | [4.70-6.10] |
| Hemoglobin | 14.7 | g/dL | [12.0-16.0] |

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

## *Hematology*

### *CBC and Differential*

| Procedure | Collected Date 3/22/2020<br>Collected Time 19:42 EDT | Units | Reference Range |
|---|---|---|---|
| Hematocrit | 42.4 | % | [37.0-47.0] |
| Platelet Count | 183 | K/mcL | [150-400] |
| MCV | 91.2 | fL | [80.0-94.0] |
| MCH | 31.6 H | pg | [27.0-31.0] |
| MCHC | 34.7 | g/dL | [33.0-37.0] |
| RDW | 12.4 | % | [11.5-14.5] |
| Nucleated RBCs | 0 | /100(WBCs) | [0] |
| Absolute Nucleated RBC Count | 0.00 | x10^3/mcL | [0.00-.01] |
| Granulocytes | 55 | % | [42-75] |
| Immature Granulocytes | 0 | % | [0-4] |
| Lymphocytes | 35 | % | [21-51] |
| Monocytes | 9 H | % | [2-8] |
| Eosinophil | 0 | % | [0-5] |
| Basophil | 1 | % | [0-2] |
| Absolute Neutrophil Count | 4.1 | x10^3/mcL | [1.7-7.5] |
| Absolute Immature Granulocyte Count | 0.0 | x10^3/mcL | [0.00-0.03] |
| Absolute Lymphocyte Count | 2.6 | x10^3/mcL | [1.2-4.9] |
| Absolute Monocyte Count | 0.63 | x10^3/mcL | [0.20-1.00] |
| Absolute Eosinophyl Count | 0.02 L | x10^3/mcL | [0.05-0.80] |
| Absolute Basophil Count | 0.1 | x10^3/mcL | [0.00-0.30] |
| Differential Type | AUTOMATED DIFF PERFORMED | | |

Reviewed with patient 1/22/20

Phone: 561.496.6935 • Fax: 561.496.6936

Boca: 8142 Glades Road, Boca Raton, FL 33434
2020 Delray: 15340 Jog Road #160, Delray Beach, FL 33446
East Boynton: 1425 Gateway Blvd #100, Boynton Beach, FL 33426
West Boynton: 6080 Boynton Beach Blvd. #140, Boynton Beach, FL 33437
Wellington: 2565 S. State Road 7, Wellington, FL 33414
West Palm Beach: 1572 Palm Beach Lakes Blvd. #2, West Palm Beach, FL 33401

Radiologists:
Boca Radiology Group

| | | | | | |
|---|---|---|---|---|---|
| **PATIENT NAME:** | MATTHEW DUNTZ | **DOB:** | | **PHONE:** | |
| **REFERRING PHYSICIAN:** | FIELDS, CONSTANCE MD | **FAX:** | (561)483-1756 | **PHONE:** | (561)483-8335 |
| **CC DOCTORS:** | | | | | |
| **DATE OF EXAM:** | 01/21/2020 | **PT #:** | 1273256 | **ACC #:** | 3458961 |
| **FACILITY:** | BOCA | | | | |

CT Scan of the Brain without contrast:

History: Dizziness

Technique: 5 mm sections were obtained. Contrast was not given. Automated exposure control and adjustment of the mA and / or kV according to the patients size were utilized to obtain reduction.

Comparison: No prior

Findings:
There is no evidence of acute hemorrhage or mass effect. Ventricular size and brain volume are within normal limits for age. No focal areas of altered attenuation within the brain demonstrated. No findings suspicious for recent infarct. Other than a small retention cyst in the left maxillary sinus, paranasal sinuses are clear. No osseous erosion.

Impression:
1. No evidence of acute intracranial lesion.

Signed by: Joel Berman, M.D.
Signed on: 1/21/2020 6:39 PM ET

# Exhibit D

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

---

**MATTHEW J. DUNTZ** **Visit date:** 11/22/2021
DOB:

## Assessment

1. Abnormal findings on diagnostic imaging of heart and coronary circulation

## Procedure

INDICATION: CAD, angina

DEMOGRAPHICS
Patient Name: MATTHEW DUNTZ
Gender: M
DOB: Jul 6 1962 Age:59 year
MRN: 1018471
Date of Exam: Nov 22, 2021
Height: 6'2" Weight: 233 lbs

ORDERING PHYSICIAN: Constance Fields, MD

SUPERVISING PHYSICIAN: Constance Fields, MD

DATE OF EXAM: (Stress): 11/22/21
DATE OF EXAM: (Rest): 11/23/21

PROCEDURE: MYOCARDIAL PERFUSION IMAGING SPECT
Two-day Stress/Rest
Stress Protocol: Exercise Accelerated Bruce

NON-IMAGING DATE (STRESS TEST RESPONSE)
Rest Heart Rate: 80
Stress Heart Rate: 139
Rest Blood Pressure: 112/70
Stress Blood Pressure: 200/80
Rest ECG Findings: NSR, PRWP
Stress ECG Findings: ST, no ST segment depression - 2 minutes after exercise - develops biphasic T waves aVF and V6
Stress Symptoms: shortness of breath fatigue
Stress Duration: 6 min 5 sec
Percentage of maximum predict HR:86
#METS: 10.1
Reason for termination of stress: fatigue shortness of breath
achievement of target heart rate
Stress Test Findings: Abnormal with the development of biphasic T waves in aVF and V6 about 2 minutes after exercise lasting about 3 minutes associated with chest pain
RADIOACTIVE AND NON-RADIOACTIVE MATERIAL ADMINISTERED
Stress Isotope: Cardiolite (Tc99m MIBI)
Stress Isotope Dose (mCi): 28.3
Stress Isotope Route: IV

Timing of radiopharmaceuticals: 1 min prior to stopping exercise

Resting Isotope: Cardiolite (Tc99m MIBI)
Resting Isotope Dose: 30
Resting Isotope Route: IV

IMAGE DESCRIPTION: ADDITIONAL OBSERVATIONS
Image Quality: Excellent

LV FUNCTION AND WALL MOTION ANALYSIS:
Ejection Fraction: 62%
Overall LV Function: Normal
Regional Wall Motion Abnormalities: TID
Comparison to previous imaging: No previous study available for comparison

IMAGE DESCRIPTION: DEFECTS
Size extent: small
Severity intensity: mild
Location: Upper Septal , Inferior , Anterior
Type: Ischemic

IMPRESSION:
Perfusion Findings: Mild Upper Septal Ischemia. Mild Inferior Wall Ischemia. Mild Anterior Wall Ischemia. TID

Interpreting Physician: Jay Baker, MD
Electronically signed by : Jay Baker, M.D.; Nov 24 2021 7:48AM EST (Author)

* Electrocardiogram EKG - Auth (Verified) *






Lincoln/Duntz 0441




Lincoln/Duntz 0442




**Lincoln/Duntz 0443**

Label Box ED Gate Spin | Surface Inner | Interval 1 | Scale 1.0 | Rate 13




ANT | LAT | INF | SEPT | APEX | BASE | LAO | RAO | ECHO

| | |
|---|---|
| Name | DUNTZ,MATTHEW |
| Pat ID | 1018471 |
| Sex | MALE |
| Limits | A-SepdualMale |
| TID | 1.54 |
| LHR | 0.15 |
| SMS 1 | STS 0 |

| | |
|---|---|
| Proc ID | STRESS |
| View ID | PROC GS-STR |
| Date | 11/22/2021 11:46:13 |
| Matrix | 64x64 |
| Slices | 25 |
| Intervals | 8 |
| Mm/Vox | 6.40 |

| | |
|---|---|
| Volume | 85ml [1] |
| EDV | 85ml [1] |
| ESV | 32ml [4] |
| SV | 52ml |
| EF | 62% |




Auto | Zero | Accept | Reject

Lincoln/Duntz 0444

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

**MATTHEW J. DUNTZ** **Visit date:** 08/03/2021
DOB:

## History of Present Illness

Matthew Duntz is followed by a PA at a walk-in clinic by the name of Shivanand Persad in Boca Raton, Florida at 750-7300, fax-750-8918. He is an active 59-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology. His labs drawn included a cholesterol of 124, HDL 42 and LDL of 58 his troponin increased to a maximum of 5.8. His CBC and renal function were stable.

For evaluation of his previous complaints of diaphoresis which spontaneously resolved, he underwent CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. His MRIs performed in 2011 and 2012 were similar to his recent CT scan only that the splenic lesion seen with the current CT is new.

He underwent a PET CT scan of the abdomen in September, 2020 when a CT scan showed a 1.2 cm splenic lesion. The PET scan was unremarkable suggesting that the lesion was probably benign. He was referred to Dr. Sunil Patel of oncology who is now following him.

Matthew called yesterday asking to be seen as soon as possible because he developed an hour long episode of

moderate to severe 6/10 left-sided chest pressure that then became bilateral associated with shortness of breath, diaphoresis and he felt very fatigued afterward. He was sitting at his desk working at the time and was under emotional stress. He took aspirin right away when it began. The symptoms were dissimilar to the symptoms he had had when he had his myocardial infarction year and a half ago. He feels somewhat fatigued or "washed out "today however he is not having chest pain and at least until now he has not had any shortness of breath, lightheadedness or dizziness, palpitations or leg swelling. 2 weeks ago he had surgery to remove a benign tumor from the left side of his face.

**Allergies**

No Known Drug Allergies

**Current Meds**

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily;
   Therapy: 30Mar2020 to (Evaluate:13May2022) Requested for: 18May2021; Last Rx:18May2021 Ordered
3. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
4. Ezetimibe 10 MG Oral Tablet; TAKE 1 TABLET BY MOUTH EVERY DAY FOR 30 DAYS;
   Therapy: 25Jun2020 to (Evaluate:30Apr2022) Requested for: 05May2021; Last Rx:05May2021 Ordered
5. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Irbesartan 75 MG Oral Tablet; TAKE 0.5 TABLET Daily;
   Therapy: 26Oct2020 to (Evaluate:13May2022) Requested for: 18May2021; Last Rx:18May2021 Ordered
7. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
8. Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: 30Mar2020 to (Evaluate:30Apr2022) Requested for: 05May2021; Last Rx:05May2021 Ordered
9. Simvastatin 40 MG Oral Tablet; TAKE 1 TABLET BY MOUTH DAILY AS DIRECTED;
   Therapy: 05Apr2021 to (Evaluate:30Apr2022) Requested for: 05May2021; Last Rx:05May2021 Ordered
10. Vitamin D 1000 UNIT TABS;
    Therapy: (Recorded:13Jan2020) to Recorded
11. Vitamin D 50 MCG (2000 UT) Oral Capsule;
    Therapy: (Recorded:13Jan2020) to Recorded

**Active Problems**

Abnormal weight loss
Angina pectoris
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperglycemia
Hyperlipidemia
Hypothyroidism
Lesion of spleen
Melanoma
Myalgia
Night sweats
Past myocardial infarction
Vitamin D deficiency

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

**Family History**

His mother is 85 years old and died from renal failure. When she was in her 60s she had a myocardial infarction and she also had a pacemaker.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

**Vitals**

Vital Signs
Recorded: 03Aug2021 09:56AM
Height: 6 ft 2 in
Weight: 238 lb
BMI Calculated: 30.56 kg/m2
BSA Calculated: 2.34
Blood Pressure: 112 / 77
Heart Rate: 93

**Review of Systems**

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

**Physical Exam**

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema -
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

**Results/Data**

His EKG performed August 3, 2021 is similar to his prior tracing showing normal sinus rhythm with low voltage in the limb leads
His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

**Assessment**

1. Angina pectoris

**Plan**

1. Heart Cath, Left; Status:Need Information - Financial Authorization; Requested for:03Aug2021;
2. Follow-up After Cardiac Testing Has Been Completed Follow up Follow-up Status: Hold For - Scheduling Requested for: 03Aug2021
3. *Continue Medications; Status:Complete; Done: 03Aug2021
4. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 03Aug2021
5. Free Text Exercise Instruction; Status:Complete; Done: 03Aug2021
6. Notify Provider if any chest pain; Status:Complete; Done: 03Aug2021
7. We have discussed the most important medication side effects. Please call if you have

Patient: MATTHEW J. DUNTZ DOB:

any further questions; Status:Complete; Done: 03Aug2021

**Discussion/Summary**

1. History of fleeting episodes of dizziness associated with diaphoresis centered on his face -no further events, he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. Critical single-vessel coronary artery disease-status post MI March 22, 2020 and status post PCI and drug-eluting stent placement to a proximal to mid 100% circumflex lesion--his angina consists of substernal chest pressure or burning -he had an episode of bilateral anterior chest heaviness with diaphoresis and shortness of breath yesterday-August 2, 2021-his EKG performed today August 3, is stable. He has not had recurrent symptoms but feels generalized fatigue. The symptoms are similar to what he experienced with his myocardial infarction last year
3. Hyperlipidemia -well-controlled on simvastatin 40 mg every evening without myalgias or myopathy
4. Hypothyroidism -his medication is dosed by his primary care physician -
5. Remote history of syncope about 6 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout - asymptomatic, he is to continue allopurinol -
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time -he was seen by his dermatologist recently who removed precancerous lesions -one on his right leg and one on his right cheek
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Severe night sweats primarily involving his head - the symptoms spontaneously resolved at the end of March, 2020. CT of the chest abdomen and pelvis was stable except for a new small splenic lesion a PET CT scan performed in September indicated the splenic lesion was most likely benign
10. Small splenic lesion seen on recent chest, abdomen and pelvic CT study 4/6/20 -his PET CT scan performed in September, 2020 indicated this was probably benign
11. 2 episodes of fleeting left-sided chest discomfort -
12. Removal of a benign tumor from the left side of his face in July, 2021

Matthew's vital signs are normal. I am concerned about his significant episode of chest discomfort associated with shortness of breath and diaphoresis which occurred at rest yesterday lasting about an hour. He understands that if this happens again he should be seen by paramedics and taken to the emergency room. My strong recommendation is that he undergo cardiac catheterization soon, preferably this week, to determine if he is developing in-stent stenosis. His EKG performed today is stable. He does understand that even if he underwent nuclear stress testing and results were normal, we would not know definitively as to whether or not the vessel was patent. He understands the indications for cardiac catheterization and the possibility of revascularization which may include angioplasty, stent placement or bypass surgery. He also understands the possible complications of these procedures including but not limited to myocardial infarction, stroke, heart failure, anemia, arrhythmia, death, infection, allergic reaction and the development of a femoral pseudoaneurysm requiring surgical repair. We will bring him back to the office next week for evaluation.

Addendum: He developed chest discomfort and diaphoresis just before we completed his evaluation. EKG was performed and remained unchanged. I had a lengthy discussion with his wife also over the phone, Kim, regarding my concerns and my recommendation is that he be transferred by ambulance/paramedics to the hospital for further stabilization and evaluation. The patient is agreeable.

Electronically signed by : Constance Fields, M.D.; Aug 3 2021 10:35AM EST (Author)

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

---

**MATTHEW J. DUNTZ** **Visit date:** 05/04/2021
DOB:

## History of Present Illness

Matthew Duntz returns to the office today for reevaluation. He is an active 58-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology. His labs drawn included a cholesterol of 124, HDL 42 and LDL of 58 his troponin increased to a maximum of 5.8. His CBC and renal function were stable.

For evaluation of his previous complaints of diaphoresis which spontaneously resolved, he underwent CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. His MRIs performed in 2011 and 2012 were similar to his recent CT scan only that the splenic lesion seen with the current CT is new.

He underwent a PET CT scan of the abdomen in September, 2020 when a CT scan showed a 1.2 cm splenic lesion. The PET scan was unremarkable suggesting that the lesion was probably benign. He was referred to Dr. Sunil Patel of oncology who is now following him.

Matthew returns to the office for evaluation. He has not been hospitalized since last seen nor is he taking any new prescription medication. He has no complaints of chest pain, shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. His labs last drawn in October, 2020 included a LDL 28, cholesterol 82, normal LFTs with a TSH which was in the normal

range. His pressures at home are usually in the normal range. His only complaint is of easy bruisability.

**Allergies**

No Known Drug Allergies

**Current Meds**

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily;
   Therapy: 30Mar2020 to Recorded
3. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
4. Ezetimibe 10 MG Oral Tablet; TAKE 1 TABLET BY MOUTH EVERY DAY FOR 30 DAYS;
   Therapy: 25Jun2020 to (Evaluate:20Jun2021) Requested for: 25Jun2020; Last Rx:25Jun2020 Ordered
5. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Irbesartan 75 MG Oral Tablet; TAKE 0.5 TABLET Daily;
   Therapy: 26Oct2020 to Recorded
7. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
8. Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: 30Mar2020 to (Evaluate:25Feb2022) Requested for: 02Mar2021; Last Rx:02Mar2021 Ordered
9. Simvastatin 40 MG Oral Tablet; TAKE 1 TABLET BY MOUTH DAILY AS DIRECTED;
   Therapy: 05Apr2021 to (Evaluate:04Jul2021) Requested for: 05Apr2021; Last Rx:05Apr2021 Ordered
10. Vitamin D 1000 UNIT TABS;
    Therapy: (Recorded:13Jan2020) to Recorded
11. Vitamin D 50 MCG (2000 UT) Oral Capsule;
    Therapy: (Recorded:13Jan2020) to Recorded

**Active Problems**

Abnormal weight loss
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperlipidemia
Hypothyroidism
Lesion of spleen
Melanoma
Myalgia
Night sweats
Past myocardial infarction
Vitamin D deficiency

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

## Family History

His mother is 85 years old and died from renal failure. When she was in her 60s she had a myocardial infarction and she also had a pacemaker.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

## Vitals

Vital Signs
Recorded: 04May2021 02:15PM
Height: 5 ft 2 in
Weight: 235 lb
BMI Calculated: 42.98 kg/m2
BSA Calculated: 2.05
Blood Pressure: 115 / 72
Heart Rate: 80

## Review of Systems

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

## Physical Exam

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema -
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

**Results/Data**

His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

**Assessment**

1. Hyperglycemia

**Plan**

1. CBC with Differential & Platelet - Complete Blood Count; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
2. CK - Creatine Kinase, Total, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
3. CMP; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
4. Hemoglobin A1c with eAG; Specimen Source:Whole Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
5. Lipid Panel; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
6. T4 Free - Thyroxine; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
7. TSH - Thyroid Stimulating Hormone; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
8. Vitamin D, 25-Hydroxy; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
9. Follow-up visit in 6 months Follow up Follow-up Status: Hold For - Scheduling Requested for: 04May2021
10. *Continue Medications; Status:Complete; Done: 04May2021
11. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 04May2021
12. Free Text Exercise Instruction; Status:Complete; Done: 04May2021
13. Notify Provider if any chest pain; Status:Complete; Done: 04May2021
14. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 04May2021

**Discussion/Summary**

1. History of fleeting episodes of dizziness associated with diaphoresis centered on his face -the symptoms did resolve since last seen, he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. Critical single-vessel coronary artery disease-status post MI March 22, 2020 and status post PCI and

drug-eluting stent placement to a proximal to mid 100% circumflex lesion--his angina consists of substernal chest pressure or burning -he has not had any symptoms to suggest that he is has developed progression of his CAD and is cleared to discontinue Brilinta. His EKG performed May 4, 2021 shows sinus rhythm with no ischemic changes.
3. Hyperlipidemia -he is tolerating the addition of Zetia 10 mg every evening to a statin without myalgias or myopathy-his labs drawn in October, 2020 included a LDL of 28 with normal LFTs
4. Hypothyroidism -his medication is dosed by his primary care physician -his TFTs drawn on October, 2020 were in the normal range.
5. Remote history of syncope about 5 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout - asymptomatic, he is to continue allopurinol -
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time -he was seen by his dermatologist recently who removed precancerous lesions -one on his right leg and one on his right cheek
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Recent onset severe night sweats primarily involving his head -the symptoms spontaneously resolved at the end of March, 2020. CT of the chest abdomen and pelvis was stable except for a new small splenic lesion a PET CT scan performed in September indicated the splenic lesion was most likely benign
10. Small splenic lesion seen on recent chest, abdomen and pelvic CT study 4/6/20 -his PET CT scan performed in September, 2020 indicated this was probably benign
11. 2 episodes of fleeting left-sided chest discomfort - has not reoccurred

Matthew's vital signs are normal. He stable from a cardiac standpoint and does not have symptoms of angina, an arrhythmia or CHF. His EKG performed today is stable. Since it has been more than a year since his cardiac intervention, he is cleared to discontinue Brilinta and should continue aspirin 81 mg a day. He will be given a prescription to have his labs drawn soon and will be called with the results. We will make arrangements to see him in the office in 6 months for reevaluation. Should he develop any possible cardiac symptoms, he knows to contact us.

Electronically signed by : Constance Fields, M.D.; May 4 2021 2:35PM EST (Author)

Holy Cross Medical Group

Constance Fields M.D.
*Cardiology*
2901 Coral Hills Drive, Suite 240
Coral Springs, FL 33065-4146
(954) 227-7787 Fax (954) 227-1787

MATTHEW J. DUNTZ
DOB

**Visit date:** 01/23/2020

## ECHOCARDIOGRAM REPORT

**PHYSICIAN:** DR FIELDS
**TECHNICIAN:** BLS
**REFERRED BY:**
**INDICATION:** SOB

**HT:** 74" **WT:** 253 **BSA:** 2.46 **BP** 128/88

| | | |
|---|---|---|
| AO (cm):3.3 | LVD (cm):5.3 | PW (cm):1.2 |
| LA (cm):3.8 | LVS (cm):3.4 | RV (cm):1.2 |
| ACS (cm):2.3 | IVS (cm):1.1 | EF (%):64 |
| TAPSE (cm): | LA Vol (ml): | PE: none |
| G.L. Strain(Avg.)= % | LA Vol Index (ml/m2): | |

| | | | | |
|---|---|---|---|---|
| AV: V max (m/sec): 1.1 | PG (mm/Hg)4 | MPG (mm/Hg)2 | AVA (cm2)2.9 | AI: None |
| MV: V max (m/sec) 0.5 | PHT (msec)48 | MPG (mmHg) | MVA (cm2)4.6 | MR: TRACE |
| TR: V max (m/sec)1.2 | PG (mmHg) | TR: TRACE | TR GRAD (mmHg)6 | RVSP (mmHg) 16 |
| PV: V max (m/sec)1.2 | PG: (mmHg) | PR: None | E/A0.8 | Abd Ao (cm): |
| E mitral (cm/sec) 51 | A mitral (cm/sec):62 | DT (msec): | e' (septal)4.6<br>e' (lat): | E/e':11.1 |

1. The left ventricle is normal in size with preserved LV systolic function with a normal ejection fraction. There are no focal wall motion abnormalities. There is borderline concentric LVH.
2. The right ventricle is normal in size with preserved RV free wall motion.
3. Both atria are normal in diameter.

4. The aortic root and ascending aorta are normal in diameter.
5. The mitral valve leaflets are thin and normally mobile without systolic prolapse. There is mild mitral annular calcification.
6. The aortic valve is tricuspid with adequate cusp excursion. There is no Doppler evidence of aortic valve stenosis or insufficiency.
7. The tricuspid valve leaflets are thin and normally mobile.
8. The pulmonic valve leaflets are thin and normally mobile.
9. There are no intracardiac masses seen.
10. There is no pericardial effusion.
11. There is an anterior fat pad present.
12. There is a interatrial septal aneurysm without Doppler evidence of communication between the 2 atria.
13. Doppler interrogation is significant for trace mitral and tricuspid insufficiency with normal RV systolic pressure of 16 mmHg.

Electronically signed by:Constance Fields M.D. Jan 23 2020 6:31PM EST Author

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

---

**MATTHEW J. DUNTZ** **Visit date:** 06/25/2020
DOB:

## History of Present Illness

Matthew Duntz returns to the office today for reevaluation. He is an active 57-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology. His labs drawn included a cholesterol of 124, HDL 42 and LDL of 58 his troponin increased to a maximum of 5.8. His CBC and renal function were stable. Over the last couple of months Matthew had developed severe night sweats which primarily drenches his head a few times a month. He had no associated fevers.

Matthew presents to the office today for reevaluation. For evaluation of his previous complaints of diaphoresis which spontaneously resolved, he underwent CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. His MRIs performed in 2011 and 2012 were similar to his recent CT scan only that the splenic lesion seen with the current CT is new.

He has been doing well since last seen in the office. He has no complaints of shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. When last seen we had started him on Avapro-75 mg starting June 1 and reduced the amount of his metoprolol to 12.5 mg a day. He has had 2 fleeting episodes of atypical left-sided chest discomfort which happened within 1 week of each other since last seen. He has not experienced anything like this before. He says overall however he is

feeling very good at this time.

**Allergies**

No Known Drug Allergies

**Current Meds**

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily;
   Therapy: 30Mar2020 to Recorded
3. Brilinta 90 MG Oral Tablet; Take 1 tablet twice daily;
   Therapy: 30Mar2020 to (Evaluate:30Apr2021) Requested for: 05May2020; Last Rx:05May2020 Ordered
4. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
5. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
7. Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: 30Mar2020 to (Evaluate:25Mar2021); Last Rx:30Mar2020 Ordered
8. Simvastatin 40 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED Requested for: 30Mar2020; Last Rx:30Mar2020 Ordered
9. Vitamin D 1000 UNIT TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
10. Vitamin D 50 MCG (2000 UT) Oral Capsule;
    Therapy: (Recorded:13Jan2020) to Recorded

**Active Problems**

Abnormal weight loss
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperlipidemia
Hypothyroidism
Melanoma
Myalgia
Night sweats
Past myocardial infarction
Vitamin D deficiency

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

## Family History

His mother is 83 years old and has low blood pressure.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

## Vitals

Vital Signs
Recorded: 25Jun2020 10:30AM
Height: 5 ft 2 in
Weight: 229 lb
BMI Calculated: 41.88
BSA Calculated: 2.02
Blood Pressure: 110 / 72, RUE, Sitting
Heart Rate: 79

## Review of Systems

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

## Physical Exam

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema -
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

## Results/Data

His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

## Plan

1. Start: Ezetimibe 10 MG Oral Tablet; TAKE 1 TABLET BY MOUTH EVERY DAY FOR 30 DAYS
2. Alkaline Phosphatase Fraction; Specimen Source:Serum; Status:Hold For - Specimen/Data Collection; Requested for:25Aug2020;
3. ALT - SGPT - Alanine Aminotransferase; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:25Aug2020;
4. AST - SGOT - Aspartate Aminotransferase; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:25Aug2020;
5. CK - Creatine Kinase, Total, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:25Aug2020;
6. Lipid Panel; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:25Aug2020;
7. *Continue Medications; Status:Complete; Done: 25Jun2020
8. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 25Jun2020
9. Free Text Exercise Instruction; Status:Complete; Done: 25Jun2020
10. Notify Provider if any chest pain; Status:Complete; Done: 25Jun2020
11. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 25Jun2020
12. Follow-up visit in 4 months Follow up Follow-up Status: Complete Done: 25Jun2020

## Discussion/Summary

1. Recent onset of fleeting episodes of dizziness associated with diaphoresis centered on his face -he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. Critical single-vessel coronary artery disease-status post MI March 22, 2020 and status post PCI and drug-eluting stent placement to a proximal to mid 100% circumflex lesion--his angina consists of substernal chest pressure or burning -he has not experienced any further symptoms similar to this
3. Hyperlipidemia - He is currently on Zocor 40 mg every night and will be given a prescription to have his labs drawn soon with the goal to lower his LDL to less than 40. His recent LDL was still in the 50s so I recommend adding Zetia 10 mg 3 days a week and did discuss some of the side effects including but not limited to myalgias, myopathy or a drug-induced hepatitis. He will be given a prescription to have his labs drawn in 8 weeks.
4. Hypothyroidism -TSH level obtained recently was in the normal range
5. Remote history of syncope about 5 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout- asymptomatic, he is to continue allopurinol -his uric acid level drawn recently was in the normal range
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time -he was seen by his dermatologist recently who removed precancerous lesions -one on his right leg and one on his right cheek
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Recent onset severe night sweats primarily involving his head -the symptoms spontaneously resolved at the end of March. CT of the chest abdomen and pelvis was stable except for a new small splenic lesion and it was recommended the study be repeated in 3 months.
10. Small splenic lesion seen on recent chest, abdomen and pelvic CT study 4/6/20 - he was given a prescription to have the follow-up study done soon, his recent labs indicated his renal function is normal
11. 2 episodes of fleeting left-sided chest discomfort which occurred within the last 3 weeks -coincident with decreasing his metoprolol and could be possibly related to ectopy so I recommend he continue the same dose of metoprolol rather than wean him off altogether at this time

Matthew's vital signs are normal. He had atypical fleeting chest pain a couple of weeks ago only occurring twice and the symptoms were dissimilar to what he experienced when he was found to have obstructive CAD. It is unclear what may have caused the symptoms and if they recur he would be a candidate for a Holter monitor to see if he is experiencing an arrhythmia. Because it occurred coincident with having decreased his beta-blocker, I feel that he should still stay on a small dose of 12.5 mg a day. He says overall however he is feeling quite well. I recommend adding Zetia to lower his LDL even further and we did discuss the side effects. He has been given a prescription to have his labs drawn and follow-up in 6 to 8 weeks and will be called with the results. We will make arrangements to see him in the office in 4 months for evaluation. Should he develop any other cardiac symptoms, he knows to contact us.

Electronically signed by : Constance Fields, M.D.; Jun 25 2020 5:35PM EST (Author)

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

---

**MATTHEW J. DUNTZ** **Visit date:** 10/26/2020
DOB

## History of Present Illness

Matthew Duntz returns to the office today for reevaluation. He is an active 58-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology. His labs drawn included a cholesterol of 124, HDL 42 and LDL of 58 his troponin increased to a maximum of 5.8. His CBC and renal function were stable.

For evaluation of his previous complaints of diaphoresis which spontaneously resolved, he underwent CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. His MRIs performed in 2011 and 2012 were similar to his recent CT scan only that the splenic lesion seen with the current CT is new.

Matthew has been feeling well from a cardiac standpoint since last seen. He has no complaints of chest pain, shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. He has not been hospitalized since last seen nor is he taken any new prescription medication. He underwent a PET CT scan of the abdomen in September, 2020 when a CT scan showed a 1.2 cm splenic lesion. The PET scan was unremarkable suggesting that the lesion was probably benign. He was referred to Dr. Sunil Patel of oncology who is now following him. He is currently on irbesartan 37.5 mg a day and metoprolol 12.5 mg a day.

**Allergies**
No Known Drug Allergies

**Current Meds**

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily;
   Therapy: 30Mar2020 to Recorded
3. Brilinta 90 MG Oral Tablet; Take 1 tablet twice daily;
   Therapy: 30Mar2020 to (Evaluate:30Apr2021) Requested for: 05May2020; Last Rx:05May2020 Ordered
4. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
5. Ezetimibe 10 MG Oral Tablet; TAKE 1 TABLET BY MOUTH EVERY DAY FOR 30 DAYS;
   Therapy: 25Jun2020 to (Evaluate:20Jun2021) Requested for: 25Jun2020; Last Rx:25Jun2020 Ordered
6. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
7. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
8. Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: 30Mar2020 to (Evaluate:25Mar2021); Last Rx:30Mar2020 Ordered
9. Simvastatin 40 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED Requested for: 30Mar2020; Last Rx:30Mar2020 Ordered
10. Vitamin D 1000 UNIT TABS;
    Therapy: (Recorded:13Jan2020) to Recorded
11. Vitamin D 50 MCG (2000 UT) Oral Capsule;
    Therapy: (Recorded:13Jan2020) to Recorded

**Active Problems**
Abnormal weight loss
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperlipidemia
Hypothyroidism
Lesion of spleen
Melanoma
Myalgia
Night sweats
Past myocardial infarction
Vitamin D deficiency

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**
Married
Never a smoker
One child

Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

**Family History**

His mother is 83 years old and has low blood pressure.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

**Vitals**

Vital Signs
Recorded: 26Oct2020 11:09AM
Height: 5 ft 2 in
Weight: 235 lb
BMI Calculated: 42.98
BSA Calculated: 2.05
Blood Pressure: 112 / 65
Heart Rate: 78

**Review of Systems**

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

**Physical Exam**

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.

HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema -
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

**Results/Data**

His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

**Plan**

1. CK - Creatine Kinase, Total, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Oct2020;
2. CMP; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Oct2020;
3. Lipid Panel; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Oct2020;
4. T4 Free - Thyroxine; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Oct2020;
5. TSH - Thyroid Stimulating Hormone; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Oct2020;
6. Uric Acid, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Oct2020;
7. Follow-up visit in 6 months Follow up Follow-up Status: Hold For - Scheduling Requested for: 26Oct2020
8. *Continue Medications; Status:Complete; Done: 26Oct2020
9. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 26Oct2020
10. Free Text Exercise Instruction; Status:Complete; Done: 26Oct2020
11. Notify Provider if any chest pain; Status:Complete; Done: 26Oct2020
12. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 26Oct2020

**Discussion/Summary**

1. History of fleeting episodes of dizziness associated with diaphoresis centered on his face -he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. Critical single-vessel coronary artery disease-status post MI March 22, 2020 and status post PCI and drug-eluting stent placement to a proximal to mid 100% circumflex lesion--his angina consists of substernal chest pressure or burning -he has been asymptomatic since last seen
3. Hyperlipidemia -he is tolerating the addition of Zetia 10 mg every evening to a statin without myalgias or myopathy-he will be given a prescription to have his labs drawn soon
4. Hypothyroidism -his medication is dosed by his primary care physician.
5. Remote history of syncope about 5 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout- asymptomatic, he is to continue allopurinol -
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time -he was seen by his dermatologist recently who removed precancerous lesions -one on his right leg and one on his right cheek
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Recent onset severe night sweats primarily involving his head -the symptoms spontaneously resolved at the end of March. CT of the chest abdomen and pelvis was stable except for a new small splenic lesion a PET CT scan performed in September indicated the splenic lesion was most likely benign
10. Small splenic lesion seen on recent chest, abdomen and pelvic CT study 4/6/20 -his PET CT scan performed

in September, 2020 indicated this was probably benign
11. 2 episodes of fleeting left-sided chest discomfort -has not reoccurred

Matthew's vital signs are normal. He is doing well from a cardiac standpoint and does not have symptoms of angina, an arrhythmia or CHF. He is tolerating his medications well without side effects which he is cleared to continue. We added Zetia 10 mg every evening to his drug regimen which he is also tolerating. He will be given a prescription to have his fasting labs drawn soon. He will be called with the results. We will make arrangements to see him in the office in 6 months reevaluation. Should he develop any cardiac symptoms, he knows to contact us.

Electronically signed by : Constance Fields, M.D.; Oct 26 2020 11:25AM EST (Author)

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

---

**MATTHEW J. DUNTZ** **Visit date:** 05/05/2020
DOB:

**History of Present Illness**

Matthew Duntz returns to the office today for reevaluation. He is an active 57-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology. His labs drawn included a cholesterol of 124, HDL 42 and LDL of 58 his troponin increased to a maximum of 5.8. His CBC and renal function were stable. Over the last couple of months Matthew had developed severe night sweats which primarily drenches his head a few times a month. He had no associated fevers.

He presents to the office today for evaluation. His complaints of diaphoresis spontaneously resolved and he has not had 1 event in the last 5 to 6 weeks. He had a CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. He has no complaints of chest pain, shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. He was able to locate his MRIs performed in 2011 and 2012. The results are similar to his current CT scan only that the splenic lesion seen with the current CT is new. His systolic readings usually run between 105 to about 117. If he stands up he will become lightheaded momentarily.

**Allergies**

No Known Drug Allergies

**Current Meds**

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily;
   Therapy: 30Mar2020 to Recorded
3. Brilinta 90 MG Oral Tablet; Take 1 tablet twice daily;
   Therapy: 30Mar2020 to (Evaluate:25Mar2021) Recorded
4. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
5. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
7. Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: 30Mar2020 to (Evaluate:25Mar2021); Last Rx:30Mar2020 Ordered
8. Simvastatin 40 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED Requested for: 30Mar2020; Last Rx:30Mar2020 Ordered
9. Vitamin D 1000 UNIT TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
10. Vitamin D 50 MCG (2000 UT) Oral Capsule;
    Therapy: (Recorded:13Jan2020) to Recorded

**Active Problems**

Abnormal weight loss
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperlipidemia
Hypothyroidism
Melanoma
Myalgia
Night sweats
Past myocardial infarction
Vitamin D deficiency

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

**Family History**

His mother is 83 years old and has low blood pressure.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

**Vitals**

Vital Signs
Recorded: 05May2020 02:00PM
Height: 5 ft 2 in
Weight: 230 lb
BMI Calculated: 42.07
BSA Calculated: 2.03
Blood Pressure: 107 / 71
Heart Rate: 81

**Review of Systems**

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

**Physical Exam**

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema -
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

**Results/Data**

His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

**Plan**

1. Renew: Brilinta 90 MG Oral Tablet; Take 1 tablet twice daily
2. CMP; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested

for:08Jun2020;

3. Lipid Panel; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:08Jun2020;
4. T4 Free - Thyroxine; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:08Jun2020;
5. TSH - Thyroid Stimulating Hormone; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:08Jun2020;
6. Uric Acid, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:08Jun2020;
7. *Continue Medications; Status:Complete; Done: 05May2020
8. *Continue Medications; Status:Complete; Done: 05May2020
9. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 05May2020
10. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 05May2020
11. Free Text Exercise Instruction; Status:Complete; Done: 05May2020
12. Free Text Exercise Instruction; Status:Complete; Done: 05May2020
13. Notify Provider if any chest pain; Status:Complete; Done: 05May2020
14. Notify Provider if any chest pain; Status:Complete; Done: 05May2020
15. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 05May2020
16. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 05May2020
17. Follow-up visit in 6 weeks Follow up Follow-up Status: Active Requested for: 05May2020

**Discussion/Summary**

1. Recent onset of fleeting episodes of dizziness associated with diaphoresis centered on his face -he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. Critical single-vessel coronary artery disease-status post MI March 22, 2020 and status post PCI and drug-eluting stent placement to a proximal to mid 100% circumflex lesion--his angina consists of substernal chest pressure or burning -he has not had any further symptoms
3. Hyperlipidemia - He is currently on Zocor 40 mg every night and will be given a prescription to have his labs drawn soon with the goal to lower his LDL to less than 40.
4. Hypothyroidism - his recent TFTs were normal -these will be repeated soon
5. Remote history of syncope about 5 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout- asymptomatic, he is to continue allopurinol -he will be given a prescription to have his uric acid level drawn soon.
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time - I recommend he follow-up with his dermatologist soon
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Recent onset severe night sweats primarily involving his head -the symptoms spontaneously stopped about 6 weeks ago at the end of March. CT of the chest abdomen and pelvis was stable except for a new small splenic lesion and it was recommended the study be repeated in 3 months.
10. Small splenic lesion seen on recent chest, abdomen and pelvic CT study 4/6/20 - needs to be repeated in 3 months -which will be July

Matthew's vital signs are normal. He is tolerating his current medications well without side effects. He does not have symptoms of angina or an arrhythmia. His severe episodes of diaphoresis spontaneously resolved. It is unclear what was causing the symptoms. If they do recur, he is to notify us. I would encourage him still to follow-up with his dermatologist. I would like to start him on irbesartan but will wait a few weeks until he needs to have a follow-up BMP drawn before he can proceed with his abdominal CT to follow the new small splenic lesion seen on his recent study. He needs to have his renal function lab work done a few weeks before his follow-up CT scan to performed in early July. We will make arrangements for him to start a low dose of irbesartan - just half of the 75 mg pill and when he does I'd like him to decrease his metoprolol to half a tablet a day as well. We will make the change in his medications beginning this June 1. He will be given a prescription to have his renal function lab work drawn a week later and will bring him back to the office at that time to see how he is doing with

the change in medication. Should he develop any possible cardiac symptoms, he knows to contact us. He is cleared to exercise. When seen in the office in 6 weeks, we will give him a prescription for a repeat abdominal CT to follow the splenic lesion.

Electronically signed by : Constance Fields, M.D.; May 5 2020 2:51PM EST (Author)

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

---

**MATTHEW J. DUNTZ** **Visit date:** 03/30/2020
DOB:

## History of Present Illness

Matthew Duntz returns to the office today for reevaluation. He is an active 57-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized last week, March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. He has not had recurrence of any of the symptoms which in retrospect were his anginal symptoms since his discharge from the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology. His labs drawn included a cholesterol of 124, HDL 42 and LDL of 58 his troponin increased to a maximum of 5.8. His CBC and renal function were stable. He was discharged from the hospital was the addition of Brilinta 90 mg twice a day, metoprolol succinate 25 mg daily and he was told to eventually start Irbesartin 75 mg a day but not until he is seen as an outpatient by the cardiologist.. He does have a new mild shortness of breath at times which could be a side effect. He intentionally is lost 21 pounds since last seen in the office. Over the last couple of months Matthew has now developed severe night sweats which primarily drenches his head a few times a month. The last episode was last night. He has had no fevers or chills. He did not have a fever when this happened.

## Allergies

No Known Drug Allergies

## Current Meds

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded

2. Brilinta 90 MG Oral Tablet; Take 1 tablet twice daily;
   Therapy: 30Mar2020 to (Evaluate:25Mar2021) Recorded
3. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
4. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
5. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Simvastatin 20 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
7. Vitamin D 1000 UNIT TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
8. Vitamin D 50 MCG (2000 UT) Oral Capsule;
   Therapy: (Recorded:13Jan2020) to Recorded

**Active Problems**

Benign paroxysmal positional vertigo
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperlipidemia
Hypothyroidism
Vitamin D deficiency

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

**Family History**

His mother is 83 years old and has low blood pressure.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

**Vitals**

Vital Signs
Recorded: 30Mar2020 11:31AM
Blood Pressure Additional: 116 / 70, RUE, Sitting
Recorded: 30Mar2020 10:55AM
Height: 6 ft 2 in
Weight: 232 lb
BMI Calculated: 29.79
BSA Calculated: 2.31
Blood Pressure: 106 / 66, RUE
Heart Rate: 83
Temperature: 97.1 F, Tympanic

## Review of Systems

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

## Physical Exam

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema -the right groin cardiac catheterization site is clean and dry without hematoma or bruit, he has a resolving mild to moderate size ecchymosis
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

## Results/Data

His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

## Assessment

1. Coronary arteriosclerosis
2. Past myocardial infarction
3. Melanoma
4. Night sweats
5. Abnormal weight loss
6. Myalgia

## Plan

1. Blood Culture; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:30Mar2020;
2. *Continue Medications; Status:Complete; Done: 30Mar2020
3. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 30Mar2020
4. Free Text Exercise Instruction; Status:Complete; Done: 30Mar2020
5. Notify Provider if any chest pain; Status:Complete; Done: 30Mar2020
6. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 30Mar2020
7. Follow-up visit in 4 weeks Follow up Follow-up Status: Complete Done: 30Mar2020

Patient: MATTHEW J. DUNTZ DOB:

**Discussion/Summary**

1. Recent onset of fleeting episodes of dizziness associated with diaphoresis centered on his face -he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. Critical single-vessel coronary artery disease-status post MI March 22, 2020 and status post PCI and drug-eluting stent placement to a proximal to mid 100% circumflex lesion-he has had no angina symptoms since his discharge from the hospital last week -his angina consists of substernal chest pressure or burning - -he is to continue metoprolol for now however I would not start an ARB yet since he will be receiving more IV contrast for his CT body scan soon but will restart it in the next few weeks if his blood pressures are stable.
3. Hyperlipidemia - well-controlled- he is tolerating simvastatin without myalgias or myopathy -however he did have significant CAD despite normal lipid levels so my recommendation is to try to lower his LDL to less than 40 by increasing simvastatin to 40 mg 3 days a week and continue 20 mg the other 4 days a week.
4. Hypothyroidism - his recent TFTs were normal -these will be repeated soon
5. Remote history of syncope about 5 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout- asymptomatic, he is to continue allopurinol
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time -he is closely followed by his dermatologist
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Recent onset severe night sweats primarily involving his head - my recommendation is that he have blood cultures obtained to rule out a possible significant infection and also chest, abdomen and pelvis CT to rule out a possible occult carcinoma since he does have a history of melanoma, he will be called with the results.

Matthew's vital signs are normal in the office today. He is doing well status post PCI and drug-eluting stent placement to an occluded proximal to mid circumflex lesion performed last week when he presented with a non-ST segment elevation MI. His echocardiogram was stable. He will follow-up with the interventional cardiologist next week. We are going to increase his statin in order to try to lower his LDL to less than 40. Should he develop any side effects he knows to contact us. He appears to be tolerating metoprolol without side effects. I am also concerned about his episodic sometimes severe night sweats and will order chest, abdomen and pelvic CT as well as blood cultures. He will be called with the results. We will make arrangements to see him back in the office in about 4 to 6 weeks for evaluation. I have encouraged him to follow-up with the dermatologist who has been following him for his known diagnosis of melanoma. When seen in follow-up so long as he is hemodynamically stable and his renal function is also stable, will start him on an ARB. Should he develop any cardiac symptoms or increasing night sweats, he knows to contact us.

A total of 40 minutes was spent in review of pertinent medical records, discussion with the patient, examination, evaluation of the patient's problems and coordination of a care plan as part of this visit.

Electronically signed by : Constance Fields, M.D.; Mar 30 2020 12:10PM EST (Author)

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

---

**MATTHEW J. DUNTZ** **Visit date:** 01/30/2020
DOB:

## History of Present Illness

William Mazzel, MD

Dear Dr. Mazzel,

Matthew Duntz returns to the office today for reevaluation. He is an active 57-year-old gentleman with hypothyroidism, hyperlipidemia, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He hasn't had any events now in in just over a week. He has not had associated palpitations although can't be sure that he also doesn't also feel lightheaded at the same time. He's had no chest pain, shortness of breath at rest or with exertion or leg swelling. He's had no upper respiratory infection and has had no associated abdominal pain, diarrhea or nausea. He has never experienced anything like this before. He has no history of myocardial infarction, diabetes, smoking history or premature family history of heart disease. His labs drawn January 9, 2020 included a total cholesterol of 152, HDL 40, triglyceride level of 157 with a non-HDL cholesterol of 112, glucose 90, stable CMP with a hemoglobin A1c of 5.3, normal TSH and CBC.

Since last seen, Matthew was evaluated by ENT, Dr. Houle, and he was diagnosed with benign positional vertigo responding to the Epley maneuvers. He has had no further episodes of dizziness which was usually associated with diaphoresis. He has not had any symptoms of chest pain, shortness of breath, palpitations, syncope or leg swelling. He has no discomfort at the bottom of his feet. Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

## Allergies

No Known Drug Allergies

## Current Meds

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
3. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
4. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded

5. Simvastatin 20 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Vitamin D 1000 UNIT TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
7. Vitamin D 50 MCG (2000 UT) Oral Capsule;
   Therapy: (Recorded:13Jan2020) to Recorded

## Active Problems

Dizziness
Exertional shortness of breath
Gout
Hyperlipidemia

## Surgical History

Status post lymph node resection from the left axilla in 2007

## Social History

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

## Family History

His mother is 83 years old and has low blood pressure.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

## Vitals

Vital Signs
Recorded: 30Jan2020 01:15PM
Height: 6 ft 2 in
Weight: 253 lb
BMI Calculated: 32.48
BSA Calculated: 2.4
Blood Pressure: 115 / 73
Heart Rate: 95

## Review of Systems

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

Patient: MATTHEW J. DUNTZ DOB:

## Physical Exam

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

## Results/Data

His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

## Assessment

1. Benign paroxysmal positional vertigo
2. Vitamin D deficiency
3. Hypothyroidism
4. Hearing loss

## Plan

1. Alkaline Phosphatase, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:07Jul2020;
2. ALT - SGPT - Alanine Aminotransferase; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:07Jul2020;
3. AST - SGOT - Aspartate Aminotransferase; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:07Jul2020;
4. Lipid Panel; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:07Jul2020;
5. T4 Free - Thyroxine; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:07Jul2020;
6. TSH - Thyroid Stimulating Hormone; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:07Jul2020;
7. Uric Acid, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:07Jul2020;
8. Vitamin D, 25-Hydroxy; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:07Jul2020;
9. Follow-up visit in 6 months Follow up Follow-up Status: Hold For - Scheduling Requested for: 30Jan2020
10. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 30Jan2020
11. Free Text Exercise Instruction; Status:Complete; Done: 30Jan2020

## Discussion/Summary

1. Recent onset of fleeting episodes of dizziness associated with diaphoresis centered on his face -he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. Hyperlipidemia - well-controlled- he is tolerating simvastatin without myalgias or myopathy
3. Hypothyroidism - his recent TFTs were normal
4. Remote history of syncope about 5 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
5. Gout- asymptomatic
6. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time

7. Hearing loss involving the right ear - to follow-up with ENT in 1 year -

Matthew is doing very well from a cardiac standpoint. He has been asymptomatic without symptoms of possible angina or an arrhythmia. His symptoms were found to be due to vertigo which have resolved. We reviewed the results of his stable echocardiogram, Holter monitor and CT of the brain. I will refer him to a podiatrist for his complaints of foot discomfort. We will make arrangements to see him in the office in 6 months for evaluation. He will be given a prescription to have his labs drawn before that visit. Should he develop any cardiac symptoms, he knows to contact us. Thank you again for allowing us to participate in the medical care of your patient.

Sincerely yours,

Constance Fields M.D.

Electronically signed by : Constance Fields, M.D.; Jan 30 2020 1:55PM EST (Author)

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

---

**MATTHEW J. DUNTZ** **Visit date:** 01/13/2020
DOB:

## History of Present Illness

William Mazzei, MD

Dear Dr. Mazzei,

I had the opportunity to meet with your patient, Matthew Duntz, in the office today for formal cardiac evaluation for complaints of possible vertigo. He is an active 57-year-old gentleman with hypothyroidism, hyperlipidemia, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He hasn't had any events now in in just over a week. He has not had associated palpitations although can't be sure that he also doesn't also feel lightheaded at the same time. He's had no chest pain, shortness of breath at rest or with exertion or leg swelling. He's had no upper respiratory infection and has had no associated abdominal pain, diarrhea or nausea. He has never experienced anything like this before. He has no history of myocardial infarction, diabetes, smoking history or premature family history of heart disease. His labs drawn January 9, 2020 included a total cholesterol of 152, HDL 40, triglyceride level of 157 with a non-HDL cholesterol of 112, glucose 90, stable CMP with a hemoglobin A1c of 5.3, normal TSH and CBC.

## Allergies

No Known Drug Allergies

## Current Meds

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
3. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
4. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
5. Simvastatin 20 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Vitamin D 1000 UNIT TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
7. Vitamin D 50 MCG (2000 UT) Oral Capsule;
   Therapy: (Recorded:13Jan2020) to Recorded

## Active Problems

Gout
Hyperlipidemia

Patient: MATTHEW J. DUNTZ DOB:

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

**Family History**

His mother is 83 years old and has low blood pressure.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

**Review of Systems**

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

**Vitals**

Vital Signs
Recorded: 13Jan2020 02:18PM
Blood Pressure Additional: 130 / 80, RUE, Standing
Heart Rate: 80
Recorded: 13Jan2020 02:15PM
Height: 6 ft 2 in
Weight: 253 lb
BMI Calculated: 32.48
BSA Calculated: 2.4
Blood Pressure: 126 / 80, RUE, Sitting
Heart Rate: 80

**Physical Exam**

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

Patient: MATTHEW J. DUNTZ DOB:

**Results/Data**

His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

**Assessment**

1. Never a smoker
2. Social alcohol use
3. Married
4. One child
5. Hyperlipidemia
6. Gout
7. Dizziness
8. Exertional shortness of breath

**Plan**

1. CT Brain w/o Contrast; Status:Active; Requested for:13Jan2020;
2. Echocardiogram - In House; Status:Active - Perform Order; Requested for:13Jan2020;
3. Holter Monitor 24-Hour - In House; Status:Active; Requested for:13Jan2020;
4. Follow-up After Cardiac Testing Has Been Completed Follow up Follow-up Status: Complete Done: 13Jan2020
5. Otolaryngology Referral Evaluation and Treatment Eval & Treat Status: Need Information - Required information Requested for: 13Jan2020

**Discussion/Summary**

1. Recent onset of fleeting episodes of dizziness associated with diaphoresis centered on his face - possible vertigo - he hasn't had an episode now in more than a week. His EKG performed today is stable. To complete his workup he is a candidate for an echocardiogram to see if he has associated valvular heart disease, a five-day monitor to see if he could be experiencing any arrhythmias and also I recommend a brain CT scan without contrast to start to see if there is any significant abnormalities. In the meantime, I also would like him to be evaluated by an ENT specialist.
2. Hyperlipidemia - well-controlled- he is tolerating simvastatin without myalgias or myopathy
3. Hypothyroidism - his recent TFTs were normal
4. Remote history of syncope about 5 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
5. Gout-asymptomatic
6. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time

Matthew's vital signs are normal in the office today and he is not orthostatic with change in position. It does not reproduce his symptoms and normally will not cause his symptoms outside of our office. He can be up and walking around for a while and suddenly develop the very mild diaphoresis and fleeting dizziness. His EKG performed today is stable. His examination is unremarkable. To complete his workup we'll order an echocardiogram, a brain CT and a Holter monitor. His laboratory tests were reviewed drawn January 9, 2020 and were stable. I also will refer him to an ENT specialist to be seen soon. For any severe episodes, he should be seen in the emergency room and contact us. We'll bring him back to the office to review the results of the studies. Once the results of the studies, I'll be contacting you regarding the findings and further recommendations will follow.Thank you for allowing us to participate in the medical care of your patient.

Sincerely yours,

Constance Fields M.D.

Electronically signed by : Constance Fields, M.D.; Jan 13 2020 4:29PM EST (Author)

# Exhibit E

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

Lincoln Financial Group®

# Short Term Disability Claim Form Statement Of Employee


**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com


## 1. Your Information

Full Name (First): MATTHEW (M.I.): J (Last Name): DUNTZ

Social Security Number: Date of Birth:

Street Address:

Phone Number: ☑ Male ☐ Female

City: State: Zip Code:

Email Address:

## 2. Your Employer

Employer Name: AEROSPACE TECHNOLOGIES GROUP INC.

Group ID: AEROTECHGR

Job Title: CHIEF SALES OFFICER

Policy Number: 10141292

Billing Location:

## 3. Reason for inability to work

Description of Sickness, Injury or Pregnancy:
2-HEART ATTACKS IN 18 MONTHS
-CANCER (MELANOMA) IN NUMEROUS LOCATIONS.
-STRESS

Date Last Worked: 07/30/2021

Injury work related? ☐ Yes ☑ No

## 4. Other Income Being Received

| | Amount $ | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Social Security | | __/__/____ | __/__/____ | __/__/____ |
| Workers' Comp | | __/__/____ | __/__/____ | __/__/____ |
| Salary Continuance | | __/__/____ | __/__/____ | __/__/____ |
| State Disability | | __/__/____ | __/__/____ | __/__/____ |
| Other Disability | | __/__/____ | __/__/____ | __/__/____ |
| Sick Pay | | __/__/____ | __/__/____ | __/__/____ |

If approved, should Lincoln National Life Insurance Co. withhold Federal Income Taxes from your benefits?

☐ Yes ☑ No If yes, indicate how much? ____________

*(Minimum: $20 per week Short-Term Disability) (Minimum: $88 per Month Long-Term Disability)*

## 5. Who is your treating health care provider?

This is your primary health care professional. Please have them complete the Attending Physician's Statement. If you have additional health care providers, please also complete the Treating Medical Professional form.

Physician's Full Name: CONSTANCE D. FIELDS

Phone Number: 561·463·8335 Fax Number: 561·483·1756

Street Address: 9950 CENTRAL PK BLVD. N. SUITE 310

City: BOCA RATON State: FL Zip Code: 33428

## 6. Account for Direct Deposit ☑ Checking ☐ Saving

Bank Name: IBMSECU

Routing Number: 267077627

Account Number: 0700113156587

The above statements are true and complete to the best of my knowledge and belief. I have read and understand Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature: [signature] Date: 08/16/21

Print Name: MATT DUNTZ

(Please see FRAUD NOTICES attached)

## Illness or Injury Supplemental Questionnaire

**Instructions: Please answer the questions to the best of your ability and sign and date below.**

1. Is someone else responsible for your illness/injury? ☐ Yes ☑ No
2. Are you making a claim against anyone or any insurance company other than Lincoln Financial Group? ☐ Yes ☑ No

**If you answered yes to either question above, please answer the following questions:**

3. Please describe in detail the cause of your illness or injury:

4. Please provide the location and address where the illness or injury occurred: ____________________

5. Please provide the Responsible Party's information:
   1. Name: MATT DUNTZ
   2. Address: 1348 SUGAR PLUM DR
   3. Telephone Number: ____________________
   4. Insurance Company's Name: ____________________
   5. Claim Number: ____________________

6. If you have hired an attorney to investigate or prosecute a claim related to your illness or injury, please provide your attorney's information:
   1. Name: ____________________
   2. Address: ____________________
   3. Telephone Number: ____________________

7. If you have any documents related to any investigation into how your illness or injury occurred, please attach them.

**I have answered the above questions to the best of my ability. I understand that fraudulently answering any of these questions could result in the suspension or termination of my benefits. I further understand that I have an obligation to supplement any of the above responses should any of the above information change in the future.**

Print Name: MATT DUNTZ

Signature: [signature] Date: 08 / 16 / 2021

Lincoln Financial Group®

# Short Term Disability Claim Form Statement Of Employer

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

*Please submit a written job description for the employee's position with this claim form
*Please submit a copy of this employee's enrollment statement with this claim form

**1. This claim is for:**

Full Name (First): Matthew
(M.I.): J
(Last Name): Duntz
Social Security Number:
Coverage Start Date: ___/___/___

**2. Employee's Coverage & Policy**

Organization Name: Aerospace Technolog
Insurance Class:
Group ID: AEROTECHGR
Policy Number: 10141292
Billing Location:
Claim Location:

**3. Describe Employee's Role**

Job Title: Chief Sales Officer

Description of Duties: Chief Sales Officer

**4. Other Income Being Received**

| | Amount $ | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Retirement Income | | / / | / / | / / |
| Workers' Comp | | / / | / / | / / |
| Salary Continuance | | / / | / / | / / |
| State Disability | | / / | / / | / / |
| Other Disability pay | | / / | / / | / / |

Have you considered job accommodations? ☐ Yes ■ No
Injury work related? ☐ Yes ■ No

Date hired: 02/15/2016
Hours worked in a standard day: 8
Date last worked: 07/30/2021
Hours worked in a standard week: 40
Date back to work full-time: ___/___/___
Hours worked on day last worked: 8
Earnings: $ 216,499.92
Frequency (W/M/Y etc.): Annual

**5. Employer Contact**

Employer Contact Name: Vivian Gonzalez
Street Address: 620 NW 35th Street
City: Boca Raton
State: FL
Zip Code: 33431
Phone Number: 561-244-7406
Fax Number:
Email Address: vgonzalez@atgshades.com

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature: [signature]
Date: 8/25/21
Print Name: Vivian Gonzalez

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Short Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Patient Information

| Full Name (First) | (M.I.) | (Last Name) | Social Security Number |
|---|---|---|---|
| MATTHEW | J | DUNTZ | |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| 6'2" | 235 | | |

## 2. Diagnosis

| Primary ICD diagnostic Code (Required) | Primary ICD diagnosis Description |
|---|---|
| I25.10 | Coronary Arteriosclerosis |

| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |
|---|---|
| E78.5 | Hyperlipidemia |

**Pregnancy** ___/___/___ First Treated ___/___/___ Estimated Delivery ___/___/___ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms:
chest pain, shortness of breath

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings):
Abnormal cardiac catheterization - 8/3/21 - diagonal branch stenosis
— s/p PTCA
3/22/20 - Left cx - occl → s/p PTCA + stent
- Hospitalized 3/22-24/2021 - (?)MI + revascularization

## 3. Disability Circumstances - *Check if applicable*

☑ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 8/2/2021 | 8/2/2021 | 8/6/2021 |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 8/3/2021 | 8/6/2021 | 9/30/2021 |

Dates hospital confined: 8/3/2021 to 8/5/2021

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

# Short Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 4. Limitations and Restrictions

He should not be under any emotional stress
Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | F | Standing | F | Crouching | O | Overhead | O |
| 6-10 lbs. | O | Walking | O | Crawling | O | Desk Level | C |
| 11-25 lbs. | O | Sitting | F | Grasping | F | Below Waist | O |
| 26-50 lbs. | N | Balancing | F | Climbing | O | | |
| 51-100 lbs. | N | Stooping | O | Pushing | O | | |
| 100 + lbs. | N | Kneeling | O | Pulling | O | | |
| | | Fingering | F | Bending | O | | |

Needs to avoid all emotional + physical stress
What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____/____/________

Dressing ____/____/________

Transferring ____/____/________

Bathing ____/____/________

Toileting ____/____/________

Eating ____/____/________

## 5. Treatment

Slowly increase activity
Cardiac rehabilitation
Medications

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of Cognitive Functioning: ____/____/________

## 6. Prognosis

Good – As long as he can avoid stress

Describe the patients prognosis for recovery

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

1/1/2022 to 3/1/2022

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Constance Fields MD
Name

9980 Central P/C Blvd N. Suite 110
Street Address

Boca Raton
City

FLA
State

33428
Zip Code

Phone Number

561-483-1756
Fax Number

Constance Fields
Signature

8/17/21
Date

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

# Exhibit F

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

COVID-19 Vaccine | COVID-19 Information | Visitor Guidelines | Our Safety Commitment

Holy Cross Health

A Member of Trinity Health



* Accessed on Web 10/7/2022 *

chat with us! •••



# Constance D Fields, MD

Schedule Online

**Also Speaks**
Speaks **English**

Speaks **Italian**

★★★★★

chat with us! •••

**4.9** out of 5
**168 ratings, 88 comments**

HOLY CROSS MEDICAL GROUP

561-451-8122

Cardiology

- Adults
- Adults Over 65

## Specialties & Services

Back to Top

### Areas of Specialization

Cardiology

## Locations & Contact Information

Back to Top

### On Staff At

HCMG - CARDIOLOGY ASSOCIATES OF BOCA RATON

9980 Central Park Boulevard North
Suite 304
Boca Raton, Florida 33428

561-483-8335

### On Staff At

chat with us! •••

## HCMG - CARDIOLOGY ASSOCIATES OF BOYNTON BEACH

10151 Enterprise Center
Suite 203
Boynton Beach, Florida 33437

561-451-8122

## About

Certifications
American Board of Internal Medicine
American Board of Internal Medicine - Cardiovascular Disease

## Certifications & Education

Back to Top

### Certification Agency
American Board of Internal Medicine

### Certification Agency
American Board of Internal Medicine

### Certification Agency
American Board of Internal Medicine

### Educations
### Residency
Rush University Medical Center

chat with us! •••

## Internship

Rush University Medical Center

## Fellowship

Tufts Medical Center

## Fellowship

Steward St Elizabeth?s Medical Center

## Medical Education

Northwestern University Feinberg School of Medicine

# Accepted Insurance

- Aetna Commercial HMO/PPO
- Aetna/Coventry Commercial HMO/PPO
- Avmed Commercial HMO/PPO
- Cigna HMO
- Cigna HMO/PPO
- Cigna PPO
- Devoted Health Medicare Advantage
- Florida Blue BCBS Commercial HMO/PPO
- Humana HMO/PPO
- Medicare
- Molina Exchange
- Positive Health Medicare Advantage
- RR MCARE
- Simply/Better Health Medicaid
- SOLIS Medicare Advantage
- Sunshine Medicaid
- Traditional Medicaid

chat with us! •••

- Tricare Military
- United/Neighborhood Health HMO/PPO

## Reviews

The following ratings and reviews are based on verified feedback collected from independently administered patient experience surveys. The ratings and comments submitted by patients reflect their own views and opinions. Patient identities are withheld to ensure confidentiality and privacy. Learn More

| | | |
|---|---|---|
| 4.9 | ★★★★★ | Overall Experience |
| 4.9 | ★★★★★ | Listened Carefully |
| 4.9 | ★★★★★ | Explained Things Clearly |
| 4.9 | ★★★★★ | Knew Medical History |
| 4.9 | ★★★★★ | Showed courtesy and respect |
| 4.9 | ★★★★★ | Gave easy to understand instructions |
| 4.9 | ★★★★★ | Spent enough time |

**4.9** out of 5 (168 ratings, 88 comments)

★★★★★ *Dr. Fields is excellent, caring, thorough.

Apr 22, 2022

★★★★★ Excellent attention.

Apr 22, 2022

chat with us! •••

★★★★★ Dr Fields is always great

Apr 21, 2022

★★★★★ My visit is good.

Apr 20, 2022

★★★★★ I understood everything.

Apr 20, 2022

★★★★★ Always Excellent!

Apr 19, 2022

★★★★★ I have recommended her to a number of other people

Apr 19, 2022

★★★★★ Excellent care and communication

Apr 3, 2022

★★★★★ Highly respected and knowledgeable.

Apr 3, 2022

★★★★★ Always a wonderful visit with Dr. Fields! She is the best!

Mar 30, 2022

View More

Verified Ratings and Reviews Powered by Ratings.MD

Back to Top

## Specialties & Services

chat with us! •••

Locations & Contact Information

About

New Patient Paperwork

Certifications & Education

Accepted Insurance

Callback

Reviews

Search Holy Cross

Holy Cross Health

A Member of Trinity Health

Trinity Health

Resources for Healthcare Providers

chat with us! •••



Lincoln/Duntz 0497

BEST
REGIONAL HOSPITALS
U.S.News & WORLD REPORT
MIAMI-FORT LAUDERDALE
METRO
RECOGNIZED IN 8 TYPES OF CARE

**Language Assistance:**

English Español 中文 Tagalog ภาษาไทย Tiếng Việt Français Italiano 한국어 Deutsch Português Polski ગુજરાતી عربي русский Kreyòl Ayisyen

© 2022 Holy Cross Health • Ft. Lauderdale

FIND

HolyCross Health
A Member of Trinity Health

MENU

chat with us! •••



**Lincoln/Duntz 0498**

# Exhibit G

Name: Matt Duntz | DOB: 7/6/1962 | MRN: 047682513 | PCP: Donna Regina Shell, MD

# Appointment Details

Notes

## Progress Notes

Jane Ellen Freedman, MD at 5/31/2022 10:40 AM

**Cardiology Clinic New Patient Visit**

**DATE OF SERVICE:** 5/31/2022

**PATIENT:** Matt Duntz
**DOB:**
**MRN:** 047682513

No chief complaint on file.

**History of Present Illness:**

Matt Duntz is a 59 year old male with a past history multiple myocardial infarctions and previous stent placement who presents for follow up care with chronic stable angina.

History is from patient and records from Holy Cross, Boca Raton FL (cardiologist, Constance Fields).
Mr. Duntz presented with severe chest pain 3/22/20 in FL and was found to have a 100% occluded LCx and received a stent. 9/21/21 ETT-Tc99mMIBI demonstrated a normal LVEF with mild ischemia (upper septal, inferior, anterior). Cardiac catheterization on 12/13/21 showed an LVEF of 60%, LCx stent patent, RCA dominant, and a LAD "90% mid stenosis too small to stent". He has continued to have 1-2/10 chest pain almost daily despite use of nitrates (uses patch 3-5 days/week). He can walk about 1/2-1 mile. Has generalized fatigue. No other dyspnea, PND, orthopnea. No syncope/dizziness.

He also has hypothyroidism.
Full records to be brought for scanning next visit.

**Review of Systems:**

Constitutional: negative for fever, chills, and weight loss
Respiratory: negative for cough, hemoptysis, and wheezing

| | |
|---|---|
| • Melanoma, skin cancer | Father |
| • Alcohol abuse | Father |
| • Melanoma, skin cancer | Brother |
| • Melanoma, skin cancer | Brother |

**Social History**

Socioeconomic History

| | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History
- Not on file

Tobacco Use

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

Substance and Sexual Activity

| | |
|---|---|
| • Alcohol use: | Yes |
| *Comment: daily* | |
| • Drug use: | Never |
| • Sexual activity: | Not on file |

Other Topics Concern
- Not on file

Social History Narrative
*Married, 1 daughter*

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

**Vitals & Physical Exam**

6'2"; Wt 230lb; Bp 115/75; pulse 86; 02 97%
**Constitutional:** no acute distress; well-developed, well-nourished.
**Neck:** no thyroid mass or nodules; no jugular venous distention.
**Cardiovascular:** normal rate and regular rhythm; apical impulse normal in size and intensity without displacement; no murmur or abnormal heart sounds; no carotid bruit; pedal pulses 2+ and symmetric; no extremity edema.
**Respiratory:** normal work of breathing on room air; lungs clear to auscultation bilaterally.
**Extremities:** no digital clubbing.
**Skin:** no rash or lesions on exposed skin.

**Neurologic:** alert; cranial nerves grossly intact.
**Psychiatric:** normal mood and affect; oriented to time, place and person.

## Labs and Imaging

**Lab Results**

| Component | Value | Date |
|---|---|---|
| GLUCOSE | 96 | 05/25/2022 |
| CALCIUM | 9.7 | 05/25/2022 |
| NA | 142 | 05/25/2022 |
| K | 4.8 | 05/25/2022 |
| CL | 107 | 05/25/2022 |
| BUN | 14 | 05/25/2022 |
| CREATBLD | 0.84 | 05/25/2022 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| CHLPL | 118 | 05/25/2022 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| HDL | 42 | 05/25/2022 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| LDLCALC | 56 | 05/25/2022 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TRIGLYCERIDE | 98 | 05/25/2022 |

## Assessment and Plan

**Problem List Items Addressed This Visit**

None

Matt Duntz is a 59 year old male with a past history multiple myocardial infarctions and previous stent placement who presents for follow up care with chronic stable angina. Angina does not sound different from presentation in FL last fall/winter at time of last catheterization but chest pain is relatively frequent even if not increasing. Patient is aware if it does not resolve or increases to go to the ER or if he has questions, he should contact me.

-Cholesterol level and Bp under adequate control. Continue atorvastatin, irbesartan, metoprolol and TNG as needed.

-Continue ASA, clopidogrel

Cardiovascular: negative for palpitations, syncope, presyncope, orthopena, PND, and lower extremity edema.
Gastrointestinal: negative for abdominal pain, Musculoskeletal: negative for arthralgia, myalgia

## Cardiovascular Problem List:

### Specialty Specfic Problems

Cardiology Problems
**Coronary artery disease involving native coronary artery without angina pectoris**

## Medications and Allergies

Patient has no known allergies.

Current Outpatient Medications:
- allopurinoL 100 mg tablet (ZYLOPRIM), Take 100 mg by mouth daily., Disp: , Rfl:
- aspirin 81 mg tablet,delayed release, Take 81 mg by mouth daily., Disp: , Rfl:
- atorvastatin 40 mg tablet (LIPITOR), Take 40 mg by mouth daily. as directed, Disp: , Rfl:
- clopidogreL 75 mg tablet (PLAVIX), Take 75 mg by mouth daily., Disp: , Rfl:
- glucosamine-chondroitin 500 mg-400 mg tablet, Take 1 tablet by mouth 3 times a day., Disp: , Rfl:
- irbesartan 75 mg tablet (AVAPRO), Take 75 mg by mouth daily., Disp: , Rfl:
- levothyroxine 50 mcg tablet (SYNTHROID, LEVOTHROID), Take 50 mcg by mouth daily., Disp: , Rfl:
- metoprolol succinate ER 25 mg tablet,extended release 24 hr (TOPROL XL), Take 25 mg by mouth daily., Disp: , Rfl:
- nitroglycerin 0.2 mg/hr transdermal 24 hour patch (NITRODUR), Place 1 patch on the skin daily., Disp: , Rfl:

## Surgical History

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CORONARY ANGIOPLASTY WITH STENT PLACEMENT | | |
| • SKIN CANCER EXCISION | | |

## Family and Social History

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Melanoma, skin cancer | Mother | |
| • Alcohol abuse | Mother | |
| • Diabetes | Father | |

-Nuclear stress test planned to determine if any change as compared with report from the fall. Will consider repeat catheterization if any increase or change in symptoms.

-Mr. Duntz is currently restricted in his activities due to his chronic angina and this significantly limits his ability to return to work.

**No follow-ups on file.**

**Jane Ellen Freedman, MD**

MyChart® licensed from Epic Systems Corporation © 1999 - 2022

Name: Matt Duntz | DOB: 7/6/1962 | MRN: 047682513 | PCP: Donna Regina Shell, MD

# Nuclear Stress Test - Details

## Comments from the Doctor's Office

Result Note:

Mr. Duntz,
Your exercise test does not show an area of your heart at risk for a heart attack with exercise or exertion. However, you did have chest pain/discomfort during the study. We should discuss this further if you would like.
Best,
Jane Freedman, MD

## Study Result

Narrative

- The stress protocol was exercise.
- At rest, the LV ejection fraction is 57%. At stress, the LV ejection fraction is 51%.

Scintigraphically negative for ischemia and infarct.
The global left ventricular systolic function is normal with a left ventricular ejection fraction calculated at 57%. The left ventricular cavity is not dilated. There are no segmental wall motion abnormalities.
There is no prior study available for comparison.

No ischemic ECG changes during exercise
Chest discomfort noted during treadmill exercise

## Images

Scan on 6/15/2022 8:57 AM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:14 PM

## Component Results

| Component | Your Value | Standard Range |
|---|---|---|
| **Supine HR** | **Your Value**<br>**74** BPM | *Standard Range*<br>*BPM* |
| **Supine BP** | **Your Value**<br>**137/79** mmhg | *Standard Range*<br>*mmhg* |
| **Standing HR** | **Your Value**<br>**76** BPM | *Standard Range*<br>*BPM* |
| **Standing BP** | **Your Value**<br>**130/77** mmhg | *Standard Range*<br>*mmhg* |

| Component | Your Value | Standard Range |
|---|---|---|
| **Age Predicted HR 100%** | **Your Value** 161 BPM | *Standard Range* BPM |
| **Age Predicted HR 90%** | **Your Value** 145 BPM | *Standard Range* BPM |
| **Age Predicted HR 85%** | **Your Value** 137 BPM | *Standard Range* BPM |
| **Age Predicted HR 70%** | **Your Value** 113 BPM | *Standard Range* BPM |
| **Age Predicted HR 60%** | **Your Value** 97 BPM | *Standard Range* BPM |
| **Stage 1 Stress Method** | **Your Value** Bruce | |
| **Stage 1 Speed** | **Your Value** 1.7 mph | *Standard Range* mph |
| **Stage 1 Grade** | **Your Value** 10.0 % | *Standard Range* % |
| **Stage 1 HR 1 min** | **Your Value** 99 BPM | *Standard Range* BPM |
| **Stage 1 HR 2 min** | **Your Value** 100 BPM | *Standard Range* BPM |
| **Stage 1 BP** | **Your Value** 153/66 mmhg | *Standard Range* mmhg |

| Component | Your Value | Standard Range |
|---|---|---|
| **Stage 1 HR 3 min** | **Your Value**<br>**97** BPM | *Standard Range*<br>*BPM* |
| **Stage 1 Total Time** | **Your Value**<br>03:00 mm:ss | *Standard Range*<br>*mm:ss* |
| **Stage 2 Stress Method** | **Your Value**<br>**Bruce** | |
| **Stage 2 Speed** | **Your Value**<br>2.5 mph | *Standard Range*<br>*mph* |
| **Stage 2 Grade** | **Your Value**<br>12.0 % | *Standard Range*<br>*%* |
| **Stage 2 HR 1 min** | **Your Value**<br>110 BPM | *Standard Range*<br>*BPM* |
| **Stage 2 HR 2 min** | **Your Value**<br>116 BPM | *Standard Range*<br>*BPM* |
| **Stage 2 BP** | **Your Value**<br>**167/67** mmhg | *Standard Range*<br>*mmhg* |
| **Stage 2 HR 3 min** | **Your Value**<br>119 BPM | *Standard Range*<br>*BPM* |
| **Stage 2 Total Time** | **Your Value**<br>06:00 mm:ss | *Standard Range*<br>*mm:ss* |
| **Stage 3 Stress Method** | **Your Value**<br>**Bruce** | |



**Lincoln/Duntz 0508**

| Component | Your Value | Standard Range |
|---|---|---|
| **Stage 3 Speed** | **Your Value** 3.4 mph | *Standard Range* *mph* |
| **Stage 3 Grade** | **Your Value** 14.0 % | *Standard Range* *%* |
| **Stage 3 HR 1 min** | **Your Value** 138 BPM | *Standard Range* *BPM* |
| **Stage 3 HR 2 min** | **Your Value** 144 BPM | *Standard Range* *BPM* |
| **Stage 3 BP** | **Your Value** 167/67 mmhg | *Standard Range* *mmhg* |
| **Stage 3 HR 3 min** | **Your Value** 147 BPM | *Standard Range* *BPM* |
| **Stage 3 Total Time** | **Your Value** 08:35 mm:ss | *Standard Range* *mm:ss* |
| **Recovery Immediate BP** | **Your Value** 202/73 mmhg | *Standard Range* *mmhg* |
| **Recovery Immediate HR** | **Your Value** 122 BPM | *Standard Range* *BPM* |
| **Recovery 2 Min BP** | **Your Value** 206/63 mmhg | *Standard Range* *mmhg* |
| **Recovery 2 Min HR** | **Your Value** 115 BPM | *Standard Range* *BPM* |

| Component | Your Value | Standard Range |
|---|---|---|
| Recovery 4 Min BP | Your Value<br>165/64 mmhg | *Standard Range*<br>*mmhg* |
| Recovery 4 Min HR | Your Value<br>93 BPM | *Standard Range*<br>*BPM* |
| Recovery 6 Min BP | Your Value<br>153/68 mmhg | *Standard Range*<br>*mmhg* |
| Recovery 6 Min HR | Your Value<br>90 BPM | *Standard Range*<br>*BPM* |
| Recovery 8 Min BP | Your Value<br>133/72 mmhg | *Standard Range*<br>*mmhg* |
| Recovery 8 Min HR | Your Value<br>94 BPM | *Standard Range*<br>*BPM* |
| Recovery 10 Min BP | Your Value<br>125/76 mmhg | *Standard Range*<br>*mmhg* |
| Recovery 10 Min HR | Your Value<br>98 BPM | *Standard Range*<br>*BPM* |
| Total Exercise Time | Your Value<br>08:35 MM:SS | *Standard Range*<br>*MM:SS* |
| Max HR | Your Value<br>148 BPM | *Standard Range*<br>*BPM* |
| Max BP | Your Value<br>206/63 mmhg | *Standard Range*<br>*mmhg* |

| Component | Your Value | Standard Range |
|---|---|---|
| **METs** | **Your Value** 10.3 | |
| **%Max Predicted HR** | **Your Value** 91 % | *Standard Range* % |
| **Rate Pressure Product (RPP)** | **Your Value** 29,492 RPP | *Standard Range* RPP |
| **Transient ischemic dilation (TID)** | **Your Value** 0.83 | *Standard Range* 0 - 2 |
| **Stress EF** | **Your Value** 51 % | *Standard Range* % |
| **End diastolic volume (mL)** | **Your Value** 101 mL | *Standard Range* mL |
| **End systolic volume (mL)** | **Your Value** 49 mL | *Standard Range* mL |
| **Rest EF** | **Your Value** 57 % | *Standard Range* % |
| **End diastolic volume (mL)** | **Your Value** 108 mL | *Standard Range* mL |
| **End systolic volume (mL)** | **Your Value** 46 mL | *Standard Range* mL |

## General Information

**Ordered by Jane Ellen Freedman**

Collected on 06/13/2022 2:19 PM

Resulted on 06/15/2022 8:52 AM

Result Status: Final result

This test result has been released by an automatic process.

MyChart® licensed from Epic Systems Corporation © 1999 - 2022

# Exhibit H

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

VANDERBILT UNIVERSITY MEDICAL CENTER

# Jane Freedman, MD



(/person/jane-freedman-md)

## Professor of Medicine

**Division:** Cardiovascular Medicine

Director, Division of Cardiovascular Medicine

Physician-In-Chief, Vanderbilt Heart & Vascular Institute

Professor, Division of Cardiovascular Medicine

## Professional Bio

Jane Freedman, MD, is the Gladys Parkinson Stahlman Professor of Cardiovascular Research at Vanderbilt University Medical Center and the Director of the Division of Cardiovascular Medicine and Physician-in-Chief of the Vanderbilt Heart and Vascular Institute.

Dr. Freedman has served as the Chair of the National American Heart Association Peer Review Committee and is the current Editor-in-Chief for Circulation Research. She has extensive mentoring experience and has been the previous PI of two T32 Training Grants.

She currently oversees two research programs; the first is a basic science laboratory that examines the role of immunity, infection, and inflammation on atherothrombotic disease. The second facility uses high-throughput, nano-chip, and RNA-seq technologies to study gene expression and provide large scale transcriptomic and proteomic translational data for a wide range of clinical and translational projects.

## Education

MD - Tufts University - 1989
Internship - Internal Medicine - Massachusetts General Hospital - 1990
Residency - Internal Medicine - Massachusetts General Hospital - 1991
Fellowship - Clinical Fellow in Medicine - Harvard Medical School - 1991
Fellowship - Clinical Fellow in Cardiology - Brigham & Women's Hospital - 1994
Fellowship - Research Fellow in Medicine - Harvard Medical School - 1994

Home (/dom-homepage)
About (/welcome)
Divisions (/academic-divisions-and-centers)
Education (/residency-program)
Faculty (/search/node?keys=faculty)
Research (/research-milestones)

Contact Us (/)



* accessed 10-12-2022.



Lincoln/Duntz 0514

Jane E. Freedman MD

Director, Division of Cardiovascular Medicine, Physician-in-Chief, Vanderbilt Heart and Vascular Institute, and Gladys Parkinson Stahlman Professor of Cardiovascular Research

Areas of Expertise

- Cardiac Imaging
- Cardiovascular Medicine
- Heart and Vascular

Location

Vanderbilt Heart

1215 21st Avenue South, 5th Floor

Nashville, TN 37232

Programs and Clinics

- Cardiology

Languages

- English

Education

- Doctor of Medicine - Tufts University, 1989
- Internship, Internal Medicine - Massachusetts General Hospital, 1990
- Residency, Internal Medicine - Massachusetts General Hospital, 1991
- Fellowship - Harvard Medical School, 1991
- Cardiology Fellowship - Brigham and Women's Hospital - Harvard Medical School, 1994
- Research Fellow, Medicine - Harvard Medical School, 1994

Board Certifications

- Adult Echocardiography - National Board of Echocardiography, 2013
- Cardiovascular Disease - American Board of Internal Medicine, 2016

==================================================

https://search.vanderbilthealth.com/doctors/freedman-jane *accessed 10-12-2022

# Exhibit I

Barnett Dermatology

# Mohs Micrographic Surgery
## Operative Report

BarnettDermatology.com | 7100 W Camino Real Suite 301, Boca Raton, FL 33433 | (561) 717-2277

Patient Name: Duntz, Matthew Date: 7/20/21 Referring Physician: O N/A ✓ Barnett

Pictures: ⊘ Pre-op ⊘ Intra-op ⊘ Post-op

Tumor Site: L inferior ear crease Pre-op dx: Sup. BCC Post-op dx: ____ O Same

Indication: O Site ⊗ Size O Pathology O Recurrence O Incomplete excision O Indistinct borders O Depth difficult to est.

Recurrence History: ⊘ Primary ⊘ Recurrent Allergies: ⊘ NKDA O ____

Taking anticoagulants: O No ⊘ ASA O NSAID O Coumadin O Plavix O ____

Preoperative Medication: O Meds reviewed & reconciled O N/A O antibiotic O Other ____

Vital Signs (Pre): refer to chart. Pain Score (Pre): ____ /10

Time Out Conducted by ____ at: ____ O AM O PM ⊘ Consent obtained

O Verified Correct patient (Name, DOB) O Correct procedure to be conducted ⊘ Correct procedure site and side (if applicable)

Equipment/supplies present: Yes No NA Pre-op antiseptic: Alcohol Chlorhexidine Betadine x 3 Lid Scrub

Procedural site is marked by surgeon and verified: O Patient verified O Photo used to verify location

Anesthetic: O 0.5% lidocaine, and 0.25% bupivacaine with 1:200000 epinephrine O Lidocaine 1% with epi 1:100,000

Curettage prior to 1st Mohs Layer: O Yes O No Skin specimens process for frozen sections

| | Pre-Op Size (cm) | Post-Stage Size (cm) | #Pieces | #Blocks | Anesthesia | Nurse Initials |
|---|---|---|---|---|---|---|
| Stage I | 1.8 x 1.2 | 1.9 x 1.5 | 1 | 1 | 1.0 | YM |
| Stage II | | 2.2 x 2.0 | 1 | 1 | 1.0 | YM |
| Stage III | | 2.4 x 2.1 | 1 | 1 | 1.2 | YM |
| Stage IV | | 3.1 x 2.2 | 1 | 1 | 1.0 | YM |
| Stage V | | 3.4 x 2.5 | 1 | 1 | 0.8 | YM |
| Stage VI | | 4.1 x 2.6 | 1 | 1 | 0.6 | YM |

Perineural Invasion: O yes O no

Depth of defect: O dermis ⊘ fat O fascia O muscle O perichondrium O periosteum O cartilage O bone

**Repair** Vailant w/ Flap c Post layer

Method: O 2nd Intention O Intermediate O Complex ⊘ Flap O FTSG O STSG

Anesthetic: O Not needed O 0.5% lidocaine, and 0.25% bupivacaine with 1:200000 epinephrine O Lidocaine 1% with epi 1:100,000

Indication for closure: ⊘ close open wound ⊘ extensive undermining ⊘ Burow's triangles removed

O lack of local tissue O preserve form/function of ____

Flap Movement: O N/A O Superior O Inferior O Medial O Lateral

Flap Subtype: O Advancement O Rotation O Rhombic O Transposition O Island

Graft: O Full thickness O Split thickness Donor site ____

Undermined: O N/A O fat O above fascia O subgalea O above periosteum

Sutures/Staples: O N/A Deep 5-0 vicryl Skin 5-0 gut

Steristrips applied O No O Yes, over Mastisol O Yes, without Mastisol

Estimated Blood Loss: 2 mL ____ Complications: ⊘ No O Yes

Dressing: O Mupirocin/Telfa/Gauze/Tape O Petrolatum O

Condition of Patient: O Satisfactory O Other

Vital Signs (Post): Time ____ : [redacted] Pain Score (Post): ____ /10

Postop Instructions (written & verbal): O patient O spouse O caregiver

Disposition: O Patient was discharged in satisfactory condition.

Medication prescribed: O antibiotic ____ O pain ____

Nurse: ____ Other ____



Length ____ cm; Area ____ cm²

Physician's Signature ____ Date 7/20/21 Time ____

Form 81 7/16

Lincoln/Duntz 0517