DIANON *Systems*
A LabCorp Company
Department of Dermatopathology

Pcr RTE: AFS 954-739-7208 SEQ: TVDL

Surgical Pathology number: DC1230901

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| 146-V26-0265-0 | LC21-1214 | M | 58 Yrs | 1 of 2 |

| Patient Name | Collected |
|---|---|
| ***** DUNTZ, MATTHEW | 05/24/21 |

| Requesting Physician | Received |
|---|---|
| BARNETT, CHANNING | 05/27/21 |

| Referring Physician | Reported |
|---|---|
| | 06/03/21 |

Clinical Data

**09066742 DIAGNOSTIC REPORT**
Phone: 954-739-7764 Fax: 954-739-7208
**BROWARD MEDICAL LABORATORY**

**181 W.PROSPECT ROAD**
**OAKLAND PARK, FL 33309 FLB16**

## PATHOLOGY CONSULTATION

SPECIMEN A: Shave Biopsy, Right Rib Cage

Signs and Symptoms: Verrucous Plaque & Unevenly Pig Macule

Clinical Diagnosis: Nub

GROSS DESCRIPTION:
Received in formalin is a piece of skin measuring 0.7 x 0.6 x .05 cm which is inked, bisected and submitted in toto in 1 cassette.

MICROSCOPIC DESCRIPTION:
(see description beneath Photomicrograph)

**DIAGNOSIS:**
**LENTIGINOUS JUNCTIONAL MELANOCYTIC NEVUS WITH ARCHITECTURAL DISORDER AND MODERATE CYTOLOGIC ATYPISM OF THE MELANOCYTES. (DYSPLASTIC NEVUS, MODERATE), WITH DEEP ADNEXAL EXTENSION**
**DEEP AND LATERAL MARGINS INVOLVED. SEE COMMENT.**

Comments:
Conservative re-excision is recommended to ensure all the atypical melanocytes are removed. Additional sections stained with hematoxylin and eosin, SOX-10 and Melan-A were reviewed, supporting the diagnosis. THIS CASE WAS REVIEWED AT THE DAILY INTRADEPARTMENTAL CONFERENCE.

SPECIMEN B: Shave Biopsy, Lt Inferior Preauricular Cheek

Signs and Symptoms: Pink Scaling Patch

Clinical Diagnosis: Nub Vs Ak Vs Scc

GROSS DESCRIPTION:
Received in formalin is a piece of skin measuring 0.6 x 0.5 x .05 cm which is inked, bisected and submitted in toto in 1 cassette.

CONTINUED ON NEXT PAGE

## PHOTOMICROGRAPH



Junctional melanocytic nevus with elongated, fused rete ridges and concentric lamellar fibrosis within the underlying papillary dermis. A mild superficial dermal lymphocytic infiltrate is identified. Cytologic atypia is moderate.

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 1-800-328-2666

EXHIBIT
3, part 2

Lincoln/Duntz 0518

DIANON *Systems*
A LabCorp Company

Department of Dermatopathology

Surgical Pathology number: DC1230901

RTE: AFS 954-739-7208 SEQ: TVDL

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| 146-V26-0265-0 | LC21-1214 | M | 58 Yrs | 2 of 2 |

| Patient Name | Collected |
|---|---|
| DUNTZ, MATTHEW ***** | 05/24/21 |
| **Requesting Physician** | **Received** |
| BARNETT, CHANNING | 05/27/21 |
| **Referring Physician** | **Reported** |
| | 06/03/21 |

09066742 **DIAGNOSTIC REPORT**

## PATHOLOGY CONSULTATION (Continued)

MICROSCOPIC DESCRIPTION:

Aggregations of cells with hyperchromatic nuclei, scant cytoplasm, and palisaded peripheral nuclei emanate from the undersurface of the epidermis.

**DIAGNOSIS:**

**BASAL CELL CARCINOMA, SUPERFICIAL TYPE. (ICD10-C44.310)**

ICD-CM CODES.
(I10) D48.5 NEOPLASM OF UNCERTAIN BEHAVIOR OF SKIN
(I10) C44.310 BASAL CELL CARCINOMA SKIN UNSPECIFIED PARTS FACE
TEST CODE(S): 88305(2), 88341, 88342
CPT codes, as published by the AMA, are provided for informational purposes only as the assignment of the CPT codes is the responsibility of the billing party.

Ailing Li

Ailing Li, M.D.

## PERFORMING LABS

Performed by Laboratory Corporation of America®, 5610 W. LaSalle St, Tampa FL 33607, Sean E. Farrier, M.D., Medical Director, 1-800-367-1126

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 1-800-328-2666

# Exhibit J

Cody Allison & Associates, PLLC
Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205
Phone (615) 234-6000, Fax: (615) 727-0175

## *Consultation Notes*

| | |
|---|---|
| Document Type: | Cath Consult |
| Collected/Entered Date/Time: | 8/4/2021 18:14 EDT |
| Result Status: | Unauth |
| Document Subject: | CA CATH CONSULT. |
| Sign Information: | |

**Report**
BOCA RATON REGIONAL HOSPITAL CARDIAC CATH
DUNTZ, MATTHEW DOB- 07/06/1962
ACCT- 2121500594 MRN- 001561221
CI#- 5910081
DATE- 08/04/2021
REFERRING PHYSICIAN-
Ronald M Gabor, MD
PROCEDURES PERFORMED-
Left heart catheterization, left ventriculogram, percutaneous transluminal coronary angioplasty of the diagonal branch, groin closure device.
INDICATION-
Unstable angina.
DIAGNOSTIC PROCEDURE-
A 0.035 J-guidewire was introduced under fluoroscopic guidance via standard percutaneous technique from the right femoral artery. Selective coronary angiography was performed using 6-French left and right catheters in multiple projections.
DIAGNOSTIC FINDINGS-
Left ventriculogram- The LV systolic function in the RAO projection was normal. There were no focal wall motion abnormalities. Estimated left ventricular ejection fraction was 60%. There was no aorta to LV gradient. There was no mitral regurgitation. Left ventricular end-diastolic pressure was 8 mmHg.
Coronary angiogram-
1. Left main- Left main artery is a medium caliber, bifurcating into the LAD and left circumflex arteries. This vessel is angiographically unremarkable.
2. LAD- The LAD has luminal irregularities. The first diagonal branch has a mid 90% stenosis and takeoff of the inferior branch of this vessel.
3. Left circumflex artery- The left circumflex artery is a widely patent stent site in the proximal segment.
4. RCA- RCA is a medium-sized dominant vessel. This vessel has luminal irregularities.
DIAGNOSTIC CONCLUSIONS-

1. Single-vessel coronary artery disease involving the diagonal branch.
2. Patent stent site in the left circumflex.
3. Preserved LV systolic function. No focal wall motion abnormalities. Estimated left ventricular fraction was 60%.

INTERVENTIONAL PROCEDURE-
Adequate anticoagulation was obtained using IV Angiomax. PTCA of the diagonal was performed with a 6-French XB3.5 guide and 180 Asahi Prowater wire to cross the lesion. We pre-dilated with a 2.0 x 20 mm balloon to 12 atmospheres. Given the fact that we got good results, no dissection, and the vessel was a high likelihood of perforation with small stent, we decided to be the stent when pullback. Groin closure device was deployed in the right femoral artery. No complications during the procedure.
Robert V Carida, MD
CARDIOVASCULAR DISEASE
RVC/MODL
D- 08/04/2021 18-14-56 T- 08/04/2021 23-38-14 Job #- 497138/927642730

Read By- ROBERT CARIDA M.D.
Released Date Time- 08/04/21 2344

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | | | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | | | |

## *History and Physical Reports*

| | |
|---|---|
| Document Type: | History and Physical |
| Collected/Entered Date/Time: | 8/3/2021 15:47 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | History and Physical - Admission |
| Sign Information: | DEITSCH,MD,GREGORY LAWRENCE (8/3/2021 15:52 EDT) |

**Date of Service**
08/03/2021

**Chief Complaint**
chest pain

**History of Present Illness**
Wearing 59-year-old male with history of coronary disease status post myocardial infarction, stent to left circumflex last year, hypertension, hypothyroidism and hyperlipidemia presents from his cardiologist's office due to chest pain. He describes chest pressure beginning yesterday evening. Is located left upper chest. Does not radiate. There is some associated diaphoresis and dyspnea. No nausea. Symptoms are intermittent and usually last 5-10 minutes. He denies headache or lightheadedness. No fever or chills.

**Review of Systems**
Constitutional: [No fevers, chills, sweats]
Eye: [No recent visual problems]
ENMT: [No ear pain, nasal congestion, sore throat]
Respiratory: [No shortness of breath, cough]
Cardiovascular: [per hpi]
Gastrointestinal: [No nausea, vomiting, diarrhea]
Genitourinary: [No hematuria]
Hema/Lymph: [Negative for bruising tendency, swollen lymph glands]
Endocrine: [Negative for excessive thirst, excessive hunger]
Musculoskeletal: [No back pain, neck pain, joint pain, muscle pain, decreased range of motion]
Integumentary: [No rash, pruritus, abrasions]
Neurologic: [Alert & oriented X 4]
Psychiatric: [No anxiety, depression]

**Physical Exam**

Vitals & Measurements
**T:** 37.0 °C (Oral) **HR:** 79(Peripheral) **RR:** 18 **BP:** 145/81 **SpO2:** 96% **WT:** 109 kg
General: [Alert and oriented, well nourished, no acute distress].
Eye: [PERRL, EOMI, normal conjunctiva].
HENT: [Normocephalic, normal hearing, moist oral mucosa, no scleral icterus, no sinus tenderness].
Neck: [Supple, non-tender, no carotid bruits, no JVD, no lymphadenopathy].
Lungs: [Clear to auscultation and percussion, non-labored respiration].

**Problem List/Past Medical History**
MI, old

**Procedure/Surgical History**
- Dilation of Coronary Artery, One Artery with Drug-eluting Intraluminal Device, Percutaneous Approach (03/23/2020)
- Fluoroscopy of Left Heart using Low Osmolar Contrast (03/23/2020)
- Fluoroscopy of Multiple Coronary Arteries using Low Osmolar Contrast (03/23/2020)
- Measurement of Cardiac Sampling and Pressure, Left Heart, Percutaneous Approach (03/23/2020)
- Ultrasonography of Right and Left Heart (03/23/2020)
- Melanoma

**Allergies**
No Known Allergies

**Medications**
Inpatient
allopurinol, 100 mg= 1 tab, Oral, Daily
aspirin, 81 mg= 1 tab, Oral, Daily
atorvastatin, 20 mg= 1 tab, Oral, Daily (at bedtime)
ezetimibe, 10 mg= 1 tab, Oral, Mo/We/Fr
levothyroxine, 50 mcg= 1 tab, Oral, Daily
losartan, 12.5 mg= 0.5 tab, Oral, Daily
metoprolol succinate ER, 12.5 mg= 0.5 tab, Oral, Daily
Nitrostat, 0.4 mg= 1 tab, SL, every 5 min, PRN
Home
allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily
Aspirin Low Dose 81 mg oral delayed release tablet, 81 mg= 1 tab, Oral, Daily

## History and Physical Reports

Cardiovascular: [Normal rate, regular rhythm, no murmur, gallop or edema, capillary refill normal, peripheral pulses present].
Abdomen: [Soft, non-tender, non-distended, normal bowel sounds, no masses].
Musculoskeletal: [Normal range of motion and strength, no tenderness or swelling].
Skin: [Skin is warm, dry and pink, no rashes or lesions].
Neurologic: [Awake, alert, and oriented X3, CN II-XII intact].
Psychiatric: [Cooperative, appropriate mood and affect].

**Impression**
Chest pain
Coronary disease
Hypertension
Hypothyroidism
Hyperlipidemia

Place patient on telemetry for observation
Clarify home medications and continue
Trend cardiac enzymes
Consult patient's cardiologist
Plan of care discussed with patient in detail

**Advanced Care Plan**

I confirmed that the patient's Advance Care Plan is present, code status is documented, or surrogate decision maker is listed in the patient's medical record. [SATISFIES MIPS PERFORMANCE]

**Documentation of Current Medications in the Medical Record**

I have utilized all available immediate resources to obtain, update, or review the patient's current medications. [SATISFIES MIPS PERFORMANCE]

ezetimibe 10 mg oral tablet, 10 mg= 1 tab, Oral, Mo/We/Fr
irbesartan 75 mg oral tablet, 37.5 mg= 0.5 tab, Oral, Daily
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
Metoprolol Succinate ER 25 mg oral tablet, extended release, 12.5 mg= 0.5 tab, Oral, Daily
mupirocin 2% topical ointment, 1 app, Topical, TID
simvastatin 40 mg oral tablet, 40 mg= 1 tab, Oral, Daily (at bedtime)

**Social History**
Alcohol
Current user, Occasional Use
Substance Use
Denies
Tobacco
Smoking tobacco use: Never (less than 100 in lifetime). N/A Smoking Cessation Education. N/A Education on Smoking Cessation Programs.

**Family History**
reviewed and not pertinent to hpi

**Lab Results (Last 24 Hours)**

| Hematology | Chemistry |
|---|---|
| White Cell Count: 5.4 K/mcL (08/03/21 11:28:00) | Sodium Level: 136 mmol/L Low (08/03/21 11:28:00) |
| Red Cell Count: 4.81 x10^6/mcL (08/03/21 11:28:0 | Potassium Level: 4.4 mmol/L (08/03/21 11:28:0 |

## History and Physical Reports

| | |
|---|---|
| 0) | 0) |
| Hemoglobin: 15.4 g/dL (08/03/21 11:28:00) | Chloride Level: 106 mmol/L (08/03/21 11:28:00) |
| Hematocrit: 43.3 % (08/03/21 11:28:00) | CO2: 26 mmol/L (08/03/21 11:28:00) |
| Platelet Count: 190 K/mcL (08/03/21 11:28:00) | Glucose Level: 120 mg/dL High (08/03/21 11:28:00) |
| MCV: 90 fL (08/03/21 11:28:00) | BUN: 14 mg/dL (08/03/21 11:28:00) |
| MCH: 32 pg High (08/03/21 11:28:00) | Creatinine: 0.9 mg/dL (08/03/21 11:28:00) |
| MCHC: 35.6 g/dL (08/03/21 11:28:00) | GFR, African American: >60 mL/min/1.73 m2 (08/03/21 11:28:0 |
| RDW: 11.7 % (08/03/21 | |

## *History and Physical Reports*

| | |
|---|---|
| 11:28:00) Nucleated RBCs: 0 /100(WBCs) (08/03/21 11:28:00) Absolute Nucleated RBC Count: 0 x10^3/mcL (08/03/21 11:28:00) Granulocytes: 64 % (08/03/21 11:28:00) Immature Granulocytes: 0 % (08/03/21 11:28:00) Lymphocytes: 29 % (08/03/21 11:28:00) Monocytes: 6 % (08/03/ | 0) GFR, Non African American: >60 mL/min/1.73 m2 (08/03/21 11:28:00) Calcium Level: 9.1 mg/dL (08/03/21 11:28:00) Pro-Brain Natriuretic: 68 pg/mL (08/03/21 11:28:00) Cholesterol.: 96 mg/dL (08/03/21 11:28:00) HDL: 45 mg/dL (08/03/21 11:28:00) LDL (Calculated): 28 |

21 11:28:00)
Eosinophil: 1 % (08/03/21 11:28:00)
Basophil: 0 % (08/03/21 11:28:00)
Absolute Neutrophil Count: 3.4 x10^3/mcL (08/03/21 11:28:00)
Absolute Immature Granulocyte Count: 0 x10^3/mcL (08/03/21 11:28:00)
Absolute Lymphocyte Count: 1.6 x10^3/mcL (08/03/21

mg/dL (08/03/21 11:28:00)
Triglyceride.: 117 mg/dL (08/03/21 11:28:00)
Creatinine Kinase: 117 IntlUnit/L (08/03/21 11:28:00)
CKMB Fraction: <1 ng/mL (08/03/21 11:28:00)
Troponin I: <0.015 ng/mL (08/03/21 11:28:00)

11:28:0
0)
Absolute
Monocyt
e Count:
0.34
x10^3/
mcL
(08/03/
21
11:28:0
0)
Absolute
Eosinop
hyl
Count:
0.04
x10^3/
mcL
Low
(08/03/
21
11:28:0
0)
Absolute
Basophi
l Count:
0
x10^3/
mcL
(08/03/
21
11:28:0
0)
Differen
tial
Type:
AUTOM
ATED
DIFF
PERFOR
MED
(08/03/
21
11:28:0
0)

Coagula
tion/Thr
ombosis
PT: 12.9
seconds
(08/03/
21
11:28:0
0)
INR: 1
(08/03/
21
11:28:0
0)
PTT:
25.6
seconds
(08/03/
21
11:28:0
0)

**Imaging Results (Last 24 Hours)**
XR Chest Portable 1 View

08/03/21 13:35:00
BOCA RATON REGIONAL HOSPITAL MATTHEW
DUNTZ
MRN:001561221 ACCT:2121500594
DOB:07/06/1962 CI#:0005908581
COLLECTED DT/TM:08/03/2021 13:35
Chest x-ray

History- Chest pain

Findings-
Heart normal size.
Mediastinal contour normal.
Lungs clear of confluent parenchymal
infiltrate.
No pleural effusion.
No pneumothorax.

Impression-
Normal chest x-ray.
_Authenticated and electronically signed by-

Yale Pollak
Electronically signed- 8/3/2021 1-55 PM

Read By- YALE D POLLAK M.D.
Released Date Time- 08/03/21 1357

Signed By: Pollak, MD, Yale D

**Advance Directive**
Not yet documented

**Code Status**
Full Code

Electronically Signed on 08/03/2021 15:52

DEITSCH, MD, GREGORY LAWRENCE

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | |

## *Consultation Notes*

| | |
|---|---|
| Document Type: | Consultation Note Generic |
| Collected/Entered Date/Time: | 8/4/2021 17:46 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Consult Note |
| Sign Information: | CARIDA,MD,ROBERT II (8/5/2021 18:32 EDT) |

**Consult Note**

BOCA RATON REGIONAL HOSPITAL CONSULT NOTE
DUNTZ, MATTHEW DOB: 07/06/1962
ACCT: 2121500594 MRN: 001561221

DATE OF CONSULTATION: 08/04/2021

REASON FOR CONSULTATION:
Cardiac catheterization.

HISTORY OF PRESENT ILLNESS:
Mr. Duntz is a 59-year-old gentleman with a past medical history significant for coronary artery disease, MI, hypertension, and hyperlipidemia. He had a non-STEMI in 2020. He had proximal LAD disease and PCI of the vessel. Two days prior to admission, he started developing chest discomfort at rest associated with diaphoresis and the condition is extremely stress. He was seen at Dr. Philips' office. He was admitted and he ruled out for myocardial infarction with serial EKGs and cardiac enzymes and was referred for cardiac catheterization.

PAST MEDICAL/SURGICAL HISTORY:
Coronary artery disease, MI, hypertension, hyperlipidemia, hypothyroidism, doubt melanoma.

MEDICATIONS:
Allopurinol, aspirin, Zetia, irbesartan, Synthroid, metoprolol, simvastatin.

ALLERGIES:
NO KNOWN DRUG ALLERGIES.

FAMILY HISTORY:
Noncontributory.

SOCIAL HISTORY:
Nondrinker and nonsmoker.

REVIEW OF SYSTEMS:
GENERAL: No fever, weight loss, weight gain, or night sweats. HEENT: No difficulty with hearing, epistaxis, vertigo, cataracts, glaucoma, or difficulty with vision. SKIN: No rashes or itching. PULMONARY: No shortness of breath, cough, sputum, or hemoptysis. GI: No ulcers, nausea, vomiting, diarrhea, constipation, GERD, hematemesis, hematochezia, or change in bowel habits. NEUROLOGIC: No seizure, numbness, weakness, or tremors. ENDOCRINE: No cold or heat intolerance, diabetes, or excessive thirst. HEMATOLOGIC: No bruising or easy bleeding disorders. MUSCULOSKELETAL: No arthritis or gout.

PHYSICAL EXAMINATION:
GENERAL: Well-appearing man, in no acute distress. VITAL SIGNS: Heart rate is 72, blood pressure 130/70. HEENT: Normocephalic and atraumatic. Anicteric. No jugular venous distention. Carotid upstrokes are normal without any bruits. LUNGS: Clear. CARDIAC: PMI nondisplaced. Rhythm regular. Normal S1. Physiologically split second heart sound. No appreciable gallops or murmurs. ABDOMEN: Soft, nontender. Normoactive bowel sounds. EXTREMITIES: Without edema.

LABORATORY DATA:
White count is 5.4, hemoglobin 15.4, hematocrit 43.3, platelet count 190,000. PT 12.9, INR 1.0, PTT is 25.6. Sodium 136, potassium 4.4, chloride 106, bicarb 26, BUN 14, creatinine 0.9. Troponin I is less than 0.015 x3. EKG shows normal sinus rhythm with incomplete right bundle-branch block, nonspecific ST-T wave changes.

Chest x-ray, no acute cardiopulmonary disease.

IMPRESSION AND PLAN:
1. Unstable angina.
2. Coronary artery disease.
3. History of percutaneous coronary intervention of his left circumflex in the setting of non-ST-segment elevation myocardial infarction.
4. Hypertension.
5. Hyperlipidemia.

## *Consultation Notes*

The patient has resting angina, feeling like his old MI symptoms when he had PCI of the left circumflex artery, he was admitted, he is medically treated and is pain free. Ruled out for myocardial infarction. He is undergoing cardiac catheterization for risk stratification. Further recommendations pending outcome of this procedure.

Dictated By: Robert V Carida, MD

RVC/MODL
D: 08/04/2021 17:46:43 T: 08/04/2021 23:23:25 Job #: 497120/927638923

Electronically Signed on 08/05/2021 18:32

CARIDA, MD, ROBERT II

## Consultation Notes

| | |
|---|---|
| Document Type: | Consultation Note Generic |
| Collected/Entered Date/Time: | 8/4/2021 07:44 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Consultation Note - cardiology |
| Sign Information: | GABOR,MD,RONALD M (8/4/2021 07:57 EDT) |

**Date of Service**
08/04/2021

**Chief Complaint**
chest pain

**Reason for Consultation**
angina

**Requesting Physician**
Glauser

**History of Present Illness**
59-year-old male history of CAD, non STEMI March 2020 with single-vessel disease 110 proximal left circumflex status post PCI. He is hypothyroid hyperlipidemia benign positional vertigo and gout.

History of recent chest discomfort occurring under stress 2 days ago at home lasting for about 2 hours associated with sweating occurring during intense emotional stress. Symptoms are unlike his presentation for MI a urine half ago but similar to how he felt in the cath lab what his stent was being deployed. He came to see Dr. fields in the office yesterday and proceed to have another episode of chest discomfort with diaphoresis yesterday. His EKG was normal and he was sent to Boca Regional by ambulance for admission and management of presumed unstable angina.

He did undergo recent resection of a benign tumor his left gets about 2 weeks ago

He has a history of melanoma status post resection

**Review of Systems**
Constitutional: [No fevers, chills, sweats]
Eye: [No recent visual problems]
ENMT: [No ear pain, nasal congestion, sore throat]
Respiratory: [No shortness of breath, cough]
Cardiovascular: [No Chest pain, palpitations, syncope]
Gastrointestinal: [No nausea, vomiting, diarrhea]
Genitourinary: [No hematuria]

**Physical Exam**

Vitals & Measurements
**T:** 36.6 °C (Oral) **TMIN:** 36.6 °C (Oral) **TMAX:** 37.0 °C (Oral) **HR:** 66(Peripheral)
**RR:** 18 **BP:** 105/67 **SpO2:** 97% **WT:** 103.6 kg

**Problem List/Past Medical History**
MI, old
Melanoma
Hypothyroidism
Hyperlipidemia
Gout

**Procedure/Surgical History**
- Dilation of Coronary Artery, One Artery with Drug-eluting Intraluminal Device, Percutaneous Approach (03/23/2020)
- Fluoroscopy of Left Heart using Low Osmolar Contrast (03/23/2020)
- Fluoroscopy of Multiple Coronary Arteries using Low Osmolar Contrast (03/23/2020)
- Measurement of Cardiac Sampling and Pressure, Left Heart, Percutaneous Approach (03/23/2020)
- Ultrasonography of Right and Left Heart (03/23/2020)
- Melanoma

Lymph node resection left axilla 2007

**Medications**
Inpatient
allopurinol, 100 mg= 1 tab, Oral, Daily
aspirin, 81 mg= 1 tab, Oral, Daily
atorvastatin, 20 mg= 1 tab, Oral, Daily (at bedtime)
ezetimibe, 10 mg= 1 tab, Oral, Mo/We/Fr
levothyroxine, 50 mcg= 1 tab, Oral, Daily
losartan, 12.5 mg= 0.5 tab, Oral, Daily
metoprolol succinate ER, 12.5 mg= 0.5 tab, Oral, Daily
Nitrostat, 0.4 mg= 1 tab, SL, every 5 min, PRN
Home
allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily

## *Consultation Notes*

**General:** Alert and oriented, well nourished, no acute distress.
**Eye:** PERRL, EOMI, normal conjunctiva.
**HENT:** Normocephalic, dear tympanic membranes, normal hearing, moist oral mucosa, no scleral icterus, no sinus tenderness.
**Neck:** Supple, non-tender, no carotid bruits, no JVD, no lymphadenopathy.
**Lungs:** Clear to auscultation and percussion, non-labored respiration.
**Heart:** Normal rate, regular rhythm, no murmur, gallop or edema.
**Abdomen:** Soft, non-tender, non-distended, normal bowel sounds, no masses.
**Musculoskeletal:** Normal range of motion and strength, no tenderness or swelling.
**Skin:** Skin is warm, dry and pink, no rashes or lesions.
**Neurologic:** Awake, alert, and oriented X3, CN II-XII intact.
**Psychiatric:** Cooperative, appropriate mood and affect.

EKG August 3, 2021 normal sinus rhythm at 74 beats per minute. Within normal limits.

**Impressions**
59-year-old man with a history of CAD, left circumflex PCI in March 2020. Hyperlipidemia, gout melanoma. Recently with increased personal emotional stress. Prolonged chest pain for about an hour with diaphoresis on Monday. Saw Dr. fields on Tuesday. Stable EKG unchanged. Recurrent episode of chest discomfort and diaphoresis in office. Sent to Boca Regional ER. Troponins negative. Renal function okay. Hemodynamically stable. Troponins are negative x3. EKG remains normal. LDL excellent at 28

Recommendation is for coronary angiography to assess patency of the previously placed left circumflex stent. Patient agreeable.

Keep NPO.

Start IV fluids. Discussed the case with Dr. Robert Carida who will do procedure today.

**Assessment/Plan**
1. Unstable angina
2. Acute chest pain
3. Hyperglycemia
4. History of ST elevation myocardial infarction (STEMI)
5. History of coronary artery stent placement

Orders:
Consult to Interventional Cardiology
NPO Diet

Aspirin Low Dose 81 mg oral delayed release tablet, 81 mg= 1 tab, Oral, Daily
ezetimibe 10 mg oral tablet, 10 mg= 1 tab, Oral, Mo/We/Fr
irbesartan 75 mg oral tablet, 37.5 mg= 0.5 tab, Oral, Daily
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
Metoprolol Succinate ER 25 mg oral tablet, extended release, 12.5 mg= 0.5 tab, Oral, Daily
mupirocin 2% topical ointment, 1 app, Topical, TID
simvastatin 40 mg oral tablet, 40 mg= 1 tab, Oral, Daily (at bedtime)

**Allergies**
No Known Allergies

**Social History**
Alcohol
Current user, Occasional Use
Substance Use
Denies
Tobacco
Smoking tobacco use: Never (less than 100 in lifetime). N/A Smoking Cessation Education. N/A Education on Smoking Cessation Programs.

**Lab Results (Last 24 Hours)**
White Cell Count: 5.4 K/mcL (08/03/21 11:28:00)
Red Cell Count: 4.81 x10^6/mcL (08/03/21 11:28:00)
Hemoglobin: 15.4 g/dL (08/03/21 11:28:00)
Hematocrit: 43.3 % (08/03/21 11:28:00)
Platelet Count: 190 K/mcL (08/03/21 11:28:00)
MCV: 90 fL (08/03/21 11:28:00)
MCH: 32 pg High (08/03/21 11:28:00)
MCHC: 35.6 g/dL (08/03/21 11:28:00)
RDW: 11.7 % (08/03/21 11:28:00)
Nucleated RBCs: 0 /100(WBCs) (08/03/21 11:28:00)
Absolute Nucleated RBC Count: 0 x10^3/mcL (08/03/21 11:28:00)
Granulocytes: 64 % (08/03/21 11:28:00)

Immature Granulocytes: 0 % (08/03/21 11:28:00)
Lymphocytes: 29 % (08/03/21 11:28:00)
Monocytes: 6 % (08/03/21 11:28:00)
Eosinophil: 1 % (08/03/21 11:28:00)
Basophil: 0 % (08/03/21 11:28:00)
Absolute Neutrophil Count: 3.4 x10^3/mcL (08/03/21 11:28:00)
Absolute Immature Granulocyte Count: 0 x10^3/mcL (08/03/21 11:28:00)
Absolute Lymphocyte Count: 1.6 x10^3/mcL (08/03/21 11:28:00)
Absolute Monocyte Count: 0.34 x10^3/mcL (08/03/21 11:28:00)
Absolute Eosinophyl Count: 0.04 x10^3/mcL Low (08/03/21 11:28:00)
Absolute Basophil Count: 0 x10^3/mcL (08/03/21 11:28:00)
Differential Type: AUTOMATED DIFF PERFORMED (08/03/21 11:28:00)
PT: 12.9 seconds (08/03/21 11:28:00)
INR: 1 (08/03/21 11:28:00)
PTT: 25.6 seconds (08/03/21 11:28:00)
Sodium Level: 136 mmol/L Low (08/03/21 11:28:00)
Potassium Level: 4.4 mmol/L (08/03/21 11:28:00)
Chloride Level: 106 mmol/L (08/03/21 11:28:00)
CO2: 26 mmol/L (08/03/21 11:28:00)
Glucose Level: 120 mg/dL High (08/03/21 11:28:00)
BUN: 14 mg/dL (08/03/21 11:28:00)
Creatinine: 0.9 mg/dL (08/03/21 11:28:00)
GFR, African American: >60 mL/min/1.73 m2 (08/03/21 11:28:00)
GFR, Non African American: >60 mL/min/1.73 m2 (08/03/21 11:28:00)
Calcium Level: 9.1 mg/dL (08/03/21 11:28:00)
Pro-Brain Natriuretic: 68 pg/mL (08/03/21 11:28:00)
Cholesterol.: 96 mg/dL (08/03/21 11:28:00)
HDL: 45 mg/dL (08/03/21 11:28:00)
LDL (Calculated): 28 mg/dL (08/03/21 11:28:00)
Triglyceride.: 117 mg/dL (08/03/21 11:28:00)
Creatinine Kinase: 117 IntlUnit/L (08/03/21

## *Consultation Notes*

11:28:00)
CKMB Fraction: <1 ng/mL (08/03/21 11:28:00)
Troponin I: <0.015 ng/mL (08/03/21 21:24:00)
Troponin I: <0.015 ng/mL (08/03/21 19:42:00)
CoV-2 Specimen Source: NASAL (08/03/21 14:54:00)
Coronavirus CoV-2 PCR.: COVID-19 NEGATIVE by PCR (08/03/21 14:54:00)
First Test: Yes (08/03/21 14:54:00)
Employed in Healthcare: No (08/03/21 14:54:00)
Symptomatic as defined by CDC: No (08/03/21 14:54:00)
Date of Onset: Unknown (08/03/21 14:54:00)
Hospitalized: Yes (08/03/21 14:54:00)
ICU: No (08/03/21 14:54:00)
Resides in congregate care set: Unknown (08/03/21 14:54:00)
Pregnant.: Not Pregnant (08/03/21 14:54:00)
Student, Teacher or Other: No (08/03/21 14:54:00)

**Imaging Results (Last 24 Hours)**
XR Chest Portable 1 View

08/03/21 13:35:00
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2121500594
DOB:07/06/1962 CI#:0005908581
COLLECTED DT/TM:08/03/2021 13:35
Chest x-ray

History- Chest pain

Findings-
Heart normal size.
Mediastinal contour normal.
Lungs clear of confluent parenchymal infiltrate.
No pleural effusion.
No pneumothorax.

Impression-
Normal chest x-ray.

## Consultation Notes

_Authenticated and electronically signed by-
Yale Pollak
Electronically signed- 8/3/2021 1-55 PM

Read By- YALE D POLLAK M.D.
Released Date Time- 08/03/21 1357

Signed By: Pollak, MD, Yale D

**Advance Directive**
Advance Directive:No - - 08/03/2021 19:09

**Code Status**
Full Code

Electronically Signed on 08/04/2021 07:57

GABOR, MD, RONALD M

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | |

## *Discharge Documentation*

| | |
|---|---|
| Document Type: | Discharge Summary |
| Collected/Entered Date/Time: | 8/5/2021 11:32 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Discharge Summary |
| Sign Information: | JOHNSON,MD,SHAWNTIRA (9/13/2021 05:51 EDT) |

**Admit Date**
8/3/2021

**Discharge Date**
8/5/2021

**Subjective at Discharge**
Improved

**Physical Exam at Time of Discharge**

Vitals & Measurements
**T:** 36.8 °C (Oral) **TMIN:** 36.3 °C (Oral) **TMAX:** 36.8 °C (Oral) **HR:** 87(Peripheral) **RR:** 17 **BP:** 122/76 **BP:** 117/74(Sitting)
**SpO2:** 97%
General: [Alert and oriented, well nourished, no acute distress].
Eye: [PERRL, EOMI, normal conjunctiva].
HENT: [Normocephalic, clear tympanic membranes, normal hearing, moist oral mucosa, no scleral icterus, no sinus tenderness].
Neck: [Supple, non-tender, no carotid bruits, no JVD, no lymphadenopathy].
Lungs: [Clear to auscultation and percussion, non-labored respiration].
Cardiovascular: [Normal rate, regular rhythm, no murmur, gallop or edema, capillary refill normal, peripheral pulses present].
Abdomen: [Soft, non-tender, non-distended, normal bowel sounds, no masses].
Musculoskeletal: [Normal range of motion and strength, no tenderness or swelling].
Skin: [Skin is warm, dry and pink, no rashes or lesions].
Neurologic: [Awake, alert, and oriented X3, CN II-XII intact].
Psychiatric: [Cooperative, appropriate mood and affect].

**Procedures**
Catheterization

**Discharge Diagnoses**
1. Unstable angina
2. Acute chest pain
3. Hyperglycemia
4. History of ST elevation myocardial infarction (STEMI)
5. History of coronary artery stent placement

Orders:
atorvastatin, 40 mg = 1 tab, Oral, Daily, # 30 tab, 0 Refill(s), 187, cm, 08/03/21 19:14:00 EDT, Height/Length Measured, 103.6, kg, 08/03/21 19:14:00 EDT, Weight Dosing
clopidogrel, 75 mg = 1 tab, Oral, Daily, # 30 tab, 0 Refill(s), 187, cm, 08/03/21 19:14:00 EDT, Height/Length Measured, 103.6, kg, 08/03/21 19:14:00 EDT, Weight Dosing
Discharge Activity Restrictions
Discharge Diet Instruction

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | |
|---|---|---|---|---|
| Patient Name: | DUNTZ. MATTHEW | | | |
| Date of Birth: | | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | | |

## *Discharge Documentation*

Discharge Patient

**Hospital Course**
Patient admitted for chest pain had a cardiac catheterization which required a PCI. Patient discharged on dual anti-platelet therapy with cardiology follow-up.

**Discharge Medications**
Home
allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily
Aspirin Low Dose 81 mg oral delayed release tablet, 81 mg= 1 tab, Oral, Daily
atorvastatin 40 mg oral tablet, 40 mg= 1 tab, Oral, Daily
ezetimibe 10 mg oral tablet, 10 mg= 1 tab, Oral, Mo/We/Fr
irbesartan 75 mg oral tablet, 37.5 mg= 0.5 tab, Oral, Daily
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
Metoprolol Succinate ER 25 mg oral tablet, extended release, 12.5 mg= 0.5 tab, Oral, Daily
mupirocin 2% topical ointment, 1 app, Topical, TID
Plavix 75 mg oral tablet, 75 mg= 1 tab, Oral, Daily

**Consults**
Interventional Cardiology

**Studies**
EKG
Chest x-ray
Cardiac catheterization

**Pending Labs and Studies**
None

**Condition on Discharge**
Improved

**Discharge Disposition**
Home

**Discharge Diet**
Cardiac

**Discharge Instructions and Follow up**
PCP and cardiology

Electronically Signed on 09/13/2021 05:51

JOHNSON, MD, SHAWNTIRA

## *Consultation Notes*

| | |
|---|---|
| Document Type: | Cath Consult |
| Collected/Entered Date/Time: | 8/4/2021 18:14 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | CA CATH CONSULT. |
| Sign Information: | CARIDA,MD,ROBERT II (8/5/2021 18:32 EDT) |

**Report**
BOCA RATON REGIONAL HOSPITAL CARDIAC CATH
DUNTZ, MATTHEW DOB-
ACCT- 2121500594 MRN- 001561221
CI#- 5910081
DATE- 08/04/2021
REFERRING PHYSICIAN-
Ronald M Gabor, MD
PROCEDURES PERFORMED-
Left heart catheterization, left ventriculogram, percutaneous transluminal coronary angioplasty of the diagonal branch, groin closure device.
INDICATION-
Unstable angina.
DIAGNOSTIC PROCEDURE-
A 0.035 J-guidewire was introduced under fluoroscopic guidance via standard percutaneous technique from the right femoral artery. Selective coronary angiography was performed using 6-French left and right catheters in multiple projections.
DIAGNOSTIC FINDINGS-
Left ventriculogram- The LV systolic function in the RAO projection was normal. There were no focal wall motion abnormalities. Estimated left ventricular ejection fraction was 60%. There was no aorta to LV gradient. There was no mitral regurgitation. Left ventricular end-diastolic pressure was 8 mmHg.
Coronary angiogram-
1. Left main- Left main artery is a medium caliber, bifurcating into the LAD and left circumflex arteries. This vessel is angiographically unremarkable.
2. LAD- The LAD has luminal irregularities. The first diagonal branch has a mid 90% stenosis and takeoff of the inferior branch of this vessel.
3. Left circumflex artery- The left circumflex artery is a widely patent stent site in the proximal segment.
4. RCA- RCA is a medium-sized dominant vessel. This vessel has luminal irregularities.
DIAGNOSTIC CONCLUSIONS-

## *Consultation Notes*

1. Single-vessel coronary artery disease involving the diagonal branch.
2. Patent stent site in the left circumflex.
3. Preserved LV systolic function. No focal wall motion abnormalities. Estimated left ventricular fraction was 60%.

INTERVENTIONAL PROCEDURE-
Adequate anticoagulation was obtained using IV Angiomax. PTCA of the diagonal was performed with a 6-French XB3.5 guide and 180 Asahi Prowater wire to cross the lesion. We pre-dilated with a 2.0 x 20 mm balloon to 12 atmospheres. Given the fact that we got good results, no dissection, and the vessel was a high likelihood of perforation with small stent, we decided to be the stent when pullback. Groin closure device was deployed in the right femoral artery. No complications during the procedure.
Robert V Carida, MD
CARDIOVASCULAR DISEASE
RVC/MODL
D- 08/04/2021 18-14-56 T- 08/04/2021 23-38-14 Job #-
497138/927642730

Read By- ROBERT CARIDA M.D.
Released Date Time- 08/04/21 2344

Electronically Signed on 08/05/2021 18:32

CARIDA, MD, ROBERT II

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | |

## *Diagnostic Radiology*

| | |
|---|---|
| Document Type: | XR Chest Portable 1 View |
| Collected/Entered Date/Time: | 8/3/2021 13:35 EDT |
| Result Status: | Modified |
| Document Subject: | HXR CHEST PORTABLE 1 VIEW |
| Sign Information: | |

**Report**
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2121500594 DOB:07/06/1962 CI#:0005908581
COLLECTED DT/TM:08/03/2021 13:35
Chest x-ray

History- Chest pain

Findings-
Heart normal size.
Mediastinal contour normal.
Lungs clear of confluent parenchymal infiltrate.
No pleural effusion.
No pneumothorax.

Impression-
Normal chest x-ray.

-Authenticated and electronically signed by- Yale Pollak
Electronically signed- 8/3/2021 1-55 PM

Read By- YALE D POLLAK M.D.
Released Date Time- 08/03/21 1357

**URL**
https://crv.brch.com/EMR/EventInterface.asp?fun=ShowStudy&forLoginName=web&forAccession=5908581&forPatientPublicID=001561221 HNAM URL

## History and Physical Reports

| | |
|---|---|
| Document Type: | History and Physical |
| Collected/Entered Date/Time: | 8/3/2021 15:47 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | History and Physical - Admission |
| Sign Information: | DEITSCH,MD,GREGORY LAWRENCE (8/3/2021 15:52 EDT) |

**Date of Service**
08/03/2021

**Chief Complaint**
chest pain

**History of Present Illness**
Wearing 59-year-old male with history of coronary disease status post myocardial infarction, stent to left circumflex last year, hypertension, hypothyroidism and hyperlipidemia presents from his cardiologist's office due to chest pain. He describes chest pressure beginning yesterday evening. Is located left upper chest. Does not radiate. There is some associated diaphoresis and dyspnea. No nausea. Symptoms are intermittent and usually last 5-10 minutes. He denies headache or lightheadedness. No fever or chills.

**Review of Systems**
Constitutional: [No fevers, chills, sweats]
Eye: [No recent visual problems]
ENMT: [No ear pain, nasal congestion, sore throat]
Respiratory: [No shortness of breath, cough]
Cardiovascular: [per hpi]
Gastrointestinal: [No nausea, vomiting, diarrhea]
Genitourinary: [No hematuria]
Hema/Lymph: [Negative for bruising tendency, swollen lymph glands]
Endocrine: [Negative for excessive thirst, excessive hunger]
Musculoskeletal: [No back pain, neck pain, joint pain, muscle pain, decreased range of motion]
Integumentary: [No rash, pruritus, abrasions]
Neurologic: [Alert & oriented X 4]
Psychiatric: [No anxiety, depression]

**Physical Exam**

Vitals & Measurements
**T:** 37.0 °C (Oral) **HR:** 79(Peripheral) **RR:** 18 **BP:** 145/81 **SpO2:** 96% **WT:** 109 kg
General: [Alert and oriented, well nourished, no acute distress].
Eye: [PERRL, EOMI, normal conjunctiva].
HENT: [Normocephalic, normal hearing, moist oral mucosa, no scleral icterus, no sinus tenderness].
Neck: [Supple, non-tender, no carotid bruits, no JVD, no lymphadenopathy].
Lungs: [Clear to auscultation and percussion, non-labored respiration].

**Problem List/Past Medical History**
MI, old

**Procedure/Surgical History**
- Dilation of Coronary Artery, One Artery with Drug-eluting Intraluminal Device, Percutaneous Approach (03/23/2020)
- Fluoroscopy of Left Heart using Low Osmolar Contrast (03/23/2020)
- Fluoroscopy of Multiple Coronary Arteries using Low Osmolar Contrast (03/23/2020)
- Measurement of Cardiac Sampling and Pressure, Left Heart, Percutaneous Approach (03/23/2020)
- Ultrasonography of Right and Left Heart (03/23/2020)
- Melanoma

**Allergies**
No Known Allergies

**Medications**
Inpatient
allopurinol, 100 mg= 1 tab, Oral, Daily
aspirin, 81 mg= 1 tab, Oral, Daily
atorvastatin, 20 mg= 1 tab, Oral, Daily (at bedtime)
ezetimibe, 10 mg= 1 tab, Oral, Mo/We/Fr
levothyroxine, 50 mcg= 1 tab, Oral, Daily
losartan, 12.5 mg= 0.5 tab, Oral, Daily
metoprolol succinate ER, 12.5 mg= 0.5 tab, Oral, Daily
Nitrostat, 0.4 mg= 1 tab, SL, every 5 min, PRN
Home
allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily
Aspirin Low Dose 81 mg oral delayed release tablet, 81 mg= 1 tab, Oral, Daily

Cardiovascular: [Normal rate, regular rhythm, no murmur, gallop or edema, capillary refill normal, peripheral pulses present].
Abdomen: [Soft, non-tender, non-distended, normal bowel sounds, no masses].
Musculoskeletal: [Normal range of motion and strength, no tenderness or swelling].
Skin: [Skin is warm, dry and pink, no rashes or lesions].
Neurologic: [Awake, alert, and oriented X3, CN II-XII intact].
Psychiatric: [Cooperative, appropriate mood and affect].

**Impression**
Chest pain
Coronary disease
Hypertension
Hypothyroidism
Hyperlipidemia

Place patient on telemetry for observation
Clarify home medications and continue
Trend cardiac enzymes
Consult patient's cardiologist
Plan of care discussed with patient in detail

**Advanced Care Plan**

I confirmed that the patient's Advance Care Plan is present, code status is documented, or surrogate decision maker is listed in the patient's medical record. [SATISFIES MIPS PERFORMANCE]

**Documentation of Current Medications in the Medical Record**

I have utilized all available immediate resources to obtain, update, or review the patient's current medications. [SATISFIES MIPS PERFORMANCE]

ezetimibe 10 mg oral tablet, 10 mg= 1 tab, Oral, Mo/We/Fr
irbesartan 75 mg oral tablet, 37.5 mg= 0.5 tab, Oral, Daily
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
Metoprolol Succinate ER 25 mg oral tablet, extended release, 12.5 mg= 0.5 tab, Oral, Daily
mupirocin 2% topical ointment, 1 app, Topical, TID
simvastatin 40 mg oral tablet, 40 mg= 1 tab, Oral, Daily (at bedtime)

**Social History**
Alcohol
Current user, Occasional Use
Substance Use
Denies
Tobacco
Smoking tobacco use: Never (less than 100 in lifetime). N/A Smoking Cessation Education. N/A Education on Smoking Cessation Programs.

**Family History**
reviewed and not pertinent to hpi

**Lab Results (Last 24 Hours)**

| Hematology | Chemistry |
|---|---|
| White Cell Count: 5.4 K/mcL (08/03/21 11:28:00) | Sodium Level: 136 mmol/L Low (08/03/21 11:28:00) |
| Red Cell Count: 4.81 x10^6/mcL (08/03/21 11:28:0 | Potassium Level: 4.4 mmol/L (08/03/21 11:28:0 |

## History and Physical Reports

| | |
|---|---|
| 0) | 0) |
| Hemoglobin: 15.4 g/dL (08/03/21 11:28:00) | Chloride Level: 106 mmol/L (08/03/21 11:28:00) |
| Hematocrit: 43.3 % (08/03/21 11:28:00) | CO2: 26 mmol/L (08/03/21 11:28:00) |
| Platelet. Count: 190 K/mcL (08/03/21 11:28:00) | Glucose Level: 120 mg/dL High (08/03/21 11:28:00) |
| MCV: 90 fL (08/03/21 11:28:00) | BUN: 14 mg/dL (08/03/21 11:28:00) |
| MCH: 32 pg High (08/03/21 11:28:00) | Creatinine: 0.9 mg/dL (08/03/21 11:28:00) |
| MCHC: 35.6 g/dL (08/03/21 11:28:00) | GFR, African American: >60 mL/min/1.73 m2 (08/03/21 11:28:0 |
| RDW: 11.7 % (08/03/21 | |

| | |
|---|---|
| 11:28:00) Nucleated RBCs: 0 /100(WBCs) (08/03/21 11:28:00) Absolute Nucleated RBC Count: 0 x10^3/mcL (08/03/21 11:28:00) Granulocytes: 64 % (08/03/21 11:28:00) Immature Granulocytes: 0 % (08/03/21 11:28:00) Lymphocytes: 29 % (08/03/21 11:28:00) Monocytes: 6 % (08/03/ | 0) GFR, Non African American: >60 mL/min/1.73 m2 (08/03/21 11:28:00) Calcium Level: 9.1 mg/dL (08/03/21 11:28:00) Pro-Brain Natriuretic: 68 pg/mL (08/03/21 11:28:00) Cholesterol.: 96 mg/dL (08/03/21 11:28:00) HDL: 45 mg/dL (08/03/21 11:28:00) LDL (Calculated): 28 |

## *History and Physical Reports*

21
11:28:0
0)
Eosinop
hil: 1 %
(08/03/
21
11:28:0
0)
Basophil
: 0 %
(08/03/
21
11:28:0
0)
Absolute
Neutrop
hil
Count:
3.4
x10^3/
mcL
(08/03/
21
11:28:0
0)
Absolute
Immatu
re
Granulo
cyte
Count: 0
x10^3/
mcL
(08/03/
21
11:28:0
0)
Absolute
Lympho
cyte
Count:
1.6
x10^3/
mcL
(08/03/
21

mg/dL
(08/03/
21
11:28:0
0)
Triglyce
ride.:
117
mg/dL
(08/03/
21
11:28:0
0)
Creatini
ne
Kinase:
117
IntlUnit/
L
(08/03/
21
11:28:0
0)
CKMB
Fraction
: <1
ng/mL
(08/03/
21
11:28:0
0)
Troponi
n I:
<0.015
ng/mL
(08/03/
21
11:28:0
0)

11:28:00) Absolute Monocyte Count: 0.34 x10^3/mcL (08/03/21 11:28:00) Absolute Eosinophyl Count: 0.04 x10^3/mcL Low (08/03/21 11:28:00) Absolute Basophil Count: 0 x10^3/mcL (08/03/21 11:28:00) Differential Type: AUTOMATED DIFF PERFORMED (08/03/21 11:28:00)

Coagulation/Thrombosis
PT: 12.9 seconds (08/03/21 11:28:00)
INR: 1 (08/03/21 11:28:00)
PTT: 25.6 seconds (08/03/21 11:28:00)

**Imaging Results (Last 24 Hours)**
XR Chest Portable 1 View

08/03/21 13:35:00
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2121500594
DOB:07/06/1962 CI#:0005908581
COLLECTED DT/TM:08/03/2021 13:35
Chest x-ray

History- Chest pain

Findings-
Heart normal size.
Mediastinal contour normal.
Lungs clear of confluent parenchymal infiltrate.
No pleural effusion.
No pneumothorax.

Impression-
Normal chest x-ray.
_Authenticated and electronically signed by-

## *History and Physical Reports*

Yale Pollak
Electronically signed- 8/3/2021 1-55 PM

Read By- YALE D POLLAK M.D.
Released Date Time- 08/03/21 1357

Signed By: Pollak, MD, Yale D

**Advance Directive**
Not yet documented

**Code Status**
Full Code

Electronically Signed on 08/03/2021 15:52

DEITSCH, MD, GREGORY LAWRENCE

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | |
|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | |
| Date of Birth: | Age: 59 years | | Gender: | Male |
| MRN: | 001561221 | | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | | |

## Discharge Documentation

| | |
|---|---|
| Document Type: | Discharge Summary |
| Collected/Entered Date/Time: | 8/5/2021 11:32 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Discharge Summary |
| Sign Information: | JOHNSON,MD,SHAWNTIRA (9/13/2021 05:51 EDT) |

**Admit Date**
8/3/2021

**Discharge Date**
8/5/2021

**Subjective at Discharge**
Improved

**Physical Exam at Time of Discharge**

Vitals & Measurements
**T:** 36.8 °C (Oral) **TMIN:** 36.3 °C (Oral) **TMAX:** 36.8 °C (Oral) **HR:** 87(Peripheral) **RR:** 17 **BP:** 122/76 **BP:** 117/74(Sitting)
**SpO2:** 97%

General: [Alert and oriented, well nourished, no acute distress].
Eye: [PERRL, EOMI, normal conjunctiva].
HENT: [Normocephalic, clear tympanic membranes, normal hearing, moist oral mucosa, no scleral icterus, no sinus tenderness].
Neck: [Supple, non-tender, no carotid bruits, no JVD, no lymphadenopathy].
Lungs: [Clear to auscultation and percussion, non-labored respiration].
Cardiovascular: [Normal rate, regular rhythm, no murmur, gallop or edema, capillary refill normal, peripheral pulses present].
Abdomen: [Soft, non-tender, non-distended, normal bowel sounds, no masses].
Musculoskeletal: [Normal range of motion and strength, no tenderness or swelling].
Skin: [Skin is warm, dry and pink, no rashes or lesions].
Neurologic: [Awake, alert, and oriented X3, CN II-XII intact].
Psychiatric: [Cooperative, appropriate mood and affect].

**Procedures**
Catheterization

**Discharge Diagnoses**
1. Unstable angina
2. Acute chest pain
3. Hyperglycemia
4. History of ST elevation myocardial infarction (STEMI)
5. History of coronary artery stent placement

Orders:
atorvastatin, 40 mg = 1 tab, Oral, Daily, # 30 tab, 0 Refill(s), 187, cm, 08/03/21 19:14:00 EDT, Height/Length Measured, 103.6, kg, 08/03/21 19:14:00 EDT, Weight Dosing
clopidogrel, 75 mg = 1 tab, Oral, Daily, # 30 tab, 0 Refill(s), 187, cm, 08/03/21 19:14:00 EDT, Height/Length Measured, 103.6, kg, 08/03/21 19:14:00 EDT, Weight Dosing
Discharge Activity Restrictions
Discharge Diet Instruction

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | | | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | | | |

## *Discharge Documentation*

Discharge Patient

**Hospital Course**
Patient admitted for chest pain had a cardiac catheterization which required a PCI. Patient discharged on dual anti-platelet therapy with cardiology follow-up.

**Discharge Medications**
Home
allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily
Aspirin Low Dose 81 mg oral delayed release tablet, 81 mg= 1 tab, Oral, Daily
atorvastatin 40 mg oral tablet, 40 mg= 1 tab, Oral, Daily
ezetimibe 10 mg oral tablet, 10 mg= 1 tab, Oral, Mo/We/Fr
irbesartan 75 mg oral tablet, 37.5 mg= 0.5 tab, Oral, Daily
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
Metoprolol Succinate ER 25 mg oral tablet, extended release, 12.5 mg= 0.5 tab, Oral, Daily
mupirocin 2% topical ointment, 1 app, Topical, TID
Plavix 75 mg oral tablet, 75 mg= 1 tab, Oral, Daily

**Consults**
Interventional Cardiology

**Studies**
EKG
Chest x-ray
Cardiac catheterization

**Pending Labs and Studies**
None

**Condition on Discharge**
Improved

**Discharge Disposition**
Home

**Discharge Diet**
Cardiac

**Discharge Instructions and Follow up**
PCP and cardiology

Electronically Signed on 09/13/2021 05:51

JOHNSON, MD, SHAWNTIRA

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | | | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | | | |

## Consultation Notes

| | |
|---|---|
| Document Type: | Cath Consult |
| Collected/Entered Date/Time: | 8/4/2021 18:14 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | CA CATH CONSULT. |
| Sign Information: | CARIDA,MD,ROBERT II (8/5/2021 18:32 EDT) |

**Report**
BOCA RATON REGIONAL HOSPITAL CARDIAC CATH
DUNTZ, MATTHEW DOB-
ACCT- 2121500594 MRN- 001561221
CI#- 5910081
DATE- 08/04/2021
REFERRING PHYSICIAN-
Ronald M Gabor, MD
PROCEDURES PERFORMED-
Left heart catheterization, left ventriculogram, percutaneous transluminal coronary angioplasty of the diagonal branch, groin closure device.
INDICATION-
Unstable angina.
DIAGNOSTIC PROCEDURE-
A 0.035 J-guidewire was introduced under fluoroscopic guidance via standard percutaneous technique from the right femoral artery. Selective coronary angiography was performed using 6-French left and right catheters in multiple projections.
DIAGNOSTIC FINDINGS-
Left ventriculogram- The LV systolic function in the RAO projection was normal. There were no focal wall motion abnormalities. Estimated left ventricular ejection fraction was 60%. There was no aorta to LV gradient. There was no mitral regurgitation. Left ventricular end-diastolic pressure was 8 mmHg.
Coronary angiogram-
1. Left main- Left main artery is a medium caliber, bifurcating into the LAD and left circumflex arteries. This vessel is angiographically unremarkable.
2. LAD- The LAD has luminal irregularities. The first diagonal branch has a mid 90% stenosis and takeoff of the inferior branch of this vessel.
3. Left circumflex artery- The left circumflex artery is a widely patent stent site in the proximal segment.
4. RCA- RCA is a medium-sized dominant vessel. This vessel has luminal irregularities.
DIAGNOSTIC CONCLUSIONS-

1. Single-vessel coronary artery disease involving the diagonal branch.
2. Patent stent site in the left circumflex.
3. Preserved LV systolic function. No focal wall motion abnormalities. Estimated left ventricular fraction was 60%.

INTERVENTIONAL PROCEDURE-
Adequate anticoagulation was obtained using IV Angiomax. PTCA of the diagonal was performed with a 6-French XB3.5 guide and 180 Asahi Prowater wire to cross the lesion. We pre-dilated with a 2.0 x 20 mm balloon to 12 atmospheres. Given the fact that we got good results, no dissection, and the vessel was a high likelihood of perforation with small stent, we decided to be the stent when pullback. Groin closure device was deployed in the right femoral artery. No complications during the procedure.

Robert V Carida, MD
CARDIOVASCULAR DISEASE
RVC/MODL
D- 08/04/2021 18-14-56 T- 08/04/2021 23-38-14 Job #- 497138/927642730

Read By- ROBERT CARIDA M.D.
Released Date Time- 08/04/21 2344

Electronically Signed on 08/05/2021 18:32

CARIDA, MD, ROBERT II

## Consultation Notes

| | |
|---|---|
| Document Type: | Consultation Note Generic |
| Collected/Entered Date/Time: | 8/4/2021 07:44 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Consultation Note - cardiology |
| Sign Information: | GABOR,MD,RONALD M (8/4/2021 07:57 EDT) |

**Date of Service**
08/04/2021

**Chief Complaint**
chest pain

**Reason for Consultation**
angina

**Requesting Physician**
Glauser

**History of Present Illness**
59-year-old male history of CAD, non STEMI March 2020 with single-vessel disease 110 proximal left circumflex status post PCI. He is hypothyroid hyperlipidemia benign positional vertigo and gout.

History of recent chest discomfort occurring under stress 2 days ago at home lasting for about 2 hours associated with sweating occurring during intense emotional stress. Symptoms are unlike his presentation for MI a urine half ago but similar to how he felt in the cath lab what his stent was being deployed. He came to see Dr. fields in the office yesterday and proceed to have another episode of chest discomfort with diaphoresis yesterday. His EKG was normal and he was sent to Boca Regional by ambulance for admission and management of presumed unstable angina.

He did undergo recent resection of a benign tumor his left gets about 2 weeks ago

He has a history of melanoma status post resection

**Review of Systems**
Constitutional: [No fevers, chills, sweats]
Eye: [No recent visual problems]
ENMT: [No ear pain, nasal congestion, sore throat]
Respiratory: [No shortness of breath, cough]
Cardiovascular: [No Chest pain, palpitations, syncope]
Gastrointestinal: [No nausea, vomiting, diarrhea]
Genitourinary: [No hematuria]

**Physical Exam**

Vitals & Measurements
**T:** 36.6 °C (Oral) **TMIN:** 36.6 °C (Oral) **TMAX:** 37.0 °C (Oral) **HR:** 66(Peripheral)
**RR:** 18 **BP:** 105/67 **SpO2:** 97% **WT:** 103.6 kg

**Problem List/Past Medical History**
MI, old
Melanoma
Hypothyroidism
Hyperlipidemia
Gout

**Procedure/Surgical History**
- Dilation of Coronary Artery, One Artery with Drug-eluting Intraluminal Device, Percutaneous Approach (03/23/2020)
- Fluoroscopy of Left Heart using Low Osmolar Contrast (03/23/2020)
- Fluoroscopy of Multiple Coronary Arteries using Low Osmolar Contrast (03/23/2020)
- Measurement of Cardiac Sampling and Pressure, Left Heart, Percutaneous Approach (03/23/2020)
- Ultrasonography of Right and Left Heart (03/23/2020)
- Melanoma

Lymph node resection left axilla 2007

**Medications**
Inpatient
allopurinol, 100 mg= 1 tab, Oral, Daily
aspirin, 81 mg= 1 tab, Oral, Daily
atorvastatin, 20 mg= 1 tab, Oral, Daily (at bedtime)
ezetimibe, 10 mg= 1 tab, Oral, Mo/We/Fr
levothyroxine, 50 mcg= 1 tab, Oral, Daily
losartan, 12.5 mg= 0.5 tab, Oral, Daily
metoprolol succinate ER, 12.5 mg= 0.5 tab, Oral, Daily
Nitrostat, 0.4 mg= 1 tab, SL, every 5 min, PRN
Home
allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily

## Consultation Notes

**General:** Alert and oriented, well nourished, no acute distress.
**Eye:** PERRL, EOMI, normal conjunctiva.
**HENT:** Normocephalic, clear tympanic membranes, normal hearing, moist oral mucosa, no scleral icterus, no sinus tenderness.
**Neck:** Supple, non-tender, no carotid bruits, no JVD, no lymphadenopathy.
**Lungs:** Clear to auscultation and percussion, non-labored respiration.
**Heart:** Normal rate, regular rhythm, no murmur, gallop or edema.
**Abdomen:** Soft, non-tender, non-distended, normal bowel sounds, no masses.
**Musculoskeletal:** Normal range of motion and strength, no tenderness or swelling.
**Skin:** Skin is warm, dry and pink, no rashes or lesions.
**Neurologic:** Awake, alert, and oriented X3, CN II-XII intact.
**Psychiatric:** Cooperative, appropriate mood and affect.

EKG August 3, 2021 normal sinus rhythm at 74 beats per minute. Within normal limits.

**Impressions**
59-year-old man with a history of CAD, left circumflex PCI in March 2020. Hyperlipidemia, gout melanoma. Recently with increased personal emotional stress. Prolonged chest pain for about an hour with diaphoresis on Monday. Saw Dr. fields on Tuesday. Stable EKG unchanged. Recurrent episode of chest discomfort and diaphoresis in office. Sent to Boca Regional ER. Troponins negative. Renal function okay. Hemodynamically stable. Troponins are negative x3. EKG remains normal. LDL excellent at 28

Recommendation is for coronary angiography to assess patency of the previously placed left circumflex stent. Patient agreeable.

Keep NPO.

Start IV fluids. Discussed the case with Dr. Robert Carida who will do procedure today.

**Assessment/Plan**
1. Unstable angina
2. Acute chest pain
3. Hyperglycemia
4. History of ST elevation myocardial infarction (STEMI)
5. History of coronary artery stent placement

Orders:
Consult to Interventional Cardiology
NPO Diet

Aspirin Low Dose 81 mg oral delayed release tablet, 81 mg= 1 tab, Oral, Daily
ezetimibe 10 mg oral tablet, 10 mg= 1 tab, Oral, Mo/We/Fr
irbesartan 75 mg oral tablet, 37.5 mg= 0.5 tab, Oral, Daily
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
Metoprolol Succinate ER 25 mg oral tablet, extended release, 12.5 mg= 0.5 tab, Oral, Daily
mupirocin 2% topical ointment, 1 app, Topical, TID
simvastatin 40 mg oral tablet, 40 mg= 1 tab, Oral, Daily (at bedtime)

**Allergies**
No Known Allergies

**Social History**
Alcohol
Current user, Occasional Use
Substance Use
Denies
Tobacco
Smoking tobacco use: Never (less than 100 in lifetime). N/A Smoking Cessation Education. N/A Education on Smoking Cessation Programs.

**Lab Results (Last 24 Hours)**
White Cell Count: 5.4 K/mcL (08/03/21 11:28:00)
Red Cell Count: 4.81 x10^6/mcL (08/03/21 11:28:00)
Hemoglobin: 15.4 g/dL (08/03/21 11:28:00)
Hematocrit: 43.3 % (08/03/21 11:28:00)
Platelet Count: 190 K/mcL (08/03/21 11:28:00)
MCV: 90 fL (08/03/21 11:28:00)
MCH: 32 pg High (08/03/21 11:28:00)
MCHC: 35.6 g/dL (08/03/21 11:28:00)
RDW: 11.7 % (08/03/21 11:28:00)
Nucleated RBCs: 0 /100(WBCs) (08/03/21 11:28:00)
Absolute Nucleated RBC Count: 0 x10^3/mcL (08/03/21 11:28:00)
Granulocytes: 64 % (08/03/21 11:28:00)

Immature Granulocytes: 0 % (08/03/21 11:28:00)
Lymphocytes: 29 % (08/03/21 11:28:00)
Monocytes: 6 % (08/03/21 11:28:00)
Eosinophil: 1 % (08/03/21 11:28:00)
Basophil: 0 % (08/03/21 11:28:00)
Absolute Neutrophil Count: 3.4 x10^3/mcL (08/03/21 11:28:00)
Absolute Immature Granulocyte Count: 0 x10^3/mcL (08/03/21 11:28:00)
Absolute Lymphocyte Count: 1.5 x10^3/mcL (08/03/21 11:28:00)
Absolute Monocyte Count: 0.34 x10^3/mcL (08/03/21 11:28:00)
Absolute Eosinophyl Count: 0.04 x10^3/mcL Low (08/03/21 11:28:00)
Absolute Basophil Count: 0 x10^3/mcL (08/03/21 11:28:00)
Differential Type: AUTOMATED DIFF PERFORMED (08/03/21 11:28:00)
PT: 12.9 seconds (08/03/21 11:28:00)
INR: 1 (08/03/21 11:28:00)
PTT: 25.6 seconds (08/03/21 11:28:00)
Sodium Level: 136 mmol/L Low (08/03/21 11:28:00)
Potassium Level: 4.4 mmol/L (08/03/21 11:28:00)
Chloride Level: 106 mmol/L (08/03/21 11:28:00)
CO2: 26 mmol/L (08/03/21 11:28:00)
Glucose Level: 120 mg/dL High (08/03/21 11:28:00)
BUN: 14 mg/dL (08/03/21 11:28:00)
Creatinine: 0.9 mg/dL (08/03/21 11:28:00)
GFR, African American: >60 mL/min/1.73 m2 (08/03/21 11:28:00)
GFR, Non African American: >60 mL/min/1.73 m2 (08/03/21 11:28:00)
Calcium Level: 9.1 mg/dL (08/03/21 11:28:00)
Pro-Brain Natriuretic: 68 pg/mL (08/03/21 11:28:00)
Cholesterol.: 96 mg/dL (08/03/21 11:28:00)
HDL: 45 mg/dL (08/03/21 11:28:00)
LDL (Calculated): 28 mg/dL (08/03/21 11:28:00)
Triglyceride.: 117 mg/dL (08/03/21 11:28:00)
Creatinine Kinase: 117 IntlUnit/L (08/03/21

11:28:00)
CKMB Fraction: <1 ng/mL (08/03/21 11:28:00)
Troponin I: <0.015 ng/mL (08/03/21 21:24:00)
Troponin I: <0.015 ng/mL (08/03/21 19:42:00)
CoV-2 Specimen Source: NASAL (08/03/21 14:54:00)
Coronavirus CoV-2 PCR.: COVID-19 NEGATIVE by PCR (08/03/21 14:54:00)
First Test: Yes (08/03/21 14:54:00)
Employed in Healthcare: No (08/03/21 14:54:00)
Symptomatic as defined by CDC: No (08/03/21 14:54:00)
Date of Onset: Unknown (08/03/21 14:54:00)
Hospitalized: Yes (08/03/21 14:54:00)
ICU: No (08/03/21 14:54:00)
Resides in congregate care set: Unknown (08/03/21 14:54:00)
Pregnant.: Not Pregnant (08/03/21 14:54:00)
Student, Teacher or Other: No (08/03/21 14:54:00)

**Imaging Results (Last 24 Hours)**
XR Chest Portable 1 View

08/03/21 13:35:00
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2121500594
DOB:07/06/1962 CI#:0005908581
COLLECTED DT/TM:08/03/2021 13:35
Chest x-ray

History- Chest pain

Findings-
Heart normal size.
Mediastinal contour normal.
Lungs clear of confluent parenchymal infiltrate.
No pleural effusion.
No pneumothorax.

Impression-
Normal chest x-ray.

_Authenticated and electronically signed by-
Yale Pollak
Electronically signed- 8/3/2021 1-55 PM

Read By- YALE D POLLAK M.D.
Released Date Time- 08/03/21 1357

Signed By: Pollak, MD, Yale D

**Advance Directive**
Advance Directive:No - - 08/03/2021 19:09

**Code Status**
Full Code

Electronically Signed on 08/04/2021 07:57

GABOR, MD, RONALD M

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | |
|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | |
| Date of Birth: | | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | | |

## *Consultation Notes*

| | |
|---|---|
| Document Type: | Consultation Note Generic |
| Collected/Entered Date/Time: | 8/4/2021 17:46 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Consult Note |
| Sign Information: | CARIDA,MD,ROBERT II (8/5/2021 18:32 EDT) |

**Consult Note**

BOCA RATON REGIONAL HOSPITAL CONSULT NOTE
DUNTZ, MATTHEW DOB: 07/06/1962
ACCT: 2121500594 MRN: 001561221

DATE OF CONSULTATION: 08/04/2021

REASON FOR CONSULTATION:
Cardiac catheterization.

HISTORY OF PRESENT ILLNESS:
Mr. Duntz is a 59-year-old gentleman with a past medical history significant for coronary artery disease, MI, hypertension, and hyperlipidemia. He had a non-STEMI in 2020. He had proximal LAD disease and PCI of the vessel. Two days prior to admission, he started developing chest discomfort at rest associated with diaphoresis and the condition is extremely stress. He was seen at Dr. Philips' office. He was admitted and he ruled out for myocardial infarction with serial EKGs and cardiac enzymes and was referred for cardiac catheterization.

PAST MEDICAL/SURGICAL HISTORY:
Coronary artery disease, MI, hypertension, hyperlipidemia, hypothyroidism, doubt melanoma.

MEDICATIONS:
Allopurinol, aspirin, Zetia, irbesartan, Synthroid, metoprolol, simvastatin.

ALLERGIES:
NO KNOWN DRUG ALLERGIES.

FAMILY HISTORY:
Noncontributory.

SOCIAL HISTORY:
Nondrinker and nonsmoker.

REVIEW OF SYSTEMS:
GENERAL: No fever, weight loss, weight gain, or night sweats. HEENT: No difficulty with hearing, epistaxis, vertigo, cataracts, glaucoma, or difficulty with vision. SKIN: No rashes or itching. PULMONARY: No shortness of breath, cough, sputum, or hemoptysis. GI: No ulcers, nausea, vomiting, diarrhea, constipation, GERD, hematemesis, hematochezia, or change in bowel habits. NEUROLOGIC: No seizure, numbness, weakness, or tremors. ENDOCRINE: No cold or heat intolerance, diabetes, or excessive thirst. HEMATOLOGIC: No bruising or easy bleeding disorders. MUSCULOSKELETAL: No arthritis or gout.

PHYSICAL EXAMINATION:
GENERAL: Well-appearing man, in no acute distress. VITAL SIGNS: Heart rate is 72, blood pressure 130/70. HEENT: Normocephalic and atraumatic. Anicteric. No jugular venous distention. Carotid upstrokes are normal without any bruits. LUNGS: Clear. CARDIAC: PMI nondisplaced. Rhythm regular. Normal S1. Physiologically split second heart sound. No appreciable gallops or murmurs. ABDOMEN: Soft, nontender. Normoactive bowel sounds. EXTREMITIES: Without edema.

LABORATORY DATA:
White count is 5.4, hemoglobin 15.4, hematocrit 43.3, platelet count 190,000. PT 12.9, INR 1.0, PTT is 25.6. Sodium 136, potassium 4.4, chloride 106, bicarb 26, BUN 14, creatinine 0.9. Troponin I is less than 0.015 x3. EKG shows normal sinus rhythm with incomplete right bundle-branch block, nonspecific ST-T wave changes.

Chest x-ray, no acute cardiopulmonary disease.

IMPRESSION AND PLAN:
1. Unstable angina.
2. Coronary artery disease.
3. History of percutaneous coronary intervention of his left circumflex in the setting of non-ST-segment elevation myocardial infarction.
4. Hypertension.
5. Hyperlipidemia.

## *Consultation Notes*

The patient has resting angina, feeling like his old MI symptoms when he had PCI of the left circumflex artery, he was admitted, he is medically treated and is pain free. Ruled out for myocardial infarction. He is undergoing cardiac catheterization for risk stratification. Further recommendations pending outcome of this procedure.

Dictated By: Robert V Carida, MD

RVC/MODL
D: 08/04/2021 17:46:43 T: 08/04/2021 23:23:25 Job #: 497120/927638923

Electronically Signed on 08/05/2021 18:32

CARIDA, MD, ROBERT II

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

Electronically signed by Constance Fields M D Dec 20 2021 12:08PM EST Review 12/20/2021

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 12/13/2021 |
| FIN: | 2134000991 | Discharge Date: | 12/13/2021 |
| Admitting MD: | CARIDA,MD,ROBERT II | | |

## Consultation Notes

| | |
|---|---|
| Document Type: | Cath Consult |
| Collected/Entered Date/Time: | 12/13/2021 09:19 EST |
| Result Status: | Auth (Verified) |
| Document Subject: | CA CATH CONSULT. |
| Sign Information: | CARIDA,MD,ROBERT II (12/15/2021 09:52 EST) |

**Report**

BOCA RATON REGIONAL HOSPITAL CARDIAC CATH
DUNTZ, MATTHEW DOB- 07/06/1962
ACCT- 2134000991 MRN- 001561221
CI#- 6027949
DATE- 12/13/2021
REFERRING PHYSICIAN-
Robert V Carida, MD
STUDIES PERFORMED-
Left heart catheterization, left ventriculogram, coronary angiogram, groin closure device.
INDICATION-
Exertional angina, abnormal stress test.
DIAGNOSTIC PROCEDURES-
A 0.035 J-guidewire was introduced under fluoroscopic guidance via standard percutaneous technique from left femoral artery. A pigtail catheter was advanced to left ventricle. Left ventricle pressures were recorded. Selective coronary angiography was performed using a 6-French left and right catheters in multiple projections.
DIAGNOSTIC FINDINGS-
Left ventriculogram- LV systolic function in the RAO projection was normal. There were no focal wall motion abnormalities. The estimated left ventricular ejection fraction was 60%. There was no AO to LV gradient. There was no mitral regurgitation. The left ventricular end-diastolic pressure was 22 mmHg.
CORONARY ANGIOGRAM-
Left main- The left main artery is a medium caliber, bifurcating into the LAD and left circumflex arteries. This vessel was angiographically unremarkable. This vessel has luminal irregularities at the first diagonal branch, a small caliber vessel, with a 90% mid stenosis vessel which was too small to stent.
Left circumflex artery- The left circumflex artery had a proximal patent stent site.
RCA- RCA was a medium-sized dominant vessel. This vessel has luminal irregularities
DIAGNOSTIC CONCLUSIONS-
1. Nonobstructive coronary artery disease with disease in a small

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 12/13/2021 |
| FIN: | 2134000991 | Discharge Date: | 12/13/2021 |
| Admitting MD: | CARIDA,MD,ROBERT II | | |

## *Consultation Notes*

diagonal. Best served with medical therapy.
2. Patent stent site in the left circumflex artery.
3. Preserved LV systolic function. No focal wall motion abnormalities. Estimated left ventricular ejection 60%.
4. No complications during the procedure.
5. Groin closure device was deployed in the right femoral artery.

Robert V Carida, MD
CARDIOVASCULAR DISEASE
RVC/MODL
D- 12/13/2021 09-19-48 T- 12/13/2021 10-46-07 Job #-
003174/940827535

Read By- ROBERT CARIDA M.D.
Released Date Time- 12/13/21 1054

Electronically Signed on 12/15/2021 09:52

CARIDA, MD, ROBERT II

**Historical Procedures**
**Procedures**
No Procedures Documented

**Follow-up Instructions:** You may have been referred to your regular doctor or a specialist, please follow up as instructed. If your condition worsens call your physician or return to the Emergency Department.

| With: | Address: | When: |
|---|---|---|
| FIELDS, MD, CONSTANCE D, Specialty - Cardiovascular Disease, Specialty - Internal Medicine | 9980 CENTRAL PK BL #304 BOCA RATON, FL 33428 (561)483-8335 | Within 1 to 2 weeks |

**Comment**

**Medication Instructions**

If you need a prescription refill, you must see your doctor. Take all medications only as directed. Do not take a medication you are allergic to. If you have been prescribed new medications check with your pharmacist or physician to make sure they are safe to be taken with your other home medications. If you have any questions about side effects and food/drug interactions, please consult your physician or pharmacist. To help ensure your safety, keep a copy of this discharge instruction to share with your health care provider at your next visit. It contains a copy of your medication list, diagnoses and information about treatment you received here.

Many medications can make you feel sleepy, impair your ability to drive, or affect your ability to make good decisions. For this reason, we may ask that you arrange for someone else to give you a ride home, do not operate machinery/major appliances, drink alcohol, or make important

decisions, for 24 hours after leaving the hospital.

It is important to always keep an active list of medications available so that you can share with other providers and manage your medications appropriately. If you have been instructed to stop taking a medication, please ensure you also follow up with this information to your Primary Care Physician. Any specific questions regarding your medications and dosages should be discussed with your physician(s) and pharmacist.

**Storage and Disposal of Opioids**

Medications should be stored out of reach of children, and in a safe place to prevent others from taking them. If opioids are shared with others for whom they are not prescribed, there is a possibility that others might experience overdose at the same or at lower dosages than what was prescribed to you.

Unwanted or unused opioids can be disposed at your local fire department or police department and take back locations or events in the community. You may also dispose of your medications by (1) mixing the medication with dirt, kitty litter, or used coffee grounds, (2) placing the mixture in a container such as a sealed plastic bag, (3) throwing the container in your household trash, and (4) ensuring that all personal information has been removed or made unreadable.

**Complete Medication List**

The list below is a complete list of medications for you to use at home. It has been updated with any changes that occurred in the hospital. Take only the medications listed below. Contact your doctor prior to taking any medications not on this list or stopping any medications on this list.

**Allergy Info:** No Known Allergies

**Comment**

**Medications**

During the course of your visit, your medication list was updated with the most current information. The details of those changes are reflected below:

**Medications That Have Not Changed**

**Other Medications**

**allopurinol (allopurinol 100 mg oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose: 10|18|21 Am Next Dose: 10|19|21 Am

**aspirin (Aspirin Low Dose 81 mg oral delayed release tablet)** 1 tab Oral (given by mouth) every day.
Last Dose: 10|18|21 Am Next Dose: 10|19|21 Am

**clopidogrel (Plavix 75 mg oral tablet)** 1 tab Oral (given by mouth) every day. Refills: 0.
Last Dose: 10|18|21 Am Next Dose: 10|19|21 Am

**irbesartan (irbesartan 75 mg oral tablet)** 0.5 tab Oral (given by mouth) every day.
Last Dose: 10|18|21 Am Next Dose: 10|19|21 Am

**levothyroxine (levothyroxine 50 mcg (0.05 mg) oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose: 10|18|21 Am Next Dose: 10|19|21 Am

**metoprolol (Metoprolol Succinate ER 25 mg oral tablet, extended release)**
0.5 tab Oral (given by mouth) every day.
Last Dose: 10|18|21 Am Next Dose: 10|19|21 Am

**No Longer Take the Following Medications**

**ezetimibe (ezetimibe 10 mg oral tablet)** 1 tab Oral (given by mouth) Mo/We/Fr.
Stop Taking Reason: Patient Refused

?. Zetia

**General Medical Information**

CORONA VIRUS (COVID-19)
A Message to Our Patients

Coronaviruses are viruses that cause sicknesses like the common cold. Coronavirus disease 2019 (COVID-19) is one form of coronavirus. It is a new virus that was first identified during an investigation of an outbreak in Wuhan, China. COVID-19 is a respiratory illness that can easily and quickly be spread from person to person. At this point, there is no known treatment or vaccine for this illness.

Many people who contract COVID-19 never develop symptoms. Other victims can develop symptoms that range from mild to severe respiratory illness and can include fever, cough and shortness of breath.

COVID-19 can attack all age groups. Certain groups, however, are at higher risk for developing this infection. These include the elderly (over age 60); people with underlying health conditions (chronic lung disease, sickle cell disease, kidney disease, liver disease, diabetes, HIV, Immunocompromised, obesity and pregnancy) and people in close contact with someone diagnosed with COVID-19 such as family members, co-workers and healthcare workers.

Ensuring the safety and wellness of our employees, patients, physicians and community is the number one priority at Boca Raton Regional. In furtherance of this goal, Boca Regional has undertaken numerous steps to help prevent the spread of COVID-19 to your homes and communities. All in-person meetings, events and gatherings, to the extent possible, are being conducted via phone, Zoom or Skype; volunteer programs have been suspended; all visitation has either been suspended or, for extreme circumstances, strictly limited; patients and those visitors who are permitted are screened at the entrances; elective procedures have been suspended and all employees and physicians are screened and have their temperatures taken on a daily basis before entering the hospitals.

While Boca Regional has taken every precaution to prevent the spread of COVID-19, none of these measures are fail proof. The virus is insidious, widespread and often present without the carrier's awareness. For this reason, we urge you and your loved ones to carefully review the following discharge instructions and heed all of the warnings, precautions and recommended actions should you develop any of the early signs of this potentially deadly infection.

IS IT A STROKE? Act **FAST** and Check for these signs:

Some medical conditions and lifestyle choices can put anyone at risk for stroke regardless of gender, ethnicity, or age. For this reason, it is important to stop smoking and be able to recognize the signs of stroke.

| | |
|---|---|
| FACE | Does the face look uneven? |
| ARM | Does one arm drift down? |
| SPEECH | Does their speech sound strange? |
| TIME | Call 9-1-1 at any sign of stroke |

**Heart Attack Signs**

**Chest discomfort:** Most heart attacks involve discomfort in the center of the chest and lasts more than a few minutes, or goes away and comes back. It can feel like uncomfortable pressure, squeezing, fullness or pain.

**Discomfort in upper body:** Symptoms can include pain or discomfort in one or both arms, back, neck, jaw or stomach.

**Shortness of breath:** With or without discomfort.

**Other signs:** Breaking out in a cold sweat, nausea, or light-headed.

Remember, **MINUTES DO MATTER.** If you experience any of these heart attack warning signs, call **9-1-1** to get immediate medical attention!

## Additional Resources

**In Case of Emergency Dial 911 or nearest Emergency Room**

| | |
|---|---|
| National Suicide Prevention Life Line<br>http://www.suicidepreventionlifeline.org | 1-800-273-TALK<br>(1-800-273-8255) |
| National Alliance on Mental Illness<br>http://www.nami.org | 1-801-323-9900 or<br>1-877-230-6264 |
| Substance Abuse and Mental Health Services Administration<br>http://www.samhsa.gov/suicide-prevention | 1-877-SAMHSA-7<br>(1-877-726-4727) |

FOR HOSPITALIZATIONS DEEMED AS OBSERVATION: An observation patient may experience higher costs than an inpatient on admission status for the time spent in a hospital because Medicare covers inpatient and outpatient hospital services differently. Medicare Part A covers inpatient hospital services, which requires a one-time deductible. Observation services are covered under Part B of Medicare and require the patient to pay a 20 percent co-payment for each individual service as explained by your case manager. Please also note that a patient under observation status in a hospital does not meet the requirements for qualifying inpatient hospital stay for Medicare coverage to a skilled nursing facility. In order to qualify for admission to a skilled nursing facility a patient must have been deemed as an inpatient in the hospital with a 3 day stay.

**Access Your Personal Health Information through Patient Connect!**

Patient Connect is an online, secure patient website that allows you access to your health information. Located on the Boca Raton Regional Hospital website, patients and/or family members can do any of the following items:

-Medical Visits and Treatment
-Summaries of Inpatient Stays
-Lab and Radiology Reports - three days after being performed
-Medication List after Discharge

We strongly urge you to take advantage of our Patient Connect. After your discharge from the hospital, you will receive an email inviting you to create your personal account, simply click on the link and follow the instructions to sign up. You can also visit the hospital's website www.brrh.com and click on the Patient Connect icon or you can self-enroll without an email invitation by visiting https://brrhpatientconnect.iqhealth.com/self-enroll/

If you need help signing up for Patient Connect please call 800-287-9085 for assistance.

**Do You Or Someone You Love Have Diabetes?**

Boca Raton Regional Hospital offers a comprehensive educational diabetes program that not only includes the definition of diabetes, but also how to improve your overall health having diabetes. Participants will learn about healthy eating with personalized meal plans, glucose monitoring, insulin devices, and medication management as well as the importance of physical activity and how to integrate it into busy schedules. They will also learn about the signs, symptoms and treatment of low and high blood sugar, and how to prevent and care for chronic complication.

For more information or to register for classes please call the Diabetes Education Program at Gloria Drummond Physical Rehab Institute at 561-955-2100.

**Medication leaflets, if any, will display below**

**Patient education materials, if any, will display below**

# Chest Pain Observation

It is often hard to give a specific diagnosis for the cause of chest pain. Among other possibilities your symptoms might be caused by inadequate oxygen delivery to your heart (*angina*). Angina that is not treated or evaluated can lead to a heart attack (*myocardial infarction*) or death.

Blood tests, electrocardiograms, and X-rays may have been done to help determine a possible cause of your chest pain. After evaluation and observation, your health care provider has determined that it is unlikely your pain was caused by an unstable condition that requires hospitalization. However, a full evaluation of your pain may need to be completed, with additional diagnostic testing as directed. It is very important to keep your follow-up appointments. Not keeping your follow-up appointments could result in permanent heart damage, disability, or death. If there is any problem keeping your follow-up appointments, you must call your health care provider.

## HOME CARE INSTRUCTIONS

Due to the slight chance that your pain could be angina, it is important to follow your health care provider's treatment plan and also maintain a healthy lifestyle:

- Maintain or work toward achieving a healthy weight.
- Stay physically active and exercise regularly.
- Decrease your salt intake.
- Eat a balanced, healthy diet. Talk to a dietitian to learn about heart-healthy foods.
- Increase your fiber intake by including whole grains, vegetables, fruits, and nuts in your diet.
- Avoid situations that cause stress, anger, or depression.
- Take medicines as advised by your health care provider. Report any side effects to your health care provider. **Do not** stop medicines or adjust the dosages on your own.
- Quit smoking. **Do not** use nicotine patches or gum until you check with your health care provider.
- Keep your blood pressure, blood sugar, and cholesterol levels within normal limits.
- Limit alcohol intake to no more than 1 drink per day for women who are not pregnant and 2 drinks per day for men.
- Do not abuse drugs.

## SEEK IMMEDIATE MEDICAL CARE IF:

You have severe chest pain or pressure which may include symptoms such as:

- You feel pain or pressure in your arms, neck, jaw, or back.
- You have severe back or abdominal pain, feel sick to your stomach (*nauseous*), or throw up (*vomit*).
- You are sweating profusely.
- You are having a fast or irregular heartbeat.
- You feel short of breath while at rest.
- You notice increasing shortness of breath during rest, sleep, or with activity.

- You have chest pain that does not get better after rest or after taking your usual medicine.
- You wake from sleep with chest pain.
- You are unable to sleep because you cannot breathe.
- You develop a frequent cough or you are coughing up blood.
- You feel dizzy, faint, or experience extreme fatigue.
- You develop severe weakness, dizziness, fainting, or chills.

Any of these symptoms may represent a serious problem that is an emergency. **Do not** wait to see if the symptoms will go away. Call your local emergency services (911 in the U.S.). **Do not** drive yourself to the hospital.

**MAKE SURE YOU:**

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 01/20/2012 Document Revised: 12/23/2014 Document Reviewed: 06/19/2014
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

I acknowledge that I received the Florida Department of Health educational pamphlet "Information on Nonopioid Alternatives for the Treatment of Pain" on admission.

**I acknowledge that I have received all valuables and belongings shown below.**

Boca Raton Regional Hospital would like to thank you for allowing us to assist you with your healthcare needs. Your signature below indicates that you have received your prescriptions and have all your personal belongings and valuables. I have discussed, read, and understand my "Discharge Instructions" and I have no further questions.

## Patient Discharge Summary

### Discharge Instructions, Orders and Medications

**Name:**DUNTZ, MATTHEW

**Date of Birth:**

**Current Date:**10/18/21 08:41:31 **MRN:**001561221 **FIN:**2128900299

**Primary Care Provider**

**Name:**FIELDS, MD, CONSTANCE D

**Phone:**(561)483-8335

**Discharge Diagnosis:**1:Acute chest pain; 2:Shortness of breath; 3:COVID-19 virus infection; 4:Fever; 5:Chills; 6:Cough

**Discharged To:**

**Comment**

### Discharge Orders

**Discharge Activity Restrictions**
No Restrictions

**Discharge Diet Instruction**
Other (please specify) Resume home diet.

**Discharge Activity Restrictions**
No Restrictions

**Discharge Diet Instruction**
Other (please specify) Resume home diet.

**Historical Procedures**
**Procedures**
No Procedures Documented

**Follow-up Instructions:** You may have been referred to your regular doctor or a specialist, please follow up as instructed. If your condition worsens call your physician or return to the Emergency Department.

| **With:** | **Address:** | **When:** |
|---|---|---|
| FIELDS, MD, CONSTANCE D, Specialty - Cardiovascular Disease, Specialty - Internal Medicine | 9980 CENTRAL PK BL #304 BOCA RATON, FL 33428 (561)483-8335 | Within 1 to 2 weeks |

**Comment**

**Medication Instructions**

If you need a prescription refill, you must see your doctor. Take all medications only as directed. Do not take a medication you are allergic to. If you have been prescribed new medications check with your pharmacist or physician to make sure they are safe to be taken with your other home medications. If you have any questions about side effects and food/drug interactions, please consult your physician or pharmacist. To help ensure your safety, keep a copy of this discharge instruction to share with your health care provider at your next visit. It contains a copy of your medication list, diagnoses and information about treatment you received here.

Many medications can make you feel sleepy, impair your ability to drive, or affect your ability to make good decisions. For this reason, we may ask that you arrange for someone else to give you a ride home, do not operate machinery/major appliances, drink alcohol, or make important

decisions, for 24 hours after leaving the hospital.

It is important to always keep an active list of medications available so that you can share with other providers and manage your medications appropriately. If you have been instructed to stop taking a medication, please ensure you also follow up with this information to your Primary Care Physician. Any specific questions regarding your medications and dosages should be discussed with your physician(s) and pharmacist.

**Storage and Disposal of Opioids**

Medications should be stored out of reach of children, and in a safe place to prevent others from taking them. If opioids are shared with others for whom they are not prescribed, there is a possibility that others might experience overdose at the same or at lower dosages than what was prescribed to you.

Unwanted or unused opioids can be disposed at your local fire department or police department and take back locations or events in the community. You may also dispose of your medications by (1) mixing the medication with dirt, kitty litter, or used coffee grounds, (2) placing the mixture in a container such as a sealed plastic bag, (3) throwing the container in your household trash, and (4) ensuring that all personal information has been removed or made unreadable.

**Complete Medication List**

The list below is a complete list of medications for you to use at home. It has been updated with any changes that occurred in the hospital. Take only the medications listed below. Contact your doctor prior to taking any medications not on this list or stopping any medications on this list.

**Allergy Info:** No Known Allergies

**<u>Comment</u>**

**Medications**

During the course of your visit, your medication list was updated with the most current information. The details of those changes are reflected below:

**Medications That Have Not Changed**

**Other Medications**

**allopurinol (allopurinol 100 mg oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose: 10/18/21 Am Next Dose: 10/19/21 Am

**aspirin (Aspirin Low Dose 81 mg oral delayed release tablet)** 1 tab Oral (given by mouth) every day.
Last Dose: 10/18/21 Am Next Dose: 10/19/21 Am

**clopidogrel (Plavix 75 mg oral tablet)** 1 tab Oral (given by mouth) every day. Refills: 0.
Last Dose: 10/18/21 Am Next Dose: 10/19/21 Am

**irbesartan (irbesartan 75 mg oral tablet)** 0.5 tab Oral (given by mouth) every day.
Last Dose: 10/18/21 Am Next Dose: 10/19/21 Am

**levothyroxine (levothyroxine 50 mcg (0.05 mg) oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose: 10/18/21 Am Next Dose: 10/19/21 Am

**metoprolol (Metoprolol Succinate ER 25 mg oral tablet, extended release)**
0.5 tab Oral (given by mouth) every day.
Last Dose: 10/18/21 Am Next Dose: 10/19/21 Am

**No Longer Take the Following Medications**

**ezetimibe (ezetimibe 10 mg oral tablet)** 1 tab Oral (given by mouth) Mo/We/Fr.
Stop Taking Reason: Patient Refused

? Zetia

**General Medical Information**

CORONA VIRUS (COVID-19)
A Message to Our Patients

Coronaviruses are viruses that cause sicknesses like the common cold. Coronavirus disease 2019 (COVID-19) is one form of coronavirus. It is a new virus that was first identified during an investigation of an outbreak in Wuhan, China. COVID-19 is a respiratory illness that can easily and quickly be spread from person to person. At this point, there is no known treatment or vaccine for this illness.

Many people who contract COVID-19 never develop symptoms. Other victims can develop symptoms that range from mild to severe respiratory illness and can include fever, cough and shortness of breath.

COVID-19 can attack all age groups. Certain groups, however, are at higher risk for developing this infection. These include the elderly (over age 60); people with underlying health conditions (chronic lung disease, sickle cell disease, kidney disease, liver disease, diabetes, HIV, Immunocompromised, obesity and pregnancy) and people in close contact with someone diagnosed with COVID-19 such as family members, co-workers and healthcare workers.

Ensuring the safety and wellness of our employees, patients, physicians and community is the number one priority at Boca Raton Regional. In furtherance of this goal, Boca Regional has undertaken numerous steps to help prevent the spread of COVID-19 to your homes and communities. All in-person meetings, events and gatherings, to the extent possible, are being conducted via phone, Zoom or Skype; volunteer programs have been suspended; all visitation has either been suspended or, for extreme circumstances, strictly limited; patients and those visitors who are permitted are screened at the entrances; elective procedures have been suspended and all employees and physicians are screened and have their temperatures taken on a daily basis before entering the hospitals.

While Boca Regional has taken every precaution to prevent the spread of COVID-19, none of these measures are fail proof. The virus is insidious, widespread and often present without the carrier's awareness. For this reason, we urge you and your loved ones to carefully review the following discharge instructions and heed all of the warnings, precautions and recommended actions should you develop any of the early signs of this potentially deadly infection.

IS IT A STROKE? Act **FAST** and Check for these signs:

Some medical conditions and lifestyle choices can put anyone at risk for stroke regardless of gender, ethnicity, or age. For this reason, it is important to stop smoking and be able to recognize the signs of stroke.

| | |
|---|---|
| FACE | Does the face look uneven? |
| ARM | Does one arm drift down? |
| SPEECH | Does their speech sound strange? |
| TIME | Call 9-1-1 at any sign of stroke |

**Heart Attack Signs**

**Chest discomfort:** Most heart attacks involve discomfort in the center of the chest and lasts more than a few minutes, or goes away and comes back. It can feel like uncomfortable pressure, squeezing, fullness or pain.

**Discomfort in upper body:** Symptoms can include pain or discomfort in one or both arms, back, neck, jaw or stomach.

**Shortness of breath:** With or without discomfort.

**Other signs:** Breaking out in a cold sweat, nausea, or light-headed.

Remember, **MINUTES DO MATTER.** If you experience any of these heart attack warning signs, call **9-1-1** to get immediate medical attention!

## Additional Resources

**In Case of Emergency Dial 911 or nearest Emergency Room**

| | |
|---|---|
| National Suicide Prevention Life Line<br>http://www.suicidepreventionlifeline.org | 1-800-273-TALK<br>(1-800-273-8255) |
| National Alliance on Mental Illness<br>http://www.nami.org | 1-801-323-9900 or<br>1-877-230-6264 |
| Substance Abuse and Mental Health Services Administration<br>http://www.samhsa.gov/suicide-prevention | 1-877-SAMHSA-7<br>(1-877-726-4727) |

FOR HOSPITALIZATIONS DEEMED AS OBSERVATION: An observation patient may experience higher costs than an inpatient on admission status for the time spent in a hospital because Medicare covers inpatient and outpatient hospital services differently. Medicare Part A covers inpatient hospital services, which requires a one-time deductible. Observation services are covered under Part B of Medicare and require the patient to pay a 20 percent co-payment for each individual service as explained by your case manager. Please also note that a patient under observation status in a hospital does not meet the requirements for qualifying inpatient hospital stay for Medicare coverage to a skilled nursing facility. In order to qualify for admission to a skilled nursing facility a patient must have been deemed as an inpatient in the hospital with a 3 day stay.

**Access Your Personal Health Information through Patient Connect!**

Patient Connect is an online, secure patient website that allows you access to your health information. Located on the Boca Raton Regional Hospital website, patients and/or family members can do any of the following items:

-Medical Visits and Treatment
-Summaries of Inpatient Stays
-Lab and Radiology Reports - three days after being performed
-Medication List after Discharge

We strongly urge you to take advantage of our Patient Connect. After your discharge from the hospital, you will receive an email inviting you to create your personal account, simply click on the link and follow the instructions to sign up. You can also visit the hospital's website www.brrh.com and click on the Patient Connect icon or you can self-enroll without an email invitation by visiting https://brrhpatientconnect.iqhealth.com/self-enroll/

If you need help signing up for Patient Connect please call 800-287-9085 for assistance.

**Do You Or Someone You Love Have Diabetes?**

Boca Raton Regional Hospital offers a comprehensive educational diabetes program that not only includes the definition of diabetes, but also how to improve your overall health having diabetes. Participants will learn about healthy eating with personalized meal plans, glucose monitoring, insulin devices, and medication management as well as the importance of physical activity and how to integrate it into busy schedules. They will also learn about the signs, symptoms and treatment of low and high blood sugar, and how to prevent and care for chronic complication.

For more information or to register for classes please call the Diabetes Education Program at Gloria Drummond Physical Rehab Institute at 561-955-2100.

**Medication leaflets, if any, will display below**

**Patient education materials, if any, will display below**

# Chest Pain Observation

It is often hard to give a specific diagnosis for the cause of chest pain. Among other possibilities your symptoms might be caused by inadequate oxygen delivery to your heart (*angina*). Angina that is not treated or evaluated can lead to a heart attack (*myocardial infarction*) or death.

Blood tests, electrocardiograms, and X-rays may have been done to help determine a possible cause of your chest pain. After evaluation and observation, your health care provider has determined that it is unlikely your pain was caused by an unstable condition that requires hospitalization. However, a full evaluation of your pain may need to be completed, with additional diagnostic testing as directed. It is very important to keep your follow-up appointments. Not keeping your follow-up appointments could result in permanent heart damage, disability, or death. If there is any problem keeping your follow-up appointments, you must call your health care provider.

## HOME CARE INSTRUCTIONS

Due to the slight chance that your pain could be angina, it is important to follow your health care provider's treatment plan and also maintain a healthy lifestyle:

- Maintain or work toward achieving a healthy weight.
- Stay physically active and exercise regularly.
- Decrease your salt intake.
- Eat a balanced, healthy diet. Talk to a dietitian to learn about heart-healthy foods.
- Increase your fiber intake by including whole grains, vegetables, fruits, and nuts in your diet.
- Avoid situations that cause stress, anger, or depression.
- Take medicines as advised by your health care provider. Report any side effects to your health care provider. **Do not** stop medicines or adjust the dosages on your own.
- Quit smoking. **Do not** use nicotine patches or gum until you check with your health care provider.
- Keep your blood pressure, blood sugar, and cholesterol levels within normal limits.
- Limit alcohol intake to no more than 1 drink per day for women who are not pregnant and 2 drinks per day for men.
- Do not abuse drugs.

## SEEK IMMEDIATE MEDICAL CARE IF:

You have severe chest pain or pressure which may include symptoms such as:

- You feel pain or pressure in your arms, neck, jaw, or back.
- You have severe back or abdominal pain, feel sick to your stomach (*nauseous*), or throw up (*vomit*).
- You are sweating profusely.
- You are having a fast or irregular heartbeat.
- You feel short of breath while at rest.
- You notice increasing shortness of breath during rest, sleep, or with activity.

- You have chest pain that does not get better after rest or after taking your usual medicine.
- You wake from sleep with chest pain.
- You are unable to sleep because you cannot breathe.
- You develop a frequent cough or you are coughing up blood.
- You feel dizzy, faint, or experience extreme fatigue.
- You develop severe weakness, dizziness, fainting, or chills.

Any of these symptoms may represent a serious problem that is an emergency. **Do not** wait to see if the symptoms will go away. Call your local emergency services (911 in the U.S.). **Do not** drive yourself to the hospital.

**MAKE SURE YOU:**
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 01/20/2012 Document Revised: 12/23/2014 Document Reviewed: 06/19/2014
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

I acknowledge that I received the Florida Department of Health educational pamphlet "Information on Nonopioid Alternatives for the Treatment of Pain" on admission.

**I acknowledge that I have received all valuables and belongings shown below.**

Boca Raton Regional Hospital would like to thank you for allowing us to assist you with your healthcare needs. Your signature below indicates that you have received your prescriptions and have all your personal belongings and valuables. I have discussed, read, and understand my "Discharge Instructions" and I have no further questions.

# Exhibit K

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

Matthew Duntz

5·10·22

JAN FEB MAR APR MAY JUN
JUL AUG SEP OCT NOV DEC

| | |
|---|---|
| IRBESARTAN | 75 mg<br>ONE A DAY |
| METOPROLOL ER SUCCINATE | 25 mg (1/2 OF A PILL)<br>ONE A DAY |
| ALLOPURINOL | 100 mg<br>ONE A DAY |
| ATORVASTATIN | 40 mg<br>ONE A DAY |
| LEVOTHYROXINE | .05 mg<br>ONE A DAY |
| CLOPIDOGREL | 75 mg<br>ONE A DAY |
| ASPIRIN | 81 mg<br>ONE A DAY |

Lincoln/Duntz 0584

Matthew Duntz

| JAN | FEB | MAR | APR | MAY | JUN |
| --- | --- | --- | --- | --- | --- |
| JUL | AUG | SEP | OCT | NOV | DEC |

| | |
| --- | --- |
| NITROGLYCERIN | .2 mg /hr as needed |
| GLUCOSAMINE | 1500 mg 2 a DAY |
| VITAMIN D3 | 50 mcg ONE A DAY |

Lincoln/Duntz 0585

# Exhibit L

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 20, 2021

MATTHEW J DUNTZ

Re: Policyholder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129200000
Claim Number: 1210085648
Claimant: Matthew Duntz

Dear Mr. Duntz:

This letter is to advise you your claim for Short Term Disability benefits has been approved beginning on 08/02/2021.

The policy issued to Aerospace Technologies Group, Inc., has a 14 day elimination period during which no benefits are payable. Your benefits will begin on 08/16/2021. Your first payment will be received separately within the next business week. Subsequent payments will be issued weekly or biweekly depending on your specific policy language.

Based on your Basic Weekly Earnings, your weekly benefit will equal $2,000.00. However, if you are receiving Other Income Benefits as defined by your policy, your benefit may be reduced based on policy provisions.

At this time your benefits are being allowed to 10/11/2021. This date represents the recovery period that has been suggested by your physician or the usual and customary recovery period for your disability and occupation.

If you are unable to return to work on this date due to your disability, please provide the attached form to your doctor to complete and return to Lincoln Financial for consideration of additional disability benefits; or provide medical documentation that supports continued disability.

Medical documentation may include, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and or laboratory results, operative reports, hospitalization records, all types of therapy notes and consultations. This information may be obtained from your physicians and should be provided at your own expense. A note from your

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

physician without any supporting documentation may not be sufficient to approve further benefits.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Swara Vyas
1-800-423-2765
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

Enclosure(s): Group Continuance DISB APS
CC: Aerospace Technologies Group, Inc.
ATTN: Michelle Glenn
620 NW 35th St
Boca Raton, FL 33431

# Exhibit M

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 2, 2022

MATTHEW J DUNTZ

Re: PolicyHolder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129000000
Claim Number: 1220010964
Claimant: Matthew Duntz

Dear Mr. Duntz:

We have completed our review of your Long Term Disability claim and have determined that no benefits are payable beyond .

To be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy. This includes but is not limited to the following:

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows.

1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform:
    a. during the first 12 months following the date of loss, one or more of the Main Duties of his or her Own Occupation; or
    b. after a period of 12 months following the date of loss, each of the Main Duties of his or her Own Occupation.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

ELIMINATION PERIOD: calendar days of Disability caused by the same or a related Sickness or Injury, which must be accumulated within a calendar day period.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**ELIMINATION PERIOD** means the number of days of Disability during which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits. It applies as follows.

1. The Elimination Period:
   a. begins on the first day of Disability; and
   b. is satisfied when the required number of days is accumulated within a period which does not exceed two times the Elimination Period.

During a period of disability, the Insured Employee may return to work, at his or her own or any other occupation, for an accumulated number of days not to exceed the Elimination Period.

2. Only days of Disability caused by the same or a related Sickness or Injury will count towards the Elimination Period. Days on which the Insured Employee returns to will not count towards the Elimination Period

**Information reviewed and action taken**

After a thorough review of the information currently contained in your claim file, we have determined that you do not meet the definition of Total Disability, as defined above. Outlined below is the information reviewed which led to our determination.

In our review process, all information previously submitted as well as any new documentation is used to make a determination. The documentation contained in your claim file includes, but is not limited to the following:

- Attending Physician Statement completed by Constance Fields MD on 08/17/2021
- Stress Test completed 11/22/2021 by Jay Baker MD
- Office and treatment notes from Dr. Constance Fields 11/30/2021 to 01/26/2022
- Peer Review completed 04/18/2022 by Ali Reza MD, Board Certified in Cardiovascular Disease and Board Certified in Interventional Cardiology
- Job Description, Aerospace Technologies Group, Inc.
- Occupational Analysis, Lincoln Financial Group

According to the information contained in your claim file, you stopped working on 07/30/2021 due to a diagnosis of Atherosclerotic heart disease of native coronary artery. As part of our review to evaluate if you are eligible for Long Term Disability benefits, we utilized documents from your Short Term Disability claim file, as well as new documents submitted for review of the Long Term Disability claim.

As part of the Long Term Disability review, your medical file was reviewed by Dr. Ali Reza, an independent physician reviewing Board Certified in Cardiovascular Disease and Board Certified in Interventional Cardiology. As part of the review, Dr. Reza attempted to call Dr. Fields to discuss your claim and left messages on 04/05/2022 and 04/12/2022. Dr. Reza's report, which is dated 04/18/2022, concludes, in part:

> "Given the claimant's cardiac history with multiple cardiac catheterizations and 2 separate stent placements in conjunction with ongoing angina symptoms, it is reasonable to support a degree of restrictions and limitations on the claimant's activity. For the timeframe of 08/03/2021 through 08/10/2021, 10/16/2021, and 12/13/2021 through 12/20/2021 the claimant had no sustainable work capacity

secondary to undergoing hospital evaluation, procedures and or immediate recovery.

For the timeframe of 07/31/2021 through 08/02/2021, 08/11/2021 through 10/15/2021, 10/17/2021 through 12/12/2021 and 12/21/2021 to present and beyond, the following restrictions and limitations are appropriate on the claimant's activity.

1. Sitting: Unrestricted
2. Standing and walking: Frequently up to 4 hours per day
3. Lifting/Carrying/Pushing/Pulling: No more than 25 lbs.
4. Climbing Ladders/Crawling: never
5. Climbing Stairs, Kneeling, Crouching, Balance Occasionally
6. Reaching Overhead or below waste: Unrestricted
7. Keyboarding, Simple and Firm Grasp, Foot Controls: Unrestricted."

"While the medical records do support a degree of restrictions and limitations on the claimant's activity, the restrictions and limitations recommended by the claimant's treating provider on 08/17/2021 do not evidence full capacity the claimant can sustain. The medical records supported the claimant had additional functional capacity greater than indicated by the treating provider."

As noted previously, in order to be eligible for Long Term Disability benefits, you must satisfy an Elimination Period of 180 days. During the Elimination Period, you need to remain Totally Disabled as described in the Total Disability provision above. Based on your date of disability of 7/31/2021, the Elimination Period would conclude 1/27/2022. Per our review of the file, including the Peer report of Dr. Ali Reza, we have concluded that you would not have had occupational restrictions and limitations beyond 12/21/2021 which would have prevented the performance of one or more of the Main Duties of your Own Occupation.

It is important to note that the policy under which you are covered refers to and is governed by the main duties of your regular "occupation" and not by the duties of your specific job. Nearly every job in the economy is performed slightly different from one employer to another. However, the Department of Labor groups jobs into occupations based on their similarities. The term "occupation" refers to a collective description of a number of individual jobs that are performed, with variations, in many establishments. Consequently, there will be similarities between the main duties of your occupation and those of your job. There may also be some differences.

In addition to the medical documentation submitted to our office, we obtained your written job description, your employer's description of your job duties, and the description of your occupation from the Department of Labor's Dictionary of Occupation Titles 189117034 In order to be eligible for Long Term Disability benefits, you must have been unable to perform each of the main duties of your occupation, as they would be performed in a typical setting for an employer.

The contract issued to Aerospace Technologies Group, Inc. states, in part:

**MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:

1. during the first 12 months following the date of loss, are normally required to perform the Insured Employee's Own Occupation; or
2. after a period of 12 months following the date of loss:
   a. are normally required to perform the Insured Employee's Own Occupation; and
   b. could not reasonably be modified or omitted.

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:
1. the Employer is subject to the Act; or
2. the Insured Employee has requested such a job accommodation.

An Employer's failure to modify or omit other job tasks does **not** render the Insured Employee unable to perform the Main Duties of the job.

Based on information obtained from your employer and occupational information contained within the *Dictionary of Occupational Titles* (DOT), we have determined that your occupation is best defined as a VICE PRESIDENT (any industry) in the national workforce. The material and substantial duties of a VICE PRESIDENT (any industry) include but are not limited to the following:

The employer indicated job demands include the following:
1. Sitting Several times per day
2. Standing Several times per day
3. Talking Continuously
4. Typing Several times per day
5. Walking Several times per day
6. Writing Several times per day
7. Prolonged visual work
8. Most frequently lifts under 10 lbs. occasionally.
9. Heaviest object lifted under 10 lbs. occasionally.
10. This position requires 25-50% of domestic and international travel.

The occupation is typically performed as Sedentary in the National Economy, per the DOT.

We reviewed the medical documentation provided in conjunction with the written job description, your employer's description of your job duties, and the Department of Labor's Dictionary of Occupational Titles (DOT), and determine that the medical evidence does not support Total Disability as defined by the policy.

**Summary**

In summary, the medical documentation contained in your claim file does not support Total Disability as defined by the policy. As noted previously, in order to be eligible for Long Term Disability benefits, you must satisfy an Elimination Period of 180 days. During the Elimination Period, you need to remain Totally Disabled as described in the Total Disability provision above. Based on your date of disability of 7/31/2021, the Elimination Period would conclude 1/27/2022. Per our review of the file, including the Peer report of Dr. Ali Reza, we have concluded that you would not have had occupational restrictions and limitations beyond

12/21/2021 which would have prevented the performance of one or more of the Main Duties of your Own Occupation. Therefore, the Elimination Period was not satisfied and no benefits are payable.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Jane Davidson
800-423-2765 x2835
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

# Exhibit B

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

| | |
|---|---|
| **Job title** | *Chief Sales Officer* |
| **Reports to** | *CEO* |

**Job purpose**

Executive Leader for ATG Sales and Program Management. Develops Sales plan to align with strategic plan for the Company and personally represents ATG in a sales and consultation role with our partners. This position leads the Sales, Program Management and Customer Service departments,

**Duties and Responsibilities**

- Builds positive long-term relationships and high potential for repeat business with customers.
- Establishes sales plans to meet annual, quarterly, or monthly goals.
- Sets Department KPIs for reporting departments.
- Performs contract reviews
- Supports team members with sales presentations, including demonstrations and sales proposal presentations. Assists team members by supporting / conducting sales negotiations with appropriate customer personnel.
- Provides council to ATG customers on creating solutions for the customer experience
- Develops ATGs Marketing plan, including
- Budgets, oversees planning and marketing of multiple trade shows each year
- Leads the Customer Support team by providing council and mentoring
- Leads the Program Management team, authorizes change orders and capital investments

**Qualifications**

Qualifications include:

- Bachelor's degree in sales preferred but not required
- Sales experience with commercial jets
- Aircraft Interiors experience preferred
- Knowledge and understanding of Federal Aviation Regulations
- Knowledge and understanding of AS9100
-

**Preferred Experience:** Between 5 and 10 years

**Preferred Education:** Associate's Degree

**Working Conditions**

- Exercising independent judgment
- Rapid Decision Making
- Precise Accuracy requirements
- Meet production deadlines
- Safeguarding organization assets and property
- Minimal Guidance or direction
- Performing multiple functions/activities

- Complex calculations

**Physical Requirements**

- Sitting Several times per day
- Standing Several times per day
- Talking Continuously
- Typing Several times per day
- Walking Several times per day
- Writing Several times per day
- Prolonged visual work

| Lifting Activities | Weight | Height | Distance | Frequency |
|---|---|---|---|---|
| Most Frequently Lifted Object | Under 10 lbs. | Waist level | 1 - 9 feet | Occasionally |
| Heaviest Object Lifted | Under 10 lbs. | Waist level | 1- 9 feet | Occasionally |

**Travel Requirements**

This position requires 25-50% of domestic and international travel.

**Direct reports**

None

| | |
|---|---|
| **Approved by:** | |
| **Date approved:** | |
| **Reviewed:** | *March 2019* |

**From:** Michelle Glenn < >
**Sent:** Tuesday, May 17, 2022 1:35 PM
**To:** Gracy, Chad < >
**Cc:** Jackie Eveslage < >; Melissa Whipple
< >
**Subject:** follow up Duntz LTD Claim

*****This email is from an external source. Only open links and attachments from a Trusted Sender.*****

Chad-
Thank you for your time last week and information on the review of the Duntz LTD claim. I have attached the Chief Sales Office er job description to this email and below are some bullet points to provide more detail on what the role entails at ATG. Additionally, I will be forwarding to your email only, two emails with attachments from Matt Duntz. The attachments are two separate letters from Mr. Duntz's cardiologist that outline his health history starting in March of 2020. He took pictures of the individual pages of the letters. He thought that the STD review had these and assumed LTD did as well, but from our conversation this was a new claim and the information did not flow through. If the letters prove information and you require more details, I can coordinate with Mr. Duntz to obtain hospital records, etc.
Thank you again for your attention to our employee.
Michelle

Chief Sales Officer at ATG

- This position is one of 4 Officers of the Company – these are the highest ranking positions and contribute to other areas in addition to their direct responsibilities
- ATG's clients are worldwide and travel includes, Europe, Middle East, Canada and US (note that travel is 25 to 50% of time as noted)
- Sales at ATG involves sourcing new opportunities and heavy contract negotiation on new products with aerospace OEM's (i.e. Boeing, Gulfstream, Bombardier, etc)
- Program Management at ATG manages all new program development which includes, engineering, FAA certification and entry to manufacturing. Additionally this team manages the long term support of products
- Customer Support at ATG maintains client relationships including the processing of orders and spare parts. This department receives communication 24X7
- Marketing at ATG manages up to 6 trade shows per year. These shows are in Dubai, Germany, France and US
- As one of four officers of the Company, ATG's strategic plan and annual budget are created by the leadership team and corporate decisions are made collectively
- This position requires ability to be contacted 24X7 to support international clients. This position maintains a schedule that is over 40 per week in the office and frequently several hours out of the office

**Michelle Glenn, SPHR**
**Chief People Officer and VP of Administration**

**Aerospace Technologies Group, Inc.**
**620 NW 35th Street | Boca Raton, FL 33431 | USA**
**Direct +1.561.244.7396 | Main +1.561.244.7400**
**Mobile +1.954.232.9806**

# Exhibit C

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

| | |
|---|---|
| PHYSICIAN #: | 1634 |
| NAME: | RODOLFO CARRILLO-JIMENEZ MD |
| ADDRESS: | 11195 S JOG ROAD #6<br>BOYNTON BEACH, FL 33437 |
| GROUP #: | 61634 |
| PHONE #: | (561)807-0500 |
| FAX #: | 877-536-5811 |
| SPECIALTY: | CARDIOVASCULAR DISE<br>INTERNAL MEDICINE |
| UPIN: | H27015 |
| NPI: | 1871513754 |



2 weeks

Physician Preferences

Additional Details (Restricted Access)

772-206-28

42 1134

Samuel D. Payne
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

OCT 21 2022

October 12, 2022

**VIA CERTIFIED MAIL <u># 7021 2720 0000 3441 7174</u>**
**RETURN RECEIPT REQUESTED**
**& FACSIMILE: <u># (402) 361-1460</u>**

**Claims Shared Services**
**The Lincoln National Life Insur. Co.**
**<u>ATTN.: Jane Davidson</u>**
**P.O. Box 2337**
**Omaha, NE 68103**

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Matthew Duntz** |
| | **LTD Claim No.:** | **1220010964** |
| | **Policy No.:** | **00001014129000000** |
| | **Policyholder:** | **Aerospace Technologies Group, Inc.** |
| | **DOB:** | |

Dear Ms. Davidson, or To Whom It May Concern:

This law firm represents Matthew Duntz regarding his long-term disability ["LTD"] benefits under the Plan/Policy as referenced above. Throughout this letter, Lincoln and Employer/Plan Sponsor/Policyholder Aerospace Technologies Group, Inc. may be collectively referred to as the "Company."

To the extent that the Company has denied Mr. Duntz's LTD claim on any basis, please accept this letter as our official request on her behalf for review/appeal and his effort to exhaust completely all contractual/administrative remedies under the applicable Plan/Policy documents; further, his appeal/exhaustion of remedies as per applicable federal ERISA law/regulations.

Specifically, we are appealing from Lincoln's denial letter dated 5/2/2022. A copy of that denial letter is attached as **<u>Exhibit A</u>.**

If, at any time, the Company needs Mr. Duntz to do anything else (reasonable) to exhaust his remedies or perfect his claim, please let us know. This specifically includes completing any additional needed forms, questionnaires or the like for the Company.

**INTRODUCTION:**

The basic facts here are as follows:

- Mr. Duntz's DOB: (*current age: 60)
- Residence: Hendersonville, TN (moved from Fla. in late 2021)
- Education: HS Graduate
- Employer: Aerospace Technologies Group
- Job: Chief of Sales a/k/a Chief Sales Office (*one of 4 Officers of Company)
- Date of Hire: 2/15/2016
- Annual Compensation/Wages: $216,499.92 (*exclusive of any bonuses)
- Last Day Worked: 7/30/2021
- Date of Disability: 7/31/2021
- STD benefits via Lincoln: 8/16/21 (began after Elimination Period) through approx. 1/27/2022
- LTD benefits received: None

More detailed information regarding our client's job with Aerospace Technologies is found in the attached collective **Exhibit B**. Note carefully: although the denial letter here suggests that his job was more or less the proverbial sedentary "desk job," this is not accurate.

Mr. Duntz's job included responsibilities for managing all programs both ongoing (long-term contracts) and new in development, all customer relations and product ordering, as well as corporate marketing. He was one of four (4) officers of the Company, and clients for which he was responsible were found worldwide, including Europe, Middle East and Canada (in addition to USA). Thus, heavy travel was anticipated and expected for serving those clients, as well as participation in up to six (6) trade shows per year (shows in Dubai, Germany, France and USA). As far as the trade shows, Mr. Duntz was responsible for organizing all related customer meetings and the shows themselves, as well as attending the shows and then breaking down the booths and transport them back to the home office.

Further, the nature of his executive sales position required him to receive and respond to communications 24 x 7 due to the international client base. Essentially, Mr. Duntz was always "on call," which is obviously part and parcel of a stressful job.

At this point, Mr. Duntz's disabling conditions include without limitation: atherosclerotic heart disease (coronary arteriosclerosis) (described to our client as "aggressive heart disease"); two heart attacks (myocardial infarctions) within 18 months (March, 2020 and July, 2021), the latter resulting in his stopping work; abnormal cardiac catheterization; placement of stent(s); hyperlipidemia; chest pain; chronic angina;[1] shortness of breath; benign paroxysmal positional vertigo; night sweats/diaphoresis; cancer (melanoma) in numerous locations including liver; lymphadenectomy (left arm pit) (part of surgical management of cancer); also Mohs surgery to remove tumor on face; abnormal weight loss; myalgia; gout; vitamin D deficiency; hypothyroidism; and hearing loss.

If all that were not enough, our client had a significant bout with Covid-19 that required him to be seen at the hospital on or about 10/18/2021. He was diagnosed at that time with acute chest pain, shortness of breath, COVID-19 virus infection, fever, chills, and cough.

**According to treating cardiologist Dr. Constance Fields, Mr. Duntz "[n]eeds to avoid all emotional and physical stress" in terms of employment.**

**LTD PLAN/POLICY DEFINITION OF DISABILITY:**

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:

1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform:

a. during the first 12 months following the date of loss, one or more of the Main

[1] Angina is a condition marked by severe pain in the chest, often also spreading to the shoulders, arms, and neck, caused by an inadequate blood supply to the heart. Angina is the specific type of pain that one experiences when the heart is in trouble -- angina can be a symptom of a heart attack.

Duties of his or her Own Occupation; or

b. after a period of 12 months following the date of loss, each of the Main Duties of his or her Own Occupation.

2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

## REASON FOR DENIAL OF BENEFITS:

The 5/2/2022 denial letter states as follows:

"After a thorough review of the information currently contained in your claim file, we have determined that you did not meet the definition of Total Disability... Outlined below is the information reviewed which led to our determination.... As part of the... review, your medical file was reviewed by Dr. Ali Reza, an independent physician reviewing Board Certified in Cardiovascular Disease and Board Certified in Interventional Cardiology.....We [also] reviewed the medical documentation provided in conjunction with the written job description, your employer's description of your job duties, and the Department of Labor's Dictionary of Occupational Titles (DOT), and determined that the medical evidence does not support Total Disability as defined by the policy.... As noted previously, in order to be eligible for Long Term Disability benefits, you must satisfy an Elimination Period of 180 days. During the Elimination Period, you need to remain Totally Disabled as described... above. Based on your date of disability of 7/31/2021, the Elimination Period would conclude 1/27/2022. Per our review of the file, including the Peer report of Dr. Ali Reza, **we have concluded that you would not have had occupational restrictions and limitations beyond 12/21/2021 which would have prevented the performance of one or more of the Main Duties of your Own Occupation. Therefore, the Elimination Period was not satisfied and no benefits are payable."**

Further, the denial letter attributes the following conclusion to Dr. Reza (per his report dated 4/18/2022):

"While the medical records do support a degree of restrictions and limitations on the claimant's activity, the restrictions and limitations recommended by the claimant's treating provider on 08/17/2021 do not evidence full capacity the claimant can sustain. **The medical records supported the claimant had additional functional capacity greater than indicated by the treating provider**."

## MEDICAL EVIDENCE:

In addition to the medical information/records already found in the Company's claims files (STD and LTD) for Mr. Duntz, we are attaching hereto presently-available medical records:[2]

**Exhibit C: Medical Records from Boca Raton Regional Hospital**

800 Meadows Road

Boca Raton, FL 33486

**David S. Rosenthal, M.D.**

Emergency Medicine Physician

**Jason D. Golub, M.D.**

Board Certified Internal Medicine Specialist

**Hema Jadoonanan**

Family Medicine Doctor

**Dates of Treatment Include: 3.22.2020 to 3.24.2020**

**3/22/2020**: Mr. Duntz presented to Dr. Rosenthal in the ED with complaints of intermittent, burning chest pain in the center of his chest for 4 days. He denies modifying factors. Pain is 4/10, non-radiating. He took 2 baby ASA PTA. An xray of the chest found no radiographic evidence of acute lung pathology.

An EKG was completed and found mild mitral regurgitation is present, the tricuspid valve is not well visualized, the IVC is mildly dilated. A chest xray was completed and found no radiographic evidence of acute lung pathology. Routine chemistry was completed and Troponin I is suggestive of myocardial injury.

---

[2]Please understand that all medical records and other sensitive documentation tendered with this appeal are intended to be strictly maintained as CONFIDENTIAL by the Company, used only on a need-to-know basis for purposes of handling our client's LTD claim.

**Dr. Rosenthal's assessment: Acute chest pain and non-ST elevated myocardial infarction (NSTEMI). Differential diagnoses include but are not limited to ACS, angina, musculoskeletal strain, pneumothorax, pneumonia, arrhythmia.**

8:27pm: A re-evaluation found Mr. Duntz has had mild relief of chest pain with sublingual NTG. An IV NTG drip was initiated for chest pain and an IV Heparin was initiated for NSTEMI. Mr. Duntz was admitted because he required further evaluation and treatment. Hospitalist Service is being contacted to assume care of this patient at this time. The patient has been informed of their initial diagnosis and agrees to further evaluation and treatment.

8:25pm: Dr. Carrillo agrees with assessment and plan. He will be admitted for likely cardiac catheterization in the morning.

9:22pm: Mr. Duntz is chest pain free.

9:27pm: Mr. Duntz presented to Dr. Jadoonanan. He has a history of gout, dyslipidemia, and hypothyroidism. He complains of intermittent substernal chest burning that began last Wednesday. He states pain became constant today. Describes it as substernal chest burning without radiation. Denies any improvement with over-the-counter antacids. No nausea, vomiting, shortness of breath, diaphoresis. During his ER workup he was found to have elevated Troponins all be admitted for further treatment.

Treatment plan: ACS-aspirin, nitroglycerin drip, heparin drip, trend troponins, cardiology evaluation. NPO after midnight for cardiac catheterization. Lopressor b.i.d. and hydralazine p.r.n. for hypertension. Continue levothyroxine for hypothyroidism. Continue statin for dyslipidemia.

10:07pm: Mr. Duntz was discharged from the ED and admitted into the hospital due to acute chest pain and non-ST elevated myocardial infarction.

**3/23/2020**: Catheter lab was completed.

**3/24/2020**: Mr. Duntz was discharged. He was admitted to Medicine Service for evaluation non ST-elevation myocardial infarction. He was initially treated with heparin therapy subsequently taken the catheterization lab by Cardiology consultant. He underwent deployment of a left circumflex drug-

eluting stent. Post procedural course was uneventful. Echocardiogram showed preserved ejection fraction. He was extensively counseled on need for compliance of medication including aspirin and Brilinta.

**Exhibit D: Medical Records from Holy Cross Medical Group**

9980 Central Park Blvd., Suite 304

Boca Raton, FL 33428

**Constance Fields, M.D.**

Cardiology Specialist

**Dates of Treatment Include: 1.13.2020, 1.23.2020, 1.30.2020, 3.30.2020, 5.5.2020, 6.25.2020, 10.26.2020, 5.4.2021, 8.3.2021, 11.22.2021; see also labs and Holter monitoring reports.**

**/13/2020**: Mr. Duntz presented to Dr. Fields for a cardiac evaluation for complaints of possible vertigo. He is an active 57 year old gentleman with hypothyroidism, hyperlipidemia, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed – he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He hasn't had any events now in just over a week. He has not had associated palpitations although can't be sure that he also doesn't also feel lightheaded at the same time. He's had no chest pain, shortness of breath at rest or with exertion or leg swelling. He's had no upper respiratory infection and has had no associated abdominal pain, diarrhea or nausea. He has never experienced anything like this before. He has no history of myocardial infarction, diabetes, smoking history or premature history of heart disease. His labs drawn January 9, 2020 included a total cholesterol of 152, HDL 40, triglyceride level of 157with a non-HDL cholesterol of 112, glucose 90, stable CMP with a hemoglobin A1c of 5.2, normal TSH and CBC.

EKG is stable. He is a candidate for an echocardiogram to see if he has associated valvular heart disease, a 5 day monitor to see if he could be experiencing any arrhythmias and also recommend a brain CT scan without contrast to start to see if there are any significant abnormalities. In the meantime, he should be evaluated by an ENT specialist.

His hyperlipidemia is well controlled and he is tolerating simvastatin without myalgias or myopathy. Recent TFTs for his hypothyroidism were normal. He has a remote history of syncope about 5 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction. He avoids this reaction now so long as his blood is obtained from his vessels in his hand. His gout is asymptomatic.

Mr. Duntz's vital signs are normal and he is not orthostatic with change in position. It does not reproduce his symptoms and normally will not cause his symptoms outside of the office. He can be up and walking around for a while and suddenly develop the very mild diaphoresis and fleeting dizziness. His EKG performed is stable. Referral to ENT specialist to be seen soon. For any severe episodes, he should be seen in the ER and contact us.

Dr. Fields' assessment: Hyperlipidemia, gout, dizziness, exertional shortness of breath.

Treatment plan: CT Brain w/out contrast, echocardiogram, Holter monitor for 24 hours, follow up, otolaryngology referral, evaluation and treatment.

**1/23/2020**: Mr. Duntz presented to Dr. Fields for an echocardiogram. The left ventricle is normal in size with preserved LV systolic function with a normal ejection fraction. There are no focal wall motion abnormalities. There is borderline concentric LVH. The right ventricle is normal in size with preserved RV free wall motion. Both atria are normal in diameter. The aortic root and ascending aorta are normal in diameter. The mitral valve leaflets are thin and normally mobile without systolic prolapsed. There is mild mitral annular calcification. The aortic valve is tricuspid with adequate cusp excursion. There is no Doppler evidence of aortic valve stenosis or insufficiency. The tricuspid valve leaflets are thin and normally mobile. The pulmonic valve leaflets are thin and normally mobile. There are no intracardiac masses seen. There is no pericardial effusion. There is an anterior fat pad present. There is an interatrial septal aneurysm without Doppler evidence of communication between the 2 atria. Doppler interrogation is significant for trace mitral and tricuspid insufficiency with normal RV systolic pressure of 16mmHg.

**1/30/2020**: Mr. Duntz returned to Dr. Fields for reevaluation. Since last seen he was evaluated by ENT, Dr. Houle, and he was diagnosed with benign positional vertigo responding to the Epley maneuvers. He has had no further episodes of dizziness which was usually associated with diaphoresis. He has not had any symptoms of chest pain, shortness of breath, palpitations, syncope or leg swelling. He has no discomfort at the bottom of his fee. Echocardiography performed 1/23/20 showed normal

cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast 1/21/20 showing no evidence of an acute intracranial lesion. Also, there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Mr. Duntz is doing very well from a cardiac standpoint. He has been asymptomatic without symptoms of possible angina or an arrhythmia. His symptoms were found to be due to vertigo which have resolved. We reviewed the results of this stable echocardiogram, Holter monitor and CT of the brain. I will refer him to a podiatrist for his complaints of foot discomfort. We will make arrangements to see him in the office in 6 months for evaluation. He will be given a prescription to have his labs drawn before that visit.

**Dr. Fields' assessment: Benign paroxysmal positional vertigo, vitamin D deficiency, hypothyroidism, and hearing loss.**

Treatment plan: Alkaline phosphatase serum, alanine aminotransferase, aspartate aminotransferase, lipid panel, thyroxine, thyroid stimulating hormone, uric acid serum, vitamin D, follow up in 6 months.

**3/30/2020**: Mr. Duntz presented to Dr. Fields for reevaluation. Echocardiography performed 1/23/20 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast 1/21/20 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bmp, minimum rate 61, and maximal heart rate of 137 bmp when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Mr. Duntz was hospitalized 3/20/20 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid-100% left circumflex occlusion performed by Dr. Carrillo. He had single-vessel coronary artery disease. He was discharged on 3/24/20. He had developed substernal chest burning which then became a pressure-lie discomfort associated with nausea and vomiting a few days before he presented to the hospital. He has not had recurrence of any of the symptoms which in retrospect were his angina symptoms since his discharge from the hospital.

Echocardiography also performed during his hospitalization 3/22/20 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest xray during his hospitalization showed no evidence of lung pathology. His labs drawn included cholesterol of 124, HDL 42 and LDL of 58 his Troponin increased to a maximum of 5.8. His CBC and renal function were stable. He was discharged from the hospital was the addition of Brilinta 90mg twice a day, Metoprolol Succinate 25 mg daily and he was told to eventually start Irbesartin 75 mg a day but not until he is seen as an outpatient by the cardiologist. He does have a new mild shortness of breath at times which could be a side effect. He intentionally lost 21lbs since he was last seen in the office. Over the last couple of months Mr. Duntz has no developed severe night sweats which primarily drenches his head a few times a month. The last episode was last night. He has had no fevers or chills. He did not have a fever when this happened.

His benign positional vertigo symptoms have not reoccurred since he had the Epley maneuvers. Critical single-vessel coronary artery disease-status post MI 3/22/20 and status post PCI and drug-eluting stent placement to a proximal to mid-100% circumflex lesion-he has had no angina symptoms since his discharge from the hospital. His angina consists of substernal chest pressure or burning. He is to continue Metoprolol for now however I would not start an ARB yet since he will be receiving more IV contrast for his CT body scan but soon but will restart it in the next few weeks if his blood pressures are stable.

Hyperlipidemia is well controlled. He is tolerating simvastatin without myalgias or myopathy, however, he did have significant CAD despite normal lipid levels so my recommendation is to try to lower is LDL to less than 40 by increasing simvastatin to 40mg 3 days a week and continue 30 mg the other 4 days a week.

Mr. Duntz's vital signs are normal in the office today. He is doing well status post PCI and drug-eluting stent placement to an occluded proximal to mid-circumflex lesion performed last week when he presented with a non-ST segment elevation MI. His echocardiogram was stable. He will follow-up with the interventional cardiologist next week. Increase his statin in order to try to lower his LDL to less than 40. Should he develop any side effects he knows to contact us. He appears to be tolerating Metoprolol without side effects. I am also concerned about his episodic sometimes severe night sweats and will order chest, abdomen and pelvic CT as well as blood cultures. He will be called with the results. Follow up with the dermatologist who has been following him for his known diagnosis of melanoma. At follow up, so long is he is hemodynamically stable and his renal function is also stable, will start him on an ARB.

**Dr. Fields' assessment: Coronary arteriosclerosis, past myocardial infarction, melanoma, night sweats, abnormal weight loss, and myalgia.**

Treatment plan: Blood culture; continue medications, low fat and low cholesterol diet, follow up in 4 weeks.

**5/5/2020**: Mr. Duntz presented to Dr. Fields for evaluation. His complaints of diaphoresis spontaneously resolved and he has not had 1 event in the last 5 to 6 weeks. He had a CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. He has no complaints of chest pain, shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. He was able to locate his MRIs performed in 2011 and 2012. The results are similar to his current CT scan only that the splenic lesion seen with the current CT is new. His systolic readings usually run between 105 to about 117. If he stands up he will become lightheaded momentarily.

CT of the chest abdomen and pelvis was stable except for a new small splenic lesion and it was recommended the study be repeated in 3 months.

Mr. Duntz's vital signs are normal. He is tolerating his current medications well without side effects. He does not have symptoms of angina or an arrhythmia. His severe episodes of diaphoresis spontaneously resolved. It is unclear what was causing the symptoms. If they do recur, he is to notify us. He was encouraged to follow up with his dermatologist. Wait to start him on Irbesartan until he needs to have a follow-up BMP drawn before he can proceed with his abdominal CT to follow the new small splenic lesion seen on his recent study. He needs to have his renal function lab work done a few weeks before his follow-up CT scan performed in early July. We will make arrangements for him to start a low dose of Irbesartin – just half of the 75mg pill and when he does he should decrease his Metoprolol to half a tablet a day as well. This change in medications begins June 1. He will be given a prescription to have his renal function lab work drawn a week later and will bring him back to the office at that time to see how he is doing. He is cleared to exercise. When seen at his follow up, give him a prescription for a repeat abdominal CT to follow the splenic lesion.

Treatment plan: Renew Brilinta 90mg, CMP, Lipid panel, thyroxine specimen source, thyroid stimulating hormone, uric acid serum, continue medications, and follow up in 6 weeks.

**6/25/2020**: Mr. Duntz presented to Dr. Fields. He has been doing well since last seen in the office. He has no complaints of shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. When last seen he had started on Irbesartan (Avapro) 75mg starting June 1 and reduced the amount of his Metoprolol to 12.5mg a day. He has had 2 fleeting episodes of atypical left-sided chest discomfort which happened within 1 week of each other since last seen. He has not experienced anything like this before. He says overall however he is feeling very good at this time.

Mr. Duntz's vital signs are normal. He had atypical fleeting chest pain a couple of weeks ago only occurring twice and the symptoms were dissimilar to what he experienced when he was found to have obstructive CAD. It is unclear what may have caused the symptoms and if they recur he would be a candidate for a Holter monitor to see if he is experiencing an arrhythmia. Because it occurred coincident with having decreased his beta-blocker, he should still stay on a small dose of 12.5mg a day. He says overall however he is feeling quite well. I recommend adding Zetia to lower his LDL even further and we did discuss the side effects. He has been given a prescription to have his labs drawn and follow up in 6 to 9 weeks.

Dr. Fields' assessment: 2 episodes of fleeting left sided chest discomfort which occurred within the last 3 weeks – coincident with decreasing his Metoprolol and could be possibly related to ectopy. He should continue the same does of Metoprolol rather than wean him off altogether at this time.

Treatment plan: Start Ezetimibe 10mg, alkaline phosphatase fraction, follow up in 4 months.

**10/26/2020**: Mr. Duntz presented to Dr. Fields for follow up. He has been feeling well from a cardiac standpoint since last seen. He has no complaints of chest pain, shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. He has not been hospitalized since last seen nor is he taken any new prescription medication. He underwent a PET CT scan of the abdomen in September 2020 when a CT scan showed a 1.2cm splenic lesion. The PET scan was unremarkable suggesting that the lesion was probably benign. He was referred to Dr. Sunil Patel of oncology who is now following him. He is currently on Irbesartan 327.5mg a day and Metoprolol 12.5mg a day.

Treatment plan: Creatine kinase total serum, specimen/data collection, continue medications, follow up in 6 months.

**5/4/2021**: Mr. Duntz presented to Dr. Fields for evaluation. He has not been hospitalized since last seen nor is he taking any new prescription medication. He has no complaints of chest pain, shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. His labs last drawn in 10/2020 included a LDL 28, cholesterol 82, normal LFTs with a TSH which was in the normal range. His pressures at home are usually in the normal range. His only complaint is of easy bruisability.

Mr. Duntz's vital signs are normal. He is stable from a cardiac standpoint and does not have symptoms of angina, an arrhythmia or CHF. His EKG performed today is stable. Since it has been more than a year since his cardiac intervention to have his labs drawn soon and will be called with the results.

Treatment plan: CBC with differential and platelet, hemoglobin A1c with eAG, follow up in 6 months.

**8/3/2021**: Mr. Duntz presented to Dr. Fields for reevaluation. He is followed by a PA at a walk-in clinic by the name of Shivan and Persad in Boca Raton, Florida. **He called yesterday asking to be seen asap because he developed an hour long episode of moderate to severe 6/10 left sided chest pressure that then became bilateral associated with shortness of breath, diaphoresis and he felt very fatigued afterward. He was sitting at his desk working at the time and was under emotional stress. He took aspirin right away when it began. The symptoms were dissimilar to the symptoms he had had when he had his myocardial infarction year and a half ago. He feels somewhat fatigued or "washed out" today however he is not having chest pain and at least until now he has not had any shortness of breath, lightheadedness or dizziness, palpitations or leg swelling. 2 weeks ago he had surgery to remove a benign tumor from the left side of his face.**

Mr. Duntz's vital signs are normal. There is concern about his significant episode of chest discomfort associated with shortness of breath and diaphoresis (sweating) which occurred at rest yesterday lasting about an hour. He understands that if this happens again he should be seen by paramedics and taken to the emergency room. My strong recommendation is that he undergo cardiac catheterization soon, preferably this week, to determine if he is developing in-stent stenosis. His EKG performed today is stable. He does understand that even if he underwent nuclear stress testing and results are normal, we would not know definitively as to whether or not the vessel was patent.

**Addendum: He developed chest discomfort and diaphoresis just before this evaluation was completed. EKG was performed and remained unchanged. A discussion with his wife, Kim, over**

**the phone regarding concerns and recommendations that he be transferred by ambulance/paramedics to the hospital for stabilization and evaluation. He is agreeable.**

**Dr. Field's assessment: Angina pectoris.**

**11/22/21**: Mr. Duntz presented to Dr. Fields for an angina CAD. The stress test found abnormal with the development of biphasic T waves in a VF and V6 about 2 minutes after exercise lasting about 3 minutes associated with chest pain. Impression perfusion findings include mild upper septal ischemia, mild inferior wall ischemia, mild anterior wall ischemia, and TID.

**Exhibit E: Lincoln STD Claim Form with Physician's Statement included (executed by Dr. Fields on 8/17/2021)**

In this Lincoln-provided form, treating cardiologist Dr. Fields, as of 8/17/2021, diagnosed our client with coronary arteriosclerosis, as well as hyperlipidemia. Symptoms included chest pain and shortness of breath. The Doctor provided objective findings including an abnormal cardiac catheterization; further details listed on form. At this time (August, 2021), Dr. Fields suggested that Mr. Duntz might be able to return to work in March, 2022 (*which represents a date *after* the Elimination Period for LTD benefits at issue). Still, there is no specific evidence in the record that Dr. Fields ever actually cleared our client to return to work.

In terms of limitations and restrictions, Dr. Fields stated: **"He should not be under any emotional stress...... Needs to avoid all emotional and physical stress."**

**Exhibit F: Credentials for Dr. Fields**

Dr. Fields obtained her medical degree from the prestigious Northwestern University at Feinberg School of Medicine, then served a Residency at Rush University Medical Center and Fellowships at Tufts Medical Center and Steward St. Elizabeth's Medical Center.

She is Board-Certified in both Internal Medicine and Cardiovascular Disease.

**<u>Exhibit G: Medical Records from Dr. Jane E. Freedman/Vanderbilt Heart (VUMC)</u>**

1215 21st Ave. South, 5th Floor

Nashville, TN 37232

**Jane E. Freedman, M.D.**

Cardiology Specialist

**Dates of Treatment Include: 5.31.2022; 6.13.2022 (nuclear stress/exercise test)**

**5/31/2022**: Mr. Duntz presented to Dr. Freedman in office with past history multiple myocardial infarctions and prior stent placement; there today for follow-up care with chronic stable angina. Noted that angina does not sound different from its presentation in Florida last fall/winter at time of last catheterization. However, chest pain relatively frequent if not increasing. "Patient is aware if it does not resolve or increases to go to the ER…." Nuclear stress test planned to see if there any changes vs. report from last fall. A repeat catheterization to be considered if there is any increase or change in symptoms.

**"Mr. Duntz is currently restricted in his activities due to his chronic angina and this significantly limits his ability to return to work."**

**<u>Exhibit H: Credentials for Dr. Freedman</u>**

Dr. Freedman is Physician-in-Chief for the Vanderbilt Heart & Vascular Institute. She obtained her medical degree from the prestigious Tufts University, then served various impressive residency/fellowships including Harvard Medical School.

She is Board-Certified in both Cardiovascular Disease and Adult Echocardiography.

**<u>Exhibit I: Medical Records from Barnett Dermatology</u>**

7100 W. Camino Real Suite 301

Boca Raton, FL 33433

**Channing Barnett, M.D.**

Dermatologist

**Dates of Treatment Include: 5.24.2021; 7.20.2021**

**5/24/2021**: Mr. Duntz presented for pathology consultation. Specimen A is a shave biopsy from right rib cage. There is verrucous plaque and unevenly pig macule.

Diagnosis: Lentiginous junctional melanocytic nevus with architectural disorder and moderate cytologic atypism of the melanocytes. Moderate dysplastic nevus with deep adnexal extension. Deep and lateral margins involved.

Conservative re-excision is recommended to ensure all the atypical melanocytes are removed. Additional sections stained with hematoxylin and eosin, SOX-10 and Melan-A were reviewed, supporting the diagnosis.

Specimen B is a shave biopsy from left inferior preauricular cheek. There is pink scaling patch. Aggregations of cells with hyperchromatic nuclei, scant cytoplasm, and palisaded peripheral nuclei emanate from the undersurface of the epidermis.

**Diagnosis: Basal cell carcinoma, superficial type.**

**7/20/2021**: Mr. Duntz presented to Barnett Dermatology for surgery.

**Exhibit J: Medical Records from Boca Raton Regional Hospital**

800 Meadows Road

Boca Raton, FL 33486

**Joshua D. Glauser, D.O.**

Internal Medicine Specialist

**Gregory Lawrence Deitsch, M.D.**

Acute Care Specialist

**Robert M. Gabor, M.D.**

Cardiology Specialist

**Shawntira Johnson, M.D.**

Internal Medicine Specialist

**Robert Carida II, M.D.**

Cardiology Specialist

**Dates of Treatment Include: 8.3.2021 to 8.5.2021, 10.18.2021, 12.13.2021**

**8/3/2021**:

1:35pm: A chest xray found a normal heart size, mediastinal contour is normal, lungs are clear of confluent parenchymal infiltrate, no pleural effusion, and no pneumothorax.

3:47pm: Mr. Duntz presented to Dr. Deitsch with complaints of chest pain. He has a history of coronary disease status post myocardial infarction, stent to left circumflex last year, hypertension, hypothyroidism and hyperlipidemia presents from his cardiologist's office due to chest pain. He describes chest pressure beginning yesterday evening. It is located left upper chest. It does not radiate. There is some associated diaphoresis and dyspnea. No nausea. Symptoms are intermittent and usually last 5 – 10 minutes. He denies headache or lightheadedness. No fever or chills.

Treatment plan: Place him on telemetry for observation, clarify home medications and continue, trend cardiac enzymes, and consult cardiologist.

**8/4/2021**: 7:44am: Mr. Duntz was examined by Dr. Gabor. Chest discomfort occurring under stress 2 days ago at home lasting for about 2 hours associated with sweating occurring during intense emotional stress. Symptoms are unlike his presentation for MI and urine half ago but similar to how he felt in the cath lab what his stent was being deployed. He came to see Dr. Fields in the office yesterday and proceed to have another episode of chest discomfort with diaphoresis yesterday. His EKG was normal and he was sent to Boca Regional by ambulance for admission and management of presumed unstable angina.

He did undergo recent resection of a benign tumor his left gets [*sic*] about 2 weeks ago. He has a history of melanoma status post resection.

An EKG on 8/3/21 was normal sinus rhythm at 74 beats per minute which is within normal limits.

**Treatment plan: Recommendation is for coronary angiography to assess patency of the previously placed left circumflex stent.**

5:46pm: Mr. Duntz presented to Dr. Carida for a **cardiac catheterization**. His past medical history is significant for coronary artery disease, MI, hypertension, and hyperlipidemia. He had a non-STEMI in 2020. He had proximal LAD disease and PCI of the vessel. Two days prior to admission, he started developing chest discomfort at rest associated with diaphoresis and the condition is extremely stressful. He was seen at Dr. Philips' office. He was admitted and he ruled out for myocardial infarction with serial EKGs and cardiac enzymes and was referred for cardiac catheterization.

He has resting angina, feeling like his old MI symptoms when he had PCI of the left circumflex artery, he was admitted, he is medically treated and is pain free. Ruled out for myocardial infarction. **He is undergoing cardiac catheterization for risk stratification. Further recommendations pending outcome of this procedure.**

**Assessment: Unstable angina, coronary artery disease, history of percutaneous coronary intervention of his left circumflex in the setting of non-ST-segment elevation myocardial infarction, hypertension, hyperlipidemia.**

6:14pm: Mr. Duntz was examined by Dr. Carida for a left heart catheterization, left ventriculogram, percutaneous transluminal coronary angioplasty of the diagonal branch, and groin closure device.

Left ventriculogram – the LV systolic function in the RAO projection was normal. There were no focal wall motion abnormalities. Estimated left ventricular ejection fraction was 60%. There was no aorta to LV gradient. There was no mitral regurgitation. Left ventricular end-diastolic pressure was 8 mmHg.

**Diagnosis: Single-vessel coronary artery disease involving the diagonal branch. Patent stent site in the left circumflex. Preserved LV systolic function. No focal wall motion abnormalities. Estimated left ventricular fraction was 60%.**

**8/5/2021**: 11:32am: **Mr. Duntz was examined by Dr. Johnson. He was admitted for chest pain and had a cardiac catheterization which required a PCI. He is discharged on dual anti-platelet therapy with cardiology follow up.** He has improved and is discharged home.

Treatment plan: He is to follow up with PCP and Cardiology.

**10/18/2021**: **Mr. Duntz presented to the hospital for COVID.**

**Diagnosis: Acute chest pain, shortness of breath, COVID-19 virus infection, fever, chills, cough.**

**12/31/2021**: Mr. Duntz presented to Dr. Carida for **left heart catheterization, left ventriculogram, coronary angiogram, and groin closure device.**

Diagnosis: Nonobstructive coronary artery disease with disease in a small diagonal. Best served with medical therapy. Patent stent site in the left circumflex artery. Preserved LV systolic function. No focal wall motion abnormalities. Estimated left ventricular ejection 60%. No complications during the procedure. Groin closure device was deployed in the right femoral artery.

## MEDICATIONS:

As a related but distinct matter, Mr. Duntz's medications and side effects should be considered:

**Cardiac (Heart):**

Mr. Duntz takes **Irbesartan** (75mg, daily) for high blood pressure. General side effects include a light-headed feeling, and high potassium level.

Mr. Duntz takes **Clopidogrel** (75mg, daily) to prevent heart attacks. General side effects include headaches or dizziness, and nausea.

Mr. Duntz takes **Aspirin** (81mg, daily) to prevent heart attacks, strokes, and chest pain. General side effects include gastrointestinal ulcerations, abdominal pain, and headache.

Mr. Duntz takes **Metoprolol ER Succinate** (25mg, ½ pill daily) for chest pain. General side effects include very slow heartbeats, a light-headed feeling, and shortness of breath. Mr. Duntz also takes **Nitroglycerin** (.2mg, as needed) for chest pain. General side effects include bloating or swelling, difficulty breathing, and dizziness.

**Gout:**

Mr. Duntz takes **Allopurinol** (100mg, daily) for gout. General side effects include nausea and drowsiness.

**High Cholesterol:**

Mr. Duntz takes **Atorvastatin** (40mg, daily) to lower bad cholesterol. General side effects include increased transaminases, lightheadedness and fainting, and shortness of breath or other breathing problems.

**Hypothyroidism:**

Mr. Duntz takes **Levothyroxine** (.05mg, daily) for hypothyroidism. General side effects include fatigue, weight loss, and headache.

*See also*, **Exhibit K**, which is a list of medications from Mr. Duntz himself. *Having said all of that, our client reports specific side effects from his medications as follows:

- Constant ringing in ears, which causes difficulty going to sleep, lack of sleep, and all-day fatigue
- Extreme fatigue, from beginning to end of day; reports falling asleep sitting still in car or at home, etc. to the point that his daughter does not want him watching or driving his grandson alone
- Severe/intense headaches when has to take Nitroglycerin
- Severe bruising and bleeding from simple scrapes; grew a beard because he continued to cut the scar from the cancer incision, which would then bleed nonstop

- Feet hurt all the time (new in the past several months)
- Loss of memory, mostly word meanings or words completely, as well as names of people (skills that instrumental in his sales career)
- Overall lack of, or diminished, focus and drive (motivation).

Yet, from what appears, the Company has failed to take into consideration the potential side effects of Mr. Duntz's medications, the impact on his functioning, alertness and concentration levels, and the resulting overall combination of physical impairments. *See, Godfrey vs. Bellsouth Telecommunications, Inc.*, 89 F.3d 755, 758-759 (11th Cir. 1996); *Adams v. Prudential Insurance Company of America*, 280 F. Supp. 2d 731, 740–741 (N.D. Ohio 2003); *Dirnberger v. Unum Life*, 246 F. Supp. 2d 927, 934 (W. D. Tenn. 2002).

*See also, Stvartak v. Eastman Kodak Co.*, 945 F. Supp. 1532, 1536, 1545-46 (M.D. Fla. 1996) (plan administrator abused his discretion by "discounting the effects of potent anti-depressant and anti-psychotic medications that [the plaintiff] took on a daily basis to … work").

In sum, Mr. Duntz's claim is amply supported by his medical records and general course of treatment -- so long as a medical condition is diagnosed and documented by appropriate physicians, a patient's symptoms should be credited by the insured as being consistent with the disabling impairment. *See, Godfrey, supra*, 89 F.3d 755.

In *Laser v. Provident Life and Accident Insurance Company*, 211 F. Supp. 2d 645, 655-657 (D. Md. 2002), an insurer was significantly criticized for failing to consider all of the employee's medical evidence and all aspects of his illness, taking what amounted to an adversarial approach. It is our belief that the Company has acted in the same way on this claim.

*See also, Curtis v. Hartford Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1224 (N.D. Ill. 2014) (case precedent teaches that benefits decision maker must make a reasoned assessment of whether *total combination* of claimant's impairments justify disability finding, even if no single impairment standing alone would warrant such conclusion; decision-maker must consider combined effect of claimant's physical impairments, cognitive impairments, and ability to perform "any occupation" as defined by the plan in making its determination).

*And cf., Burke v. Pitney Bowes Inc. Long Term Disability Plan*, 640 F. Supp. 2d 1160, 1176 (N.D. Cal. 2009) ("One must bear in mind … that a participant and her ERISA plan administrator are not *adversaries*. … A plan administrator is a fiduciary of the plan participants. *See Glenn*, 128 S.

Ct. at 2347. *This means that the plan administrator's interest, if it is following the law, is not to deny benefits as often as possible but to come to the right decision in each case ....* As a fiduciary with duties of care and loyalty to all participants, the administrator's role is to grant meritorious claims but to deny non-meritorious claims in order to protect the plan's assets for the benefit of other participants") (emphasis supplied).

## CONCLUSION:

Under any legal standard of review that might apply here,[3] the Company erroneously concluded that Mr. Duntz – after receiving full-term STD benefits[4] -- no longer has significant medical issues that prevent him from returning to full-time employment. **Moreover, as a conceptual matter, it makes little sense (if any) for Lincoln to have approved full-term STD benefits but then – in denying LTD benefits altogether – "pivot" and contend that he did not satisfy the LTD Elimination Period. This is a *non sequitur*.** LTD benefits should be approved and paid.

Stated otherwise, Mr. Duntz's claim continues to have full support from his treating medical providers, *i.e.*, trained professionals who have seen and treated him in person (*e.g.*, cardiologist Dr. Fields). As stated in *Godfrey, supra*, 89 F.3d 755, so long as the conditions at issue are diagnosed and documented by appropriate physician(s), a patient's symptoms should be credited by the insured as being consistent with the disabling impairment. The treating providers have, by definition, been able to observe and treat Mr. Duntz over a considerable course of time; and thus have a full, accurate and historical read on his conditions. In fact, those providers are the *only* professionals who have actually seen and treated him – as opposed to Dr. Reza, who merely reviewed this claim on the records.

This sort of decision-making process is not favored under the law. *See, e.g., Kalish v. Liberty*

[3] It should be noted that in *Firestone Tire & Rubber Company v. Bruch*, 489 U.S. 101, 109 S. Ct. 948, 103 L. Ed. 2d 80 (1989), the United States Supreme Court held that ERISA does not create standards under which District Courts review an administrator's decision to deny benefits. Thus, the Supreme Court established two general but distinct standards for reviewing an administrator's decision to deny benefits: (1) where an administrator acts without discretion to determine eligibility or construe the terms of an ERISA governed plan, the court will review the decision to deny the claim de novo. *Id.*, 489 U.S. at 115, 109 S. Ct. at 965; and (2) if the administrator does possess such discretion, the court then reviews the benefit decision under a deferential, *i.e.*, arbitrary and capricious standard. *Id.*, 489 U.S. at 111, 109 S. Ct. at 954. If the administrator (*e.g.*, Prudential) operates under a financial conflict of interest, the court must consider whether the circumstance was a "factor" in determining whether there was an abuse of discretion. *Id.*, 489 U.S. at 115, 109 S. Ct. at 957. Here, it appears that Lincoln operates as both payer of benefits and decision-maker (claims administrator) on benefits.

[4] For STD approval, *see*, attached **Exhibit L** – Lincoln approval letter dated 9/20/2021.

*Mutual/Liberty Life Assur. Co.*, 419 F.3d 501 (6th Cir. 2005) (when plan administrator's explanation for denial of benefits is based on work of a doctor [or other expert] in its employ, court must view the explanation with some skepticism....Physicians [or other experts] repeatedly retained by benefits plans may have incentive to make a finding of "not disabled" in order to save their employers' money and preserve their own consulting arrangements.... *Whether a doctor has physically examined claimant is one factor that court may consider in determining whether plan administrator acted arbitrarily and capriciously in giving greater weight to opinion of its consulting physician.* The failure to conduct a physical examination may, in some cases, raise questions about the thoroughness and accuracy of the benefits determination.... Although there is nothing inherently improper with relying on a file review in denying claim, if the conclusions from that review include critical credibility determinations, reliance on such a review may be inadequate) (emphasis supplied).

*See also*, *Morgan v. Prudential Ins. Co. of Am.*, 755 F. Supp. 2d 639, 647 (E.D. Pa. Nov. 18, 2010) ("[W]here the insured's treating physician's disability opinion is unequivocal and based on a long term physician-patient relationship, *reliance on a non-examining physician's opinion premised on a records review alone is suspect and suggests that the insurer is looking for a reason to deny benefits*") (citing *Kaufmann v. Metro. Life Ins. Co.*, 658 F. Supp. 2d 643, 650 (E.D. Pa. Sept. 24, 2009)) (emphasis supplied); *Connelly v. Reliance Std. Life Ins. Co.*, 2014 U.S. Dist. LEXIS 74632 at *22 (E.D. Pa. June 2, 2014) ("[The] reliance on a non-examining physician's opinion premised on a records review alone is suspect and *suggests that the insurer is looking for a reason to deny benefits*" [citations omitted]) (emphasis supplied).

*See also, Granville v. Aetna Life Ins. Co.*, 2015 U.S. Dist. LEXIS 167631 (M.D. Pa. Dec. 15, 2015), in which the Court stated as follows:

> To determine if a defendant [carrier]'s conclusion to deny benefits was arbitrary and capricious, courts consider (1) "various procedural factors underlying the administrator's decision-making process," and (2) "structural concerns regarding how the particular ... plan was funded." *Duntz v. Am. Airlines, Inc.*, 632 F.3d 837, 845 (3d Cir. 2011). "[T]the procedural inquiry focuses on how the administrator treated the particular claimant." *Id.* (citing *Post v. Unum Ins. Co.*, 501 F.3d 154, 162 (3d Cir. 2007)).
>
> Examples of procedural anomalies that suggest arbitrariness include: (1) reversing a decision to award benefits without new medical evidence to support the change in position, (2) relying on the opinions of non-treating over treating physicians without reason, (3) conducting self-serving paper reviews of medical files, (4) failing to address all relevant diagnoses before terminating benefits, (5) relying on favorable parts while discarding unfavorable parts in a

medical report, and (6) denying benefits based on inadequate information and lax investigatory procedures. *Connelly v. Reliance Standard Life Ins. Co.*, No. CIV.A. 13-5934, 2014 U.S. Dist. LEXIS 74632, 2014 WL 2452217, at *4 (E.D. Pa. June 2, 2014).

*Id.*, 2015 U.S. Dist. LEXIS 167631 at * 21 (emphasis supplied).

*And see, Niswonger v. PNC Bank Corp. & Affiliates Long Term Disability Plan*, 612 Fed. Appx. 317, 323 (6th Cir. 2015) (White, J.) (holding that Liberty's denial of benefits was arbitrary and capricious because of its disregard of reliable evidence, such as ignoring objective medical tests and opinions of treating physicians for no reason, failing to rebut medical evidence, and not requesting an independent examination).

The United States Supreme Court's ruling in the ERISA case of *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 123 S. Ct. 1965, 155 L. Ed. 2d 1034 (2003), does nothing to diminish our argument that the Company is improperly failing to credit the opinions of the treating medical providers here -- choosing instead to rely on one peer review (Dr. Reza). Although the Court in *Nord* found it was not mandatory for an insured to defer to the opinion of the treating physician, it nonetheless affirmed that a treating physician would have a "greater opportunity to know and observe the patient as an individual." The Court went on to state that "plan administrators, of course, *may not arbitrarily refuse to credit the employee's reliable evidence, including the opinions of treating physicians*." *Id.* at 834 (emphasis supplied).

Here, it should not go without saying that neither Dr. Reza nor anyone else with or on behalf of Lincoln ever actually spoke or communicated in substance with Dr. Fields.[5] **Yet, Dr. Reza blithely concluded that the "medical records supported the claimant had additional functional capacity greater than indicated by the treating provider."**

Thus, based on information already found in Lincoln's claims files, plus the information now submitted, it should be clear that Mr. Duntz did in fact continue to meet the definition of Disability even when STD benefits expired. If the Company's position is to be believed, after receiving full-term STD, Ms. Duntz "got better," which has the not-coincidental benefit of allowing it to close out this claim. **Yet, the reality is that nothing has changed for the better for our client; there is no new, organic medical evidence that would suggest improvement and thus justify a change in position by Lincoln in the transition from STD to LTD benefits. The most recent information**

[5] In fact, our client has communicated with Dr. Fields, and she (Dr. Fields) is not aware that any messages were even left for her by Dr. Reza.

**from Dr. Freedman (our client's new cardiologist in Tennessee) indicates that he is still at risk from a cardiac standpoint if he were to attempt to return to work.** *See, Granville*, supra at *21 (insurance carrier acts arbitrarily when reversing a decision to award benefits without new medical evidence to support a change in position).

At this point, I will add several housekeeping notes. First, if this office receives additional medical records, other documents supporting Mr. Duntz's claim, or other items needed to complete the record here, we respectfully reserve the right to supplement this letter.

Moreover, to the extent that Mr. Duntz is seeking Social Security disability (SSDI) benefits (*claim still pending), we reserve the right to supplement this appeal with such supporting documentation – even after the administrative record here has otherwise "closed." This would include not only pertinent dollar figures, but also facts and substantive medical and vocational proof and findings, as applicable. At the same time, to the extent that medical records or information generated in the course of any SSDI matter are properly considered in the context of this LTD claim, we are assuming that the Company would have access to those records and information.[6]

Second, as provided on page 5 of the 5/2/2022 denial letter, Mr. Duntz should receive, free of charge, copies of all documents, records and other information relevant to his claim for benefits. So, to the extent that the Company has NOT already provided my office with copies of all such documents, etc., please forward same as soon as possible.

*This specifically includes all *updates* to the claims file here plus any internal rules, guidelines, protocols or other similar criterion relied upon in making the claims determination(s) to date. This also includes all written reports generated by any physician, medical, vocational or other parties (internal or external) who have reviewed this claim; with all amendments or supplements thereto.

To conclude, I would ask that you bring Mr. Duntz current in a lump–sum payment for all past-due LTD benefits -- plus interest[7] -- then continue his LTD benefits to the fullest thereafter,

---

[6] Note: so far as we are aware, the Company has a signed medical release/authorization from our client that would permit it to request any SSDI records deemed necessary to review this claim. If this is not the case, please advise immediately.

[7] *See, Curtis v. Hartford Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1224 (N.D. Ill. 2014) (presumption in favor of prejudgment interest applicable in ERISA cases; prejudgment interest typically accrues from the date of loss or the date on which the claim accrued in order to put party in the position he would have been in had benefits been paid immediately; and, absent special circumstances, compound interest is the norm in federal matters).

pursuant to the contractual terms of the Plan/Policy. That is, the Company should pay to Mr. Duntz all LTD benefits to which he was entitled and still is owed; as well as those benefits to which he still is entitled, now or in the future; plus acknowledge and preserve his right (if needed) to make application in the future for LTD benefits that have not yet come due.[8] This includes benefits once the Any Occupation definition of disability is triggered, which will occur (without more) in or about late January, 2024.

With this in mind, please note that – to the extent that Lincoln may issue any benefits going forward -- any checks, remittances or other (electronic) fund transfers should be directed to my law office, not directly to Mr. Duntz; this in accordance with the attached authorization that Mr. Duntz has executed. *See*, **Exhibit M.**

This letter is sent without waiver of, or prejudice to, Mr. Duntz's rights and remedies under the LTD Plan/Policy at issue and governing law. All rights and remedies are expressly reserved.

If you have questions or concerns regarding this matter, please call me. And, if the Company needs Mr. Duntz to do anything else (reasonable) to exhaust remedies or perfect this claim, please let us know. This specifically includes completing any additional needed forms, questionnaires or the like for Lincoln.

I look forward to your response.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
Enclosures (Exhibits A-M) (*all w/ hard copy of letter)

cc: Mr. Duntz (w/o encl.)

[8] Please note that all amounts claimed above should necessarily include any applicable or accrued cost–of -living adjustments ("COLA's") that may be provided under the Plan/Policy at issue.

# Exhibit A

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

Samuel D. Payne
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

OCT 21 2022

**CODY ALLISON**
& ASSOCIATES, PLLC

October 12, 2022

**VIA CERTIFIED MAIL <u># 7021 2720 0000 3441 7174</u>**
**RETURN RECEIPT REQUESTED**
**& FACSIMILE: <u># (402) 361-1460</u>**

**Claims Shared Services**
**The Lincoln National Life Insur. Co.**
**<u>ATTN.: Jane Davidson</u>**
**P.O. Box 2337**
**Omaha, NE 68103**

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Matthew Duntz** |
| | **LTD Claim No.:** | **1220010964** |
| | **Policy No.:** | **00001014129000000** |
| | **Policyholder:** | **Aerospace Technologies Group, Inc.** |
| | **DOB:** | |

Dear Ms. Davidson, or To Whom It May Concern:

This law firm represents Matthew Duntz regarding his long-term disability ["LTD"] benefits under the Plan/Policy as referenced above. Throughout this letter, Lincoln and Employer/Plan Sponsor/Policyholder Aerospace Technologies Group, Inc. may be collectively referred to as the "Company."

To the extent that the Company has denied Mr. Duntz's LTD claim on any basis, please accept this letter as our official request on her behalf for review/appeal and his effort to exhaust completely all contractual/administrative remedies under the applicable Plan/Policy documents; further, his appeal/exhaustion of remedies as per applicable federal ERISA law/regulations.

Specifically, we are appealing from Lincoln's denial letter dated 5/2/2022. A copy of that denial letter is attached as **<u>Exhibit A</u>**.

If, at any time, the Company needs Mr. Duntz to do anything else (reasonable) to exhaust his remedies or perfect his claim, please let us know. This specifically includes completing any additional needed forms, questionnaires or the like for the Company.

## INTRODUCTION:

The basic facts here are as follows:

- Mr. Duntz's DOB: (*current age: 60)
- Residence: Hendersonville, TN (moved from Fla. in late 2021)
- Education: HS Graduate
- Employer: Aerospace Technologies Group
- Job: Chief of Sales a/k/a Chief Sales Office (*one of 4 Officers of Company)
- Date of Hire: 2/15/2016
- Annual Compensation/Wages: $216,499.92 (*exclusive of any bonuses)
- Last Day Worked: 7/30/2021
- Date of Disability: 7/31/2021
- STD benefits via Lincoln: 8/16/21 (began after Elimination Period) through approx. 1/27/2022
- LTD benefits received: None

More detailed information regarding our client's job with Aerospace Technologies is found in the attached collective **Exhibit B**. Note carefully: although the denial letter here suggests that his job was more or less the proverbial sedentary "desk job," this is not accurate.

Mr. Duntz's job included responsibilities for managing all programs both ongoing (long-term contracts) and new in development, all customer relations and product ordering, as well as corporate marketing. He was one of four (4) officers of the Company, and clients for which he was responsible were found worldwide, including Europe, Middle East and Canada (in addition to USA). Thus, heavy travel was anticipated and expected for serving those clients, as well as participation in up to six (6) trade shows per year (shows in Dubai, Germany, France and USA). As far as the trade shows, Mr. Duntz was responsible for organizing all related customer meetings and the shows themselves, as well as attending the shows and then breaking down the booths and transport them back to the home office.

Further, the nature of his executive sales position required him to receive and respond to communications 24 x 7 due to the international client base. Essentially, Mr. Duntz was always "on call," which is obviously part and parcel of a stressful job.

At this point, Mr. Duntz's disabling conditions include without limitation: atherosclerotic heart disease (coronary arteriosclerosis) (described to our client as "aggressive heart disease"); two heart attacks (myocardial infarctions) within 18 months (March, 2020 and July, 2021), the latter resulting in his stopping work; abnormal cardiac catheterization; placement of stent(s); hyperlipidemia; chest pain; chronic angina;[1] shortness of breath; benign paroxysmal positional vertigo; night sweats/diaphoresis; cancer (melanoma) in numerous locations including liver; lymphadenectomy (left arm pit) (part of surgical management of cancer); also Mohs surgery to remove tumor on face; abnormal weight loss; myalgia; gout; vitamin D deficiency; hypothyroidism; and hearing loss.

If all that were not enough, our client had a significant bout with Covid-19 that required him to be seen at the hospital on or about 10/18/2021. He was diagnosed at that time with acute chest pain, shortness of breath, COVID-19 virus infection, fever, chills, and cough.

**According to treating cardiologist Dr. Constance Fields, Mr. Duntz "[n]eeds to avoid all emotional and physical stress" in terms of employment.**

**LTD PLAN/POLICY DEFINITION OF DISABILITY:**

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:

1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform:

a. during the first 12 months following the date of loss, one or more of the Main

[1] Angina is a condition marked by severe pain in the chest, often also spreading to the shoulders, arms, and neck, caused by an inadequate blood supply to the heart. Angina is the specific type of pain that one experiences when the heart is in trouble -- angina can be a symptom of a heart attack.

Duties of his or her Own Occupation; or

b. after a period of 12 months following the date of loss, each of the Main Duties of his or her Own Occupation.

2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

## REASON FOR DENIAL OF BENEFITS:

The 5/2/2022 denial letter states as follows:

"After a thorough review of the information currently contained in your claim file, we have determined that you did not meet the definition of Total Disability... Outlined below is the information reviewed which led to our determination.... As part of the... review, your medical file was reviewed by Dr. Ali Reza, an independent physician reviewing Board Certified in Cardiovascular Disease and Board Certified in Interventional Cardiology.....We [also] reviewed the medical documentation provided in conjunction with the written job description, your employer's description of your job duties, and the Department of Labor's Dictionary of Occupational Titles (DOT), and determined that the medical evidence does not support Total Disability as defined by the policy.... As noted previously, in order to be eligible for Long Term Disability benefits, you must satisfy an Elimination Period of 180 days. During the Elimination Period, you need to remain Totally Disabled as described... above. Based on your date of disability of 7/31/2021, the Elimination Period would conclude 1/27/2022. Per our review of the file, including the Peer report of Dr. Ali Reza, **we have concluded that you would not have had occupational restrictions and limitations beyond 12/21/2021 which would have prevented the performance of one or more of the Main Duties of your Own Occupation. Therefore, the Elimination Period was not satisfied and no benefits are payable."**

Further, the denial letter attributes the following conclusion to Dr. Reza (per his report dated 4/18/2022):

"While the medical records do support a degree of restrictions and limitations on the claimant's activity, the restrictions and limitations recommended by the claimant's treating provider on 08/17/2021 do not evidence full capacity the claimant can sustain. **The medical records supported the claimant had additional functional capacity greater than indicated by the treating provider**."

## MEDICAL EVIDENCE:

In addition to the medical information/records already found in the Company's claims files (STD and LTD) for Mr. Duntz, we are attaching hereto presently-available medical records:[2]

**Exhibit C: Medical Records from Boca Raton Regional Hospital**

800 Meadows Road

Boca Raton, FL 33486

**David S. Rosenthal, M.D.**

Emergency Medicine Physician

**Jason D. Golub, M.D.**

Board Certified Internal Medicine Specialist

**Hema Jadoonanan**

Family Medicine Doctor

**Dates of Treatment Include: 3.22.2020 to 3.24.2020**

**3/22/2020**: Mr. Duntz presented to Dr. Rosenthal in the ED with complaints of intermittent, burning chest pain in the center of his chest for 4 days. He denies modifying factors. Pain is 4/10, non-radiating. He took 2 baby ASA PTA. An xray of the chest found no radiographic evidence of acute lung pathology.

An EKG was completed and found mild mitral regurgitation is present, the tricuspid valve is not well visualized, the IVC is mildly dilated. A chest xray was completed and found no radiographic evidence of acute lung pathology. Routine chemistry was completed and Troponin I is suggestive of myocardial injury.

[2]Please understand that all medical records and other sensitive documentation tendered with this appeal are intended to be strictly maintained as CONFIDENTIAL by the Company, used only on a need-to-know basis for purposes of handling our client's LTD claim.

**Dr. Rosenthal's assessment: Acute chest pain and non-ST elevated myocardial infarction (NSTEMI). Differential diagnoses include but are not limited to ACS, angina, musculoskeletal strain, pneumothorax, pneumonia, arrhythmia.**

8:27pm: A re-evaluation found Mr. Duntz has had mild relief of chest pain with sublingual NTG. An IV NTG drip was initiated for chest pain and an IV Heparin was initiated for NSTEMI. Mr. Duntz was admitted because he required further evaluation and treatment. Hospitalist Service is being contacted to assume care of this patient at this time. The patient has been informed of their initial diagnosis and agrees to further evaluation and treatment.

8:25pm: Dr. Carrillo agrees with assessment and plan. He will be admitted for likely cardiac catheterization in the morning.

9:22pm: Mr. Duntz is chest pain free.

9:27pm: Mr. Duntz presented to Dr. Jadoonanan. He has a history of gout, dyslipidemia, and hypothyroidism. He complains of intermittent substernal chest burning that began last Wednesday. He states pain became constant today. Describes it as substernal chest burning without radiation. Denies any improvement with over-the-counter antacids. No nausea, vomiting, shortness of breath, diaphoresis. During his ER workup he was found to have elevated Troponins all be admitted for further treatment.

Treatment plan: ACS-aspirin, nitroglycerin drip, heparin drip, trend troponins, cardiology evaluation. NPO after midnight for cardiac catheterization. Lopressor b.i.d. and hydralazine p.r.n. for hypertension. Continue levothyroxine for hypothyroidism. Continue statin for dyslipidemia.

10:07pm: Mr. Duntz was discharged from the ED and admitted into the hospital due to acute chest pain and non-ST elevated myocardial infarction.

**3/23/2020**: Catheter lab was completed.

**3/24/2020**: Mr. Duntz was discharged. He was admitted to Medicine Service for evaluation non ST-elevation myocardial infarction. He was initially treated with heparin therapy subsequently taken the catheterization lab by Cardiology consultant. He underwent deployment of a left circumflex drug-

eluting stent. Post procedural course was uneventful. Echocardiogram showed preserved ejection fraction. He was extensively counseled on need for compliance of medication including aspirin and Brilinta.

<u>**Exhibit D: Medical Records from Holy Cross Medical Group**</u>

9980 Central Park Blvd., Suite 304

Boca Raton, FL 33428

**Constance Fields, M.D.**

Cardiology Specialist

**Dates of Treatment Include: 1.13.2020, 1.23.2020, 1.30.2020, 3.30.2020, 5.5.2020, 6.25.2020, 10.26.2020, 5.4.2021, 8.3.2021, 11.22.2021; see also labs and Holter monitoring reports.**

**/13/2020**: Mr. Duntz presented to Dr. Fields for a cardiac evaluation for complaints of possible vertigo. He is an active 57 year old gentleman with hypothyroidism, hyperlipidemia, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed – he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He hasn't had any events now in just over a week. He has not had associated palpitations although can't be sure that he also doesn't also feel lightheaded at the same time. He's had no chest pain, shortness of breath at rest or with exertion or leg swelling. He's had no upper respiratory infection and has had no associated abdominal pain, diarrhea or nausea. He has never experienced anything like this before. He has no history of myocardial infarction, diabetes, smoking history or premature history of heart disease. His labs drawn January 9, 2020 included a total cholesterol of 152, HDL 40, triglyceride level of 157with a non-HDL cholesterol of 112, glucose 90, stable CMP with a hemoglobin A1c of 5.2, normal TSH and CBC.

EKG is stable. He is a candidate for an echocardiogram to see if he has associated valvular heart disease, a 5 day monitor to see if he could be experiencing any arrhythmias and also recommend a brain CT scan without contrast to start to see if there are any significant abnormalities. In the meantime, he should be evaluated by an ENT specialist.

His hyperlipidemia is well controlled and he is tolerating simvastatin without myalgias or myopathy. Recent TFTs for his hypothyroidism were normal. He has a remote history of syncope about 5 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction. He avoids this reaction now so long as his blood is obtained from his vessels in his hand. His gout is asymptomatic.

Mr. Duntz's vital signs are normal and he is not orthostatic with change in position. It does not reproduce his symptoms and normally will not cause his symptoms outside of the office. He can be up and walking around for a while and suddenly develop the very mild diaphoresis and fleeting dizziness. His EKG performed is stable. Referral to ENT specialist to be seen soon. For any severe episodes, he should be seen in the ER and contact us.

Dr. Fields' assessment: Hyperlipidemia, gout, dizziness, exertional shortness of breath.

Treatment plan: CT Brain w/out contrast, echocardiogram, Holter monitor for 24 hours, follow up, otolaryngology referral, evaluation and treatment.

**1/23/2020**: Mr. Duntz presented to Dr. Fields for an echocardiogram. The left ventricle is normal in size with preserved LV systolic function with a normal ejection fraction. There are no focal wall motion abnormalities. There is borderline concentric LVH. The right ventricle is normal in size with preserved RV free wall motion. Both atria are normal in diameter. The aortic root and ascending aorta are normal in diameter. The mitral valve leaflets are thin and normally mobile without systolic prolapsed. There is mild mitral annular calcification. The aortic valve is tricuspid with adequate cusp excursion. There is no Doppler evidence of aortic valve stenosis or insufficiency. The tricuspid valve leaflets are thin and normally mobile. The pulmonic valve leaflets are thin and normally mobile. There are no intracardiac masses seen. There is no pericardial effusion. There is an anterior fat pad present. There is an interatrial septal aneurysm without Doppler evidence of communication between the 2 atria. Doppler interrogation is significant for trace mitral and tricuspid insufficiency with normal RV systolic pressure of 16mmHg.

**1/30/2020**: Mr. Duntz returned to Dr. Fields for reevaluation. Since last seen he was evaluated by ENT, Dr. Houle, and he was diagnosed with benign positional vertigo responding to the Epley maneuvers. He has had no further episodes of dizziness which was usually associated with diaphoresis. He has not had any symptoms of chest pain, shortness of breath, palpitations, syncope or leg swelling. He has no discomfort at the bottom of his fee. Echocardiography performed 1/23/20 showed normal

cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast 1/21/20 showing no evidence of an acute intracranial lesion. Also, there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Mr. Duntz is doing very well from a cardiac standpoint. He has been asymptomatic without symptoms of possible angina or an arrhythmia. His symptoms were found to be due to vertigo which have resolved. We reviewed the results of this stable echocardiogram, Holter monitor and CT of the brain. I will refer him to a podiatrist for his complaints of foot discomfort. We will make arrangements to see him in the office in 6 months for evaluation. He will be given a prescription to have his labs drawn before that visit.

**Dr. Fields' assessment: Benign paroxysmal positional vertigo, vitamin D deficiency, hypothyroidism, and hearing loss.**

Treatment plan: Alkaline phosphatase serum, alanine aminotransferase, aspartate aminotransferase, lipid panel, thyroxine, thyroid stimulating hormone, uric acid serum, vitamin D, follow up in 6 months.

**3/30/2020**: Mr. Duntz presented to Dr. Fields for reevaluation. Echocardiography performed 1/23/20 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast 1/21/20 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bmp, minimum rate 61, and maximal heart rate of 137 bmp when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Mr. Duntz was hospitalized 3/20/20 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid-100% left circumflex occlusion performed by Dr. Carrillo. He had single-vessel coronary artery disease. He was discharged on 3/24/20. He had developed substernal chest burning which then became a pressure-lie discomfort associated with nausea and vomiting a few days before he presented to the hospital. He has not had recurrence of any of the symptoms which in retrospect were his angina symptoms since his discharge from the hospital.

Echocardiography also performed during his hospitalization 3/22/20 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest xray during his hospitalization showed no evidence of lung pathology. His labs drawn included cholesterol of 124, HDL 42 and LDL of 58 his Troponin increased to a maximum of 5.8. His CBC and renal function were stable. He was discharged from the hospital was the addition of Brilinta 90mg twice a day, Metoprolol Succinate 25 mg daily and he was told to eventually start Irbesartin 75 mg a day but not until he is seen as an outpatient by the cardiologist. He does have a new mild shortness of breath at times which could be a side effect. He intentionally lost 21lbs since he was last seen in the office. Over the last couple of months Mr. Duntz has no developed severe night sweats which primarily drenches his head a few times a month. The last episode was last night. He has had no fevers or chills. He did not have a fever when this happened.

His benign positional vertigo symptoms have not reoccurred since he had the Epley maneuvers. Critical single-vessel coronary artery disease-status post MI 3/22/20 and status post PCI and drug-eluting stent placement to a proximal to mid-100% circumflex lesion-he has had no angina symptoms since his discharge from the hospital. His angina consists of substernal chest pressure or burning. He is to continue Metoprolol for now however I would not start an ARB yet since he will be receiving more IV contrast for his CT body scan but soon but will restart it in the next few weeks if his blood pressures are stable.

Hyperlipidemia is well controlled. He is tolerating simvastatin without myalgias or myopathy, however, he did have significant CAD despite normal lipid levels so my recommendation is to try to lower is LDL to less than 40 by increasing simvastatin to 40mg 3 days a week and continue 30 mg the other 4 days a week.

Mr. Duntz's vital signs are normal in the office today. He is doing well status post PCI and drug-eluting stent placement to an occluded proximal to mid-circumflex lesion performed last week when he presented with a non-ST segment elevation MI. His echocardiogram was stable. He will follow-up with the interventional cardiologist next week. Increase his statin in order to try to lower his LDL to less than 40. Should he develop any side effects he knows to contact us. He appears to be tolerating Metoprolol without side effects. I am also concerned about his episodic sometimes severe night sweats and will order chest, abdomen and pelvic CT as well as blood cultures. He will be called with the results. Follow up with the dermatologist who has been following him for his known diagnosis of melanoma. At follow up, so long is he is hemodynamically stable and his renal function is also stable, will start him on an ARB.

**Dr. Fields' assessment: Coronary arteriosclerosis, past myocardial infarction, melanoma, night sweats, abnormal weight loss, and myalgia.**

Treatment plan: Blood culture; continue medications, low fat and low cholesterol diet, follow up in 4 weeks.

**5/5/2020**: Mr. Duntz presented to Dr. Fields for evaluation. His complaints of diaphoresis spontaneously resolved and he has not had 1 event in the last 5 to 6 weeks. He had a CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. He has no complaints of chest pain, shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. He was able to locate his MRIs performed in 2011 and 2012. The results are similar to his current CT scan only that the splenic lesion seen with the current CT is new. His systolic readings usually run between 105 to about 117. If he stands up he will become lightheaded momentarily.

CT of the chest abdomen and pelvis was stable except for a new small splenic lesion and it was recommended the study be repeated in 3 months.

Mr. Duntz's vital signs are normal. He is tolerating his current medications well without side effects. He does not have symptoms of angina or an arrhythmia. His severe episodes of diaphoresis spontaneously resolved. It is unclear what was causing the symptoms. If they do recur, he is to notify us. He was encouraged to follow up with his dermatologist. Wait to start him on Irbesartan until he needs to have a follow-up BMP drawn before he can proceed with his abdominal CT to follow the new small splenic lesion seen on his recent study. He needs to have his renal function lab work done a few weeks before his follow-up CT scan performed in early July. We will make arrangements for him to start a low dose of Irbesartin – just half of the 75mg pill and when he does he should decrease his Metoprolol to half a tablet a day as well. This change in medications begins June 1. He will be given a prescription to have his renal function lab work drawn a week later and will bring him back to the office at that time to see how he is doing. He is cleared to exercise. When seen at his follow up, give him a prescription for a repeat abdominal CT to follow the splenic lesion.

Treatment plan: Renew Brilinta 90mg, CMP, Lipid panel, thyroxine specimen source, thyroid stimulating hormone, uric acid serum, continue medications, and follow up in 6 weeks.

**6/25/2020**: Mr. Duntz presented to Dr. Fields. He has been doing well since last seen in the office. He has no complaints of shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. When last seen he had started on Irbesartan (Avapro) 75mg starting June 1 and reduced the amount of his Metoprolol to 12.5mg a day. He has had 2 fleeting episodes of atypical left-sided chest discomfort which happened within 1 week of each other since last seen. He has not experienced anything like this before. He says overall however he is feeling very good at this time.

Mr. Duntz's vital signs are normal. He had atypical fleeting chest pain a couple of weeks ago only occurring twice and the symptoms were dissimilar to what he experienced when he was found to have obstructive CAD. It is unclear what may have caused the symptoms and if they recur he would be a candidate for a Holter monitor to see if he is experiencing an arrhythmia. Because it occurred coincident with having decreased his beta-blocker, he should still stay on a small dose of 12.5mg a day. He says overall however he is feeling quite well. I recommend adding Zetia to lower his LDL even further and we did discuss the side effects. He has been given a prescription to have his labs drawn and follow up in 6 to 9 weeks.

Dr. Fields' assessment: 2 episodes of fleeting left sided chest discomfort which occurred within the last 3 weeks – coincident with decreasing his Metoprolol and could be possibly related to ectopy. He should continue the same does of Metoprolol rather than wean him off altogether at this time.

Treatment plan: Start Ezetimibe 10mg, alkaline phosphatase fraction, follow up in 4 months.

**10/26/2020**: Mr. Duntz presented to Dr. Fields for follow up. He has been feeling well from a cardiac standpoint since last seen. He has no complaints of chest pain, shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. He has not been hospitalized since last seen nor is he taken any new prescription medication. He underwent a PET CT scan of the abdomen in September 2020 when a CT scan showed a 1.2cm splenic lesion. The PET scan was unremarkable suggesting that the lesion was probably benign. He was referred to Dr. Sunil Patel of oncology who is now following him. He is currently on Irbesartan 327.5mg a day and Metoprolol 12.5mg a day.

Treatment plan: Creatine kinase total serum, specimen/data collection, continue medications, follow up in 6 months.

**5/4/2021**: Mr. Duntz presented to Dr. Fields for evaluation. He has not been hospitalized since last seen nor is he taking any new prescription medication. He has no complaints of chest pain, shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. His labs last drawn in 10/2020 included a LDL 28, cholesterol 82, normal LFTs with a TSH which was in the normal range. His pressures at home are usually in the normal range. His only complaint is of easy bruisability.

Mr. Duntz's vital signs are normal. He is stable from a cardiac standpoint and does not have symptoms of angina, an arrhythmia or CHF. His EKG performed today is stable. Since it has been more than a year since his cardiac intervention to have his labs drawn soon and will be called with the results.

Treatment plan: CBC with differential and platelet, hemoglobin A1c with eAG, follow up in 6 months.

**8/3/2021**: Mr. Duntz presented to Dr. Fields for reevaluation. He is followed by a PA at a walk-in clinic by the name of Shivan and Persad in Boca Raton, Florida. **He called yesterday asking to be seen asap because he developed an hour long episode of moderate to severe 6/10 left sided chest pressure that then became bilateral associated with shortness of breath, diaphoresis and he felt very fatigued afterward. He was sitting at his desk working at the time and was under emotional stress. He took aspirin right away when it began. The symptoms were dissimilar to the symptoms he had had when he had his myocardial infarction year and a half ago. He feels somewhat fatigued or "washed out" today however he is not having chest pain and at least until now he has not had any shortness of breath, lightheadedness or dizziness, palpitations or leg swelling. 2 weeks ago he had surgery to remove a benign tumor from the left side of his face.**

Mr. Duntz's vital signs are normal. There is concern about his significant episode of chest discomfort associated with shortness of breath and diaphoresis (sweating) which occurred at rest yesterday lasting about an hour. He understands that if this happens again he should be seen by paramedics and taken to the emergency room. My strong recommendation is that he undergo cardiac catheterization soon, preferably this week, to determine if he is developing in-stent stenosis. His EKG performed today is stable. He does understand that even if he underwent nuclear stress testing and results are normal, we would not know definitively as to whether or not the vessel was patent.

**Addendum: He developed chest discomfort and diaphoresis just before this evaluation was completed. EKG was performed and remained unchanged. A discussion with his wife, Kim, over**

**the phone regarding concerns and recommendations that he be transferred by ambulance/paramedics to the hospital for stabilization and evaluation. He is agreeable.**

**Dr. Field's assessment: Angina pectoris.**

**11/22/21**: Mr. Duntz presented to Dr. Fields for an angina CAD. The stress test found abnormal with the development of biphasic T waves in a VF and V6 about 2 minutes after exercise lasting about 3 minutes associated with chest pain. Impression perfusion findings include mild upper septal ischemia, mild inferior wall ischemia, mild anterior wall ischemia, and TID.

**Exhibit E: Lincoln STD Claim Form with Physician's Statement included (executed by Dr. Fields on 8/17/2021)**

In this Lincoln-provided form, treating cardiologist Dr. Fields, as of 8/17/2021, diagnosed our client with coronary arteriosclerosis, as well as hyperlipidemia. Symptoms included chest pain and shortness of breath. The Doctor provided objective findings including an abnormal cardiac catheterization; further details listed on form. At this time (August, 2021), Dr. Fields suggested that Mr. Duntz might be able to return to work in March, 2022 (*which represents a date *after* the Elimination Period for LTD benefits at issue). Still, there is no specific evidence in the record that Dr. Fields ever actually cleared our client to return to work.

In terms of limitations and restrictions, Dr. Fields stated: **"He should not be under any emotional stress...... Needs to avoid all emotional and physical stress."**

**Exhibit F: Credentials for Dr. Fields**

Dr. Fields obtained her medical degree from the prestigious Northwestern University at Feinberg School of Medicine, then served a Residency at Rush University Medical Center and Fellowships at Tufts Medical Center and Steward St. Elizabeth's Medical Center.

She is Board-Certified in both Internal Medicine and Cardiovascular Disease.

**<u>Exhibit G: Medical Records from Dr. Jane E. Freedman/Vanderbilt Heart (VUMC)</u>**

1215 21st Ave. South, 5th Floor

Nashville, TN 37232

**Jane E. Freedman, M.D.**

Cardiology Specialist

**Dates of Treatment Include: 5.31.2022; 6.13.2022 (nuclear stress/exercise test)**

**5/31/2022**: Mr. Duntz presented to Dr. Freedman in office with past history multiple myocardial infarctions and prior stent placement; there today for follow-up care with chronic stable angina. Noted that angina does not sound different from its presentation in Florida last fall/winter at time of last catheterization. However, chest pain relatively frequent if not increasing. "Patient is aware if it does not resolve or increases to go to the ER…." Nuclear stress test planned to see if there any changes vs. report from last fall. A repeat catheterization to be considered if there is any increase or change in symptoms.

**"Mr. Duntz is currently restricted in his activities due to his chronic angina and this significantly limits his ability to return to work."**

**<u>Exhibit H: Credentials for Dr. Freedman</u>**

Dr. Freedman is Physician-in-Chief for the Vanderbilt Heart & Vascular Institute. She obtained her medical degree from the prestigious Tufts University, then served various impressive residency/fellowships including Harvard Medical School.

She is Board-Certified in both Cardiovascular Disease and Adult Echocardiography.

**<u>Exhibit I: Medical Records from Barnett Dermatology</u>**

7100 W. Camino Real Suite 301

Boca Raton, FL 33433

**Channing Barnett, M.D.**

Dermatologist

**Dates of Treatment Include: 5.24.2021; 7.20.2021**

**5/24/2021**: Mr. Duntz presented for pathology consultation. Specimen A is a shave biopsy from right rib cage. There is verrucous plaque and unevenly pig macule.

Diagnosis: Lentiginous junctional melanocytic nevus with architectural disorder and moderate cytologic atypism of the melanocytes. Moderate dysplastic nevus with deep adnexal extension. Deep and lateral margins involved.

Conservative re-excision is recommended to ensure all the atypical melanocytes are removed. Additional sections stained with hematoxylin and eosin, SOX-10 and Melan-A were reviewed, supporting the diagnosis.

Specimen B is a shave biopsy from left inferior preauricular cheek. There is pink scaling patch. Aggregations of cells with hyperchromatic nuclei, scant cytoplasm, and palisaded peripheral nuclei emanate from the undersurface of the epidermis.

**Diagnosis: Basal cell carcinoma, superficial type.**

**7/20/2021**: Mr. Duntz presented to Barnett Dermatology for surgery.

**Exhibit J: Medical Records from Boca Raton Regional Hospital**

800 Meadows Road

Boca Raton, FL 33486

**Joshua D. Glauser, D.O.**

Internal Medicine Specialist

**Gregory Lawrence Deitsch, M.D.**

Acute Care Specialist

**Robert M. Gabor, M.D.**

Cardiology Specialist

**Shawntira Johnson, M.D.**

Internal Medicine Specialist

**Robert Carida II, M.D.**

Cardiology Specialist

**Dates of Treatment Include: 8.3.2021 to 8.5.2021, 10.18.2021, 12.13.2021**

**8/3/2021**:

1:35pm: A chest xray found a normal heart size, mediastinal contour is normal, lungs are clear of confluent parenchymal infiltrate, no pleural effusion, and no pneumothorax.

3:47pm: Mr. Duntz presented to Dr. Deitsch with complaints of chest pain. He has a history of coronary disease status post myocardial infarction, stent to left circumflex last year, hypertension, hypothyroidism and hyperlipidemia presents from his cardiologist's office due to chest pain. He describes chest pressure beginning yesterday evening. It is located left upper chest. It does not radiate. There is some associated diaphoresis and dyspnea. No nausea. Symptoms are intermittent and usually last 5 – 10 minutes. He denies headache or lightheadedness. No fever or chills.

Treatment plan: Place him on telemetry for observation, clarify home medications and continue, trend cardiac enzymes, and consult cardiologist.

**8/4/2021**: 7:44am: Mr. Duntz was examined by Dr. Gabor. Chest discomfort occurring under stress 2 days ago at home lasting for about 2 hours associated with sweating occurring during intense emotional stress. Symptoms are unlike his presentation for MI and urine half ago but similar to how he felt in the cath lab what his stent was being deployed. He came to see Dr. Fields in the office yesterday and proceed to have another episode of chest discomfort with diaphoresis yesterday. His EKG was normal and he was sent to Boca Regional by ambulance for admission and management of presumed unstable angina.

He did undergo recent resection of a benign tumor his left gets [*sic*] about 2 weeks ago. He has a history of melanoma status post resection.

An EKG on 8/3/21 was normal sinus rhythm at 74 beats per minute which is within normal limits.

**Treatment plan: Recommendation is for coronary angiography to assess patency of the previously placed left circumflex stent.**

5:46pm: Mr. Duntz presented to Dr. Carida for a **cardiac catheterization**. His past medical history is significant for coronary artery disease, MI, hypertension, and hyperlipidemia. He had a non-STEMI in 2020. He had proximal LAD disease and PCI of the vessel. Two days prior to admission, he started developing chest discomfort at rest associated with diaphoresis and the condition is extremely stressful. He was seen at Dr. Philips' office. He was admitted and he ruled out for myocardial infarction with serial EKGs and cardiac enzymes and was referred for cardiac catheterization.

He has resting angina, feeling like his old MI symptoms when he had PCI of the left circumflex artery, he was admitted, he is medically treated and is pain free. Ruled out for myocardial infarction. **He is undergoing cardiac catheterization for risk stratification. Further recommendations pending outcome of this procedure.**

**Assessment: Unstable angina, coronary artery disease, history of percutaneous coronary intervention of his left circumflex in the setting of non-ST-segment elevation myocardial infarction, hypertension, hyperlipidemia.**

6:14pm: Mr. Duntz was examined by Dr. Carida for a left heart catheterization, left ventriculogram, percutaneous transluminal coronary angioplasty of the diagonal branch, and groin closure device.

Left ventriculogram – the LV systolic function in the RAO projection was normal. There were no focal wall motion abnormalities. Estimated left ventricular ejection fraction was 60%. There was no aorta to LV gradient. There was no mitral regurgitation. Left ventricular end-diastolic pressure was 8 mmHg.

**Diagnosis: Single-vessel coronary artery disease involving the diagonal branch. Patent stent site in the left circumflex. Preserved LV systolic function. No focal wall motion abnormalities. Estimated left ventricular fraction was 60%.**

**8/5/2021**: 11:32am: **Mr. Duntz was examined by Dr. Johnson. He was admitted for chest pain and had a cardiac catheterization which required a PCI. He is discharged on dual anti-platelet therapy with cardiology follow up.** He has improved and is discharged home.

Treatment plan: He is to follow up with PCP and Cardiology.

**10/18/2021**: **Mr. Duntz presented to the hospital for COVID.**

**Diagnosis: Acute chest pain, shortness of breath, COVID-19 virus infection, fever, chills, cough.**

**12/31/2021**: Mr. Duntz presented to Dr. Carida for **left heart catheterization, left ventriculogram, coronary angiogram, and groin closure device.**

Diagnosis: Nonobstructive coronary artery disease with disease in a small diagonal. Best served with medical therapy. Patent stent site in the left circumflex artery. Preserved LV systolic function. No focal wall motion abnormalities. Estimated left ventricular ejection 60%. No complications during the procedure. Groin closure device was deployed in the right femoral artery.

## MEDICATIONS:

As a related but distinct matter, Mr. Duntz's medications and side effects should be considered:

**Cardiac (Heart):**

Mr. Duntz takes **Irbesartan** (75mg, daily) for high blood pressure. General side effects include a light-headed feeling, and high potassium level.

Mr. Duntz takes **Clopidogrel** (75mg, daily) to prevent heart attacks. General side effects include headaches or dizziness, and nausea.

Mr. Duntz takes **Aspirin** (81mg, daily) to prevent heart attacks, strokes, and chest pain. General side effects include gastrointestinal ulcerations, abdominal pain, and headache.

Mr. Duntz takes **Metoprolol ER Succinate** (25mg, ½ pill daily) for chest pain. General side effects include very slow heartbeats, a light-headed feeling, and shortness of breath. Mr. Duntz also takes **Nitroglycerin** (.2mg, as needed) for chest pain. General side effects include bloating or swelling, difficulty breathing, and dizziness.

**Gout:**

Mr. Duntz takes **Allopurinol** (100mg, daily) for gout. General side effects include nausea and drowsiness.

**High Cholesterol:**

Mr. Duntz takes **Atorvastatin** (40mg, daily) to lower bad cholesterol. General side effects include increased transaminases, lightheadedness and fainting, and shortness of breath or other breathing problems.

**Hypothyroidism:**

Mr. Duntz takes **Levothyroxine** (.05mg, daily) for hypothyroidism. General side effects include fatigue, weight loss, and headache.

*See also*, **Exhibit K**, which is a list of medications from Mr. Duntz himself. *Having said all of that, our client reports specific side effects from his medications as follows:

- Constant ringing in ears, which causes difficulty going to sleep, lack of sleep, and all-day fatigue
- Extreme fatigue, from beginning to end of day; reports falling asleep sitting still in car or at home, etc. to the point that his daughter does not want him watching or driving his grandson alone
- Severe/intense headaches when has to take Nitroglycerin
- Severe bruising and bleeding from simple scrapes; grew a beard because he continued to cut the scar from the cancer incision, which would then bleed nonstop

- Feet hurt all the time (new in the past several months)
- Loss of memory, mostly word meanings or words completely, as well as names of people (skills that instrumental in his sales career)
- Overall lack of, or diminished, focus and drive (motivation).

Yet, from what appears, the Company has failed to take into consideration the potential side effects of Mr. Duntz's medications, the impact on his functioning, alertness and concentration levels, and the resulting overall combination of physical impairments. *See, Godfrey vs. Bellsouth Telecommunications, Inc.*, 89 F.3d 755, 758-759 (11th Cir. 1996); *Adams v. Prudential Insurance Company of America*, 280 F. Supp. 2d 731, 740–741 (N.D. Ohio 2003); *Dirnberger v. Unum Life*, 246 F. Supp. 2d 927, 934 (W. D. Tenn. 2002).

*See also, Stvartak v. Eastman Kodak Co.*, 945 F. Supp. 1532, 1536, 1545-46 (M.D. Fla. 1996) (plan administrator abused his discretion by "discounting the effects of potent anti-depressant and anti-psychotic medications that [the plaintiff] took on a daily basis to … work").

In sum, Mr. Duntz's claim is amply supported by his medical records and general course of treatment -- so long as a medical condition is diagnosed and documented by appropriate physicians, a patient's symptoms should be credited by the insured as being consistent with the disabling impairment. *See, Godfrey, supra*, 89 F.3d 755.

In *Laser v. Provident Life and Accident Insurance Company*, 211 F. Supp. 2d 645, 655-657 (D. Md. 2002), an insurer was significantly criticized for failing to consider all of the employee's medical evidence and all aspects of his illness, taking what amounted to an adversarial approach. It is our belief that the Company has acted in the same way on this claim.

*See also, Curtis v. Hartford Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1224 (N.D. Ill. 2014) (case precedent teaches that benefits decision maker must make a reasoned assessment of whether *total combination* of claimant's impairments justify disability finding, even if no single impairment standing alone would warrant such conclusion; decision-maker must consider combined effect of claimant's physical impairments, cognitive impairments, and ability to perform "any occupation" as defined by the plan in making its determination).

*And cf., Burke v. Pitney Bowes Inc. Long Term Disability Plan*, 640 F. Supp. 2d 1160, 1176 (N.D. Cal. 2009) ("One must bear in mind … that a participant and her ERISA plan administrator are not *adversaries*. … A plan administrator is a fiduciary of the plan participants. *See Glenn*, 128 S.

Ct. at 2347. *This means that the plan administrator's interest, if it is following the law, is not to deny benefits as often as possible but to come to the right decision in each case ....* As a fiduciary with duties of care and loyalty to all participants, the administrator's role is to grant meritorious claims but to deny non-meritorious claims in order to protect the plan's assets for the benefit of other participants") (emphasis supplied).

## CONCLUSION:

Under any legal standard of review that might apply here,[3] the Company erroneously concluded that Mr. Duntz – after receiving full-term STD benefits[4] -- no longer has significant medical issues that prevent him from returning to full-time employment. **Moreover, as a conceptual matter, it makes little sense (if any) for Lincoln to have approved full-term STD benefits but then – in denying LTD benefits altogether – "pivot" and contend that he did not satisfy the LTD Elimination Period. This is a *non sequitur.*** LTD benefits should be approved and paid.

Stated otherwise, Mr. Duntz's claim continues to have full support from his treating medical providers, *i.e.*, trained professionals who have seen and treated him in person (*e.g.*, cardiologist Dr. Fields). As stated in *Godfrey, supra*, 89 F.3d 755, so long as the conditions at issue are diagnosed and documented by appropriate physician(s), a patient's symptoms should be credited by the insured as being consistent with the disabling impairment. The treating providers have, by definition, been able to observe and treat Mr. Duntz over a considerable course of time; and thus have a full, accurate and historical read on his conditions. In fact, those providers are the *only* professionals who have actually seen and treated him – as opposed to Dr. Reza, who merely reviewed this claim on the records.

This sort of decision-making process is not favored under the law. *See, e.g., Kalish v. Liberty*

[3] It should be noted that in *Firestone Tire & Rubber Company v. Bruch*, 489 U.S. 101, 109 S. Ct. 948, 103 L. Ed. 2d 80 (1989), the United States Supreme Court held that ERISA does not create standards under which District Courts review an administrator's decision to deny benefits. Thus, the Supreme Court established two general but distinct standards for reviewing an administrator's decision to deny benefits: (1) where an administrator acts without discretion to determine eligibility or construe the terms of an ERISA governed plan, the court will review the decision to deny the claim de novo. *Id.*, 489 U.S. at 115, 109 S. Ct. at 965; and (2) if the administrator does possess such discretion, the court then reviews the benefit decision under a deferential, *i.e.*, arbitrary and capricious standard. *Id.*, 489 U.S. at 111, 109 S. Ct. at 954. If the administrator (*e.g.*, Prudential) operates under a financial conflict of interest, the court must consider whether the circumstance was a "factor" in determining whether there was an abuse of discretion. *Id.*, 489 U.S. at 115, 109 S. Ct. at 957. Here, it appears that Lincoln operates as both payer of benefits and decision-maker (claims administrator) on benefits.

[4] For STD approval, *see*, attached **Exhibit L** – Lincoln approval letter dated 9/20/2021.

*Mutual/Liberty Life Assur. Co.*, 419 F.3d 501 (6th Cir. 2005) (when plan administrator's explanation for denial of benefits is based on work of a doctor [or other expert] in its employ, court must view the explanation with some skepticism....Physicians [or other experts] repeatedly retained by benefits plans may have incentive to make a finding of "not disabled" in order to save their employers' money and preserve their own consulting arrangements.... *Whether a doctor has physically examined claimant is one factor that court may consider in determining whether plan administrator acted arbitrarily and capriciously in giving greater weight to opinion of its consulting physician.* The failure to conduct a physical examination may, in some cases, raise questions about the thoroughness and accuracy of the benefits determination.... Although there is nothing inherently improper with relying on a file review in denying claim, if the conclusions from that review include critical credibility determinations, reliance on such a review may be inadequate) (emphasis supplied).

*See also*, *Morgan v. Prudential Ins. Co. of Am.*, 755 F. Supp. 2d 639, 647 (E.D. Pa. Nov. 18, 2010) ("[W]here the insured's treating physician's disability opinion is unequivocal and based on a long term physician-patient relationship, *reliance on a non-examining physician's opinion premised on a records review alone is suspect and suggests that the insurer is looking for a reason to deny benefits*") (citing *Kaufmann v. Metro. Life Ins. Co.*, 658 F. Supp. 2d 643, 650 (E.D. Pa. Sept. 24, 2009)) (emphasis supplied); *Connelly v. Reliance Std. Life Ins. Co.*, 2014 U.S. Dist. LEXIS 74632 at *22 (E.D. Pa. June 2, 2014) ("[The] reliance on a non-examining physician's opinion premised on a records review alone is suspect and *suggests that the insurer is looking for a reason to deny benefits*" [citations omitted]) (emphasis supplied).

*See also, Granville v. Aetna Life Ins. Co.*, 2015 U.S. Dist. LEXIS 167631 (M.D. Pa. Dec. 15, 2015), in which the Court stated as follows:

> To determine if a defendant [carrier]'s conclusion to deny benefits was arbitrary and capricious, courts consider (1) "various procedural factors underlying the administrator's decision-making process," and (2) "structural concerns regarding how the particular ... plan was funded." *Duntz v. Am. Airlines, Inc.*, 632 F.3d 837, 845 (3d Cir. 2011). "[T]the procedural inquiry focuses on how the administrator treated the particular claimant." *Id.* (citing *Post v. Unum Ins. Co.*, 501 F.3d 154, 162 (3d Cir. 2007)).
>
> Examples of procedural anomalies that suggest arbitrariness include: (1) reversing a decision to award benefits without new medical evidence to support the change in position, (2) relying on the opinions of non-treating over treating physicians without reason, (3) conducting self-serving paper reviews of medical files, (4) failing to address all relevant diagnoses before terminating benefits, (5) relying on favorable parts while discarding unfavorable parts in a

> medical report, and (6) denying benefits based on inadequate information and lax investigatory procedures. *Connelly v. Reliance Standard Life Ins. Co.*, No. CIV.A. 13-5934, 2014 U.S. Dist. LEXIS 74632, 2014 WL 2452217, at *4 (E.D. Pa. June 2, 2014).

*Id.*, 2015 U.S. Dist. LEXIS 167631 at * 21 (emphasis supplied).

*And see, Niswonger v. PNC Bank Corp. & Affiliates Long Term Disability Plan*, 612 Fed. Appx. 317, 323 (6th Cir. 2015) (White, J.) (holding that Liberty's denial of benefits was arbitrary and capricious because of its disregard of reliable evidence, such as ignoring objective medical tests and opinions of treating physicians for no reason, failing to rebut medical evidence, and not requesting an independent examination).

The United States Supreme Court's ruling in the ERISA case of *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 123 S. Ct. 1965, 155 L. Ed. 2d 1034 (2003), does nothing to diminish our argument that the Company is improperly failing to credit the opinions of the treating medical providers here -- choosing instead to rely on one peer review (Dr. Reza). Although the Court in *Nord* found it was not mandatory for an insured to defer to the opinion of the treating physician, it nonetheless affirmed that a treating physician would have a "greater opportunity to know and observe the patient as an individual." The Court went on to state that "plan administrators, of course, *may not arbitrarily refuse to credit the employee's reliable evidence, including the opinions of treating physicians*." *Id.* at 834 (emphasis supplied).

Here, it should not go without saying that neither Dr. Reza nor anyone else with or on behalf of Lincoln ever actually spoke or communicated in substance with Dr. Fields.[5] **Yet, Dr. Reza blithely concluded that the "medical records supported the claimant had additional functional capacity greater than indicated by the treating provider."**

Thus, based on information already found in Lincoln's claims files, plus the information now submitted, it should be clear that Mr. Duntz did in fact continue to meet the definition of Disability even when STD benefits expired. If the Company's position is to be believed, after receiving full-term STD, Ms. Duntz "got better," which has the not-coincidental benefit of allowing it to close out this claim. **Yet, the reality is that nothing has changed for the better for our client; there is no new, organic medical evidence that would suggest improvement and thus justify a change in position by Lincoln in the transition from STD to LTD benefits. The most recent information**

[5] In fact, our client has communicated with Dr. Fields, and she (Dr. Fields) is not aware that any messages were even left for her by Dr. Reza.

**from Dr. Freedman (our client's new cardiologist in Tennessee) indicates that he is still at risk from a cardiac standpoint if he were to attempt to return to work.** *See, Granville*, supra at *21 (insurance carrier acts arbitrarily when reversing a decision to award benefits without new medical evidence to support a change in position).

At this point, I will add several housekeeping notes. First, if this office receives additional medical records, other documents supporting Mr. Duntz's claim, or other items needed to complete the record here, we respectfully reserve the right to supplement this letter.

Moreover, to the extent that Mr. Duntz is seeking Social Security disability (SSDI) benefits (*claim still pending), we reserve the right to supplement this appeal with such supporting documentation – even after the administrative record here has otherwise "closed." This would include not only pertinent dollar figures, but also facts and substantive medical and vocational proof and findings, as applicable. At the same time, to the extent that medical records or information generated in the course of any SSDI matter are properly considered in the context of this LTD claim, we are assuming that the Company would have access to those records and information.[6]

Second, as provided on page 5 of the 5/2/2022 denial letter, Mr. Duntz should receive, free of charge, copies of all documents, records and other information relevant to his claim for benefits. So, to the extent that the Company has NOT already provided my office with copies of all such documents, etc., please forward same as soon as possible.

*This specifically includes all *updates* to the claims file here plus any internal rules, guidelines, protocols or other similar criterion relied upon in making the claims determination(s) to date. This also includes all written reports generated by any physician, medical, vocational or other parties (internal or external) who have reviewed this claim; with all amendments or supplements thereto.

To conclude, I would ask that you bring Mr. Duntz current in a lump–sum payment for all past-due LTD benefits -- plus interest[7] -- then continue his LTD benefits to the fullest thereafter,

[6] Note: so far as we are aware, the Company has a signed medical release/authorization from our client that would permit it to request any SSDI records deemed necessary to review this claim. If this is not the case, please advise immediately.

[7] *See, Curtis v. Hartford Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1224 (N.D. Ill. 2014) (presumption in favor of prejudgment interest applicable in ERISA cases; prejudgment interest typically accrues from the date of loss or the date on which the claim accrued in order to put party in the position he would have been in had benefits been paid immediately; and, absent special circumstances, compound interest is the norm in federal matters).

pursuant to the contractual terms of the Plan/Policy. That is, the Company should pay to Mr. Duntz all LTD benefits to which he was entitled and still is owed; as well as those benefits to which he still is entitled, now or in the future; plus acknowledge and preserve his right (if needed) to make application in the future for LTD benefits that have not yet come due.[8] This includes benefits once the Any Occupation definition of disability is triggered, which will occur (without more) in or about late January, 2024.

With this in mind, please note that – to the extent that Lincoln may issue any benefits going forward -- any checks, remittances or other (electronic) fund transfers should be directed to my law office, not directly to Mr. Duntz; this in accordance with the attached authorization that Mr. Duntz has executed. *See*, **Exhibit M.**

This letter is sent without waiver of, or prejudice to, Mr. Duntz's rights and remedies under the LTD Plan/Policy at issue and governing law. All rights and remedies are expressly reserved.

If you have questions or concerns regarding this matter, please call me. And, if the Company needs Mr. Duntz to do anything else (reasonable) to exhaust remedies or perfect this claim, please let us know. This specifically includes completing any additional needed forms, questionnaires or the like for Lincoln.

I look forward to your response.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
Enclosures (Exhibits A-M) (*all w/ hard copy of letter)

cc: Mr. Duntz (w/o encl.)

---

[8] Please note that all amounts claimed above should necessarily include any applicable or accrued cost–of -living adjustments ("COLA's") that may be provided under the Plan/Policy at issue.

REF #13000635

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 2, 2022

MATTHEW J DUNTZ

Re: PolicyHolder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129000000
Claim Number: 1220010964
Claimant: Matthew Duntz

Dear Mr. Duntz:

We have completed our review of your Long Term Disability claim and have determined that no benefits are payable beyond .

To be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy. This includes but is not limited to the following:

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows.

1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform:
   a. during the first 12 months following the date of loss, one or more of the Main Duties of his or her Own Occupation; or
   b. after a period of 12 months following the date of loss, each of the Main Duties of his or her Own Occupation.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

ELIMINATION PERIOD: calendar days of Disability caused by the same or a related Sickness or Injury, which must be accumulated within a calendar day period.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# Exhibit A

**ELIMINATION PERIOD** means the number of days of Disability during which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits. It applies as follows.

1. The Elimination Period:
   a. begins on the first day of Disability; and
   b. is satisfied when the required number of days is accumulated within a period which does not exceed two times the Elimination Period.

During a period of disability, the Insured Employee may return to work, at his or her own or any other occupation, for an accumulated number of days not to exceed the Elimination Period.

2. Only days of Disability caused by the same or a related Sickness or Injury will count towards the Elimination Period. Days on which the Insured Employee returns to will not count towards the Elimination Period

**Information reviewed and action taken**

After a thorough review of the information currently contained in your claim file, we have determined that you do not meet the definition of Total Disability, as defined above. Outlined below is the information reviewed which led to our determination.

In our review process, all information previously submitted as well as any new documentation is used to make a determination. The documentation contained in your claim file includes, but is not limited to the following:

- Attending Physician Statement completed by Constance Fields MD on 08/17/2021
- Stress Test completed 11/22/2021 by Jay Baker MD
- Office and treatment notes from Dr. Constance Fields 11/30/2021 to 01/26/2022
- Peer Review completed 04/18/2022 by Ali Reza MD, Board Certified in Cardiovascular Disease and Board Certified in Interventional Cardiology
- Job Description, Aerospace Technologies Group, Inc.
- Occupational Analysis, Lincoln Financial Group

According to the information contained in your claim file, you stopped working on 07/30/2021 due to a diagnosis of Atherosclerotic heart disease of native coronary artery. As part of our review to evaluate if you are eligible for Long Term Disability benefits, we utilized documents from your Short Term Disability claim file, as well as new documents submitted for review of the Long Term Disability claim.

As part of the Long Term Disability review, your medical file was reviewed by Dr. Ali Reza, an independent physician reviewing Board Certified in Cardiovascular Disease and Board Certified in Interventional Cardiology. As part of the review, Dr. Reza attempted to call Dr. Fields to discuss your claim and left messages on 04/05/2022 and 04/12/2022. Dr. Reza's report, which is dated 04/18/2022, concludes, in part:

> "Given the claimant's cardiac history with multiple cardiac catheterizations and 2 separate stent placements in conjunction with ongoing angina symptoms, it is reasonable to support a degree of restrictions and limitations on the claimant's activity. For the timeframe of 08/03/2021 through 08/10/2021, 10/16/2021, and 12/13/2021 through 12/20/2021 the claimant had no sustainable work capacity

secondary to undergoing hospital evaluation, procedures and or immediate recovery.

For the timeframe of 07/31/2021 through 08/02/2021, 08/11/2021 through 10/15/2021, 10/17/2021 through 12/12/2021 and 12/21/2021 to present and beyond, the following restrictions and limitations are appropriate on the claimant's activity.

1. Sitting: Unrestricted
2. Standing and walking: Frequently up to 4 hours per day
3. Lifting/Carrying/Pushing/Pulling: No more than 25 lbs.
4. Climbing Ladders/Crawling: never
5. Climbing Stairs, Kneeling, Crouching, Balance Occasionally
6. Reaching Overhead or below waste: Unrestricted
7. Keyboarding, Simple and Firm Grasp, Foot Controls: Unrestricted."

"While the medical records do support a degree of restrictions and limitations on the claimant's activity, the restrictions and limitations recommended by the claimant's treating provider on 08/17/2021 do not evidence full capacity the claimant can sustain. The medical records supported the claimant had additional functional capacity greater than indicated by the treating provider."

As noted previously, in order to be eligible for Long Term Disability benefits, you must satisfy an Elimination Period of 180 days. During the Elimination Period, you need to remain Totally Disabled as described in the Total Disability provision above. Based on your date of disability of 7/31/2021, the Elimination Period would conclude 1/27/2022. Per our review of the file, including the Peer report of Dr. Ali Reza, we have concluded that you would not have had occupational restrictions and limitations beyond 12/21/2021 which would have prevented the performance of one or more of the Main Duties of your Own Occupation.

It is important to note that the policy under which you are covered refers to and is governed by the main duties of your regular "occupation" and not by the duties of your specific job. Nearly every job in the economy is performed slightly different from one employer to another. However, the Department of Labor groups jobs into occupations based on their similarities. The term "occupation" refers to a collective description of a number of individual jobs that are performed, with variations, in many establishments. Consequently, there will be similarities between the main duties of your occupation and those of your job. There may also be some differences.

In addition to the medical documentation submitted to our office, we obtained your written job description, your employer's description of your job duties, and the description of your occupation from the Department of Labor's Dictionary of Occupation Titles 189117034 In order to be eligible for Long Term Disability benefits, you must have been unable to perform each of the main duties of your occupation, as they would be performed in a typical setting for an employer.

The contract issued to Aerospace Technologies Group, Inc. states, in part:

**MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:

1. during the first 12 months following the date of loss, are normally required to perform the Insured Employee's Own Occupation; or
2. after a period of 12 months following the date of loss:
   a. are normally required to perform the Insured Employee's Own Occupation; and
   b. could not reasonably be modified or omitted.

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:
1. the Employer is subject to the Act; or
2. the Insured Employee has requested such a job accommodation.

An Employer's failure to modify or omit other job tasks does **not** render the Insured Employee unable to perform the Main Duties of the job.

Based on information obtained from your employer and occupational information contained within the *Dictionary of Occupational Titles* (DOT), we have determined that your occupation is best defined as a VICE PRESIDENT (any industry) in the national workforce. The material and substantial duties of a VICE PRESIDENT (any industry) include but are not limited to the following:

The employer indicated job demands include the following:
1. Sitting Several times per day
2. Standing Several times per day
3. Talking Continuously
4. Typing Several times per day
5. Walking Several times per day
6. Writing Several times per day
7. Prolonged visual work
8. Most frequently lifts under 10 lbs. occasionally.
9. Heaviest object lifted under 10 lbs. occasionally.
10. This position requires 25-50% of domestic and international travel.

The occupation is typically performed as Sedentary in the National Economy, per the DOT.

We reviewed the medical documentation provided in conjunction with the written job description, your employer's description of your job duties, and the Department of Labor's Dictionary of Occupational Titles (DOT), and determine that the medical evidence does not support Total Disability as defined by the policy.

**Summary**

In summary, the medical documentation contained in your claim file does not support Total Disability as defined by the policy. As noted previously, in order to be eligible for Long Term Disability benefits, you must satisfy an Elimination Period of 180 days. During the Elimination Period, you need to remain Totally Disabled as described in the Total Disability provision above. Based on your date of disability of 7/31/2021, the Elimination Period would conclude 1/27/2022. Per our review of the file, including the Peer report of Dr. Ali Reza, we have concluded that you would not have had occupational restrictions and limitations beyond

12/21/2021 which would have prevented the performance of one or more of the Main Duties of your Own Occupation. Therefore, the Elimination Period was not satisfied and no benefits are payable.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Jane Davidson
800-423-2765 x2835
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

# Exhibit B

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

| | |
|---|---|
| **Job title** | *Chief Sales Officer* |
| **Reports to** | *CEO* |

**Job purpose**

Executive Leader for ATG Sales and Program Management. Develops Sales plan to align with strategic plan for the Company and personally represents ATG in a sales and consultation role with our partners. This position leads the Sales, Program Management and Customer Service departments,

**Duties and Responsibilities**

- Builds positive long-term relationships and high potential for repeat business with customers.
- Establishes sales plans to meet annual, quarterly, or monthly goals.
- Sets Department KPIs for reporting departments.
- Performs contract reviews
- Supports team members with sales presentations, including demonstrations and sales proposal presentations. Assists team members by supporting / conducting sales negotiations with appropriate customer personnel.
- Provides council to ATG customers on creating solutions for the customer experience
- Develops ATGs Marketing plan, including
- Budgets, oversees planning and marketing of multiple trade shows each year
- Leads the Customer Support team by providing council and mentoring
- Leads the Program Management team, authorizes change orders and capital investments

**Qualifications**

Qualifications include:

- Bachelor's degree in sales preferred but not required
- Sales experience with commercial jets
- Aircraft Interiors experience preferred
- Knowledge and understanding of Federal Aviation Regulations
- Knowledge and understanding of AS9100
- 

**Preferred Experience:** Between 5 and 10 years

**Preferred Education:** Associate's Degree

**Working Conditions**

- Exercising independent judgment
- Rapid Decision Making
- Precise Accuracy requirements
- Meet production deadlines
- Safeguarding organization assets and property
- Minimal Guidance or direction
- Performing multiple functions/activities

- Complex calculations

**Physical Requirements**

- Sitting Several times per day
- Standing Several times per day
- Talking Continuously
- Typing Several times per day
- Walking Several times per day
- Writing Several times per day
- Prolonged visual work

| Lifting Activities | Weight | Height | Distance | Frequency |
|---|---|---|---|---|
| Most Frequently Lifted Object | Under 10 lbs. | Waist level | 1 - 9 feet | Occasionally |
| Heaviest Object Lifted | Under 10 lbs. | Waist level | 1- 9 feet | Occasionally |

**Travel Requirements**

This position requires 25-50% of domestic and international travel.

**Direct reports**

None

| | |
|---|---|
| **Approved by:** | |
| **Date approved:** | |
| **Reviewed:** | *March 2019* |

**Lincoln/Duntz 0665**

**From:** Michelle Glenn < >
**Sent:** Tuesday, May 17, 2022 1:35 PM
**To:** Gracy, Chad < >
**Cc:** Jackie Eveslage < >; Melissa Whipple < >
**Subject:** follow up Duntz LTD Claim

*****This email is from an external source. Only open links and attachments from a Trusted Sender.*****

Chad-

Thank you for your time last week and information on the review of the Duntz LTD claim. I have attached the Chief Sales Office er job description to this email and below are some bullet points to provide more detail on what the role entails at ATG. Additionally, I will be forwarding to your email only, two emails with attachments from Matt Duntz. The attachments are two separate letters from Mr. Duntz's cardiologist that outline his health history starting in March of 2020. He took pictures of the individual pages of the letters. He thought that the STD review had these and assumed LTD did as well, but from our conversation this was a new claim and the information did not flow through. If the letters prove information and you require more details, I can coordinate with Mr. Duntz to obtain hospital records, etc.

Thank you again for your attention to our employee.

Michelle

Chief Sales Officer at ATG

- This position is one of 4 Officers of the Company – these are the highest ranking positions and contribute to other areas in addition to their direct responsibilities
- ATG's clients are worldwide and travel includes, Europe, Middle East, Canada and US (note that travel is 25 to 50% of time as noted)
- Sales at ATG involves sourcing new opportunities and heavy contract negotiation on new products with aerospace OEM's (i.e. Boeing, Gulfstream, Bombardier, etc)
- Program Management at ATG manages all new program development which includes, engineering, FAA certification and entry to manufacturing. Additionally this team manages the long term support of products
- Customer Support at ATG maintains client relationships including the processing of orders and spare parts. This department receives communication 24X7
- Marketing at ATG manages up to 6 trade shows per year. These shows are in Dubai, Germany, France and US
- As one of four officers of the Company, ATG's strategic plan and annual budget are created by the leadership team and corporate decisions are made collectively
- This position requires ability to be contacted 24X7 to support international clients. This position maintains a schedule that is over 40 per week in the office and frequently several hours out of the office

Michelle Glenn, SPHR
Chief People Officer and VP of Administration

Aerospace Technologies Group, Inc.
620 NW 35th Street | Boca Raton, FL 33431 | USA
Direct +1.561.244.7396 | Main +1.561.244.7400
Mobile +1.954.232.9806

Lincoln/Duntz 0667

# Exhibit C

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

BOCA RATON
REGIONAL HOSPITAL

# POST CARDIAC CATHETERIZATION PATIENT DISCHARGE INSTRUCTIONS

20082-00355 03/22/20 M
DUNTZ,MATTHEW
001561221 57Y IP
GOLUB,JASON 2154
2008200355

The following instructions will guide you on how to care for the site, as well as provide other helpful information. Please follow these instructions unless otherwise directed by your Health care provider.

**CARE OF THE SITE:**

- You may shower in 24 hours after the procedure. Remove the dressing from the hospital before showering. If you have a white patch adhering to the skin, moisten it with water before removing. Gently clean site using soap and water while standing in the shower. Gently pat dry thoroughly, and apply a dry band aid daily for 2 days if needed. Do not apply powders or lotions.
- Inspect the site daily and keep it clean and dry to prevent infection.
- Do not submerge in a pool or tub of water for at least 5 days, or until the wound has healed. Showers should be brief and no more than 10 minutes.

**ACTIVITY:**

- You may resume moderate activity including short walks and light household chores in one day, letting your discomfort be your guide. Physical exercise such as running, biking, golfing, tennis or working out at the gym is not recommended for 7 to 10 days following your procedure and then should be resumed on a gradual basis. Do not perform any activity that will place stress on the groin including sexual activity until reexamined by your physician.
- Do not strain to move your bowels.
- Do not twist, stretch, bend or lift more than 5 pounds for one week or until site heals.
- You may drive in 24 hours. Do not operate machinery or drink alcoholic beverages until 24 hours after your procedure.

**NORMAL OBSERVATIONS:**

- Soreness or tenderness that may last one week.
- Mild oozing of pink or clear fluid from puncture site. Apply band aid if oozing.
- Possible bruising that could last for 2 weeks.
- Formation of a small lump (dime to quarter size: which may last up to 6 weeks).

**CALL PHYSICIAN IMMEDIATELY IF YOU EXPERIENCE:**

- Increased swelling of groin or leg.
- Unusual pain at groin site, numbness or tingling of the leg.
- Signs of infection: redness, warmth to touch, drainage (other than a little blood on the bandage) poorly healing incision, fever or chills.
- If pulsating bleeding occurs: Apply direct pressure and activate 911.
- If oozing small amount of blood, hold pressure for 10 minutes and call your Physician.

Call for appt. Dr. ______________________ Date______________

Patient Signature______________________ Date______________

RN Signature______________________ Date______________

(PLACE A COPY OF SIGNED INSTRUCTION SHEET IN THE MEDICAL RECORD)

*10001473353*



Form ID: 1000 147353
Rev Date: 02/2010

Lincoln/Duntz 0669

| | |
|---|---|
| PHYSICIAN #: | 1634 |
| NAME: | RODOLFO CARRILLO-JIMENEZ MD |
| ADDRESS: | 11195 S JOG ROAD #6<br>BOYNTON BEACH, FL 33437 |
| GROUP #: | 61634 |
| PHONE #: | (561)807-0500 |
| FAX #: | 877-536-5811 |
| SPECIALTY: | CARDIOVASCULAR DISE<br>INTERNAL MEDICINE |
| UPIN: | H27015 |
| NPI: | 1871513754 |



2 weeks

Physician Preferences

Additional Details (Restricted Access)

772-206-28
42 1134

# Patient Discharge Summary

## Discharge Instructions, Orders and Medications

**Name:**DUNTZ, MATTHEW
**Date of Birth:**
**Current Date:**03/24/20 14:00:03 **MRN:**001561221 **FIN:**2008200355

**Primary Care Provider**
**Name:**FIELDS, MD, CONSTANCE D
**Phone:**(561)483-8335

**Discharge Diagnosis:**1:Acute chest pain; 2:NSTEMI (non-ST elevated myocardial infarction)
**Discharged To:**

**Comment**

**Discharge Orders**

**Discharge Activity Restrictions** No Restrictions

**Discharge Diet Instruction** Discharge Diet Other (please specify), Resume home diet.

**Historical Procedures**
**Procedures**
Melanoma

**llow-up Instructions:** You may have been referred to your regular doctor or a specialist, please follow up as instructed. If your condition worsens call your physician or return to the Emergency Department.

| With: | Address: | When: |
| --- | --- | --- |
| CarrilloJimenez, MD, Rodolfo | 8188 Jog Road #100 Boynton Beach, FL 33472<br>(561) 807-0500 | Within 2 weeks |

**Comment**

**edication Instructions**

If you need a prescription refill, you must see your doctor. Take all medications only as directed. Do not take a medication you are allergic to. If you have been prescribed new medications check with your pharmacist or physician to make sure they are safe to be taken with your other home medications. If you have any questions about side effects and food/drug interactions, please consult your physician or pharmacist. To help ensure your safety, keep a copy of this discharge instruction to share with your health care provider at your next visit. It contains a copy of your medication list, diagnoses and information about treatment you received here.

Many medications can make you feel sleepy, impair your ability to drive, or affect your ability to make good decisions. For this reason, we may ask that you arrange for someone else to give you a ride home, do not operate machinery/major appliances, drink alcohol, or make important decisions, for 24 hours after leaving the hospital.

It is important to always keep an active list of medications available so that you can share with other providers and manage your medications appropriately. If you have been instructed to stop taking a medication, please ensure you also follow up with this information to your Primary Care Physician. Any specific questions regarding your medications and dosages should be discussed with your physician(s) and pharmacist.

### Storage and Disposal of Opioids

Medications should be stored out of reach of children, and in a safe place to prevent others from taking them. If opioids are shared with others for whom they are not prescribed, there is a possibility that others might experience overdose at the same or at lower dosages than what was prescribed to you.

Unwanted or unused opioids can be disposed at your local fire department or police department and take back locations or events in the community. You may also dispose of your medications by (1) mixing the medication with dirt, kitty litter, or used coffee grounds, (2) placing the mixture in a container such as a sealed plastic bag, (3) throwing the container in your household trash, and (4) ensuring that all personal information has been removed or made unreadable.

### Complete Medication List

The list below is a complete list of medications for you to use at home. It has been updated with any changes that occurred in the hospital. Take only the medications listed below. Contact your doctor prior to taking any medications not on this list or stopping any medications on this list.

**Allergy Info:** No Known Allergies

**Comment**

### Medications

During the course of your visit, your medication list was updated with the most current information. The details of those changes are reflected below:

**New Medications and Prescriptions**

**Printed Prescriptions**

**aspirin (aspirin 81 mg oral delayed release tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose: 3-24 10A Next Dose:__________

**irbesartan (irbesartan 75 mg oral tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose:__________ Next Dose:__________

Don't take until you see MD

**metoprolol (Metoprolol Succinate ER 25 mg oral tablet, extended release)**
1 tab Oral (given by mouth) every day. Refills: 5.

Last Dose:________________Next Dose:________________

**ticagrelor (Brilinta (ticagrelor) 90 mg oral tablet)** 1 tab Oral (given by mouth) 2 times a day for 30 Days. Refills: 5.
Last Dose: 3-24 5A Next Dose:________________

**Medications That Have Not Changed**

**Other Medications**

**allopurinol (allopurinol 100 mg oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose: 3-24 10A Next Dose:________________

**levothyroxine (levothyroxine 50 mcg (0.05 mg) oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose: 3-24 5A Next Dose:________________

**simvastatin (simvastatin 20 mg oral tablet)** 1 tab Oral (given by mouth) every day at bedtime.
Last Dose:________________Next Dose:________________

## General Medical Information

IS IT A STROKE? Act **FAST** and Check for these signs:

ome medical conditions and lifestyle choices can put anyone at risk for stroke regardless of gender, ethnicity, or age. For this reason, it is important to stop smoking and be able to recognize the signs of stroke.

| | |
|---|---|
| FACE | Does the face look uneven? |
| ARM | Does one arm drift down? |
| SPEECH | Does their speech sound strange? |
| TIME | Call 9-1-1 at any sign of stroke |

### Heart Attack Signs

**Chest discomfort:** Most heart attacks involve discomfort in the center of the chest and lasts more than a few minutes, or goes away and comes back. It can feel like uncomfortable pressure, squeezing, fullness or pain.

**Discomfort in upper body:** Symptoms can include pain or discomfort in one or both arms, back, neck, jaw or stomach.

**Shortness of breath:** With or without discomfort.

**Other signs:** Breaking out in a cold sweat, nausea, or light-headed.

Remember, **MINUTES DO MATTER.** If you experience any of these heart attack warning signs, call **9-1-1** to get immediate medical attention!

## Additional Resources

**In Case of Emergency Dial 911 or nearest Emergency Room**

| | |
|---|---|
| National Suicide Prevention Life Line<br>http://www.suicidepreventionlifeline.org | 1-800-273-TALK<br>(1-800-273-8255) |
| National Alliance on Mental Illness<br>http://www.nami.org | 1-801-323-9900 or<br>1-877-230-6264 |
| Substance Abuse and Mental Health Services Administration<br>http://www.samhsa.gov/suicide-prevention | 1-877-SAMHSA-7<br>(1-877-726-4727) |

FOR HOSPITALIZATIONS DEEMED AS OBSERVATION: An observation patient may experience higher costs than an inpatient on admission status for the time spent in a hospital because ˘ *edicare covers inpatient and outpatient hospital services differently. Medicare Part A covers .patient hospital services, which requires a one-time deductible. Observation services are covered under Part B of Medicare and require the patient to pay a 20 percent co-payment for each individual service as explained by your case manager. Please also note that a patient under observation status in a hospital does not meet the requirements for qualifying inpatient hospital stay for Medicare coverage to a skilled nursing facility. In order to qualify for admission to a skilled nursing facility a patient must have been deemed as an inpatient in the hospital with a 3 day stay.

**Access Your Personal Health Information through Patient Connect!**

Patient Connect is an online, secure patient website that allows you access to your health information. Located on the Boca Raton Regional Hospital website, patients and/or family members can do any of the following items:

-Medical Visits and Treatment
-Summaries of Inpatient Stays
-Lab and Radiology Reports - three days after being performed
-Medication List after Discharge

We strongly urge you to take advantage of our Patient Connect. After your discharge from the hospital, you will receive an email inviting you to create your personal account, simply click on the k and follow the instructions to sign up. You can also visit the hospital's website www.brrh.com and click on the Patient Connect icon or you can self-enroll without an email invitation by visiting https://brrhpatientconnect.iqhealth.com/self-enroll/

If you need help signing up for Patient Connect please call 800-287-9085 for assistance.

**Do You Or Someone You Love Have Diabetes?**

Boca Raton Regional Hospital offers a comprehensive educational diabetes program that not only includes the definition of diabetes, but also how to improve your overall health having diabetes. Participants will learn about healthy eating with personalized meal plans, glucose monitoring, insulin devices, and medication management as well as the importance of physical activity and how to integrate it into busy schedules. They will also learn about the signs, symptoms and treatment of low and high blood sugar, and how to prevent and care for chronic complication.

For more information or to register for classes please call the Diabetes Education Program at Gloria Drummond Physical Rehab Institute at 561-955-2100.

**Medication leaflets, if any, will display below**

# ticagrelor

(tye KA grel or)

Brilinta (ticagrelor)

## What is the most important information I should know about ticagrelor?

You should not use ticagrelor if you have any active bleeding or a history of bleeding in the brain. Do not use this medicine just before heart bypass surgery.

**Ticagrelor may cause you to bleed more easily, which can be severe or life-threatening.** Call your doctor or seek emergency medical attention if you have bleeding that will not stop, black or bloody stools, red or pink urine, or if you cough up blood or vomit that looks like coffee grounds.

Tell your doctor about all your current medicines and any you start or stop using. **Many drugs can interact with ticagrelor.**

**Do not stop taking ticagrelor without first talking to your doctor, even if you have signs of bleeding.** Stopping ticagrelor may increase your risk of a heart attack or stroke.

## What is ticagrelor?

Ticagrelor prevents platelets in your blood from sticking together to form an unwanted blood clot that could block an artery.

Ticagrelor is used together with aspirin to lower your risk of having a stroke or serious heart problems after you've had a heart attack or severe chest pain (angina).

Ticagrelor may also be used for purposes not listed in this medication guide.

## What should I discuss with my healthcare provider before taking ticagrelor?

You should not use ticagrelor if you are allergic to it, or if you have:

- any active bleeding; or
- a history of bleeding in the brain (such as from a head injury).

Tell your doctor if you have ever had:

- a stroke;
- heart problems;
- a surgery or bleeding injury;
- bleeding problems;
- a stomach ulcer or colon polyps;
- liver disease; or
- asthma, COPD (chronic obstructive pulmonary disorder) or other breathing problem.

It is not known whether this medicine will harm an unborn baby. Tell your doctor if you are pregnant or plan to become pregnant.

You should not breast-feed while using ticagrelor.

## How should I take ticagrelor?

Follow all directions on your prescription label and read all medication guides or instruction sheets. **Ticagrelor is taken together with aspirin.** Use these medicines exactly as directed.

**Do not take more aspirin than your doctor has prescribed.** Taking too much aspirin can make ticagrelor less effective.

Take ticagrelor at the same time each day, with or without food.

**If you cannot swallow a tablet whole,** crush the pill and mix it with water. Stir and drink this mixture right away. Add more water to the glass, stir, and drink right away.

Ticagrelor keeps your blood from coagulating (clotting) and can make it easier for you to bleed, even from a minor injury. Contact your doctor or seek emergency medical attention if you have any bleeding that will not stop.

To prevent excessive bleeding, you may need to stop using ticagrelor for a short time before a surgery, medical procedure, or dental work. **Any healthcare provider who treats you should know that you are taking ticagrelor.**

**Do not stop taking ticagrelor without first talking to your doctor, even if you have signs of bleeding.** Stopping the medicine could increase your risk of a heart attack or stroke.

Store at room temperature away from moisture and heat.

## What happens if I miss a dose?

Take the medicine as soon as you can, but skip the missed dose if it is almost time for your next dose. **Do not** take two doses at one time.

## What happens if I overdose?

Seek emergency medical attention or call the Poison Help line at 1-800-222-1222. Overdose can cause excessive bleeding.

## What should I avoid while taking ticagrelor?

Drinking alcohol while taking aspirin can increase your risk of stomach bleeding.

Avoid activities that may increase your risk of bleeding or injury. Use extra care to prevent bleeding while shaving or brushing your teeth.

While taking ticagrelor with aspirin, avoid using medicines for pain, fever, swelling, or cold/flu symptoms. They may contain ingredients similar to aspirin (such as salicylates, ibuprofen, ketoprofen, or naproxen). **Taking certain products together can cause you to get too much aspirin which can increase your risk of bleeding.**

## What are the possible side effects of ticagrelor?

Get emergency medical help if you have **signs of an allergic reaction**: hives; difficult breathing; swelling of your face, lips, tongue, or throat.

Call your doctor at once if you have:

- slow heartbeats;
- nosebleeds, or any bleeding that will not stop;
- shortness of breath even with mild exertion or while lying down;
- easy bruising, unusual bleeding, purple or red spots under your skin;
- red, pink, or brown urine;
- black, bloody, or tarry stools; or
- coughing up blood or vomit that looks like coffee grounds.

Common side effects may include:

- bleeding; or
- shortness of breath.

This is not a complete list of side effects and others may occur. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

## What other drugs will affect ticagrelor?

**Sometimes it is not safe to use certain medications at the same time.** Some drugs can affect your blood levels of other drugs you take, which may increase side effects or make the medications less effective.

**Tell your doctor about all your current medicines.** Many drugs can affect ticagrelor, especially:

- antifungal medicine;
- antiviral medicine to treat HIV or AIDS;
- a blood thinner;
- cholesterol medication;
- heart or blood pressure medication;
- opioid medication;
- seizure medicine; or
- tuberculosis medicine.

**This list is not complete and many other drugs may affect ticagrelor.** This includes prescription and over-the-counter medicines, vitamins, and herbal products. Not all possible drug interactions are listed here.

## Where can I get more information?

Your pharmacist can provide more information about ticagrelor.

Remember, keep this and all other medicines out of the reach of children, never share your medicines with others, and use this medication only for the indication prescribed.

Every effort has been made to ensure that the information provided by Cerner Multum, Inc. ('Multum') is accurate, up-to-date, and complete, but no guarantee is made to that effect. Drug information contained herein may be time sensitive. Multum information has been compiled for use by healthcare practitioners and consumers in the United States and therefore Multum does not warrant that uses outside of the United States are appropriate, unless specifically indicated otherwise. Multum's drug information does not endorse drugs, diagnose patients or recommend therapy. Multum's drug information is an informational resource designed to assist licensed healthcare practitioners in caring for their patients and/or to serve consumers viewing this service as a supplement to, and not a substitute for, the expertise, skill, knowledge and judgment of healthcare practitioners. The absence of a warning for a given drug or drug combination in no way should be construed to indicate that the drug or drug combination is safe, effective or appropriate for any given patient. Multum does not assume any responsibility for any aspect of healthcare administered with the aid of information Multum provides. The information contained herein is not intended to cover all possible uses, directions, precautions, warnings, drug interactions, allergic reactions, or adverse effects. If you have questions about the drugs you are taking, check with your doctor, nurse or pharmacist.

Copyright 1996-2018 Cerner Multum, Inc. Version: 3.01. Revision Date: 05/08/2018.

**Patient education materials, if any, will display below**

# Heart Attack

A heart attack (*myocardial infarction, MI*) causes damage to the heart that cannot be fixed. A heart attack often happens when a blood clot or other blockage cuts blood flow to the heart. When this happens, certain areas of the heart begin to die. This causes the pain you feel during a heart attack.




**HOME CARE**

- Take medicine as told by your doctor. You may need medicine to:
  - Keep your blood from clotting too easily.
  - Control your blood pressure.
  - Lower your cholesterol.
  - Control abnormal heart rhythms.
- Change certain behaviors as told by your doctor. This may include:
  - Quitting smoking.
  - Being active.
  - Eating a heart-healthy diet. Ask your doctor for help with this diet.
  - Keeping a healthy weight.
  - Keeping your diabetes under control.
  - Lessening stress.
  - Limiting how much alcohol you drink.

***Do not*** take these medicines unless your doctor says that you can:

- Nonsteroidal anti-inflammatory drugs (NSAIDs). These include:
  - Ibuprofen.
  - Naproxen.
  - Celecoxib.
- Vitamin supplements that have vitamin A, vitamin E, or both.
- Hormone therapy that contains estrogen with or without progestin.

**GET HELP RIGHT AWAY IF:**

- You have sudden chest discomfort.
- You have sudden discomfort in your:
  - Arms.
  - Back.
  - Neck.
  - Jaw.
- You have shortness of breath at any time.

- You have sudden sweating or clammy skin.
- You feel sick to your stomach (*nauseous*) or throw up (*vomit*).
- You suddenly get light-headed or dizzy.
- You feel your heart beating fast or skipping beats.

**These symptoms may be an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 06/18/2013 Document Revised: 05/03/2016 Document Reviewed: 02/20/2015
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

# Post Cardiac Cath Discharge Instructions

The following instructions will guide you on how to care for the site, as well as provide other helpful information. Follow the instructions unless otherwise told by your Health Care Provider.

**Care of the Site**

You may shower in 24hours after the procedure. Remove the dressing before you shower. Gently clean the site using soap and water while standing in the shower. Gently pat dry throughly, and apply a dry band aid daily for 2 days if needed. DO NOT apply powders or lotions.

Inspect the site daily and keep it clean and dry to prevent infection

Do not submerge in a pool or tub of water for at least 5 days, or until the wound has healed. Showers should be brief and no more than 10minutes.

**Activity**

You may resume moderate activity including short walks and light household chores in one day, letting your discomfort be your guide. Physical exercise such as running, biking, golfing, tennis, or working out at the gym is not recommended for 10 days following your procedure and then should be resumed on a gradual basis. Do not perform any activity that will place stress on the groin including sexual activity until reexamined by your doctor.

Do not strain to move your bowels

Do not twist, bend, stretch, or lift more than 5 pounds for one week or until the site heals

You may drive in 24hours. Do not operate machinery or drink alcohol until 24 hours after the procedure.

**Normal Observations**

Soreness or tenderness that may last one week

Mild oozing of pink or clear fluid from puncture site. Apply bandaid if needed.

Possible bruising that could last up to 2 weeks

ırmation of a small lump (dime to quarter size: which may last up to 6 weeks)

**CALL PHYSICIAN IMMEDIATELY IF YOU EXPERIENCE**

Increased swelling of groin or leg

Unusual pain at groin site, numbness, tingling of the leg

Signs of infection: redness, warmth to touch, drainage, poorly healing incision, fever or chills

***If pulsating bleeding occurs: APPLY DIRECT PRESSURE AND DIAL 911***

If oozing small amount of blood hold pressure for 10minutes and call your Physician

# Coronary Angiogram With Stent, Care After

Refer to this sheet in the next few weeks. These instructions provide you with information about caring for yourself after your procedure. Your health care provider may also give you more specific instructions. Your treatment has been planned according to current medical practices, but problems sometimes occur. Call your health care provider if you have any problems or questions after your procedure.

**WHAT TO EXPECT AFTER THE PROCEDURE**

After your procedure, it is typical to have the following:

Bruising at the catheter insertion site that usually fades within 1–2 weeks.

• Blood collecting in the tissue (*hematoma*) that may be painful to the touch. It should usually decrease in size and tenderness within 1–2 weeks.

**HOME CARE INSTRUCTIONS**

- Take medicines only as directed by your health care provider. Blood thinners may be prescribed after your procedure to improve blood flow through the stent.
- You may shower 24–48 hours after the procedure or as directed by your health care provider. Remove the bandage (*dressing*) and gently wash the catheter insertion site with plain soap and water. Pat the area dry with a clean towel. **Do not** rub the site, because this may cause bleeding.
- **Do not** take baths, swim, or use a hot tub until your health care provider approves.
- Check your catheter insertion site every day for redness, swelling, or drainage.
- **Do not** apply powder or lotion to the site.
- **Do not** lift over 10 lb (4.5 kg) for 5 days after your procedure or as directed by your health care provider.
- Ask your health care provider when it is okay to:
  - Return to work or school.
  - Resume usual physical activities or sports.
  - Resume sexual activity.
- Eat a heart-healthy diet. This should include plenty of fresh fruits and vegetables. Meat should be lean cuts. Avoid the following types of food:

- Food that is high in salt.
- Canned or highly processed food.
- Food that is high in saturated fat or sugar.
- Fried food.

- Make any other lifestyle changes as recommended by your health care provider. These may include:
  - Not using any tobacco products, including cigarettes, chewing tobacco, or electronic cigarettes. If you need help quitting, ask your health care provider.
  - Managing your weight.
  - Getting regular exercise.
  - Managing your blood pressure.
  - Limiting your alcohol intake.
  - Managing other health problems, such as diabetes.
- If you need an MRI after your heart stent has been placed, be sure to tell the health care provider who orders the MRI that you have a heart stent.
- Keep all follow-up visits as directed by your health care provider. This is important.

**SEEK MEDICAL CARE IF:**

- You have a fever.
- You have chills.
- You have increased bleeding from the catheter insertion site. Hold pressure on the site.

**SEEK IMMEDIATE MEDICAL CARE IF:**

- You develop chest pain or shortness of breath, feel faint, or pass out.
- You have unusual pain at the catheter insertion site.
- You have redness, warmth, or swelling at the catheter insertion site.
- You have drainage (other than a small amount of blood on the dressing) from the catheter insertion site.
- The catheter insertion site is bleeding, and the bleeding does not stop after 30 minutes of holding steady pressure on the site.
- You develop bleeding from any other place, such as from your rectum. There may be bright red blood in your urine or stool, or it may appear as black, tarry stool.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 07/07/2006 Document Revised: 01/08/2016 Document Reviewed: 05/12/2014
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

I acknowledge that I received the Florida Department of Health educational pamphlet "Information on Nonopioid Alternatives for the Treatment of Pain" on admission.

Boca Raton Regional Hospital would like to thank you for allowing us to assist you with your healthcare needs. Your signature below indicates that you have received your prescriptions and have all your personal belongings and valuables. I have discussed, read, and understand my "Discharge

Shortness of breath

Date: 3/22/2020 ; Diagnosis Type: Reason For Visit ; Confirmation: Complaint of ; Clinical Dx: Shortness of breath ; Classification: Nursing ; Clinical Service: Non-Specified ; Code: PNED ; Probability: 0 ; Diagnosis Code: E993630C-CD40-4832-B218-2ECF07A2B4F6

**ED Triage Allergies/Meds**

(As Of: 3/22/2020 7:59:03 PM EDT)

Allergies (Active)

No Known Allergies

Estimated Onset Date: Unspecified ; Created By: Madeira, RN, Natalee; Reaction Status: Active ; Category: Drug ; Substance: No Known Allergies ; Type: Allergy ; Updated By: Madeira, RN, Natalee; Reviewed Date: 03/22/20 19:31 EDT

Medication List

(As Of: 3/22/2020 7:59:03 PM EDT)

Normal Order
nitroglycerin 0.4 mg SL Tab

: nitroglycerin 0.4 mg SL Tab ; Status: Ordered ; Ordered As Mnemonic: nitroglycerin sublingual tablet ; Simple Display Line: 0.4 mg = 1 tab, SL, every 5 min, PRN: chest pain ; Ordering Provider: ROSENTHAL, MD, DAVID S; Catalog Code: nitroglycerin ; Order Dt/Tm: 3/22/2020 7:50:27 PM EDT ; Comment: Call ordering physician after 3rd dose

**Social History**

Social History

(As Of: 3/22/2020 7:59:03 PM EDT)

Tobacco:

Smoking tobacco use: Never (less than 100 in lifetime). N/A Smoking Cessation Education. N/A Education on Smoking Cessation Programs. (Last Updated: 3/22/2020 7:58:28 PM EDT by Williams, RN, Tamara)

Alcohol:

Current user, Occasional Use (Last Updated: 3/22/2020 7:58:33 PM EDT by Williams, RN, Tamara)

Substance Use:

Denies (Last Updated: 3/22/2020 7:58:37 PM EDT by Williams, RN, Tamara)

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| Patient Name: | DUNTZ, MATTHEW | | |
|---|---|---|---|
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

## *Emergency Documentation*

| | |
|---|---|
| Document Type: | ED Triage Note |
| Collected/Entered Date/Time: | 3/22/2020 19:57 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | ED Triage Adult - Part 2 |
| Sign Information: | Williams,RN,Tamara (3/22/2020 19:57 EDT) |

**ED Triage Adult - Part 2 Entered On: 03/22/20 19:59 EDT**
**Performed On: 03/22/20 19:57 EDT by Williams, RN, Tamara**

**ED Triage Adult v3**
Lynx Mode of Arrival : Private vehicle
Recent Travel History : No recent travel
Demonstrates Signs,Symptoms of Condition : Acute coronary syndrome
ED Allergies/Med Hx Section : document
ED Document PMD : document
Pain Present : No actual or suspected pain
Reviewed for This Hospital Stay : Yes
Document Social History : Open social history
Document Procedure History : Document Procedure History
Influenza Current : No
Languages : English

Williams, RN, Tamara - 03/22/20 19:57 EDT
(As Of: 3/22/2020 7:59:02 PM EDT)

Problems(Active)

| | |
|---|---|
| No Chronic Problems (Cerner :NKP ) | Name of Problem: No Chronic Problems ; Recorder: Williams, RN, Tamara; Code: NKP ; Last Updated: 3/22/2020 19:58 EDT ; Life Cycle Date: 03/22/20 ; Life Cycle Status: Active ; Vocabulary: Cerner |

Diagnoses(Active)

| | |
|---|---|
| Acute chest pain | Date: 3/22/2020 ; Diagnosis Type: Discharge ; Confirmation: Confirmed ; Clinical Dx: Acute chest pain ; Classification: Medical ; Code: ICD-10-CM ; Probability: 0 ; Diagnosis Code: R07.9 |
| Chest pain | Date: 3/22/2020 ; Diagnosis Type: Reason For Visit ; Confirmation: Complaint of ; Clinical Dx: Chest pain ; Classification: Nursing ; Clinical Service: Non-Specified ; Code: PNED ; Probability: 0 ; Diagnosis Code: 8E095FBB-BBCA-40DB-90A7-E99D6615CA20 |

2. Right dominant coronary system with right coronary artery within normal limits.
3. Right PDA branch has diffuse luminal changes.
4. Right posterior and left ventricular branches unremarkable.
5. Left main coronary artery with __________ luminal changes.
6. The left anterior descending coronary artery with luminal irregularities extending to the diagonal branches.
7. The left circumflex coronary artery has a proximal to mid portion 100% occlusive, 100% thrombotic disease.
8. Obtuse marginal branch 1 is unremarkable. Left ventriculography reveals ejection fraction __________.
9. Successful percutaneous coronary intervention to the left circumflex coronary artery, 100% occlusion returned to 0% with a Synergy __________ drug eluting stent, postdilated to 3.3 mm.

Excellent angiographic result. There were no complications. The patient tolerated the procedure well.
Thank you very much to participate in the care of this pleasant woman.
Rodolfo Carrillo-Jimenez, MD
CARDIOVASCULAR DISEASE
RC/MODL
D- 03/23/2020 13-13-53 T- 03/23/2020 16-00-37 Job #- 081910/876108210
cc- Rodolfo Carrillo-Jimenez, MD

Read By- RODOLFO CARILLO-JIMENEZ M.D.
Released Date Time- 03/23/20 1606

*Electronically Signed on 03/25/2020 09:02*

*CarrilloJimenez, MD, Rodolfo*

| | |
|---|---|
| Document Type: | Cath Consult |
| Collected/Entered Date/Time: | 3/23/2020 12:20 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | CA CATH CONSULT. |
| Sign Information: | |

**URL**
https://dx.pacs.brch.com/EMR/EventInterface.asp?fun=ShowStudy&forLoginName=web&forAccession=5500257&forPatientPublicID=001561221 HNAM URL

## *Consultation Notes*

INDICATION-
Unstable angina, non-ST elevation myocardial infarction.
PROCEDURES-
Left cardiac catheterization, left ventriculography, coronary angiography, percutaneous coronary intervention to left circumflex coronary artery.
TECHNIQUE-
Standard __________ access via the right common femoral artery using 5-French in size.
HEMODYNAMIC FINDINGS-
Heart rate 69 beats per minute. Aortic systolic blood pressure of 130/80 mmHg. Left ventricular pressure 12 mmHg.
CORONARY ANATOMY-
Right dominant coronary artery system- The right coronary artery has minimal luminal changes. No obstructive disease. Right PDA branch has minimal luminal disease. Right posterior and left ventricular branches are unremarkable. Left main coronary artery gives rise to the left anterior descending coronary artery and left circumflex coronary artery. The left main coronary artery is unremarkable. The left anterior descending coronary artery has minimal luminal irregularities extending to the diagonal branches. The left circumflex coronary artery from proximal to mid portion __________ 100% occlusion. First obtuse marginal branch has luminal changes. Left ventriculography reveals ejection fraction 50%. There is no mitral valve regurgitation. No is gradient across the aortic valve during pullback. The patient tolerated the procedure well.
After diagnostic cardiac catheterization, we proceeded to anticoagulate the patient with Angiomax bolus and infusion to achieve a therapeutic ACT. Once this was achieved, we were able to place an XB3.5 __________ guiding catheter into the ostium of the left main coronary artery. Significant angiography confirmed the presence of a 100% occlusion in the proximal to mid portion of the circumflex. We were able to cross the lesion with a short run-through wire, placing in the distal portion of circumflex. We proceeded to predilation the lesion with 2.5 x 15 mm balloon. There was TIMI2 flow distally. Intracoronary injections of nitroglycerin and nicardipine resolved the decreased flow and improved the TIMI flow from 2 to 3. We proceeded to then stent this lesion with a Boston Scientific Synergy 3.0 x 33 surveillant stent. This was postdilated to __________ with an excellent angiographic result, reducing the 100% lesion to 0% with no complications. The patient tolerated the procedure well.
CONCLUSION-
1. Normal routine hemodynamics.

## *Progress Notes*

Electronically signed by Merrill, Barry S MD(Interpreting physician) on 03/23/2020 10-42 AM

Read By- BARRY S MERRILL M.D.
Released Date Time- 03/23/20 1042

**Advance Directive**
Advance Directive:No - - 03/22/2020 22:40

**Code Status**
Full Code

*Electronically Signed on 03/23/2020 13:21*

*Golub, MD, Jason D*

## *Consultation Notes*

| | |
|---|---|
| Document Type: | Cath Consult |
| Collected/Entered Date/Time: | 3/23/2020 13:13 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | CA CATH CONSULT. |
| Sign Information: | CarrilloJimenez,MD,Rodolfo (3/25/2020 09:02 EDT) |

**Report**
BOCA RATON REGIONAL HOSPITAL CARDIAC CATH
DUNTZ, MATTHEW DOB-
ACCT- 2008200355 MRN- 001561221
CI#- 5500257
DATE- 03/23/2020
REFERRING PHYSICIAN-
Jason Golub, MD

## *Progress Notes*

Accession # 5500014 Weight 240 Pounds

Study Date 03/23/2020 BSA 2.3 m

Interpreting Physician Merrill, Barry S MD BMI 30.8 kg/m

Referring Physician Ethnicity

Sonographer Hall, Sherika RCS

Type of Study

TTE procedure-CE COMPLETE ECHOCARDIOGRAM.

Indications-Acute coronary syndrome.

M-Mode Measurements (cm)

LVEDd- 4.94 cm LVESd- 3.92 cm
IVSEd- 1.37 cm LA- 3.58 cm
LVPWd- 1.19 cm LVOT- 2.23 cm
AO Root Dimension- 3.28 cm RVDd4.78 cm
FS- 20.65 % EF Estimated- 55%

Doppler Measurements-

AV Velocity- 107.87 cm/s AV Peak Gradient- 4.65 mmHg
AV Area (Continuity)-2.97 cm
MV Peak Gradient- 1.69 mmHg
MV Peak E-Wave- 65.05 cm/s MV Mean Gradient- 1.35 mmHg
MV Peak A-Wave- 64.51 cm/s
TR Velocity-161.37 cm/s MV P1/2t- 63.33 msec
Estimated RAP-10 mmHg MV E/A Ratio- 1.01 %
LVOT Peak Velocity- 81.89 cm/s MVA by PHT3.47

LA Diam- 4.05 cm TR Gradient-10.41611 mmHgRVSP-20.42 mmHg

Findings

Left Ventricle -
Normal LV cavity size.
Mild, concentric left ventricular hypertrophy is present.
Left ventricular wall motion is normal.
Diastolic function appears normal.
EF = \ R\ 50 - 55%.
Right Ventricle -

*Progress Notes*

The right ventricle is mildly dilated. Systolic function is preserved.
RVSP =\ R\ 20.00 mmHg.
Left Atrium -
The left atrium is normal in size.
Right Atrium -
The right atrium is normal in size.

Aortic Valve -
The aortic valve is tri-leaflet and opens adequately.
Aortic valve sclerosis is present, without stenosis.
There is no aortic insufficiency.
Mitral Valve -
Mild mitral regurgitation is present.
Pulmonic Valve -
The pulmonic valve was not well seen.
No significant pulmonic regurgitation seen.

Tricuspid Valve -
The tricuspid valve is not well visualized.
No significant tricuspid regurgitation is seen.

Great vessels -
The aortic root is normal in size.
The IVC is mildly dilated.

Pericardium -
A trace pericardial effusion is present anteriorly.
–

Conclusions

Summary
Normal LV cavity size.
Mild, concentric left ventricular hypertrophy is present.
Left ventricular wall motion is normal.
Diastolic function appears normal.
EF = \ R\ 50 - 55%.
The aortic valve is tri-leaflet and opens adequately.
Aortic valve sclerosis is present, without stenosis.
There is no aortic insufficiency.
Mild mitral regurgitation is present.
The tricuspid valve is not well visualized.
No significant tricuspid regurgitation is seen.
The aortic root is normal in size.
The IVC is mildly dilated.

Signature

INDICATION- Chest pain - generalized

COMPARISON- None.

TECHNIQUE- Single view.

FINDINGS-

The cardiomediastinal silhouette is within normal limits. The lung volumes are normal. No focal area of consolidation. No overt lung edema or appreciable effusions. No appreciable pneumothorax. No acute
osseous abnormality.

IMPRESSION-
1. No radiographic evidence of acute lung pathology.
_Authenticated and electronically signed by- Ricardo A Palmquist PRA,
MD
Electronically signed- 3/22/2020 7-57 PM

Read By- RICARDO A PALMQUIST M.D.
Released Date Time- 03/22/20 1959

Signed By: PALMQUIST, MD, RICARDO A

**************************************************
Echo Transthoracic TTE Complete

03/23/20 10:42:00
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2008200355 DOB:07/06/1962
CI#:0005500014
Transthoracic Echocardiography Report (TTE)

Demographics

Patient name DUNTZ MATTHEW Age 57

Patient # 001561221 Gender Male

Account # 2008200355 Race Unknown

Date of Birth 07/06/1962 Height 74 Inches

*Progress Notes*

Count: 0.1 x10^3/mcL (03/22/20 19:42:00)
Differential Type: AUTOMATED DIFF PERFORMED (03/22/20 19:42:00)

Coagulation /Thrombosis
PT: 13.7 seconds (03/22/20 19:42:00)
INR: 1.1 (03/22/20 19:42:00)
PTT: 61.6 seconds Critical (03/23/20 03:07:00)
PTT: 26.1 seconds (03/22/20 19:42:00)
ISTAT ACT Kaolin: 412 seconds High (03/23/20 12:38:00)

**Imaging Results (Last 24 Hours)**
XR Chest Portable 1 View

03/22/20 19:39:00
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2008200355 DOB:07/06/1962
CI#:0005500001
COLLECTED DT/TM:03/22/2020 19:39
SINGLE VIEW CHEST

## *Progress Notes*

| | |
|---|---|
| 19:42:00) Monocytes: 9 % High (03/22/20 19:42:00) Eosinophil: 0 % (03/22/20 19:42:00) Basophil: 1 % (03/22/20 19:42:00) Absolute Neutrophil Count: 4.1 x10^3/mcL (03/22/20 19:42:00) Absolute Immature Granulocyte Count: 0 x10^3/mcL (03/22/20 19:42:00) Absolute Lymphocyte Count: 2.6 x10^3/mcL (03/22/20 19:42:00) Absolute Monocyte Count: 0.63 x10^3/mcL (03/22/20 19:42:00) Absolute Eosinophyl Count: 0.02 x10^3/mcL Low (03/22/20 19:42:00) Absolute Basophil | HDL: 42 mg/dL (03/22/20 19:42:00) LDL (Calculated) : 58 mg/dL (03/22/20 19:42:00) Triglyceride. : 122 mg/dL (03/22/20 19:42:00) Creatinine Kinase: 465 IntlUnit/L High (03/22/20 19:42:00) CKMB Fraction: 29 ng/mL High (03/22/20 19:42:00) Troponin I: 5.82 ng/mL Critical (03/23/20 03:07:00) Troponin I: 4.95 ng/mL Critical (03/23/20 00:14:00) Troponin I: 4.13 ng/mL Critical (03/22/20 19:42:00) |

## Progress Notes

| | |
|---|---|
| g/dL (03/22/20 19:42:00) RDW: 12.5 % (03/23/20 03:07:00) RDW: 12.4 % (03/22/20 19:42:00) Nucleated RBCs: 0 /100(WBCs) (03/23/20 03:07:00) Nucleated RBCs: 0 /100(WBCs) (03/22/20 19:42:00) Absolute Nucleated RBC Count: 0 x10^3/mcL (03/23/20 03:07:00) Absolute Nucleated RBC Count: 0 x10^3/mcL (03/22/20 19:42:00) Granulocytes: 55 % (03/22/20 19:42:00) Immature Granulocytes: 0 % (03/22/20 19:42:00) Lymphocytes: 35 % (03/22/20 | mL/min/1.73 m2 (03/23/20 03:07:00) GFR, African American: >60 mL/min/1.73 m2 (03/22/20 19:42:00) GFR, Non African American: >60 mL/min/1.73 m2 (03/23/20 03:07:00) GFR, Non African American: >60 mL/min/1.73 m2 (03/22/20 19:42:00) Calcium Level: 8.6 mg/dL (03/23/20 03:07:00) Calcium Level: 8.8 mg/dL (03/22/20 19:42:00) Pro-Brain Natriuretic: 693 pg/mL High (03/22/20 19:42:00) Cholesterol.: 124 mg/dL (03/22/20 19:42:00) |

(03/22/20 19:42:00) Hemoglobin : 13.8 g/dL (03/23/20 03:07:00) Hemoglobin : 14.7 g/dL (03/22/20 19:42:00) Hematocrit: 40.2 % (03/23/20 03:07:00) Hematocrit: 42.4 % (03/22/20 19:42:00) Platelet Count: 175 K/mcL (03/23/20 03:07:00) Platelet Count: 183 K/mcL (03/22/20 19:42:00) MCV: 92.2 fL (03/23/20 03:07:00) MCV: 91.2 fL (03/22/20 19:42:00) MCH: 31.7 pg High (03/23/20 03:07:00) MCH: 31.6 pg High (03/22/20 19:42:00) MCHC: 34.3 g/dL (03/23/20 03:07:00) MCHC: 34.7

Chloride Level: 108 mmol/L (03/23/20 03:07:00) Chloride Level: 108 mmol/L (03/22/20 19:42:00) CO2: 28 mmol/L (03/23/20 03:07:00) CO2: 27 mmol/L (03/22/20 19:42:00) Glucose Level: 98 mg/dL (03/23/20 03:07:00) Glucose Level: 99 mg/dL (03/22/20 19:42:00) BUN: 10 mg/dL (03/23/20 03:07:00) BUN: 11 mg/dL (03/22/20 19:42:00) Creatinine: 1 mg/dL (03/23/20 03:07:00) Creatinine: 1 mg/dL (03/22/20 19:42:00) GFR, African American: >60

*Progress Notes*

**Date of Service**
03/23/2020

**Subjective**
s/p Lcx PCTI w/ DES
no chest pain

**Physical Exam**

Vitals & Measurements
**T:** 36.8 °C (Oral) **TMIN:** 36.8 °C (Oral) **TMAX:** 37.3 °C (Oral) **HR:** 80(Peripheral) **RR:** 18 **BP:** 102/60 **SpO2:** 96%
**WT:** 112.5 kg

GEN: No acute distress, resting comfortably
HEENT: Normocephalic, atraumatic, moist mucous membranes, neck is supple, no JVD
CVS: S1-S2, regular rate and rhythm, no murmurs
CHEST: Clear to auscultation bilaterally
ABDO: Soft, nontender, bowel sounds heard throughout all 4 quadrants
EXT: No edema, positive distal pulses
NEURO: Alert and oriented x3, nonfocal
SKIN: Good turgor, no lesions noted
PSYCH: appropriate affect

**Impressions**
NSTEMI s/p LCx PCI

-given Brilinta/asa in cath lab, further orders per cardiology
-will start crestor and low dose arb
-echo shows presevd EF

**Allergies**
No Known Allergies

**Medications**
Inpatient
- acetaminophen, 650 mg= 2 tab, Oral, every 6 hr, PRN
- acetaminophen, 325 mg= 1 tab, Oral, every 6 hr, PRN
- allopurinol, 100 mg= 1 tab, Oral, Daily
- Ambien, 5 mg= 1 tab, Oral, Daily (at bedtime), PRN
- heparin IV additive 25,000 units [1175 units/hr] + Premix Sodium Chloride 0.45% IV Soln 500 mL
- Lopressor oral tablet, 25 mg= 1 tab, Oral, BID
- nitroglycerin Additive 25 mg [10 mcg/min] + Premix Dextrose 5% in Water - Titration Instructions Re
- pantoprazole, 40 mg= 1 tab, Oral, Daily
- Zofran, 4 mg= 2 mL, IV Push, every 6 hr, PRN

Home
- allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily
- levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
- simvastatin 20 mg oral tablet, 20 mg= 1 tab, Oral, Daily (at bedtime)

**Oxygen Settings**
Oxygen Therapy: Room air (03/23/20 08:03:00)

**Lab Results (Last 24 Hours)**

| Hematology | Chemistry |
|---|---|
| White Cell Count: 7.5 K/mcL (03/23/20 03:07:00) | Sodium Level: 140 mmol/L (03/23/20 03:07:00) |
| White Cell Count: 7.4 K/mcL (03/22/20 19:42:00) | Sodium Level: 139 mmol/L (03/22/20 19:42:00) |
| Red Cell Count: 4.36 x10^6/mcL Low (03/23/20 03:07:00) | Potassium Level: 3.7 mmol/L (03/23/20 03:07:00) |
| Red Cell Count: 4.65 x10^6/mcL Low | Potassium Level: 3.7 mmol/L (03/22/20 19:42:00) |

# IV Anticoagulation **New Start** Note

(x ) Unfractionated Heparin Infusion     ( ) Argatroban Infusion

**Plan:**

- Indication: ACS
- Heparin Bolus: ( x) Yes **OR** ( ) No;
- If YES: Bolus Dose: 5000 **units**
- Heparin Infusion Rate: 1000 units/hr
- Argatroban Infusion Rate: mg/hr
- Baseline PTT (If available): 26.1
- PTT Range Parameters: (68 ) to (100.9 )
- Labs Ordered:
  - ( ) Baseline PTT
  - ( ) Platelets
  - ( ) H/H
  - ( ) INR
  - ( ) Total Bilirubin
  - ( ) AST
  - ( ) ALT

- **Next PTT time: 3/23 @0500**

*Electronically Signed on 03/22/2020 20:40*

*Arias, PharmD, Priscilla*

| | |
|---|---|
| Document Type: | Progress Notes |
| Collected/Entered Date/Time: | 3/23/2020 13:18 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Progress Note - Inpatient |
| Sign Information: | Golub,MD,Jason D (3/23/2020 13:21 EDT) |

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

## Progress Notes

| | |
|---|---|
| Document Type: | Pharmacy Progress Note |
| Collected/Entered Date/Time: | 3/22/2020 20:39 EDT |
| Result Status: | Modified |
| Document Subject: | Heparin Dosing Note |
| Sign Information: | Riveron,PharmD,Krista (3/23/2020 14:43 EDT); Dawson, RPH,Michael (3/23/2020 05:49 EDT); Arias,PharmD,Priscilla (3/22/2020 20:40 EDT) |

**Addendum by Riveron, PharmD, Krista on March 23, 2020 14:43 EDT**
heparin dc'd by Dr. Carrillo-Jiminez

*Electronically Signed on 03/23/2020 14:43*

*Riveron, PharmD, Krista*

**Addendum by Dawson, RPH, Michael on March 23, 2020 05:49 EDT**
**Heparin Pharmacy Monitoring Note**
**Current Rate:**
-1000 units/hr
**Labs:**
Coagulation/Thrombosis
PT: 13.7 seconds (03/22/20 19:42:00)
INR: 1.1 (03/22/20 19:42:00)
PTT: 61.6 seconds Critical (03/23/20 03:07:00)
PTT: 26.1 seconds (03/22/20 19:42:00)
**Plan:**
-PTT isSubtherapeutic
-Give 25 units/kg bolus and increase rate
-Rate = 1175 units/hr
-Next PTT scheduled for 3/23 1130
Comments:
-No signs and symptoms of bleeding per RN_Angela

*Electronically Signed on 03/23/2020 05:49*

*Dawson, RPH, Michael*

## IV Anticoagulation Initial Note

Read By- RICARDO A PALMQUIST M.D.
Released Date Time- 03/22/20 1959

Signed By: PALMQUIST, MD, RICARDO A

EKG
Normal sinus rhythm
Normal ECG
No previous ECGs available for comparison
Also confirmed by Rosenthal, David (2405), editor Pidcock, Magda (42) on 3/22/2020 8:36:43 PM
Ventricular Rate 85 BPM
Atrial Rate 85 BPM
P-R Interval 172 ms
QRS Duration 80 ms
Q-T Interval 352 ms
QTC Calculation(Bazett) 418 ms
P Axis 69 degrees
R Axis 39 degrees
T Axis 73 degrees
Confirmed by Rosenthal, David (2405) on 3/22/2020 8:18:45 PM [1]

**Advance Directive**
Not yet documented

**Code Status**
Not yet documented

[1] ED Note; Mirza, ED Scribe, Zain 03/22/2020 20:54 EDT

*Electronically Signed on 03/22/2020 21:30*

*Jadoonanan, DO, Hema M*

20
19:42:0
0)
PTT:
26.1
seconds
(03/22/
20
19:42:0
0)

**Imaging Results (Last 24 Hours)**
XR Chest Portable 1 View

03/22/20 19:39:00
BOCA RATON REGIONAL HOSPITAL
MATTHEW DUNTZ
MRN:001561221 ACCT:2008200355
DOB:07/06/1962 CI#:0005500001
COLLECTED DT/TM:03/22/2020 19:39
SINGLE VIEW CHEST

INDICATION- Chest pain - generalized

COMPARISON- None.

TECHNIQUE- Single view.

FINDINGS-

The cardiomediastinal silhouette is within normal limits. The lung volumes are normal. No focal area of consolidation. No overt lung edema or appreciable effusions. No appreciable pneumothorax. No acute osseous abnormality.

IMPRESSION-
1. No radiographic evidence of acute lung pathology.
_Authenticated and electronically signed by-
Ricardo A Palmquist PRA,
MD
Electronically signed- 3/22/2020 7-57 PM

| | |
|---|---|
| mcL (03/22/20 19:42:00) Absolute Immature Granulocyte Count: 0 x10^3/mcL (03/22/20 19:42:00) Absolute Lymphocyte Count: 2.6 x10^3/mcL (03/22/20 19:42:00) Absolute Monocyte Count: 0.63 x10^3/mcL (03/22/20 19:42:00) Absolute Eosinophyl | : 29 ng/mL High (03/22/20 19:42:00) Troponin I: 4.13 ng/mL Critical (03/22/20 19:42:00) |

Count: 0.02 x10^3/ mcL Low (03/22/ 20 19:42:0 0)
Absolute Basophil Count: 0.1 x10^3/ mcL (03/22/ 20 19:42:0 0)
Differential Type: AUTOMATED DIFF PERFORMED (03/22/ 20 19:42:0 0)

Coagulation/Thrombosis
PT: 13.7 seconds (03/22/ 20 19:42:0 0)
INR: 1.1 (03/22/

| | | | | |
|---|---|---|---|---|
| **Boca Raton Regional Hospital** BAPTIST HEALTH SOUTH FLORIDA | Patient Name: | DUNTZ, MATTHEW | | |
| | Date of Birth: | Age: 59 years | Gender: | Male |
| | MRN: | 001561221 | Admit Date: | 3/22/2020 |
| | FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| | Admitting MD: | GOLUB,MD,JASON D | | |

## *History and Physical Reports*

| | |
|---|---|
| Document Type: | History and Physical |
| Collected/Entered Date/Time: | 3/22/2020 21:27 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | History and Physical - Admission |
| Sign Information: | Jadoonanan,DO,Hema M (3/22/2020 21:30 EDT) |

**Date of Service**
03/22/2020
9pm

**Chief Complaint**
Chest pain x 4 days. Took aspirin 162mg at home.

**History of Present Illness**
Patient is a 57-year-old Caucasian gentleman with history of gout, dyslipidemia, and hypothyroidism who comes in with complaints of intermittent substernal chest burning that began last Wednesday. He states pain became constant today. Describes it as substernal chest burning without radiation.
Denies any improvement with over-the-counter antacids. No nausea, vomiting, shortness of breath, diaphoresis. No prior history. No history of stress test. During his ER workup, he was found to have elevated troponins all be admitted for further treatment.

**Review of Systems**
Constitutional: [No fevers, chills, sweats]
Eye: [No recent visual problems]
ENMT: [No ear pain, nasal congestion, sore throat]
Respiratory: [No shortness of breath, cough]
Cardiovascular: [No Chest pain, palpitations, syncope]
Gastrointestinal: [No nausea, vomiting, diarrhea]
Genitourinary: [No hematuria]
Hema/Lymph: [Negative for bruising tendency, swollen lymph glands]
Endocrine: [Negative for excessive thirst, excessive hunger]
Musculoskeletal: [No back pain, neck pain, joint pain, muscle pain, decreased range of motion]
Integumentary: [No rash, pruritus, abrasions]
Neurologic: [Alert & oriented X 4]
Psychiatric: [No anxiety, depression]

**Physical Exam**

Vitals & Measurements
**T:** 37.3 °C (Oral) **HR:** 91(Peripheral) **RR:** 20 **BP:** 152/86 **SpO2:** 97%
**WT:** 108 kg
General: [Alert and oriented, well nourished, no acute distress].
HEENT: [[Normocephalic; atraumatic; PERRL, EOMI, normal conjunctiva, no scleral icterus, mucous membraines moist,].
Neck: [Supple, non-tender].

**Problem List/Past Medical History**
No Chronic Problems

**Procedure/Surgical History**
- Melanoma

**Allergies**
No Known Allergies

**Medications**
Inpatient
allopurinol, 100 mg= 1 tab, Oral, Daily
heparin IV additive 25,000 units [1000 units/hr] + Premix Sodium Chloride 0.45% IV Soln 500 mL
nitroglycerin Additive 25 mg [10 mcg/min] + Premix Dextrose 5% in Water - Titration Instructions Re
Home
allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
simvastatin 20 mg oral tablet, 20 mg= 1 tab, Oral, Daily (at bedtime)

**Social History**
Alcohol
Current user, Occasional Use
Substance Use
Denies
Tobacco
Smoking tobacco use: Never (less than 100 in lifetime). N/A Smoking Cessation Education. N/A Education on Smoking Cessation Programs.
Married, performs all ADLs, owns a small business

**Family History**

Reviewed and not pertinent chief complaint

Lungs: [Clear to auscultation bilaterally, no rales, rhonchi, or wheezing].
Heart: [+S1, S2; regular rate and rhythm, no murmurs].
Abdomen: [Soft, non-tender, non-distended, normal bowel sounds, no masses].
Musculoskeletal: [Normal range of motion and strength, no tenderness or swelling].
Skin: [Skin is warm, dry and pink, no rashes or lesions].
Neurologic: [Awake, alert, and oriented X3, CN II-XII intact].
Psychiatric: [Cooperative, appropriate mood and affect].

**Assessment/Plan**

ACS-aspirin, nitroglycerin drip, heparin drip, trend troponins, Cardiology evaluation.
NPO after midnight for cardiac catheterization

Hypertension-Lopressor b.i.d., hydralazine p.r.n.

Hypothyroidism-continue levothyroxine

Dyslipidemia-continue statin

History of gout

As stated, patient will be admitted for monitoring. He will be started on heparin. We will continue Cardiology recommendations.

**Lab Results (Last 24 Hours)**

| Hematology | Chemistry |
|---|---|
| White Cell Count: 7.4 K/mcL (03/22/20 19:42:00) | Sodium Level: 139 mmol/L (03/22/20 19:42:00) |
| Red Cell Count: 4.65 x10^6/mcL Low (03/22/20 19:42:00) | Potassium Level: 3.7 mmol/L (03/22/20 19:42:00) |
| Hemoglobin: 14.7 g/dL (03/22/20 19:42:00) | Chloride Level: 108 mmol/L (03/22/20 19:42:00) |
| Hematocrit: 42.4 % (03/22/20 19:42:00) | CO2: 27 mmol/L (03/22/20 19:42:00) |
| Platelet Count: 183 K/mcL (03/22/20 19:42:00) | Glucose Level: 99 mg/dL (03/22/20 19:42:00) |
| MCV: 91.2 fL | BUN: 11 mg/dL (03/22/ |

(03/22/20 19:42:00) MCH: 31.6 pg High (03/22/20 19:42:00) MCHC: 34.7 g/dL (03/22/20 19:42:00) RDW: 12.4 % (03/22/20 19:42:00) Nucleated RBCs: 0 /100(WBCs) (03/22/20 19:42:00) Absolute Nucleated RBC Count: 0 x10^3/mcL (03/22/20 19:42:00) Granulocytes:

20 19:42:00) Creatinine: 1 mg/dL (03/22/20 19:42:00) GFR, African American: >60 mL/min/1.73 m2 (03/22/20 19:42:00) GFR, Non African American: >60 mL/min/1.73 m2 (03/22/20 19:42:00) Calcium Level: 8.8 mg/dL (03/22/20 19:42:00) Pro-Brain Natriuretic: 693 pg/mL High

| | | | |
|---|---|---|---|
| Boca Raton Regional Hospital<br>BAPTIST HEALTH SOUTH FLORIDA | Patient Name: | DUNTZ, MATTHEW | |
| | Date of Birth: | Age: 59 years | Gender: Male |
| | MRN: | 001561221 | Admit Date: 3/22/2020 |
| | FIN: | 2008200355 | Discharge Date: 3/24/2020 |
| | Admitting MD: | GOLUB,MD,JASON D | |

## *History and Physical Reports*

55 %
(03/22/
20
19:42:0
0)
Immatu
re
Granulo
cytes: 0
%
(03/22/
20
19:42:0
0)
Lympho
cytes:
35 %
(03/22/
20
19:42:0
0)
Monocy
tes: 9
% High
(03/22/
20
19:42:0
0)
Eosinop
hil: 0 %
(03/22/
20
19:42:0
0)
Basophil
: 1 %
(03/22/
20
19:42:0
0)
Absolut
e
Neutrop
hil
Count:
4.1
x10^3/

(03/22/
20
19:42:0
0)
Cholest
erol.:
124
mg/dL
(03/22/
20
19:42:0
0)
HDL:
42
mg/dL
(03/22/
20
19:42:0
0)
LDL
(Calcula
ted): 58
mg/dL
(03/22/
20
19:42:0
0)
Triglyce
ride.:
122
mg/dL
(03/22/
20
19:42:0
0)
Creatini
ne
Kinase:
465
IntlUnit
/L High
(03/22/
20
19:42:0
0)
CKMB
Fraction

**Procedure History**

Procedure History

(As Of: 3/22/2020 7:59:03 PM EDT)
Anesthesia Minutes: 0 ; Procedure Name: Melanoma ;
Procedure Minutes: 0 ; Last Reviewed Dt/Tm: 3/22/2020
7:58:55 PM EDT

**Human Trafficking Screening**
Human Trafficking Signs Observed : No
Williams, RN, Tamara - 03/22/20 19:57 EDT

*Electronically Signed on 03/22/2020 19:57*

*Williams, RN, Tamara*

---

| | |
|---|---|
| Document Type: | ED Triage Note |
| Collected/Entered Date/Time: | 3/22/2020 19:30 EDT |
| Result Status: | Modified |
| Document Subject: | ED Triage Adult - Part 1 |
| Sign Information: | Williams,RN,Tamara (3/22/2020 20:33 EDT); Madeira,RN, Natalee (3/22/2020 19:33 EDT); Madeira,RN,Natalee (3/22/2020 19:30 EDT) |

**ED Triage Adult - Part 1 Entered On: 03/22/20 19:31 EDT**
**Performed On: 03/22/20 19:30 EDT by Madeira, RN, Natalee**

**ED Triage Adult v2**
Weight Dosing : 108 kg(Converted to: 238 lb 2 oz)
Height/Length Measured : 187 cm(Converted to: 6 ft 2 in)
Body Mass Index Measured : 31 kg/m2
Williams, RN, Tamara - 03/22/20 20:33 EDT

Chief Complaint : Chest pain x 4 days. Took aspirin 162mg at home.
Madeira, RN, Natalee - 03/22/20 19:33 EDT
~~{ [Chest pain x 4 days] - previously charted by Madeira, RN, Natalee at 03/22/20 19:30 EDT};~~

Temperature Oral : 37.3 Deg C(Converted to: 99.1 Deg F)
Temperature Type : Oral
Systolic Blood Pressure : 152 mmHg (HI)
Diastolic Blood Pressure : 86 mmHg
Peripheral Pulse Rate : 91 bpm
Respiratory Rate : 20 br/min
SpO2 : 97 %
Mean Arterial Pressure, Cuff : 108 mmHg
Pain Present : No actual or suspected pain

Madeira, RN, Natalee - 03/22/20 19:30 EDT

Tracking Acuity
Tracking Group : ED Tracking Group
Tracking Acuity : 3 - Urgent

Madeira, RN, Natalee - 03/22/20 19:30 EDT
(As Of: 3/22/2020 8:33:33 PM EDT)

Allergies (Active)

No Known Allergies — Estimated Onset Date: Unspecified ; Created By: Madeira, RN, Natalee; Reaction Status: Active ; Category: Drug ; Substance: No Known Allergies ; Type: Allergy ; Updated By: Madeira, RN, Natalee; Reviewed Date: 03/22/20 19:31 EDT

*Electronically Signed on 03/22/2020 19:30*

*Madeira, RN, Natalee*

*Electronically Signed on 03/22/20 07:33 PM*

*Madeira, RN, Natalee*

*Electronically Signed on 03/22/20 08:33 PM*

*Williams, RN, Tamara*

---

| | |
|---|---|
| Document Type: | ED Note Physician |
| Collected/Entered Date/Time: | 3/22/2020 20:54 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | ED Note |
| Sign Information: | ROSENTHAL,MD,DAVID S (3/22/2020 21:27 EDT); Mirza, ED Scribe,Zain (3/22/2020 21:23 EDT); Mirza,ED Scribe, Zain (3/22/2020 20:54 EDT) |

**Attestation**
I, Zain Mirza , am scribing for and in the presence of David Rosenthal MD.

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

# *Emergency Documentation*

**Basic Information**

Chief Complaint
Chest pain x 4 days. Took aspirin 162mg at home.
ED Assigned Provider/Time
**Time Seen:**
ROSENTHAL, MD, DAVID S / 03/22/2020 19:34

**History of Present Illness**
57 y/o M presents ot the ED with 4 days of intermittent, burning chest pain in the center of his chest. Associated with SOB and nausea. Denies modifying factors. Currently pain is 4/10, non radiating. He took 2 baby ASA PTA.

**Review of Systems**
General: -fevers -chills, -lightheadedness, -LOC, -generalized weakness
Eye: -eye redness or pain
ENT: -rhinorrhea, -congestion
Resp: -cough, +shortness of breath
Cardiovascular: +chest pain, -palpitations
GI: -abdominal Pain, +nausea, -vomiting, -diarrhea
GU: -dysuria, -urinary frequency
MSK: -neck pain, -back pain
Neuro: -headache, - numbness, -focal weakness

All other review of systems reviewed with patient and negative except as marked above.

**Physical Exam**

Vitals & Measurements
**T:** 37.3 °C (Oral) **HR:** 91(Peripheral) **RR:** 20 **BP:** 152/86 **SpO2:** 97%
**HT:** 187 cm **WT:** 108 kg **BMI:** 31
GENERAL_APPEARANCE: well nourished, alert, cooperative, No acute distress, No discomfort
MENTAL_STATUS: speech clear, oriented x 3, normal affect, responds appropriatelyto questions
NEURO: CNs normal as tested, motor intact, gait normal
HEAD: atraumatic, normocephalic
EYES: PERRL, EOMI, conjunctiva clear
MOUTH: Moist Mucous Membranes
NECK: supple
HEART: Normal Rate, normal rhythm, no murmurs
LUNGS: no wheezing, no rales, no rhonchi, good air exchange bilateral.
ABDOMEN: normal BS,soft, no abd tenderness (-)guarding, (-)rebound, no pulsatile masses
EXTREMITIES: no edema, no deformities
SKIN: warm, dry, good color, no rash

**Lab Results**
**Hematology** **LATEST RESULTS**

**Problem List/Past Medical History**
No Chronic Problems

**Procedure/Surgical History**
- Melanoma

**Medications**
Inpatient
heparin BOLUS, 5000 units= 1 mL, IV Push, Once
heparin IV additive 25,000 units [1000 units/hr] + Premix Sodium Chloride 0.45% IV Soln 500 mL
nitroglycerin Additive 25 mg [10 mcg/min] + Premix Dextrose 5% in Water - Titration Instructions Re
Home
allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
simvastatin 20 mg oral tablet, 20 mg= 1 tab, Oral, Daily (at bedtime)

**Allergies**
No Known Allergies

**Social History**
Alcohol
Current user, Occasional Use
Substance Use
Denies
Tobacco
Smoking tobacco use: Never (less than 100 in lifetime). N/A Smoking Cessation Education. N/A Education on Smoking Cessation Programs.

**Family History**

Noncontributory

**Physician Attestation**
I, David Rosenthal MD personally performed the services described in his documentation, as scribed by Zain Mirza in my presence, and it is both accurate and complete.

| | |
|---|---|
| Patient Name: | DUNTZ, MATTHEW |
| Date of Birth: | |
| Age: | 59 years |
| Gender: | Male |
| MRN: | 001561221 |
| Admit Date: | 3/22/2020 |
| FIN: | 2008200355 |
| Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D |

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

## *Emergency Documentation*

| | | |
|---|---|---|
| White Cell Count | [illegible] | 7.4 K/mcL |
| Red Cell Count | [illegible] | 4.65 x10^6/mcL Low |
| Hemoglobin | [illegible] | 14.7 g/dL |
| Hematocrit | [illegible] | 42.4 % |
| Platelet Count | [illegible] | 183 K/mcL |
| MCV | [illegible] | 91.2 fL |
| MCH | [illegible] | 31.6 pg High |
| MCHC | [illegible] | 34.7 g/dL |
| RDW | [illegible] | 12.4 % |
| Nucleated RBCs | [illegible] | 0 /100(WBCs) |
| Absolute Nucleated RBC Count | [illegible] | 0.00 x10^3/mcL |
| Granulocytes | [illegible] | 55 % |
| Immature Granulocytes | [illegible] | 0 % |
| Lymphocytes | [illegible] | 35 % |
| Monocytes | [illegible] | 9 % High |
| Eosinophil | [illegible] | 0 % |
| Basophil | [illegible] | 1 % |
| Absolute Neutrophil Count | [illegible] | 4.1 x10^3/mcL |
| Absolute Immature Granulocyte Count | [illegible] | 0.0 x10^3/mcL |
| Absolute Lymphocyte Count | [illegible] | 2.6 x10^3/mcL |
| Absolute Monocyte Count | [illegible] | 0.63 x10^3/mcL |
| Absolute Eosinophyl Count | [illegible] | 0.02 x10^3/mcL Low |
| Absolute Basophil Count | [illegible] | 0.1 x10^3/mcL |
| Differential Type | [illegible] | AUTOMATED DIFF PERFORMED |

| Coagulation | LATEST RESULTS | |
|---|---|---|
| PT | [illegible] | 13.7 seconds |
| INR | [illegible] | 1.1 |
| PTT | [illegible] | 26.1 seconds |

| Routine Chemistry | LATEST RESULTS | |
|---|---|---|
| Sodium Level | [illegible] | 139 mmol/L |
| Potassium Level | [illegible] | 3.7 mmol/L |
| Chloride Level | [illegible] | 108 mmol/L |
| CO2 | [illegible] | 27 mmol/L |
| Glucose Level | [illegible] | 99 mg/dL |
| BUN | [illegible] | 11 mg/dL |
| Creatinine | [illegible] | 1.0 mg/dL |
| GFR, African American | [illegible] | >60 mL/min/1.73 m2 |
| GFR, Non African American | [illegible] | >60 mL/min/1.73 m2 |
| Calcium Level | [illegible] | 8.8 mg/dL |
| Pro-Brain Natriuretic | [illegible] | 693 pg/mL High |

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

## *Emergency Documentation*

| Lipids | LATEST RESULTS | |
|---|---|---|
| Cholesterol. | [illegible] | 124 mg/dL |
| HDL | [illegible] | 42 mg/dL |
| LDL (Calculated) | [illegible] | 58 mg/dL |
| Triglyceride. | [illegible] | 122 mg/dL |

| Cardiac Isoenzymes | LATEST RESULTS | |
|---|---|---|
| Creatinine Kinase | [illegible] | 465 IntlUnit/L High |
| CKMB Fraction | [illegible] | 29 ng/mL High |
| Troponin I | [illegible] | 4.130 ng/mL Critical |

**Diagnostic Results**

EKG
Normal sinus rhythm
Normal ECG
No previous ECGs available for comparison
Also confirmed by Rosenthal, David (2405), editor Pidcock, Magda (42) on 3/22/2020 8:36:43 PM
Ventricular Rate 85 BPM
Atrial Rate 85 BPM
P-R Interval 172 ms
QRS Duration 80 ms
Q-T Interval 352 ms
QTC Calculation(Bazett) 418 ms
P Axis 69 degrees
R Axis 39 degrees
T Axis 73 degrees
Confirmed by Rosenthal, David (2405) on 3/22/2020 8:18:45 PM

**Imaging Results (Last 24 Hours)**
XR Chest Portable 1 View

03/22/20 19:39:00
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2008200355 DOB:07/06/1962 CI#:0005500001
COLLECTED DT/TM:03/22/2020 19:39
SINGLE VIEW CHEST

INDICATION- Chest pain - generalized

COMPARISON- None.

TECHNIQUE- Single view.

FINDINGS-

The cardiomediastinal silhouette is within normal limits. The lung volumes are normal. No focal area of consolidation. No overt lung edema or appreciable effusions. No appreciable pneumothorax. No acute osseous abnormality.

IMPRESSION-
1. No radiographic evidence of acute lung pathology.
_Authenticated and electronically signed by- Ricardo A Palmquist PRA, MD
Electronically signed- 3/22/2020 7-57 PM

Read By- RICARDO A PALMQUIST M.D.
Released Date Time- 03/22/20 1959

Signed By: PALMQUIST, MD, RICARDO A

**Medical Decision Making**
**Differential Diagnoses include but are not limited to:** ACS, angina, musculoskeletal strain, pneumothorax, pneumonia, arrhythmia

**Assessment/Plan**
1. Acute chest pain

2. NSTEMI (non-ST elevated myocardial infarction)

**ED COURSE**

**03/22/2020 2027**
**VITALS - reviewed vitals signs**
**REEVALUATION -** Patient has had mild relief of chest pain with sublingual NTG, will initiate IV NTG drip for goal of chest pain free. IV Heparin initiated for NSTEMI.

**ADMIT** - After completion of initial emergency department evaluation, it has been determined that the patient requires further evaluation and treatment. Hospitalist Service is being contacted to assume care of this patient at this time. The patient has been informed of their initial diagnosis and agrees to further evaluation and treatment.

I have counseled the patient regarding their imaging results, labs, EKG, and diagnoses.

**2035**
**Consult-** Case discussed at length with Dr. Carillo, agrees with assessment and plan, universal care plan, pt will be admitted for likely cardiac catheterization in the morning.

## Emergency Documentation

**2052**
**Consult**- Dr. Hema Jadoonanan has agreed to assume care of the patient at this time.

**2122**
VITALS - reviewed vitals signs
**REEVALUATION** - Patient now chest pain free.

**CRITICAL CARE**
I personally spent 35- minutes devoted to the care this critically ill patient. This time excludes the time for billable procedures.

---

**Note:**
This was dictated using a voice recognition program. Although proofread, the chart may contain computer
transcription errors and phonetic errors. Other human proofreading may also exist. Corrections may be performed
at a later date. Please contact the physician for any clarifications if needed.

*Electronically Signed on 03/22/2020 20:54*

*Mirza, ED Scribe, Zain*

*Electronically Signed on 03/22/20 09:23 PM*

*Mirza, ED Scribe, Zain*

*Electronically Signed on 03/22/20 09:27 PM*

*ROSENTHAL, MD, DAVID S*

---

| | |
|---|---|
| Document Type: | ED Clinical Summary |
| Collected/Entered Date/Time: | 3/22/2020 22:09 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | ED Clinical Summary |
| Sign Information: | Williams,RN,Tamara (3/22/2020 22:09 EDT) |

**ED Clinical Summary**

**Boca Raton Regional Hospital**
**800 Meadows Road**
**Boca Raton, FL 33486**
**5613957100**

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

*Emergency Documentation*

## PERSON INFORMATION

**Name:** DUNTZ, MATTHEW
**Sex:** Male
**Marital Status:** Married
**MRN:** 001561221
**Visit Reason:** Shortness of breath; Chest pain; NON-ST ELEVATION (NSTEMI) MYOCARDIAL INFARCTION

**Age:** 57 Years
**Language:** English
**Phone:** (561)213-6363
**Acct#** 2008200355
**Acuity:** 3 - Urgent

**DOB:** 07/06/62
**PCP:** FIELDS, MD, CONSTANCE D
**Med Service:** Medicine-General
**Arrival:** 03/22/20 19:13:00
**LOS:** 000 02:56

**Address:**

1348 SUGAR PLUM DR BOCA RATON FL 33486

**Diagnosis:**

1:Acute chest pain; 2:NSTEMI (non-ST elevated myocardial infarction)

**Medications Administered:**

| Medication | Dose | Route |
|---|---|---|
| nitroglycerin | 0.4 mg | SL |
| nitroglycerin | 250 mL Initial Volume<br>6 mL/hr | IV<br>Left Antecubital |
| Premix Dextrose 5% In Water | 250 mL Initial Volume<br>6 mL/hr | IV<br>Left Antecubital |
| heparin | 5000 units | IV Push |
| heparin | 500 mL Initial Volume<br>20 mL/hr | IV<br>Left Hand |
| Premix Sodium Chloride 0.45% IV Soln | 500 mL Initial Volume<br>20 mL/hr | IV<br>Left Hand |

**Radiology Orders:**

**XR Chest Portable 1 View**
03/22/20 19:33:00 EDT, Stat, Once, Reason: Chest pain - generalized, Transport Mode: Stretcher, 03/22/20 19:33:00 EDT

**Laboratory Orders:**

**BMP** Blood, Stat, Collected, 03/22/20 19:51:00 EDT, by Williams, RN, Tamara, Once, Nurse collect

**CBC and Differential** Blood, Stat, Collected, 03/22/20 19:51:00 EDT, by Williams, RN, Tamara, Once, Nurse collect

*Emergency Documentation*

**CK MB Fraction** Blood, Stat, Collected, 03/22/20 19:51:00 EDT, by Williams, RN, Tamara, Once, Nurse collect

**CPK** Blood, Stat, Collected, 03/22/20 19:51:00 EDT, by Williams, RN, Tamara, Once, Nurse collect

**Lipoprotein Profile** Blood, Stat, Collected, 03/22/20 19:51:00 EDT, by Williams, RN, Tamara, Once, Nurse collect

**Pro-Brain Natriuretic Peptide**
Blood, Stat, Collected, 03/22/20 19:51:00 EDT, by Williams, RN, Tamara, Once, Nurse collect

**Prothrombin Time with INR**
Blood, Stat, Collected, 03/22/20 19:51:00 EDT, by Williams, RN, Tamara, Once, Nurse collect, Patient on Coumadin: NO COUMADIN

**PTT**
Blood, Stat, Collected, 03/22/20 19:51:00 EDT, by Williams, RN, Tamara, Once, Nurse collect, Patient on Heparin: NO HEPARIN

**PTT** Blood, Timed Study, 03/23/20 5:00:00 EDT, Once, Patient on Heparin: YES HEPARIN

**Troponin I** Blood, Stat, Collected, 03/22/20 19:51:00 EDT, by Williams, RN, Tamara, Once, Nurse collect

**Lab and Rad:**

**Laboratory or Other Results This Visit** (last charted value for your 03/22/2020 visit)

**<u>Hematology</u>**

03/22/2020 7:42 PM

**White Cell Count:** 7.4 K/mcL -- Normal range between ( 4.0 and 10.0 )
**Red Cell Count:** 4.65 x10^6/mcL -- Normal range between ( 4.70 and 6.10 )
**Granulocytes:** 55 % -- Normal range between ( 42 and 75 )
**Lymphocytes:** 35 % -- Normal range between ( 21 and 51 )
**Monocytes:** 9 % -- Normal range between ( 2 and 8 )
**Basophil:** 1 % -- Normal range between ( 0 and 2 )
**MCV:** 91.2 fL -- Normal range between ( 80.0 and 94.0 )
**MCHC:** 34.7 g/dL -- Normal range between ( 33.0 and 37.0 )
**Hematocrit:** 42.4 % -- Normal range between ( 37.0 and 47.0 )
**MCH:** 31.6 pg -- Normal range between ( 27.0 and 31.0 )
**Hemoglobin:** 14.7 g/dL -- Normal range between ( 12.0 and 16.0 )
**Nucleated RBCs:** 0 /100(WBCs)
**Platelet Count:** 183 K/mcL -- Normal range between ( 150 and 400 )
**RDW:** 12.4 % -- Normal range between ( 11.5 and 14.5 )

**Eosinophil:** 0 % -- Normal range between ( 0 and 5 )
**Absolute Nucleated RBC Count:** 0.00 x10^3/mcL -- Normal range between ( 0.00 and 0.01 )
**Differential Type:** AUTOMATED DIFF PERFORMED
**Immature Granulocytes:** 0 % -- Normal range between ( 0 and 4 )
**Absolute Neutrophil Count:** 4.1 x10^3/mcL -- Normal range between ( 1.7 and 7.5 )
**Absolute Immature Granulocyte Count:** 0.0 x10^3/mcL -- Normal range between ( 0.00 and 0.03 )
**Absolute Lymphocyte Count:** 2.6 x10^3/mcL -- Normal range between ( 1.2 and 4.9 )
**Absolute Monocyte Count:** 0.63 x10^3/mcL -- Normal range between ( 0.20 and 1.00 )
**Absolute Eosinophyl Count:** 0.02 x10^3/mcL -- Normal range between ( 0.05 and 0.80 )
**Absolute Basophil Count:** 0.1 x10^3/mcL -- Normal range between ( 0.00 and 0.30 )

**Coagulation**
03/22/2020 7:42 PM
**PT:** 13.7 seconds -- Normal range between ( 11.5 and 14.4 )
**PTT:** 26.1 seconds -- Normal range between ( 22.0 and 34.8 )
**INR:** 1.1 -- Normal range between ( 0.9 and 1.2 )

**Chemistry**
03/22/2020 7:42 PM
**Creatinine:** 1.0 mg/dL -- Normal range between ( 0.6 and 1.3 )
**BUN:** 11 mg/dL -- Normal range between ( 7 and 18 )
**LDL (Calculated):** 58 mg/dL
**Glucose Level:** 99 mg/dL -- Normal range between ( 70 and 99 )
**Potassium Level:** 3.7 mmol/L -- Normal range between ( 3.6 and 5.2 )
**HDL:** 42 mg/dL -- Normal range between ( 40 and 60 )
**Sodium Level:** 139 mmol/L -- Normal range between ( 138 and 148 )
**Calcium Level:** 8.8 mg/dL -- Normal range between ( 8.5 and 10.1 )
**CO2:** 27 mmol/L -- Normal range between ( 21 and 32 )
**CKMB Fraction:** 29 ng/mL -- Normal range between ( 0 and 4 )
**GFR, Non African American:** >60 mL/min/1.73 m2
**GFR, African American:** >60 mL/min/1.73 m2
**Pro-Brain Natriuretic:** 693 pg/mL -- Normal range between ( 0 and 125 )
**Chloride Level:** 108 mmol/L -- Normal range between ( 100 and 108 )
**Creatinine Kinase:** 465 IntlUnit/L -- Normal range between ( 0 and 177 )

**Cholesterol.:** 124 mg/dL
**Triglyceride.:** 122 mg/dL
**Troponin I:** 4.130 ng/mL

**Diagnostic Radiology**
03/22/2020 7:39 PM
**XR Chest Portable 1 View:** XR Chest Portable 1 View

**Medications:**

## PROVIDER INFORMATION

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| Jacobson, Leanne | ED Registration | 03/22/20 19:27:12 | |
| ROSENTHAL, MD, DAVID S | ED Provider | 03/22/20 19:34:20 | |
| Williams, RN, Tamara | ED Nurse | 03/22/20 19:36:25 | |

**Attending Physician:**
Golub, MD, Jason D

**Admit Doc**
Golub, MD, Jason D

**Consulting Doc**

## VITALS INFORMATION

| Vital Sign | Triage | Latest |
|---|---|---|
| Temp Oral | 37.3 Deg C | 37.3 Deg C |
| Temp Temporal | | |
| Temp Intravascular | | |

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **DUNTZ, MATTHEW** | | | | |
| Date of Birth: | | Age: | **59 years** | Gender: | **Male** |
| MRN: | **001561221** | | | Admit Date: | **3/22/2020** |
| FIN: | **2008200355** | | | Discharge Date: | **3/24/2020** |
| Admitting MD: | **GOLUB,MD,JASON D** | | | | |

## *Emergency Documentation*

| | | |
|---|---|---|
| Temp Axillary | | |
| Temp Rectal | | |
| O2 Sat | 97 % | 97 % |
| Respiratory Rate | 20 br/min | 19 br/min |
| Peripheral Pulse Rate | 91 bpm | 86 bpm |
| Apical Heart Rate | | |
| Blood Pressure | 152 mmHg / 86 mmHg | 110 mmHg / 69 mmHg |

### Allergies

No Known Allergies

### Immunizations

No Immunizations Documented This Visit

### DISCHARGE INFORMATION

Discharge Disposition: Admit

ED Discharge Date and Time: 03/22/20 22:07:00

### PATIENT EDUCATION INFORMATION

Instructions:

Follow up:

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | |
|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | |
| Date of Birth: | | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | |

## *Emergency Documentation*

| | |
|---|---|
| Document Type: | ED Level of Care Determination Score |
| Collected/Entered Date/Time: | 3/22/2020 22:02 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | ED Level of Care Determination Score |
| Sign Information: | Williams,RN,Tamara (3/22/2020 22:02 EDT) |

**ED Level of Care Determination Score Entered On: 03/22/20 22:02 EDT**
**Performed On: 03/22/20 22:02 EDT by Williams, RN, Tamara**

**ED Level of Care Determination Score**
ELOCD Respiratory Rate : 9 - 20 br/min
ELOCD Sp02 : Greater than 92%
ELOCD Oxygen Use : No
ELOCD Temperature : 36 - 37.9 Deg C
ELOCD Systolic Blood Pressure : 100 - 199 mmHg
ELOCD Heart Rate : 50 - 99 bpm
ELOCD AVPU Scale : Alert
ELOCD Patient Total Score : 0
ELOCD Interventions : 0-2 No Intervention needed. Continue with orders.

Williams, RN, Tamara - 03/22/20 22:02 EDT

| | |
|---|---|
| Document Type: | ED Patient Summary |
| Collected/Entered Date/Time: | 3/22/2020 22:09 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | ED Patient Summary |
| Sign Information: | Williams,RN,Tamara (3/22/2020 22:09 EDT) |

**ED Patient Summary**

### Emergency Department Patient Discharge Instructions Summary

**Name:** DUNTZ, MATTHEW **Current Date:** 03/22/20 22:09:33 America/New_York
**DOB:** **MRN:** 001561221 **FIN:** 2008200355
**Diagnosis:** 1:Acute chest pain; 2:NSTEMI (non-ST elevated myocardial infarction)1:Acute chest pain; 2:NSTEMI (non-ST elevated myocardial infarction)

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

*Emergency Documentation*

**Visit Date:** 03/22/20 19:13:00 America/New_York

**Primary Care Provider:**
**Name:** FIELDS, MD, CONSTANCE D
**Phone:** (561)483-8335

**Emergency Department Providers:**
**Primary Physician:**
ROSENTHAL, DAVID S

Boca Raton Regional Hospital would like to thank you for allowing us to assist you with your healthcare needs. The following instructions include patient education materials and information regarding your injury/illness.

**Comment:**

DUNTZ, MATTHEW has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Allergies: No Known Allergies**

### Medication Instructions

If you need a prescription refill, you must see your doctor. Take all medications only as directed. Do not take a medication you are allergic to. If you have been prescribed new medications check with your pharmacist or physician to make sure they are safe to be taken with your other home medications. If you have any questions about side effects and food/drug interactions, please consult your physician or pharmacist. To help ensure your safety, keep a copy of this discharge instruction to share with your health care provider at your next visit. It contains a copy of your medication list, diagnoses and information about treatment you received here.

| | | | | |
|---|---|---|---|---|
| Patient Name: | **DUNTZ, MATTHEW** | | | |
| Date of Birth: | | Age: **59 years** | Gender: | **Male** |
| MRN: | **001561221** | | Admit Date: | **3/22/2020** |
| FIN: | **2008200355** | | Discharge Date: | **3/24/2020** |
| Admitting MD: | **GOLUB,MD,JASON D** | | | |

*Emergency Documentation*

Many medications can make you feel sleepy, impair your ability to drive, or affect your ability to make good decisions. For this reason, we may ask that you arrange for someone else to give you a ride home, do not operate machinery/major appliances, drink alcohol, or make important decisions, for 24 hours after leaving the hospital.

It is important to always keep an active list of medications available so that you can share with other providers and manage your medications appropriately. If you have been instructed to stop taking a medication, please ensure you also follow up with this information to your Primary Care Physician. Any specific questions regarding your medications and dosages should be discussed with your physician(s) and pharmacist.

**Storage and Disposal of Opioids**

Medications should be stored out of reach of children, and in a safe place to prevent others from taking them. If opioids are shared with others for whom they are not prescribed, there is a possibility that others might experience overdose at the same or at lower dosages than what was prescribed to you.

Unwanted or unused opioids can be disposed at your local fire department or police department and take back locations or events in the community. You may also dispose of your medications by (1) mixing the medication with dirt, kitty litter, or used coffee grounds, (2) placing the mixture in a container such as a sealed plastic bag, (3) throwing the container in your household trash, and (4) ensuring that all personal information has been removed or made unreadable.

**Medications That Have Not Changed**

**Other Medications**

**allopurinol (allopurinol 100 mg oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose:__________________Next Dose:__________________

**levothyroxine (levothyroxine 50 mcg (0.05 mg) oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose:__________________Next Dose:__________________

**simvastatin (simvastatin 20 mg oral tablet)** 1 tab Oral (given by mouth) every day at bedtime.
Last Dose:__________________Next Dose:__________________

**Medications Administered to You During Your Hospital Stay:**

**Medication Name:** heparin 25,000 units [1000 units/hr] + Premix Sodium Chloride 0.45% IV Soln 500 mL

**Last administered:** 03/22/20 21:17:09

**Medication Name:** heparin 5000 units/mL Inj Soln 1 mL
**Last administered:** 03/22/20 21:05:14

**Medication Name:** nitroglycerin 25 mg [10 mcg/min] + Premix Dextrose 5% in Water 250 mL
**Last administered:** 03/22/20 20:34:31

**Medication Name:** nitroglycerin 0.4 mg SL Tab
**Last administered:** 03/22/20 20:26:38

**Medication Name:** nitroglycerin 0.4 mg SL Tab
**Last administered:** 03/22/20 20:11:00

**Medication Name:** nitroglycerin 0.4 mg SL Tab
**Last administered:** 03/22/20 20:03:39

**Major Tests:**
The following tests were performed during your ED visit.

**Cardiology Orders**

| Name | Status | Details |
|---|---|---|
| EKG 12 Lead | Completed | 03/22/20 19:33:00 EDT, Stat, Once, Chest Pain |

**Laboratory or Other Results This Visit** (last charted value for your 03/22/2020 visit)

Hematology

03/22/2020 7:42 PM

**White Cell Count:** 7.4 K/mcL -- Normal range between ( 4.0 and 10.0 )
**Red Cell Count:** 4.65 x10^6/mcL -- Normal range between ( 4.70 and 6.10 )
**Granulocytes:** 55 % -- Normal range between ( 42 and 75 )
**Lymphocytes:** 35 % -- Normal range between ( 21 and 51 )
**Monocytes:** 9 % -- Normal range between ( 2 and 8 )
**Basophil:** 1 % -- Normal range between ( 0 and 2 )
**MCV:** 91.2 fL -- Normal range between ( 80.0 and 94.0 )
**MCHC:** 34.7 g/dL -- Normal range between ( 33.0 and 37.0 )
**Hematocrit:** 42.4 % -- Normal range between ( 37.0 and 47.0 )

*Emergency Documentation*

**MCH:** 31.6 pg -- Normal range between ( 27.0 and 31.0 )
**Hemoglobin:** 14.7 g/dL -- Normal range between ( 12.0 and 16.0 )
**Nucleated RBCs:** 0 /100(WBCs)
**Platelet Count:** 183 K/mcL -- Normal range between ( 150 and 400 )
**RDW:** 12.4 % -- Normal range between ( 11.5 and 14.5 )
**Eosinophil:** 0 % -- Normal range between ( 0 and 5 )
**Absolute Nucleated RBC Count:** 0.00 x10^3/mcL -- Normal range between ( 0.00 and 0.01 )
**Differential Type:** AUTOMATED DIFF PERFORMED
**Immature Granulocytes:** 0 % -- Normal range between ( 0 and 4 )
**Absolute Neutrophil Count:** 4.1 x10^3/mcL -- Normal range between ( 1.7 and 7.5 )
**Absolute Immature Granulocyte Count:** 0.0 x10^3/mcL -- Normal range between ( 0.00 and 0.03 )
**Absolute Lymphocyte Count:** 2.6 x10^3/mcL -- Normal range between ( 1.2 and 4.9 )
**Absolute Monocyte Count:** 0.63 x10^3/mcL -- Normal range between ( 0.20 and 1.00 )
**Absolute Eosinophyl Count:** 0.02 x10^3/mcL -- Normal range between ( 0.05 and 0.80 )
**Absolute Basophil Count:** 0.1 x10^3/mcL -- Normal range between ( 0.00 and 0.30 )

**Coagulation**
03/22/2020 7:42 PM
**PT:** 13.7 seconds -- Normal range between ( 11.5 and 14.4 )
**PTT:** 26.1 seconds -- Normal range between ( 22.0 and 34.8 )
**INR:** 1.1 -- Normal range between ( 0.9 and 1.2 )

**Chemistry**
03/22/2020 7:42 PM
**Creatinine:** 1.0 mg/dL -- Normal range between ( 0.6 and 1.3 )
**BUN:** 11 mg/dL -- Normal range between ( 7 and 18 )
**LDL (Calculated):** 58 mg/dL
**Glucose Level:** 99 mg/dL -- Normal range between ( 70 and 99 )
**Potassium Level:** 3.7 mmol/L -- Normal range between ( 3.6 and 5.2 )
**HDL:** 42 mg/dL -- Normal range between ( 40 and 60 )
**Sodium Level:** 139 mmol/L -- Normal range between ( 138 and 148 )
**Calcium Level:** 8.8 mg/dL -- Normal range between ( 8.5 and 10.1 )
**CO2:** 27 mmol/L -- Normal range between ( 21 and 32 )
**CKMB Fraction:** 29 ng/mL -- Normal range between ( 0 and 4 )

**GFR, Non African American:** >60 mL/min/1.73 m2
**GFR, African American:** >60 mL/min/1.73 m2
**Pro-Brain Natriuretic:** 693 pg/mL -- Normal range between ( 0 and 125 )
**Chloride Level:** 108 mmol/L -- Normal range between ( 100 and 108 )
**Creatinine Kinase:** 465 IntlUnit/L -- Normal range between ( 0 and 177 )
**Cholesterol.:** 124 mg/dL
**Triglyceride.:** 122 mg/dL
**Troponin I:** 4.130 ng/mL

## Diagnostic Radiology

03/22/2020 7:39 PM
**XR Chest Portable 1 View:** XR Chest Portable 1 View

**XR Chest Portable 1 View**
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ MRN:001561221 ACCT:2008200355 DOB:07/06/1962 CI#:0005500001 COLLECTED DT/TM:03/22/2020 19:39 SINGLE VIEW CHEST INDICATION- Chest pain - generalized COMPARISON- None. TECHNIQUE- Single view. FINDINGS- The cardiomediastinal silhouette is within normal limits. The lung volumes are normal. No focal area of consolidation. No overt lung edema or appreciable effusions. No appreciable pneumothorax. No acute osseous abnormality. IMPRESSION- 1. No radiographic evidence of acute lung pathology. -Authenticated and electronically signed by- Ricardo A Palmquist PRA, MD Electronically signed- 3/22/2020 7-57 PM Read By- RICARDO A PALMQUIST M.D. Released Date Time- 03/22/20 1959

## General Medical Information

IS IT A STROKE? Act **FAST** and Check for these signs:

Some medical conditions and lifestyle choices can put anyone at risk for stroke regardless of gender, ethnicity, or age. For this reason, it is important to stop smoking and be able to recognize the signs of stroke.

| | |
|---|---|
| FACE | Does the face look uneven? |
| ARM | Does one arm drift down? |
| SPEECH | Does their speech sound strange? |
| TIME | Call 9-1-1 at any sign of stroke |

### Heart Attack Signs

**Chest discomfort:** Most heart attacks involve discomfort in the center of the chest and lasts more than a few minutes, or goes away and comes back. It can feel like uncomfortable pressure, squeezing, fullness or pain.

**Discomfort in upper body:** Symptoms can include pain or discomfort in one or both arms, back, neck, jaw or stomach.

**Shortness of breath:** With or without discomfort.

**Other signs:** Breaking out in a cold sweat, nausea, or light-headed.

Remember, **MINUTES DO MATTER.** If you experience any of these heart attack warning signs, call **9-1-1** to get immediate medical attention!

## Additional Resources

**In Case of Emergency Dial 911 or nearest Emergency Room**

National Suicide Prevention Life Line — 1-800-273-TALK
http://www.suicidepreventionlifeline.org — (1-800-273-8255)

National Alliance on Mental Illness — 1-801-323-9900 or
http://www.nami.org — 1-877-230-6264

Substance Abuse and Mental Health Services Administration — 1-877-SAMHSA-7
http://www.samhsa.gov/suicide-prevention — (1-877-726-4727)

**Access Your Personal Health Information through Patient Connect!**

Patient Connect is an online, secure patient website that allows you access to your health information. Located on the Boca Raton Regional Hospital website, patients and/or family members can do any of the following items:

-Medical Visits and Treatment
-Summaries of Inpatient Stays
-Lab and Radiology Reports - three days after being performed
-Medication List after Discharge

We strongly urge you to take advantage of our Patient Connect. After your discharge from the hospital, you will receive an email inviting you to create your personal account, simply click on the link and follow the instructions to sign up. You can also visit the hospital's website www.brrh.com and click on the Patient Connect icon or you can self-enroll without an email invitation by visiting https://brrhpatientconnect.iqhealth.com/self-enroll/

If you need help signing up for Patient Connect please call 800-287-9085 for assistance.

**Do You Or Someone You Love Have Diabetes?**

Boca Raton Regional Hospital offers a comprehensive educational diabetes program that not only includes the definition of diabetes, but also how to improve your overall health having diabetes. Participants will learn about healthy eating with personalized meal plans, glucose monitoring, insulin devices, and medication management as well as the importance of physical activity and how to integrate it into busy schedules. They will also learn about the signs, symptoms and treatment of low and high blood sugar, and how to prevent and care for chronic complication.

For more information or to register for classes please call the Diabetes Education Program at Gloria Drummond Physical Rehab Institute at 561-955-2100.

If you need help finding a doctor, please call the Boca Raton Regional Health Navigator at (561) 955-4714 weekdays between 9am and 4pm.

I acknowledge that I received the Florida Department of Health educational pamphlet "Information on Nonopioid Alternatives for the Treatment of Pain" on admission.

Boca Raton Regional Hospital would like to thank you for allowing us to assist you with your healthcare needs. Your signature below indicates that you have received your prescriptions and have all your personal belongings and valuables. I have discussed, read, and understand my "Discharge Instructions" and I have no further questions.

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

## *Emergency Documentation*

Patient (or Guardian) Signature ______ Date/Time ______

Staff Signature ______ Date/Time ______

## *Discharge Documentation*

***** Clinical Documentation Content on Following Page *****

BOCA RATON REGIONAL HOSPITAL

# POST CARDIAC CATHETERIZATION PATIENT DISCHARGE INSTRUCTIONS

20082-00355 03/22/20 M
DUNTZ,MATTHEW
001561221 57Y IP
GOLUB,JASON 2154
2008200355

The following instructions will guide you on how to care for the site, as well as provide other helpful information. Please follow these instructions unless otherwise directed by your Health care provider.

**CARE OF THE SITE:**

- You may shower in 24 hours after the procedure. Remove the dressing from the hospital before showering. If you have a white patch adhering to the skin, moisten it with water before removing. Gently clean site using soap and water while standing in the shower. Gently pat dry thoroughly, and apply a dry band aid daily for 2 days if needed. Do not apply powders or lotions.
- Inspect the site daily and keep it clean and dry to prevent infection.
- Do not submerge in a pool or tub of water for at least 5 days, or until the wound has healed. Showers should be brief and no more than 10 minutes.

**ACTIVITY:**

- You may resume moderate activity including short walks and light household chores in one day, letting your discomfort be your guide. Physical exercise such as running, biking, golfing, tennis or working out at the gym is not recommended for 7 to 10 days following your procedure and then should be resumed on a gradual basis. Do not perform any activity that will place stress on the groin including sexual activity until reexamined by your physician.
- Do not strain to move your bowels.
- Do not twist, stretch, bend or lift more than 5 pounds for one week or until site heals.
- You may drive in 24 hours. Do not operate machinery or drink alcoholic beverages until 24 hours after your procedure.

**NORMAL OBSERVATIONS:**

- Soreness or tenderness that may last one week.
- Mild oozing of pink or clear fluid from puncture site. Apply band aid if oozing.
- Possible bruising that could last for 2 weeks.
- Formation of a small lump (dime to quarter size: which may last up to 6 weeks).

**CALL PHYSICIAN IMMEDIATELY IF YOU EXPERIENCE:**

- Increased swelling of groin or leg.
- Unusual pain at groin site, numbness or tingling of the leg.
- Signs of infection: redness, warmth to touch, drainage (other than a little blood on the bandage) poorly healing incision, fever or chills.
- If pulsating bleeding occurs: Apply direct pressure and activate 911.
- If oozing small amount of blood, hold pressure for 10 minutes and call your Physician.

Call for appt. Dr. Carrillo 2 weeks Date 3-24-20

Patient Signature [signature] Date 3-24-20

RN Signature [signature] RN Date 3-24-20

(PLACE A COPY OF SIGNED INSTRUCTION SHEET IN THE MEDICAL RECORD)

*10001473353*



Form ID: 1000 147353
Rev Date: 02/2010

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

*Discharge Documentation*

| | |
|---|---|
| Document Type: | Inpatient Clinical Summary |
| Collected/Entered Date/Time: | 3/24/2020 14:00 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Inpatient Clinical Summary |
| Sign Information: | Kline,RN,Laurie (3/24/2020 14:00 EDT) |

**Inpatient Clinical Summary**

## Clinical Summary

### Clinical Discharge Instructions

**Name:**DUNTZ, MATTHEW
**Address:**

| | | |
|---|---|---|
| **Phone:** | **Age:** 57 Years | **DOB:** |
| **Sex:**Male | **Language:**English | **Marital Status:**Married |
| **FIN:**2008200355 | **MRN:**001561221 | **Med Service:**Medicine-General |

### Provider Information

**Admitting Physician:**Golub, MD, Jason D
**Attending Physician:**Golub, MD, Jason D
**PCP:**FIELDS, MD, CONSTANCE D

**Comment**

### Medical Information

**Allergy:**No Known Allergies
**Diagnosis:**1:Acute chest pain; 2:NSTEMI (non-ST elevated myocardial infarction)

### Discharge Orders

**Discharge Activity Restrictions** No Restrictions

**Discharge Diet Instruction** Discharge Diet Other (please specify), Resume home diet.

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | |
|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | |
| Date of Birth: | | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | |

*Discharge Documentation*

## Follow Up

| With: | Address: | When: |
|---|---|---|
| CarrilloJimenez, MD, Rodolfo | 8188 Jog Road #100 Boynton Beach, FL 33472<br>(561) 807-0500 | Within 2 weeks |

## Patient's Final Home Medication List Upon Discharge

**allopurinol (allopurinol 100 mg oral tablet)** 1 tab Oral (given by mouth) every day.

**aspirin (aspirin 81 mg oral delayed release tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.

**irbesartan (irbesartan 75 mg oral tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.

**levothyroxine (levothyroxine 50 mcg (0.05 mg) oral tablet)** 1 tab Oral (given by mouth) every day.

**metoprolol (Metoprolol Succinate ER 25 mg oral tablet, extended release)**
1 tab Oral (given by mouth) every day. Refills: 5.

**simvastatin (simvastatin 20 mg oral tablet)** 1 tab Oral (given by mouth) every day at bedtime.

**ticagrelor (Brilinta (ticagrelor) 90 mg oral tablet)** 1 tab Oral (given by mouth) 2 times a day for 30 Days. Refills: 5.

## Medication Reconciliation at Discharge

### New Medications and Prescriptions

#### Printed Prescriptions

**aspirin (aspirin 81 mg oral delayed release tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose:____________________Next Dose:____________________

**irbesartan (irbesartan 75 mg oral tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose:____________________Next Dose:____________________

**metoprolol (Metoprolol Succinate ER 25 mg oral tablet, extended release)**
1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose:____________________Next Dose:____________________

**ticagrelor (Brilinta (ticagrelor) 90 mg oral tablet)** 1 tab Oral (given by mouth) 2 times a day for 30 Days. Refills: 5.

*Discharge Documentation*

Last Dose:__________________Next Dose:__________________

**Medications That Have Not Changed**

**Other Medications**

**allopurinol (allopurinol 100 mg oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose:__________________Next Dose:__________________

**levothyroxine (levothyroxine 50 mcg (0.05 mg) oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose:__________________Next Dose:__________________

**simvastatin (simvastatin 20 mg oral tablet)** 1 tab Oral (given by mouth) every day at bedtime.
Last Dose:__________________Next Dose:__________________

**Comment**

---

| | |
|---|---|
| Document Type: | Inpatient Patient Summary |
| Collected/Entered Date/Time: | 3/24/2020 14:00 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Inpatient Patient Summary |
| Sign Information: | Kline,RN,Laurie (3/24/2020 14:00 EDT) |

**Inpatient Patient Summary**

## Patient Discharge Summary

### Discharge Instructions, Orders and Medications

**Name:**DUNTZ, MATTHEW

**Date of Birth:**

**Current Date:**03/24/20 14:00:03 **MRN:**001561221 **FIN:**2008200355

**Primary Care Provider**

**Name:**FIELDS, MD, CONSTANCE D

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

*Discharge Documentation*

**Phone:**(561)483-8335

**Discharge Diagnosis:**1:Acute chest pain; 2:NSTEMI (non-ST elevated myocardial infarction)

**Discharged To:**

**Comment**

**Discharge Orders**

**Discharge Activity Restrictions** No Restrictions

**Discharge Diet Instruction** Discharge Diet Other (please specify), Resume home diet.

**Historical Procedures**
**Procedures**
Melanoma

**Follow-up Instructions:** You may have been referred to your regular doctor or a specialist, please follow up as instructed. If your condition worsens call your physician or return to the Emergency Department.

**With:** **Address:** **When:**

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

*Discharge Documentation*

| | | |
|---|---|---|
| CarrilloJimenez, MD, Rodolfo | 8188 Jog Road #100 Boynton Beach, FL 33472<br>(561) 807-0500 | Within 2 weeks |

**Comment**

**Medication Instructions**

If you need a prescription refill, you must see your doctor. Take all medications only as directed. Do not take a medication you are allergic to. If you have been prescribed new medications check with your pharmacist or physician to make sure they are safe to be taken with your other home medications. If you have any questions about side effects and food/drug interactions, please consult your physician or pharmacist. To help ensure your safety, keep a copy of this discharge instruction to share with your health care provider at your next visit. It contains a copy of your medication list, diagnoses and information about treatment you received here.

Many medications can make you feel sleepy, impair your ability to drive, or affect your ability to make good decisions. For this reason, we may ask that you arrange for someone else to give you a ride home, do not operate machinery/major appliances, drink alcohol, or make important decisions, for 24 hours after leaving the hospital.

It is important to always keep an active list of medications available so that you can share with other providers and manage your medications appropriately. If you have been instructed to stop taking a medication, please ensure you also follow up with this information to your Primary Care Physician. Any specific questions regarding your medications and dosages should be discussed with your physician(s) and pharmacist.

**Storage and Disposal of Opioids**

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| Patient Name: | DUNTZ, MATTHEW | | |
|---|---|---|---|
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

*Discharge Documentation*

Medications should be stored out of reach of children, and in a safe place to prevent others from taking them. If opioids are shared with others for whom they are not prescribed, there is a possibility that others might experience overdose at the same or at lower dosages than what was prescribed to you.

Unwanted or unused opioids can be disposed at your local fire department or police department and take back locations or events in the community. You may also dispose of your medications by (1) mixing the medication with dirt, kitty litter, or used coffee grounds, (2) placing the mixture in a container such as a sealed plastic bag, (3) throwing the container in your household trash, and (4) ensuring that all personal information has been removed or made unreadable.

**Complete Medication List**

The list below is a complete list of medications for you to use at home. It has been updated with any changes that occurred in the hospital. Take only the medications listed below. Contact your doctor prior to taking any medications not on this list or stopping any medications on this list.

**Allergy Info:**No Known Allergies

**Comment**

**Medications**

During the course of your visit, your medication list was updated with the most current information. The details of those changes are reflected below:

**New Medications and Prescriptions**

**Printed Prescriptions**

**aspirin (aspirin 81 mg oral delayed release tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.

## Discharge Documentation

Last Dose:___________________Next Dose:___________________

**irbesartan (irbesartan 75 mg oral tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose:___________________Next Dose:___________________

**metoprolol (Metoprolol Succinate ER 25 mg oral tablet, extended release)**
1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose:___________________Next Dose:___________________

**ticagrelor (Brilinta (ticagrelor) 90 mg oral tablet)** 1 tab Oral (given by mouth) 2 times a day for 30 Days. Refills: 5.
Last Dose:___________________Next Dose:___________________

**Medications That Have Not Changed**

**Other Medications**

**allopurinol (allopurinol 100 mg oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose:___________________Next Dose:___________________

**levothyroxine (levothyroxine 50 mcg (0.05 mg) oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose:___________________Next Dose:___________________

**simvastatin (simvastatin 20 mg oral tablet)** 1 tab Oral (given by mouth) every day at bedtime.
Last Dose:___________________Next Dose:___________________

## General Medical Information

IS IT A STROKE? Act **FAST** and Check for these signs:

Some medical conditions and lifestyle choices can put anyone at risk for stroke regardless of gender, ethnicity, or age. For this reason, it is important to stop smoking and be able to recognize the signs of stroke.

| | |
|---|---|
| FACE | Does the face look uneven? |
| ARM | Does one arm drift down? |
| SPEECH | Does their speech sound strange? |
| TIME | Call 9-1-1 at any sign of stroke |

**Heart Attack Signs**

**Chest discomfort:** Most heart attacks involve discomfort in the center of the chest and lasts more than a few minutes, or goes away and comes back. It can feel like uncomfortable pressure, squeezing, fullness or pain.

**Discomfort in upper body:** Symptoms can include pain or discomfort in one or both arms, back, neck, jaw or stomach.

**Shortness of breath:** With or without discomfort.

**Other signs:** Breaking out in a cold sweat, nausea, or light-headed.

Remember, **MINUTES DO MATTER.** If you experience any of these heart attack warning signs, call **9-1-1** to get immediate medical attention!

## Additional Resources

**In Case of Emergency Dial 911 or nearest Emergency Room**

| | |
|---|---|
| National Suicide Prevention Life Line<br>http://www.suicidepreventionlifeline.org | 1-800-273-TALK<br>(1-800-273-8255) |
| National Alliance on Mental Illness<br>http://www.nami.org | 1-801-323-9900 or<br>1-877-230-6264 |
| Substance Abuse and Mental Health Services Administration<br>http://www.samhsa.gov/suicide-prevention | 1-877-SAMHSA-7<br>(1-877-726-4727) |

FOR HOSPITALIZATIONS DEEMED AS OBSERVATION: An observation patient may experience higher costs than an inpatient on admission status for the time spent in a hospital because Medicare covers inpatient and outpatient hospital services differently. Medicare Part A covers inpatient hospital services, which requires a one-time deductible. Observation services are covered under Part B of Medicare and require the patient to pay a 20 percent co-payment for each individual service as explained by your case manager. Please also note that a patient under observation status in a hospital does not meet the requirements for qualifying inpatient hospital

stay for Medicare coverage to a skilled nursing facility. In order to qualify for admission to a skilled nursing facility a patient must have been deemed as an inpatient in the hospital with a 3 day stay.

**Access Your Personal Health Information through Patient Connect!**

Patient Connect is an online, secure patient website that allows you access to your health information. Located on the Boca Raton Regional Hospital website, patients and/or family members can do any of the following items:

-Medical Visits and Treatment
-Summaries of Inpatient Stays
-Lab and Radiology Reports - three days after being performed
-Medication List after Discharge

We strongly urge you to take advantage of our Patient Connect. After your discharge from the hospital, you will receive an email inviting you to create your personal account, simply click on the link and follow the instructions to sign up. You can also visit the hospital's website www.brrh.com and click on the Patient Connect icon or you can self-enroll without an email invitation by visiting https://brrhpatientconnect.iqhealth.com/self-enroll/

If you need help signing up for Patient Connect please call 800-287-9085 for assistance.

**Do You Or Someone You Love Have Diabetes?**

Boca Raton Regional Hospital offers a comprehensive educational diabetes program that not only includes the definition of diabetes, but also how to improve your overall health having diabetes. Participants will learn about healthy eating with personalized meal plans, glucose monitoring, insulin devices, and medication management as well as the importance of physical activity and how to integrate it into busy schedules. They will also learn about the signs, symptoms and treatment of low and high blood sugar, and how to prevent and care for chronic complication.

For more information or to register for classes please call the Diabetes Education Program at Gloria Drummond Physical Rehab Institute at 561-955-2100.

**Medication leaflets, if any, will display below**

# ticagrelor

(tye KA grel or)

Brilinta (ticagrelor)

## What is the most important information I should know about ticagrelor?

You should not use ticagrelor if you have any active bleeding or a history of bleeding in the brain. Do not use this medicine just before heart bypass surgery.

**Ticagrelor may cause you to bleed more easily, which can be severe or life-threatening.** Call your doctor or seek emergency medical attention if you have bleeding that will not stop, black or bloody stools, red or pink urine, or if you cough up blood or vomit that looks like coffee grounds.

Tell your doctor about all your current medicines and any you start or stop using. **Many drugs can interact with ticagrelor.**

**Do not stop taking ticagrelor without first talking to your doctor, even if you have signs of bleeding.** Stopping ticagrelor may increase your risk of a heart attack or stroke.

## What is ticagrelor?

Ticagrelor prevents platelets in your blood from sticking together to form an unwanted blood clot that could block an artery.

Ticagrelor is used together with aspirin to lower your risk of having a stroke or serious heart problems after you've had a heart attack or severe chest pain (angina).

Ticagrelor may also be used for purposes not listed in this medication guide.

## What should I discuss with my healthcare provider before taking ticagrelor?

You should not use ticagrelor if you are allergic to it, or if you have:

- any active bleeding; or
- a history of bleeding in the brain (such as from a head injury).

Tell your doctor if you have ever had:

- a stroke;
- heart problems;
- a surgery or bleeding injury;
- bleeding problems;

- a stomach ulcer or colon polyps;
- liver disease; or
- asthma, COPD (chronic obstructive pulmonary disorder) or other breathing problem.

It is not known whether this medicine will harm an unborn baby. Tell your doctor if you are pregnant or plan to become pregnant.

You should not breast-feed while using ticagrelor.

## How should I take ticagrelor?

Follow all directions on your prescription label and read all medication guides or instruction sheets. **Ticagrelor is taken together with aspirin.** Use these medicines exactly as directed.

**Do not take more aspirin than your doctor has prescribed.** Taking too much aspirin can make ticagrelor less effective.

Take ticagrelor at the same time each day, with or without food.

**If you cannot swallow a tablet whole,** crush the pill and mix it with water. Stir and drink this mixture right away. Add more water to the glass, stir, and drink right away.

Ticagrelor keeps your blood from coagulating (clotting) and can make it easier for you to bleed, even from a minor injury. Contact your doctor or seek emergency medical attention if you have any bleeding that will not stop.

To prevent excessive bleeding, you may need to stop using ticagrelor for a short time before a surgery, medical procedure, or dental work. **Any healthcare provider who treats you should know that you are taking ticagrelor.**

**Do not stop taking ticagrelor without first talking to your doctor, even if you have signs of bleeding.** Stopping the medicine could increase your risk of a heart attack or stroke.

Store at room temperature away from moisture and heat.

## What happens if I miss a dose?

Take the medicine as soon as you can, but skip the missed dose if it is almost time for your next dose. **Do not** take two doses at one time.

## What happens if I overdose?

Seek emergency medical attention or call the Poison Help line at 1-800-222-1222. Overdose can cause excessive bleeding.

## What should I avoid while taking ticagrelor?

Drinking alcohol while taking aspirin can increase your risk of stomach bleeding.

Avoid activities that may increase your risk of bleeding or injury. Use extra care to prevent bleeding while shaving or brushing your teeth.

While taking ticagrelor with aspirin, avoid using medicines for pain, fever, swelling, or cold/flu symptoms. They may contain ingredients similar to aspirin (such as salicylates, ibuprofen, ketoprofen, or naproxen). **Taking certain products together can cause you to get too much aspirin which can increase your risk of bleeding.**

## What are the possible side effects of ticagrelor?

Get emergency medical help if you have **signs of an allergic reaction**: hives; difficult breathing; swelling of your face, lips, tongue, or throat.

Call your doctor at once if you have:

- slow heartbeats;
- nosebleeds, or any bleeding that will not stop;
- shortness of breath even with mild exertion or while lying down;
- easy bruising, unusual bleeding, purple or red spots under your skin;
- red, pink, or brown urine;
- black, bloody, or tarry stools; or
- coughing up blood or vomit that looks like coffee grounds.

Common side effects may include:

- bleeding; or
- shortness of breath.

This is not a complete list of side effects and others may occur. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

## What other drugs will affect ticagrelor?

**Sometimes it is not safe to use certain medications at the same time.** Some drugs can affect your blood levels of other drugs you take, which may increase side effects or make the medications less effective.

**Tell your doctor about all your current medicines.** Many drugs can affect ticagrelor, especially:

- antifungal medicine;
- antiviral medicine to treat HIV or AIDS;
- a blood thinner;
- cholesterol medication;
- heart or blood pressure medication;
- opioid medication;

- seizure medicine; or
- tuberculosis medicine.

**This list is not complete and many other drugs may affect ticagrelor.** This includes prescription and over-the-counter medicines, vitamins, and herbal products. Not all possible drug interactions are listed here.

## Where can I get more information?

Your pharmacist can provide more information about ticagrelor.

Remember, keep this and all other medicines out of the reach of children, never share your medicines with others, and use this medication only for the indication prescribed.

Every effort has been made to ensure that the information provided by Cerner Multum, Inc. ('Multum') is accurate, up-to-date, and complete, but no guarantee is made to that effect. Drug information contained herein may be time sensitive. Multum information has been compiled for use by healthcare practitioners and consumers in the United States and therefore Multum does not warrant that uses outside of the United States are appropriate, unless specifically indicated otherwise. Multum's drug information does not endorse drugs, diagnose patients or recommend therapy. Multum's drug information is an informational resource designed to assist licensed healthcare practitioners in caring for their patients and/or to serve consumers viewing this service as a supplement to, and not a substitute for, the expertise, skill, knowledge and judgment of healthcare practitioners. The absence of a warning for a given drug or drug combination in no way should be construed to indicate that the drug or drug combination is safe, effective or appropriate for any given patient. Multum does not assume any responsibility for any aspect of healthcare administered with the aid of information Multum provides. The information contained herein is not intended to cover all possible uses, directions, precautions, warnings, drug interactions, allergic reactions, or adverse effects. If you have questions about the drugs you are taking, check with your doctor, nurse or pharmacist.

Copyright 1996-2018 Cerner Multum, Inc. Version: 3.01. Revision Date: 05/08/2018.

**Patient education materials, if any, will display below**

# Heart Attack

A heart attack (*myocardial infarction, MI*) causes damage to the heart that cannot be fixed. A heart attack often happens when a blood clot or other blockage cuts blood flow to the heart. When this happens, certain areas of the heart begin to die. This causes the pain you feel during a heart attack.

*Discharge Documentation*




**HOME CARE**

- Take medicine as told by your doctor. You may need medicine to:
- ∘ Keep your blood from clotting too easily.
- ∘ Control your blood pressure.
- ∘ Lower your cholesterol.
- ∘ Control abnormal heart rhythms.
- Change certain behaviors as told by your doctor. This may include:
- ∘ Quitting smoking.
- ∘ Being active.
- ∘ Eating a heart-healthy diet. Ask your doctor for help with this diet.
- ∘ Keeping a healthy weight.
- ∘ Keeping your diabetes under control.
- ∘ Lessening stress.
- ∘ Limiting how much alcohol you drink.

**Do not** take these medicines unless your doctor says that you can:

- Nonsteroidal anti-inflammatory drugs (NSAIDs). These include:
- ∘ Ibuprofen.
- ∘ Naproxen.

- Celecoxib.
- Vitamin supplements that have vitamin A, vitamin E, or both.
- Hormone therapy that contains estrogen with or without progestin.

**GET HELP RIGHT AWAY IF:**

- You have sudden chest discomfort.
- You have sudden discomfort in your:
- Arms.
- Back.
- Neck.
- Jaw.
- You have shortness of breath at any time.
- You have sudden sweating or clammy skin.
- You feel sick to your stomach (*nauseous*) or throw up (*vomit*).
- You suddenly get light-headed or dizzy.
- You feel your heart beating fast or skipping beats.

**These symptoms may be an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 06/18/2013 Document Revised: 05/03/2016 Document Reviewed: 02/20/2015
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

# Post Cardiac Cath Discharge Instructions

The following instructions will guide you on how to care for the site, as well as provide other helpful information. Follow the instructions unless otherwise told by your Health Care Provider.

**Care of the Site**

You may shower in 24hours after the procedure. Remove the dressing before you shower. Gently clean the site using soap and water while standing in the shower. Gently pat dry throughly, and apply a dry band aid daily for 2 days if needed. DO NOT apply powders or lotions.

*Discharge Documentation*

Inspect the site daily and keep it clean and dry to prevent infection

Do not submerge in a pool or tub of water for at least 5 days, or until the wound has healed. Showers should be brief and no more than 10minutes.

**Activity**

You may resume moderate activity including short walks and light household chores in one day, letting your discomfort be your guide. Physical exercise such as running, biking, golfing, tennis, or working out at the gym is not recommended for 10 days following your procedure and then should be resumed on a gradual basis. Do not perform any activity that will place stress on the groin including sexual activity until reexamined by your doctor.

Do not strain to move your bowels

Do not twist, bend, stretch, or lift more than 5 pounds for one week or until the site heals

You may drive in 24hours. Do not operate machinery or drink alcohol until 24 hours after the procedure.

**Normal Observations**

Soreness or tenderness that may last one week

Mild oozing of pink or clear fluid from puncture site. Apply bandaid if needed.

Possible bruising that could last up to 2 weeks

Formation of a small lump (dime to quarter size: which may last up to 6 weeks)

**CALL PHYSICIAN IMMEDIATELY IF YOU EXPERIENCE**

Increased swelling of groin or leg

Unusual pain at groin site, numbness, tingling of the leg

Signs of infection: redness, warmth to touch, drainage, poorly healing incision, fever or chills

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

*Discharge Documentation*

***If pulsating bleeding occurs: APPLY DIRECT PRESSURE AND DIAL 911***

If oozing small amount of blood hold pressure for 10minutes and call your Physician

# Coronary Angiogram With Stent, Care After

Refer to this sheet in the next few weeks. These instructions provide you with information about caring for yourself after your procedure. Your health care provider may also give you more specific instructions. Your treatment has been planned according to current medical practices, but problems sometimes occur. Call your health care provider if you have any problems or questions after your procedure.

## WHAT TO EXPECT AFTER THE PROCEDURE

After your procedure, it is typical to have the following:

- Bruising at the catheter insertion site that usually fades within 1–2 weeks.
- Blood collecting in the tissue (*hematoma*) that may be painful to the touch. It should usually decrease in size and tenderness within 1–2 weeks.

## HOME CARE INSTRUCTIONS

- Take medicines only as directed by your health care provider. Blood thinners may be prescribed after your procedure to improve blood flow through the stent.
- You may shower 24–48 hours after the procedure or as directed by your health care provider. Remove the bandage (*dressing*) and gently wash the catheter insertion site with plain soap and water. Pat the area dry with a clean towel. **Do not** rub the site, because this may cause bleeding.
- **Do not** take baths, swim, or use a hot tub until your health care provider approves.
- Check your catheter insertion site every day for redness, swelling, or drainage.
- **Do not** apply powder or lotion to the site.
- **Do not** lift over 10 lb (4.5 kg) for 5 days after your procedure or as directed by your health care provider.
- Ask your health care provider when it is okay to:
  - Return to work or school.
  - Resume usual physical activities or sports.
  - Resume sexual activity.
- Eat a heart-healthy diet. This should include plenty of fresh fruits and vegetables. Meat should be lean cuts. Avoid the following types of food:

- Food that is high in salt.
- Canned or highly processed food.
- Food that is high in saturated fat or sugar.
- Fried food.
- Make any other lifestyle changes as recommended by your health care provider. These may include:
- Not using any tobacco products, including cigarettes, chewing tobacco, or electronic cigarettes. If you need help quitting, ask your health care provider.
- Managing your weight.
- Getting regular exercise.
- Managing your blood pressure.
- Limiting your alcohol intake.
- Managing other health problems, such as diabetes.
- If you need an MRI after your heart stent has been placed, be sure to tell the health care provider who orders the MRI that you have a heart stent.
- Keep all follow-up visits as directed by your health care provider. This is important.

**SEEK MEDICAL CARE IF:**
- You have a fever.
- You have chills.
- You have increased bleeding from the catheter insertion site. Hold pressure on the site.

**SEEK IMMEDIATE MEDICAL CARE IF:**
- You develop chest pain or shortness of breath, feel faint, or pass out.
- You have unusual pain at the catheter insertion site.
- You have redness, warmth, or swelling at the catheter insertion site.
- You have drainage (other than a small amount of blood on the dressing) from the catheter insertion site.
- The catheter insertion site is bleeding, and the bleeding does not stop after 30 minutes of holding steady pressure on the site.
- You develop bleeding from any other place, such as from your rectum. There may be bright red blood in your urine or stool, or it may appear as black, tarry stool.

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

*Discharge Documentation*

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 07/07/2006 Document Revised: 01/08/2016 Document Reviewed: 05/12/2014
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

I acknowledge that I received the Florida Department of Health educational pamphlet "Information on Nonopioid Alternatives for the Treatment of Pain" on admission.

Boca Raton Regional Hospital would like to thank you for allowing us to assist you with your healthcare needs. Your signature below indicates that you have received your prescriptions and have all your personal belongings and valuables. I have discussed, read, and understand my "Discharge Instructions" and I have no further questions.

Yes - Patient/Family/Caregiver demonstrates understanding of instructions given

**Patient/Representative Signature:** ____________________ Date/Time: __________

**Relationship to Patient:** ________________________ Date/Time: ___________

**Patient Name:**DUNTZ, MATTHEW

**Witness Signature:** ________________________ Date/Time: _________

| | |
|---|---|
| Document Type: | Discharge Summary |
| Collected/Entered Date/Time: | 3/24/2020 11:48 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Discharge Summary (pre-populated) |
| Sign Information: | Golub,MD,Jason D (3/24/2020 11:50 EDT) |

**Admit Date**
Admit to Inpatient - 03/22/2020 21:24:53

*Discharge Documentation*

**Discharge Date**
03/24/20

**Admitting Doctor/Service**
2154 Golub, MD, Jason D

**Physical Exam at Time of Discharge**

Vitals & Measurements
**T:** 36.7 °C (Oral) **TMIN:** 36.0 °C (Oral) **TMAX:** 37.9 °C (Oral) **HR:** 78(Peripheral) **RR:** 17 **BP:** 100/65 **BP:** 130/73(Line)
**SpO2:** 98%

GEN: No acute distress, resting comfortably
HEENT: Normocephalic, atraumatic, moist mucous membranes, neck is supple, no JVD
CVS: S1-S2, regular rate and rhythm, no murmurs
CHEST: Clear to auscultation bilaterally
ABDO: Soft, nontender, bowel sounds heard throughout all 4 quadrants
EXT: No edema, positive distal pulses, right groin cath site c/d/i
NEURO: Alert and oriented x3, nonfocal
SKIN: Good turgor, no lesions noted
PSYCH: appropriate affect

**NIH Stroke Scale Score**
No qualifying data available.

**Procedures**

Cardiac catheterization with left circumflex drug-eluting stent deployment

**Admitting Diagnosis**

**Diagnosis:**

Non-ST elevation (NSTEMI) myocardial infarction

Shortness of breath

Chest pain

Chest pain, unspecified

**Problems:**
No Chronic Problems

**Discharge Diagnoses**
1. Acute chest pain
2. NSTEMI (non-ST elevated myocardial infarction)

**Hospital Course**

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

## *Discharge Documentation*

Patient was admitted to Medicine Service for evaluation non ST-elevation myocardial infarction. He was initially treated with heparin therapy subsequently taken the catheterization lab by Cardiology consultant. He underwent deployment of a left circumflex drug-eluting stent. Postprocedural course was uneventful. Echocardiogram showed preserved ejection fraction. He was extensively counseled on need for compliance of medication including aspirin and Brilinta.

**Discharge Medications**

Home
allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily
aspirin 81 mg oral delayed release tablet, 81 mg= 1 tab, Oral, Daily, 5 refills
Brilinta (ticagrelor) 90 mg oral tablet, 90 mg= 1 tab, Oral, BID, 5 refills
irbesartan 75 mg oral tablet, 75 mg= 1 tab, Oral, Daily, 5 refills
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
Metoprolol Succinate ER 25 mg oral tablet, extended release, 25 mg= 1 tab, Oral, Daily, 5 refills
simvastatin 20 mg oral tablet, 20 mg= 1 tab, Oral, Daily (at bedtime)

**Consults**
Consult to Cardiology -03/22/20

**Condition on Discharge**
stable

**Discharge Disposition**
home

**Discharge Diet**

2gm na diet

*Electronically Signed on 03/24/2020 11:50*

*Golub, MD, Jason D*

* Coding Summary - Auth (Verified) *

UFAFH H I10

Boca Raton Regional Hospital Page: 1
800 Meadows Road Boca Raton, FL 33486

| Date | Name | Acct # | Financial Class | |
|---|---|---|---|---|
| 03/26/20 | DUNTZ, MATTHEW | 2008200355 | MN - MANAGED CARE | |
| Sex | Birth Date Age | Adm Date | Dsch Date | LOS |
| M | 57 | 03/22/20 09:25 PM | 03/24/20 03:00 PM | 2 |

Attending Physician: GOLUB, JASON D
Discharge Status: 01 *HOME OP

Admitting Diagnosis: R079 Chest pain, unspecified

Coder: KB3
Second Coder: KB3

MDC: 005 DISEASES & DISORDERS OF THE CIRCULATORY SYSTEM
DRG: 247 PERC CARDIOVASC PROC W DRUG-ELUTING STENT W/O MCC

Outlier Status: Inlier

Diagnosis - Description/POA
Principle: I214 Non-ST elevation (NSTEMI) myocardial infarction POA - Y

E039 Hypothyroidism, unspecified POA - Y
E785 Hyperlipidemia, unspecified POA - Y
I10 Essential (primary) hypertension POA - Y
I200 Unstable angina POA - Y
I358 Other nonrheumatic aortic valve disorders POA - Y
Z7902 Long term (current) use of antithrombotics/antiplatelets POA - E
Z79890 Hormone replacement therapy POA - E
Z79899 Other long term (current) drug therapy POA - E
Z85820 Personal history of malignant melanoma of skin POA - E
Z8739 Personal history of other diseases of the musculoskeletal system and connective tissue POA - E

| Procedure - Description | Date | Surgeon Name |
|---|---|---|
| 027034Z Dilation of Coronary Artery, One | 03/23/20 | CARRILLO-JIMENEZ, RODOLFO |
| 4A023N7 Measurement of Cardiac Sampling | 03/23/20 | CARRILLO-JIMENEZ, RODOLFO |
| B2111ZZ Fluoroscopy of Multiple Coronary | 03/23/20 | CARRILLO-JIMENEZ, RODOLFO |
| B2151ZZ Fluoroscopy of Left Heart using | 03/23/20 | CARRILLO-JIMENEZ, RODOLFO |
| B246ZZZ Ultrasonography of Right and Lef | 03/23/20 | MERRILL, BARRY S |

Patient Name: DUNTZ, MATTHEW
Med Rec Number: 001561221
Coded Date: 03/26/20
Printed by: 55411
Date: 3/26/20

IP Diagnosis Summary Worksheet

BRRH

* Coding Summary - Auth (Verified) *

UFAFH H I10

Boca Raton Regional Hospital
800 Meadows Road Boca Raton, FL 33486

Page: 1

| Date | Name | | | Acct # | Financial Class | |
|---|---|---|---|---|---|---|
| 03/26/20 | DUNTZ, MATTHEW | | | 2008200355 | MN - MANAGED CARE | |
| Sex | Birth Date | Age | | Adm Date | Dsch Date | LOS |
| M | | 57 | | 03/22/20 09:25 PM | 03/24/20 03:00 PM | 2 |

Attending Physician: GOLUB, JASON D
Discharge Status: 01 - *HOME OP

Admitting Diagnosis: R079 Chest pain, unspecified

Coder: KB3
Second Coder: KB3

MDC: 005 DISEASES & DISORDERS OF THE CIRCULATORY SYSTEM
DRG: 247 PERC CARDIOVASC PROC W DRUG-ELUTING STENT W/O MCC

Outlier Status: Inlier

Diagnosis - Description/POA
Principle: I214 Non ST elevation (NSTEMI) myocardial infarction POA - Y

E039 Hypothyroidism, unspecified POA - Y
E785 Hyperlipidemia, unspecified POA - Y
I10 Essential (primary) hypertension POA - Y
I200 Unstable angina POA - Y
I358 Other nonrheumatic aortic valve disorders POA - Y
Z7902 Long term (current) use of antithrombotics/antiplatelets POA - E
Z79890 Hormone replacement therapy POA - E
Z79899 Other long term (current) drug therapy POA - E
Z85820 Personal history of malignant melanoma of skin POA - E
Z8739 Personal history of other diseases of the musculoskeletal system and connective tissue POA - E

| Procedure - Description | Date | Surgeon Name |
|---|---|---|
| 027034Z Dilation of Coronary Artery, One | 03/23/20 | CARRILLO-JIMENEZ, RODOLFO |
| 4A023N7 Measurement of Cardiac Sampling | 03/23/20 | CARRILLO-JIMENEZ, RODOLFO |
| B2111ZZ Fluoroscopy of Multiple Coronary | 03/23/20 | CARRILLO-JIMENEZ, RODOLFO |
| B2151ZZ Fluoroscopy of Left Heart using | 03/23/20 | CARRILLO-JIMENEZ, RODOLFO |
| B246ZZZ Ultrasonography of Right and Lef | 03/23/20 | MERRILL, BARRY S |

Patient Name: DUNTZ, MATTHEW
Med Rec Number: 001561221
Coded Date: 03/26/20
Printed by: 55411
Date: 3/26/20

IP Diagnosis Summary Worksheet

Instructions" and I have no further questions.

s - Patient/Family/Caregiver demonstrates understanding of instructions given

**Patient/Representative Signature:** [signature] Date/Time: 3-24-20 2P

**Relationship to Patient:** Self Date/Time: 3-24-20 2P

**Patient Name:**DUNTZ, MATTHEW

**Witness Signature:** [signature] RN Date/Time: 3-24-20 2P

20082-00355 03/22/20
DUNTZ,MATTHEW
001561221 57Y
2405 ROSENTHAL,DAVID S
2008200355

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

## Lab

| | |
|---|---|
| Document Type: | Critical Lab Values |
| Collected/Entered Date/Time: | 3/22/2020 20:20 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Critical Value |
| Sign Information: | Calhoun,RN,Shelly (3/22/2020 20:29 EDT) |

**Critical Value Entered On: 03/22/20 20:30 EDT**
**Performed On: 03/22/20 20:20 EDT by Calhoun, RN, Shelly**

**Critical Value**
Lab/Test Result : Troponin 4.13
Notified by Critical Value PF : Poulard-Dorval, Peneloppe
Department Critical Value PF : lab
Date/Time Critical Value PF : 3/22/2020 20:20 EDT
Physician Notified CV : ROSENTHAL, MD, DAVID S
Date/Time Physician Notified : 3/22/2020 20:20 EDT
LIP Notified Responses CV PF : No new orders received

Calhoun, RN, Shelly - 03/22/20 20:29 EDT

*Electronically Signed on 03/22/2020 20:29*

*Calhoun, RN, Shelly*

## Cardiology

| | |
|---|---|
| DOCUMENT NAME: | EKG 12 Lead |
| Collected/Entered Date/Time: | 3/22/2020 19:25 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | ROSENTHAL,MD,DAVID S (3/22/2020 19:25 EDT) |
| SIGN INFORMATION: | |

**URL**
http://MUSEAPP/musescripts/museweb.dll?RetrieveTestByDateTime?PatientID=001561221&Date=22-03-2020&Time=19%3a25%3a13%3a00&TestType=ECG&Site=1&OutputType=PDF&Ext=PDF HNAM URL

**EKG 12 Lead**
Normal sinus rhythm
Normal ECG
No previous ECGs available for comparison
Also confirmed by Rosenthal, David (2405), editor Pidcock, Magda (42) on 3/22/2020 8:36:43 PM

## Cardiology

Ventricular Rate 85 BPM
Atrial Rate 85 BPM
P-R Interval 172 ms
QRS Duration 80 ms
Q-T Interval 352 ms
QTC Calculation(Bazett) 418 ms
P Axis 69 degrees
R Axis 39 degrees
T Axis 73 degrees
Confirmed by Rosenthal, David (2405) on 3/22/2020 8:18:45 PM
Ordered by PESSAH, ARYEH (1181)

## Cardiology Procedures

***** Clinical Documentation Content on Following Page *****

DUNTZ, MATTHEW

001561221
2008200355

* EKG Rhythym Strips - Auth (Verified) *

20082-00355 03/22/20
DUNTZ,MATTHEW
001561221 57Y
2405 ROSENTHAL,DAVID S

Strip 423B

DUNTZ, MATTHEW

**Vitals:**

HR 77 PVC 0

**3/24/2020 07:01:37 Saved strip re-labeled to Sinus Rhythm PR 0.20 QRS 0.07**




| | TELE | Boca Raton Regional Hospital |
|---|---|---|

Printed on 3/24/2020 07:40:27

Page 1 of 1

BRRH

Lincoln/Duntz 0755

*** EKG Rhythym Strips - Auth (Verified) ***

| Strip | 423B | |
|---|---|---|
| DUNTZ, MATTHEW | | |

**Vitals:**

HR 91 PVC 0

**3/24/2020 01:19:24 Saved strip re-labeled to Sinus Rhythm**




| | TELE | Boca Raton Regional Hospital |
|---|---|---|

Printed on 3/24/2020 01:21:30

* EKG Rhythym Strips - Auth (Verified) *

Strip 423B

| DUNTZ, MATTHEW | | |
|---|---|---|

**Vitals:**

HR 89 PVC 0

**3/23/2020 19:23:55, Saved strip PR 0.19 QRS 0.06**




| | TELE | Boca Raton Regional Hospital |
|---|---|---|

Printed on 3/23/2020 19:26:35 Page 1 of 1

* EKG Rhythym Strips - Auth (Verified) *

| Strip | 423B | |
| --- | --- | --- |
| DUNTZ, MATTHEW | | |

**Vitals:**

HR 82 PVC 0

**3/23/2020 01:49:17 Saved strip re-labeled to Sinus Rhythm PR 0.19 QRS 0.09**




| | TELE | Boca Raton Regional Hospital |
| --- | --- | --- |

Printed on 3/23/2020 01:51:42

*** EKG Rhythym Strips - Auth (Verified) ***

Strip 423B

| DUNTZ, MATTHEW | | |
|---|---|---|

**Vitals:**

HR 86 PVC 0

**3/22/2020 22:26:58 Saved strip re-labeled to ADMIT SR PR 0.19 QRS 0.09**




| | TELE | Boca Raton Regional Hospital |
|---|---|---|

Printed on 3/22/2020 22:51:25

* EKG Rhythym Strips - Auth (Verified) *

Strip 423B

| DUNTZ, MATTHEW | | |
|---|---|---|

**Vitals:**

HR 85 PVC 0

**3/24/2020 13:00:05 Saved strip re-labeled to Sinus Rhythm PR 0.20 QRS 0.07**




| | TELE | Boca Raton Regional Hospital |
|---|---|---|

Patient Name: DUNTZ, MATTHEW
Initial MD: Carrillo, Rodolfo,MD

MRN: 001561221
Date of Birth:

Study #:
Study Date: 03/23/2020

# Procedure Report

BOCA RATON
REGIONAL HOSPITAL

800 Meadows Rd.
Boca Raton, FL 33486

| | | |
|---|---|---|
| Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #: |
| Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020 |

# Entire Case Report

## Patient Information

| | | | | | |
|---|---|---|---|---|---|
| *Patient Name* | MATTHEW DUNTZ | *Date of Birth* | | *Age* | 57 years |
| *MRN* | 001561221 | *Financial #* | 2008200355 | *Gender* | M |
| *AlternateID* | | *Lab Number* | 7 | | |
| *Accession #* | | *Room Number* | | | |
| *Height (In)* | 74.4 | *Height (cm)* | 189.0 | *BSA* | 2.40 |
| *Weight (lbs)* | 248.6 | *Weight (kg)* | 113.0 | | |

### Patient Address/Phone Number

| *Home Address* | *City* | *State* | *Zip Code* | *Home Phone Number* |
|---|---|---|---|---|

## Study Information

*Scheduled Start*

03/23/2020

*Study Start*

Mar 23 2020 11:32AM

*Study Type*

Left Heart Cath

*Facility Department*

Boca Raton Regional Hospital - CL / IR

## Physician and Clinical Staff

| | | | |
|---|---|---|---|
| *Initial MD* | Carrillo, Rodolfo,MD | *Circulator* | Duncan, Jill,RN CATH LAB/IR |
| | | *Recorder* | Nesi, Gisella,CVT |
| | | *Recorder* | Rivera, Wisberto,CVT |
| | | *Scrub* | Lewis, Clyde,Tech |

Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #:
Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020

## Procedures Performed

| *Procedure* | *Location (Site)* | *Vessel Name* |
|---|---|---|
| ACT | 1 | Antecubital Vein |
| Airway Assessment | | |
| Angiogram | LV | Ventricle |
| Angiogram (manual) | Fem Art (right) | Femoral Art |
| Coronary Angiogram | LCA | Left Coronary |
| Coronary Angiogram | RCA | Right Coronary |
| Documentation Signoff | | |
| Final Time Out | | |
| Fire Risk Assessment Score | | |
| PTCA | CIRC Prox | CIRC |
| Staff Change | | |
| Stent | CIRC Prox | CIRC |

## Supply Charges

| *Charge Code Description* | *Charge Code* | *Total* |
|---|---|---|
| | 42518 | 1 |
| | 99999 | 3 |
| BALLOON APEX | 50111 | 1 |
| C GUIDING CATHETER | 00620 | 1 |
| CATH DIAGNOSTIC | 00035 | 2 |

| | | |
|---|---|---|
| Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #: |
| Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020 |

# Equipment

| Time | Manufacturer | Description | Size | Mfg Part Number | Used/Scraped |
|---|---|---|---|---|---|
| 12:25 | BOSTON SCI CORP - SCIMED | APEX CORONARY RX | 2.5mmX15mm | 38959-1525 | Used |
| 12:36 | BOSTON SCI CORP - SCIMED | SYNERGY | 3.00mmx38mm | 39260-3830 | Used |
| 11:33 | BOSTON SCIENTIFIC CORP | IMPULSE PIG 145 | 5FR | H74916391411 | Used |
| 11:33 | JOHNSON & JOHNSON INC - CORDIS | 3DRC | 5F 100cm | 534-576T | Used |
| 11:33 | JOHNSON & JOHNSON INC - CORDIS | JL4 | 5F 100cm | 534-520T | Used |
| 12:18 | JOHNSON & JOHNSON INC - CORDIS | XB3.5 | 6F 100cm | 670-054-00 | Used |
| 11:33 | ST JUDE MED - CV PRODUCTS | GUIDERIGHT STD PTFE 3mm J TIP | .035inx150cm | 404570 | Used |
| 12:18 | TERUMO | GUIDEWIRE RUNTHROUGH NS EXTRA FLOPPY | 014inX180cm | 25-1011 | Used |
| 12:08 | TERUMO | PINNACLE W/ DILATOR | 5F 10cm | RSS502 | Used |
| 11:33 | TERUMO | PINNACLE W/ DILATOR | 6F 10cm | RSS602 | Used |
| 11:34 | VASCULAR SOLUTIONS INC | MICRO-INTRODUCER KIT | 4FR | 7264V | Used |
| 12:34 | VASCULAR SOLUTIONS INC | TURNPIKE | 135cm | 5642 | Used |
| 12:34 | VASCULAR SOLUTIONS INC | TURNPIKE LP | 150CM | 5639 | Used |

## Equipment Model, Serial, Lot Number and Expiration Data

| Description | Size | Model Number | Serial Number | Lot Number | Expiration Date |
|---|---|---|---|---|---|
| APEX CORONARY RX | 2.5mmX15mm | | | 25121231 | 01-28-2023 |
| GUIDERIGHT STD PTFE 3mm J TIP | .035inx150cm | | | 9940199 | 11-30-2022 |
| IMPULSE PIG 145 | 5FR | | | 60174705 | 03-07-2021 |
| SYNERGY | 3.00mmx38mm | | | 24977493 | 12-18-2021 |

# History: Allergies

| Allergy | Reaction |
|---|---|
| NKA | |

# History: Risk Factors

| Hypertension | Dyslipidemia | Family History of Premature CAD | Previous MI | Previous Heart Failure |
|---|---|---|---|---|
| No | Yes | No | No | No |
| *Prior Valve Surgery* | *Prior PCI* | *Prior CABG* | | |
| No | No | No | | |
| *On Dialysis* | *Cerebrovascular Disease* | *Peripheral Artery Disease* | *Chronic Lung Disease* | *Diabetes* |
| No | No | No | No | No |

| | | |
|---|---|---|
| Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #: |
| Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020 |

# History: Other

*Current Smoker*

No

# Labs

| *Hgb (12.0-16.0)* | *Hct (37.0-47.0)* | *RBC (4.70-6.10)* | *WBC (4.0-10.0)* | *Plat (150-400)* |
|---|---|---|---|---|
| *GM/DL* | *%* | *M/UL* | *K/UL* | *K/UL* |
| **13.8** | **40.2** | **4.36** | **7.5** | **175** |

| *Glu (70-99)* | *BUN (7-18)* | *Creat (0.6-1.3)* | *BUN:Creat (10.00-20.00)* |
|---|---|---|---|
| *MG/DL* | *MG/DL* | *MG/DL* | *1:x* |
| **98** | **10** | **1.0** | **10** |

| *Na (138-148)* | *K (3.6-5.2)* | *Cl (100-108)* | *CO2 (21-32)* | *Ca (8.5-10.1)* |
|---|---|---|---|---|
| *MMOL/L* | *MMOL/L* | *MMOL/L* | *MMOL/L* | *MG/DL* |
| **140** | **3.7** | **108** | **28** | **8.6** |

| *PT (11.5-14.4)* | *PTT (22.0-34.8)* | *INR (0.9-1.2)* | *Troponin I (<0.050)* |
|---|---|---|---|
| *SEC* | *SEC* | *<none>* | *NG/ML* |
| **13.7** | **61.6** | **1.1** | **5.820** |

| *CPK (0-177)* | *CPK-MB (0-4)* |
|---|---|
| *IU/L* | *NG/ML* |
| **465** | **29** |

| *HDL (40-60)* | *LDL (<129)* | *HDL:LDL (1.00-6.00)* |
|---|---|---|
| *MG/DL* | *MG/DL* | *1:x* |
| **42** | **58** | **1.4** |

# Medication

## Medication Total Dose (Bolus/Oral)

| *Medication* | *Total Dosage/Unit* |
|---|---|
| 1% LIDOCAINE | 20 mL |
| ANGIOMAX (Bolus) | 0.75 mg/kg |
| BRILINTA | 180 mg |
| CANGRELOR BOLUS | 30 mcg/kg |
| CANGRELOR DRIP | 4 mcg/kg/min |
| CANGRELOR DRIP | 4 mcg/kg/min |
| CARDENE IC | 600 mcg |
| NEO-SYNEPHRINE | 100 mcg |
| NITROGLYCERIN (IC) | 100 mcg |
| Optiray 320mg/ml | 350 mL |
| VERSED | 1 mg |

| | | |
|---|---|---|
| Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #: |
| Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020 |

## Medications (Bolus/Oral)

| *Medication* | *Time Given* | *Dosage/Unit* | *Administered By* | *Reason* |
|---|---|---|---|---|
| Optiray 320mg/ml | 3/23/2020 12:00:22 PM | 150 mL | Carrillo, Rodolfo | |
| 150 mL Optiray 320mg/ml given in lab by Carrillo, Rodolfo, MD via Intra-coronary. | | | | |
| VERSED | 3/23/2020 12:11:18 PM | 1 mg | Duncan, Jill | As per physicians verbal order |
| 1 mg VERSED given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. | | | | |
| 1% LIDOCAINE | 3/23/2020 12:12:37 PM | 20 mL | Carrillo, Rodolfo | |
| 20 mL 1% LIDOCAINE given in lab by Carrillo, Rodolfo, MD in the right groin via Subcutaneous. | | | | |
| Optiray 320mg/ml | 3/23/2020 12:20:08 PM | 50 mL | Carrillo, Rodolfo | |
| 50 mL Optiray 320mg/ml given in lab by Carrillo, Rodolfo, MD via Intra-coronary. | | | | |
| ANGIOMAX (Bolus) | 3/23/2020 12:21:02 PM | 0.75 mg/kg | Duncan, Jill | As per physicians verbal order |
| 0.75 mg/kg ANGIOMAX (Bolus) given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Amount given = 84.75 mg. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. | | | | |
| CANGRELOR BOLUS | 3/23/2020 12:27:54 PM | 30 mcg/kg | Duncan, Jill | As per physicians verbal order |
| 30 mcg/kg CANGRELOR BOLUS given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Amount given = 3390 mcg. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. | | | | |
| CANGRELOR DRIP | 3/23/2020 12:28:06 PM | 4 mcg/kg/min | Duncan, Jill | As per physicians verbal order |
| 4 mcg/kg/min CANGRELOR DRIP given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 27.12 ml/hr using D5W with a concentration of 50 mg in 50 mL Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. | | | | |
| NITROGLYCERIN (IC) | 3/23/2020 12:30:58 PM | 100 mcg | Carrillo, Rodolfo | |
| 100 mcg NITROGLYCERIN (IC) given in lab by Carrillo, Rodolfo, MD via Intra-coronary. | | | | |
| CARDENE IC | 3/23/2020 12:33:38 PM | 200 mcg | Carrillo, Rodolfo | |
| 200 mcg CARDENE IC given in lab by Carrillo, Rodolfo, MD via Intra-coronary. | | | | |
| Optiray 320mg/ml | 3/23/2020 12:37:09 PM | 150 mL | Carrillo, Rodolfo | |
| 150 mL Optiray 320mg/ml given in lab by Carrillo, Rodolfo, MD via Intra-coronary | | | | |
| NEO-SYNEPHRINE | 3/23/2020 12:38:14 PM | 100 mcg | Duncan, Jill | As per physicians verbal order |
| 100 mcg NEO-SYNEPHRINE given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. | | | | |
| CARDENE IC | 3/23/2020 12:38:46 PM | 200 mcg | Carrillo, Rodolfo | |
| 200 mcg CARDENE IC given in lab by Carrillo, Rodolfo, MD via Intra-coronary. | | | | |
| CARDENE IC | 3/23/2020 12:40:01 PM | 200 mcg | Carrillo, Rodolfo | |
| 200 mcg CARDENE IC given in lab by Carrillo, Rodolfo, MD via Intra-coronary. | | | | |
| CANGRELOR DRIP | 3/23/2020 12:43:32 PM | 4 mcg/kg/min | Duncan, Jill | As per physicians verbal order |
| 4 mcg/kg/min CANGRELOR DRIP given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 135.6 ml/hr using D5W with a concentration of 50 mg in 250 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. Discontinued at 3/23/2020 12:43. | | | | |
| BRILINTA | 3/23/2020 12:48:40 PM | 180 mg | Duncan, Jill | As per physicians verbal order |
| 180 mg BRILINTA given in lab by Duncan, Jill, RN CATH LAB/IR via Oral. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. | | | | |

Patient Name: DUNTZ, MATTHEW MRN: 001561221 Study #:
Initial MD: Carrillo, Rodolfo,MD Date of Birth: Study Date: 03/23/2020

## Medication (Drip)

| *Medication* | *Time Given* | *Dosage/Unit* | *Concentration/Unit* | *Diluent (ml)* | *Solution* |
|---|---|---|---|---|---|
| ANGIOMAX (Drip) | 3/23/2020 12:21:18 PM | 1.75 mg/kg/hr | 250 mg | 50 | NaCl 0.9% |

1.75 mg/kg/hr ANGIOMAX (Drip) given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 39.55 ml/hr using NaCl 0.9% with a concentration of 250 mg in 50 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order.

| | | | | | |
|---|---|---|---|---|---|
| ANGIOMAX (Drip) | 3/23/2020 12:41:02 PM | 1.75 mg/kg/hr | 250 mg | 50 | NaCl 0.9% |

1.75 mg/kg/hr ANGIOMAX (Drip) given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 39.55 ml/hr using NaCl 0.9% with a concentration of 250 mg in 50 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. Discontinued at 3/23/2020 12:41.

# Holding Assessment

## Cardiovascular

| *HR* | *Rhythm* | *NIBP* | *Chest Pain* |
|---|---|---|---|
| 80 | sinus | 114/78 | 0 |
| *Edema Present* | *Skin color* | *Skin* | |
| None | Pale | Warm Dry | |

## Circulatory - Right Pulses

| *Dorsalis Pedis* | *Posterior Tibial* |
|---|---|
| d | 2 |

Scale (0,1,2,3,4,d)

## Circulatory - Left Pulses

| *Dorsalis Pedis* | *Posterior Tibial* |
|---|---|
| d | 2 |

Scale (0,1,2,3,4,d)

## Neurological State

| | | |
|---|---|---|
| Alert | Oriented to time-place-person | Moves all extremities |

## Respiration - General

| *Respiration Rate (B/min)* | *SpO2 (%)* |
|---|---|
| 18 | 98 |

Patient Name: DUNTZ, MATTHEW
MRN: 001561221
Study #:
Initial MD: Carrillo, Rodolfo,MD
Date of Birth:
Study Date: 03/23/2020

# Final Case Assessment

## Cardiovascular

| *HR* | *Rhythm* | *NIBP* | *Chest Pain* |
|---|---|---|---|
| 80 | sinus | 105/67 | 0 |
| *Edema Present* | *Skin color* | *Skin* | |
| None | Pale | Warm Dry | |

## Circulatory - Right Pulses

| *Dorsalis Pedis* | *Posterior Tibial* |
|---|---|
| d | 2 |

Scale (0,1,2,3,4,d)

## Circulatory - Left Pulses

| *Dorsalis Pedis* | *Posterior Tibial* |
|---|---|
| d | 2 |

Scale (0,1,2,3,4,d)

## Neurological State

| | | |
|---|---|---|
| Alert | Oriented to time-place-person | Moves all extremities |

## Respiration - General

| *Respiration Rate (B/min)* | *SpO2 (%)* |
|---|---|
| 18 | 98 |

# Vitals Summary

| *Time* | *HR* | *NIBP* | *SpO2* | *Resp* | *Temp* | *EtCO2* | *Apnea* | *Aldrete* | *Pain Level* | *Ramsey* | *Comment* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:02:08 | 75 | 99/64 | 96.0 | 15 | | | | 10 | 0 | | |
| 12:07:05 | 78 | 101/63 | 98.0 | 14 | | | | 10 | 0 | | |
| 12:12:06 | 73 | 106/65 | 97.0 | 14 | | | | 9 | 0 | | |
| 12:17:05 | 83 | 102/64 | 97.0 | 14 | | | | 9 | 0 | | |
| 12:22:06 | 84 | 101/62 | 98.0 | 14 | | | | 9 | 0 | | |
| 12:27:07 | 80 | 99/63 | 97.0 | 14 | | | | 9 | 0 | | |
| 12:32:08 | 72 | 97/54 | 98.0 | 14 | | | | 9 | 0 | | |
| 12:37:07 | 68 | 100/55 | 98.0 | 14 | | | | 9 | 0 | | |
| 12:42:09 | 68 | 102/59 | 97.0 | 14 | | | | 9 | 0 | | |
| 12:47:08 | 72 | 105/67 | 99.0 | 14 | | | | 9 | 0 | | |
| 12:52:15 | | | | | | | | | | | |
| 12:57:12 | | | | | | | | | | | |

Patient Name: DUNTZ, MATTHEW
Initial MD: Carrilo, Rodolfo,MD

MRN: 001561221
Date of Birth:

Study #:
Study Date: 03/23/2020

## Aldrete Score Summary

| *Time* | *Activity* | *Resp* | *Circ* | *LOC* | *Color* | *Total Score* |
|---|---|---|---|---|---|---|
| 12:02:08 | 2 | 2 | 2 | 2 | 2 | 10 |
| 12:07:05 | 2 | 2 | 2 | 2 | 2 | 10 |
| 12:12:06 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:17:05 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:22:06 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:27:07 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:32:08 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:37:07 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:42:09 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:47:08 | 2 | 2 | 2 | 1 | 2 | 9 |

## Aldrete Score Definition Table

| | | |
|---|---|---|
| *Activity - 0* | *Activity - 1* | *Activity - 2* |
| No Movement to Command | Weak Hand Grasp | Lift Head, Good Hand Grasp |
| *Respiration - 0* | *Respiration - 1* | *Respiration - 2* |
| Apneic or Obstructed | Shallow Breath, Airway Adjunct | Deep Breath, Cough Freely |
| *Circulation - 0* | *Circulation - 1* | *Circulation - 2* |
| B/P > 50% Admission B/P | B/P > 20-50% Admission B/P | B/P Stable X3 |
| *Level of Consciousness - 0* | *Level of Consciousness - 1* | *Level of Consciousness - 2* |
| Not Responding | Arousable On Calling | Awake and Aware |
| *Color - 0* | *Color- 1* | *Color - 2* |
| Cyanotic Lips, Nailbed, Skin | Pale, Dusky | Pink Or Normal |

## Chronological Log

| *Time* | *Study Chronological Log* |
|---|---|
| 10:44:06 | Patient arrived to holding area. |
| 10:44:08 | Patient identification verified via ID Band and verbal identification. |
| 10:44:09 | Patient status: Inpatient. |
| 10:44:15 | Patient identification verified via ID Band and verbal identification. |
| 10:44:16 | Advance Directive:No |
| 10:44:26 | Assessment: Holding, HR=80 BPM, Rhythm=sinus, NIBP=114/78 mmhg, Chest Pain=0, Edema=None, Color=Pale, Skin = Warm, Dry<br>Right Pulses: Dor Ped=d, Post Tib=2<br>Left Pulses: Dor Ped=d, Post Tib=2<br>Neurological: State=Alert, Ox3, MAE<br>Respiration: Resp=18 B/min, SpO2=98 % |
| 10:45:29 | Pre-op instructions given; patient acknowledges understanding of impending procedure. |
| 10:45:35 | Bed rails up, bed locked and call light available. |
| 10:45:39 | Pain Scale Used to assess pain pre, intra and post procedure is 0-10 Scale. |

| | | |
|---|---|---|
| Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #: |
| Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020 |

| | |
|---|---|
| 10:45:45 | Cath/EP site prepped in holding area. |
| 10:46:01 | Care plan initiated:Anxiety related to pain and discomfort. |
| 10:46:08 | As part of the care plan continuum, the nurse has assessed knowledge deficit. |
| 10:46:11 | In evaluating the care plan, it was observed that the patient has demonstrated understanding. |
| 10:46:40 | History and physical on chart |
| 10:46:43 | Consent signed by patient/designee, witness and Physician and verified. |
| 10:46:45 | MD notified of diagnostic labs and images. |
| 10:46:47 | Blood Products, implants, devices, and/or special equipment available Yes |
| 10:47:21 | Correct site marked by N/A by Duncan, Jill, RN CATH LAB/IR. |
| 10:47:26 | Pre-operative patient education completed. |
| 10:47:32 | NPO Status Confirmed |
| 10:47:36 | Betablocker taken: Yes. Verified taken: Date: 3/ 23/2020 at 900. |
| 10:48:39 | Patient's contact person in waiting room: Yes. wife kimberly 843/816/2667 |
| 11:32:06 | Patient arrived in Lab - CL-3 |
| 11:56:31 | Vitals capture started with the following parameters, Patient=Adult, Interval=5 min, Initial Pressure=140 mmHg, Deflation Rate=6 mmHg, Cuff placed on Left Arm |
| 11:56:35 | Is the surgical or incision site above the Xiphoid: No (0 pt) , Oxygen administered by face mask or nasal cannula: Yes (1pt) . |
| 11:56:40 | Procedural skin preparation completed per policy. |
| 12:00:16 | Bilateral groins prepped and draped in sterile fashion. |
| 12:00:18 | Carrillo, Rodolfo, MD has completed a reassessment immediately before sedation administration and the ASA class physical status of the patient is unchanged; the patient remains a candidate for the planned procedure and choice of sedation/analgesia. |
| 12:00:22 | 150 mL Optiray 320mg/ml given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |
| 12:02:08 | HR=75 bpm, NIBP=99/64 mmhg, SpO2=96.0 %, Resp=15 B/min, Pain=0, Aldrete=10 |
| 12:06:55 | Rivera, Wisberto, CVT relieved the Recorder. |
| 12:07:05 | HR=78 bpm, NIBP=101/63 mmhg, SpO2=98.0 %, Resp=14 B/min, Pain=0, Aldrete=10 |
| 12:10:06 | Pressure channel 1 zeroed. |
| 12:10:41 | The final verification was initiated by Duncan, Jill, RN CATH LAB/IR. All members of the procedure team suspended all other activities and ensured the active confirmation of the correct patient, procedure, site, and if applicable SCIP protocol elements. |
| 12:10:56 | Case Start |
| 12:11:18 | 1 mg VERSED given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:12:06 | HR=73 bpm, NIBP=106/65 mmhg, SpO2=97.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:12:37 | 20 mL 1% LIDOCAINE given in lab by Carrillo, Rodolfo, MD in the right groin via Subcutaneous. |
| 12:14:09 | A PINNACLE W/ DILATOR 5F 10cm sheath was inserted into the Fem Art (right) and advanced . |
| 12:14:25 | The JL4 5F 100cm was inserted over the GUIDERIGHT STD PTFE 3mm J TIP .035inx150cm. |
| 12:15:19 | Recorded Pressure: Ao, HR=77, Condition=Condition 1 (Aorta) Ao 89/60/74 |
| 12:15:42 | LCA angiogram manually injected using JL4 5F 100cm. |

| | | |
|---|---|---|
| Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #: |
| Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020 |

| | |
|---|---|
| 12:17:05 | HR=83 bpm, NIBP=102/64 mmhg, SpO2=97.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:18:01 | The current catheter was exchanged for a 3DRC 5F 100cm over the GUIDERIGHT STD PTFE 3mm J TIP .035inx150cm. |
| 12:18:05 | RCA angiogram manually injected using 3DRC 5F 100cm. |
| 12:18:11 | The current catheter was exchanged for a IMPULSE PIG 145 5FR over the GUIDERIGHT STD PTFE 3mm J TIP .035inx150cm. |
| 12:19:05 | Recorded Pressure: LV, HR=83, Condition=Condition 1<br>(Left Ventricle) LV 97/1/12 |
| 12:19:32 | LV Angiogram performed. 30 ml's of contrast at 12 ml's per second. |
| 12:20:08 | 50 mL Optiray 320mg/ml given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |
| 12:21:02 | 0.75 mg/kg ANGIOMAX (Bolus) given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Amount given = 84.75 mg. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:21:18 | 1.75 mg/kg/hr ANGIOMAX (Drip) given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 39.55 ml/hr using NaCl 0.9% with a concentration of 250 mg in 50 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:22:06 | HR=84 bpm, NIBP=101/62 mmhg, SpO2=98.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:22:49 | Recorded Pressure: LV, Ao, HR=86, Condition=Condition 1<br>(Left Ventricle) LV 87/9/16,<br>(Aorta) Ao 100/65/82 |
| 12:23:30 | Catheter was removed w/o difficulty |
| 12:23:55 | The existing Fem Art (right) sheath was exchanged for a PINNACLE W/ DILATOR 6F 10cm. |
| 12:24:48 | The XB3.5 6F 100cm was inserted. |
| 12:26:17 | The GUIDEWIRE RUNTHROUGH NS EXTRA FLOPPY 014inX180cm was inserted from/to the CIRC Dist. |
| 12:26:49 | The APEX CORONARY RX 2.5mmX15mm was inserted |
| 12:27:07 | HR=80 bpm, NIBP=99/63 mmhg, SpO2=97.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:27:24 | In the CIRC Prox a APEX CORONARY RX 2.5mmX15mm was inflated to 6 atms for 8 seconds. |
| 12:27:54 | 30 mcg/kg CANGRELOR BOLUS given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Amount given = 3390 mcg. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:28:06 | 4 mcg/kg/min CANGRELOR DRIP given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 27.12 ml/hr using D5W with a concentration of 50 mg in 50 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:28:18 | In the CIRC Prox a APEX CORONARY RX 2.5mmX15mm was inflated to 8 atms for 10 seconds. |
| 12:29:07 | In the CIRC Prox a APEX CORONARY RX 2.5mmX15mm was inflated to 12 atms for 10 seconds. |
| 12:29:46 | The APEX CORONARY RX 2.5mmX15mm was removed |
| 12:30:58 | 100 mcg NITROGLYCERIN (IC) given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |
| 12:32:08 | HR=72 bpm, NIBP=97/54 mmhg, SpO2=98.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:33:38 | 200 mcg CARDENE IC given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |
| 12:36:16 | A SYNERGY 3.00mmx38mm stent was inserted and advanced to the CIRC Prox. |
| 12:37:07 | HR=68 bpm, NIBP=100/55 mmhg, SpO2=98.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:37:09 | 150 mL Optiray 320mg/ml given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |
| 12:37:37 | A SYNERGY 3.00mmx38mm was deployed in the CIRC Prox at 18 atms for 10 seconds. |
| 12:37:53 | Stent balloon catheter removed |
| 12:38:14 | 100 mcg NEO-SYNEPHRINE given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:38:46 | 200 mcg CARDENE IC given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |

| | | |
|---|---|---|
| Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #: |
| Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020 |

| | |
|---|---|
| 12:39:49 | The GUIDEWIRE RUNTHROUGH NS EXTRA FLOPPY 014inX180cm was removed from/to the CIRC Dist. |
| 12:40:01 | 200 mcg CARDENE IC given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |
| 12:40:44 | The XB3.5 6F 100cm was removed. |
| 12:41:02 | 1.75 mg/kg/hr ANGIOMAX (Drip) given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 39.55 ml/hr using NaCl 0.9% with a concentration of 250 mg in 50 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. Discontinued at 3/23/2020 12:41. |
| 12:41:10 | Fem Art (right) angiogram manually injected. |
| 12:42:09 | HR=68 bpm, NIBP=102/59 mmhg, SpO2=97.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:43:32 | 4 mcg/kg/min CANGRELOR DRIP given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 135.6 ml/hr using D5W with a concentration of 50 mg in 250 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. Discontinued at 3/23/2020 12:43. |
| 12:45:01 | The Fem Art (right) sheath was sutured in place. |
| 12:45:07 | Procedure Finish Time |
| 12:45:18 | Site Assessment:Groin (right) site dry and intact and no hematoma. Tegaderm applied. |
| 12:45:24 | Post-op instructions given; patient acknowledges understanding. |
| 12:45:26 | Blood loss: No significant blood loss |
| 12:45:29 | AIR KERMA is 1100 |
| 12:46:09 | Handoff communication completed with the opportunity to ask questions and reconcile medications to TELE RN |
| 12:47:08 | HR=72 bpm, NIBP=105/67 mmhg, SpO2=99.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:47:16 | The above documentation was completed by Rivera, Wisberto, CVT. |
| 12:47:21 | Assessment: Final Case, HR=80 BPM, Rhythm=sinus, NIBP=105/67 mmhg, Chest Pain=0, Edema=None, Color=Pale, Skin = Warm, Dry<br>Right Pulses: Dor Ped=d, Post Tib=2<br>Left Pulses: Dor Ped=d, Post Tib=2<br>Neurological: State=Alert, Ox3, MAE<br>Respiration: Resp=18 B/min, SpO2=98 % |
| 12:47:55 | ACT number 1 drawn. Resulting Activated Clotting Time = 412 seconds. (Normal Range = 89-169 sec) |
| 12:48:40 | 180 mg BRILINTA given in lab by Duncan, Jill, RN CATH LAB/IR via Oral. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:52:15 | [ Enter Vitals data ] |
| 12:55:12 | Patient Transfer Time (Pt. leaves proc. rm.) |
| 12:57:12 | [ Enter Vitals data ] |
| 13:01:29 | Vitals capture stopped. |
| 7:55:41 | Patient released from Department |

## Recorded Pressures: Condition 1

| *Time* | *Chamber* | *Pressure* | *Manual Override (*)* |
|---|---|---|---|
| 12:15:19 | Ao | 89/60/74 s/d/m | |
| 12:19:05 | LV | 97/1/12 s/bd/ed | |
| 12:22:49 | LV | 87/9/16 s/bd/ed | |
| 12:22:49 | Ao | 100/65/82 s/d/m | |

| | | |
|---|---|---|
| Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #: |
| Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020 |

## End Study - Contrast Media Used In Study

| *Contrast* | *Total Opened (mL)* | *Total Used (mL)* | *Total Wasted (mL)* |
|---|---|---|---|
| Optiray | 350 | 140 | 210 |

## End Study - Maximum Contrast Load

| *Max Contrast Load (mL)* |
|---|
| 565.0 |

## End Study - Radiation Exposure

| Fluoro Time (minutes) | Fluoro Dose (DAP-mGycm2) |
|---|---|
| 4.1 | 78236 |

## End Study - Patient Fluids

| *IV Intake (mL)* | *Total Output (mL)* |
|---|---|
| 250 | 0 |

## End Study - Patient Disposition

| *Complications* | *Transferred To* |
|---|---|
| No | Telemetry Bed |

# Approval History

| *Approval Date/Time* | *Approver* | *Report Name* | *Comment* |
|---|---|---|---|
| 3/23/2020 1:01:11 PM | Wood, Sarah | Medication Given In CATH or IR | Charge RN signing, primary RN unable to approve at this time. |

* Cath Lab / IR Clinical Documentation - Auth (Verified) *



DUNTZ, MATTHEW MRN: 001561221 Condition 1:Condition 1
Cath Date: 3/23/2020 CASE #: Recorded On 3/23/2020 12:19:05 PM




HR: 83

LV s/d/ed
97/1/12*

200 * Manually altered values. Pressure Filter = 25 Hz




25 mm/sec

This PDF was generated from Merge Hemo Print Study Report screen - recordings may not be displayed to scale.

Page 1 of 1

BRRH

**Lincoln/Duntz 0775**

DUNTZ, MATTHEW | MRN: 001561221 | Condition 1:Condition 1
Cath Date: 3/23/2020 | CASE #: | Recorded On 3/23/2020 12:22:49 PM




LV s/d/ed
87/9/16

Ao s/d/m
100/65/82

* Manually altered values.

Pressure Filter = 25 Hz




This PDF was generated from [illegible] Print Study Report screen recordings may not be displayed to scale.

Page 1 of 1

BRRH

* Electrocardiogram EKG - Auth (Verified) *

DUNTZ, MATTHEW    ID:001561221    22-MAR-2020 19:25:13    Boca Raton Regional Hospital-ER ROUTINE RECORD

(57 yr)
Male Caucasian

Room:E01
Loc:35

| | | |
|---|---|---|
| Vent. rate | 85 | BPM |
| PR interval | 172 | ms |
| QRS duration | 80 | ms |
| QT/QTc | 352/418 | ms |
| P-R-T axes | 69 39 | 73 |

Normal sinus rhythm
Normal ECG
No previous ECGs available for comparison
Confirmed by Rosenthal, David (2405) on 3/22/2020 8:18:45 PM

Technician:
Test ind:

Confirmed By: David Rosenthal

STAT?.




25mm/s 10mm/mV 40Hz 9.0.9 12SL 243 CID: 1

SID: 11163170 EID:2405 EDT: 20:18 22-MAR-2020 ORDER:    ACCOUNT: 2008200355
Page 1 of 1

BRRH

**Lincoln/Duntz 0777**

*** Electrocardiogram EKG - Auth (Verified) ***

DUNTZ, MATTHEW  ID:001561221  22-MAR-2020 19:25:13  Boca Raton Regional Hospital-ER ROUTINE RECORD

| | | | | |
|---|---|---|---|---|
| (57 yr) | Vent. rate | 65 | BPM | Normal sinus rhythm |
| Male Caucasian | PR interval | 172 | ms | Normal ECG |
| | QRS duration | 80 | ms | No previous ECGs available for comparison |
| Room:E01 | QT/QTc | 352/418 | ms | Confirmed by Rosenthal, David (2405) on 3/22/2020 8:18:45 PM |
| Loc:35 | P-R-T axes | 69 39 | 73 | Also confirmed by Rosenthal, David (2405), editor Pidcock, Magda (42) on 3/22/2020 8:36:43 PM |

Technician:
Test Ind:Chest Pain

Confirmed By: David Rosenthal

STAT?




25mm/s 10mm/mV 40Hz 9.0.9 12SL 243 CID: 1

SID: 11163170 EID:42 EDT: 20:36 22-MAR-2020 ORDER: 846579365 ACCOUNT: 2008200355
Page 1 of 1

BRRH

**Lincoln/Duntz 0778**

## *Diagnostic Radiology*

| | |
|---|---|
| Document Type: | XR Chest Portable 1 View |
| Collected/Entered Date/Time: | 3/22/2020 19:39 EDT |
| Result Status: | Modified |
| Document Subject: | HXR CHEST PORTABLE 1 VIEW |
| Sign Information: | |

**Report**
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2008200355 DOB:07/06/1962 CI#:0005500001
COLLECTED DT/TM:03/22/2020 19:39
SINGLE VIEW CHEST

INDICATION- .Chest pain - generalized

COMPARISON- None.

TECHNIQUE- Single view.

FINDINGS-

The cardiomediastinal silhouette is within normal limits. The lung volumes are normal. No focal area of consolidation. No overt lung edema or appreciable effusions. No appreciable pneumothorax. No acute osseous abnormality.

IMPRESSION-
1. No radiographic evidence of acute lung pathology.

-Authenticated and electronically signed by- Ricardo A Palmquist PRA, MD
Electronically signed- 3/22/2020 7-57 PM

Read By- RICARDO A PALMQUIST M.D.
Released Date Time- 03/22/20 1959

**URL**
https://dx.pacs.brch.com/EMR/EventInterface.asp?fun=ShowStudy&forLoginName=web&forAccession=5500001&forPatientPublicID=001561221 HNAM URL

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

## *Echo*

| | |
|---|---|
| Document Type: | Echo Transthoracic TTE Complete |
| Collected/Entered Date/Time: | 3/23/2020 10:01 EDT |
| Result Status: | Modified |
| Document Subject: | CE COMPLETE ECHO W COLOR +DOPPLER |
| Sign Information: | |

**URL**
https://dx.pacs.brch.com/EMR/EventInterface.asp?fun=ShowStudy&forLoginName=web&forAccession=5500014&forPatientPublicID=001561221 HNAM URL

**Report**
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2008200355 DOB:07/06/1962 CI#:0005500014
COLLECTED DT/TM:03/23/2020 09:37
Transthoracic Echocardiography Report (TTE)

Demographics

| | | | |
|---|---|---|---|
| Patient name | DUNTZ MATTHEW | Age | 57 |
| Patient # | 001561221 | Gender | Male |
| Account # | 2008200355 | Race | Unknown |
| Date of Birth | 07/06/1962 | Height | 74 Inches |
| Accession # | 5500014 | Weight | 240 Pounds |
| Study Date | 03/23/2020 | BSA | 2.3 m |
| Interpreting Physician | Merrill, Barry S MD | BMI | 30.8 kg/m |
| Referring Physician | | Ethnicity | |
| Sonographer | Hall, Sherika RCS | | |

Type of Study

TTE procedure-CE COMPLETE ECHOCARDIOGRAM.

Indications-Acute coronary syndrome.

M-Mode Measurements (cm)

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | **DUNTZ, MATTHEW** | | |
| Date of Birth: | Age: **59 years** | Gender: | **Male** |
| MRN: | **001561221** | Admit Date: | **3/22/2020** |
| FIN: | **2008200355** | Discharge Date: | **3/24/2020** |
| Admitting MD: | **GOLUB,MD,JASON D** | | |

## *Echo*

LVEDd- 4.94 cm LVESd- 3.92 cm
IVSEd- 1.37 cm LA- 3.58 cm
LVPWd- 1.19 cm LVOT- 2.23 cm
AO Root Dimension- 3.28 cm RVDd4.78 cm
FS- 20.65 % EF Estimated- 55%

Doppler Measurements-

AV Velocity- 107.87 cm/s AV Peak Gradient- 4.65 mmHg
AV Area (Continuity)-2.97 cm
MV Peak Gradient- 1.69 mmHg
MV Peak E-Wave- 65.05 cm/s MV Mean Gradient- 1.35 mmHg
MV Peak A-Wave- 64.51 cm/s
TR Velocity-161.37 cm/s MV P1/2t- 63.33 msec
Estimated RAP-10 mmHg MV E/A Ratio- 1.01 %
LVOT Peak Velocity- 81.89 cm/s MVA by PHT3.47

LA Diam- 4.05 cm TR Gradient-10.41611 mmHgRVSP-20.42 mmHg

Findings

Left Ventricle -
Normal LV cavity size.
Mild, concentric left ventricular hypertrophy is present.
Left ventricular wall motion is normal.
Diastolic function appears normal.
EF = \R\50 - 55%.
Right Ventricle -
The right ventricle is mildly dilated. Systolic function is preserved.
RVSP =\R\ 20.00 mmHg.
Left Atrium -
The left atrium is normal in size.
Right Atrium -
The right atrium is normal in size.

Aortic Valve -
The aortic valve is tri-leaflet and opens adequately.
Aortic valve sclerosis is present, without stenosis.
There is no aortic insufficiency.
Mitral Valve -
Mild mitral regurgitation is present.

## *Echo*

Pulmonic Valve -
The pulmonic valve was not well seen.
No significant pulmonic regurgitation seen.

Tricuspid Valve -
The tricuspid valve is not well visualized.
No significant tricuspid regurgitation is seen.

Great vessels -
The aortic root is normal in size.
The IVC is mildly dilated.

Pericardium -
A trace pericardial effusion is present anteriorly.

-

Conclusions

Summary
Normal LV cavity size.
Mild, concentric left ventricular hypertrophy is present.
Left ventricular wall motion is normal.
Diastolic function appears normal.
EF = \R\50 - 55%.
The aortic valve is tri-leaflet and opens adequately.
Aortic valve sclerosis is present, without stenosis.
There is no aortic insufficiency.
Mild mitral regurgitation is present.
The tricuspid valve is not well visualized.
No significant tricuspid regurgitation is seen.
The aortic root is normal in size.
The IVC is mildly dilated.

Signature

--------------------------------------------------------------
Electronically signed by Merrill, Barry S MD(Interpreting physician) on 03/23/2020 10-42 AM
--------------------------------------------------------------

**Boca Raton Regional Hospital**
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **DUNTZ, MATTHEW** | | | | |
| Date of Birth: | | Age: | **59 years** | Gender: | **Male** |
| MRN: | **001561221** | | | Admit Date: | **3/22/2020** |
| FIN: | **2008200355** | | | Discharge Date: | **3/24/2020** |
| Admitting MD: | **GOLUB,MD,JASON D** | | | | |

*Echo*

Read By- BARRY S MERRILL M.D.
Released Date Time- 03/23/20 1042

Boca Raton Regional Hospital

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

## Chemistry

### Routine Chemistry

| Procedure | Collected Date 3/23/2020<br>Collected Time 03:07 EDT | 3/22/2020<br>19:42 EDT | Units | Reference Range |
|---|---|---|---|---|
| Sodium Level | 140 | 139 | mmol/L | [138-148] |
| Potassium Level | 3.7 | 3.7 | mmol/L | [3.6-5.2] |
| Chloride Level | 108 | 108 | mmol/L | [100-108] |
| CO2 | 28 | 27 | mmol/L | [21-32] |
| Glucose Level | 98 | 99 | mg/dL | [70-99] |
| BUN | 10 | 11 | mg/dL | [7-18] |
| Creatinine | 1.0 | 1.0 | mg/dL | [0.6-1.3] |
| GFR,African American | >60 | >60 | mL/min/1.73 m2 | [>59] |
| GFR,Non African American | >60 | >60 | mL/min/1.73 m2 | [>59] |
| Calcium Level | 8.6 | 8.8 | mg/dL | [8.5-10.1] |
| Pro-Brain Natriuretic | - | 693 H | pg/mL | [0-125] |

### Lipids and CV Risk

| Procedure | Collected Date 3/22/2020<br>Collected Time 19:42 EDT | Units | Reference Range |
|---|---|---|---|
| Cholesterol. | 124 R1 | mg/dL | [<200] |
| HDL | 42 R2 | mg/dL | [40-60] |
| LDL (Calculated) | 58 R3 | mg/dL | [<129] |
| Triglyceride. | 122 R4 | mg/dL | [<150] |

Result Comments

R1: Cholesterol.
PER NCEP/NHBLI/NIH GUIDELINES
<200 MG/DL DESIRABLE
200-239 MG/DL BORDERLINE HIGH
>239 MG/DL HIGH

R2: HDL
PER NCEP/NHBLI/NIH GUIDELINES
<40 MG/DL LOW
>59 MG/DL HIGH

R3: LDL (Calculated)
PER NCEP/NHBLI/NIH GUIDELINES
<100 MG/DL OPTIMAL
100-129 MG/DL NEAR OPTIMAL

## Chemistry

### Lipids and CV Risk

Result Comments
R3: LDL (Calculated)
130-159 MG/DL BORDERLINE HIGH
160-189 MG/DL HIGH
>189 MG/DL VERY HIGH
R4: Triglyceride.
PER NCEP/NHBLI/NIH GUIDELINES
<150 MG/DL NORMAL
150-199 MG/DL BORDERLINE HIGH
200-499 MG/DL HIGH
>499 MG/DL VERY HIGH

### Cardiac Markers

| Collected Date | 3/23/2020 | 3/23/2020 | 3/22/2020 | | |
|---|---|---|---|---|---|
| Collected Time | 03:07 EDT | 00:14 EDT | 19:42 EDT | | |
| Procedure | | | | Units | Reference Range |
| Creatinine Kinase | - | - | 465 H | IntlUnit/L | [0-177] |
| CKMB Fraction | - | - | 29 H | ng/mL | [0-4] |
| Troponin I | 5.820 ! R5 | 4.950 ! R5 | 4.130 ! R6 | ng/mL | [<0.050] |

Result Comments
R5: Troponin I
REFERENCE:
NEGATIVE <0.050 NG/ML
INDETERMINATE 0.051-0.500 NG/ML
SUGGESTIVE OF MYOCARDIAL INJURY >0.500 NG/ML RESULTS CONSISTENT WITH PREVIOUS CRITICAL VALUE CALLED
R6: Troponin I
REFERENCE:
NEGATIVE <0.050 NG/ML
INDETERMINATE 0.051-0.500 NG/ML
SUGGESTIVE OF MYOCARDIAL INJURY >0.500 NG/ML CALLED BY 50769 AT 0820PM TO 30902. RB

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

## *Coagulation*

| Collected Date | 3/23/2020 | 3/23/2020 | 3/23/2020 | 3/22/2020 | | |
|---|---|---|---|---|---|---|
| Collected Time | 15:00 EDT | 12:38 EDT | 03:07 EDT | 19:42 EDT | | |
| Procedure | | | | | Units | Reference Range |
| PT | - | - | - | 13.7 | seconds | [11.5-14.4] |
| INR | - | - | - | 1.1 R7 | | [0.9-1.2] |
| PTT | - | - | 61.6 I | 26.1 | seconds | [22.0-34.8] |
| ISTAT ACT Kaolin | 142 H | 412 H | - | - | seconds | [74-137] |

Result Comments
R7: INR
BASED ON MEDICAL LITERATURE DATA AN INR OF 2.0 - 3.0 MAY BE CONSIDERED FOR PROPHYLAXIS/TREATMENT OF VENOUS THROMBOSIS AND PULMONARY EMBOLISM, AND PREVENTION OF SYSTEMIC EMBOLISM. AN INR OF 2.5 - 3.5 MAY BE CONSIDERED FOR MECHANICAL PROSTHETIC VALVES.

## *Hematology*

### *CBC and Differential*

| Collected Date | 3/23/2020 | | |
|---|---|---|---|
| Collected Time | 03:07 EDT | | |
| Procedure | | Units | Reference Range |
| White Cell Count | 7.5 | K/mcL | [4.0-10.0] |
| Red Cell Count | 4.36 L | x10^6/mcL | [4.70-6.10] |
| Hemoglobin | 13.8 | g/dL | [12.0-16.0] |
| Hematocrit | 40.2 | % | [37.0-47.0] |
| Platelet Count | 175 | K/mcL | [150-400] |
| MCV | 92.2 | fL | [80.0-94.0] |
| MCH | 31.7 H | pg | [27.0-31.0] |
| MCHC | 34.3 | g/dL | [33.0-37.0] |
| RDW | 12.5 | % | [11.5-14.5] |
| Nucleated RBCs | 0 | /100(WBCs) | [0] |
| Absolute Nucleated RBC Count | 0.00 | x10^3/mcL | [0.00-.01] |

| Collected Date | 3/22/2020 | | |
|---|---|---|---|
| Collected Time | 19:42 EDT | | |
| Procedure | | Units | Reference Range |
| White Cell Count | 7.4 | K/mcL | [4.0-10.0] |
| Red Cell Count | 4.65 L | x10^6/mcL | [4.70-6.10] |
| Hemoglobin | 14.7 | g/dL | [12.0-16.0] |

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **DUNTZ, MATTHEW** | | | | |
| Date of Birth: | | Age: | **59 years** | Gender: | **Male** |
| MRN: | **001561221** | | | Admit Date: | **3/22/2020** |
| FIN: | **2008200355** | | | Discharge Date: | **3/24/2020** |
| Admitting MD: | **GOLUB,MD,JASON D** | | | | |

## *Hematology*

### *CBC and Differential*

| Procedure | Collected Date 3/22/2020 Collected Time 19:42 EDT | Units | Reference Range |
|---|---|---|---|
| Hematocrit | 42.4 | % | [37.0-47.0] |
| Platelet Count | 183 | K/mcL | [150-400] |
| MCV | 91.2 | fL | [80.0-94.0] |
| MCH | 31.6 H | pg | [27.0-31.0] |
| MCHC | 34.7 | g/dL | [33.0-37.0] |
| RDW | 12.4 | % | [11.5-14.5] |
| Nucleated RBCs | 0 | /100(WBCs) | [0] |
| Absolute Nucleated RBC Count | 0.00 | x10^3/mcL | [0.00-.01] |
| Granulocytes | 55 | % | [42-75] |
| Immature Granulocytes | 0 | % | [0-4] |
| Lymphocytes | 35 | % | [21-51] |
| Monocytes | 9 H | % | [2-8] |
| Eosinophil | 0 | % | [0-5] |
| Basophil | 1 | % | [0-2] |
| Absolute Neutrophil Count | 4.1 | x10^3/mcL | [1.7-7.5] |
| Absolute Immature Granulocyte Count | 0.0 | x10^3/mcL | [0.00-0.03] |
| Absolute Lymphocyte Count | 2.6 | x10^3/mcL | [1.2-4.9] |
| Absolute Monocyte Count | 0.63 | x10^3/mcL | [0.20-1.00] |
| Absolute Eosinophyl Count | 0.02 L | x10^3/mcL | [0.05-0.80] |
| Absolute Basophil Count | 0.1 | x10^3/mcL | [0.00-0.30] |
| Differential Type | AUTOMATED DIFF PERFORMED | | |

Reviewed with patient 1/22/20



DIAGNOSTIC CENTERS OF AMERICA

Phone: 561.496.6935 • Fax: 561.496.6936

Boca: 8142 Glades Road, Boca Raton, FL 33434
2020 Delray: 15340 Jog Road #160, Delray Beach, FL 33446
East Boynton: 1425 Gateway Blvd #100, Boynton Beach, FL 33426
West Boynton: 6080 Boynton Beach Blvd. #140, Boynton Beach, FL 33437
Wellington: 2565 S. State Road 7, Wellington, FL 33414
West Palm Beach: 1572 Palm Beach Lakes Blvd. #2, West Palm Beach, FL 33401

Radiologists:
Boca Radiology Group

| | | | | | |
|---|---|---|---|---|---|
| PATIENT NAME: | MATTHEW DUNTZ | DOB: | | PHONE: | |
| REFERRING PHYSICIAN: | FIELDS, CONSTANCE MD | FAX: | (561)483-1756 | PHONE: | (561)483-8335 |
| CC DOCTORS: | | | | | |
| DATE OF EXAM: | 01/21/2020 | PT #: | 1273256 | ACC #: | 3458961 |
| FACILITY: | BOCA | | | | |

CT Scan of the Brain without contrast:

History: Dizziness

Technique: 5 mm sections were obtained. Contrast was not given. Automated exposure control and adjustment of the mA and / or kV according to the patients size were utilized to obtain reduction.

Comparison: No prior

Findings:
There is no evidence of acute hemorrhage or mass effect. Ventricular size and brain volume are within normal limits for age. No focal areas of altered attenuation within the brain demonstrated. No findings suspicious for recent infarct. Other than a small retention cyst in the left maxillary sinus, paranasal sinuses are clear. No osseous erosion.

Impression:
1. No evidence of acute intracranial lesion.

Signed by: Joel Berman, M.D.
Signed on: 1/21/2020 6:39 PM ET

01/21/2020 6:47PM (GMT-05:00)

Lincoln/Duntz 0788

# Exhibit D

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

---

**MATTHEW J. DUNTZ** **Visit date:** 11/22/2021
DOB:

## Assessment

1. Abnormal findings on diagnostic imaging of heart and coronary circulation

## Procedure

INDICATION: CAD, angina

DEMOGRAPHICS
Patient Name: MATTHEW DUNTZ
Gender: M
DOB: Jul 6 1962 Age:59 year
MRN: 1018471
Date of Exam: Nov 22, 2021
Height: 6'2" Weight: 233 lbs

ORDERING PHYSICIAN: Constance Fields, MD

SUPERVISING PHYSICIAN: Constance Fields, MD

DATE OF EXAM: (Stress): 11/22/21
DATE OF EXAM: (Rest): 11/23/21

PROCEDURE: MYOCARDIAL PERFUSION IMAGING SPECT
Two-day Stress/Rest
Stress Protocol: Exercise Accelerated Bruce

NON-IMAGING DATE (STRESS TEST RESPONSE)
Rest Heart Rate: 80
Stress Heart Rate: 139
Rest Blood Pressure: 112/70
Stress Blood Pressure: 200/80
Rest ECG Findings: NSR, PRWP
Stress ECG Findings: ST, no ST segment depression - 2 minutes after exercise - develops biphasic T waves aVF and V6
Stress Symptoms: shortness of breath fatigue
Stress Duration: 6 min 5 sec
Percentage of maximum predict HR:86
#METS: 10.1
Reason for termination of stress: fatigue shortness of breath
achievement of target heart rate
Stress Test Findings: Abnormal with the development of biphasic T waves in aVF and V6 about 2 minutes after exercise lasting about 3 minutes associated with chest pain
RADIOACTIVE AND NON-RADIOACTIVE MATERIAL ADMINISTERED
Stress Isotope: Cardiolite (Tc99m MIBI)
Stress Isotope Dose (mCi): 28.3
Stress Isotope Route: IV

Timing of radiopharmaceuticals: 1 min prior to stopping exercise

Resting Isotope: Cardiolite (Tc99m MIBI)
Resting Isotope Dose: 30
Resting Isotope Route: IV

IMAGE DESCRIPTION: ADDITIONAL OBSERVATIONS
Image Quality: Excellent

LV FUNCTION AND WALL MOTION ANALYSIS:
Ejection Fraction: 62%
Overall LV Function: Normal
Regional Wall Motion Abnormalities: TID
Comparison to previous imaging: No previous study available for comparison

IMAGE DESCRIPTION: DEFECTS
Size extent: small
Severity intensity: mild
Location: Upper Septal , Inferior , Anterior
Type: Ischemic

IMPRESSION:
Perfusion Findings: Mild Upper Septal Ischemia. Mild Inferior Wall Ischemia. Mild Anterior Wall Ischemia. TID

Interpreting Physician: Jay Baker, MD
Electronically signed by : Jay Baker, M.D.; Nov 24 2021 7:48AM EST (Author)

* Electrocardiogram EKG - Auth (Verified) *






Lincoln/Duntz 0792




**Lincoln/Duntz 0793**




Lincoln/Duntz 0794


Label Box ED Gate Spin
Surface Inner
Interval 1
Scale 1.0
Rate 13
BASE
ANT
SEPT
APEX
INF
ANT LAT INF SEPT APEX BASE LAO RAO ECHO
Name DUNTZ,MATTHEW
Pat ID 1018471
Sex MALE
Limits A:SepdualMale
TID 1.54
LHR 0.15
SMS 1 STS 0
Proc ID STRESS
View ID PROC GS-STR
Date 11/22/2021 11:46:13
Matrix 64x64
Slices 25
Intervals 8
Mm/Vox 6.40
Volume 85ml [1]
EDV 85ml [1]
ESV 32ml [4]
SV 52ml
EF 62%
Auto Zero Accept Reject

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

---

**MATTHEW J. DUNTZ** **Visit date:** 08/03/2021
DOB

## History of Present Illness

Matthew Duntz is followed by a PA at a walk-in clinic by the name of Shivanand Persad in Boca Raton, Florida at 750-7300, fax-750-8918. He is an active 59-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology. His labs drawn included a cholesterol of 124, HDL 42 and LDL of 58 his troponin increased to a maximum of 5.8. His CBC and renal function were stable.

For evaluation of his previous complaints of diaphoresis which spontaneously resolved, he underwent CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. His MRIs performed in 2011 and 2012 were similar to his recent CT scan only that the splenic lesion seen with the current CT is new.

He underwent a PET CT scan of the abdomen in September, 2020 when a CT scan showed a 1.2 cm splenic lesion. The PET scan was unremarkable suggesting that the lesion was probably benign. He was referred to Dr. Sunil Patel of oncology who is now following him.

Matthew called yesterday asking to be seen as soon as possible because he developed an hour long episode of

moderate to severe 6/10 left-sided chest pressure that then became bilateral associated with shortness of breath, diaphoresis and he felt very fatigued afterward. He was sitting at his desk working at the time and was under emotional stress. He took aspirin right away when it began. The symptoms were dissimilar to the symptoms he had had when he had his myocardial infarction year and a half ago. He feels somewhat fatigued or "washed out "today however he is not having chest pain and at least until now he has not had any shortness of breath, lightheadedness or dizziness, palpitations or leg swelling. 2 weeks ago he had surgery to remove a benign tumor from the left side of his face.

## Allergies

No Known Drug Allergies

## Current Meds

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily;
   Therapy: 30Mar2020 to (Evaluate:13May2022) Requested for: 18May2021; Last Rx:18May2021 Ordered
3. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
4. Ezetimibe 10 MG Oral Tablet; TAKE 1 TABLET BY MOUTH EVERY DAY FOR 30 DAYS;
   Therapy: 25Jun2020 to (Evaluate:30Apr2022) Requested for: 05May2021; Last Rx:05May2021 Ordered
5. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Irbesartan 75 MG Oral Tablet; TAKE 0.5 TABLET Daily;
   Therapy: 26Oct2020 to (Evaluate:13May2022) Requested for: 18May2021; Last Rx:18May2021 Ordered
7. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
8. Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: 30Mar2020 to (Evaluate:30Apr2022) Requested for: 05May2021; Last Rx:05May2021 Ordered
9. Simvastatin 40 MG Oral Tablet; TAKE 1 TABLET BY MOUTH DAILY AS DIRECTED;
   Therapy: 05Apr2021 to (Evaluate:30Apr2022) Requested for: 05May2021; Last Rx:05May2021 Ordered
10. Vitamin D 1000 UNIT TABS;
    Therapy: (Recorded:13Jan2020) to Recorded
11. Vitamin D 50 MCG (2000 UT) Oral Capsule;
    Therapy: (Recorded:13Jan2020) to Recorded

## Active Problems

Abnormal weight loss
Angina pectoris
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperglycemia
Hyperlipidemia
Hypothyroidism
Lesion of spleen
Melanoma
Myalgia
Night sweats
Past myocardial infarction
Vitamin D deficiency

Patient: MATTHEW J. DUNTZ DOB:

## Surgical History

Status post lymph node resection from the left axilla in 2007

## Social History

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

## Family History

His mother is 85 years old and died from renal failure. When she was in her 60s she had a myocardial infarction and she also had a pacemaker.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

## Vitals

Vital Signs
Recorded: 03Aug2021 09:56AM
- Height: 6 ft 2 in
- Weight: 238 lb
- BMI Calculated: 30.56 kg/m2
- BSA Calculated: 2.34
- Blood Pressure: 112 / 77
- Heart Rate: 93

## Review of Systems

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

**Physical Exam**

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema -
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

**Results/Data**

His EKG performed August 3, 2021 is similar to his prior tracing showing normal sinus rhythm with low voltage in the limb leads
His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

**Assessment**

1. Angina pectoris

**Plan**

1. Heart Cath, Left; Status:Need Information - Financial Authorization; Requested for:03Aug2021;
2. Follow-up After Cardiac Testing Has Been Completed Follow up Follow-up Status: Hold For - Scheduling Requested for: 03Aug2021
3. *Continue Medications; Status:Complete; Done: 03Aug2021
4. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 03Aug2021
5. Free Text Exercise Instruction; Status:Complete; Done: 03Aug2021
6. Notify Provider if any chest pain; Status:Complete; Done: 03Aug2021
7. We have discussed the most important medication side effects. Please call if you have

any further questions; Status:Complete; Done: 03Aug2021

**Discussion/Summary**

1. History of fleeting episodes of dizziness associated with diaphoresis centered on his face -no further events, he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. Critical single-vessel coronary artery disease-status post MI March 22, 2020 and status post PCI and drug-eluting stent placement to a proximal to mid 100% circumflex lesion--his angina consists of substernal chest pressure or burning -he had an episode of bilateral anterior chest heaviness with diaphoresis and shortness of breath yesterday-August 2, 2021-his EKG performed today August 3, is stable. He has not had recurrent symptoms but feels generalized fatigue. The symptoms are similar to what he experienced with his myocardial infarction last year
3. Hyperlipidemia -well-controlled on simvastatin 40 mg every evening without myalgias or myopathy
4. Hypothyroidism -his medication is dosed by his primary care physician -
5. Remote history of syncope about 6 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout - asymptomatic, he is to continue allopurinol -
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time -he was seen by his dermatologist recently who removed precancerous lesions -one on his right leg and one on his right cheek
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Severe night sweats primarily involving his head - the symptoms spontaneously resolved at the end of March, 2020. CT of the chest abdomen and pelvis was stable except for a new small splenic lesion a PET CT scan performed in September indicated the splenic lesion was most likely benign
10. Small splenic lesion seen on recent chest, abdomen and pelvic CT study 4/6/20 -his PET CT scan performed in September, 2020 indicated this was probably benign
11. 2 episodes of fleeting left-sided chest discomfort -
12. Removal of a benign tumor from the left side of his face in July, 2021

Matthew's vital signs are normal. I am concerned about his significant episode of chest discomfort associated with shortness of breath and diaphoresis which occurred at rest yesterday lasting about an hour. He understands that if this happens again he should be seen by paramedics and taken to the emergency room. My strong recommendation is that he undergo cardiac catheterization soon, preferably this week, to determine if he is developing in-stent stenosis. His EKG performed today is stable. He does understand that even if he underwent nuclear stress testing and results were normal, we would not know definitively as to whether or not the vessel was patent. He understands the indications for cardiac catheterization and the possibility of revascularization which may include angioplasty, stent placement or bypass surgery. He also understands the possible complications of these procedures including but not limited to myocardial infarction, stroke, heart failure, anemia, arrhythmia, death, infection, allergic reaction and the development of a femoral pseudoaneurysm requiring surgical repair. We will bring him back to the office next week for evaluation.

Addendum: He developed chest discomfort and diaphoresis just before we completed his evaluation. EKG was performed and remained unchanged. I had a lengthy discussion with his wife also over the phone, Kim, regarding my concerns and my recommendation is that he be transferred by ambulance/paramedics to the hospital for further stabilization and evaluation. The patient is agreeable.

Electronically signed by : Constance Fields, M.D.; Aug 3 2021 10:35AM EST (Author)

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

---

**MATTHEW J. DUNTZ** **Visit date:** 05/04/2021
DOB:

## History of Present Illness

Matthew Duntz returns to the office today for reevaluation. He is an active 58-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology. His labs drawn included a cholesterol of 124, HDL 42 and LDL of 58 his troponin increased to a maximum of 5.8. His CBC and renal function were stable.

For evaluation of his previous complaints of diaphoresis which spontaneously resolved, he underwent CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. His MRIs performed in 2011 and 2012 were similar to his recent CT scan only that the splenic lesion seen with the current CT is new.

He underwent a PET CT scan of the abdomen in September, 2020 when a CT scan showed a 1.2 cm splenic lesion. The PET scan was unremarkable suggesting that the lesion was probably benign. He was referred to Dr. Sunil Patel of oncology who is now following him.

Matthew returns to the office for evaluation. He has not been hospitalized since last seen nor is he taking any new prescription medication. He has no complaints of chest pain, shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. His labs last drawn in October, 2020 included a LDL 28, cholesterol 82, normal LFTs with a TSH which was in the normal

range. His pressures at home are usually in the normal range. His only complaint is of easy bruisability.

**Allergies**
No Known Drug Allergies

**Current Meds**
1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily;
   Therapy: 30Mar2020 to Recorded
3. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
4. Ezetimibe 10 MG Oral Tablet; TAKE 1 TABLET BY MOUTH EVERY DAY FOR 30 DAYS;
   Therapy: 25Jun2020 to (Evaluate:20Jun2021) Requested for: 25Jun2020; Last Rx:25Jun2020 Ordered
5. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Irbesartan 75 MG Oral Tablet; TAKE 0.5 TABLET Daily;
   Therapy: 26Oct2020 to Recorded
7. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
8. Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: 30Mar2020 to (Evaluate:25Feb2022) Requested for: 02Mar2021; Last Rx:02Mar2021 Ordered
9. Simvastatin 40 MG Oral Tablet; TAKE 1 TABLET BY MOUTH DAILY AS DIRECTED;
   Therapy: 05Apr2021 to (Evaluate:04Jul2021) Requested for: 05Apr2021; Last Rx:05Apr2021 Ordered
10. Vitamin D 1000 UNIT TABS;
    Therapy: (Recorded:13Jan2020) to Recorded
11. Vitamin D 50 MCG (2000 UT) Oral Capsule;
    Therapy: (Recorded:13Jan2020) to Recorded

**Active Problems**
Abnormal weight loss
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperlipidemia
Hypothyroidism
Lesion of spleen
Melanoma
Myalgia
Night sweats
Past myocardial infarction
Vitamin D deficiency

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**

Patient: MATTHEW J. DUNTZ DOB:

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

**Family History**

His mother is 85 years old and died from renal failure. When she was in her 60s she had a myocardial infarction and she also had a pacemaker.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

**Vitals**

Vital Signs
Recorded: 04May2021 02:15PM
Height: 5 ft 2 in
Weight: 235 lb
BMI Calculated: 42.98 kg/m2
BSA Calculated: 2.05
Blood Pressure: 115 / 72
Heart Rate: 80

**Review of Systems**

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

**Physical Exam**

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema -
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

**Results/Data**

His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

**Assessment**

1. Hyperglycemia

**Plan**

1. CBC with Differential & Platelet - Complete Blood Count; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
2. CK - Creatine Kinase, Total, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
3. CMP; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
4. Hemoglobin A1c with eAG; Specimen Source:Whole Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
5. Lipid Panel; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
6. T4 Free - Thyroxine; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
7. TSH - Thyroid Stimulating Hormone; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
8. Vitamin D, 25-Hydroxy; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
9. Follow-up visit in 6 months Follow up Follow-up Status: Hold For - Scheduling Requested for: 04May2021
10. *Continue Medications; Status:Complete; Done: 04May2021
11. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 04May2021
12. Free Text Exercise Instruction; Status:Complete; Done: 04May2021
13. Notify Provider if any chest pain; Status:Complete; Done: 04May2021
14. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 04May2021

**Discussion/Summary**

1. History of fleeting episodes of dizziness associated with diaphoresis centered on his face -the symptoms did resolve since last seen, he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. Critical single-vessel coronary artery disease-status post MI March 22, 2020 and status post PCI and

drug-eluting stent placement to a proximal to mid 100% circumflex lesion--his angina consists of substernal chest pressure or burning -he has not had any symptoms to suggest that he is has developed progression of his CAD and is cleared to discontinue Brilinta. His EKG performed May 4, 2021 shows sinus rhythm with no ischemic changes.

3. Hyperlipidemia -he is tolerating the addition of Zetia 10 mg every evening to a statin without myalgias or myopathy-his labs drawn in October, 2020 included a LDL of 28 with normal LFTs
4. Hypothyroidism -his medication is dosed by his primary care physician -his TFTs drawn on October, 2020 were in the normal range.
5. Remote history of syncope about 5 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout - asymptomatic, he is to continue allopurinol -
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time -he was seen by his dermatologist recently who removed precancerous lesions -one on his right leg and one on his right cheek
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Recent onset severe night sweats primarily involving his head -the symptoms spontaneously resolved at the end of March, 2020. CT of the chest abdomen and pelvis was stable except for a new small splenic lesion a PET CT scan performed in September indicated the splenic lesion was most likely benign
10. Small splenic lesion seen on recent chest, abdomen and pelvic CT study 4/6/20 -his PET CT scan performed in September, 2020 indicated this was probably benign
11. 2 episodes of fleeting left-sided chest discomfort - has not reoccurred

Matthew's vital signs are normal. He stable from a cardiac standpoint and does not have symptoms of angina, an arrhythmia or CHF. His EKG performed today is stable. Since it has been more than a year since his cardiac intervention, he is cleared to discontinue Brilinta and should continue aspirin 81 mg a day. He will be given a prescription to have his labs drawn soon and will be called with the results. We will make arrangements to see him in the office in 6 months for reevaluation. Should he develop any possible cardiac symptoms, he knows to contact us.

Electronically signed by : Constance Fields, M.D.; May 4 2021 2:35PM EST (Author)

Holy Cross Medical Group

Constance Fields M.D.
*Cardiology*
2901 Coral Hills Drive, Suite 240
Coral Springs, FL 33065-4146
(954) 227-7787 Fax (954) 227-1787

MATTHEW J. DUNTZ
DOB:

**Visit date:** 01/23/2020

## ECHOCARDIOGRAM REPORT

**PHYSICIAN:** DR FIELDS
**TECHNICIAN:** BLS
**REFERRED BY:**
**INDICATION:** SOB

**HT: 74" WT: 253 BSA: 2.46 BP 128/88**

| | | |
|---|---|---|
| AO (cm):3.3 | LVD (cm):5.3 | PW (cm):1.2 |
| LA (cm):3.8 | LVS (cm):3.4 | RV (cm):1.2 |
| ACS (cm):2.3 | IVS (cm):1.1 | EF (%):64 |
| TAPSE (cm): | LA Vol (ml): | PE: none |
| G.L. Strain(Avg.)= % | LA Vol Index (ml/m2): | |

| | | | | |
|---|---|---|---|---|
| AV: V max (m/sec): 1.1 | PG (mm/Hg)4 | MPG (mm/Hg)2 | AVA (cm2)2.9 | AI: None |
| MV: V max (m/sec) 0.5 | PHT (msec)48 | MPG (mmHg) | MVA (cm2)4.6 | MR: TRACE |
| TR: V max (m/sec)1.2 | PG (mmHg) | TR: TRACE | TR GRAD (mmHg)6 | RVSP (mmHg) 16 |
| PV: V max (m/sec)1.2 | PG: (mmHg) | PR: None | E/A0.8 | Abd Ao (cm): |
| E mitral (cm/sec) 51 | A mitral (cm/sec):62 | DT (msec): | e' (septal)4.6<br>e' (lat): | E/e':11.1 |

1. The left ventricle is normal in size with preserved LV systolic function with a normal ejection fraction. There are no focal wall motion abnormalities. There is borderline concentric LVH.
2. The right ventricle is normal in size with preserved RV free wall motion.
3. Both atria are normal in diameter.

4. The aortic root and ascending aorta are normal in diameter.
5. The mitral valve leaflets are thin and normally mobile without systolic prolapse. There is mild mitral annular calcification.
6. The aortic valve is tricuspid with adequate cusp excursion. There is no Doppler evidence of aortic valve stenosis or insufficiency.
7. The tricuspid valve leaflets are thin and normally mobile.
8. The pulmonic valve leaflets are thin and normally mobile.
9. There are no intracardiac masses seen.
10. There is no pericardial effusion.
11. There is an anterior fat pad present.
12. There is a interatrial septal aneurysm without Doppler evidence of communication between the 2 atria.
13. Doppler interrogation is significant for trace mitral and tricuspid insufficiency with normal RV systolic pressure of 16 mmHg.

Electronically signed by:Constance Fields M.D. Jan 23 2020 6:31PM EST Author

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

---

**MATTHEW J. DUNTZ** **Visit date:** 06/25/2020
DOB:

## History of Present Illness

Matthew Duntz returns to the office today for reevaluation. He is an active 57-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology. His labs drawn included a cholesterol of 124, HDL 42 and LDL of 58 his troponin increased to a maximum of 5.8. His CBC and renal function were stable. Over the last couple of months Matthew had developed severe night sweats which primarily drenches his head a few times a month. He had no associated fevers.

Matthew presents to the office today for reevaluation. For evaluation of his previous complaints of diaphoresis which spontaneously resolved, he underwent CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. His MRIs performed in 2011 and 2012 were similar to his recent CT scan only that the splenic lesion seen with the current CT is new.

He has been doing well since last seen in the office. He has no complaints of shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. When last seen we had started him on Avapro-75 mg starting June 1 and reduced the amount of his metoprolol to 12.5 mg a day. He has had 2 fleeting episodes of atypical left-sided chest discomfort which happened within 1 week of each other since last seen. He has not experienced anything like this before. He says overall however he is

feeling very good at this time.

## Allergies

No Known Drug Allergies

## Current Meds

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily;
   Therapy: 30Mar2020 to Recorded
3. Brilinta 90 MG Oral Tablet; Take 1 tablet twice daily;
   Therapy: 30Mar2020 to (Evaluate:30Apr2021) Requested for: 05May2020; Last Rx:05May2020 Ordered
4. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
5. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
7. Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: 30Mar2020 to (Evaluate:25Mar2021); Last Rx:30Mar2020 Ordered
8. Simvastatin 40 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED Requested for: 30Mar2020; Last Rx:30Mar2020 Ordered
9. Vitamin D 1000 UNIT TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
10. Vitamin D 50 MCG (2000 UT) Oral Capsule;
    Therapy: (Recorded:13Jan2020) to Recorded

## Active Problems

Abnormal weight loss
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperlipidemia
Hypothyroidism
Melanoma
Myalgia
Night sweats
Past myocardial infarction
Vitamin D deficiency

## Surgical History

Status post lymph node resection from the left axilla in 2007

## Social History

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

**Family History**

His mother is 83 years old and has low blood pressure.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

**Vitals**

Vital Signs
Recorded: 25Jun2020 10:30AM
Height: 5 ft 2 in
Weight: 229 lb
BMI Calculated: 41.88
BSA Calculated: 2.02
Blood Pressure: 110 / 72, RUE, Sitting
Heart Rate: 79

**Review of Systems**

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

**Physical Exam**

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema -
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

## Results/Data

His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

## Plan

1. Start: Ezetimibe 10 MG Oral Tablet; TAKE 1 TABLET BY MOUTH EVERY DAY FOR 30 DAYS
2. Alkaline Phosphatase Fraction; Specimen Source:Serum; Status:Hold For - Specimen/Data Collection; Requested for:25Aug2020;
3. ALT - SGPT - Alanine Aminotransferase; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:25Aug2020;
4. AST - SGOT - Aspartate Aminotransferase; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:25Aug2020;
5. CK - Creatine Kinase, Total, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:25Aug2020;
6. Lipid Panel; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:25Aug2020;
7. *Continue Medications; Status:Complete; Done: 25Jun2020
8. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 25Jun2020
9. Free Text Exercise Instruction; Status:Complete; Done: 25Jun2020
10. Notify Provider if any chest pain; Status:Complete; Done: 25Jun2020
11. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 25Jun2020
12. Follow-up visit in 4 months Follow up Follow-up Status: Complete Done: 25Jun2020

## Discussion/Summary

1. Recent onset of fleeting episodes of dizziness associated with diaphoresis centered on his face -he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. Critical single-vessel coronary artery disease-status post MI March 22, 2020 and status post PCI and drug-eluting stent placement to a proximal to mid 100% circumflex lesion--his angina consists of substernal chest pressure or burning -he has not experienced any further symptoms similar to this
3. Hyperlipidemia - He is currently on Zocor 40 mg every night and will be given a prescription to have his labs drawn soon with the goal to lower his LDL to less than 40. His recent LDL was still in the 50s so I recommend adding Zetia 10 mg 3 days a week and did discuss some of the side effects including but not limited to myalgias, myopathy or a drug-induced hepatitis. He will be given a prescription to have his labs drawn in 8 weeks.
4. Hypothyroidism -TSH level obtained recently was in the normal range
5. Remote history of syncope about 5 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout- asymptomatic, he is to continue allopurinol -his uric acid level drawn recently was in the normal range
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time -he was seen by his dermatologist recently who removed precancerous lesions -one on his right leg and one on his right cheek
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Recent onset severe night sweats primarily involving his head -the symptoms spontaneously resolved at the end of March. CT of the chest abdomen and pelvis was stable except for a new small splenic lesion and it was recommended the study be repeated in 3 months.
10. Small splenic lesion seen on recent chest, abdomen and pelvic CT study 4/6/20 - he was given a prescription to have the follow-up study done soon, his recent labs indicated his renal function is normal
11. 2 episodes of fleeting left-sided chest discomfort which occurred within the last 3 weeks -coincident with decreasing his metoprolol and could be possibly related to ectopy so I recommend he continue the same dose of metoprolol rather than wean him off altogether at this time

Matthew's vital signs are normal. He had atypical fleeting chest pain a couple of weeks ago only occurring twice and the symptoms were dissimilar to what he experienced when he was found to have obstructive CAD. It is unclear what may have caused the symptoms and if they recur he would be a candidate for a Holter monitor to see if he is experiencing an arrhythmia. Because it occurred coincident with having decreased his beta-blocker, I feel that he should still stay on a small dose of 12.5 mg a day. He says overall however he is feeling quite well. I recommend adding Zetia to lower his LDL even further and we did discuss the side effects. He has been given a prescription to have his labs drawn and follow-up in 6 to 8 weeks and will be called with the results. We will make arrangements to see him in the office in 4 months for evaluation. Should he develop any other cardiac symptoms, he knows to contact us.

Electronically signed by : Constance Fields, M.D.; Jun 25 2020 5:35PM EST (Author)

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

MATTHEW J. DUNTZ
DOB:

**Visit date:** 10/26/2020

## History of Present Illness

Matthew Duntz returns to the office today for reevaluation. He is an active 58-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology. His labs drawn included a cholesterol of 124, HDL 42 and LDL of 58 his troponin increased to a maximum of 5.8. His CBC and renal function were stable.

For evaluation of his previous complaints of diaphoresis which spontaneously resolved, he underwent CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. His MRIs performed in 2011 and 2012 were similar to his recent CT scan only that the splenic lesion seen with the current CT is new.

Matthew has been feeling well from a cardiac standpoint since last seen. He has no complaints of chest pain, shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. He has not been hospitalized since last seen nor is he taken any new prescription medication. He underwent a PET CT scan of the abdomen in September, 2020 when a CT scan showed a 1.2 cm splenic lesion. The PET scan was unremarkable suggesting that the lesion was probably benign. He was referred to Dr. Sunil Patel of oncology who is now following him. He is currently on irbesartan 37.5 mg a day and metoprolol 12.5 mg a day.

Patient: MATTHEW J. DUNTZ DOB:

**Allergies**

No Known Drug Allergies

**Current Meds**

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily;
   Therapy: 30Mar2020 to Recorded
3. Brilinta 90 MG Oral Tablet; Take 1 tablet twice daily;
   Therapy: 30Mar2020 to (Evaluate:30Apr2021) Requested for: 05May2020; Last Rx:05May2020 Ordered
4. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
5. Ezetimibe 10 MG Oral Tablet; TAKE 1 TABLET BY MOUTH EVERY DAY FOR 30 DAYS;
   Therapy: 25Jun2020 to (Evaluate:20Jun2021) Requested for: 25Jun2020; Last Rx:25Jun2020 Ordered
6. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
7. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
8. Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: 30Mar2020 to (Evaluate:25Mar2021); Last Rx:30Mar2020 Ordered
9. Simvastatin 40 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED Requested for: 30Mar2020; Last Rx:30Mar2020 Ordered
10. Vitamin D 1000 UNIT TABS;
    Therapy: (Recorded:13Jan2020) to Recorded
11. Vitamin D 50 MCG (2000 UT) Oral Capsule;
    Therapy: (Recorded:13Jan2020) to Recorded

**Active Problems**

Abnormal weight loss
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperlipidemia
Hypothyroidism
Lesion of spleen
Melanoma
Myalgia
Night sweats
Past myocardial infarction
Vitamin D deficiency

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**

Married
Never a smoker
One child

Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

## Family History

His mother is 83 years old and has low blood pressure.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

## Vitals

Vital Signs
Recorded: 26Oct2020 11:09AM
Height: 5 ft 2 in
Weight: 235 lb
BMI Calculated: 42.98
BSA Calculated: 2.05
Blood Pressure: 112 / 65
Heart Rate: 78

## Review of Systems

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

## Physical Exam

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.

HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema -
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

**Results/Data**

His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

**Plan**

1. CK - Creatine Kinase, Total, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Oct2020;
2. CMP; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Oct2020;
3. Lipid Panel; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Oct2020;
4. T4 Free - Thyroxine; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Oct2020;
5. TSH - Thyroid Stimulating Hormone; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Oct2020;
6. Uric Acid, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Oct2020;
7. Follow-up visit in 6 months Follow up Follow-up Status: Hold For - Scheduling Requested for: 26Oct2020
8. *Continue Medications; Status:Complete; Done: 26Oct2020
9. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 26Oct2020
10. Free Text Exercise Instruction; Status:Complete; Done: 26Oct2020
11. Notify Provider if any chest pain; Status:Complete; Done: 26Oct2020
12. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 26Oct2020

**Discussion/Summary**

1. History of fleeting episodes of dizziness associated with diaphoresis centered on his face -he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. Critical single-vessel coronary artery disease-status post MI March 22, 2020 and status post PCI and drug-eluting stent placement to a proximal to mid 100% circumflex lesion--his angina consists of substernal chest pressure or burning -he has been asymptomatic since last seen
3. Hyperlipidemia -he is tolerating the addition of Zetia 10 mg every evening to a statin without myalgias or myopathy-he will be given a prescription to have his labs drawn soon
4. Hypothyroidism -his medication is dosed by his primary care physician.
5. Remote history of syncope about 5 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout- asymptomatic, he is to continue allopurinol -
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time -he was seen by his dermatologist recently who removed precancerous lesions -one on his right leg and one on his right cheek
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Recent onset severe night sweats primarily involving his head -the symptoms spontaneously resolved at the end of March. CT of the chest abdomen and pelvis was stable except for a new small splenic lesion a PET CT scan performed in September indicated the splenic lesion was most likely benign
10. Small splenic lesion seen on recent chest, abdomen and pelvic CT study 4/6/20 -his PET CT scan performed

in September, 2020 indicated this was probably benign
11. 2 episodes of fleeting left-sided chest discomfort -has not reoccurred

Matthew's vital signs are normal. He is doing well from a cardiac standpoint and does not have symptoms of angina, an arrhythmia or CHF. He is tolerating his medications well without side effects which he is cleared to continue. We added Zetia 10 mg every evening to his drug regimen which he is also tolerating. He will be given a prescription to have his fasting labs drawn soon. He will be called with the results. We will make arrangements to see him in the office in 6 months reevaluation. Should he develop any cardiac symptoms, he knows to contact us.

Electronically signed by : Constance Fields, M.D.; Oct 26 2020 11:25AM EST (Author)

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

---

**MATTHEW J. DUNTZ** **Visit date:** 05/05/2020
DOB:

## History of Present Illness

Matthew Duntz returns to the office today for reevaluation. He is an active 57-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology. His labs drawn included a cholesterol of 124, HDL 42 and LDL of 58 his troponin increased to a maximum of 5.8. His CBC and renal function were stable. Over the last couple of months Matthew had developed severe night sweats which primarily drenches his head a few times a month. He had no associated fevers.

He presents to the office today for evaluation. His complaints of diaphoresis spontaneously resolved and he has not had 1 event in the last 5 to 6 weeks. He had a CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. He has no complaints of chest pain, shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. He was able to locate his MRIs performed in 2011 and 2012. The results are similar to his current CT scan only that the splenic lesion seen with the current CT is new. His systolic readings usually run between 105 to about 117. If he stands up he will become lightheaded momentarily.

## Allergies

No Known Drug Allergies

**Current Meds**

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily;
   Therapy: 30Mar2020 to Recorded
3. Brilinta 90 MG Oral Tablet; Take 1 tablet twice daily;
   Therapy: 30Mar2020 to (Evaluate:25Mar2021) Recorded
4. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
5. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
7. Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: 30Mar2020 to (Evaluate:25Mar2021); Last Rx:30Mar2020 Ordered
8. Simvastatin 40 MG Oral Tablet; TAKE 1 TABLET DAILY AS DIRECTED Requested for: 30Mar2020; Last Rx:30Mar2020 Ordered
9. Vitamin D 1000 UNIT TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
10. Vitamin D 50 MCG (2000 UT) Oral Capsule;
    Therapy: (Recorded:13Jan2020) to Recorded

**Active Problems**

Abnormal weight loss
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperlipidemia
Hypothyroidism
Melanoma
Myalgia
Night sweats
Past myocardial infarction
Vitamin D deficiency

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

**Family History**

His mother is 83 years old and has low blood pressure.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

**Vitals**

Vital Signs
Recorded: 05May2020 02:00PM
Height: 5 ft 2 in
Weight: 230 lb
BMI Calculated: 42.07
BSA Calculated: 2.03
Blood Pressure: 107 / 71
Heart Rate: 81

**Review of Systems**

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

**Physical Exam**

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema -
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

**Results/Data**

His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

**Plan**

1. Renew: Brilinta 90 MG Oral Tablet; Take 1 tablet twice daily
2. CMP; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested

for:08Jun2020;
3. Lipid Panel; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:08Jun2020;
4. T4 Free - Thyroxine; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:08Jun2020;
5. TSH - Thyroid Stimulating Hormone; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:08Jun2020;
6. Uric Acid, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:08Jun2020;
7. *Continue Medications; Status:Complete; Done: 05May2020
8. *Continue Medications; Status:Complete; Done: 05May2020
9. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 05May2020
10. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 05May2020
11. Free Text Exercise Instruction; Status:Complete; Done: 05May2020
12. Free Text Exercise Instruction; Status:Complete; Done: 05May2020
13. Notify Provider if any chest pain; Status:Complete; Done: 05May2020
14. Notify Provider if any chest pain; Status:Complete; Done: 05May2020
15. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 05May2020
16. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 05May2020
17. Follow-up visit in 6 weeks Follow up Follow-up Status: Active Requested for: 05May2020

**Discussion/Summary**

1. Recent onset of fleeting episodes of dizziness associated with diaphoresis centered on his face -he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. Critical single-vessel coronary artery disease-status post MI March 22, 2020 and status post PCI and drug-eluting stent placement to a proximal to mid 100% circumflex lesion--his angina consists of substernal chest pressure or burning -he has not had any further symptoms
3. Hyperlipidemia - He is currently on Zocor 40 mg every night and will be given a prescription to have his labs drawn soon with the goal to lower his LDL to less than 40.
4. Hypothyroidism - his recent TFTs were normal -these will be repeated soon
5. Remote history of syncope about 5 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout- asymptomatic, he is to continue allopurinol -he will be given a prescription to have his uric acid level drawn soon.
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time - I recommend he follow-up with his dermatologist soon
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Recent onset severe night sweats primarily involving his head -the symptoms spontaneously stopped about 6 weeks ago at the end of March. CT of the chest abdomen and pelvis was stable except for a new small splenic lesion and it was recommended the study be repeated in 3 months.
10. Small splenic lesion seen on recent chest, abdomen and pelvic CT study 4/6/20 - needs to be repeated in 3 months -which will be July

Matthew's vital signs are normal. He is tolerating his current medications well without side effects. He does not have symptoms of angina or an arrhythmia. His severe episodes of diaphoresis spontaneously resolved. It is unclear what was causing the symptoms. If they do recur, he is to notify us. I would encourage him still to follow-up with his dermatologist. I would like to start him on irbesartan but will wait a few weeks until he needs to have a follow-up BMP drawn before he can proceed with his abdominal CT to follow the new small splenic lesion seen on his recent study. He needs to have his renal function lab work done a few weeks before his follow-up CT scan to performed in early July. We will make arrangements for him to start a low dose of irbesartan - just half of the 75 mg pill and when he does I'd like him to decrease his metoprolol to half a tablet a day as well. We will make the change in his medications beginning this June 1. He will be given a prescription to have his renal function lab work drawn a week later and will bring him back to the office at that time to see how he is doing with

the change in medication. Should he develop any possible cardiac symptoms, he knows to contact us. He is cleared to exercise. When seen in the office in 6 weeks, we will give him a prescription for a repeat abdominal CT to follow the splenic lesion.

Electronically signed by : Constance Fields, M.D.; May 5 2020 2:51PM EST (Author)

Holy Cross Medical Group

Constance Fields M.D.
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

---

**MATTHEW J. DUNTZ** **Visit date:** 03/30/2020
DOB:

## History of Present Illness

Matthew Duntz returns to the office today for reevaluation. He is an active 57-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized last week, March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. He has not had recurrence of any of the symptoms which in retrospect were his anginal symptoms since his discharge from the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology. His labs drawn included a cholesterol of 124, HDL 42 and LDL of 58 his troponin increased to a maximum of 5.8. His CBC and renal function were stable. He was discharged from the hospital was the addition of Brilinta 90 mg twice a day, metoprolol succinate 25 mg daily and he was told to eventually start Irbesartin 75 mg a day but not until he is seen as an outpatient by the cardiologist.. He does have a new mild shortness of breath at times which could be a side effect. He intentionally is lost 21 pounds since last seen in the office. Over the last couple of months Matthew has now developed severe night sweats which primarily drenches his head a few times a month. The last episode was last night. He has had no fevers or chills. He did not have a fever when this happened.

## Allergies

No Known Drug Allergies

## Current Meds

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded

2. Brilinta 90 MG Oral Tablet; Take 1 tablet twice daily;
   Therapy: 30Mar2020 to (Evaluate:25Mar2021) Recorded
3. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
4. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
5. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Simvastatin 20 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
7. Vitamin D 1000 UNIT TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
8. Vitamin D 50 MCG (2000 UT) Oral Capsule;
   Therapy: (Recorded:13Jan2020) to Recorded

**Active Problems**

Benign paroxysmal positional vertigo
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperlipidemia
Hypothyroidism
Vitamin D deficiency

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

**Family History**

His mother is 83 years old and has low blood pressure.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

**Vitals**

Vital Signs
Recorded: 30Mar2020 11:31AM
Blood Pressure Additional: 116 / 70, RUE, Sitting
Recorded: 30Mar2020 10:55AM
Height: 6 ft 2 in
Weight: 232 lb
BMI Calculated: 29.79
BSA Calculated: 2.31
Blood Pressure: 106 / 66, RUE
Heart Rate: 83
Temperature: 97.1 F, Tympanic

## Review of Systems

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

## Physical Exam

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema -the right groin cardiac catheterization site is clean and dry without hematoma or bruit, he has a resolving mild to moderate size ecchymosis
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

## Results/Data

His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

## Assessment

1. Coronary arteriosclerosis
2. Past myocardial infarction
3. Melanoma
4. Night sweats
5. Abnormal weight loss
6. Myalgia

## Plan

1. Blood Culture; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:30Mar2020;
2. *Continue Medications; Status:Complete; Done: 30Mar2020
3. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 30Mar2020
4. Free Text Exercise Instruction; Status:Complete; Done: 30Mar2020
5. Notify Provider if any chest pain; Status:Complete; Done: 30Mar2020
6. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 30Mar2020
7. Follow-up visit in 4 weeks Follow up Follow-up Status: Complete Done: 30Mar2020

Patient: MATTHEW J. DUNTZ DOB:

**Discussion/Summary**

1. Recent onset of fleeting episodes of dizziness associated with diaphoresis centered on his face -he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. Critical single-vessel coronary artery disease-status post MI March 22, 2020 and status post PCI and drug-eluting stent placement to a proximal to mid 100% circumflex lesion-he has had no angina symptoms since his discharge from the hospital last week -his angina consists of substernal chest pressure or burning - -he is to continue metoprolol for now however I would not start an ARB yet since he will be receiving more IV contrast for his CT body scan soon but will restart it in the next few weeks if his blood pressures are stable.
3. Hyperlipidemia - well-controlled- he is tolerating simvastatin without myalgias or myopathy -however he did have significant CAD despite normal lipid levels so my recommendation is to try to lower his LDL to less than 40 by increasing simvastatin to 40 mg 3 days a week and continue 20 mg the other 4 days a week.
4. Hypothyroidism - his recent TFTs were normal -these will be repeated soon
5. Remote history of syncope about 5 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout- asymptomatic, he is to continue allopurinol
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time -he is closely followed by his dermatologist
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Recent onset severe night sweats primarily involving his head - my recommendation is that he have blood cultures obtained to rule out a possible significant infection and also chest, abdomen and pelvis CT to rule out a possible occult carcinoma since he does have a history of melanoma, he will be called with the results.

Matthew's vital signs are normal in the office today. He is doing well status post PCI and drug-eluting stent placement to an occluded proximal to mid circumflex lesion performed last week when he presented with a non-ST segment elevation MI. His echocardiogram was stable. He will follow-up with the interventional cardiologist next week. We are going to increase his statin in order to try to lower his LDL to less than 40. Should he develop any side effects he knows to contact us. He appears to be tolerating metoprolol without side effects. I am also concerned about his episodic sometimes severe night sweats and will order chest, abdomen and pelvic CT as well as blood cultures. He will be called with the results. We will make arrangements to see him back in the office in about 4 to 6 weeks for evaluation. I have encouraged him to follow-up with the dermatologist who has been following him for his known diagnosis of melanoma. When seen in follow-up so long as he is hemodynamically stable and his renal function is also stable, will start him on an ARB. Should he develop any cardiac symptoms or increasing night sweats, he knows to contact us.

A total of 40 minutes was spent in review of pertinent medical records, discussion with the patient, examination, evaluation of the patient's problems and coordination of a care plan as part of this visit.

Electronically signed by : Constance Fields, M.D.; Mar 30 2020 12:10PM EST (Author)

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

**MATTHEW J. DUNTZ** **Visit date:** 01/30/2020
DOB:

## History of Present Illness

William Mazzel, MD

Dear Dr. Mazzel,

Matthew Duntz returns to the office today for reevaluation. He is an active 57-year-old gentleman with hypothyroidism, hyperlipidemia, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He hasn't had any events now in in just over a week. He has not had associated palpitations although can't be sure that he also doesn't also feel lightheaded at the same time. He's had no chest pain, shortness of breath at rest or with exertion or leg swelling. He's had no upper respiratory infection and has had no associated abdominal pain, diarrhea or nausea. He has never experienced anything like this before. He has no history of myocardial infarction, diabetes, smoking history or premature family history of heart disease. His labs drawn January 9, 2020 included a total cholesterol of 152, HDL 40, triglyceride level of 157 with a non-HDL cholesterol of 112, glucose 90, stable CMP with a hemoglobin A1c of 5.3, normal TSH and CBC.

Since last seen, Matthew was evaluated by ENT, Dr. Houle, and he was diagnosed with benign positional vertigo responding to the Epley maneuvers. He has had no further episodes of dizziness which was usually associated with diaphoresis. He has not had any symptoms of chest pain, shortness of breath, palpitations, syncope or leg swelling. He has no discomfort at the bottom of his feet. Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

## Allergies

No Known Drug Allergies

## Current Meds

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
3. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
4. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded

5. Simvastatin 20 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Vitamin D 1000 UNIT TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
7. Vitamin D 50 MCG (2000 UT) Oral Capsule;
   Therapy: (Recorded:13Jan2020) to Recorded

**Active Problems**

Dizziness
Exertional shortness of breath
Gout
Hyperlipidemia

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

**Family History**

His mother is 83 years old and has low blood pressure.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

**Vitals**

Vital Signs
Recorded: 30Jan2020 01:15PM
Height: 6 ft 2 in
Weight: 253 lb
BMI Calculated: 32.48
BSA Calculated: 2.4
Blood Pressure: 115 / 73
Heart Rate: 95

**Review of Systems**

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

Patient: MATTHEW J. DUNTZ DOB:

## Physical Exam

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

## Results/Data

His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

## Assessment

1. Benign paroxysmal positional vertigo
2. Vitamin D deficiency
3. Hypothyroidism
4. Hearing loss

## Plan

1. Alkaline Phosphatase, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:07Jul2020;
2. ALT - SGPT - Alanine Aminotransferase; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:07Jul2020;
3. AST - SGOT - Aspartate Aminotransferase; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:07Jul2020;
4. Lipid Panel; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:07Jul2020;
5. T4 Free - Thyroxine; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:07Jul2020;
6. TSH - Thyroid Stimulating Hormone; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:07Jul2020;
7. Uric Acid, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:07Jul2020;
8. Vitamin D, 25-Hydroxy; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:07Jul2020;
9. Follow-up visit in 6 months Follow up Follow-up Status: Hold For - Scheduling Requested for: 30Jan2020
10. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 30Jan2020
11. Free Text Exercise Instruction; Status:Complete; Done: 30Jan2020

## Discussion/Summary

1. Recent onset of fleeting episodes of dizziness associated with diaphoresis centered on his face -he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. Hyperlipidemia - well-controlled- he is tolerating simvastatin without myalgias or myopathy
3. Hypothyroidism - his recent TFTs were normal
4. Remote history of syncope about 5 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
5. Gout- asymptomatic
6. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time

7. Hearing loss involving the right ear - to follow-up with ENT in 1 year -

Matthew is doing very well from a cardiac standpoint. He has been asymptomatic without symptoms of possible angina or an arrhythmia. His symptoms were found to be due to vertigo which have resolved. We reviewed the results of his stable echocardiogram, Holter monitor and CT of the brain. I will refer him to a podiatrist for his complaints of foot discomfort. We will make arrangements to see him in the office in 6 months for evaluation. He will be given a prescription to have his labs drawn before that visit. Should he develop any cardiac symptoms, he knows to contact us. Thank you again for allowing us to participate in the medical care of your patient.

Sincerely yours,

Constance Fields M.D.

Electronically signed by : Constance Fields, M.D.; Jan 30 2020 1:55PM EST (Author)

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

---

**MATTHEW J. DUNTZ** **Visit date:** 01/13/2020
DOB:

## History of Present Illness
William Mazzel, MD

Dear Dr. Mazzel,

I had the opportunity to meet with your patient, Matthew Duntz, in the office today for formal cardiac evaluation for complaints of possible vertigo. He is an active 57-year-old gentleman with hypothyroidism, hyperlipidemia, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He hasn't had any events now in in just over a week. He has not had associated palpitations although can't be sure that he also doesn't also feel lightheaded at the same time. He's had no chest pain, shortness of breath at rest or with exertion or leg swelling. He's had no upper respiratory infection and has had no associated abdominal pain, diarrhea or nausea. He has never experienced anything like this before. He has no history of myocardial infarction, diabetes, smoking history or premature family history of heart disease. His labs drawn January 9, 2020 included a total cholesterol of 152, HDL 40, triglyceride level of 157 with a non-HDL cholesterol of 112, glucose 90, stable CMP with a hemoglobin A1c of 5.3, normal TSH and CBC.

## Allergies
No Known Drug Allergies

## Current Meds
1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
3. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
4. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
5. Simvastatin 20 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Vitamin D 1000 UNIT TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
7. Vitamin D 50 MCG (2000 UT) Oral Capsule;
   Therapy: (Recorded:13Jan2020) to Recorded

## Active Problems
Gout
Hyperlipidemia

Patient: MATTHEW J. DUNTZ DOB:

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

**Family History**

His mother is 83 years old and has low blood pressure.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

**Review of Systems**

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

**Vitals**

Vital Signs
Recorded: 13Jan2020 02:18PM
Blood Pressure Additional: 130 / 80, RUE, Standing
Heart Rate: 80
Recorded: 13Jan2020 02:15PM
Height: 6 ft 2 in
Weight: 253 lb
BMI Calculated: 32.48
BSA Calculated: 2.4
Blood Pressure: 126 / 80, RUE, Sitting
Heart Rate: 80

**Physical Exam**

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

Patient: MATTHEW J. DUNTZ DOB:

**Results/Data**

His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

**Assessment**

1. Never a smoker
2. Social alcohol use
3. Married
4. One child
5. Hyperlipidemia
6. Gout
7. Dizziness
8. Exertional shortness of breath

**Plan**

1. CT Brain w/o Contrast; Status:Active; Requested for:13Jan2020;
2. Echocardiogram - In House; Status:Active - Perform Order; Requested for:13Jan2020;
3. Holter Monitor 24-Hour - In House; Status:Active; Requested for:13Jan2020;
4. Follow-up After Cardiac Testing Has Been Completed Follow up Follow-up Status: Complete Done: 13Jan2020
5. Otolaryngology Referral Evaluation and Treatment Eval & Treat Status: Need Information - Required information Requested for: 13Jan2020

**Discussion/Summary**

1. Recent onset of fleeting episodes of dizziness associated with diaphoresis centered on his face - possible vertigo - he hasn't had an episode now in more than a week. His EKG performed today is stable. To complete his workup he is a candidate for an echocardiogram to see if he has associated valvular heart disease, a five-day monitor to see if he could be experiencing any arrhythmias and also I recommend a brain CT scan without contrast to start to see if there is any significant abnormalities. In the meantime, I also would like him to be evaluated by an ENT specialist.
2. Hyperlipidemia - well-controlled- he is tolerating simvastatin without myalgias or myopathy
3. Hypothyroidism - his recent TFTs were normal
4. Remote history of syncope about 5 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
5. Gout-asymptomatic
6. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time

Matthew's vital signs are normal in the office today and he is not orthostatic with change in position. It does not reproduce his symptoms and normally will not cause his symptoms outside of our office. He can be up and walking around for a while and suddenly develop the very mild diaphoresis and fleeting dizziness. His EKG performed today is stable. His examination is unremarkable. To complete his workup we'll order an echocardiogram, a brain CT and a Holter monitor. His laboratory tests were reviewed drawn January 9, 2020 and were stable. I also will refer him to an ENT specialist to be seen soon. For any severe episodes, he should be seen in the emergency room and contact us. We'll bring him back to the office to review the results of the studies. Once the results of the studies, I'll be contacting you regarding the findings and further recommendations will follow.Thank you for allowing us to participate in the medical care of your patient.

Sincerely yours,

Constance Fields M.D.

Electronically signed by : Constance Fields, M.D.; Jan 13 2020 4:29PM EST (Author)

# Exhibit E

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

Lincoln Financial Group®

# Short Term Disability Claim Form Statement Of Employee

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Your Information

Full Name (First): MATTHEW
(M.I.): J
(Last Name): DUNTZ
Social Security Number:
Date of Birth:
Street Address:
Phone Number:
☑ Male ☐ Female
City:
State:
Zip Code:
Email Address:

## 2. Your Employer

Employer Name: AEROSPACE TECHNOLOGIES GROUP INC.
Group ID: AEROTECHGR
Job Title: CHIEF SALES OFFICER
Policy Number: 10141292
Billing Location:

## 3. Reason for inability to work

Description of Sickness, Injury or Pregnancy: 2-HEART ATTACKS IN 18 MONTHS -CANCER (MELANOMA) IN NUMEROUS LOCATIONS. -STRESS

Date Last Worked: 07/30/2021
Injury work related? ☐ Yes ☑ No

## 4. Other Income Being Received

| | Amount $ | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Social Security | ______ | __/__/____ | __/__/____ | __/__/____ |
| Workers' Comp | ______ | __/__/____ | __/__/____ | __/__/____ |
| Salary Continuance | ______ | __/__/____ | __/__/____ | __/__/____ |
| State Disability | ______ | __/__/____ | __/__/____ | __/__/____ |
| Other Disability | ______ | __/__/____ | __/__/____ | __/__/____ |
| Sick Pay | ______ | __/__/____ | __/__/____ | __/__/____ |

If approved, should Lincoln National Life Insurance Co. withhold Federal Income Taxes from your benefits?

☐ Yes ☑ No If yes, indicate how much? ____________

*(Minimum: $20 per week Short-Term Disability) (Minimum: $88 per Month Long-Term Disability)*

## 5. Who is your treating health care provider?

This is your primary health care professional. Please have them complete the Attending Physician's Statement. If you have additional health care providers, please also complete the Treating Medical Professional form.

Physician's Full Name: CONSTANCE D. FIELDS
Phone Number: 561.483.8335
Fax Number: 561.483.1756
Street Address: 9950 CENTRAL PK BLVD. N. SUITE 310
City: BOCA RATON
State: FL
Zip Code: 33428

## 6. Account for Direct Deposit ☑ Checking ☐ Saving

Bank Name: IBMSECU
Routing Number: 267077627
Account Number: 070011315L587

The above statements are true and complete to the best of my knowledge and belief. I have read and understand Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature: [signature]
Date: 08/16/21
Print Name: MATT DUNTZ

(Please see FRAUD NOTICES attached)

## Illness or Injury Supplemental Questionnaire

**Instructions: Please answer the questions to the best of your ability and sign and date below.**

1. Is someone else responsible for your illness/injury? ☐ Yes ☑ No
2. Are you making a claim against anyone or any insurance company other than Lincoln Financial Group? ☐ Yes ☑ No

**If you answered yes to either question above, please answer the following questions:**

3. Please describe in detail the cause of your illness or injury:
4. Please provide the location and address where the illness or injury occurred: ______________________
5. Please provide the Responsible Party's information:
   1. Name: ~~MATT DUNTZ~~
   2. Address: ~~1348 SUGAR PLUM DR~~
   3. Telephone Number: ______________________
   4. Insurance Company's Name: ______________________
   5. Claim Number: ______________________
6. If you have hired an attorney to investigate or prosecute a claim related to your illness or injury, please provide your attorney's information:
   1. Name: ______________________
   2. Address: ______________________
   3. Telephone Number: ______________________
7. If you have any documents related to any investigation into how your illness or injury occurred, please attach them.

**I have answered the above questions to the best of my ability. I understand that fraudulently answering any of these questions could result in the suspension or termination of my benefits. I further understand that I have an obligation to supplement any of the above responses should any of the above information change in the future.**

Print Name: MATT DUNTZ

Signature: [signature] Date: 08 / 16 / 2021

Lincoln Financial Group®

# Short Term Disability Claim Form Statement Of Employer

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

*Please submit a written job description for the employee's position with this claim form
*Please submit a copy of this employee's enrollment statement with this claim form

## 1. This claim is for:

Full Name (First): Matthew
(M.I.): J
(Last Name): Duntz

Social Security Number:
Coverage Start Date: ___/___/______

## 2. Employee's Coverage & Policy

Organization Name: Aerospace Technolog
Insurance Class:
Group ID: AEROTECHGR
Policy Number: 10141292
Billing Location:
Claim Location:

## 3. Describe Employee's Role

Job Title: Chief Sales Officer

Description of Duties: Chief Sales Officer

Have you considered job accommodations? ☐ Yes ■ No
Injury work related? ☐ Yes ■ No

Date hired: 02/15/2016
Hours worked in a standard day: 8
Date last worked: 07/30/2021
Hours worked in a standard week: 40
Date back to work full-time: ___/___/_____
Hours worked on day last worked: 8
Earnings: $ 216,499.92
Frequency (W/M/Y etc.): Annual

## 4. Other Income Being Received

| | Amount $ | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Retirement Income | | / / | / / | / / |
| Workers' Comp | | / / | / / | / / |
| Salary Continuance | | / / | / / | / / |
| State Disability | | / / | / / | / / |
| Other Disability pay | | / / | / / | / / |

## 5. Employer Contact

Employer Contact Name: Vivian Gonzalez
Street Address: 620 NW 35th Street
City: Boca Raton
State: FL
Zip Code: 33431
Phone Number: 561-244-7406
Fax Number:
Email Address: vgonzalez@atgshades.com

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature: [signature]
Date: 8/25/21
Print Name: Vivian Gonzalez

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Short Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Patient Information

| Field | Entry |
|---|---|
| Full Name (First) | MATTHEW |
| (M.I.) | J |
| (Last Name) | DUNTZ |
| Social Security Number | |
| Height | 6'2" |
| Weight | 235 |
| Blood Pressure | |
| Employer Name | |

## 2. Diagnosis

| Field | Entry |
|---|---|
| Primary ICD diagnostic Code (Required) | I25.10 |
| Primary ICD diagnosis Description | Coronary Arteriosclerosis |
| Secondary ICD Diagnosis Code | E78.5 |
| Secondary ICD Diagnosis Description | Hyperlipidemia |

**Pregnancy** __/__/__ First Treated __/__/__ Estimated Delivery __/__/__ Date of Delivery ☐ Vaginal ☐ C-Section

chest pain, shortness of breath

Symptoms

Abnormal cardiac catheterization - 8/3/21 - diagonal branch stenosis
— s/p PTCA
3/22/20 - Left cx - occl → s/p PTCA + stent
- Hospitalized 3/22-24/2021 - (+)MI + revascularization

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

## 3. Disability Circumstances - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 8/2/2021 | 8/2/2021 | 8/6/2021 |
| **Initial Treatment** | **Most Recent Treatment** | **Next Treatment** |
| 8/3/2021 | 8/6/2021 | 9/30/2021 |

Dates hospital confined: 8/3/2021 to 8/5/2021

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

# Short Term Disability Claim Form Physician's Statement

**4. Limitations and Restrictions**

He should not be under any emotional stress
Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | F | Standing | F | Crouching | O | Overhead | O |
| 6-10 lbs. | O | Walking | O | Crawling | O | Desk Level | C |
| 11-25 lbs. | O | Sitting | F | Grasping | F | Below Waist | O |
| 26-50 lbs. | N | Balancing | F | Climbing | O | | |
| 51-100 lbs. | N | Stooping | O | Pushing | O | | |
| 100 + lbs. | N | Kneeling | O | Pulling | O | | |
| | | Fingering | F | Bending | O | | |

Needs to avoid all emotional + physical stress
What job modifications would allow the patient to return to work?

**5. Treatment**

slowly increase activity
cardiac rehabilitation
medications

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

**6. Prognosis**

Good - as long as he can avoid stress

Describe the patients prognosis for recovery

**7. Physician's Information**

Constance Fields MD
Name

9980 Central Pk Blvd N. Suite 110
Street Address

Boca Raton | FLA | 33428
City | State | Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____/____/________

Dressing ____/____/________

Transferring ____/____/________

Bathing ____/____/________

Toileting ____/____/________

Eating ____/____/________

Date patient experienced loss of Cognitive Functioning: ____/____/________

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

1/1/2022 to 3/1/2022

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

561-483-8335 | 561-483-1756
Phone Number | Fax Number

Constance Fields | 8/17/21
Signature | Date

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

# Exhibit F

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

COVID-19 Vaccine | COVID-19 Information | Visitor Guidelines | Our Safety Commitment

Holy Cross Health
A Member of Trinity Health



* Accessed on Web 10/7/2022 *

chat with us! •••



# Constance D Fields, MD

Schedule Online

**Also Speaks**
Speaks **English**

Speaks **Italian**

★★★★★

chat with us! •••

**4.9** out of 5
**168 ratings, 88 comments**

HOLY CROSS MEDICAL GROUP

561-451-8122

Cardiology

- Adults
- Adults Over 65

## Specialties & Services

Back to Top

### Areas of Specialization

Cardiology

## Locations & Contact Information

Back to Top

### On Staff At

#### HCMG - CARDIOLOGY ASSOCIATES OF BOCA RATON

9980 Central Park Boulevard North
Suite 304
Boca Raton, Florida 33428

561-483-8335

### On Staff At

chat with us! •••

## HCMG - CARDIOLOGY ASSOCIATES OF BOYNTON BEACH

10151 Enterprise Center
Suite 203
Boynton Beach, Florida 33437

561-451-8122

## About

Certifications
American Board of Internal Medicine
American Board of Internal Medicine - Cardiovascular Disease

## Certifications & Education

Back to Top

### Certification Agency

American Board of Internal Medicine

### Certification Agency

American Board of Internal Medicine

### Certification Agency

American Board of Internal Medicine

### Educations

### Residency

Rush University Medical Center

chat with us! •••

## Internship

Rush University Medical Center

## Fellowship

Tufts Medical Center

## Fellowship

Steward St Elizabeth?s Medical Center

## Medical Education

Northwestern University Feinberg School of Medicine

# Accepted Insurance

- Aetna Commercial HMO/PPO
- Aetna/Coventry Commercial HMO/PPO
- Avmed Commercial HMO/PPO
- Cigna HMO
- Cigna HMO/PPO
- Cigna PPO
- Devoted Health Medicare Advantage
- Florida Blue BCBS Commercial HMO/PPO
- Humana HMO/PPO
- Medicare
- Molina Exchange
- Positive Health Medicare Advantage
- RR MCARE
- Simply/Better Health Medicaid
- SOLIS Medicare Advantage
- Sunshine Medicaid
- Traditional Medicaid

chat with us! •••

- Tricare Military
- United/Neighborhood Health HMO/PPO

## Reviews

The following ratings and reviews are based on verified feedback collected from independently administered patient experience surveys. The ratings and comments submitted by patients reflect their own views and opinions. Patient identities are withheld to ensure confidentiality and privacy. Learn More

| | | |
|---|---|---|
| 4.9 | ★★★★★ | Overall Experience |
| 4.9 | ★★★★★ | Listened Carefully |
| 4.9 | ★★★★★ | Explained Things Clearly |
| 4.9 | ★★★★★ | Knew Medical History |
| 4.9 | ★★★★★ | Showed courtesy and respect |
| 4.9 | ★★★★★ | Gave easy to understand instructions |
| 4.9 | ★★★★★ | Spent enough time |

**4.9** out of 5 (168 ratings, 88 comments)

★★★★★ *Dr. Fields is excellent, caring, thorough.

Apr 22, 2022

★★★★★ Excellent attention.

Apr 22, 2022

chat with us! •••

★★★★★ Dr Fields is always great

Apr 21, 2022

★★★★★ My visit is good.

Apr 20, 2022

★★★★★ I understood everything.

Apr 20, 2022

★★★★★ Always Excellent!

Apr 19, 2022

★★★★★ I have recommended her to a number of other people

Apr 19, 2022

★★★★★ Excellent care and communication

Apr 3, 2022

★★★★★ Highly respected and knowledgeable.

Apr 3, 2022

★★★★★ Always a wonderful visit with Dr. Fields! She is the best!

Mar 30, 2022

View More

Verified Ratings and Reviews Powered by Ratings.MD

Back to Top

Specialties & Services

chat with us! •••

Locations & Contact Information

About

New Patient Paperwork

Certifications & Education

Accepted Insurance

Callback

Reviews

Search Holy Cross

Holy Cross Health

Trinity Health

A Member of Trinity Health

Resources for Healthcare Providers

chat with us! •••

BEST
REGIONAL HOSPITALS
U.S.News & WORLD REPORT
MIAMI-FORT LAUDERDALE
METRO
RECOGNIZED IN 8 TYPES OF CARE

**Language Assistance:**

English Español 中文 Tagalog ภาษาไทย Tiếng Việt Français Italiano 한국어 Deutsch Português Polski ગુજરાતી عربى русский Kreyòl Ayisyen

© 2022 Holy Cross Health • Ft. Lauderdale

FIND

Holy Cross Health
A Member of Trinity Health

MENU

chat with us! •••

# Exhibit G

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

Name: Matt Duntz | DOB: 7/6/1962 | MRN: 047682513 | PCP: Donna Regina Shell, MD

# Appointment Details

Notes

## Progress Notes

Jane Ellen Freedman, MD at 5/31/2022 10:40 AM

**Cardiology Clinic New Patient Visit**

**DATE OF SERVICE:** 5/31/2022

**PATIENT:** Matt Duntz
**DOB:**
**MRN:** 047682513

No chief complaint on file.

**History of Present Illness:**

Matt Duntz is a 59 year old male with a past history multiple myocardial infarctions and previous stent placement who presents for follow up care with chronic stable angina.

History is from patient and records from Holy Cross, Boca Raton FL (cardiologist, Constance Fields).
Mr. Duntz presented with severe chest pain 3/22/20 in FL and was found to have a 100% occluded LCx and received a stent. 9/21/21 ETT-Tc99mMIBI demonstrated a normal LVEF with mild ischemia (upper septal, inferior, anterior). Cardiac catheterization on 12/13/21 showed an LVEF of 60%, LCx stent patent, RCA dominant, and a LAD "90% mid stenosis too small to stent". He has continued to have 1-2/10 chest pain almost daily despite use of nitrates (uses patch 3-5 days/week). He can walk about 1/2-1 mile. Has generalized fatigue. No other dyspnea, PND, orthopnea. No syncope/dizziness.

He also has hypothyroidism.
Full records to be brought for scanning next visit.

**Review of Systems:**

Constitutional: negative for fever, chills, and weight loss
Respiratory: negative for cough, hemoptysis, and wheezing

| | |
|---|---|
| • Melanoma, skin cancer | Father |
| • Alcohol abuse | Father |
| • Melanoma, skin cancer | Brother |
| • Melanoma, skin cancer | Brother |

**Social History**

Socioeconomic History

| | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History
- Not on file

Tobacco Use

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

Substance and Sexual Activity

| | |
|---|---|
| • Alcohol use: | Yes |
| *Comment: daily* | |
| • Drug use: | Never |
| • Sexual activity: | Not on file |

Other Topics Concern
- Not on file

Social History Narrative
*Married, 1 daughter*

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

**Vitals & Physical Exam**

6'2"; Wt 230lb; Bp 115/75; pulse 86; 02 97%
**Constitutional:** no acute distress; well-developed, well-nourished.
**Neck:** no thyroid mass or nodules; no jugular venous distention.
**Cardiovascular:** normal rate and regular rhythm; apical impulse normal in size and intensity without displacement; no murmur or abnormal heart sounds; no carotid bruit; pedal pulses 2+ and symmetric; no extremity edema.
**Respiratory:** normal work of breathing on room air; lungs clear to auscultation bilaterally.
**Extremities:** no digital clubbing.
**Skin:** no rash or lesions on exposed skin.

**Neurologic:** alert; cranial nerves grossly intact.
**Psychiatric:** normal mood and affect; oriented to time, place and person.

## Labs and Imaging

**Lab Results**

| Component | Value | Date |
|---|---|---|
| GLUCOSE | 96 | 05/25/2022 |
| CALCIUM | 9.7 | 05/25/2022 |
| NA | 142 | 05/25/2022 |
| K | 4.8 | 05/25/2022 |
| CL | 107 | 05/25/2022 |
| BUN | 14 | 05/25/2022 |
| CREATBLD | 0.84 | 05/25/2022 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| CHLPL | 118 | 05/25/2022 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| HDL | 42 | 05/25/2022 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| LDLCALC | 56 | 05/25/2022 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TRIGLYCERIDE | 98 | 05/25/2022 |

## Assessment and Plan

**Problem List Items Addressed This Visit**

None

Matt Duntz is a 59 year old male with a past history multiple myocardial infarctions and previous stent placement who presents for follow up care with chronic stable angina. Angina does not sound different from presentation in FL last fall/winter at time of last catheterization but chest pain is relatively frequent even if not increasing. Patient is aware if it does not resolve or increases to go to the ER or if he has questions, he should contact me.

-Cholesterol level and Bp under adequate control. Continue atorvastatin, irbesartan, metoprolol and TNG as needed.

-Continue ASA, clopidogrel

Cardiovascular: negative for palpitations, syncope, presyncope, orthopena, PND, and lower extremity edema.
Gastrointestinal: negative for abdominal pain, Musculoskeletal: negative for arthralgia, myalgia

## Cardiovascular Problem List:

### Specialty Specfic Problems

Cardiology Problems
**Coronary artery disease involving native coronary artery without angina pectoris**

## Medications and Allergies

Patient has no known allergies.

Current Outpatient Medications:
- allopurinoL 100 mg tablet (ZYLOPRIM), Take 100 mg by mouth daily., Disp: , Rfl:
- aspirin 81 mg tablet,delayed release, Take 81 mg by mouth daily., Disp: , Rfl:
- atorvastatin 40 mg tablet (LIPITOR), Take 40 mg by mouth daily. as directed, Disp: , Rfl:
- clopidogreL 75 mg tablet (PLAVIX), Take 75 mg by mouth daily., Disp: , Rfl:
- glucosamine-chondroitin 500 mg-400 mg tablet, Take 1 tablet by mouth 3 times a day., Disp: , Rfl:
- irbesartan 75 mg tablet (AVAPRO), Take 75 mg by mouth daily., Disp: , Rfl:
- levothyroxine 50 mcg tablet (SYNTHROID, LEVOTHROID), Take 50 mcg by mouth daily., Disp: , Rfl:
- metoprolol succinate ER 25 mg tablet,extended release 24 hr (TOPROL XL), Take 25 mg by mouth daily., Disp: , Rfl:
- nitroglycerin 0.2 mg/hr transdermal 24 hour patch (NITRODUR), Place 1 patch on the skin daily., Disp: , Rfl:

## Surgical History

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CORONARY ANGIOPLASTY WITH STENT PLACEMENT | | |
| • SKIN CANCER EXCISION | | |

## Family and Social History

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Melanoma, skin cancer | Mother | |
| • Alcohol abuse | Mother | |
| • Diabetes | Father | |

-Nuclear stress test planned to determine if any change as compared with report from the fall. Will consider repeat catheterization if any increase or change in symptoms.

-Mr. Duntz is currently restricted in his activities due to his chronic angina and this significantly limits his ability to return to work.

**No follow-ups on file.**

**Jane Ellen Freedman, MD**

MyChart® licensed from Epic Systems Corporation © 1999 - 2022

Name: Matt Duntz | DOB: 7/6/1962 | MRN: 047682513 | PCP: Donna Regina Shell, MD

# Nuclear Stress Test - Details

## Comments from the Doctor's Office

Result Note:

Mr. Duntz,
Your exercise test does not show an area of your heart at risk for a heart attack with exercise or exertion. However, you did have chest pain/discomfort during the study. We should discuss this further if you would like.
Best,
Jane Freedman, MD

## Study Result

Narrative

- The stress protocol was exercise.
- At rest, the LV ejection fraction is 57%. At stress, the LV ejection fraction is 51%.

Scintigraphically negative for ischemia and infarct.
The global left ventricular systolic function is normal with a left ventricular ejection fraction calculated at 57%. The left ventricular cavity is not dilated. There are no segmental wall motion abnormalities.
There is no prior study available for comparison.



Lincoln/Duntz 0856

No ischemic ECG changes during exercise

Chest discomfort noted during treadmill exercise

## Images

Scan on 6/15/2022 8:57 AM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:54 PM
Scan on 6/13/2022 3:14 PM

## Component Results

| Component | Your Value | Standard Range |
|---|---|---|
| **Supine HR** | **Your Value**<br>**74** BPM | *Standard Range*<br>*BPM* |
| **Supine BP** | **Your Value**<br>**137/79** mmhg | *Standard Range*<br>*mmhg* |
| **Standing HR** | **Your Value**<br>**76** BPM | *Standard Range*<br>*BPM* |
| **Standing BP** | **Your Value**<br>**130/77** mmhg | *Standard Range*<br>*mmhg* |

| Component | Your Value | Standard Range |
|---|---|---|
| **Age Predicted HR 100%** | **Your Value**<br>**161** BPM | *Standard Range*<br>*BPM* |
| **Age Predicted HR 90%** | **Your Value**<br>**145** BPM | *Standard Range*<br>*BPM* |
| **Age Predicted HR 85%** | **Your Value**<br>**137** BPM | *Standard Range*<br>*BPM* |
| **Age Predicted HR 70%** | **Your Value**<br>**113** BPM | *Standard Range*<br>*BPM* |
| **Age Predicted HR 60%** | **Your Value**<br>**97** BPM | *Standard Range*<br>*BPM* |
| **Stage 1 Stress Method** | **Your Value**<br>**Bruce** | |
| **Stage 1 Speed** | **Your Value**<br>**1.7** mph | *Standard Range*<br>*mph* |
| **Stage 1 Grade** | **Your Value**<br>**10.0** % | *Standard Range*<br>*%* |
| **Stage 1 HR 1 min** | **Your Value**<br>**99** BPM | *Standard Range*<br>*BPM* |
| **Stage 1 HR 2 min** | **Your Value**<br>**100** BPM | *Standard Range*<br>*BPM* |
| **Stage 1 BP** | **Your Value**<br>**153/66** mmhg | *Standard Range*<br>*mmhg* |



**Lincoln/Duntz 0858**

| Component | Your Value | Standard Range |
|---|---|---|
| **Stage 1 HR 3 min** | **Your Value**<br>**97** BPM | *Standard Range*<br>*BPM* |
| **Stage 1 Total Time** | **Your Value**<br>03:00 mm:ss | *Standard Range*<br>*mm:ss* |
| **Stage 2 Stress Method** | **Your Value**<br>**Bruce** | |
| **Stage 2 Speed** | **Your Value**<br>2.5 mph | *Standard Range*<br>*mph* |
| **Stage 2 Grade** | **Your Value**<br>12.0 % | *Standard Range*<br>*%* |
| **Stage 2 HR 1 min** | **Your Value**<br>110 BPM | *Standard Range*<br>*BPM* |
| **Stage 2 HR 2 min** | **Your Value**<br>116 BPM | *Standard Range*<br>*BPM* |
| **Stage 2 BP** | **Your Value**<br>**167/67** mmhg | *Standard Range*<br>*mmhg* |
| **Stage 2 HR 3 min** | **Your Value**<br>119 BPM | *Standard Range*<br>*BPM* |
| **Stage 2 Total Time** | **Your Value**<br>06:00 mm:ss | *Standard Range*<br>*mm:ss* |
| **Stage 3 Stress Method** | **Your Value**<br>**Bruce** | |



**Lincoln/Duntz 0859**

| Component | Your Value | Standard Range |
|---|---|---|
| **Stage 3 Speed** | **Your Value**<br>**3.4** mph | *Standard Range*<br>*mph* |
| **Stage 3 Grade** | **Your Value**<br>**14.0** % | *Standard Range*<br>*%* |
| **Stage 3 HR 1 min** | **Your Value**<br>**138** BPM | *Standard Range*<br>*BPM* |
| **Stage 3 HR 2 min** | **Your Value**<br>**144** BPM | *Standard Range*<br>*BPM* |
| **Stage 3 BP** | **Your Value**<br>**167/67** mmhg | *Standard Range*<br>*mmhg* |
| **Stage 3 HR 3 min** | **Your Value**<br>**147 BPM** | *Standard Range*<br>*BPM* |
| **Stage 3 Total Time** | **Your Value**<br>**08:35** mm:ss | *Standard Range*<br>*mm:ss* |
| **Recovery Immediate BP** | **Your Value**<br>**202/73** mmhg | *Standard Range*<br>*mmhg* |
| **Recovery Immediate HR** | **Your Value**<br>**122** BPM | *Standard Range*<br>*BPM* |
| **Recovery 2 Min BP** | **Your Value**<br>**206/63** mmhg | *Standard Range*<br>*mmhg* |
| **Recovery 2 Min HR** | **Your Value**<br>**115** BPM | *Standard Range*<br>*BPM* |

| Component | Your Value | Standard Range |
|---|---|---|
| **Recovery 4 Min BP** | **Your Value**<br>**165/64** mmhg | *Standard Range*<br>*mmhg* |
| **Recovery 4 Min HR** | **Your Value**<br>**93** BPM | *Standard Range*<br>*BPM* |
| **Recovery 6 Min BP** | **Your Value**<br>**153/68** mmhg | *Standard Range*<br>*mmhg* |
| **Recovery 6 Min HR** | **Your Value**<br>**90** BPM | *Standard Range*<br>*BPM* |
| **Recovery 8 Min BP** | **Your Value**<br>**133/72** mmhg | *Standard Range*<br>*mmhg* |
| **Recovery 8 Min HR** | **Your Value**<br>**94** BPM | *Standard Range*<br>*BPM* |
| **Recovery 10 Min BP** | **Your Value**<br>**125/76** mmhg | *Standard Range*<br>*mmhg* |
| **Recovery 10 Min HR** | **Your Value**<br>**98** BPM | *Standard Range*<br>*BPM* |
| **Total Exercise Time** | **Your Value**<br>**08:35** MM:SS | *Standard Range*<br>*MM:SS* |
| **Max HR** | **Your Value**<br>**148** BPM | *Standard Range*<br>*BPM* |
| **Max BP** | **Your Value**<br>**206/63** mmhg | *Standard Range*<br>*mmhg* |

| Component | Your Value | Standard Range |
|---|---|---|
| **METs** | **Your Value** 10.3 | |
| **%Max Predicted HR** | **Your Value** 91 % | *Standard Range* % |
| **Rate Pressure Product (RPP)** | **Your Value** 29,492 RPP | *Standard Range* RPP |
| **Transient ischemic dilation (TID)** | **Your Value** 0.83 | *Standard Range* 0 - 2 |
| **Stress EF** | **Your Value** 51 % | *Standard Range* % |
| **End diastolic volume (mL)** | **Your Value** 101 mL | *Standard Range* mL |
| **End systolic volume (mL)** | **Your Value** 49 mL | *Standard Range* mL |
| **Rest EF** | **Your Value** 57 % | *Standard Range* % |
| **End diastolic volume (mL)** | **Your Value** 108 mL | *Standard Range* mL |
| **End systolic volume (mL)** | **Your Value** 46 mL | *Standard Range* mL |

## General Information

**Ordered by Jane Ellen Freedman**

Collected on 06/13/2022 2:19 PM

Resulted on 06/15/2022 8:52 AM

Result Status: Final result

This test result has been released by an automatic process.

MyChart® licensed from Epic Systems Corporation © 1999 - 2022

# Exhibit H

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

VANDERBILT UNIVERSITY
MEDICAL CENTER

≡

# Jane Freedman, MD



(/person/jane-freedman-md)

## Professor of Medicine

**Division:** Cardiovascular Medicine

Director, Division of Cardiovascular Medicine

Physician-In-Chief, Vanderbilt Heart & Vascular Institute

Professor, Division of Cardiovascular Medicine

## Professional Bio

Jane Freedman, MD, is the Gladys Parkinson Stahlman Professor of Cardiovascular Research at Vanderbilt University Medical Center and the Director of the Division of Cardiovascular Medicine and Physician-in-Chief of the Vanderbilt Heart and Vascular Institute.

Dr. Freedman has served as the Chair of the National American Heart Association Peer Review Committee and is the current Editor-in-Chief for Circulation Research. She has extensive mentoring experience and has been the previous PI of two T32 Training Grants.

She currently oversees two research programs; the first is a basic science laboratory that examines the role of immunity, infection, and inflammation on atherothrombotic disease. The second facility uses high-throughput, nano-chip, and RNA-seq technologies to study gene expression and provide large scale transcriptomic and proteomic translational data for a wide range of clinical and translational projects.

## Education

MD - Tufts University - 1989
Internship - Internal Medicine - Massachusetts General Hospital - 1990
Residency - Internal Medicine - Massachusetts General Hospital - 1991
Fellowship - Clinical Fellow in Medicine - Harvard Medical School - 1991
Fellowship - Clinical Fellow in Cardiology - Brigham & Women's Hospital - 1994
Fellowship - Research Fellow in Medicine - Harvard Medical School - 1994

Home (/dom-homepage)
About (/welcome)
Divisions (/academic-divisions-and-centers)
Education (/residency-program)
Faculty (/search/node?keys=faculty)
Research (/research-milestones)

Contact Us (/)



* accessed 10-12-2022.



**Lincoln/Duntz 0865**

Jane E. Freedman MD

Director, Division of Cardiovascular Medicine, Physician-in-Chief, Vanderbilt Heart and Vascular Institute, and Gladys Parkinson Stahlman Professor of Cardiovascular Research

Areas of Expertise

- Cardiac Imaging
- Cardiovascular Medicine
- Heart and Vascular

Location

Vanderbilt Heart

1215 21st Avenue South, 5th Floor

Nashville, TN 37232

Programs and Clinics

- Cardiology

Languages

- English

Education

- Doctor of Medicine - Tufts University, 1989
- Internship, Internal Medicine - Massachusetts General Hospital, 1990
- Residency, Internal Medicine - Massachusetts General Hospital, 1991
- Fellowship - Harvard Medical School, 1991
- Cardiology Fellowship - Brigham and Women's Hospital - Harvard Medical School, 1994
- Research Fellow, Medicine - Harvard Medical School, 1994

Board Certifications

- Adult Echocardiography - National Board of Echocardiography, 2013
- Cardiovascular Disease - American Board of Internal Medicine, 2016

==================================================

https://search.vanderbilthealth.com/doctors/freedman-jane *accessed 10-12-2022

# Exhibit I

Barnett Dermatology

# Mohs Micrographic Surgery
## Operative Report

BarnettDermatology.com | 7100 W Camino Real Suite 301, Boca Raton, FL 33433 | (561) 717-2277

Patient Name: Duntz, Matthew Date: 7/20/21 Referring Physician: O N/A ✓ Barnett

Pictures: ✓ Pre-op ✓ Intra-op ✓ Post-op

Tumor Site: L infraorbital cheek Pre-op dx: Sup. BCC Post-op dx: ______ O Same

Indication: ✓ Site ✓ Size ✓ Pathology O Recurrence O Incomplete excision O Indistinct borders O Depth difficult to est.

Recurrence History: ✓ Primary (✓ Recurrent) Allergies: ✓ NKDA O ______

Taking anticoagulants: O No ✓ ASA O NSAID O Coumadin O Plavix O ______

Preoperative Medication: O Meds reviewed & reconciled O N/A O antibiotic O Other ______

Vital Signs (Pre): refer to chart. Pain Score (Pre): ____ /10

Time Out Conducted by ______ at: ______ O AM O PM ✓ Consent obtained

O Verified Correct patient (Name, DOB) O Correct procedure to be conducted ✓ Correct procedure site and side (if applicable)

Equipment/supplies present: Yes No NA Pre-op antiseptic: Alcohol Chlorhexidine Betadine x 3 Lid Scrub

Procedural site is marked by surgeon and verified: O Patient verified O Photo used to verify location

Anesthetic: O 0.5% lidocaine, and 0.25% bupivacaine with 1:200000 epinephrine O Lidocaine 1% with epi 1:100,000

Curettage prior to 1st Mohs Layer: O Yes O No **Skin specimens process for frozen sections**

✓ Patient identifies site mirror

| | Pre-Op Size (cm) | Post-Stage Size (cm) | #Pieces | #Blocks | Anesthesia | Nurse Initials |
|---|---|---|---|---|---|---|
| Stage I | 1.8 x 1.2 | 1.9 x 1.5 | 1 | 1 | 1.0 | YM |
| Stage II | | 2.2 x 2.0 | 1 | 1 | 1.0 | YM |
| Stage III | | 2.4 x 2.1 | 1 | 1 | 1.2 | YM |
| Stage IV | | 3.1 x 2.2 | 1 | 1 | 1.0 | YM |
| Stage V | | 3.4 x 2.5 | 1 | 1 | 0.8 | YM |
| Stage VI | | 4.1 x 2.6 | 1 | 1 | 0.6 | YM |

Perineural Invasion: O yes O no

Depth of defect: O dermis ✓ fat O fascia O muscle O perichondrium O periosteum O cartilage O bone 5.2

**Repair** V-Y flap

Method: O 2nd Intention O Intermediate O Complex ✓ Flap O FTSG O STSG

Anesthetic: O Not needed O 0.5% lidocaine, and 0.25% bupivacaine with 1:200000 epinephrine O Lidocaine 1% with epi 1:100,000

Indication for closure: ✓ Close open wound ✓ extensive undermining ✓ Burow's triangles removed

O lack of local tissue O preserve form/function of ______

Flap Movement: O N/A O Superior O Inferior O Medial O Lateral

Flap Subtype: O Advancement O Rotation O Rhombic O Transposition O Island

Graft: O Full thickness O Split thickness Donor site ______

Undermined: O N/A O fat O above fascia O subgalea O above periosteum

Sutures/Staples: O N/A Deep 5-0 vicryl Skin 5-0 gut

Steristrips applied O No O Yes, over Mastisol O Yes, without Mastisol

Estimated Blood Loss: 2 mL ____ Complications: ✓ No O Yes

Dressing: O Mupirocin/Telfa/Gauze/Tape O Petrolatum O

Condition of Patient: ✓ Satisfactory O Other

Vital Signs (Post): Time ____ : [redacted] Pain Score (Post): ____ /10

Postop Instructions (written & verbal): ✓ patient O spouse O caregiver

Disposition: O Patient was discharged in satisfactory condition.

Medication prescribed: O antibiotic ______ O pain ______

Nurse: ______ Other ______



Length ____ cm; Area ____ cm²

Physician's Signature [signature] Date 7/20/21 Time ____

Form 81 7/16

Lincoln/Duntz 0868

DIANON *Systems*
A LabCorp Company

Department of Dermatopathology

Surgical Pathology number: DC1230901

Pcr | RTE: AFS 954-739-7208 | SEQ: TVDL

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| 146-V26-0265-0 | LC21-1214 | M | 58 Yrs | 1 of 2 |

| Patient Name ***** | Collected |
|---|---|
| DUNTZ, MATTHEW | 05/24/21 |
| **Requesting Physician** | **Received** |
| BARNETT, CHANNING | 05/27/21 |
| **Referring Physician** | **Reported** |
| | 06/03/21 |
| **Clinical Data** | |

**09066742 DIAGNOSTIC REPORT**

Phone: 954-739-7764 Fax: 954-739-7208

**BROWARD MEDICAL LABORATORY**

**181 W.PROSPECT ROAD**
**OAKLAND PARK, FL 33309 FLB16**

## PATHOLOGY CONSULTATION

SPECIMEN A: Shave Biopsy, Right Rib Cage

Signs and Symptoms: Verrucous Plaque & Unevenly Pig Macule

Clinical Diagnosis: Nub

GROSS DESCRIPTION:
Received in formalin is a piece of skin measuring 0.7 x 0.6 x .05 cm which is inked, bisected and submitted in toto in 1 cassette.

MICROSCOPIC DESCRIPTION:
(see description beneath Photomicrograph)

**DIAGNOSIS:**
**LENTIGINOUS JUNCTIONAL MELANOCYTIC NEVUS WITH ARCHITECTURAL DISORDER AND MODERATE CYTOLOGIC ATYPISM OF THE MELANOCYTES. (DYSPLASTIC NEVUS, MODERATE), WITH DEEP ADNEXAL EXTENSION**
**DEEP AND LATERAL MARGINS INVOLVED. SEE COMMENT.**

Comments:
Conservative re-excision is recommended to ensure all the atypical melanocytes are removed. Additional sections stained with hematoxylin and eosin, SOX-10 and Melan-A were reviewed, supporting the diagnosis. THIS CASE WAS REVIEWED AT THE DAILY INTRADEPARTMENTAL CONFERENCE.

## PHOTOMICROGRAPH



Junctional melanocytic nevus with elongated, fused rete ridges and concentric lamellar fibrosis within the underlying papillary dermis. A mild superficial dermal lymphocytic infiltrate is identified. Cytologic atypia is moderate.

SPECIMEN B: Shave Biopsy, Lt Inferior Preauricular Cheek

Signs and Symptoms: Pink Scaling Patch

Clinical Diagnosis: Nub Vs Ak Vs Scc

GROSS DESCRIPTION:
Received in formalin is a piece of skin measuring 0.6 x 0.5 x .05 cm which is inked, bisected and submitted in toto in 1 cassette.

CONTINUED ON NEXT PAGE

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 1-800-328-2666

DIANON *Systems*
A LabCorp Company

Department of Dermatopathology

Surgical Pathology number: DC1230901

**09066742** **DIAGNOSTIC REPORT**



| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| 146-V26-0265-0 | LC21-1214 | M | 58 Yrs | 2 of 2 |

| Patient Name | Collected |
|---|---|
| DUNTZ, MATTHEW ***** | 05/24/21 |
| **Requesting Physician** | **Received** |
| BARNETT, CHANNING | 05/27/21 |
| **Referring Physician** | **Reported** |
| | 06/03/21 |

## PATHOLOGY CONSULTATION (Continued)

MICROSCOPIC DESCRIPTION:

Aggregations of cells with hyperchromatic nuclei, scant cytoplasm, and palisaded peripheral nuclei emanate from the undersurface of the epidermis.

**DIAGNOSIS:**

**BASAL CELL CARCINOMA, SUPERFICIAL TYPE. (ICD10-C44.310)**

ICD-CM CODES.
(I10) D48.5 NEOPLASM OF UNCERTAIN BEHAVIOR OF SKIN
(I10) C44.310 BASAL CELL CARCINOMA SKIN UNSPECIFIED PARTS FACE
TEST CODE(S): 88305(2), 88341, 88342
CPT codes, as published by the AMA, are provided for informational purposes only as the assignment of the CPT codes is the responsibility of the billing party.

Ailing Li

Ailing Li, M.D.

## PERFORMING LABS

Performed by Laboratory Corporation of America®, 5610 W. LaSalle St, Tampa FL 33607, Sean E. Farrier, M.D., Medical Director, 1-800-367-1126

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 1-800-328-2666

# Exhibit J

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | |

## *Consultation Notes*

| | |
|---|---|
| Document Type: | Cath Consult |
| Collected/Entered Date/Time: | 8/4/2021 18:14 EDT |
| Result Status: | Unauth |
| Document Subject: | CA CATH CONSULT. |
| Sign Information: | |

**Report**

BOCA RATON REGIONAL HOSPITAL CARDIAC CATH
DUNTZ, MATTHEW DOB-
ACCT- 2121500594 MRN- 001561221
CI#- 5910081
DATE- 08/04/2021
REFERRING PHYSICIAN-
Ronald M Gabor, MD
PROCEDURES PERFORMED-
Left heart catheterization, left ventriculogram, percutaneous transluminal coronary angioplasty of the diagonal branch, groin closure device.
INDICATION-
Unstable angina.
DIAGNOSTIC PROCEDURE-
A 0.035 J-guidewire was introduced under fluoroscopic guidance via standard percutaneous technique from the right femoral artery. Selective coronary angiography was performed using 6-French left and right catheters in multiple projections.
DIAGNOSTIC FINDINGS-
Left ventriculogram- The LV systolic function in the RAO projection was normal. There were no focal wall motion abnormalities. Estimated left ventricular ejection fraction was 60%. There was no aorta to LV gradient. There was no mitral regurgitation. Left ventricular end-diastolic pressure was 8 mmHg.
Coronary angiogram-
1. Left main- Left main artery is a medium caliber, bifurcating into the LAD and left circumflex arteries. This vessel is angiographically unremarkable.
2. LAD- The LAD has luminal irregularities. The first diagonal branch has a mid 90% stenosis and takeoff of the inferior branch of this vessel.
3. Left circumflex artery- The left circumflex artery is a widely patent stent site in the proximal segment.
4. RCA- RCA is a medium-sized dominant vessel. This vessel has luminal irregularities.
DIAGNOSTIC CONCLUSIONS-

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | | | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | | | |

## *Consultation Notes*

1. Single-vessel coronary artery disease involving the diagonal branch.
2. Patent stent site in the left circumflex.
3. Preserved LV systolic function. No focal wall motion abnormalities. Estimated left ventricular fraction was 60%.

INTERVENTIONAL PROCEDURE-
Adequate anticoagulation was obtained using IV Angiomax. PTCA of the diagonal was performed with a 6-French XB3.5 guide and 180 Asahi Prowater wire to cross the lesion. We pre-dilated with a 2.0 x 20 mm balloon to 12 atmospheres. Given the fact that we got good results, no dissection, and the vessel was a high likelihood of perforation with small stent, we decided to be the stent when pullback. Groin closure device was deployed in the right femoral artery. No complications during the procedure.
Robert V Carida, MD
CARDIOVASCULAR DISEASE
RVC/MODL
D- 08/04/2021 18-14-56 T- 08/04/2021 23-38-14 Job #- 497138/927642730

Read By- ROBERT CARIDA M.D.
Released Date Time- 08/04/21 2344

## History and Physical Reports

| | |
|---|---|
| Document Type: | History and Physical |
| Collected/Entered Date/Time: | 8/3/2021 15:47 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | History and Physical - Admission |
| Sign Information: | DEITSCH,MD,GREGORY LAWRENCE (8/3/2021 15:52 EDT) |

**Date of Service**
08/03/2021

**Chief Complaint**
chest pain

**History of Present Illness**
Wearing 59-year-old male with history of coronary disease status post myocardial infarction, stent to left circumflex last year, hypertension, hypothyroidism and hyperlipidemia presents from his cardiologist's office due to chest pain. He describes chest pressure beginning yesterday evening. Is located left upper chest. Does not radiate. There is some associated diaphoresis and dyspnea. No nausea. Symptoms are intermittent and usually last 5-10 minutes. He denies headache or lightheadedness. No fever or chills.

**Review of Systems**
Constitutional: [No fevers, chills, sweats]
Eye: [No recent visual problems]
ENMT: [No ear pain, nasal congestion, sore throat]
Respiratory: [No shortness of breath, cough]
Cardiovascular: [per hpi]
Gastrointestinal: [No nausea, vomiting, diarrhea]
Genitourinary: [No hematuria]
Hema/Lymph: [Negative for bruising tendency, swollen lymph glands]
Endocrine: [Negative for excessive thirst, excessive hunger]
Musculoskeletal: [No back pain, neck pain, joint pain, muscle pain, decreased range of motion]
Integumentary: [No rash, pruritus, abrasions]
Neurologic: [Alert & oriented X 4]
Psychiatric: [No anxiety, depression]

**Physical Exam**

Vitals & Measurements
**T:** 37.0 °C (Oral) **HR:** 79(Peripheral) **RR:** 18 **BP:** 145/81 **SpO2:** 96% **WT:** 109 kg
General: [Alert and oriented, well nourished, no acute distress].
Eye: [PERRL, EOMI, normal conjunctiva].
HENT: [Normocephalic, normal hearing, moist oral mucosa, no scleral icterus, no sinus tenderness].
Neck: [Supple, non-tender, no carotid bruits, no JVD, no lymphadenopathy].
Lungs: [Clear to auscultation and percussion, non-labored respiration].

**Problem List/Past Medical History**
MI, old

**Procedure/Surgical History**
- Dilation of Coronary Artery, One Artery with Drug-eluting Intraluminal Device, Percutaneous Approach (03/23/2020)
- Fluoroscopy of Left Heart using Low Osmolar Contrast (03/23/2020)
- Fluoroscopy of Multiple Coronary Arteries using Low Osmolar Contrast (03/23/2020)
- Measurement of Cardiac Sampling and Pressure, Left Heart, Percutaneous Approach (03/23/2020)
- Ultrasonography of Right and Left Heart (03/23/2020)
- Melanoma

**Allergies**
No Known Allergies

**Medications**
Inpatient
allopurinol, 100 mg= 1 tab, Oral, Daily
aspirin, 81 mg= 1 tab, Oral, Daily
atorvastatin, 20 mg= 1 tab, Oral, Daily (at bedtime)
ezetimibe, 10 mg= 1 tab, Oral, Mo/We/Fr
levothyroxine, 50 mcg= 1 tab, Oral, Daily
losartan, 12.5 mg= 0.5 tab, Oral, Daily
metoprolol succinate ER, 12.5 mg= 0.5 tab, Oral, Daily
Nitrostat, 0.4 mg= 1 tab, SL, every 5 min, PRN
Home
allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily
Aspirin Low Dose 81 mg oral delayed release tablet, 81 mg= 1 tab, Oral, Daily

Cardiovascular: [Normal rate, regular rhythm, no murmur, gallop or edema, capillary refill normal, peripheral pulses present].
Abdomen: [Soft, non-tender, non-distended, normal bowel sounds, no masses].
Musculoskeletal: [Normal range of motion and strength, no tenderness or swelling].
Skin: [Skin is warm, dry and pink, no rashes or lesions].
Neurologic: [Awake, alert, and oriented X3, CN II-XII intact].
Psychiatric: [Cooperative, appropriate mood and affect].

**Impression**
Chest pain
Coronary disease
Hypertension
Hypothyroidism
Hyperlipidemia

Place patient on telemetry for observation
Clarify home medications and continue
Trend cardiac enzymes
Consult patient's cardiologist
Plan of care discussed with patient in detail

**Advanced Care Plan**

I confirmed that the patient's Advance Care Plan is present, code status is documented, or surrogate decision maker is listed in the patient's medical record. [SATISFIES MIPS PERFORMANCE]

**Documentation of Current Medications in the Medical Record**

I have utilized all available immediate resources to obtain, update, or review the patient's current medications. [SATISFIES MIPS PERFORMANCE]

ezetimibe 10 mg oral tablet, 10 mg= 1 tab, Oral, Mo/We/Fr
irbesartan 75 mg oral tablet, 37.5 mg= 0.5 tab, Oral, Daily
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
Metoprolol Succinate ER 25 mg oral tablet, extended release, 12.5 mg= 0.5 tab, Oral, Daily
mupirocin 2% topical ointment, 1 app, Topical, TID
simvastatin 40 mg oral tablet, 40 mg= 1 tab, Oral, Daily (at bedtime)

**Social History**
Alcohol
Current user, Occasional Use
Substance Use
Denies
Tobacco
Smoking tobacco use: Never (less than 100 in lifetime). N/A Smoking Cessation Education. N/A Education on Smoking Cessation Programs.

**Family History**
reviewed and not pertinent to hpi

**Lab Results (Last 24 Hours)**

| Hematology | Chemistry |
|---|---|
| White Cell Count: 5.4 K/mcL (08/03/21 11:28:00) | Sodium Level: 136 mmol/L Low (08/03/21 11:28:00) |
| Red Cell Count: 4.81 x10^6/mcL (08/03/21 11:28:0 | Potassium Level: 4.4 mmol/L (08/03/21 11:28:0 |

| | |
|---|---|
| 0) | 0) |
| Hemoglobin: 15.4 g/dL (08/03/21 11:28:00) | Chloride Level: 106 mmol/L (08/03/21 11:28:00) |
| Hematocrit: 43.3 % (08/03/21 11:28:00) | CO2: 26 mmol/L (08/03/21 11:28:00) |
| Platelet Count: 190 K/mcL (08/03/21 11:28:00) | Glucose Level: 120 mg/dL High (08/03/21 11:28:00) |
| MCV: 90 fL (08/03/21 11:28:00) | BUN: 14 mg/dL (08/03/21 11:28:00) |
| MCH: 32 pg High (08/03/21 11:28:00) | Creatinine: 0.9 mg/dL (08/03/21 11:28:00) |
| MCHC: 35.6 g/dL (08/03/21 11:28:00) | GFR, African American: >60 mL/min/1.73 m2 (08/03/21 11:28:0 |
| RDW: 11.7 % (08/03/21 | |

| | |
|---|---|
| 11:28:00) Nucleated RBCs: 0 /100(WBCs) (08/03/21 11:28:00) Absolute Nucleated RBC Count: 0 x10^3/mcL (08/03/21 11:28:00) Granulocytes: 64 % (08/03/21 11:28:00) Immature Granulocytes: 0 % (08/03/21 11:28:00) Lymphocytes: 29 % (08/03/21 11:28:00) Monocytes: 6 % (08/03/ | 0) GFR, Non African American: >60 mL/min /1.73 m2 (08/03/21 11:28:00) Calcium Level: 9.1 mg/dL (08/03/21 11:28:00) Pro-Brain Natriuretic: 68 pg/mL (08/03/21 11:28:00) Cholesterol.: 96 mg/dL (08/03/21 11:28:00) HDL: 45 mg/dL (08/03/21 11:28:00) LDL (Calculated): 28 |

21 11:28:00)
Eosinophil: 1 % (08/03/21 11:28:00)
Basophil: 0 % (08/03/21 11:28:00)
Absolute Neutrophil Count: 3.4 x10^3/mcL (08/03/21 11:28:00)
Absolute Immature Granulocyte Count: 0 x10^3/mcL (08/03/21 11:28:00)
Absolute Lymphocyte Count: 1.6 x10^3/mcL (08/03/21

mg/dL (08/03/21 11:28:00)
Triglyceride.: 117 mg/dL (08/03/21 11:28:00)
Creatinine Kinase: 117 IntlUnit/L (08/03/21 11:28:00)
CKMB Fraction: <1 ng/mL (08/03/21 11:28:00)
Troponin I: <0.015 ng/mL (08/03/21 11:28:00)

11:28:00) Absolute Monocyte Count: 0.34 x10^3/mcL (08/03/21 11:28:00) Absolute Eosinophyl Count: 0.04 x10^3/mcL Low (08/03/21 11:28:00) Absolute Basophil Count: 0 x10^3/mcL (08/03/21 11:28:00) Differential Type: AUTOMATED DIFF PERFORMED (08/03/21 11:28:00)

Coagula
tion/Thr
ombosis
PT: 12.9
seconds
(08/03/
21
11:28:0
0)
INR: 1
(08/03/
21
11:28:0
0)
PTT:
25.6
seconds
(08/03/
21
11:28:0
0)

**Imaging Results (Last 24 Hours)**
XR Chest Portable 1 View

08/03/21 13:35:00
BOCA RATON REGIONAL HOSPITAL MATTHEW
DUNTZ
MRN:001561221 ACCT:2121500594
DOB:07/06/1962 CI#:0005908581
COLLECTED DT/TM:08/03/2021 13:35
Chest x-ray

History- Chest pain

Findings-
Heart normal size.
Mediastinal contour normal.
Lungs clear of confluent parenchymal
infiltrate.
No pleural effusion.
No pneumothorax.

Impression-
Normal chest x-ray.
_Authenticated and electronically signed by-

Yale Pollak
Electronically signed- 8/3/2021 1-55 PM

Read By- YALE D POLLAK M.D.
Released Date Time- 08/03/21 1357

Signed By: Pollak, MD, Yale D

**Advance Directive**
Not yet documented

**Code Status**
Full Code

Electronically Signed on 08/03/2021 15:52

DEITSCH, MD, GREGORY LAWRENCE

## *Consultation Notes*

| | |
|---|---|
| Document Type: | Consultation Note Generic |
| Collected/Entered Date/Time: | 8/4/2021 17:46 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Consult Note |
| Sign Information: | CARIDA,MD,ROBERT II (8/5/2021 18:32 EDT) |

**Consult Note**

BOCA RATON REGIONAL HOSPITAL CONSULT NOTE
DUNTZ, MATTHEW DOB:
ACCT: 2121500594 MRN: 001561221

DATE OF CONSULTATION: 08/04/2021

REASON FOR CONSULTATION:
Cardiac catheterization.

HISTORY OF PRESENT ILLNESS:
Mr. Duntz is a 59-year-old gentleman with a past medical history significant for coronary artery disease, MI, hypertension, and hyperlipidemia. He had a non-STEMI in 2020. He had proximal LAD disease and PCI of the vessel. Two days prior to admission, he started developing chest discomfort at rest associated with diaphoresis and the condition is extremely stress. He was seen at Dr. Philips' office. He was admitted and he ruled out for myocardial infarction with serial EKGs and cardiac enzymes and was referred for cardiac catheterization.

PAST MEDICAL/SURGICAL HISTORY:
Coronary artery disease, MI, hypertension, hyperlipidemia, hypothyroidism, doubt melanoma.

MEDICATIONS:
Allopurinol, aspirin, Zetia, irbesartan, Synthroid, metoprolol, simvastatin.

ALLERGIES:
NO KNOWN DRUG ALLERGIES.

FAMILY HISTORY:
Noncontributory.

## *Consultation Notes*

SOCIAL HISTORY:
Nondrinker and nonsmoker.

REVIEW OF SYSTEMS:
GENERAL: No fever, weight loss, weight gain, or night sweats. HEENT: No difficulty with hearing, epistaxis, vertigo, cataracts, glaucoma, or difficulty with vision. SKIN: No rashes or itching. PULMONARY: No shortness of breath, cough, sputum, or hemoptysis. GI: No ulcers, nausea, vomiting, diarrhea, constipation, GERD, hematemesis, hematochezia, or change in bowel habits. NEUROLOGIC: No seizure, numbness, weakness, or tremors. ENDOCRINE: No cold or heat intolerance, diabetes, or excessive thirst. HEMATOLOGIC: No bruising or easy bleeding disorders. MUSCULOSKELETAL: No arthritis or gout.

PHYSICAL EXAMINATION:
GENERAL: Well-appearing man, in no acute distress. VITAL SIGNS: Heart rate is 72, blood pressure 130/70. HEENT: Normocephalic and atraumatic. Anicteric. No jugular venous distention. Carotid upstrokes are normal without any bruits. LUNGS: Clear. CARDIAC: PMI nondisplaced. Rhythm regular. Normal S1. Physiologically split second heart sound. No appreciable gallops or murmurs. ABDOMEN: Soft, nontender. Normoactive bowel sounds. EXTREMITIES: Without edema.

LABORATORY DATA:
White count is 5.4, hemoglobin 15.4, hematocrit 43.3, platelet count 190,000. PT 12.9, INR 1.0, PTT is 25.6. Sodium 136, potassium 4.4, chloride 106, bicarb 26, BUN 14, creatinine 0.9. Troponin I is less than 0.015 x3. EKG shows normal sinus rhythm with incomplete right bundle-branch block, nonspecific ST-T wave changes.

Chest x-ray, no acute cardiopulmonary disease.

IMPRESSION AND PLAN:
1. Unstable angina.
2. Coronary artery disease.
3. History of percutaneous coronary intervention of his left circumflex in the setting of non-ST-segment elevation myocardial infarction.
4. Hypertension.
5. Hyperlipidemia.

## *Consultation Notes*

The patient has resting angina, feeling like his old MI symptoms when he had PCI of the left circumflex artery, he was admitted, he is medically treated and is pain free. Ruled out for myocardial infarction. He is undergoing cardiac catheterization for risk stratification. Further recommendations pending outcome of this procedure.

Dictated By: Robert V Carida, MD

RVC/MODL
D: 08/04/2021 17:46:43 T: 08/04/2021 23:23:25 Job #: 497120/927638923

Electronically Signed on 08/05/2021 18:32

CARIDA, MD, ROBERT II

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | |
|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | |
| Date of Birth: | Age: 59 years | | Gender: | Male |
| MRN: | 001561221 | | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | | |

## *Consultation Notes*

| | |
|---|---|
| Document Type: | Consultation Note Generic |
| Collected/Entered Date/Time: | 8/4/2021 07:44 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Consultation Note - cardiology |
| Sign Information: | GABOR,MD,RONALD M (8/4/2021 07:57 EDT) |

**Date of Service**
08/04/2021

**Chief Complaint**
chest pain

**Reason for Consultation**
angina

**Requesting Physician**
Glauser

**History of Present Illness**
59-year-old male history of CAD, non STEMI March 2020 with single-vessel disease 110 proximal left circumflex status post PCI. He is hypothyroid hyperlipidemia benign positional vertigo and gout.

History of recent chest discomfort occurring under stress 2 days ago at home lasting for about 2 hours associated with sweating occurring during intense emotional stress. Symptoms are unlike his presentation for MI a urine half ago but similar to how he felt in the cath lab what his stent was being deployed. He came to see Dr. fields in the office yesterday and proceed to have another episode of chest discomfort with diaphoresis yesterday. His EKG was normal and he was sent to Boca Regional by ambulance for admission and management of presumed unstable angina.

He did undergo recent resection of a benign tumor his left gets about 2 weeks ago

He has a history of melanoma status post resection

**Review of Systems**
Constitutional: [No fevers, chills, sweats]
Eye: [No recent visual problems]
ENMT: [No ear pain, nasal congestion, sore throat]
Respiratory: [No shortness of breath, cough]
Cardiovascular: [No Chest pain, palpitations, syncope]
Gastrointestinal: [No nausea, vomiting, diarrhea]
Genitourinary: [No hematuria]

**Physical Exam**

Vitals & Measurements
**T:** 36.6 °C (Oral) **TMIN:** 36.6 °C (Oral) **TMAX:** 37.0 °C (Oral) **HR:** 66(Peripheral)
**RR:** 18 **BP:** 105/67 **SpO2:** 97% **WT:** 103.6 kg

**Problem List/Past Medical History**
MI, old
Melanoma
Hypothyroidism
Hyperlipidemia
Gout

**Procedure/Surgical History**
- Dilation of Coronary Artery, One Artery with Drug-eluting Intraluminal Device, Percutaneous Approach (03/23/2020)
- Fluoroscopy of Left Heart using Low Osmolar Contrast (03/23/2020)
- Fluoroscopy of Multiple Coronary Arteries using Low Osmolar Contrast (03/23/2020)
- Measurement of Cardiac Sampling and Pressure, Left Heart, Percutaneous Approach (03/23/2020)
- Ultrasonography of Right and Left Heart (03/23/2020)
- Melanoma

Lymph node resection left axilla 2007

**Medications**
Inpatient
allopurinol, 100 mg= 1 tab, Oral, Daily
aspirin, 81 mg= 1 tab, Oral, Daily
atorvastatin, 20 mg= 1 tab, Oral, Daily (at bedtime)
ezetimibe, 10 mg= 1 tab, Oral, Mo/We/Fr
levothyroxine, 50 mcg= 1 tab, Oral, Daily
losartan, 12.5 mg= 0.5 tab, Oral, Daily
metoprolol succinate ER, 12.5 mg= 0.5 tab, Oral, Daily
Nitrostat, 0.4 mg= 1 tab, SL, every 5 min, PRN
Home
allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily

## *Consultation Notes*

**General:** Alert and oriented, well nourished, no acute distress.
**Eye:** PERRL, EOMI, normal conjunctiva.
**HENT:** Normocephalic, clear tympanic membranes, normal hearing, moist oral mucosa, no scleral icterus, no sinus tenderness.
**Neck:** Supple, non-tender, no carotid bruits, no JVD, no lymphadenopathy.
**Lungs:** Clear to auscultation and percussion, non-labored respiration.
**Heart:** Normal rate, regular rhythm, no murmur, gallop or edema.
**Abdomen:** Soft, non-tender, non-distended, normal bowel sounds, no masses.
**Musculoskeletal:** Normal range of motion and strength, no tenderness or swelling.
**Skin:** Skin is warm, dry and pink, no rashes or lesions.
**Neurologic:** Awake, alert, and oriented X3, CN II-XII intact.
**Psychiatric:** Cooperative, appropriate mood and affect.

EKG August 3, 2021 normal sinus rhythm at 74 beats per minute. Within normal limits.

**Impressions**
59-year-old man with a history of CAD, left circumflex PCI in March 2020. Hyperlipidemia, gout melanoma. Recently with increased personal emotional stress. Prolonged chest pain for about an hour with diaphoresis on Monday. Saw Dr. fields on Tuesday. Stable EKG unchanged. Recurrent episode of chest discomfort and diaphoresis in office. Sent to Boca Regional ER. Troponins negative. Renal function okay. Hemodynamically stable. Troponins are negative x3. EKG remains normal. LDL excellent at 28

Recommendation is for coronary angiography to assess patency of the previously placed left circumflex stent. Patient agreeable.

Keep NPO.

Start IV fluids. Discussed the case with Dr. Robert Carida who will do procedure today.

**Assessment/Plan**
1. Unstable angina
2. Acute chest pain
3. Hyperglycemia
4. History of ST elevation myocardial infarction (STEMI)
5. History of coronary artery stent placement
Orders:
Consult to Interventional Cardiology
NPO Diet

Aspirin Low Dose 81 mg oral delayed release tablet, 81 mg= 1 tab, Oral, Daily
ezetimibe 10 mg oral tablet, 10 mg= 1 tab, Oral, Mo/We/Fr
irbesartan 75 mg oral tablet, 37.5 mg= 0.5 tab, Oral, Daily
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
Metoprolol Succinate ER 25 mg oral tablet, extended release, 12.5 mg= 0.5 tab, Oral, Daily
mupirocin 2% topical ointment, 1 app, Topical, TID
simvastatin 40 mg oral tablet, 40 mg= 1 tab, Oral, Daily (at bedtime)

**Allergies**
No Known Allergies

**Social History**
Alcohol
Current user, Occasional Use
Substance Use
Denies
Tobacco
Smoking tobacco use: Never (less than 100 in lifetime). N/A Smoking Cessation Education. N/A Education on Smoking Cessation Programs.

**Lab Results (Last 24 Hours)**
White Cell Count: 5.4 K/mcL (08/03/21 11:28:00)
Red Cell Count: 4.81 x10^6/mcL (08/03/21 11:28:00)
Hemoglobin: 15.4 g/dL (08/03/21 11:28:00)
Hematocrit: 43.3 % (08/03/21 11:28:00)
Platelet Count: 190 K/mcL (08/03/21 11:28:00)
MCV: 90 fL (08/03/21 11:28:00)
MCH: 32 pg High (08/03/21 11:28:00)
MCHC: 35.6 g/dL (08/03/21 11:28:00)
RDW: 11.7 % (08/03/21 11:28:00)
Nucleated RBCs: 0 /100(WBCs) (08/03/21 11:28:00)
Absolute Nucleated RBC Count: 0 x10^3/mcL (08/03/21 11:28:00)
Granulocytes: 64 % (08/03/21 11:28:00)

## Consultation Notes

Immature Granulocytes: 0 % (08/03/21 11:28:00)
Lymphocytes: 29 % (08/03/21 11:28:00)
Monocytes: 6 % (08/03/21 11:28:00)
Eosinophil: 1 % (08/03/21 11:28:00)
Basophil: 0 % (08/03/21 11:28:00)
Absolute Neutrophil Count: 3.4 x10^3/mcL (08/03/21 11:28:00)
Absolute Immature Granulocyte Count: 0 x10^3/mcL (08/03/21 11:28:00)
Absolute Lymphocyte Count: 1.6 x10^3/mcL (08/03/21 11:28:00)
Absolute Monocyte Count: 0.34 x10^3/mcL (08/03/21 11:28:00)
Absolute Eosinophyl Count: 0.04 x10^3/mcL Low (08/03/21 11:28:00)
Absolute Basophil Count: 0 x10^3/mcL (08/03/21 11:28:00)
Differential Type: AUTOMATED DIFF PERFORMED (08/03/21 11:28:00)
PT: 12.9 seconds (08/03/21 11:28:00)
INR: 1 (08/03/21 11:28:00)
PTT: 25.6 seconds (08/03/21 11:28:00)
Sodium Level: 136 mmol/L Low (08/03/21 11:28:00)
Potassium Level: 4.4 mmol/L (08/03/21 11:28:00)
Chloride Level: 106 mmol/L (08/03/21 11:28:00)
CO2: 26 mmol/L (08/03/21 11:28:00)
Glucose Level: 120 mg/dL High (08/03/21 11:28:00)
BUN: 14 mg/dL (08/03/21 11:28:00)
Creatinine: 0.9 mg/dL (08/03/21 11:28:00)
GFR, African American: >60 mL/min/1.73 m2 (08/03/21 11:28:00)
GFR, Non African American: >60 mL/min/1.73 m2 (08/03/21 11:28:00)
Calcium Level: 9.1 mg/dL (08/03/21 11:28:00)
Pro-Brain Natriuretic: 68 pg/mL (08/03/21 11:28:00)
Cholesterol.: 96 mg/dL (08/03/21 11:28:00)
HDL: 45 mg/dL (08/03/21 11:28:00)
LDL (Calculated): 28 mg/dL (08/03/21 11:28:00)
Triglyceride.: 117 mg/dL (08/03/21 11:28:00)
Creatinine Kinase: 117 IntlUnit/L (08/03/21

## *Consultation Notes*

11:28:00)
CKMB Fraction: <1 ng/mL (08/03/21 11:28:00)
Troponin I: <0.015 ng/mL (08/03/21 21:24:00)
Troponin I: <0.015 ng/mL (08/03/21 19:42:00)
CoV-2 Specimen Source: NASAL (08/03/21 14:54:00)
Coronavirus CoV-2 PCR.: COVID-19 NEGATIVE by PCR (08/03/21 14:54:00)
First Test: Yes (08/03/21 14:54:00)
Employed in Healthcare: No (08/03/21 14:54:00)
Symptomatic as defined by CDC: No (08/03/21 14:54:00)
Date of Onset: Unknown (08/03/21 14:54:00)
Hospitalized: Yes (08/03/21 14:54:00)
ICU: No (08/03/21 14:54:00)
Resides in congregate care set: Unknown (08/03/21 14:54:00)
Pregnant.: Not Pregnant (08/03/21 14:54:00)
Student, Teacher or Other: No (08/03/21 14:54:00)

**Imaging Results (Last 24 Hours)**
XR Chest Portable 1 View

08/03/21 13:35:00
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2121500594
DOB:07/06/1962 CI#:0005908581
COLLECTED DT/TM:08/03/2021 13:35
Chest x-ray

History- Chest pain

Findings-
Heart normal size.
Mediastinal contour normal.
Lungs clear of confluent parenchymal infiltrate.
No pleural effusion.
No pneumothorax.

Impression-
Normal chest x-ray.

_Authenticated and electronically signed by-
Yale Pollak
Electronically signed- 8/3/2021 1-55 PM

Read By- YALE D POLLAK M.D.
Released Date Time- 08/03/21 1357

Signed By: Pollak, MD, Yale D

**Advance Directive**
Advance Directive:No - - 08/03/2021 19:09

**Code Status**
Full Code

Electronically Signed on 08/04/2021 07:57

GABOR, MD, RONALD M

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | |
|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | |
| Date of Birth: | | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | | |

## *Discharge Documentation*

| | |
|---|---|
| Document Type: | Discharge Summary |
| Collected/Entered Date/Time: | 8/5/2021 11:32 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Discharge Summary |
| Sign Information: | JOHNSON,MD,SHAWNTIRA (9/13/2021 05:51 EDT) |

**Admit Date**
8/3/2021

**Discharge Date**
8/5/2021

**Subjective at Discharge**
Improved

**Physical Exam at Time of Discharge**

Vitals & Measurements
**T:** 36.8 °C (Oral) **TMIN:** 36.3 °C (Oral) **TMAX:** 36.8 °C (Oral) **HR:** 87(Peripheral) **RR:** 17 **BP:** 122/76 **BP:** 117/74(Sitting)
**SpO2:** 97%
General: [Alert and oriented, well nourished, no acute distress].
Eye: [PERRL, EOMI, normal conjunctiva].
HENT: [Normocephalic, clear tympanic membranes, normal hearing, moist oral mucosa, no scleral icterus, no sinus tenderness].
Neck: [Supple, non-tender, no carotid bruits, no JVD, no lymphadenopathy].
Lungs: [Clear to auscultation and percussion, non-labored respiration].
Cardiovascular: [Normal rate, regular rhythm, no murmur, gallop or edema, capillary refill normal, peripheral pulses present].
Abdomen: [Soft, non-tender, non-distended, normal bowel sounds, no masses].
Musculoskeletal: [Normal range of motion and strength, no tenderness or swelling].
Skin: [Skin is warm, dry and pink, no rashes or lesions].
Neurologic: [Awake, alert, and oriented X3, CN II-XII intact].
Psychiatric: [Cooperative, appropriate mood and affect].

**Procedures**
Catheterization

**Discharge Diagnoses**
1. Unstable angina
2. Acute chest pain
3. Hyperglycemia
4. History of ST elevation myocardial infarction (STEMI)
5. History of coronary artery stent placement

Orders:
atorvastatin, 40 mg = 1 tab, Oral, Daily, # 30 tab, 0 Refill(s), 187, cm, 08/03/21 19:14:00 EDT, Height/Length Measured, 103.6, kg, 08/03/21 19:14:00 EDT, Weight Dosing
clopidogrel, 75 mg = 1 tab, Oral, Daily, # 30 tab, 0 Refill(s), 187, cm, 08/03/21 19:14:00 EDT, Height/Length Measured, 103.6, kg, 08/03/21 19:14:00 EDT, Weight Dosing
Discharge Activity Restrictions
Discharge Diet Instruction

## *Discharge Documentation*

Discharge Patient

**Hospital Course**
Patient admitted for chest pain had a cardiac catheterization which required a PCI. Patient discharged on dual anti-platelet therapy with cardiology follow-up.

**Discharge Medications**
Home
allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily
Aspirin Low Dose 81 mg oral delayed release tablet, 81 mg= 1 tab, Oral, Daily
atorvastatin 40 mg oral tablet, 40 mg= 1 tab, Oral, Daily
ezetimibe 10 mg oral tablet, 10 mg= 1 tab, Oral, Mo/We/Fr
irbesartan 75 mg oral tablet, 37.5 mg= 0.5 tab, Oral, Daily
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
Metoprolol Succinate ER 25 mg oral tablet, extended release, 12.5 mg= 0.5 tab, Oral, Daily
mupirocin 2% topical ointment, 1 app, Topical, TID
Plavix 75 mg oral tablet, 75 mg= 1 tab, Oral, Daily

**Consults**
Interventional Cardiology

**Studies**
EKG
Chest x-ray
Cardiac catheterization

**Pending Labs and Studies**
None

**Condition on Discharge**
Improved

**Discharge Disposition**
Home

**Discharge Diet**
Cardiac

**Discharge Instructions and Follow up**
PCP and cardiology

Electronically Signed on 09/13/2021 05:51

JOHNSON, MD, SHAWNTIRA

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | | | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | | | |

## *Consultation Notes*

| | |
|---|---|
| Document Type: | Cath Consult |
| Collected/Entered Date/Time: | 8/4/2021 18:14 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | CA CATH CONSULT. |
| Sign Information: | CARIDA,MD,ROBERT II (8/5/2021 18:32 EDT) |

**Report**
BOCA RATON REGIONAL HOSPITAL CARDIAC CATH
DUNTZ, MATTHEW DOB-
ACCT- 2121500594 MRN- 001561221
CI#- 5910081
DATE- 08/04/2021
REFERRING PHYSICIAN-
Ronald M Gabor, MD
PROCEDURES PERFORMED-
Left heart catheterization, left ventriculogram, percutaneous transluminal coronary angioplasty of the diagonal branch, groin closure device.
INDICATION-
Unstable angina.
DIAGNOSTIC PROCEDURE-
A 0.035 J-guidewire was introduced under fluoroscopic guidance via standard percutaneous technique from the right femoral artery. Selective coronary angiography was performed using 6-French left and right catheters in multiple projections.
DIAGNOSTIC FINDINGS-
Left ventriculogram- The LV systolic function in the RAO projection was normal. There were no focal wall motion abnormalities. Estimated left ventricular ejection fraction was 60%. There was no aorta to LV gradient. There was no mitral regurgitation. Left ventricular end-diastolic pressure was 8 mmHg.
Coronary angiogram-
1. Left main- Left main artery is a medium caliber, bifurcating into the LAD and left circumflex arteries. This vessel is angiographically unremarkable.
2. LAD- The LAD has luminal irregularities. The first diagonal branch has a mid 90% stenosis and takeoff of the inferior branch of this vessel.
3. Left circumflex artery- The left circumflex artery is a widely patent stent site in the proximal segment.
4. RCA- RCA is a medium-sized dominant vessel. This vessel has luminal irregularities.
DIAGNOSTIC CONCLUSIONS-

## *Consultation Notes*

1. Single-vessel coronary artery disease involving the diagonal branch.
2. Patent stent site in the left circumflex.
3. Preserved LV systolic function. No focal wall motion abnormalities. Estimated left ventricular fraction was 60%.

INTERVENTIONAL PROCEDURE-
Adequate anticoagulation was obtained using IV Angiomax. PTCA of the diagonal was performed with a 6-French XB3.5 guide and 180 Asahi Prowater wire to cross the lesion. We pre-dilated with a 2.0 x 20 mm balloon to 12 atmospheres. Given the fact that we got good results, no dissection, and the vessel was a high likelihood of perforation with small stent, we decided to be the stent when pullback. Groin closure device was deployed in the right femoral artery. No complications during the procedure.

Robert V Carida, MD
CARDIOVASCULAR DISEASE
RVC/MODL
D- 08/04/2021 18-14-56 T- 08/04/2021 23-38-14 Job #-
497138/927642730

Read By- ROBERT CARIDA M.D.
Released Date Time- 08/04/21 2344

Electronically Signed on 08/05/2021 18:32

CARIDA, MD, ROBERT II