Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | |

## *Diagnostic Radiology*

| | |
|---|---|
| Document Type: | XR Chest Portable 1 View |
| Collected/Entered Date/Time: | 8/3/2021 13:35 EDT |
| Result Status: | Modified |
| Document Subject: | HXR CHEST PORTABLE 1 VIEW |
| Sign Information: | |

**Report**
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2121500594 DOB:( CI#:0005908581
COLLECTED DT/TM:08/03/2021 13:35
Chest x-ray

History- Chest pain

Findings-
Heart normal size.
Mediastinal contour normal.
Lungs clear of confluent parenchymal infiltrate.
No pleural effusion.
No pneumothorax.

Impression-
Normal chest x-ray.

-Authenticated and electronically signed by- Yale Pollak
Electronically signed- 8/3/2021 1-55 PM

Read By- YALE D POLLAK M.D.
Released Date Time- 08/03/21 1357

**URL**
https://crv.brch.com/EMR/EventInterface.asp?fun=ShowStudy&forLoginName=web&forAccession=5908581&forPatientPublicID=001561221 HNAM URL



EXHIBIT
3, part 3

**Lincoln/Duntz 0894**

## History and Physical Reports

| | |
|---|---|
| Document Type: | History and Physical |
| Collected/Entered Date/Time: | 8/3/2021 15:47 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | History and Physical - Admission |
| Sign Information: | DEITSCH,MD,GREGORY LAWRENCE (8/3/2021 15:52 EDT) |

**Date of Service**
08/03/2021

**Chief Complaint**
chest pain

**History of Present Illness**
Wearing 59-year-old male with history of coronary disease status post myocardial infarction, stent to left circumflex last year, hypertension, hypothyroidism and hyperlipidemia presents from his cardiologist's office due to chest pain. He describes chest pressure beginning yesterday evening. Is located left upper chest. Does not radiate. There is some associated diaphoresis and dyspnea. No nausea. Symptoms are intermittent and usually last 5-10 minutes. He denies headache or lightheadedness. No fever or chills.

**Review of Systems**
Constitutional: [No fevers, chills, sweats]
Eye: [No recent visual problems]
ENMT: [No ear pain, nasal congestion, sore throat]
Respiratory: [No shortness of breath, cough]
Cardiovascular: [per hpi]
Gastrointestinal: [No nausea, vomiting, diarrhea]
Genitourinary: [No hematuria]
Hema/Lymph: [Negative for bruising tendency, swollen lymph glands]
Endocrine: [Negative for excessive thirst, excessive hunger]
Musculoskeletal: [No back pain, neck pain, joint pain, muscle pain, decreased range of motion]
Integumentary: [No rash, pruritus, abrasions]
Neurologic: [Alert & oriented X 4]
Psychiatric: [No anxiety, depression]

**Physical Exam**

Vitals & Measurements
**T:** 37.0 °C (Oral) **HR:** 79(Peripheral) **RR:** 18 **BP:** 145/81 **SpO2:** 96% **WT:** 109 kg
General: [Alert and oriented, well nourished, no acute distress].
Eye: [PERRL, EOMI, normal conjunctiva].
HENT: [Normocephalic, normal hearing, moist oral mucosa, no scleral icterus, no sinus tenderness].
Neck: [Supple, non-tender, no carotid bruits, no JVD, no lymphadenopathy].
Lungs: [Clear to auscultation and percussion, non-labored respiration].

**Problem List/Past Medical History**
MI, old

**Procedure/Surgical History**
- Dilation of Coronary Artery, One Artery with Drug-eluting Intraluminal Device, Percutaneous Approach (03/23/2020)
- Fluoroscopy of Left Heart using Low Osmolar Contrast (03/23/2020)
- Fluoroscopy of Multiple Coronary Arteries using Low Osmolar Contrast (03/23/2020)
- Measurement of Cardiac Sampling and Pressure, Left Heart, Percutaneous Approach (03/23/2020)
- Ultrasonography of Right and Left Heart (03/23/2020)
- Melanoma

**Allergies**
No Known Allergies

**Medications**
Inpatient
allopurinol, 100 mg= 1 tab, Oral, Daily
aspirin, 81 mg= 1 tab, Oral, Daily
atorvastatin, 20 mg= 1 tab, Oral, Daily (at bedtime)
ezetimibe, 10 mg= 1 tab, Oral, Mo/We/Fr
levothyroxine, 50 mcg= 1 tab, Oral, Daily
losartan, 12.5 mg= 0.5 tab, Oral, Daily
metoprolol succinate ER, 12.5 mg= 0.5 tab, Oral, Daily
Nitrostat, 0.4 mg= 1 tab, SL, every 5 min, PRN
Home
allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily
Aspirin Low Dose 81 mg oral delayed release tablet, 81 mg= 1 tab, Oral, Daily

Cardiovascular: [Normal rate, regular rhythm, no murmur, gallop or edema, capillary refill normal, peripheral pulses present].
Abdomen: [Soft, non-tender, non-distended, normal bowel sounds, no masses].
Musculoskeletal: [Normal range of motion and strength, no tenderness or swelling].
Skin: [Skin is warm, dry and pink, no rashes or lesions].
Neurologic: [Awake, alert, and oriented X3, CN II-XII intact].
Psychiatric: [Cooperative, appropriate mood and affect].

**Impression**
Chest pain
Coronary disease
Hypertension
Hypothyroidism
Hyperlipidemia

Place patient on telemetry for observation
Clarify home medications and continue
Trend cardiac enzymes
Consult patient's cardiologist
Plan of care discussed with patient in detail

**Advanced Care Plan**

I confirmed that the patient's Advance Care Plan is present, code status is documented, or surrogate decision maker is listed in the patient's medical record. [SATISFIES MIPS PERFORMANCE]

**Documentation of Current Medications in the Medical Record**

I have utilized all available immediate resources to obtain, update, or review the patient's current medications. [SATISFIES MIPS PERFORMANCE]

ezetimibe 10 mg oral tablet, 10 mg= 1 tab, Oral, Mo/We/Fr
irbesartan 75 mg oral tablet, 37.5 mg= 0.5 tab, Oral, Daily
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
Metoprolol Succinate ER 25 mg oral tablet, extended release, 12.5 mg= 0.5 tab, Oral, Daily
mupirocin 2% topical ointment, 1 app, Topical, TID
simvastatin 40 mg oral tablet, 40 mg= 1 tab, Oral, Daily (at bedtime)

**Social History**
Alcohol
Current user, Occasional Use
Substance Use
Denies
Tobacco
Smoking tobacco use: Never (less than 100 in lifetime). N/A Smoking Cessation Education. N/A Education on Smoking Cessation Programs.

**Family History**
reviewed and not pertinent to hpi

**Lab Results (Last 24 Hours)**

| Hematology | Chemistry |
|---|---|
| White Cell Count: 5.4 K/mcL (08/03/21 11:28:00) | Sodium Level: 136 mmol/L Low (08/03/21 11:28:00) |
| Red Cell Count: 4.81 x10^6/mcL (08/03/21 11:28:0 | Potassium Level: 4.4 mmol/L (08/03/21 11:28:0 |

## History and Physical Reports

| | |
|---|---|
| 0) | 0) |
| Hemoglobin: 15.4 g/dL (08/03/21 11:28:00) | Chloride Level: 106 mmol/L (08/03/21 11:28:00) |
| Hematocrit: 43.3 % (08/03/21 11:28:00) | CO2: 26 mmol/L (08/03/21 11:28:00) |
| Platelet. Count: 190 K/mcL (08/03/21 11:28:00) | Glucose Level: 120 mg/dL High (08/03/21 11:28:00) |
| MCV: 90 fL (08/03/21 11:28:00) | BUN: 14 mg/dL (08/03/21 11:28:00) |
| MCH: 32 pg High (08/03/21 11:28:00) | Creatinine: 0.9 mg/dL (08/03/21 11:28:00) |
| MCHC: 35.6 g/dL (08/03/21 11:28:00) | GFR, African American: >60 mL/min/1.73 m2 (08/03/21 11:28:0 |
| RDW: 11.7 % (08/03/21 | |

## *History and Physical Reports*

| | |
|---|---|
| 11:28:00) Nucleated RBCs: 0 /100(WBCs) (08/03/21 11:28:00) Absolute Nucleated RBC Count: 0 x10^3/mcL (08/03/21 11:28:00) Granulocytes: 64 % (08/03/21 11:28:00) Immature Granulocytes: 0 % (08/03/21 11:28:00) Lymphocytes: 29 % (08/03/21 11:28:00) Monocytes: 6 % (08/03/ | 0) GFR, Non African American: >60 mL/min/1.73 m2 (08/03/21 11:28:00) Calcium Level: 9.1 mg/dL (08/03/21 11:28:00) Pro-Brain Natriuretic: 68 pg/mL (08/03/21 11:28:00) Cholesterol.: 96 mg/dL (08/03/21 11:28:00) HDL: 45 mg/dL (08/03/21 11:28:00) LDL (Calculated): 28 |

## History and Physical Reports

21 11:28:00)
Eosinophil: 1 % (08/03/21 11:28:00)
Basophil: 0 % (08/03/21 11:28:00)
Absolute Neutrophil Count: 3.4 x10^3/mcL (08/03/21 11:28:00)
Absolute Immature Granulocyte Count: 0 x10^3/mcL (08/03/21 11:28:00)
Absolute Lymphocyte Count: 1.6 x10^3/mcL (08/03/21

mg/dL (08/03/21 11:28:00)
Triglyceride.: 117 mg/dL (08/03/21 11:28:00)
Creatinine Kinase: 117 IntlUnit/L (08/03/21 11:28:00)
CKMB Fraction: <1 ng/mL (08/03/21 11:28:00)
Troponin I: <0.015 ng/mL (08/03/21 11:28:00)

11:28:0
0)
Absolute
Monocyt
e Count:
0.34
x10^3/
mcL
(08/03/
21
11:28:0
0)
Absolute
Eosinop
hyl
Count:
0.04
x10^3/
mcL
Low
(08/03/
21
11:28:0
0)
Absolute
Basophi
l Count:
0
x10^3/
mcL
(08/03/
21
11:28:0
0)
Differen
tial
Type:
AUTOM
ATED
DIFF
PERFOR
MED
(08/03/
21
11:28:0
0)

Coagulation/Thrombosis
PT: 12.9 seconds (08/03/21 11:28:00)
INR: 1 (08/03/21 11:28:00)
PTT: 25.6 seconds (08/03/21 11:28:00)

Imaging Results (Last 24 Hours)
XR Chest Portable 1 View

08/03/21 13:35:00
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2121500594
DOB:07/06/1962 CI#:0005908581
COLLECTED DT/TM:08/03/2021 13:35
Chest x-ray

History- Chest pain

Findings-
Heart normal size.
Mediastinal contour normal.
Lungs clear of confluent parenchymal infiltrate.
No pleural effusion.
No pneumothorax.

Impression-
Normal chest x-ray.
_Authenticated and electronically signed by-

Yale Pollak
Electronically signed- 8/3/2021 1-55 PM

Read By- YALE D POLLAK M.D.
Released Date Time- 08/03/21 1357

Signed By: Pollak, MD, Yale D

**Advance Directive**
Not yet documented

**Code Status**
Full Code

Electronically Signed on 08/03/2021 15:52

DEITSCH, MD, GREGORY LAWRENCE

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | |
|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | |
| Date of Birth: | Age: 59 years | | Gender: | Male |
| MRN: | 001561221 | | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | | |

## *Discharge Documentation*

| | |
|---|---|
| Document Type: | Discharge Summary |
| Collected/Entered Date/Time: | 8/5/2021 11:32 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Discharge Summary |
| Sign Information: | JOHNSON,MD,SHAWNTIRA (9/13/2021 05:51 EDT) |

**Admit Date**
8/3/2021

**Discharge Date**
8/5/2021

**Subjective at Discharge**
Improved

**Physical Exam at Time of Discharge**

Vitals & Measurements
**T:** 36.8 °C (Oral) **TMIN:** 36.3 °C (Oral) **TMAX:** 36.8 °C (Oral) **HR:** 87(Peripheral) **RR:** 17 **BP:** 122/76 **BP:** 117/74(Sitting) **SpO2:** 97%

General: [Alert and oriented, well nourished, no acute distress].
Eye: [PERRL, EOMI, normal conjunctiva].
HENT: [Normocephalic, clear tympanic membranes, normal hearing, moist oral mucosa, no scleral icterus, no sinus tenderness].
Neck: [Supple, non-tender, no carotid bruits, no JVD, no lymphadenopathy].
Lungs: [Clear to auscultation and percussion, non-labored respiration].
Cardiovascular: [Normal rate, regular rhythm, no murmur, gallop or edema, capillary refill normal, peripheral pulses present].
Abdomen: [Soft, non-tender, non-distended, normal bowel sounds, no masses].
Musculoskeletal: [Normal range of motion and strength, no tenderness or swelling].
Skin: [Skin is warm, dry and pink, no rashes or lesions].
Neurologic: [Awake, alert, and oriented X3, CN II-XII intact].
Psychiatric: [Cooperative, appropriate mood and affect].

**Procedures**
Catheterization

**Discharge Diagnoses**
1. Unstable angina
2. Acute chest pain
3. Hyperglycemia
4. History of ST elevation myocardial infarction (STEMI)
5. History of coronary artery stent placement

Orders:
atorvastatin, 40 mg = 1 tab, Oral, Daily, # 30 tab, 0 Refill(s), 187, cm, 08/03/21 19:14:00 EDT, Height/Length Measured, 103.6, kg, 08/03/21 19:14:00 EDT, Weight Dosing
clopidogrel, 75 mg = 1 tab, Oral, Daily, # 30 tab, 0 Refill(s), 187, cm, 08/03/21 19:14:00 EDT, Height/Length Measured, 103.6, kg, 08/03/21 19:14:00 EDT, Weight Dosing
Discharge Activity Restrictions
Discharge Diet Instruction

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 69 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | | | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | | | |

## Discharge Documentation

Discharge Patient

**Hospital Course**
Patient admitted for chest pain had a cardiac catheterization which required a PCI. Patient discharged on dual anti-platelet therapy with cardiology follow-up.

**Discharge Medications**
Home
allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily
Aspirin Low Dose 81 mg oral delayed release tablet, 81 mg= 1 tab, Oral, Daily
atorvastatin 40 mg oral tablet, 40 mg= 1 tab, Oral, Daily
ezetimibe 10 mg oral tablet, 10 mg= 1 tab, Oral, Mo/We/Fr
irbesartan 75 mg oral tablet, 37.5 mg= 0.5 tab, Oral, Daily
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
Metoprolol Succinate ER 25 mg oral tablet, extended release, 12.5 mg= 0.5 tab, Oral, Daily
mupirocin 2% topical ointment, 1 app, Topical, TID
Plavix 75 mg oral tablet, 75 mg= 1 tab, Oral, Daily

**Consults**
Interventional Cardiology

**Studies**
EKG
Chest x-ray
Cardiac catheterization

**Pending Labs and Studies**
None

**Condition on Discharge**
Improved

**Discharge Disposition**
Home

**Discharge Diet**
Cardiac

**Discharge Instructions and Follow up**
PCP and cardiology

Electronically Signed on 09/13/2021 05:51

JOHNSON, MD, SHAWNTIRA

| | | | | |
|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | |
| Date of Birth: | | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | | |

## Consultation Notes

| | |
|---|---|
| Document Type: | Cath Consult |
| Collected/Entered Date/Time: | 8/4/2021 18:14 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | CA CATH CONSULT. |
| Sign Information: | CARIDA,MD,ROBERT II (8/5/2021 18:32 EDT) |

**Report**

BOCA RATON REGIONAL HOSPITAL CARDIAC CATH
DUNTZ, MATTHEW DOB-
ACCT- 2121500594 MRN- 001561221
CI#- 5910081
DATE- 08/04/2021
REFERRING PHYSICIAN-
Ronald M Gabor, MD
PROCEDURES PERFORMED-
Left heart catheterization, left ventriculogram, percutaneous transluminal coronary angioplasty of the diagonal branch, groin closure device.
INDICATION-
Unstable angina.
DIAGNOSTIC PROCEDURE-
A 0.035 J-guidewire was introduced under fluoroscopic guidance via standard percutaneous technique from the right femoral artery. Selective coronary angiography was performed using 6-French left and right catheters in multiple projections.
DIAGNOSTIC FINDINGS-
Left ventriculogram- The LV systolic function in the RAO projection was normal. There were no focal wall motion abnormalities. Estimated left ventricular ejection fraction was 60%. There was no aorta to LV gradient. There was no mitral regurgitation. Left ventricular end-diastolic pressure was 8 mmHg.
Coronary angiogram-
1. Left main- Left main artery is a medium caliber, bifurcating into the LAD and left circumflex arteries. This vessel is angiographically unremarkable.
2. LAD- The LAD has luminal irregularities. The first diagonal branch has a mid 90% stenosis and takeoff of the inferior branch of this vessel.
3. Left circumflex artery- The left circumflex artery is a widely patent stent site in the proximal segment.
4. RCA- RCA is a medium-sized dominant vessel. This vessel has luminal irregularities.
DIAGNOSTIC CONCLUSIONS-

## *Consultation Notes*

1. Single-vessel coronary artery disease involving the diagonal branch.
2. Patent stent site in the left circumflex.
3. Preserved LV systolic function. No focal wall motion abnormalities. Estimated left ventricular fraction was 60%.

INTERVENTIONAL PROCEDURE-
Adequate anticoagulation was obtained using IV Angiomax. PTCA of the diagonal was performed with a 6-French XB3.5 guide and 180 Asahi Prowater wire to cross the lesion. We pre-dilated with a 2.0 x 20 mm balloon to 12 atmospheres. Given the fact that we got good results, no dissection, and the vessel was a high likelihood of perforation with small stent, we decided to be the stent when pullback. Groin closure device was deployed in the right femoral artery. No complications during the procedure.

Robert V Carida, MD
CARDIOVASCULAR DISEASE
RVC/MODL
D- 08/04/2021 18-14-56 T- 08/04/2021 23-38-14 Job #- 497138/927642730

Read By- ROBERT CARIDA M.D.
Released Date Time- 08/04/21 2344

Electronically Signed on 08/05/2021 18:32

CARIDA, MD, ROBERT II

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | | | Discharge Date: | 8/6/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | | | |

## Consultation Notes

| | |
|---|---|
| Document Type: | Consultation Note Generic |
| Collected/Entered Date/Time: | 8/4/2021 07:44 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Consultation Note - cardiology |
| Sign Information: | GABOR,MD,RONALD M (8/4/2021 07:57 EDT) |

**Date of Service**
08/04/2021

**Chief Complaint**
chest pain

**Reason for Consultation**
angina

**Requesting Physician**
Glauser

**History of Present Illness**
59-year-old male history of CAD, non STEMI March 2020 with single-vessel disease 110 proximal left circumflex status post PCI. He is hypothyroid hyperlipidemia benign positional vertigo and gout.

History of recent chest discomfort occurring under stress 2 days ago at home lasting for about 2 hours associated with sweating occurring during intense emotional stress. Symptoms are unlike his presentation for MI a urine half ago but similar to how he felt in the cath lab what his stent was being deployed. He came to see Dr. fields in the office yesterday and proceed to have another episode of chest discomfort with diaphoresis yesterday. His EKG was normal and he was sent to Boca Regional by ambulance for admission and management of presumed unstable angina.

He did undergo recent resection of a benign tumor his left gets about 2 weeks ago

He has a history of melanoma status post resection

**Review of Systems**
Constitutional: [No fevers, chills, sweats]
Eye: [No recent visual problems]
ENMT: [No ear pain, nasal congestion, sore throat]
Respiratory: [No shortness of breath, cough]
Cardiovascular: [No Chest pain, palpitations, syncope]
Gastrointestinal: [No nausea, vomiting, diarrhea]
Genitourinary: [No hematuria]

**Physical Exam**

Vitals & Measurements
**T:** 36.6 °C (Oral) **TMIN:** 36.6 °C (Oral) **TMAX:** 37.0 °C (Oral) **HR:** 66(Peripheral)
**RR:** 18 **BP:** 105/67 **SpO2:** 97% **WT:** 103.6 kg

**Problem List/Past Medical History**
MI, old
Melanoma
Hypothyroidism
Hyperlipidemia
Gout

**Procedure/Surgical History**
- Dilation of Coronary Artery, One Artery with Drug-eluting Intraluminal Device, Percutaneous Approach (03/23/2020)
- Fluoroscopy of Left Heart using Low Osmolar Contrast (03/23/2020)
- Fluoroscopy of Multiple Coronary Arteries using Low Osmolar Contrast (03/23/2020)
- Measurement of Cardiac Sampling and Pressure, Left Heart, Percutaneous Approach (03/23/2020)
- Ultrasonography of Right and Left Heart (03/23/2020)
- Melanoma

Lymph node resection left axilla 2007

**Medications**
Inpatient
allopurinol, 100 mg= 1 tab, Oral, Daily
aspirin, 81 mg= 1 tab, Oral, Daily
atorvastatin, 20 mg= 1 tab, Oral, Daily (at bedtime)
ezetimibe, 10 mg= 1 tab, Oral, Mo/We/Fr
levothyroxine, 50 mcg= 1 tab, Oral, Daily
losartan, 12.5 mg= 0.5 tab, Oral, Daily
metoprolol succinate ER, 12.5 mg= 0.5 tab, Oral, Daily
Nitrostat, 0.4 mg= 1 tab, SL, every 5 min, PRN
Home
allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily

Bòca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 8/3/2021 |
| FIN: | 2121600594 | | | Discharge Date: | 8/6/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | | | |

## Consultation Notes

**General:** Alert and oriented, well nourished, no acute distress.
**Eye:** PERRL, EOMI, normal conjunctiva.
**HENT:** Normocephalic, clear tympanic membranes, normal hearing, moist oral mucosa, no scleral icterus, no sinus tenderness.
**Neck:** Supple, non-tender, no carotid bruits, no JVD, no lymphadenopathy.
**Lungs:** Clear to auscultation and percussion, non-labored respiration.
**Heart:** Normal rate, regular rhythm, no murmur, gallop or edema.
**Abdomen:** Soft, non-tender, non-distended, normal bowel sounds, no masses.
**Musculoskeletal:** Normal range of motion and strength, no tenderness or swelling.
**Skin:** Skin is warm, dry and pink, no rashes or lesions.
**Neurologic:** Awake, alert, and oriented X3, CN II-XII intact.
**Psychiatric:** Cooperative, appropriate mood and affect.

EKG August 3, 2021 normal sinus rhythm at 74 beats per minute. Within normal limits.

**Impressions**
59-year-old man with a history of CAD, left circumflex PCI in March 2020. Hyperlipidemia, gout melanoma. Recently with increased personal emotional stress. Prolonged chest pain for about an hour with diaphoresis on Monday. Saw Dr. fields on Tuesday. Stable EKG unchanged. Recurrent episode of chest discomfort and diaphoresis in office. Sent to Boca Regional ER. Troponins negative. Renal function okay. Hemodynamically stable. Troponins are negative x3. EKG remains normal. LDL excellent at 28

Recommendation is for coronary angiography to assess patency of the previously placed left circumflex stent. Patient agreeable.

Keep NPO.

Start IV fluids. Discussed the case with Dr. Robert Carida who will do procedure today.

**Assessment/Plan**
1. Unstable angina
2. Acute chest pain
3. Hyperglycemia
4. History of ST elevation myocardial infarction (STEMI)
5. History of coronary artery stent placement

Orders:
Consult to Interventional Cardiology
NPO Diet

Aspirin Low Dose 81 mg oral delayed release tablet, 81 mg= 1 tab, Oral, Daily
ezetimibe 10 mg oral tablet, 10 mg= 1 tab, Oral, Mo/We/Fr
irbesartan 75 mg oral tablet, 37.5 mg= 0.5 tab, Oral, Daily
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
Metoprolol Succinate ER 25 mg oral tablet, extended release, 12.5 mg= 0.5 tab, Oral, Daily
mupirocin 2% topical ointment, 1 app, Topical, TID
simvastatin 40 mg oral tablet, 40 mg= 1 tab, Oral, Daily (at bedtime)

**Allergies**
No Known Allergies

**Social History**
Alcohol
Current User, Occasional Use
Substance Use
Denies
Tobacco
Smoking tobacco use: Never (less than 100 in lifetime). N/A Smoking Cessation Education. N/A Education on Smoking Cessation Programs.

**Lab Results (Last 24 Hours)**
White Cell Count: 5.4 K/mcL (08/03/21 11:28:00)
Red Cell Count: 4.81 x10^6/mcL (08/03/21 11:28:00)
Hemoglobin: 15.4 g/dL (08/03/21 11:28:00)
Hematocrit: 43.3 % (08/03/21 11:28:00)
Platelet Count: 190 K/mcL (08/03/21 11:28:00)
MCV: 90 fL (08/03/21 11:28:00)
MCH: 32 pg High (08/03/21 11:28:00)
MCHC: 35.6 g/dL (08/03/21 11:28:00)
RDW: 11.7 % (08/03/21 11:28:00)
Nucleated RBCs: 0 /100(WBCs) (08/03/21 11:28:00)
Absolute Nucleated RBC Count: 0 x10^3/mcL (08/03/21 11:28:00)
Granulocytes: 64 % (08/03/21 11:28:00)

Immature Granulocytes: 0 % (08/03/21 11:28:00)
Lymphocytes: 29 % (08/03/21 11:28:00)
Monocytes: 6 % (08/03/21 11:28:00)
Eosinophil: 1 % (08/03/21 11:28:00)
Basophil: 0 % (08/03/21 11:28:00)
Absolute Neutrophil Count: 3.4 x10^3/mcL (08/03/21 11:28:00)
Absolute Immature Granulocyte Count: 0 x10^3/mcL (08/03/21 11:28:00)
Absolute Lymphocyte Count: 1.6 x10^3/mcL (08/03/21 11:28:00)
Absolute Monocyte Count: 0.34 x10^3/mcL (08/03/21 11:28:00)
Absolute Eosinophyl Count: 0.04 x10^3/mcL Low (08/03/21 11:28:00)
Absolute Basophil Count: 0 x10^3/mcL (08/03/21 11:28:00)
Differential Type: AUTOMATED DIFF PERFORMED (08/03/21 11:28:00)
PT: 12.9 seconds (08/03/21 11:28:00)
INR: 1 (08/03/21 11:28:00)
PTT: 25.6 seconds (08/03/21 11:28:00)
Sodium Level: 136 mmol/L Low (08/03/21 11:28:00)
Potassium Level: 4.4 mmol/L (08/03/21 11:28:00)
Chloride Level: 106 mmol/L (08/03/21 11:28:00)
CO2: 26 mmol/L (08/03/21 11:28:00)
Glucose Level: 120 mg/dL High (08/03/21 11:28:00)
BUN: 14 mg/dL (08/03/21 11:28:00)
Creatinine: 0.9 mg/dL (08/03/21 11:28:00)
GFR, African American: >60 mL/min/1.73 m2 (08/03/21 11:28:00)
GFR, Non African American: >60 mL/min/1.73 m2 (08/03/21 11:28:00)
Calcium Level: 9.1 mg/dL (08/03/21 11:28:00)
Pro-Brain Natriuretic: 68 pg/mL (08/03/21 11:28:00)
Cholesterol.: 96 mg/dL (08/03/21 11:28:00)
HDL: 45 mg/dL (08/03/21 11:28:00)
LDL (Calculated): 28 mg/dL (08/03/21 11:28:00)
Triglyceride.: 117 mg/dL (08/03/21 11:28:00)
Creatinine Kinase: 117 IntlUnit/L (08/03/21

11:28:00)
CKMB Fraction: <1 ng/mL (08/03/21 11:28:00)
Troponin I: <0.015 ng/mL (08/03/21 21:24:00)
Troponin I: <0.015 ng/mL (08/03/21 19:42:00)
CoV-2 Specimen Source: NASAL (08/03/21 14:54:00)
Coronavirus CoV-2 PCR.: COVID-19 NEGATIVE by PCR (08/03/21 14:54:00)
First Test: Yes (08/03/21 14:54:00)
Employed in Healthcare: No (08/03/21 14:54:00)
Symptomatic as defined by CDC: No (08/03/21 14:54:00)
Date of Onset: Unknown (08/03/21 14:54:00)
Hospitalized: Yes (08/03/21 14:54:00)
ICU: No (08/03/21 14:54:00)
Resides in congregate care set: Unknown (08/03/21 14:54:00)
Pregnant.: Not Pregnant (08/03/21 14:54:00)
Student, Teacher or Other: No (08/03/21 14:54:00)

**Imaging Results (Last 24 Hours)**
XR Chest Portable 1 View

08/03/21 13:35:00
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2121500594
DOB:07/06/1962 CI#:0005908581
COLLECTED DT/TM:08/03/2021 13:35
Chest x-ray

History- Chest pain

Findings-
Heart normal size.
Mediastinal contour normal.
Lungs clear of confluent parenchymal infiltrate.
No pleural effusion.
No pneumothorax.

Impression-
Normal chest x-ray.

## Consultation Notes

_Authenticated and electronically signed by-
Yale Pollak
Electronically signed- 8/3/2021 1-55 PM

Read By- YALE D POLLAK M.D.
Released Date Time- 08/03/21 1357

Signed By: Pollak, MD, Yale D

**Advance Directive**
Advance Directive:No - - 08/03/2021 19:09

**Code Status**
Full Code

Electronically Signed on 08/04/2021 07:57

GABOR, MD, RONALD M

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | | | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | | | |

## Consultation Notes

| | |
|---|---|
| Document Type: | Consultation Note Generic |
| Collected/Entered Date/Time: | 8/4/2021 17:46 EDT |
| Result Status: | Auth (Verified) . |
| Document Subject: | Consult Note |
| Sign Information: | CARIDA,MD,ROBERT II (8/5/2021 18:32 EDT) |

**Consult Note**

BOCA RATON REGIONAL HOSPITAL CONSULT NOTE
DUNTZ, MATTHEW DOB:
ACCT: 2121500594 MRN: 001561221

DATE OF CONSULTATION: 08/04/2021

REASON FOR CONSULTATION:
Cardiac catheterization.

HISTORY OF PRESENT ILLNESS:
Mr. Duntz is a 59-year-old gentleman with a past medical history significant for coronary artery disease, MI, hypertension, and hyperlipidemia. He had a non-STEMI in 2020. He had proximal LAD disease and PCI of the vessel. Two days prior to admission, he started developing chest discomfort at rest associated with diaphoresis and the condition is extremely stress. He was seen at Dr. Philips' office. He was admitted and he ruled out for myocardial infarction with serial EKGs and cardiac enzymes and was referred for cardiac catheterization.

PAST MEDICAL/SURGICAL HISTORY:
Coronary artery disease, MI, hypertension, hyperlipidemia, hypothyroidism, doubt melanoma.

MEDICATIONS:
Allopurinol, aspirin, Zetia, irbesartan, Synthroid, metoprolol, simvastatin.

ALLERGIES:
NO KNOWN DRUG ALLERGIES.

FAMILY HISTORY:
Noncontributory.

SOCIAL HISTORY:
Nondrinker and nonsmoker.

REVIEW OF SYSTEMS:
GENERAL: No fever, weight loss, weight gain, or night sweats. HEENT: No difficulty with hearing, epistaxis, vertigo, cataracts, glaucoma, or difficulty with vision. SKIN: No rashes or itching. PULMONARY: No shortness of breath, cough, sputum, or hemoptysis. GI: No ulcers, nausea, vomiting, diarrhea, constipation, GERD, hematemesis, hematochezia, or change in bowel habits. NEUROLOGIC: No seizure, numbness, weakness, or tremors. ENDOCRINE: No cold or heat intolerance, diabetes, or excessive thirst. HEMATOLOGIC: No bruising or easy bleeding disorders. MUSCULOSKELETAL: No arthritis or gout.

PHYSICAL EXAMINATION:
GENERAL: Well-appearing man, in no acute distress. VITAL SIGNS: Heart rate is 72, blood pressure 130/70. HEENT: Normocephalic and atraumatic. Anicteric. No jugular venous distention. Carotid upstrokes are normal without any bruits. LUNGS: Clear. CARDIAC: PMI nondisplaced. Rhythm regular. Normal S1. Physiologically split second heart sound. No appreciable gallops or murmurs. ABDOMEN: Soft, nontender. Normoactive bowel sounds. EXTREMITIES: Without edema.

LABORATORY DATA:
White count is 5.4, hemoglobin 15.4, hematocrit 43.3, platelet count 190,000. PT 12.9, INR 1.0, PTT is 25.6. Sodium 136, potassium 4.4, chloride 106, bicarb 26, BUN 14, creatinine 0.9. Troponin I is less than 0.015 x3. EKG shows normal sinus rhythm with incomplete right bundle-branch block, nonspecific ST-T wave changes.

Chest x-ray, no acute cardiopulmonary disease.

IMPRESSION AND PLAN:
1. Unstable angina.
2. Coronary artery disease.
3. History of percutaneous coronary intervention of his left circumflex in the setting of non-ST-segment elevation myocardial infarction.
4. Hypertension.
5. Hyperlipidemia.

## *Consultation Notes*

The patient has resting angina, feeling like his old MI symptoms when he had PCI of the left circumflex artery, he was admitted, he is medically treated and is pain free. Ruled out for myocardial infarction. He is undergoing cardiac catheterization for risk stratification. Further recommendations pending outcome of this procedure.

Dictated By: Robert V Carida, MD

RVC/MODL
D: 08/04/2021 17:46:43 T: 08/04/2021 23:23:25 Job #: 497120/927638923

Electronically Signed on 08/05/2021 18:32

CARIDA, MD, ROBERT II

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA
Electronically signed by Constance Fields M.D. Dec 20 2021 12:08PM EST Review 12/20/2021

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 12/13/2021 |
| FIN: | 2134000991 | Discharge Date: | 12/13/2021 |
| Admitting MD: | CARIDA,MD,ROBERT II | | |

## *Consultation Notes*

| | |
|---|---|
| Document Type: | Cath Consult |
| Collected/Entered Date/Time: | 12/13/2021 09:19 EST |
| Result Status: | Auth (Verified) |
| Document Subject: | CA CATH CONSULT. |
| Sign Information: | CARIDA,MD,ROBERT II (12/15/2021 09:52 EST) |

**Report**

BOCA RATON REGIONAL HOSPITAL CARDIAC CATH
DUNTZ, MATTHEW DOB- 07/06/1962
ACCT- 2134000991 MRN- 001561221
CI#- 6027949
DATE- 12/13/2021
REFERRING PHYSICIAN-
Robert V Carida, MD
STUDIES PERFORMED-
Left heart catheterization, left ventriculogram, coronary angiogram, groin closure device.
INDICATION-
Exertional angina, abnormal stress test.
DIAGNOSTIC PROCEDURES-
A 0.035 J-guidewire was introduced under fluoroscopic guidance via standard percutaneous technique from left femoral artery. A pigtail catheter was advanced to left ventricle. Left ventricle pressures were recorded. Selective coronary angiography was performed using a 6-French left and right catheters in multiple projections.
DIAGNOSTIC FINDINGS-
Left ventriculogram- LV systolic function in the RAO projection was normal. There were no focal wall motion abnormalities. The estimated left ventricular ejection fraction was 60%. There was no AO to LV gradient. There was no mitral regurgitation. The left ventricular end-diastolic pressure was 22 mmHg.
CORONARY ANGIOGRAM-
Left main- The left main artery is a medium caliber, bifurcating into the LAD and left circumflex arteries. This vessel was angiographically unremarkable. This vessel has luminal irregularities at the first diagonal branch, a small caliber vessel, with a 90% mid stenosis vessel which was too small to stent.
Left circumflex artery- The left circumflex artery had a proximal patent stent site.
RCA- RCA was a medium-sized dominant vessel. This vessel has luminal irregularities
DIAGNOSTIC CONCLUSIONS-
1. Nonobstructive coronary artery disease with disease in a small

## *Consultation Notes*

diagonal. Best served with medical therapy.
2. Patent stent site in the left circumflex artery.
3. Preserved LV systolic function. No focal wall motion abnormalities. Estimated left ventricular ejection 60%.
4. No complications during the procedure.
5. Groin closure device was deployed in the right femoral artery.

Robert V Carida, MD
CARDIOVASCULAR DISEASE
RVC/MODL
D- 12/13/2021 09-19-48 T- 12/13/2021 10-46-07 Job #-
003174/940827535

Read By- ROBERT CARIDA M.D.
Released Date Time- 12/13/21 1054

Electronically Signed on 12/15/2021 09:52

CARIDA, MD, ROBERT II

**Historical Procedures**
**Procedures**
No Procedures Documented

**Follow-up Instructions:** You may have been referred to your regular doctor or a specialist, please follow up as instructed. If your condition worsens call your physician or return to the Emergency Department.

| With: | Address: | When: |
|---|---|---|
| FIELDS, MD, CONSTANCE D, Specialty - Cardiovascular Disease, Specialty - Internal Medicine | 9980 CENTRAL PK BL #304 BOCA RATON, FL 33428 (561)483-8335 | Within 1 to 2 weeks |

**Comment**

**Medication Instructions**

If you need a prescription refill, you must see your doctor. Take all medications only as directed. Do not take a medication you are allergic to. If you have been prescribed new medications check with your pharmacist or physician to make sure they are safe to be taken with your other home medications. If you have any questions about side effects and food/drug interactions, please consult your physician or pharmacist. To help ensure your safety, keep a copy of this discharge instruction to share with your health care provider at your next visit. It contains a copy of your medication list, diagnoses and information about treatment you received here.

Many medications can make you feel sleepy, impair your ability to drive, or affect your ability to make good decisions. For this reason, we may ask that you arrange for someone else to give you a ride home, do not operate machinery/major appliances, drink alcohol, or make important

decisions, for 24 hours after leaving the hospital.

It is important to always keep an active list of medications available so that you can share with other providers and manage your medications appropriately. If you have been instructed to stop taking a medication, please ensure you also follow up with this information to your Primary Care Physician. Any specific questions regarding your medications and dosages should be discussed with your physician(s) and pharmacist.

**Storage and Disposal of Opioids**

Medications should be stored out of reach of children, and in a safe place to prevent others from taking them. If opioids are shared with others for whom they are not prescribed, there is a possibility that others might experience overdose at the same or at lower dosages than what was prescribed to you.

Unwanted or unused opioids can be disposed at your local fire department or police department and take back locations or events in the community. You may also dispose of your medications by (1) mixing the medication with dirt, kitty litter, or used coffee grounds, (2) placing the mixture in a container such as a sealed plastic bag, (3) throwing the container in your household trash, and (4) ensuring that all personal information has been removed or made unreadable.

**Complete Medication List**

The list below is a complete list of medications for you to use at home. It has been updated with any changes that occurred in the hospital. Take only the medications listed below. Contact your doctor prior to taking any medications not on this list or stopping any medications on this list.

**Allergy Info:** No Known Allergies

**Comment**

**Medications**

During the course of your visit, your medication list was updated with the most current information. The details of those changes are reflected below:

**Medications That Have Not Changed**

**Other Medications**

**allopurinol (allopurinol 100 mg oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose: 10/18/21 Am Next Dose: 10/19/21 Am

**aspirin (Aspirin Low Dose 81 mg oral delayed release tablet)** 1 tab Oral (given by mouth) every day.
Last Dose: 10/18/21 Am Next Dose: 10/19/21 Am

**clopidogrel (Plavix 75 mg oral tablet)** 1 tab Oral (given by mouth) every day. Refills: 0.
Last Dose: 10/18/21 Am Next Dose: 10/19/21 Am

**irbesartan (irbesartan 75 mg oral tablet)** 0.5 tab Oral (given by mouth) every day.
Last Dose: 10/18/21 Am Next Dose: 10/19/21 Am

**levothyroxine (levothyroxine 50 mcg (0.05 mg) oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose: 10/18/21 Am Next Dose: 10/19/21 Am

**metoprolol (Metoprolol Succinate ER 25 mg oral tablet, extended release)**
0.5 tab Oral (given by mouth) every day.
Last Dose: 10/18/21 Am Next Dose: 10/19/21 Am

**No Longer Take the Following Medications**

**ezetimibe (ezetimibe 10 mg oral tablet)** 1 tab Oral (given by mouth) Mo/We/Fr.
Stop Taking Reason: Patient Refused

?. Zetia

## General Medical Information

CORONA VIRUS (COVID-19)
A Message to Our Patients

Coronaviruses are viruses that cause sicknesses like the common cold. Coronavirus disease 2019 (COVID-19) is one form of coronavirus. It is a new virus that was first identified during an investigation of an outbreak in Wuhan, China. COVID-19 is a respiratory illness that can easily and quickly be spread from person to person. At this point, there is no known treatment or vaccine for this illness.

Many people who contract COVID-19 never develop symptoms. Other victims can develop symptoms that range from mild to severe respiratory illness and can include fever, cough and shortness of breath.

COVID-19 can attack all age groups. Certain groups, however, are at higher risk for developing this infection. These include the elderly (over age 60); people with underlying health conditions (chronic lung disease, sickle cell disease, kidney disease, liver disease, diabetes, HIV, Immunocompromised, obesity and pregnancy) and people in close contact with someone diagnosed with COVID-19 such as family members, co-workers and healthcare workers.

Ensuring the safety and wellness of our employees, patients, physicians and community is the number one priority at Boca Raton Regional. In furtherance of this goal, Boca Regional has undertaken numerous steps to help prevent the spread of COVID-19 to your homes and communities. All in-person meetings, events and gatherings, to the extent possible, are being conducted via phone, Zoom or Skype; volunteer programs have been suspended; all visitation has either been suspended or, for extreme circumstances, strictly limited; patients and those visitors who are permitted are screened at the entrances; elective procedures have been suspended and all employees and physicians are screened and have their temperatures taken on a daily basis before entering the hospitals.

While Boca Regional has taken every precaution to prevent the spread of COVID-19, none of these measures are fail proof. The virus is insidious, widespread and often present without the carrier's awareness. For this reason, we urge you and your loved ones to carefully review the following discharge instructions and heed all of the warnings, precautions and recommended actions should you develop any of the early signs of this potentially deadly infection.

IS IT A STROKE? Act **FAST** and Check for these signs:

Some medical conditions and lifestyle choices can put anyone at risk for stroke regardless of gender, ethnicity, or age. For this reason, it is important to stop smoking and be able to recognize the signs of stroke.

| | |
|---|---|
| FACE | Does the face look uneven? |
| ARM | Does one arm drift down? |
| SPEECH | Does their speech sound strange? |
| TIME | Call 9-1-1 at any sign of stroke |

**Heart Attack Signs**

**Chest discomfort:** Most heart attacks involve discomfort in the center of the chest and lasts more than a few minutes, or goes away and comes back. It can feel like uncomfortable pressure, squeezing, fullness or pain.

**Discomfort in upper body:** Symptoms can include pain or discomfort in one or both arms, back, neck, jaw or stomach.

**Shortness of breath:** With or without discomfort.

**Other signs:** Breaking out in a cold sweat, nausea, or light-headed.

Remember, **MINUTES DO MATTER.** If you experience any of these heart attack warning signs, call **9-1-1** to get immediate medical attention!

## Additional Resources

**In Case of Emergency Dial 911 or nearest Emergency Room**

| | |
|---|---|
| National Suicide Prevention Life Line<br>http://www.suicidepreventionlifeline.org | 1-800-273-TALK<br>(1-800-273-8255) |
| National Alliance on Mental Illness<br>http://www.nami.org | 1-801-323-9900 or<br>1-877-230-6264 |
| Substance Abuse and Mental Health Services Administration<br>http://www.samhsa.gov/suicide-prevention | 1-877-SAMHSA-7<br>(1-877-726-4727) |

FOR HOSPITALIZATIONS DEEMED AS OBSERVATION: An observation patient may experience higher costs than an inpatient on admission status for the time spent in a hospital because Medicare covers inpatient and outpatient hospital services differently. Medicare Part A covers inpatient hospital services, which requires a one-time deductible. Observation services are covered under Part B of Medicare and require the patient to pay a 20 percent co-payment for each individual service as explained by your case manager. Please also note that a patient under observation status in a hospital does not meet the requirements for qualifying inpatient hospital stay for Medicare coverage to a skilled nursing facility. In order to qualify for admission to a skilled nursing facility a patient must have been deemed as an inpatient in the hospital with a 3 day stay.

**Access Your Personal Health Information through Patient Connect!**

Patient Connect is an online, secure patient website that allows you access to your health information. Located on the Boca Raton Regional Hospital website, patients and/or family members can do any of the following items:

-Medical Visits and Treatment
-Summaries of Inpatient Stays
-Lab and Radiology Reports - three days after being performed
-Medication List after Discharge

We strongly urge you to take advantage of our Patient Connect. After your discharge from the hospital, you will receive an email inviting you to create your personal account, simply click on the link and follow the instructions to sign up. You can also visit the hospital's website www.brrh.com and click on the Patient Connect icon or you can self-enroll without an email invitation by visiting https://brrhpatientconnect.iqhealth.com/self-enroll/

If you need help signing up for Patient Connect please call 800-287-9085 for assistance.

**Do You Or Someone You Love Have Diabetes?**

Boca Raton Regional Hospital offers a comprehensive educational diabetes program that not only includes the definition of diabetes, but also how to improve your overall health having diabetes. Participants will learn about healthy eating with personalized meal plans, glucose monitoring, insulin devices, and medication management as well as the importance of physical activity and how to integrate it into busy schedules. They will also learn about the signs, symptoms and treatment of low and high blood sugar, and how to prevent and care for chronic complication.

For more information or to register for classes please call the Diabetes Education Program at Gloria Drummond Physical Rehab Institute at 561-955-2100.

**Medication leaflets, if any, will display below**

**Patient education materials, if any, will display below**

# Chest Pain Observation

It is often hard to give a specific diagnosis for the cause of chest pain. Among other possibilities your symptoms might be caused by inadequate oxygen delivery to your heart (*angina*). Angina that is not treated or evaluated can lead to a heart attack (*myocardial infarction*) or death.

Blood tests, electrocardiograms, and X-rays may have been done to help determine a possible cause of your chest pain. After evaluation and observation, your health care provider has determined that it is unlikely your pain was caused by an unstable condition that requires hospitalization. However, a full evaluation of your pain may need to be completed, with additional diagnostic testing as directed. It is very important to keep your follow-up appointments. Not keeping your follow-up appointments could result in permanent heart damage, disability, or death. If there is any problem keeping your follow-up appointments, you must call your health care provider.

## HOME CARE INSTRUCTIONS

Due to the slight chance that your pain could be angina, it is important to follow your health care provider's treatment plan and also maintain a healthy lifestyle:

- Maintain or work toward achieving a healthy weight.
- Stay physically active and exercise regularly.
- Decrease your salt intake.
- Eat a balanced, healthy diet. Talk to a dietitian to learn about heart-healthy foods.
- Increase your fiber intake by including whole grains, vegetables, fruits, and nuts in your diet.
- Avoid situations that cause stress, anger, or depression.
- Take medicines as advised by your health care provider. Report any side effects to your health care provider. **Do not** stop medicines or adjust the dosages on your own.
- Quit smoking. **Do not** use nicotine patches or gum until you check with your health care provider.
- Keep your blood pressure, blood sugar, and cholesterol levels within normal limits.
- Limit alcohol intake to no more than 1 drink per day for women who are not pregnant and 2 drinks per day for men.
- Do not abuse drugs.

## SEEK IMMEDIATE MEDICAL CARE IF:

You have severe chest pain or pressure which may include symptoms such as:

- You feel pain or pressure in your arms, neck, jaw, or back.
- You have severe back or abdominal pain, feel sick to your stomach (*nauseous*), or throw up (*vomit*).
- You are sweating profusely.
- You are having a fast or irregular heartbeat.
- You feel short of breath while at rest.
- You notice increasing shortness of breath during rest, sleep, or with activity.

- You have chest pain that does not get better after rest or after taking your usual medicine.
- You wake from sleep with chest pain.
- You are unable to sleep because you cannot breathe.
- You develop a frequent cough or you are coughing up blood.
- You feel dizzy, faint, or experience extreme fatigue.
- You develop severe weakness, dizziness, fainting, or chills.

Any of these symptoms may represent a serious problem that is an emergency. **Do not** wait to see if the symptoms will go away. Call your local emergency services (911 in the U.S.). **Do not** drive yourself to the hospital.

**MAKE SURE YOU:**

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 01/20/2012 Document Revised: 12/23/2014 Document Reviewed: 06/19/2014

Elsevier Interactive Patient Education ©2016 Elsevier Inc.

I acknowledge that I received the Florida Department of Health educational pamphlet "Information on Nonopioid Alternatives for the Treatment of Pain" on admission.

**I acknowledge that I have received all valuables and belongings shown below.**

Boca Raton Regional Hospital would like to thank you for allowing us to assist you with your healthcare needs. Your signature below indicates that you have received your prescriptions and have all your personal belongings and valuables. I have discussed, read, and understand my "Discharge Instructions" and I have no further questions.

# Patient Discharge Summary

## Discharge Instructions, Orders and Medications

**Name:** DUNTZ, MATTHEW

**Date of Birth:**

**Current Date:** 10/18/21 08:41:31 **MRN:** 001561221 **FIN:** 2128900299

**Primary Care Provider**

**Name:** FIELDS, MD, CONSTANCE D

**Phone:** (561)483-8335

**Discharge Diagnosis:** 1:Acute chest pain; 2:Shortness of breath; 3:COVID-19 virus infection; 4:Fever; 5:Chills; 6:Cough

**Discharged To:**

**Comment**

### Discharge Orders

**Discharge Activity Restrictions**
No Restrictions

**Discharge Diet Instruction**
Other (please specify) Resume home diet.

**Discharge Activity Restrictions**
No Restrictions

**Discharge Diet Instruction**
Other (please specify) Resume home diet.

**Historical Procedures**

**Procedures**

No Procedures Documented

**Follow-up Instructions:** You may have been referred to your regular doctor or a specialist, please follow up as instructed. If your condition worsens call your physician or return to the Emergency Department.

| **With:** | **Address:** | **When:** |
|---|---|---|
| FIELDS, MD, CONSTANCE D, Specialty - Cardiovascular Disease, Specialty - Internal Medicine | 9980 CENTRAL PK BL #304 BOCA RATON, FL 33428 (561)483-8335 | Within 1 to 2 weeks |

**Comment**

**Medication Instructions**

If you need a prescription refill, you must see your doctor. Take all medications only as directed. Do not take a medication you are allergic to. If you have been prescribed new medications check with your pharmacist or physician to make sure they are safe to be taken with your other home medications. If you have any questions about side effects and food/drug interactions, please consult your physician or pharmacist. To help ensure your safety, keep a copy of this discharge instruction to share with your health care provider at your next visit. It contains a copy of your medication list, diagnoses and information about treatment you received here.

Many medications can make you feel sleepy, impair your ability to drive, or affect your ability to make good decisions. For this reason, we may ask that you arrange for someone else to give you a ride home, do not operate machinery/major appliances, drink alcohol, or make important

decisions, for 24 hours after leaving the hospital.

It is important to always keep an active list of medications available so that you can share with other providers and manage your medications appropriately. If you have been instructed to stop taking a medication, please ensure you also follow up with this information to your Primary Care Physician. Any specific questions regarding your medications and dosages should be discussed with your physician(s) and pharmacist.

**Storage and Disposal of Opioids**

Medications should be stored out of reach of children, and in a safe place to prevent others from taking them. If opioids are shared with others for whom they are not prescribed, there is a possibility that others might experience overdose at the same or at lower dosages than what was prescribed to you.

Unwanted or unused opioids can be disposed at your local fire department or police department and take back locations or events in the community. You may also dispose of your medications by (1) mixing the medication with dirt, kitty litter, or used coffee grounds, (2) placing the mixture in a container such as a sealed plastic bag, (3) throwing the container in your household trash, and (4) ensuring that all personal information has been removed or made unreadable.

**Complete Medication List**

The list below is a complete list of medications for you to use at home. It has been updated with any changes that occurred in the hospital. Take only the medications listed below. Contact your doctor prior to taking any medications not on this list or stopping any medications on this list.

**Allergy Info:** No Known Allergies

**<u>Comment</u>**

**Medications**

During the course of your visit, your medication list was updated with the most current information. The details of those changes are reflected below:

**Medications That Have Not Changed**

**Other Medications**

**allopurinol (allopurinol 100 mg oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose: 10|18|21 Am Next Dose: 10|19|21 Am

**aspirin (Aspirin Low Dose 81 mg oral delayed release tablet)** 1 tab Oral (given by mouth) every day.
Last Dose: 10|18|21 Am Next Dose: 10|19|21 Am

**clopidogrel (Plavix 75 mg oral tablet)** 1 tab Oral (given by mouth) every day. Refills: 0.
Last Dose: 10|18|21 Am Next Dose: 10|19|21 Am

**irbesartan (irbesartan 75 mg oral tablet)** 0.5 tab Oral (given by mouth) every day.
Last Dose: 10|18|21 Am Next Dose: 10|19|21 Am

**levothyroxine (levothyroxine 50 mcg (0.05 mg) oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose: 10|18|21 Am Next Dose: 10|19|21 Am

**metoprolol (Metoprolol Succinate ER 25 mg oral tablet, extended release)**
0.5 tab Oral (given by mouth) every day.
Last Dose: 10|18|21 Am Next Dose: 10|19|21 Am

**No Longer Take the Following Medications**

**ezetimibe (ezetimibe 10 mg oral tablet)** 1 tab Oral (given by mouth) Mo/We/Fr.
Stop Taking Reason: Patient Refused

? Zetia

**General Medical Information**

CORONA VIRUS (COVID-19)
A Message to Our Patients

Coronaviruses are viruses that cause sicknesses like the common cold. Coronavirus disease 2019 (COVID-19) is one form of coronavirus. It is a new virus that was first identified during an investigation of an outbreak in Wuhan, China. COVID-19 is a respiratory illness that can easily and quickly be spread from person to person. At this point, there is no known treatment or vaccine for this illness.

Many people who contract COVID-19 never develop symptoms. Other victims can develop symptoms that range from mild to severe respiratory illness and can include fever, cough and shortness of breath.

COVID-19 can attack all age groups. Certain groups, however, are at higher risk for developing this infection. These include the elderly (over age 60); people with underlying health conditions (chronic lung disease, sickle cell disease, kidney disease, liver disease, diabetes, HIV, Immunocompromised, obesity and pregnancy) and people in close contact with someone diagnosed with COVID-19 such as family members, co-workers and healthcare workers.

Ensuring the safety and wellness of our employees, patients, physicians and community is the number one priority at Boca Raton Regional. In furtherance of this goal, Boca Regional has undertaken numerous steps to help prevent the spread of COVID-19 to your homes and communities. All in-person meetings, events and gatherings, to the extent possible, are being conducted via phone, Zoom or Skype; volunteer programs have been suspended; all visitation has either been suspended or, for extreme circumstances, strictly limited; patients and those visitors who are permitted are screened at the entrances; elective procedures have been suspended and all employees and physicians are screened and have their temperatures taken on a daily basis before entering the hospitals.

While Boca Regional has taken every precaution to prevent the spread of COVID-19, none of these measures are fail proof. The virus is insidious, widespread and often present without the carrier's awareness. For this reason, we urge you and your loved ones to carefully review the following discharge instructions and heed all of the warnings, precautions and recommended actions should you develop any of the early signs of this potentially deadly infection.

IS IT A STROKE? Act **FAST** and Check for these signs:

Some medical conditions and lifestyle choices can put anyone at risk for stroke regardless of gender, ethnicity, or age. For this reason, it is important to stop smoking and be able to recognize the signs of stroke.

| | |
|---|---|
| **FACE** | Does the face look uneven? |
| **ARM** | Does one arm drift down? |
| **SPEECH** | Does their speech sound strange? |
| **TIME** | Call 9-1-1 at any sign of stroke |

**Heart Attack Signs**

**Chest discomfort:** Most heart attacks involve discomfort in the center of the chest and lasts more than a few minutes, or goes away and comes back. It can feel like uncomfortable pressure, squeezing, fullness or pain.

**Discomfort in upper body:** Symptoms can include pain or discomfort in one or both arms, back, neck, jaw or stomach.

**Shortness of breath:** With or without discomfort.

**Other signs:** Breaking out in a cold sweat, nausea, or light-headed.

Remember, **MINUTES DO MATTER.** If you experience any of these heart attack warning signs, call **9-1-1** to get immediate medical attention!

## Additional Resources

**In Case of Emergency Dial 911 or nearest Emergency Room**

| | |
|---|---|
| National Suicide Prevention Life Line<br>http://www.suicidepreventionlifeline.org | 1-800-273-TALK<br>(1-800-273-8255) |
| National Alliance on Mental Illness<br>http://www.nami.org | 1-801-323-9900 or<br>1-877-230-6264 |
| Substance Abuse and Mental Health Services Administration<br>http://www.samhsa.gov/suicide-prevention | 1-877-SAMHSA-7<br>(1-877-726-4727) |

FOR HOSPITALIZATIONS DEEMED AS OBSERVATION: An observation patient may experience higher costs than an inpatient on admission status for the time spent in a hospital because Medicare covers inpatient and outpatient hospital services differently. Medicare Part A covers inpatient hospital services, which requires a one-time deductible. Observation services are covered under Part B of Medicare and require the patient to pay a 20 percent co-payment for each individual service as explained by your case manager. Please also note that a patient under observation status in a hospital does not meet the requirements for qualifying inpatient hospital stay for Medicare coverage to a skilled nursing facility. In order to qualify for admission to a skilled nursing facility a patient must have been deemed as an inpatient in the hospital with a 3 day stay.

**Access Your Personal Health Information through Patient Connect!**

Patient Connect is an online, secure patient website that allows you access to your health information. Located on the Boca Raton Regional Hospital website, patients and/or family members can do any of the following items:

-Medical Visits and Treatment
-Summaries of Inpatient Stays
-Lab and Radiology Reports - three days after being performed
-Medication List after Discharge

We strongly urge you to take advantage of our Patient Connect. After your discharge from the hospital, you will receive an email inviting you to create your personal account, simply click on the link and follow the instructions to sign up. You can also visit the hospital's website www.brrh.com and click on the Patient Connect icon or you can self-enroll without an email invitation by visiting https://brrhpatientconnect.iqhealth.com/self-enroll/

If you need help signing up for Patient Connect please call 800-287-9085 for assistance.

**Do You Or Someone You Love Have Diabetes?**

Boca Raton Regional Hospital offers a comprehensive educational diabetes program that not only includes the definition of diabetes, but also how to improve your overall health having diabetes. Participants will learn about healthy eating with personalized meal plans, glucose monitoring, insulin devices, and medication management as well as the importance of physical activity and how to integrate it into busy schedules. They will also learn about the signs, symptoms and treatment of low and high blood sugar, and how to prevent and care for chronic complication.

For more information or to register for classes please call the Diabetes Education Program at Gloria Drummond Physical Rehab Institute at 561-955-2100.

**Medication leaflets, if any, will display below**

**Patient education materials, if any, will display below**

# Chest Pain Observation

It is often hard to give a specific diagnosis for the cause of chest pain. Among other possibilities your symptoms might be caused by inadequate oxygen delivery to your heart (*angina*). Angina that is not treated or evaluated can lead to a heart attack (*myocardial infarction*) or death.

Blood tests, electrocardiograms, and X-rays may have been done to help determine a possible cause of your chest pain. After evaluation and observation, your health care provider has determined that it is unlikely your pain was caused by an unstable condition that requires hospitalization. However, a full evaluation of your pain may need to be completed, with additional diagnostic testing as directed. It is very important to keep your follow-up appointments. Not keeping your follow-up appointments could result in permanent heart damage, disability, or death. If there is any problem keeping your follow-up appointments, you must call your health care provider.

## HOME CARE INSTRUCTIONS

Due to the slight chance that your pain could be angina, it is important to follow your health care provider's treatment plan and also maintain a healthy lifestyle:

- Maintain or work toward achieving a healthy weight.
- Stay physically active and exercise regularly.
- Decrease your salt intake.
- Eat a balanced, healthy diet. Talk to a dietitian to learn about heart-healthy foods.
- Increase your fiber intake by including whole grains, vegetables, fruits, and nuts in your diet.
- Avoid situations that cause stress, anger, or depression.
- Take medicines as advised by your health care provider. Report any side effects to your health care provider. **Do not** stop medicines or adjust the dosages on your own.
- Quit smoking. **Do not** use nicotine patches or gum until you check with your health care provider.
- Keep your blood pressure, blood sugar, and cholesterol levels within normal limits.
- Limit alcohol intake to no more than 1 drink per day for women who are not pregnant and 2 drinks per day for men.
- Do not abuse drugs.

## SEEK IMMEDIATE MEDICAL CARE IF:

You have severe chest pain or pressure which may include symptoms such as:

- You feel pain or pressure in your arms, neck, jaw, or back.
- You have severe back or abdominal pain, feel sick to your stomach (*nauseous*), or throw up (*vomit*).
- You are sweating profusely.
- You are having a fast or irregular heartbeat.
- You feel short of breath while at rest.
- You notice increasing shortness of breath during rest, sleep, or with activity.

- You have chest pain that does not get better after rest or after taking your usual medicine.
- You wake from sleep with chest pain.
- You are unable to sleep because you cannot breathe.
- You develop a frequent cough or you are coughing up blood.
- You feel dizzy, faint, or experience extreme fatigue.
- You develop severe weakness, dizziness, fainting, or chills.

Any of these symptoms may represent a serious problem that is an emergency. **Do not** wait to see if the symptoms will go away. Call your local emergency services (911 in the U.S.). **Do not** drive yourself to the hospital.

**MAKE SURE YOU:**
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 01/20/2012 Document Revised: 12/23/2014 Document Reviewed: 06/19/2014
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

I acknowledge that I received the Florida Department of Health educational pamphlet "Information on Nonopioid Alternatives for the Treatment of Pain" on admission.

**I acknowledge that I have received all valuables and belongings shown below.**

Boca Raton Regional Hospital would like to thank you for allowing us to assist you with your healthcare needs. Your signature below indicates that you have received your prescriptions and have all your personal belongings and valuables. I have discussed, read, and understand my "Discharge Instructions" and I have no further questions.

# Exhibit K

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

MAtthew Duntz

5·10·22

JAN FEB MAR APR MAY JUN
JUL AUG SEP OCT NOV DEC

| | |
|---|---|
| IRBESARTAN | 75 mg<br>ONE A DAY |
| METOPROLOL ER SUCCINATE | 25 mg (1/2 of Pill)<br>ONE A DAY |
| ALLOPURINOL | 100 mg<br>ONE A DAY |
| ATORVASTATIN | 40 mg<br>ONE A DAY |
| LEVOTHYROXINE | .05 mg<br>ONE A DAY |
| CLOPIDOGREL | 75 mg<br>ONE A DAY |
| ASPIRIN | 81 mg<br>ONE A DAY |

Lincoln/Duntz 0935

MAtthew Duntz

| JAN | FEB | MAR | APR | MAY | JUN |
| --- | --- | --- | --- | --- | --- |
| JUL | AUG | SEP | OCT | NOV | DEC |

| | |
| --- | --- |
| NITROGLYCERIN | .2 mg/hr as needed |
| GLUCOSAMINE | 1500 mg 2 a DAY |
| VITAMIN D3 | 50 mcg ONE A DAY |

# Exhibit L

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 20, 2021

MATTHEW J DUNTZ

Re: Policyholder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129200000
Claim Number: 1210085648
Claimant: Matthew Duntz

Dear Mr. Duntz:

This letter is to advise you your claim for Short Term Disability benefits has been approved beginning on 08/02/2021.

The policy issued to Aerospace Technologies Group, Inc., has a 14 day elimination period during which no benefits are payable. Your benefits will begin on 08/16/2021. Your first payment will be received separately within the next business week. Subsequent payments will be issued weekly or biweekly depending on your specific policy language.

Based on your Basic Weekly Earnings, your weekly benefit will equal $2,000.00. However, if you are receiving Other Income Benefits as defined by your policy, your benefit may be reduced based on policy provisions.

At this time your benefits are being allowed to 10/11/2021. This date represents the recovery period that has been suggested by your physician or the usual and customary recovery period for your disability and occupation.

If you are unable to return to work on this date due to your disability, please provide the attached form to your doctor to complete and return to Lincoln Financial for consideration of additional disability benefits; or provide medical documentation that supports continued disability.

Medical documentation may include, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and or laboratory results, operative reports, hospitalization records, all types of therapy notes and consultations. This information may be obtained from your physicians and should be provided at your own expense. A note from your

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

physician without any supporting documentation may not be sufficient to approve further benefits.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Swara Vyas
1-800-423-2765
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

Enclosure(s): Group Continuance DISB APS
CC: Aerospace Technologies Group, Inc.
ATTN: Michelle Glenn
620 NW 35th St
Boca Raton, FL 33431

# Exhibit M

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

K. Cody Allison
*Member/Managing Attorney*

(615) 234-6000 | (615) 727-0175
LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

**AUTHORIZATION TO RECEIVE CHECKS**

I, **MATTHEW DUNTZ**, hereby authorize **LINCOLN FINANCIAL GROUP** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **MATTHEW DUNTZ** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **MATTHEW DUNTZ.** I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
**Cavalier Building**
**95 White Bridge Road**
**Ste. # 250**
**Nashville, Tennessee 37205**

07·20·2022
**Date**

**MATTHEW DUNTZ**

Cody Allison & Associates, PLLC
Cavalier Building
5 White Bridge Road – Suite # 250
Nashville, TN 37205

7021 2720 0000 3441 7174

1000

68103

U.S. POSTAGE PAID
FCM LG ENV
BURNS, TN
37029
OCT 15, 22
AMOUNT
$9.65
R2305M143381-05

OCT 21 2022

Claims Shared Services
The Lincoln National Life Ins. Co.
ATTN.: Jane Davidson
P.O. Box 2337
Omaha, NE 68103

Lincoln/Duntz 0942

Samuel D. Payne
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

October 12, 2022

**VIA CERTIFIED MAIL <u># 7021 2720 0000 3441 7174</u>**
**RETURN RECEIPT REQUESTED**
**& FACSIMILE: <u># (402) 361-1460</u>**

**Claims Shared Services**
**The Lincoln National Life Insur. Co.**
**<u>ATTN.: Jane Davidson</u>**
**P.O. Box 2337**
**Omaha, NE 68103**

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Matthew Duntz** |
| | **LTD Claim No.:** | **1220010964** |
| | **Policy No.:** | **00001014129000000** |
| | **Policyholder:** | **Aerospace Technologies Group, Inc.** |
| | **DOB:** | |

Dear Ms. Davidson, or To Whom It May Concern:

This law firm represents Matthew Duntz regarding his long-term disability ["LTD"] benefits under the Plan/Policy as referenced above. Throughout this letter, Lincoln and Employer/Plan Sponsor/Policyholder Aerospace Technologies Group, Inc. may be collectively referred to as the "Company."

To the extent that the Company has denied Mr. Duntz's LTD claim on any basis, please accept this letter as our official request on her behalf for review/appeal and his effort to exhaust completely all contractual/administrative remedies under the applicable Plan/Policy documents; further, his appeal/exhaustion of remedies as per applicable federal ERISA law/regulations.

Specifically, we are appealing from Lincoln's denial letter dated 5/2/2022. A copy of that denial letter is attached as **<u>Exhibit A</u>.**

If, at any time, the Company needs Mr. Duntz to do anything else (reasonable) to exhaust his remedies or perfect his claim, please let us know. This specifically includes completing any additional needed forms, questionnaires or the like for the Company.

## INTRODUCTION:

The basic facts here are as follows:

- Mr. Duntz's DOB: (*current age: 60)
- Residence: Hendersonville, TN (moved from Fla. in late 2021)
- Education: HS Graduate
- Employer: Aerospace Technologies Group
- Job: Chief of Sales a/k/a Chief Sales Office (*one of 4 Officers of Company)
- Date of Hire: 2/15/2016
- Annual Compensation/Wages: $216,499.92 (*exclusive of any bonuses)
- Last Day Worked: 7/30/2021
- Date of Disability: 7/31/2021
- STD benefits via Lincoln: 8/16/21 (began after Elimination Period) through approx. 1/27/2022
- LTD benefits received: None

More detailed information regarding our client's job with Aerospace Technologies is found in the attached collective **Exhibit B**. Note carefully: although the denial letter here suggests that his job was more or less the proverbial sedentary "desk job," this is not accurate.

Mr. Duntz's job included responsibilities for managing all programs both ongoing (long-term contracts) and new in development, all customer relations and product ordering, as well as corporate marketing. He was one of four (4) officers of the Company, and clients for which he was responsible were found worldwide, including Europe, Middle East and Canada (in addition to USA). Thus, heavy travel was anticipated and expected for serving those clients, as well as participation in up to six (6) trade shows per year (shows in Dubai, Germany, France and USA). As far as the trade shows, Mr. Duntz was responsible for organizing all related customer meetings and the shows themselves, as well as attending the shows and then breaking down the booths and transport them back to the home office.

Further, the nature of his executive sales position required him to receive and respond to communications 24 x 7 due to the international client base. Essentially, Mr. Duntz was always "on call," which is obviously part and parcel of a stressful job.

At this point, Mr. Duntz's disabling conditions include without limitation: atherosclerotic heart disease (coronary arteriosclerosis) (described to our client as "aggressive heart disease"); two heart attacks (myocardial infarctions) within 18 months (March, 2020 and July, 2021), the latter resulting in his stopping work; abnormal cardiac catheterization; placement of stent(s); hyperlipidemia; chest pain; chronic angina;[1] shortness of breath; benign paroxysmal positional vertigo; night sweats/diaphoresis; cancer (melanoma) in numerous locations including liver; lymphadenectomy (left arm pit) (part of surgical management of cancer); also Mohs surgery to remove tumor on face; abnormal weight loss; myalgia; gout; vitamin D deficiency; hypothyroidism; and hearing loss.

If all that were not enough, our client had a significant bout with Covid-19 that required him to be seen at the hospital on or about 10/18/2021. He was diagnosed at that time with acute chest pain, shortness of breath, COVID-19 virus infection, fever, chills, and cough.

**According to treating cardiologist Dr. Constance Fields, Mr. Duntz "[n]eeds to avoid all emotional and physical stress" in terms of employment.**

## LTD PLAN/POLICY DEFINITION OF DISABILITY:

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:

1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform:

a. during the first 12 months following the date of loss, one or more of the Main

[1] Angina is a condition marked by severe pain in the chest, often also spreading to the shoulders, arms, and neck, caused by an inadequate blood supply to the heart. Angina is the specific type of pain that one experiences when the heart is in trouble -- angina can be a symptom of a heart attack.

Duties of his or her Own Occupation; or

b. after a period of 12 months following the date of loss, each of the Main Duties of his or her Own Occupation.

2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

**REASON FOR DENIAL OF BENEFITS:**

The 5/2/2022 denial letter states as follows:

"After a thorough review of the information currently contained in your claim file, we have determined that you did not meet the definition of Total Disability… Outlined below is the information reviewed which led to our determination…. As part of the… review, your medical file was reviewed by Dr. Ali Reza, an independent physician reviewing Board Certified in Cardiovascular Disease and Board Certified in Interventional Cardiology.….We [also] reviewed the medical documentation provided in conjunction with the written job description, your employer's description of your job duties, and the Department of Labor's Dictionary of Occupational Titles (DOT), and determined that the medical evidence does not support Total Disability as defined by the policy…. As noted previously, in order to be eligible for Long Term Disability benefits, you must satisfy an Elimination Period of 180 days. During the Elimination Period, you need to remain Totally Disabled as described… above. Based on your date of disability of 7/31/2021, the Elimination Period would conclude 1/27/2022. Per our review of the file, including the Peer report of Dr. Ali Reza, **we have concluded that you would not have had occupational restrictions and limitations beyond 12/21/2021 which would have prevented the performance of one or more of the Main Duties of your Own Occupation. Therefore, the Elimination Period was not satisfied and no benefits are payable."**

Further, the denial letter attributes the following conclusion to Dr. Reza (per his report dated 4/18/2022):

"While the medical records do support a degree of restrictions and limitations on the claimant's activity, the restrictions and limitations recommended by the claimant's treating provider on 08/17/2021 do not evidence full capacity the claimant can sustain. **The medical records supported the claimant had additional functional capacity greater than indicated by the treating provider.**"

## MEDICAL EVIDENCE:

In addition to the medical information/records already found in the Company's claims files (STD and LTD) for Mr. Duntz, we are attaching hereto presently-available medical records:[2]

**Exhibit C: Medical Records from Boca Raton Regional Hospital**

800 Meadows Road

Boca Raton, FL 33486

**David S. Rosenthal, M.D.**

Emergency Medicine Physician

**Jason D. Golub, M.D.**

Board Certified Internal Medicine Specialist

**Hema Jadoonanan**

Family Medicine Doctor

**Dates of Treatment Include: 3.22.2020 to 3.24.2020**

**3/22/2020**: Mr. Duntz presented to Dr. Rosenthal in the ED with complaints of intermittent, burning chest pain in the center of his chest for 4 days. He denies modifying factors. Pain is 4/10, non-radiating. He took 2 baby ASA PTA. An xray of the chest found no radiographic evidence of acute lung pathology.

An EKG was completed and found mild mitral regurgitation is present, the tricuspid valve is not well visualized, the IVC is mildly dilated. A chest xray was completed and found no radiographic evidence of acute lung pathology. Routine chemistry was completed and Troponin I is suggestive of myocardial injury.

---

[2]Please understand that all medical records and other sensitive documentation tendered with this appeal are intended to be strictly maintained as CONFIDENTIAL by the Company, used only on a need-to-know basis for purposes of handling our client's LTD claim.

**Dr. Rosenthal's assessment: Acute chest pain and non-ST elevated myocardial infarction (NSTEMI). Differential diagnoses include but are not limited to ACS, angina, musculoskeletal strain, pneumothorax, pneumonia, arrhythmia.**

8:27pm: A re-evaluation found Mr. Duntz has had mild relief of chest pain with sublingual NTG. An IV NTG drip was initiated for chest pain and an IV Heparin was initiated for NSTEMI. Mr. Duntz was admitted because he required further evaluation and treatment. Hospitalist Service is being contacted to assume care of this patient at this time. The patient has been informed of their initial diagnosis and agrees to further evaluation and treatment.

8:25pm: Dr. Carrillo agrees with assessment and plan. He will be admitted for likely cardiac catheterization in the morning.

9:22pm: Mr. Duntz is chest pain free.

9:27pm: Mr. Duntz presented to Dr. Jadoonanan. He has a history of gout, dyslipidemia, and hypothyroidism. He complains of intermittent substernal chest burning that began last Wednesday. He states pain became constant today. Describes it as substernal chest burning without radiation. Denies any improvement with over-the-counter antacids. No nausea, vomiting, shortness of breath, diaphoresis. During his ER workup he was found to have elevated Troponins all be admitted for further treatment.

Treatment plan: ACS-aspirin, nitroglycerin drip, heparin drip, trend troponins, cardiology evaluation. NPO after midnight for cardiac catheterization. Lopressor b.i.d. and hydralazine p.r.n. for hypertension. Continue levothyroxine for hypothyroidism. Continue statin for dyslipidemia.

10:07pm: Mr. Duntz was discharged from the ED and admitted into the hospital due to acute chest pain and non-ST elevated myocardial infarction.

**3/23/2020**: Catheter lab was completed.

**3/24/2020**: Mr. Duntz was discharged. He was admitted to Medicine Service for evaluation non ST-elevation myocardial infarction. He was initially treated with heparin therapy subsequently taken the catheterization lab by Cardiology consultant. He underwent deployment of a left circumflex drug-



PAGE 6/26 * RCVD AT 10/13/2022 3:40:18 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:4023611460 * CSID:NEXTIVA * ANI:16157270175 * DURATION (mm-ss):19-22

eluting stent. Post procedural course was uneventful. Echocardiogram showed preserved ejection fraction. He was extensively counseled on need for compliance of medication including aspirin and Brilinta.

**Exhibit D: Medical Records from Holy Cross Medical Group**

9980 Central Park Blvd., Suite 304

Boca Raton, FL 33428

**Constance Fields, M.D.**

Cardiology Specialist

**Dates of Treatment Include: 1.13.2020, 1.23.2020, 1.30.2020, 3.30.2020, 5.5.2020, 6.25.2020, 10.26.2020, 5.4.2021, 8.3.2021, 11.22.2021; see also labs and Holter monitoring reports.**

**/13/2020**: Mr. Duntz presented to Dr. Fields for a cardiac evaluation for complaints of possible vertigo. He is an active 57 year old gentleman with hypothyroidism, hyperlipidemia, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed – he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He hasn't had any events now in just over a week. He has not had associated palpitations although can't be sure that he also doesn't also feel lightheaded at the same time. He's had no chest pain, shortness of breath at rest or with exertion or leg swelling. He's had no upper respiratory infection and has had no associated abdominal pain, diarrhea or nausea. He has never experienced anything like this before. He has no history of myocardial infarction, diabetes, smoking history or premature history of heart disease. His labs drawn January 9, 2020 included a total cholesterol of 152, HDL 40, triglyceride level of 157with a non-HDL cholesterol of 112, glucose 90, stable CMP with a hemoglobin A1c of 5.2, normal TSH and CBC.

EKG is stable. He is a candidate for an echocardiogram to see if he has associated valvular heart disease, a 5 day monitor to see if he could be experiencing any arrhythmias and also recommend a brain CT scan without contrast to start to see if there are any significant abnormalities. In the meantime, he should be evaluated by an ENT specialist.

His hyperlipidemia is well controlled and he is tolerating simvastatin without myalgias or myopathy. Recent TFTs for his hypothyroidism were normal. He has a remote history of syncope about 5 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction. He avoids this reaction now so long as his blood is obtained from his vessels in his hand. His gout is asymptomatic.

Mr. Duntz's vital signs are normal and he is not orthostatic with change in position. It does not reproduce his symptoms and normally will not cause his symptoms outside of the office. He can be up and walking around for a while and suddenly develop the very mild diaphoresis and fleeting dizziness. His EKG performed is stable. Referral to ENT specialist to be seen soon. For any severe episodes, he should be seen in the ER and contact us.

Dr. Fields' assessment: Hyperlipidemia, gout, dizziness, exertional shortness of breath.

Treatment plan: CT Brain w/out contrast, echocardiogram, Holter monitor for 24 hours, follow up, otolaryngology referral, evaluation and treatment.

**1/23/2020**: Mr. Duntz presented to Dr. Fields for an echocardiogram. The left ventricle is normal in size with preserved LV systolic function with a normal ejection fraction. There are no focal wall motion abnormalities. There is borderline concentric LVH. The right ventricle is normal in size with preserved RV free wall motion. Both atria are normal in diameter. The aortic root and ascending aorta are normal in diameter. The mitral valve leaflets are thin and normally mobile without systolic prolapsed. There is mild mitral annular calcification. The aortic valve is tricuspid with adequate cusp excursion. There is no Doppler evidence of aortic valve stenosis or insufficiency. The tricuspid valve leaflets are thin and normally mobile. The pulmonic valve leaflets are thin and normally mobile. There are no intracardiac masses seen. There is no pericardial effusion. There is an anterior fat pad present. There is an interatrial septal aneurysm without Doppler evidence of communication between the 2 atria. Doppler interrogation is significant for trace mitral and tricuspid insufficiency with normal RV systolic pressure of 16mmHg.

**1/30/2020**: Mr. Duntz returned to Dr. Fields for reevaluation. Since last seen he was evaluated by ENT, Dr. Houle, and he was diagnosed with benign positional vertigo responding to the Epley maneuvers. He has had no further episodes of dizziness which was usually associated with diaphoresis. He has not had any symptoms of chest pain, shortness of breath, palpitations, syncope or leg swelling. He has no discomfort at the bottom of his fee. Echocardiography performed 1/23/20 showed normal



PAGE 8/26 * RCVD AT 10/13/2022 3:40:18 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:4023611460 * CSID:NEXTIVA * ANI:16157270175 * DURATION (mm-ss):19-22

cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast 1/21/20 showing no evidence of an acute intracranial lesion. Also, there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Mr. Duntz is doing very well from a cardiac standpoint. He has been asymptomatic without symptoms of possible angina or an arrhythmia. His symptoms were found to be due to vertigo which have resolved. We reviewed the results of this stable echocardiogram, Holter monitor and CT of the brain. I will refer him to a podiatrist for his complaints of foot discomfort. We will make arrangements to see him in the office in 6 months for evaluation. He will be given a prescription to have his labs drawn before that visit.

**Dr. Fields' assessment: Benign paroxysmal positional vertigo, vitamin D deficiency, hypothyroidism, and hearing loss.**

Treatment plan: Alkaline phosphatase serum, alanine aminotransferase, aspartate aminotransferase, lipid panel, thyroxine, thyroid stimulating hormone, uric acid serum, vitamin D, follow up in 6 months.

**3/30/2020**: Mr. Duntz presented to Dr. Fields for reevaluation. Echocardiography performed 1/23/20 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast 1/21/20 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bmp, minimum rate 61, and maximal heart rate of 137 bmp when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Mr. Duntz was hospitalized 3/20/20 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid-100% left circumflex occlusion performed by Dr. Carrillo. He had single-vessel coronary artery disease. He was discharged on 3/24/20. He had developed substernal chest burning which then became a pressure-lie discomfort associated with nausea and vomiting a few days before he presented to the hospital. He has not had recurrence of any of the symptoms which in retrospect were his angina symptoms since his discharge from the hospital.

Echocardiography also performed during his hospitalization 3/22/20 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest xray during his hospitalization showed no evidence of lung pathology. His labs drawn included cholesterol of 124, HDL 42 and LDL of 58 his Troponin increased to a maximum of 5.8. His CBC and renal function were stable. He was discharged from the hospital was the addition of Brilinta 90mg twice a day, Metoprolol Succinate 25 mg daily and he was told to eventually start Irbesartin 75 mg a day but not until he is seen as an outpatient by the cardiologist. He does have a new mild shortness of breath at times which could be a side effect. He intentionally lost 21lbs since he was last seen in the office. Over the last couple of months Mr. Duntz has no developed severe night sweats which primarily drenches his head a few times a month. The last episode was last night. He has had no fevers or chills. He did not have a fever when this happened.

His benign positional vertigo symptoms have not reoccurred since he had the Epley maneuvers. Critical single-vessel coronary artery disease-status post MI 3/22/20 and status post PCI and drug-eluting stent placement to a proximal to mid-100% circumflex lesion-he has had no angina symptoms since his discharge from the hospital. His angina consists of substernal chest pressure or burning. He is to continue Metoprolol for now however I would not start an ARB yet since he will be receiving more IV contrast for his CT body scan but soon but will restart it in the next few weeks if his blood pressures are stable.

Hyperlipidemia is well controlled. He is tolerating simvastatin without myalgias or myopathy, however, he did have significant CAD despite normal lipid levels so my recommendation is to try to lower is LDL to less than 40 by increasing simvastatin to 40mg 3 days a week and continue 30 mg the other 4 days a week.

Mr. Duntz's vital signs are normal in the office today. He is doing well status post PCI and drug-eluting stent placement to an occluded proximal to mid-circumflex lesion performed last week when he presented with a non-ST segment elevation MI. His echocardiogram was stable. He will follow-up with the interventional cardiologist next week. Increase his statin in order to try to lower his LDL to less than 40. Should he develop any side effects he knows to contact us. He appears to be tolerating Metoprolol without side effects. I am also concerned about his episodic sometimes severe night sweats and will order chest, abdomen and pelvic CT as well as blood cultures. He will be called with the results. Follow up with the dermatologist who has been following him for his known diagnosis of melanoma. At follow up, so long is he is hemodynamically stable and his renal function is also stable, will start him on an ARB.

**Dr. Fields' assessment: Coronary arteriosclerosis, past myocardial infarction, melanoma, night sweats, abnormal weight loss, and myalgia.**

Treatment plan: Blood culture; continue medications, low fat and low cholesterol diet, follow up in 4 weeks.

**5/5/2020**: Mr. Duntz presented to Dr. Fields for evaluation. His complaints of diaphoresis spontaneously resolved and he has not had 1 event in the last 5 to 6 weeks. He had a CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. He has no complaints of chest pain, shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. He was able to locate his MRIs performed in 2011 and 2012. The results are similar to his current CT scan only that the splenic lesion seen with the current CT is new. His systolic readings usually run between 105 to about 117. If he stands up he will become lightheaded momentarily.

CT of the chest abdomen and pelvis was stable except for a new small splenic lesion and it was recommended the study be repeated in 3 months.

Mr. Duntz's vital signs are normal. He is tolerating his current medications well without side effects. He does not have symptoms of angina or an arrhythmia. His severe episodes of diaphoresis spontaneously resolved. It is unclear what was causing the symptoms. If they do recur, he is to notify us. He was encouraged to follow up with his dermatologist. Wait to start him on Irbesartan until he needs to have a follow-up BMP drawn before he can proceed with his abdominal CT to follow the new small splenic lesion seen on his recent study. He needs to have his renal function lab work done a few weeks before his follow-up CT scan performed in early July. We will make arrangements for him to start a low dose of Irbesartan – just half of the 75mg pill and when he does he should decrease his Metoprolol to half a tablet a day as well. This change in medications begins June 1. He will be given a prescription to have his renal function lab work drawn a week later and will bring him back to the office at that time to see how he is doing. He is cleared to exercise. When seen at his follow up, give him a prescription for a repeat abdominal CT to follow the splenic lesion.

Treatment plan: Renew Brilinta 90mg, CMP, Lipid panel, thyroxine specimen source, thyroid stimulating hormone, uric acid serum, continue medications, and follow up in 6 weeks.

**6/25/2020**: Mr. Duntz presented to Dr. Fields. He has been doing well since last seen in the office. He has no complaints of shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. When last seen he had started on Irbesartan (Avapro) 75mg starting June 1 and reduced the amount of his Metoprolol to 12.5mg a day. He has had 2 fleeting episodes of atypical left-sided chest discomfort which happened within 1 week of each other since last seen. He has not experienced anything like this before. He says overall however he is feeling very good at this time.

Mr. Duntz's vital signs are normal. He had atypical fleeting chest pain a couple of weeks ago only occurring twice and the symptoms were dissimilar to what he experienced when he was found to have obstructive CAD. It is unclear what may have caused the symptoms and if they recur he would be a candidate for a Holter monitor to see if he is experiencing an arrhythmia. Because it occurred coincident with having decreased his beta-blocker, he should still stay on a small dose of 12.5mg a day. He says overall however he is feeling quite well. I recommend adding Zetia to lower his LDL even further and we did discuss the side effects. He has been given a prescription to have his labs drawn and follow up in 6 to 9 weeks.

Dr. Fields' assessment: 2 episodes of fleeting left sided chest discomfort which occurred within the last 3 weeks – coincident with decreasing his Metoprolol and could be possibly related to ectopy. He should continue the same does of Metoprolol rather than wean him off altogether at this time.

Treatment plan: Start Ezetimibe 10mg, alkaline phosphatase fraction, follow up in 4 months.

**10/26/2020**: Mr. Duntz presented to Dr. Fields for follow up. He has been feeling well from a cardiac standpoint since last seen. He has no complaints of chest pain, shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. He has not been hospitalized since last seen nor is he taken any new prescription medication. He underwent a PET CT scan of the abdomen in September 2020 when a CT scan showed a 1.2cm splenic lesion. The PET scan was unremarkable suggesting that the lesion was probably benign. He was referred to Dr. Sunil Patel of oncology who is now following him. He is currently on Irbesartan 327.5mg a day and Metoprolol 12.5mg a day.

Treatment plan: Creatine kinase total serum, specimen/data collection, continue medications, follow up in 6 months.

**5/4/2021**: Mr. Duntz presented to Dr. Fields for evaluation. He has not been hospitalized since last seen nor is he taking any new prescription medication. He has no complaints of chest pain, shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. His labs last drawn in 10/2020 included a LDL 28, cholesterol 82, normal LFTs with a TSH which was in the normal range. His pressures at home are usually in the normal range. His only complaint is of easy bruisability.

Mr. Duntz's vital signs are normal. He is stable from a cardiac standpoint and does not have symptoms of angina, an arrhythmia or CHF. His EKG performed today is stable. Since it has been more than a year since his cardiac intervention to have his labs drawn soon and will be called with the results.

Treatment plan: CBC with differential and platelet, hemoglobin A1c with eAG, follow up in 6 months.

**8/3/2021**: Mr. Duntz presented to Dr. Fields for reevaluation. He is followed by a PA at a walk-in clinic by the name of Shivan and Persad in Boca Raton, Florida. **He called yesterday asking to be seen asap because he developed an hour long episode of moderate to severe 6/10 left sided chest pressure that then became bilateral associated with shortness of breath, diaphoresis and he felt very fatigued afterward. He was sitting at his desk working at the time and was under emotional stress. He took aspirin right away when it began. The symptoms were dissimilar to the symptoms he had had when he had his myocardial infarction year and a half ago. He feels somewhat fatigued or "washed out" today however he is not having chest pain and at least until now he has not had any shortness of breath, lightheadedness or dizziness, palpitations or leg swelling. 2 weeks ago he had surgery to remove a benign tumor from the left side of his face.**

Mr. Duntz's vital signs are normal. There is concern about his significant episode of chest discomfort associated with shortness of breath and diaphoresis (sweating) which occurred at rest yesterday lasting about an hour. He understands that if this happens again he should be seen by paramedics and taken to the emergency room. My strong recommendation is that he undergo cardiac catheterization soon, preferably this week, to determine if he is developing in-stent stenosis. His EKG performed today is stable. He does understand that even if he underwent nuclear stress testing and results are normal, we would not know definitively as to whether or not the vessel was patent.

**<u>Addendum</u>: He developed chest discomfort and diaphoresis just before this evaluation was completed. EKG was performed and remained unchanged. A discussion with his wife, Kim, over**

**the phone regarding concerns and recommendations that he be transferred by ambulance/paramedics to the hospital for stabilization and evaluation. He is agreeable.**

**Dr. Field's assessment: Angina pectoris.**

**11/22/21**: Mr. Duntz presented to Dr. Fields for an angina CAD. The stress test found abnormal with the development of biphasic T waves in a VF and V6 about 2 minutes after exercise lasting about 3 minutes associated with chest pain. Impression perfusion findings include mild upper septal ischemia, mild inferior wall ischemia, mild anterior wall ischemia, and TID.

**Exhibit E: Lincoln STD Claim Form with Physician's Statement included (executed by Dr. Fields on 8/17/2021)**

In this Lincoln-provided form, treating cardiologist Dr. Fields, as of 8/17/2021, diagnosed our client with coronary arteriosclerosis, as well as hyperlipidemia. Symptoms included chest pain and shortness of breath. The Doctor provided objective findings including an abnormal cardiac catheterization; further details listed on form. At this time (August, 2021), Dr. Fields suggested that Mr. Duntz might be able to return to work in March, 2022 (*which represents a date *after* the Elimination Period for LTD benefits at issue). Still, there is no specific evidence in the record that Dr. Fields ever actually cleared our client to return to work.

In terms of limitations and restrictions, Dr. Fields stated: **"He should not be under any emotional stress...... Needs to avoid all emotional and physical stress."**

**Exhibit F: Credentials for Dr. Fields**

Dr. Fields obtained her medical degree from the prestigious Northwestern University at Feinberg School of Medicine, then served a Residency at Rush University Medical Center and Fellowships at Tufts Medical Center and Steward St. Elizabeth's Medical Center.

She is Board-Certified in both Internal Medicine and Cardiovascular Disease.

**Exhibit G: Medical Records from Dr. Jane E. Freedman/Vanderbilt Heart (VUMC)**

1215 21st Ave. South, 5th Floor

Nashville, TN 37232

**Jane E. Freedman, M.D.**

Cardiology Specialist

**Dates of Treatment Include: 5.31.2022; 6.13.2022 (nuclear stress/exercise test)**

**5/31/2022**: Mr. Duntz presented to Dr. Freedman in office with past history multiple myocardial infarctions and prior stent placement; there today for follow-up care with chronic stable angina. Noted that angina does not sound different from its presentation in Florida last fall/winter at time of last catheterization. However, chest pain relatively frequent if not increasing. "Patient is aware if it does not resolve or increases to go to the ER…." Nuclear stress test planned to see if there any changes vs. report from last fall. A repeat catheterization to be considered if there is any increase or change in symptoms.

**"Mr. Duntz is currently restricted in his activities due to his chronic angina and this significantly limits his ability to return to work."**

**Exhibit H: Credentials for Dr. Freedman**

Dr. Freedman is Physician-in-Chief for the Vanderbilt Heart & Vascular Institute. She obtained her medical degree from the prestigious Tufts University, then served various impressive residency/fellowships including Harvard Medical School.

She is Board-Certified in both Cardiovascular Disease and Adult Echocardiography.

**Exhibit I: Medical Records from Barnett Dermatology**

7100 W. Camino Real Suite 301

Boca Raton, FL 33433

**Channing Barnett, M.D.**

Dermatologist

**Dates of Treatment Include: 5.24.2021; 7.20.2021**

**5/24/2021**: Mr. Duntz presented for pathology consultation. Specimen A is a shave biopsy from right rib cage. There is verrucous plaque and unevenly pig macule.

Diagnosis: Lentiginous junctional melanocytic nevus with architectural disorder and moderate cytologic atypism of the melanocytes. Moderate dysplastic nevus with deep adnexal extension. Deep and lateral margins involved.

Conservative re-excision is recommended to ensure all the atypical melanocytes are removed. Additional sections stained with hematoxylin and eosin, SOX-10 and Melan-A were reviewed, supporting the diagnosis.

Specimen B is a shave biopsy from left inferior preauricular cheek. There is pink scaling patch. Aggregations of cells with hyperchromatic nuclei, scant cytoplasm, and palisaded peripheral nuclei emanate from the undersurface of the epidermis.

**Diagnosis: Basal cell carcinoma, superficial type.**

**7/20/2021**: Mr. Duntz presented to Barnett Dermatology for surgery.

**Exhibit J: Medical Records from Boca Raton Regional Hospital**

800 Meadows Road

Boca Raton, FL 33486

**Joshua D. Glauser, D.O.**

Internal Medicine Specialist

**Gregory Lawrence Deitsch, M.D.**

Acute Care Specialist

**Robert M. Gabor, M.D.**

Cardiology Specialist

**Shawntira Johnson, M.D.**

Internal Medicine Specialist

**Robert Carida II, M.D.**

Cardiology Specialist

**Dates of Treatment Include: 8.3.2021 to 8.5.2021, 10.18.2021, 12.13.2021**

**8/3/2021**:

1:35pm: A chest xray found a normal heart size, mediastinal contour is normal, lungs are clear of confluent parenchymal infiltrate, no pleural effusion, and no pneumothorax.

3:47pm: Mr. Duntz presented to Dr. Deitsch with complaints of chest pain. He has a history of coronary disease status post myocardial infarction, stent to left circumflex last year, hypertension, hypothyroidism and hyperlipidemia presents from his cardiologist's office due to chest pain. He describes chest pressure beginning yesterday evening. It is located left upper chest. It does not radiate. There is some associated diaphoresis and dyspnea. No nausea. Symptoms are intermittent and usually last 5 – 10 minutes. He denies headache or lightheadedness. No fever or chills.

Treatment plan: Place him on telemetry for observation, clarify home medications and continue, trend cardiac enzymes, and consult cardiologist.

**8/4/2021**: 7:44am: Mr. Duntz was examined by Dr. Gabor. Chest discomfort occurring under stress 2 days ago at home lasting for about 2 hours associated with sweating occurring during intense emotional stress. Symptoms are unlike his presentation for MI and urine half ago but similar to how he felt in the cath lab what his stent was being deployed. He came to see Dr. Fields in the office yesterday and proceed to have another episode of chest discomfort with diaphoresis yesterday. His EKG was normal and he was sent to Boca Regional by ambulance for admission and management of presumed unstable angina.

He did undergo recent resection of a benign tumor his left gets [*sic*] about 2 weeks ago. He has a history of melanoma status post resection.

An EKG on 8/3/21 was normal sinus rhythm at 74 beats per minute which is within normal limits.

**Treatment plan: Recommendation is for coronary angiography to assess patency of the previously placed left circumflex stent.**

5:46pm: Mr. Duntz presented to Dr. Carida for a **cardiac catheterization**. His past medical history is significant for coronary artery disease, MI, hypertension, and hyperlipidemia. He had a non-STEMI in 2020. He had proximal LAD disease and PCI of the vessel. Two days prior to admission, he started developing chest discomfort at rest associated with diaphoresis and the condition is extremely stressful. He was seen at Dr. Philips' office. He was admitted and he ruled out for myocardial infarction with serial EKGs and cardiac enzymes and was referred for cardiac catheterization.

He has resting angina, feeling like his old Ml symptoms when he had PCI of the left circumflex artery, he was admitted, he is medically treated and is pain free. Ruled out for myocardial infarction. **He is undergoing cardiac catheterization for risk stratification. Further recommendations pending outcome of this procedure.**

**Assessment: Unstable angina, coronary artery disease, history of percutaneous coronary intervention of his left circumflex in the setting of non-ST-segment elevation myocardial infarction, hypertension, hyperlipidemia.**

6:14pm: Mr. Duntz was examined by Dr. Carida for a left heart catheterization, left ventriculogram, percutaneous transluminal coronary angioplasty of the diagonal branch, and groin closure device.

Left ventriculogram – the LV systolic function in the RAO projection was normal. There were no focal wall motion abnormalities. Estimated left ventricular ejection fraction was 60%. There was no aorta to LV gradient. There was no mitral regurgitation. Left ventricular end-diastolic pressure was 8 mmHg.

**Diagnosis: Single-vessel coronary artery disease involving the diagonal branch. Patent stent site in the left circumflex. Preserved LV systolic function. No focal wall motion abnormalities. Estimated left ventricular fraction was 60%.**

**8/5/2021**: 11:32am: **Mr. Duntz was examined by Dr. Johnson. He was admitted for chest pain and had a cardiac catheterization which required a PCI. He is discharged on dual anti-platelet therapy with cardiology follow up.** He has improved and is discharged home.

Treatment plan: He is to follow up with PCP and Cardiology.

**10/18/2021**: **Mr. Duntz presented to the hospital for COVID.**

**Diagnosis: Acute chest pain, shortness of breath, COVID-19 virus infection, fever, chills, cough.**

**12/31/2021**: Mr. Duntz presented to Dr. Carida for **left heart catheterization, left ventriculogram, coronary angiogram, and groin closure device.**

Diagnosis: Nonobstructive coronary artery disease with disease in a small diagonal. Best served with medical therapy. Patent stent site in the left circumflex artery. Preserved LV systolic function. No focal wall motion abnormalities. Estimated left ventricular ejection 60%. No complications during the procedure. Groin closure device was deployed in the right femoral artery.

## MEDICATIONS:

As a related but distinct matter, Mr. Duntz's medications and side effects should be considered:

### Cardiac (Heart):

Mr. Duntz takes **Irbesartan** (75mg, daily) for high blood pressure. General side effects include a light-headed feeling, and high potassium level.

Mr. Duntz takes **Clopidogrel** (75mg, daily) to prevent heart attacks. General side effects include headaches or dizziness, and nausea.

Mr. Duntz takes **Aspirin** (81mg, daily) to prevent heart attacks, strokes, and chest pain. General side effects include gastrointestinal ulcerations, abdominal pain, and headache.

Mr. Duntz takes **Metoprolol ER Succinate** (25mg, ½ pill daily) for chest pain. General side effects include very slow heartbeats, a light-headed feeling, and shortness of breath. Mr. Duntz also takes **Nitroglycerin** (.2mg, as needed) for chest pain. General side effects include bloating or swelling, difficulty breathing, and dizziness.

**Gout:**

Mr. Duntz takes **Allopurinol** (100mg, daily) for gout. General side effects include nausea and drowsiness.

**High Cholesterol:**

Mr. Duntz takes **Atorvastatin** (40mg, daily) to lower bad cholesterol. General side effects include increased transaminases, lightheadedness and fainting, and shortness of breath or other breathing problems.

**Hypothyroidism:**

Mr. Duntz takes **Levothyroxine** (.05mg, daily) for hypothyroidism. General side effects include fatigue, weight loss, and headache.

*See also*, **Exhibit K**, which is a list of medications from Mr. Duntz himself. *Having said all of that, our client reports specific side effects from his medications as follows:

- Constant ringing in ears, which causes difficulty going to sleep, lack of sleep, and all-day fatigue
- Extreme fatigue, from beginning to end of day; reports falling asleep sitting still in car or at home, etc. to the point that his daughter does not want him watching or driving his grandson alone
- Severe/intense headaches when has to take Nitroglycerin
- Severe bruising and bleeding from simple scrapes; grew a beard because he continued to cut the scar from the cancer incision, which would then bleed nonstop

- Feet hurt all the time (new in the past several months)
- Loss of memory, mostly word meanings or words completely, as well as names of people (skills that instrumental in his sales career)
- Overall lack of, or diminished, focus and drive (motivation).

Yet, from what appears, the Company has failed to take into consideration the potential side effects of Mr. Duntz's medications, the impact on his functioning, alertness and concentration levels, and the resulting overall combination of physical impairments. *See, Godfrey vs. Bellsouth Telecommunications, Inc.*, 89 F.3d 755, 758-759 (11th Cir. 1996); *Adams v. Prudential Insurance Company of America*, 280 F. Supp. 2d 731, 740–741 (N.D. Ohio 2003); *Dirnberger v. Unum Life*, 246 F. Supp. 2d 927, 934 (W. D. Tenn. 2002).

*See also, Stvartak v. Eastman Kodak Co.*, 945 F. Supp. 1532, 1536, 1545-46 (M.D. Fla. 1996) (plan administrator abused his discretion by "discounting the effects of potent anti-depressant and anti-psychotic medications that [the plaintiff] took on a daily basis to … work").

In sum, Mr. Duntz's claim is amply supported by his medical records and general course of treatment -- so long as a medical condition is diagnosed and documented by appropriate physicians, a patient's symptoms should be credited by the insured as being consistent with the disabling impairment. *See, Godfrey, supra*, 89 F.3d 755.

In *Laser v. Provident Life and Accident Insurance Company*, 211 F. Supp. 2d 645, 655-657 (D. Md. 2002), an insurer was significantly criticized for failing to consider all of the employee's medical evidence and all aspects of his illness, taking what amounted to an adversarial approach. It is our belief that the Company has acted in the same way on this claim.

*See also, Curtis v. Hartford Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1224 (N.D. Ill. 2014) (case precedent teaches that benefits decision maker must make a reasoned assessment of whether *total combination* of claimant's impairments justify disability finding, even if no single impairment standing alone would warrant such conclusion; decision-maker must consider combined effect of claimant's physical impairments, cognitive impairments, and ability to perform "any occupation" as defined by the plan in making its determination).

*And cf., Burke v. Pitney Bowes Inc. Long Term Disability Plan*, 640 F. Supp. 2d 1160, 1176 (N.D. Cal. 2009) ("One must bear in mind … that a participant and her ERISA plan administrator are not *adversaries*. … A plan administrator is a fiduciary of the plan participants. *See Glenn*, 128 S.

Ct. at 2347. *This means that the plan administrator's interest, if it is following the law, is not to deny benefits as often as possible but to come to the right decision in each case ....* As a fiduciary with duties of care and loyalty to all participants, the administrator's role is to grant meritorious claims but to deny non-meritorious claims in order to protect the plan's assets for the benefit of other participants") (emphasis supplied).

## CONCLUSION:

Under any legal standard of review that might apply here,[3] the Company erroneously concluded that Mr. Duntz – after receiving full-term STD benefits[4] -- no longer has significant medical issues that prevent him from returning to full-time employment. **Moreover, as a conceptual matter, it makes little sense (if any) for Lincoln to have approved full-term STD benefits but then – in denying LTD benefits altogether – "pivot" and contend that he did not satisfy the LTD Elimination Period. This is a *non sequitur.*** LTD benefits should be approved and paid.

Stated otherwise, Mr. Duntz's claim continues to have full support from his treating medical providers, *i.e.*, trained professionals who have seen and treated him in person (*e.g.*, cardiologist Dr. Fields). As stated in *Godfrey, supra*, 89 F.3d 755, so long as the conditions at issue are diagnosed and documented by appropriate physician(s), a patient's symptoms should be credited by the insured as being consistent with the disabling impairment. The treating providers have, by definition, been able to observe and treat Mr. Duntz over a considerable course of time; and thus have a full, accurate and historical read on his conditions. In fact, those providers are the *only* professionals who have actually seen and treated him – as opposed to Dr. Reza, who merely reviewed this claim on the records.

This sort of decision-making process is not favored under the law. *See, e.g., Kalish v. Liberty*

---

[3] It should be noted that in *Firestone Tire & Rubber Company v. Bruch*, 489 U.S. 101, 109 S. Ct. 948, 103 L. Ed. 2d 80 (1989), the United States Supreme Court held that ERISA does not create standards under which District Courts review an administrator's decision to deny benefits. Thus, the Supreme Court established two general but distinct standards for reviewing an administrator's decision to deny benefits: (1) where an administrator acts without discretion to determine eligibility or construe the terms of an ERISA governed plan, the court will review the decision to deny the claim de novo. *Id.*, 489 U.S. at 115, 109 S. Ct. at 965; and (2) if the administrator does possess such discretion, the court then reviews the benefit decision under a deferential, *i.e.*, arbitrary and capricious standard. *Id.*, 489 U.S. at 111, 109 S. Ct. at 954. If the administrator (*e.g.*, Prudential) operates under a financial conflict of interest, the court must consider whether the circumstance was a "factor" in determining whether there was an abuse of discretion. *Id.*, 489 U.S. at 115, 109 S. Ct. at 957. Here, it appears that Lincoln operates as both payer of benefits and decision-maker (claims administrator) on benefits.

[4] For STD approval, *see*, attached **Exhibit L** – Lincoln approval letter dated 9/20/2021.



PAGE 22/26 * RCVD AT 10/13/2022 3:40:18 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:4023611460 * CSID:NEXTIVA * ANI:16157270175 * DURATION (mm-ss):19-22

*Mutual/Liberty Life Assur. Co.*, 419 F.3d 501 (6th Cir. 2005) (when plan administrator's explanation for denial of benefits is based on work of a doctor [or other expert] in its employ, court must view the explanation with some skepticism....Physicians [or other experts] repeatedly retained by benefits plans may have incentive to make a finding of "not disabled" in order to save their employers' money and preserve their own consulting arrangements.... *Whether a doctor has physically examined claimant is one factor that court may consider in determining whether plan administrator acted arbitrarily and capriciously in giving greater weight to opinion of its consulting physician.* The failure to conduct a physical examination may, in some cases, raise questions about the thoroughness and accuracy of the benefits determination.... Although there is nothing inherently improper with relying on a file review in denying claim, if the conclusions from that review include critical credibility determinations, reliance on such a review may be inadequate) (emphasis supplied).

*See also, Morgan v. Prudential Ins. Co. of Am.*, 755 F. Supp. 2d 639, 647 (E.D. Pa. Nov. 18, 2010) ("[W]here the insured's treating physician's disability opinion is unequivocal and based on a long term physician-patient relationship, *reliance on a non-examining physician's opinion premised on a records review alone is suspect and suggests that the insurer is looking for a reason to deny benefits*") (citing *Kaufmann v. Metro. Life Ins. Co.*, 658 F. Supp. 2d 643, 650 (E.D. Pa. Sept. 24, 2009)) (emphasis supplied); *Connelly v. Reliance Std. Life Ins. Co.*, 2014 U.S. Dist. LEXIS 74632 at *22 (E.D. Pa. June 2, 2014) ("[The] reliance on a non-examining physician's opinion premised on a records review alone is suspect and *suggests that the insurer is looking for a reason to deny benefits*" [citations omitted]) (emphasis supplied).

*See also, Granville v. Aetna Life Ins. Co.*, 2015 U.S. Dist. LEXIS 167631 (M.D. Pa. Dec. 15, 2015), in which the Court stated as follows:

> To determine if a defendant [carrier]'s conclusion to deny benefits was arbitrary and capricious, courts consider (1) "various procedural factors underlying the administrator's decision-making process," and (2) "structural concerns regarding how the particular ... plan was funded." *Duntz v. Am. Airlines, Inc.*, 632 F.3d 837, 845 (3d Cir. 2011). "[T]the procedural inquiry focuses on how the administrator treated the particular claimant." *Id.* (citing *Post v. Unum Ins. Co.*, 501 F.3d 154, 162 (3d Cir. 2007)).
>
> Examples of procedural anomalies that suggest arbitrariness include: <u>(1) reversing a decision to award benefits without new medical evidence to support the change in position, (2) relying on the opinions of non-treating over treating physicians without reason, (3) conducting self-serving paper reviews of medical files, (4) failing to address all relevant diagnoses before terminating benefits, (5) relying on favorable parts while discarding unfavorable parts in a</u>

medical report, and (6) denying benefits based on inadequate information and lax investigatory procedures. *Connelly v. Reliance Standard Life Ins. Co.*, No. CIV.A. 13-5934, 2014 U.S. Dist. LEXIS 74632, 2014 WL 2452217, at *4 (E.D. Pa. June 2, 2014).

*Id.*, 2015 U.S. Dist. LEXIS 167631 at * 21 (emphasis supplied).

*And see, Niswonger v. PNC Bank Corp. & Affiliates Long Term Disability Plan*, 612 Fed. Appx. 317, 323 (6th Cir. 2015) (White, J.) (holding that Liberty's denial of benefits was arbitrary and capricious because of its disregard of reliable evidence, such as ignoring objective medical tests and opinions of treating physicians for no reason, failing to rebut medical evidence, and not requesting an independent examination).

The United States Supreme Court's ruling in the ERISA case of *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 123 S. Ct. 1965, 155 L. Ed. 2d 1034 (2003), does nothing to diminish our argument that the Company is improperly failing to credit the opinions of the treating medical providers here -- choosing instead to rely on one peer review (Dr. Reza). Although the Court in *Nord* found it was not mandatory for an insured to defer to the opinion of the treating physician, it nonetheless affirmed that a treating physician would have a "greater opportunity to know and observe the patient as an individual." The Court went on to state that "plan administrators, of course, *may not arbitrarily refuse to credit the employee's reliable evidence, including the opinions of treating physicians*." *Id.* at 834 (emphasis supplied).

Here, it should not go without saying that neither Dr. Reza nor anyone else with or on behalf of Lincoln ever actually spoke or communicated in substance with Dr. Fields.[5] **Yet, Dr. Reza blithely concluded that the "medical records supported the claimant had additional functional capacity greater than indicated by the treating provider."**

Thus, based on information already found in Lincoln's claims files, plus the information now submitted, it should be clear that Mr. Duntz did in fact continue to meet the definition of Disability even when STD benefits expired. If the Company's position is to be believed, after receiving full-term STD, Ms. Duntz "got better," which has the not-coincidental benefit of allowing it to close out this claim. **Yet, the reality is that nothing has changed for the better for our client; there is no new, organic medical evidence that would suggest improvement and thus justify a change in position by Lincoln in the transition from STD to LTD benefits. The most recent information**

[5] In fact, our client has communicated with Dr. Fields, and she (Dr. Fields) is not aware that any messages were even left for her by Dr. Reza.



PAGE 24/26 * RCVD AT 10/13/2022 3:40:18 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:4023611460 * CSID:NEXTIVA * ANI:16157270175 * DURATION (mm-ss):19-22

**from Dr. Freedman (our client's new cardiologist in Tennessee) indicates that he is still at risk from a cardiac standpoint if he were to attempt to return to work.** *See, Granville*, supra at *21 (insurance carrier acts arbitrarily when reversing a decision to award benefits without new medical evidence to support a change in position).

At this point, I will add several housekeeping notes. First, if this office receives additional medical records, other documents supporting Mr. Duntz's claim, or other items needed to complete the record here, we respectfully reserve the right to supplement this letter.

Moreover, to the extent that Mr. Duntz is seeking Social Security disability (SSDI) benefits (*claim still pending), we reserve the right to supplement this appeal with such supporting documentation – even after the administrative record here has otherwise "closed." This would include not only pertinent dollar figures, but also facts and substantive medical and vocational proof and findings, as applicable. At the same time, to the extent that medical records or information generated in the course of any SSDI matter are properly considered in the context of this LTD claim, we are assuming that the Company would have access to those records and information.[6]

Second, as provided on page 5 of the 5/2/2022 denial letter, Mr. Duntz should receive, free of charge, copies of all documents, records and other information relevant to his claim for benefits. So, to the extent that the Company has NOT already provided my office with copies of all such documents, etc., please forward same as soon as possible.

*This specifically includes all *updates* to the claims file here plus any internal rules, guidelines, protocols or other similar criterion relied upon in making the claims determination(s) to date. This also includes all written reports generated by any physician, medical, vocational or other parties (internal or external) who have reviewed this claim; with all amendments or supplements thereto.

To conclude, I would ask that you bring Mr. Duntz current in a lump–sum payment for all past-due LTD benefits -- plus interest[7] -- then continue his LTD benefits to the fullest thereafter,

---

[6] Note: so far as we are aware, the Company has a signed medical release/authorization from our client that would permit it to request any SSDI records deemed necessary to review this claim. If this is not the case, please advise immediately.

[7] *See, Curtis v. Hartford Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1224 (N.D. Ill. 2014) (presumption in favor of prejudgment interest applicable in ERISA cases; prejudgment interest typically accrues from the date of loss or the date on which the claim accrued in order to put party in the position he would have been in had benefits been paid immediately; and, absent special circumstances, compound interest is the norm in federal matters).

pursuant to the contractual terms of the Plan/Policy. That is, the Company should pay to Mr. Duntz all LTD benefits to which he was entitled and still is owed; as well as those benefits to which he still is entitled, now or in the future; plus acknowledge and preserve his right (if needed) to make application in the future for LTD benefits that have not yet come due.[8] This includes benefits once the Any Occupation definition of disability is triggered, which will occur (without more) in or about late January, 2024.

With this in mind, please note that – to the extent that Lincoln may issue any benefits going forward -- any checks, remittances or other (electronic) fund transfers should be directed to my law office, not directly to Mr. Duntz; this in accordance with the attached authorization that Mr. Duntz has executed. *See*, **Exhibit M.**

This letter is sent without waiver of, or prejudice to, Mr. Duntz's rights and remedies under the LTD Plan/Policy at issue and governing law. All rights and remedies are expressly reserved.

If you have questions or concerns regarding this matter, please call me. And, if the Company needs Mr. Duntz to do anything else (reasonable) to exhaust remedies or perfect this claim, please let us know. This specifically includes completing any additional needed forms, questionnaires or the like for Lincoln.

I look forward to your response.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
Enclosures (Exhibits A-M) (*all w/ hard copy of letter)

cc: Mr. Duntz (w/o encl.)

[8] Please note that all amounts claimed above should necessarily include any applicable or accrued cost–of -living adjustments ("COLA's") that may be provided under the Plan/Policy at issue.

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

JUN 2 8 2022

CODY ALLISON
& ASSOCIATES, PLLC

June 23, 2022

JUN 2 8 2022

**CERTIFIED MAIL # 7020 1290 0000 9035 5883**
**RETURN RECEIPT REQUESTED**
**VIA FACSIMILE: (877) 843-3950**

Lincoln Financial Group
Attn.: Jane Davidson
8801 Indian Hills Drive
Omaha, NE 68114-4066

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Matthew Duntz** |
| | **Claim No.:** | **1220010964** |
| | **Policy No.:** | **00001014129000000** |
| | **Policy Holder:** | **Aerospace Technologies Group, Inc.** |

Dear Ms. Davidson:

This firm has been retained to represent Mr. Matthew Duntz regarding the denial of his long-term disability benefits through Lincoln Financial Group.

Please cease all written and verbal communications with my client and direct all future communications to my office.

I am hereby requesting the following documents on behalf of my client in order to assist in my continuing evaluation of this claim:

1. All plan documents including insurance contracts.

2. A copy of the applicable long term disability insurance policy.

3. Copies of all documents reflecting any and all agreements between the employer and any and all insurance companies, claims administrators and fiduciaries regarding disability insurance policies or plans.

4. Copies of all correspondence to, from and regarding my client, including all claim forms, cover letters, physicians' statements, and other documents.

5. Copies of all medical records, vocational records, rehabilitation records and other documents

regarding my client's physical and mental condition, including, but not limited to, all physicians' statements, all reports, testing data and handwritten notes.

6. If this claim has been, or will be reviewed by any medical professional at the carrier or administrator's request, all correspondence to and from the medical professional and all documents reviewed by the medical professional.

7. If this claim has been, or will be reviewed by any vocational professional at the carrier or administrator's request, all correspondence to and from the vocational professional and all documents reviewed by the vocational professional.

8. My client's job description at the time my client stopped working.

9. Surveillance reports, video and audio tapes, correspondence to and from investigators, and investigative billing information, as well as the un-edited surveillance CDs.

**If there is any charge for copying the documents we have requested, please notify me immediately in writing. If there are any other reasons why you cannot produce the documents we have requested, or if there are any special procedures which must be followed to secure copies of the documents we have requested herein, please advise my office in writing immediately.** A signed authorization form is enclosed for your records.

If you have any questions, please do not hesitate to call.

With kind regards,

**CODY ALLISON & ASSOCIATES, PLLC**

K. Cody Allison, Esq.

KCA/bk
Enclosures
Mr. Matthew Duntz

**Lincoln/Duntz 0970**

K. Cody Allison
*Member/Managing Attorney*

(615) 234-6000 | (615) 727-0175
LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

**AUTHORIZATION FOR RELEASE OF INFORMATION RELATING TO**
**ERISA PLANS AND APPOINTMENT OF REPRESENTATIVE**

**TO:** **LINCOLN FINANCIAL GROUP**

**YOU ARE NOTIFIED THAT** I hereby appoint **CODY ALLISON & ASSOCIATES**, as my attorney to represent me in connection with any and all claims on my behalf relating to my benefit claim, i.e., claim for short-term and/or long-term disability benefits.

**YOU ARE AUTHORIZED AND REQUESTED** to release to my attorney, **CODY ALLISON & ASSOCIATES**, Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, TN 37205, any coping service acting pursuant to this authorization, any and all documents and other items relevant this claim including, but not limited to, plan modifications, any and all documents contained in my personnel file and/or my benefit claim file including, but not limited to, any and all medical records, including admission notes, medical history sheets, test results, x-rays, and any and all other records in your possession relating to my claim, inclusive of salary information and other documents relating to offset of benefits/coordination of benefits with social security (if this is a disability claim), as well as notes and comments made by claim reviewers.

The undersigned releases you or anyone working on your behalf from any privilege, right, or liability which you may have in said records.

This authorization shall remain in effect from the date below until revoked: and the request made herein shall be deemed continuing.

**Date:** 06.20.2022

**CLIENT – MATTHEW DUNTZ**

**SOCIAL SECURITY NUMBER**

**DATE OF BIRTH**

29 U.S.C. § 11321(C) provides:

Any administrator who fails or refuses to comply with a request for any information which such administrator is required by this sub chapter to furnish to a participant or beneficiary (unless such failure or refusal results from matters reasonably beyond the control of the administrator) by mailing the material requested to the last known address of the requesting participant or beneficiary in the amount of up to $110 a day from the date of such failure or refusal, and the court may in its discretion order such other relief as it deems proper.

**K. Cody Allison**
*Member/Managing Attorney*

(615) 234-6000 | (615) 727-0175
LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

## AUTHORIZATION TO RECEIVE CHECKS

I, **MATTHEW DUNTZ**, hereby authorize **LINCOLN FINANCIAL GROUP** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **MATTHEW DUNTZ** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **MATTHEW DUNTZ.** I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
**Cavalier Building**
**95 White Bridge Road**
**Ste. # 250**
**Nashville, Tennessee 37205**

07·20·2022
**Date**

**MATTHEW DUNTZ**

**Lincoln/Duntz 0972**

K. Cody Allison
*Member/Managing Attorney*

(615) 234-6000 | (615) 727-0175
LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

## AUTHORIZATION TO COMMUNICATE WITH
## CODY ALLISON & ASSOCIATES, PLLC

I, **MATTHEW DUNTZ**, hereby authorize any administrator, fiduciary, governmental entity, insurance company, or other individual or company to communicate with my attorney and representatives of my attorney.

**CODY ALLISON & ASSOCIATES, PLLC**
Cavalier Building
95 White Bridge Road
Ste. # 250
Nashville, TN 37205
Phone: (615) 234-6000
Fax: (615) 727-0175

**SIGNATURE -- MATTHEW DUNTZ**

06.20.2022
**DATE**

**MATTHEW DUNTZ**
**CLIENT'S PRINTED/TYPED NAME**

**SOCIAL SECURITY NUMBER**

**Lincoln/Duntz 0973**

CLAIM
NUMBER 1220010964

LAST NAME Duntz

FIRST NAME Matthew

SS# ______

DOB ______

Lincoln/Duntz 0974

Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

7020 1290 0000 9035 5883

U.S. POSTAGE PAID
FCM LETTER
KINGSTON SPRINGS, TN
37082
JUN 24, 22
AMOUNT
**$7.58**
R2305M146627-14

68114

UNITED STATES POSTAL SERVICE
1000

Lincoln Financial Group
Attn.: Jane Davidson
8801 Indian Hills Drive
Omaha, NE 68114-4066

6811434066 C011

JUN 2 8 2022

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

June 23, 2022

**CERTIFIED MAIL # 7020 1290 0000 9035 5883**
**RETURN RECEIPT REQUESTED**
**VIA FACSIMILE: (877) 843-3950**

Lincoln Financial Group
Attn.: Jane Davidson
8801 Indian Hills Drive
Omaha, NE 68114-4066

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Matthew Duntz** |
| | **Claim No.:** | **1220010964** |
| | **Policy No.:** | **00001014129000000** |
| | **Policy Holder:** | **Aerospace Technologies Group, Inc.** |

Dear Ms. Davidson:

This firm has been retained to represent Mr. Matthew Duntz regarding the denial of his long-term disability benefits through Lincoln Financial Group.

Please cease all written and verbal communications with my client and direct all future communications to my office.

I am hereby requesting the following documents on behalf of my client in order to assist in my continuing evaluation of this claim:

1. All plan documents including insurance contracts.

2. A copy of the applicable long term disability insurance policy.

3. Copies of all documents reflecting any and all agreements between the employer and any and all insurance companies, claims administrators and fiduciaries regarding disability insurance policies or plans.

4. Copies of all correspondence to, from and regarding my client, including all claim forms, cover letters, physicians' statements, and other documents.

5. Copies of all medical records, vocational records, rehabilitation records and other documents

regarding my client's physical and mental condition, including, but not limited to, all physicians' statements, all reports, testing data and handwritten notes.

6. If this claim has been, or will be reviewed by any medical professional at the carrier or administrator's request, all correspondence to and from the medical professional and all documents reviewed by the medical professional.

7. If this claim has been, or will be reviewed by any vocational professional at the carrier or administrator's request, all correspondence to and from the vocational professional and all documents reviewed by the vocational professional.

8. My client's job description at the time my client stopped working.

9. Surveillance reports, video and audio tapes, correspondence to and from investigators, and investigative billing information, as well as the un-edited surveillance CDs.

**If there is any charge for copying the documents we have requested, please notify me immediately in writing. If there are any other reasons why you cannot produce the documents we have requested, or if there are any special procedures which must be followed to secure copies of the documents we have requested herein, please advise my office in writing immediately.** A signed authorization form is enclosed for your records.

If you have any questions, please do not hesitate to call.

With kind regards,

**CODY ALLISON & ASSOCIATES, PLLC**

K. Cody Allison, Esq.

KCA/bk
Enclosures
Mr. Matthew Duntz

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

**AUTHORIZATION FOR RELEASE OF INFORMATION RELATING TO**
**ERISA PLANS AND APPOINTMENT OF REPRESENTATIVE**

**TO: LINCOLN FINANCIAL GROUP**

**YOU ARE NOTIFIED THAT** I hereby appoint **CODY ALLISON & ASSOCIATES**, as my attorney to represent me in connection with any and all claims on my behalf relating to my benefit claim, i.e., claim for short-term and/or long-term disability benefits.

**YOU ARE AUTHORIZED AND REQUESTED** to release to my attorney, **CODY ALLISON & ASSOCIATES**, Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, TN 37205, any coping service acting pursuant to this authorization, any and all documents and other items relevant this claim including, but not limited to, plan modifications, any and all documents contained in my personnel file and/or my benefit claim file including, but not limited to, any and all medical records, including admission notes, medical history sheets, test results, x-rays, and any and all other records in your possession relating to my claim, inclusive of salary information and other documents relating to offset of benefits/coordination of benefits with social security (if this is a disability claim), as well as notes and comments made by claim reviewers.

The undersigned releases you or anyone working on your behalf from any privilege, right, or liability which you may have in said records.

This authorization shall remain in effect from the date below until revoked: and the request made herein shall be deemed continuing.

**Date:** 06.20.2022

**CLIENT – MATTHEW DUNTZ**

**SOCIAL SECURITY NUMBER**

**DATE OF BIRTH**

29 U.S.C. § 11321(C) provides:

Any administrator who fails or refuses to comply with a request for any information which such administrator is required by this sub chapter to furnish to a participant or beneficiary (unless such failure or refusal results from matters reasonably beyond the control of the administrator) by mailing the material requested to the last known address of the requesting participant or beneficiary in the amount of up to $110 a day from the date of such failure or refusal, and the court may in its discretion order such other relief as it deems proper.

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

## AUTHORIZATION TO RECEIVE CHECKS

I, **MATTHEW DUNTZ**, hereby authorize **LINCOLN FINANCIAL GROUP** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **MATTHEW DUNTZ** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **MATTHEW DUNTZ.** I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
**Cavalier Building**
**95 White Bridge Road**
**Ste. # 250**
**Nashville, Tennessee 37205**

07·20·2022
**Date**

**MATTHEW DUNTZ**

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

**AUTHORIZATION TO COMMUNICATE WITH**
**CODY ALLISON & ASSOCIATES, PLLC**

I, **MATTHEW DUNTZ**, hereby authorize any administrator, fiduciary, governmental entity, insurance company, or other individual or company to communicate with my attorney and representatives of my attorney.

**CODY ALLISON & ASSOCIATES, PLLC**
Cavalier Building
95 White Bridge Road
Ste. # 250
Nashville, TN 37205
Phone: (615) 234-6000
Fax: (615) 727-0175

**SIGNATURE -- MATTHEW DUNTZ** 06.20.2022
**DATE**

**MATTHEW DUNTZ**
**CLIENT'S PRINTED/TYPED NAME**

**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**
**SOCIAL SECURITY NUMBER**

Ali Reza, M.D.
Board Certified Cardiovascular Disease
Board Certified Interventional Cardiology
Certified in Nuclear Cardiology

CLAIMANT NAME: Matthew Duntz
ECN #: 204356-2
CLAIM #: 1220010964
DATE OF LOSS: 07/31/2021
DATE OF REVIEW: 06/10/2022
CASE TYPE: Long-Term Disability

ADDENDUM

DIAGNOSIS: Coronary atherosclerosis disease, hyperlipidemia

MEDICAL RECORDS REVIEWED:

03/22/2020, Lab Results, Boca Raton Regional Hospital.

03/22/2020, EKG, David Rosenthal, MD.

03/22/2020, Chest X-ray, Ricardo Palmquist, MD.

03/22/2020, History and Physical, Hema Jadoonanan, DO.

03/23/2020, Nursing Procedure Report, Sarah Wood, RN.

03/23/2020, Echocardiogram, Barry Merrill, MD.

03/23/2020, Lab Results, Boca Raton Regional Hospital.

03/24/2020, Discharge Summary, Laurie Kline, RN.

05/04/2021, Office Note, Constance Fields, MD.

05/31/2022, Office Note, Jane Freedman, MD.

HISTORY: This case involves a now 59-year-old male with a date of loss of 07/31/2021. The documented diagnoses are coronary atherosclerosis disease and hyperlipidemia.

On 05/04/2021 an Office Note was completed by Constance Fields, MD. The claimant presented for reevaluation with known history of coronary artery disease status post non-ST elevated MI that occurred on 03/22/2020 with single-vessel disease with 100% proximal to mid left circumflex occlusion status post successful PCI and stent placement. The claimant is also noted to have a history of hypothyroidism, hyperlipidemia, benign positional vertigo, gout and a remote history of a single syncopal episode. The provider indicated the claimant had not been

hospitalized since the last visit and was not taking any new medications. The claimant denied any complaints of chest pain, shortness of breath at rest or with exertion. The claimant denied lightheadedness, dizziness, syncope, palpitations or lower extremity edema. On physical evaluation the claimant was in no acute distress with no cardiac or respiratory abnormal findings. The claimant had a normal physical assessment. The claimant was advised to undergo additional laboratory evaluation and continue with medication/treatment plan as prescribed.

An office visit with Jane Freedman, MD on 05/31/2022 stated the claimant had a history of multiple myocardial infarction and previous stent placement who was following up on stable angina. He reported continued 1-2/10 chest pain and generalized fatigue daily despite use of nitrates. He could walk 0.5-1 mile. Exam was unremarkable. Labs were normal. Echocardiogram from 09/21/2021 reportedly showed a normal ejection fraction with mild ischemia. Cardiac catheterization on 12/31/2021 reportedly showed an ejection fraction of 60%, left circumflex stent patent, LAD 90% mid stenosis too small to stent. Angina was reported as stable. It was stated due to his chronic angina he was significantly limited in his activities and ability to return to work.

RESPONSE TO REFERRAL QUESTIONS:

1. Will you please review the attached additional medical information submitted to determine if the findings change your opinion of previously opined restrictions and limitations?

The additional record dated 05/31/2022 states that the claimant has daily chronic angina that would limit his activities. Echocardiogram from 09/21/2021 reportedly showed a normal ejection fraction with mild ischemia. Cardiac catheterization on 12/31/2021 reportedly showed an ejection fraction of 60%, left circumflex stent patent, LAD 90% mid stenosis too small to stent. The additional records do not alter the previous recommended restrictions and limitations. The previous restrictions and limitations remain appropriate for the claimant's impairing cardiac diagnoses. The records do not indicate an acute change in the claimant's status to warrant a change in the prior report.

Ali Reza, M.D.
Board Certified Cardiovascular Disease
Board Certified Interventional Cardiology
Certified in Nuclear Cardiology
License: A50089 CA
License: MD.09458R LA

License: 2011037706 MO

Name: Matt Duntz | DOB: | MRN: 047682513 | PCP: Donna Regina Shell, MD

# Appointment Details

Notes

## Progress Notes

Jane Ellen Freedman, MD at 5/31/2022 10:40 AM

**Cardiology Clinic New Patient Visit**

**DATE OF SERVICE:** 5/31/2022

**PATIENT**: Matt Duntz
**DOB:**
**MRN**: 047682513

No chief complaint on file.

**History of Present Illness:**

Matt Duntz is a 59 year old male with a past history multiple myocardial infarctions and previous stent placement who presents for follow up care with chronic stable angina.

History is from patient and records from Holy Cross, Boca Raton FL (cardiologist, Constance Fields).
Mr. Duntz presented with severe chest pain 3/22/20 in FL and was found to have a 100% occluded LCx and received a stent. 9/21/21 ETT-Tc99mMIBI demonstrated a normal LVEF with mild ischemia (upper septal, inferior, anterior). Cardiac catheterization on 12/13/21 showed an LVEF of 60%, LCx stent patent, RCA dominant, and a LAD "90% mid stenosis too small to stent". He has continued to have 1-2/10 chest pain almost daily despite use of nitrates (uses patch 3-5 days/week). He can walk about 1/2-1 mile. Has generalized fatigue. No other dyspnea, PND, orthopnea. No syncope/dizziness.

He also has hypothyroidism.
Full records to be brought for scanning next visit.

**Review of Systems:**

Constitutional: negative for fever, chills, and weight loss
Respiratory: negative for cough, hemoptysis, and wheezing

Cardiovascular: negative for palpitations, syncope, presyncope, orthopena, PND, and lower extremity edema.
Gastrointestinal: negative for abdominal pain, Musculoskeletal: negative for arthralgia, myalgia

## Cardiovascular Problem List:

### Specialty Specfic Problems

Cardiology Problems

**Coronary artery disease involving native coronary artery without angina pectoris**

## Medications and Allergies

Patient has no known allergies.

Current Outpatient Medications:
- allopurinoL 100 mg tablet (ZYLOPRIM), Take 100 mg by mouth daily., Disp: , Rfl:
- aspirin 81 mg tablet,delayed release, Take 81 mg by mouth daily., Disp: , Rfl:
- atorvastatin 40 mg tablet (LIPITOR), Take 40 mg by mouth daily. as directed, Disp: , Rfl:
- clopidogreL 75 mg tablet (PLAVIX), Take 75 mg by mouth daily., Disp: , Rfl:
- glucosamine-chondroitin 500 mg-400 mg tablet, Take 1 tablet by mouth 3 times a day., Disp: , Rfl:
- irbesartan 75 mg tablet (AVAPRO), Take 75 mg by mouth daily., Disp: , Rfl:
- levothyroxine 50 mcg tablet (SYNTHROID, LEVOTHROID), Take 50 mcg by mouth daily., Disp: , Rfl:
- metoprolol succinate ER 25 mg tablet,extended release 24 hr (TOPROL XL), Take 25 mg by mouth daily., Disp: , Rfl:
- nitroglycerin 0.2 mg/hr transdermal 24 hour patch (NITRODUR), Place 1 patch on the skin daily., Disp: , Rfl:

## Surgical History

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CORONARY ANGIOPLASTY WITH STENT PLACEMENT | | |
| • SKIN CANCER EXCISION | | |

## Family and Social History

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Melanoma, skin cancer | Mother | |
| • Alcohol abuse | Mother | |
| • Diabetes | Father | |

| | |
|---|---|
| • Melanoma, skin cancer | Father |
| • Alcohol abuse | Father |
| • Melanoma, skin cancer | Brother |
| • Melanoma, skin cancer | Brother |

## Social History

Socioeconomic History

| | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History

- Not on file

Tobacco Use

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

Substance and Sexual Activity

| | |
|---|---|
| • Alcohol use: | Yes |
| *Comment: daily* | |
| • Drug use: | Never |
| • Sexual activity: | Not on file |

| Other Topics | Concern |
|---|---|
| • Not on file | |

Social History Narrative

*Married, 1 daughter*

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

## Vitals & Physical Exam

6'2"; Wt 230lb; Bp 115/75; pulse 86; 02 97%
**Constitutional:** no acute distress; well-developed, well-nourished.
**Neck:** no thyroid mass or nodules; no jugular venous distention.
**Cardiovascular:** normal rate and regular rhythm; apical impulse normal in size and intensity without displacement; no murmur or abnormal heart sounds; no carotid bruit; pedal pulses 2+ and symmetric; no extremity edema.
**Respiratory:** normal work of breathing on room air; lungs clear to auscultation bilaterally.
**Extremities:** no digital clubbing.
**Skin:** no rash or lesions on exposed skin.

**Neurologic:** alert; cranial nerves grossly intact.
**Psychiatric:** normal mood and affect; oriented to time, place and person.

## Labs and Imaging

**Lab Results**

| Component | Value | Date |
|---|---|---|
| GLUCOSE | 96 | 05/25/2022 |
| CALCIUM | 9.7 | 05/25/2022 |
| NA | 142 | 05/25/2022 |
| K | 4.8 | 05/25/2022 |
| CL | 107 | 05/25/2022 |
| BUN | 14 | 05/25/2022 |
| CREATBLD | 0.84 | 05/25/2022 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| CHLPL | 118 | 05/25/2022 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| HDL | 42 | 05/25/2022 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| LDLCALC | 56 | 05/25/2022 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TRIGLYCERIDE | 98 | 05/25/2022 |

## Assessment and Plan

### Problem List Items Addressed This Visit

None

Matt Duntz is a 59 year old male with a past history multiple myocardial infarctions and previous stent placement who presents for follow up care with chronic stable angina. Angina does not sound different from presentation in FL last fall/winter at time of last catheterization but chest pain is relatively frequent even if not increasing. Patient is aware if it does not resolve or increases to go to the ER or if he has questions, he should contact me.

-Cholesterol level and Bp under adequate control. Continue atorvastatin, irbesartan, metoprolol and TNG as needed.

-Continue ASA, clopidogrel

-Nuclear stress test planned to determine if any change as compared with report from the fall. Will consider repeat catheterization if any increase or change in symptoms.

-Mr. Duntz is currently restricted in his activities due to his chronic angina and this significantly limits his ability to return to work.

**No follow-ups on file.**

**Jane Ellen Freedman, MD**

MyChart® licensed from Epic Systems Corporation © 1999 - 2022

| | |
|---|---|
| Document Type: | Inpatient Clinical Summary |
| Collected/Entered Date/Time: | 3/24/2020 14:00 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Inpatient Clinical Summary |
| Sign Information: | Kline,RN,Laurie (3/24/2020 14:00 EDT) |

**Inpatient Clinical Summary**

## Clinical Summary

### Clinical Discharge Instructions

**Name:**DUNTZ, MATTHEW
**Address:**
**Phone:**
**Age:** 57 Years
**DOB**:
**Sex:**Male
**Language:**English
**Marital Status:**Married
**FIN:**2008200355
**MRN:**001561221
**Med Service:**Medicine-General

### Provider Information

**Admitting Physician:**Golub, MD, Jason D
**Attending Physician:**Golub, MD, Jason D
**PCP:**FIELDS, MD, CONSTANCE D

**Comment**

### Medical Information

**Allergy:**No Known Allergies
**Diagnosis:**1:Acute chest pain; 2:NSTEMI (non-ST elevated myocardial infarction)

### Discharge Orders

**Discharge Activity Restrictions** No Restrictions

**Discharge Diet Instruction** Discharge Diet Other (please specify), Resume home diet.

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

*Discharge Documentation*

## Follow Up

| With: | Address: | When: |
|---|---|---|
| CarrilloJimenez, MD, Rodolfo | 8188 Jog Road #100 Boynton Beach, FL 33472<br>(561) 807-0500 | Within 2 weeks |

## Patient's Final Home Medication List Upon Discharge

**allopurinol (allopurinol 100 mg oral tablet)** 1 tab Oral (given by mouth) every day.

**aspirin (aspirin 81 mg oral delayed release tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.

**irbesartan (irbesartan 75 mg oral tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.

**levothyroxine (levothyroxine 50 mcg (0.05 mg) oral tablet)** 1 tab Oral (given by mouth) every day.

**metoprolol (Metoprolol Succinate ER 25 mg oral tablet, extended release)**
1 tab Oral (given by mouth) every day. Refills: 5.

**simvastatin (simvastatin 20 mg oral tablet)** 1 tab Oral (given by mouth) every day at bedtime.

**ticagrelor (Brilinta (ticagrelor) 90 mg oral tablet)** 1 tab Oral (given by mouth) 2 times a day for 30 Days. Refills: 5.

## Medication Reconciliation at Discharge

**New Medications and Prescriptions**

**Printed Prescriptions**

**aspirin (aspirin 81 mg oral delayed release tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose:____________________Next Dose:____________________

**irbesartan (irbesartan 75 mg oral tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose:____________________Next Dose:____________________

**metoprolol (Metoprolol Succinate ER 25 mg oral tablet, extended release)**
1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose:____________________Next Dose:____________________

**ticagrelor (Brilinta (ticagrelor) 90 mg oral tablet)** 1 tab Oral (given by mouth) 2 times a day for 30 Days. Refills: 5.

Last Dose:____________ Next Dose:____________

**Medications That Have Not Changed**

**Other Medications**

**allopurinol (allopurinol 100 mg oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose:____________ Next Dose:____________

**levothyroxine (levothyroxine 50 mcg (0.05 mg) oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose:____________ Next Dose:____________

**simvastatin (simvastatin 20 mg oral tablet)** 1 tab Oral (given by mouth) every day at bedtime.
Last Dose:____________ Next Dose:____________

**Comment**

---

| | |
|---|---|
| Document Type: | Inpatient Patient Summary |
| Collected/Entered Date/Time: | 3/24/2020 14:00 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Inpatient Patient Summary |
| Sign Information: | Kline,RN,Laurie (3/24/2020 14:00 EDT) |

**Inpatient Patient Summary**

## Patient Discharge Summary

### Discharge Instructions, Orders and Medications

**Name:**DUNTZ, MATTHEW

**Date of Birth**

**Current Date:**03/24/20 14:00:03 **MRN:**001561221 **FIN:**2008200355

**Primary Care Provider**

**Name:**FIELDS, MD, CONSTANCE D

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

*Discharge Documentation*

**Phone:**(561)483-8335

**Discharge Diagnosis:**1:Acute chest pain; 2:NSTEMI (non-ST elevated myocardial infarction)

**Discharged To:**

**Comment**

**Discharge Orders**

**Discharge Activity Restrictions** No Restrictions

**Discharge Diet Instruction** Discharge Diet Other (please specify), Resume home diet.

**Historical Procedures**

**Procedures**

Melanoma

**Follow-up Instructions:** You may have been referred to your regular doctor or a specialist, please follow up as instructed. If your condition worsens call your physician or return to the Emergency Department.

**With:** **Address:** **When:**

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

*Discharge Documentation*

| | | |
|---|---|---|
| CarrilloJimenez, MD, Rodolfo | 8188 Jog Road #100 Boynton Beach, FL 33472<br>(561) 807-0500 | Within 2 weeks |

**Comment**

**Medication Instructions**

If you need a prescription refill, you must see your doctor. Take all medications only as directed. Do not take a medication you are allergic to. If you have been prescribed new medications check with your pharmacist or physician to make sure they are safe to be taken with your other home medications. If you have any questions about side effects and food/drug interactions, please consult your physician or pharmacist. To help ensure your safety, keep a copy of this discharge instruction to share with your health care provider at your next visit. It contains a copy of your medication list, diagnoses and information about treatment you received here.

Many medications can make you feel sleepy, impair your ability to drive, or affect your ability to make good decisions. For this reason, we may ask that you arrange for someone else to give you a ride home, do not operate machinery/major appliances, drink alcohol, or make important decisions, for 24 hours after leaving the hospital.

It is important to always keep an active list of medications available so that you can share with other providers and manage your medications appropriately. If you have been instructed to stop taking a medication, please ensure you also follow up with this information to your Primary Care Physician. Any specific questions regarding your medications and dosages should be discussed with your physician(s) and pharmacist.

**Storage and Disposal of Opioids**

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | |
|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | |
| Date of Birth: | Age: 59 years | | Gender: | Male |
| MRN: | 001561221 | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | |

*Discharge Documentation*

Medications should be stored out of reach of children, and in a safe place to prevent others from taking them. If opioids are shared with others for whom they are not prescribed, there is a possibility that others might experience overdose at the same or at lower dosages than what was prescribed to you.

Unwanted or unused opioids can be disposed at your local fire department or police department and take back locations or events in the community. You may also dispose of your medications by (1) mixing the medication with dirt, kitty litter, or used coffee grounds, (2) placing the mixture in a container such as a sealed plastic bag, (3) throwing the container in your household trash, and (4) ensuring that all personal information has been removed or made unreadable.

### Complete Medication List

The list below is a complete list of medications for you to use at home. It has been updated with any changes that occurred in the hospital. Take only the medications listed below. Contact your doctor prior to taking any medications not on this list or stopping any medications on this list.

**Allergy Info:**No Known Allergies

**Comment**

### Medications

During the course of your visit, your medication list was updated with the most current information. The details of those changes are reflected below:

**New Medications and Prescriptions**

**Printed Prescriptions**

**aspirin (aspirin 81 mg oral delayed release tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.

Last Dose:__________________Next Dose:__________________

**irbesartan (irbesartan 75 mg oral tablet)** 1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose:__________________Next Dose:__________________

**metoprolol (Metoprolol Succinate ER 25 mg oral tablet, extended release)**
1 tab Oral (given by mouth) every day. Refills: 5.
Last Dose:__________________Next Dose:__________________

**ticagrelor (Brilinta (ticagrelor) 90 mg oral tablet)** 1 tab Oral (given by mouth) 2 times a day for 30 Days. Refills: 5.
Last Dose:__________________Next Dose:__________________

**Medications That Have Not Changed**

**Other Medications**

**allopurinol (allopurinol 100 mg oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose:__________________Next Dose:__________________

**levothyroxine (levothyroxine 50 mcg (0.05 mg) oral tablet)** 1 tab Oral (given by mouth) every day.
Last Dose:__________________Next Dose:__________________

**simvastatin (simvastatin 20 mg oral tablet)** 1 tab Oral (given by mouth) every day at bedtime.
Last Dose:__________________Next Dose:__________________

## General Medical Information

IS IT A STROKE? Act **FAST** and Check for these signs:

Some medical conditions and lifestyle choices can put anyone at risk for stroke regardless of gender, ethnicity, or age. For this reason, it is important to stop smoking and be able to recognize the signs of stroke.

| | |
|---|---|
| **F**ACE | Does the face look uneven? |
| **A**RM | Does one arm drift down? |
| **S**PEECH | Does their speech sound strange? |
| **T**IME | Call 9-1-1 at any sign of stroke |

*Discharge Documentation*

**Heart Attack Signs**

**Chest discomfort:** Most heart attacks involve discomfort in the center of the chest and lasts more than a few minutes, or goes away and comes back. It can feel like uncomfortable pressure, squeezing, fullness or pain.

**Discomfort in upper body:** Symptoms can include pain or discomfort in one or both arms, back, neck, jaw or stomach.

**Shortness of breath:** With or without discomfort.

**Other signs:** Breaking out in a cold sweat, nausea, or light-headed.

Remember, **MINUTES DO MATTER.** If you experience any of these heart attack warning signs, call **9-1-1** to get immediate medical attention!

## Additional Resources

**In Case of Emergency Dial 911 or nearest Emergency Room**

| | |
|---|---|
| National Suicide Prevention Life Line<br>http://www.suicidepreventionlifeline.org | 1-800-273-TALK<br>(1-800-273-8255) |
| National Alliance on Mental Illness<br>http://www.nami.org | 1-801-323-9900 or<br>1-877-230-6264 |
| Substance Abuse and Mental Health Services Administration<br>http://www.samhsa.gov/suicide-prevention | 1-877-SAMHSA-7<br>(1-877-726-4727) |

FOR HOSPITALIZATIONS DEEMED AS OBSERVATION: An observation patient may experience higher costs than an inpatient on admission status for the time spent in a hospital because Medicare covers inpatient and outpatient hospital services differently. Medicare Part A covers inpatient hospital services, which requires a one-time deductible. Observation services are covered under Part B of Medicare and require the patient to pay a 20 percent co-payment for each individual service as explained by your case manager. Please also note that a patient under observation status in a hospital does not meet the requirements for qualifying inpatient hospital

stay for Medicare coverage to a skilled nursing facility. In order to qualify for admission to a skilled nursing facility a patient must have been deemed as an inpatient in the hospital with a 3 day stay.

**Access Your Personal Health Information through Patient Connect!**

Patient Connect is an online, secure patient website that allows you access to your health information. Located on the Boca Raton Regional Hospital website, patients and/or family members can do any of the following items:

- -Medical Visits and Treatment
- -Summaries of Inpatient Stays
- -Lab and Radiology Reports - three days after being performed
- -Medication List after Discharge

We strongly urge you to take advantage of our Patient Connect. After your discharge from the hospital, you will receive an email inviting you to create your personal account, simply click on the link and follow the instructions to sign up. You can also visit the hospital's website www.brrh.com and click on the Patient Connect icon or you can self-enroll without an email invitation by visiting https://brrhpatientconnect.iqhealth.com/self-enroll/

If you need help signing up for Patient Connect please call 800-287-9085 for assistance.

**Do You Or Someone You Love Have Diabetes?**

Boca Raton Regional Hospital offers a comprehensive educational diabetes program that not only includes the definition of diabetes, but also how to improve your overall health having diabetes. Participants will learn about healthy eating with personalized meal plans, glucose monitoring, insulin devices, and medication management as well as the importance of physical activity and how to integrate it into busy schedules. They will also learn about the signs, symptoms and treatment of low and high blood sugar, and how to prevent and care for chronic complication.

For more information or to register for classes please call the Diabetes Education Program at Gloria Drummond Physical Rehab Institute at 561-955-2100.

Instructions" and I have no further questions.

s - Patient/Family/Caregiver demonstrates understanding of instructions given

**Patient/Representative Signature:** [signature] Date/Time: 3-24-20 2P

**Relationship to Patient:** Self Date/Time: 3-24-20 2P

**Patient Name:**DUNTZ, MATTHEW

**Witness Signature:** [signature] RN Date/Time: 3-24-20 2P

20082-00355 03/22/20
DUNTZ,MATTHEW
001561221 57Y
2405 ROSENTHAL,DAVID S

## *Lab*

| | |
|---|---|
| Document Type: | Critical Lab Values |
| Collected/Entered Date/Time: | 3/22/2020 20:20 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Critical Value |
| Sign Information: | Calhoun,RN,Shelly (3/22/2020 20:29 EDT) |

**Critical Value Entered On: 03/22/20 20:30 EDT**
**Performed On: 03/22/20 20:20 EDT by Calhoun, RN, Shelly**

**Critical Value**
Lab/Test Result : Troponin 4.13
Notified by Critical Value PF : Poulard-Dorval, Peneloppe
Department Critical Value PF : lab
Date/Time Critical Value PF : 3/22/2020 20:20 EDT
Physician Notified CV : ROSENTHAL, MD, DAVID S
Date/Time Physician Notified : 3/22/2020 20:20 EDT
LIP Notified Responses CV PF : No new orders received

Calhoun, RN, Shelly - 03/22/20 20:29 EDT

*Electronically Signed on 03/22/2020 20:29*

*Calhoun, RN, Shelly*

## *Cardiology*

| | |
|---|---|
| DOCUMENT NAME: | EKG 12 Lead |
| Collected/Entered Date/Time: | 3/22/2020 19:25 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | ROSENTHAL,MD,DAVID S (3/22/2020 19:25 EDT) |
| SIGN INFORMATION: | |

**URL**
http://MUSEAPP/musescripts/museweb.dll?RetrieveTestByDateTime?PatientID=001561221&Date=22-03-2020&Time=19%3a25%3a13%3a00&TestType=ECG&Site=1&OutputType=PDF&Ext=PDF HNAM URL

**EKG 12 Lead**
Normal sinus rhythm
Normal ECG
No previous ECGs available for comparison
Also confirmed by Rosenthal, David (2405), editor Pidcock, Magda (42) on 3/22/2020 8:36:43 PM

## *Cardiology*

Ventricular Rate 85 BPM
Atrial Rate 85 BPM
P-R Interval 172 ms
QRS Duration 80 ms
Q-T Interval 352 ms
QTC Calculation(Bazett) 418 ms
P Axis 69 degrees
R Axis 39 degrees
T Axis 73 degrees
Confirmed by Rosenthal, David (2405) on 3/22/2020 8:18:45 PM
Ordered by PESSAH, ARYEH (1181)

## *Cardiology Procedures*

***** Clinical Documentation Content on Following Page *****

* EKG Rhythym Strips - Auth (Verified) *

LK

20082-00355 03/22/20
DUNTZ,MATTHEW
001561221 67Y
2405 ROSENTHAL,DAVID S

Strip 423B
DUNTZ, MATTHEW

**Vitals:**
HR 77 PVC 0

**3/24/2020 07:01:37 Saved strip re-labeled to Sinus Rhythm PR 0.20 QRS 0.07**




TELE 63057 Boca Raton Regional Hospital
Printed on 3/24/2020 07:40:27 Page 1 of 1

BRRH

**Lincoln/Duntz 1001**

* EKG Rhythym Strips - Auth (Verified) *

Strip 423B

DUNTZ, MATTHEW

**Vitals:**

HR 91 PVC 0

**3/24/2020 01:19:24 Saved strip re-labeled to Sinus Rhythm**




TELE Boca Raton Regional Hospital

Printed on 3/24/2020 01:21:30



BRRH

Lincoln/Duntz 1002

* EKG Rhythym Strips - Auth (Verified) *

Strip 423B

DUNTZ, MATTHEW

**Vitals:**

HR 89 PVC 0

**3/23/2020 19:23:55 Saved strip PR 0.19 QRS 0.06**




| | TELE | Boca Raton Regional Hospital |
|---|---|---|

Printed on 3/23/2020 19:26:35

* EKG Rhythym Strips - Auth (Verified) *

Strip 423B

DUNTZ, MATTHEW

**Vitals:**

HR 82 PVC 0

**3/23/2020 01:49:17 Saved strip re-labeled to Sinus Rhythm PR 0.19 QRS 0.09**




TELE | Boca Raton Regional Hospital

Printed on 3/23/2020 01:51:42

* EKG Rhythym Strips - Auth (Verified) *

Strip 4238

DUNTZ, MATTHEW

**Vitals:**

HR 86 PVC 0

**3/22/2020 22:26:58 Saved strip re-labeled to ADMIT SR PR 0.19 QRS 0.09**




TELE Boca Raton Regional Hospital

Printed on 3/22/2020 22:51:25 Page 1 of 1

BRRH

**Lincoln/Duntz 1005**

* EKG Rhythym Strips - Auth (Verified) *

Strip 423B

DUNTZ, MATTHEW

**Vitals:**

HR 85 PVC 0

**3/24/2020 13:00:05 Saved strip re-labeled to Sinus Rhythm PR 0.20 QRS 0.07**




TELE Boca Raton Regional Hospital

Printed on 3/24/2020 13:23:31 Page 1 of 1

Patient Name: DUNTZ, MATTHEW
Initial MD: Carrillo, Rodolfo,MD

MRN: 001561221
Date of Birth:

Study #:
Study Date: 03/23/2020

# Procedure Report

BOCA RATON
REGIONAL HOSPITAL

800 Meadows Rd.
Boca Raton, FL 33486

Patient Name: DUNTZ, MATTHEW
Initial MD: Carrillo, Rodolfo,MD

MRN: 001561221
Date of Birth:

Study #:
Study Date: 03/23/2020

# Entire Case Report

## Patient Information

| | | | | | |
|---|---|---|---|---|---|
| *Patient Name* | MATTHEW DUNTZ | *Date of Birth* | | *Age* | 57 years |
| *MRN* | 001561221 | *Financial #* | 2008200355 | *Gender* | M |
| *AlternateID* | | *Lab Number* | 7 | | |
| *Accession #* | | *Room Number* | | | |
| *Height (in)* | 74.4 | *Height (cm)* | 189.0 | *BSA* | 2.40 |
| *Weight (lbs)* | 248.6 | *Weight (kg)* | 113.0 | | |

### Patient Address/Phone Number

| *Home Address* | *City* | *State* | *Zip Code* | *Home Phone Number* |
|---|---|---|---|---|

## Study Information

*Scheduled Start*
03/23/2020

*Study Start*
Mar 23 2020 11:32AM

*Study Type*
Left Heart Cath

*Facility Department*
Boca Raton Regional Hospital - CL / IR

## Physician and Clinical Staff

| | | | |
|---|---|---|---|
| *Initial MD* | Carrillo, Rodolfo,MD | *Circulator* | Duncan, Jill,RN CATH LAB/IR |
| | | *Recorder* | Nesi, Gisella,CVT |
| | | *Recorder* | Rivera, Wisberto,CVT |
| | | *Scrub* | Lewis, Clyde,Tech |

| | | |
|---|---|---|
| Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #: |
| Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020 |

## Procedures Performed

| *Procedure* | *Location (Site)* | *Vessel Name* |
|---|---|---|
| ACT | 1 | Antecubital Vein |
| Airway Assessment | | |
| Angiogram | LV | Ventricle |
| Angiogram (manual) | Fem Art (right) | Femoral Art |
| Coronary Angiogram | LCA | Left Coronary |
| Coronary Angiogram | RCA | Right Coronary |
| Documentation Signoff | | |
| Final Time Out | | |
| Fire Risk Assessment Score | | |
| PTCA | CIRC Prox | CIRC |
| Staff Change | | |
| Stent | CIRC Prox | CIRC |

## Supply Charges

| *Charge Code Description* | *Charge Code* | *Total* |
|---|---|---|
| | 42518 | 1 |
| | 99999 | 3 |
| BALLOON APEX | 50111 | 1 |
| C GUIDING CATHETER | 00620 | 1 |
| CATH DIAGNOSTIC | 00035 | 2 |

Patient Name: DUNTZ, MATTHEW MRN: 001561221 Study #:
Initial MD: Carrillo, Rodolfo,MD Date of Birth: Study Date: 03/23/2020

## Equipment

| Time | Manufacturer | Description | Size | Mfg Part Number | Used/Scraped |
|---|---|---|---|---|---|
| 12:25 | BOSTON SCI CORP - SCIMED | APEX CORONARY RX | 2.5mmX15mm | 38959-1525 | Used |
| 12:36 | BOSTON SCI CORP - SCIMED | SYNERGY | 3.00mmx38mm | 39260-3830 | Used |
| 11:33 | BOSTON SCIENTIFIC CORP | IMPULSE PIG 145 | 5FR | H74916391411 | Used |
| 11:33 | JOHNSON & JOHNSON INC - CORDIS | 3DRC | 5F 100cm | 534-576T | Used |
| 11:33 | JOHNSON & JOHNSON INC - CORDIS | JL4 | 5F 100cm | 534-520T | Used |
| 12:18 | JOHNSON & JOHNSON INC - CORDIS | XB3.5 | 6F 100cm | 670-054-00 | Used |
| 11:33 | ST JUDE MED - CV PRODUCTS | GUIDERIGHT STD PTFE 3mm J TIP | .035inx150cm | 404570 | Used |
| 12:18 | TERUMO | GUIDEWIRE RUNTHROUGH NS EXTRA FLOPPY | 014inX180cm | 25-1011 | Used |
| 12:08 | TERUMO | PINNACLE W/ DILATOR | 5F 10cm | RSS502 | Used |
| 11:33 | TERUMO | PINNACLE W/ DILATOR | 6F 10cm | RSS602 | Used |
| 11:34 | VASCULAR SOLUTIONS INC | MICRO-INTRODUCER KIT | 4FR | 7264V | Used |
| 12:34 | VASCULAR SOLUTIONS INC | TURNPIKE | 135cm | 5642 | Used |
| 12:34 | VASCULAR SOLUTIONS INC | TURNPIKE LP | 150CM | 5639 | Used |

### Equipment Model, Serial, Lot Number and Expiration Data

| Description | Size | Model Number | Serial Number | Lot Number | Expiration Date |
|---|---|---|---|---|---|
| APEX CORONARY RX | 2.5mmX15mm | | | 25121231 | 01-28-2023 |
| GUIDERIGHT STD PTFE 3mm J TIP | .035inx150cm | | | 9940199 | 11-30-2022 |
| IMPULSE PIG 145 | 5FR | | | 60174705 | 03-07-2021 |
| SYNERGY | 3.00mmx38mm | | | 24977493 | 12-18-2021 |

## History: Allergies

| Allergy | Reaction |
|---|---|
| NKA | |

## History: Risk Factors

| Hypertension | Dyslipidemia | Family History of Premature CAD | Previous MI | Previous Heart Failure |
|---|---|---|---|---|
| No | Yes | No | No | No |
| *Prior Valve Surgery* | *Prior PCI* | *Prior CABG* | | |
| No | No | No | | |
| *On Dialysis* | *Cerebrovascular Disease* | *Peripheral Artery Disease* | *Chronic Lung Disease* | *Diabetes* |
| No | No | No | No | No |

Patient Name: DUNTZ, MATTHEW
Initial MD: Carrillo, Rodolfo,MD

MRN: 001561221
Date of Birth:

Study #:
Study Date: 03/23/2020

# History: Other

*Current Smoker*

No

# Labs

| | | | | |
|---|---|---|---|---|
| *Hgb (12.0-16.0)* | *Hct (37.0-47.0)* | *RBC (4.70-6.10)* | *WBC (4.0-10.0)* | *Plat (150-400)* |
| *GM/DL* | *%* | *M/UL* | *K/UL* | *K/UL* |
| **13.8** | **40.2** | **4.36** | **7.5** | **175** |
| *Glu (70-99)* | *BUN (7-18)* | *Creat (0.6-1.3)* | *BUN/Creat (10.00 20.00)* | |
| *MG/DL* | *MG/DL* | *MG/DL* | *1:x* | |
| **98** | **10** | **1.0** | **10** | |
| *Na (138-148)* | *K (3.6-5.2)* | *Cl (100-108)* | *CO2 (21-32)* | *Ca (8.5-10.1)* |
| *MMOL/L* | *MMOL/L* | *MMOL/L* | *MMOL/L* | *MG/DL* |
| **140** | **3.7** | **108** | **28** | **8.6** |
| *PT (11.5-14.4)* | *PTT (22.0-34.8)* | *INR (0.9-1.2)* | *Troponin I (<0.050)* | |
| *SEC* | *SEC* | *<none>* | *NG/ML* | |
| **13.7** | **61.6** | **1.1** | **5.820** | |
| *CPK (0-177)* | *CPK-MB (0-4)* | | | |
| *IU/L* | *NG/ML* | | | |
| **465** | **29** | | | |
| *HDL (40-60)* | *LDL (<129)* | *HDL:LDL (1.00-6.00)* | | |
| *MG/DL* | *MG/DL* | *1:x* | | |
| **42** | **58** | **1.4** | | |

# Medication

## Medication Total Dose (Bolus/Oral)

| *Medication* | *Total Dosage/Unit* |
|---|---|
| 1% LIDOCAINE | 20 mL |
| ANGIOMAX (Bolus) | 0.75 mg/kg |
| BRILINTA | 180 mg |
| CANGRELOR BOLUS | 30 mcg/kg |
| CANGRELOR DRIP | 4 mcg/kg/min |
| CANGRELOR DRIP | 4 mcg/kg/min |
| CARDENE IC | 600 mcg |
| NEO-SYNEPHRINE | 100 mcg |
| NITROGLYCERIN (IC) | 100 mcg |
| Optiray 320mg/ml | 350 mL |
| VERSED | 1 mg |

Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #:
Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020

## Medications (Bolus/Oral)

| Medication | Time Given | Dosage/Unit | Administered By | Reason |
|---|---|---|---|---|
| Optiray 320mg/ml | 3/23/2020 12:00:22 PM | 150 mL | Carrillo, Rodolfo | |

150 mL Optiray 320mg/ml given in lab by Carrillo, Rodolfo, MD via Intra-coronary.

| | | | | |
|---|---|---|---|---|
| VERSED | 3/23/2020 12:11:18 PM | 1 mg | Duncan, Jill | As per physicians verbal order |

1 mg VERSED given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order.

| | | | | |
|---|---|---|---|---|
| 1% LIDOCAINE | 3/23/2020 12:12:37 PM | 20 mL | Carrillo, Rodolfo | |

20 mL 1% LIDOCAINE given in lab by Carrillo, Rodolfo, MD in the right groin via Subcutaneous.

| | | | | |
|---|---|---|---|---|
| Optiray 320mg/ml | 3/23/2020 12:20:08 PM | 50 mL | Carrillo, Rodolfo | |

50 mL Optiray 320mg/ml given in lab by Carrillo, Rodolfo, MD via Intra-coronary.

| | | | | |
|---|---|---|---|---|
| ANGIOMAX (Bolus) | 3/23/2020 12:21:02 PM | 0.75 mg/kg | Duncan, Jill | As per physicians verbal order |

0.75 mg/kg ANGIOMAX (Bolus) given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Amount given = 84.75 mg. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order.

| | | | | |
|---|---|---|---|---|
| CANGRELOR BOLUS | 3/23/2020 12:27:54 PM | 30 mcg/kg | Duncan, Jill | As per physicians verbal order |

30 mcg/kg CANGRELOR BOLUS given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Amount given = 3390 mcg. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order.

| | | | | |
|---|---|---|---|---|
| CANGRELOR DRIP | 3/23/2020 12:28:06 PM | 4 mcg/kg/min | Duncan, Jill | As per physicians verbal order |

4 mcg/kg/min CANGRELOR DRIP given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 27.12 ml/hr using D5W with a concentration of 50 mg in 50 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order.

| | | | | |
|---|---|---|---|---|
| NITROGLYCERIN (IC) | 3/23/2020 12:30:58 PM | 100 mcg | Carrillo, Rodolfo | |

100 mcg NITROGLYCERIN (IC) given in lab by Carrillo, Rodolfo, MD via Intra-coronary.

| | | | | |
|---|---|---|---|---|
| CARDENE IC | 3/23/2020 12:33:38 PM | 200 mcg | Carrillo, Rodolfo | |

200 mcg CARDENE IC given in lab by Carrillo, Rodolfo, MD via Intra-coronary.

| | | | | |
|---|---|---|---|---|
| Optiray 320mg/ml | 3/23/2020 12:37:09 PM | 150 mL | Carrillo, Rodolfo | |

150 mL Optiray 320mg/ml given in lab by Carrillo, Rodolfo, MD via Intra-coronary.

| | | | | |
|---|---|---|---|---|
| NEO-SYNEPHRINE | 3/23/2020 12:38:14 PM | 100 mcg | Duncan, Jill | As per physicians verbal order |

100 mcg NEO-SYNEPHRINE given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order.

| | | | | |
|---|---|---|---|---|
| CARDENE IC | 3/23/2020 12:38:46 PM | 200 mcg | Carrillo, Rodolfo | |

200 mcg CARDENE IC given in lab by Carrillo, Rodolfo, MD via Intra-coronary.

| | | | | |
|---|---|---|---|---|
| CARDENE IC | 3/23/2020 12:40:01 PM | 200 mcg | Carrillo, Rodolfo | |

200 mcg CARDENE IC given in lab by Carrillo, Rodolfo, MD via Intra-coronary.

| | | | | |
|---|---|---|---|---|
| CANGRELOR DRIP | 3/23/2020 12:43:32 PM | 4 mcg/kg/min | Duncan, Jill | As per physicians verbal order |

4 mcg/kg/min CANGRELOR DRIP given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 135.6 ml/hr using D5W with a concentration of 50 mg in 250 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. Discontinued at 3/23/2020 12:43.

| | | | | |
|---|---|---|---|---|
| BRILINTA | 3/23/2020 12:48:40 PM | 180 mg | Duncan, Jill | As per physicians verbal order |

180 mg BRILINTA given in lab by Duncan, Jill, RN CATH LAB/IR via Oral. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order.

Patient Name: DUNTZ, MATTHEW
Initial MD: Carrillo, Rodolfo,MD

MRN: 001561221
Date of Birth:

Study #:
Study Date: 03/23/2020

## Medication (Drip)

| Medication | Time Given | Dosage/Unit | Concentration/Unit | Diluent (ml) | Solution |
|---|---|---|---|---|---|
| ANGIOMAX (Drip) | 3/23/2020 12:21:18 PM | 1.75 mg/kg/hr | 250 mg | 50 | NaCl 0.9% |

1.75 mg/kg/hr ANGIOMAX (Drip) given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 39.55 ml/hr using NaCl 0.9% with a concentration of 250 mg in 50 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order.

| Medication | Time Given | Dosage/Unit | Concentration/Unit | Diluent (ml) | Solution |
|---|---|---|---|---|---|
| ANGIOMAX (Drip) | 3/23/2020 12:41:02 PM | 1.75 mg/kg/hr | 250 mg | 50 | NaCl 0.9% |

1.75 mg/kg/hr ANGIOMAX (Drip) given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 39.55 ml/hr using NaCl 0.9% with a concentration of 250 mg in 50 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. Discontinued at 3/23/2020 12:41

# Holding Assessment

## Cardiovascular

| *HR* | *Rhythm* | *NIBP* | *Chest Pain* |
|---|---|---|---|
| 80 | sinus | 114/78 | 0 |

| *Edema Present* | *Skin color* | *Skin* |
|---|---|---|
| None | Pale | Warm, Dry |

## Circulatory - Right Pulses

| *Dorsalis Pedis* | *Posterior Tibial* |
|---|---|
| d | 2 |

Scale (0,1,2,3,4,d)

## Circulatory - Left Pulses

| *Dorsalis Pedis* | *Posterior Tibial* |
|---|---|
| d | 2 |

Scale (0,1,2,3,4,d)

## Neurological State

| | | |
|---|---|---|
| Alert | Oriented to time-place-person | Moves all extremities |

## Respiration - General

| *Respiration Rate (B/min)* | *SpO2 (%)* |
|---|---|
| 18 | 98 |

Patient Name: DUNTZ, MATTHEW
Initial MD: Carrillo, Rodolfo,MD

MRN: 001561221
Date of Birth:

Study #:
Study Date: 03/23/2020

# Final Case Assessment

## Cardiovascular

| *HR* | *Rhythm* | *NIBP* | *Chest Pain* |
|---|---|---|---|
| 80 | sinus | 105/67 | 0 |
| *Edema Present* | *Skin color* | *Skin* | |
| None | Pale | Warm Dry | |

## Circulatory - Right Pulses

| *Dorsalis Pedis* | *Posterior Tibial* |
|---|---|
| d | 2 |

Scale (0,1,2,3,4,d)

## Circulatory - Left Pulses

| *Dorsalis Pedis* | *Posterior Tibial* |
|---|---|
| d | 2 |

Scale (0,1,2,3,4,d)

## Neurological State

| | | |
|---|---|---|
| Alert | Oriented to time-place-person | Moves all extremities |

## Respiration - General

| *Respiration Rate (B/min)* | *SpO2 (%)* |
|---|---|
| 18 | 98 |

# Vitals Summary

| *Time* | *HR* | *NIBP* | *SpO2* | *Resp* | *Temp* | *EtCO2* | *Apnea* | *Aldrete* | *Pain Level* | *Ramsey* | *Comment* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:02:08 | 75 | 99/64 | 96.0 | 15 | | | | 10 | 0 | | |
| 12:07:05 | 78 | 101/63 | 98.0 | 14 | | | | 10 | 0 | | |
| 12:12:06 | 73 | 106/65 | 97.0 | 14 | | | | 9 | 0 | | |
| 12:17:05 | 83 | 102/64 | 97.0 | 14 | | | | 9 | 0 | | |
| 12:22:06 | 84 | 101/62 | 98.0 | 14 | | | | 9 | 0 | | |
| 12:27:07 | 80 | 99/63 | 97.0 | 14 | | | | 9 | 0 | | |
| 12:32:08 | 72 | 97/54 | 98.0 | 14 | | | | 9 | 0 | | |
| 12:37:07 | 68 | 100/55 | 98.0 | 14 | | | | 9 | 0 | | |
| 12:42:09 | 68 | 102/59 | 97.0 | 14 | | | | 9 | 0 | | |
| 12:47:08 | 72 | 105/67 | 99.0 | 14 | | | | 9 | 0 | | |
| 12:52:15 | | | | | | | | | | | |
| 12:57:12 | | | | | | | | | | | |

Patient Name: DUNTZ, MATTHEW
Initial MD: Carrillo, Rodolfo,MD

MRN: 001561221
Date of Birth:

Study #:
Study Date: 03/23/2020

## Aldrete Score Summary

| Time | Activity | Resp | Circ | LOC | Color | Total Score |
|---|---|---|---|---|---|---|
| 12:02:08 | 2 | 2 | 2 | 2 | 2 | 10 |
| 12:07:05 | 2 | 2 | 2 | 2 | 2 | 10 |
| 12:12:06 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:17:05 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:22:06 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:27:07 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:32:08 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:37:07 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:42:09 | 2 | 2 | 2 | 1 | 2 | 9 |
| 12:47:08 | 2 | 2 | 2 | 1 | 2 | 9 |

## Aldrete Score Definition Table

| | | |
|---|---|---|
| *Activity - 0* | *Activity - 1* | *Activity - 2* |
| No Movement to Command | Weak Hand Grasp | Lift Head, Good Hand Grasp |
| *Respiration - 0* | *Respiration - 1* | *Respiration - 2* |
| Apneic or Obstructed | Shallow Breath, Airway Adjunct | Deep Breath, Cough Freely |
| *Circulation - 0* | *Circulation - 1* | *Circulation - 2* |
| B/P > 50% Admission B/P | B/P > 20-50% Admission B/P | B/P Stable X3 |
| *Level of Consciousness - 0* | *Level of Consciousness - 1* | *Level of Consciousness - 2* |
| Not Responding | Arousable On Calling | Awake and Aware |
| *Color - 0* | *Color- 1* | *Color - 2* |
| Cyanotic Lips, Nailbed, Skin | Pale, Dusky | Pink Or Normal |

## Chronological Log

| Time | Study Chronological Log |
|---|---|
| 10:44:06 | Patient arrived to holding area. |
| 10:44:08 | Patient identification verified via ID Band and verbal identification. |
| 10:44:09 | Patient status: Inpatient. |
| 10:44:15 | Patient identification verified via ID Band and verbal identification. |
| 10:44:16 | Advance Directive:No |
| 10:44:26 | Assessment: Holding, HR=80 BPM, Rhythm=sinus, NIBP=114/78 mmhg, Chest Pain=0, Edema=None, Color=Pale, Skin = Warm, Dry<br>Right Pulses: Dor Ped=d, Post Tib=2<br>Left Pulses: Dor Ped=d, Post Tib=2<br>Neurological: State=Alert, Ox3, MAE<br>Respiration: Resp=18 B/min, SpO2=98 % |
| 10:45:29 | Pre-op instructions given; patient acknowledges understanding of impending procedure. |
| 10:45:35 | Bed rails up, bed locked and call light available. |
| 10:45:39 | Pain Scale Used to assess pain pre, intra and post procedure is 0-10 Scale |

| | | |
|---|---|---|
| Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #: |
| Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020 |

| | |
|---|---|
| 10:45:45 | Cath/EP site prepped in holding area. |
| 10:46:01 | Care plan initiated:Anxiety related to pain and discomfort. |
| 10:46:08 | As part of the care plan continuum, the nurse has assessed knowledge deficit. |
| 10:46:11 | In evaluating the care plan, it was observed that the patient has demonstrated understanding. |
| 10:46:40 | History and physical on chart |
| 10:46:43 | Consent signed by patient/designee, witness and Physician and verified. |
| 10:46:45 | MD notified of diagnostic labs and images. |
| 10:46:47 | Blood Products, implants, devices, and/or special equipment available Yes |
| 10:47:21 | Correct site marked by N/A by Duncan, Jill, RN CATH LAB/IR. |
| 10:47:26 | Pre-operative patient education completed. |
| 10:47:32 | NPO Status Confirmed |
| 10:47:36 | Betablocker taken: Yes. Verified taken: Date: 3/ 23/2020 at 900. |
| 10:48:39 | Patient's contact person in waiting room: Yes. wife kimberly 843/816/2667 |
| 11:32:06 | Patient arrived in Lab - CL-3 |
| 11:56:31 | Vitals capture started with the following parameters, Patient=Adult, Interval=5 min, Initial Pressure=140 mmHg, Deflation Rate=6 mmHg, Cuff placed on Left Arm |
| 11:56:35 | Is the surgical or incision site above the Xiphoid: No (0 pt) , Oxygen administered by face mask or nasal cannula: Yes (1pt) . |
| 11:56:40 | Procedural skin preparation completed per policy. |
| 12:00:16 | Bilateral groins prepped and draped in sterile fashion. |
| 12:00:18 | Carrillo, Rodolfo, MD has completed a reassessment immediately before sedation administration and the ASA class physical status of the patient is unchanged; the patient remains a candidate for the planned procedure and choice of sedation/analgesia. |
| 12:00:22 | 150 mL Optiray 320mg/ml given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |
| 12:02:08 | HR=75 bpm, NIBP=99/64 mmHg, SpO2=96.0 %, Resp=15 B/min, Pain=0, Aldrete=10 |
| 12:06:55 | Rivera, Wisberto, CVT relieved the Recorder. |
| 12:07:05 | HR=78 bpm, NIBP=101/53 mmhg, SpO2=98.0 %, Resp=14 B/min, Pain=0, Aldrete=10 |
| 12:10:06 | Pressure channel 1 zeroed. |
| 12:10:41 | The final verification was initiated by Duncan, Jill, RN CATH LAB/IR. All members of the procedure team suspended all other activities and ensured the active confirmation of the correct patient, procedure, site, and if applicable SCIP protocol elements. |
| 12:10:56 | Case Start |
| 12:11:18 | 1 mg VERSED given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:12:06 | HR=73 bpm, NIBP=106/65 mmhg, SpO2=97.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:12:37 | 20 mL 1% LIDOCAINE given in lab by Carrillo, Rodolfo, MD in the right groin via Subcutaneous. |
| 12:14:09 | A PINNACLE W/ DILATOR 5F 10cm sheath was inserted into the Fem Art (right) and advanced . |
| 12:14:25 | The JL4 5F 100cm was inserted over the GUIDERIGHT STD PTFE 3mm J TIP .035inx150cm. |
| 12:15:19 | Recorded Pressure: Ao, HR=77, Condition=Condition 1<br>(Aorta) Ao 89/60/74 |
| 12:15:42 | LCA angiogram manually injected using JL4 5F 100cm. |

| | | |
|---|---|---|
| Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #: |
| Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020 |

| | |
|---|---|
| 12:17:05 | HR=83 bpm, NIBP=102/64 mmhg, SpO2=97.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:18:01 | The current catheter was exchanged for a 3DRC 5F 100cm over the GUIDERIGHT STD PTFE 3mm J TIP .035inx150cm. |
| 12:18:05 | RCA angiogram manually injected using 3DRC 5F 100cm. |
| 12:18:11 | The current catheter was exchanged for a IMPULSE PIG 145 5FR over the GUIDERIGHT STD PTFE 3mm J TIP .035inx150cm. |
| 12:19:05 | Recorded Pressure: LV, HR=83, Condition=Condition 1<br>(Left Ventricle) LV 97/1/12 |
| 12:19:32 | LV Angiogram performed. 30 ml's of contrast at 12 ml's per second. |
| 12:20:08 | 50 mL Optiray 320mg/ml given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |
| 12:21:02 | 0.75 mg/kg ANGIOMAX (Bolus) given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Amount given = 84.75 mg. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:21:18 | 1.75 mg/kg/hr ANGIOMAX (Drip) given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 39.55 ml/hr using NaCl 0.9% with a concentration of 250 mg in 50 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:22:06 | HR=84 bpm, NIBP=101/62 mmhg, SpO2=98.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:22:49 | Recorded Pressure: LV, Ao, HR=86, Condition=Condition 1<br>(Left Ventricle) LV 87/9/16,<br>(Aorta) Ao 100/65/82 |
| 12:23:30 | Catheter was removed w/o difficulty |
| 12:23:55 | The existing Fem Art (right) sheath was exchanged for a PINNACLE W/ DILATOR 6F 10cm. |
| 12:24:48 | The XB3.5 6F 100cm was inserted. |
| 12:26:17 | The GUIDEWIRE RUNTHROUGH NS EXTRA FLOPPY 014inX180cm was inserted from/to the CIRC Dist. |
| 12:26:49 | The APEX CORONARY RX 2.5mmX15mm was inserted |
| 12:27:07 | HR=80 bpm, NIBP=99/63 mmhg, SpO2=97.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:27:24 | In the CIRC Prox a APEX CORONARY RX 2.5mmX15mm was inflated to 6 atms for 8 seconds. |
| 12:27:54 | 30 mcg/kg CANGRELOR BOLUS given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Amount given = 3390 mcg. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:28:06 | 4 mcg/kg/min CANGRELOR DRIP given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 27.12 ml/hr using D5W with a concentration of 50 mg in 50 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:28:18 | In the CIRC Prox a APEX CORONARY RX 2.5mmX15mm was inflated to 8 atms for 10 seconds. |
| 12:29:07 | In the CIRC Prox a APEX CORONARY RX 2.5mmX15mm was inflated to 12 atms for 10 seconds. |
| 12:29:46 | The APEX CORONARY RX 2.5mmX15mm was removed |
| 12:30:58 | 100 mcg NITROGLYCERIN (IC) given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |
| 12:32:08 | HR=72 bpm, NIBP=97/54 mmhg, SpO2=98.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:33:38 | 200 mcg CARDENE IC given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |
| 12:36:16 | A SYNERGY 3.00mmx38mm stent was inserted and advanced to the CIRC Prox. |
| 12:37:07 | HR=68 bpm, NIBP=100/55 mmhg, SpO2=98.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:37:09 | 150 mL Optiray 320mg/ml given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |
| 12:37:37 | A SYNERGY 3.00mmx38mm was deployed in the CIRC Prox at 18 atms for 10 seconds. |
| 12:37:53 | Stent balloon catheter removed |
| 12:38:14 | 100 mcg NEO-SYNEPHRINE given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:38:46 | 200 mcg CARDENE IC given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |

| | | |
|---|---|---|
| Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #: |
| Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020 |

| | |
|---|---|
| 12:39:49 | The GUIDEWIRE RUNTHROUGH NS EXTRA FLOPPY 014inX180cm was removed from/to the CIRC Dist. |
| 12:40:01 | 200 mcg CARDENE IC given in lab by Carrillo, Rodolfo, MD via Intra-coronary. |
| 12:40:44 | The XB3.5 6F 100cm was removed. |
| 12:41:02 | 1.75 mg/kg/hr ANGIOMAX (Drip) given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 39.55 ml/hr using NaCl 0.9% with a concentration of 250 mg in 50 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. Discontinued at 3/23/2020 12:41. |
| 12:41:10 | Fem Art (right) angiogram manually injected. |
| 12:42:09 | HR=68 bpm, NIBP=102/59 mmhg, SpO2=97.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:43:32 | 4 mcg/kg/min CANGRELOR DRIP given in lab by Duncan, Jill, RN CATH LAB/IR via Peripheral IV. Pump/Drip Flow = 135.6 ml/hr using D5W with a concentration of 50 mg in 250 ml. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. Discontinued at 3/23/2020 12:43. |
| 12:45:01 | The Fem Art (right) sheath was sutured in place. |
| 12:45:07 | Procedure Finish Time |
| 12:45:18 | Site Assessment:Groin (right) site dry and intact and no hematoma. Tegaderm applied. |
| 12:45:24 | Post-op instructions given; patient acknowledges understanding. |
| 12:45:26 | Blood loss: No significant blood loss |
| 12:45:29 | AIR KERMA is 1100 |
| 12:46:09 | Handoff communication completed with the opportunity to ask questions and reconcile medications to TELE RN |
| 12:47:08 | HR=72 bpm, NIBP=105/67 mmhg, SpO2=99.0 %, Resp=14 B/min, Pain=0, Aldrete=9 |
| 12:47:16 | The above documentation was completed by Rivera, Wisberto, CVT. |
| 12:47:21 | Assessment: Final Case, HR=80 BPM, Rhythm=sinus, NIBP=105/67 mmhg, Chest Pain=0, Edema=None, Color=Pale, Skin = Warm, Dry<br>Right Pulses: Dor Ped=d, Post Tib=2<br>Left Pulses: Dor Ped=d, Post Tib=2<br>Neurological: State=Alert, Ox3, MAE<br>Respiration: Resp=18 B/min, SpO2=98 % |
| 12:47:55 | ACT number 1 drawn. Resulting Activated Clotting Time = 412 seconds. (Normal Range = 69-169 sec) |
| 12:48:40 | 180 mg BRILINTA given in lab by Duncan, Jill, RN CATH LAB/IR via Oral. Ordered by Carrillo, Rodolfo, MD. Reason: As per physicians verbal order. |
| 12:52:15 | [ Enter Vitals data ] |
| 12:55:12 | Patient Transfer Time (Pt. leaves proc. rm.) |
| 12:57:12 | [ Enter Vitals data ] |
| 13:01:29 | Vitals capture stopped. |
| 7:55:41 | Patient released from Department |

## Recorded Pressures: Condition 1

| *Time* | *Chamber* | *Pressure* | *Manual Override (*)* |
|---|---|---|---|
| 12:15:19 | Ao | 89/60/74 s/d/m | |
| 12:19:05 | LV | 97/1/12 s/bd/ed | |
| 12:22:49 | LV | 87/9/16 s/bd/ed | |
| 12:22:49 | Ao | 100/65/82 s/d/m | |

Patient Name: DUNTZ, MATTHEW | MRN: 001561221 | Study #:
Initial MD: Carrillo, Rodolfo,MD | Date of Birth: | Study Date: 03/23/2020

## End Study - Contrast Media Used In Study

| *Contrast* | *Total Opened (mL)* | *Total Used (mL)* | *Total Wasted (mL)* |
|---|---|---|---|
| Optiray | 350 | 140 | 210 |

## End Study - Maximum Contrast Load

| *Max Contrast Load (mL)* |
|---|
| 565.0 |

## End Study - Radiation Exposure

| Fluoro Time (minutes) | Fluoro Dose (DAP-mGycm2) |
|---|---|
| 4.1 | 78236 |

## End Study - Patient Fluids

| *IV Intake (mL)* | *Total Output (mL)* |
|---|---|
| 250 | 0 |

## End Study - Patient Disposition

| *Complications* | *Transferred To* |
|---|---|
| No | Telemetry Bed |

# Approval History

| *Approval Date/Time* | *Approver* | *Report Name* | *Comment* |
|---|---|---|---|
| 3/23/2020 1:01:11 PM | Wood, Sarah | Medication Given in CATH or IR | Charge RN signing, primary RN unable to approve at this time |

* Cath Lab / IR Clinical Documentation - Auth (Verified) *

DUNTZ, MATTHEW
Cath Date: 3/23/2020

MRN: 001561221
CASE #:

Condition 1:Condition 1
Recorded On 3/23/2020 12:15:19 PM




HR: 77

Ao s/d/m
89/60/74

* Manually altered values.

Pressure Filter = 25 Hz




25 mm/sec

This PDF was generated from Merge Hemo Print Study Report screen - recordings may not be displayed to scale.





Lincoln/Duntz 1020

* Cath Lab / IR Clinical Documentation - Auth (Verified) *

DUNTZ, MATTHEW
Cath Date: 3/23/2020

MRN: 001561221
CASE #:

Condition 1:Condition 1
Recorded On 3/23/2020 12:19:05 PM




HR: 83

LV s/d/ed
97/1/12

* Manually altered values.

Pressure Filter = 25 Hz




25 mm/sec

Page 1 of 1

BRRH

**Lincoln/Duntz 1021**

* Cath Lab / IR Clinical Documentation - Auth (Verified) *

DUNTZ, MATTHEW | MRN: 001561221 | Condition 1:Condition 1
Cath Date: 3/23/2020 | CASE #: | Recorded On 3/23/2020 12:22:49 PM




LV s/d/ed 87/9/16 | Ao s/d/m 100/65/82

* Manually altered values. | Pressure Filter = 25 Hz




This PDF was generated from Merge Hemo Print Study Report screen - recordings may not be displayed to scale.

*** Electrocardiogram EKG - Auth (Verified) ***

DUNTZ, MATTHEW ID:001561221 22-MAR-2020 19:25:13 Boca Raton Regional Hospital-ER ROUTINE RECORD

(57 yr)
Male Caucasian

Room:E01
Loc:35

| | | |
|---|---|---|
| Vent. rate | 65 | BPM |
| PR interval | 172 | ms |
| QRS duration | 80 | ms |
| QT/QTc | 352/418 | ms |
| P-R-T axes | 69 39 | 73 |

Normal sinus rhythm
Normal ECG
No previous ECGs available for comparison
Confirmed by Rosenthal, David (2405) on 3/22/2020 8:18:45 PM

Technician:
Test ind:

Confirmed By: David Rosenthal

STAT?




25mm/s 10mm/mV 40Hz 9.0.9 12SL 243 CID: 1

SID: 11163170 EID:2405 EDT: 20:18 22-MAR-2020 ORDER: ACCOUNT: 2008200355
Page 1 of 1

BRRH

Lincoln/Duntz 1023

* Electrocardiogram EKG - Auth (Verified) *

DUNTZ, MATTHEW    ID:001561221    22-MAR-2020 19:25:13    Boca Raton Regional Hospital-ER ROUTINE RECORD

| | | | | | |
|---|---|---|---|---|---|
| Male | (57 yr) Caucasian | Vent. rate | 85 | BPM | Normal sinus rhythm |
| | | PR interval | 172 | ms | Normal ECG |
| | | QRS duration | 80 | ms | No previous ECGs available for comparison |
| Room:E01 | | QT/QTc | 352/418 | ms | Confirmed by Rosenthal, David (2405) on 3/22/2020 8:18:45 PM |
| Loc:35 | | P-R-T axes | 69 39 | 73 | Also confirmed by Rosenthal, David (2405), editor Pidcock, Magda (42) on 3/22/2020 8:36:43 PM |

Technician:
Test ind:Chest Pain

Confirmed By: David Rosenthal

STAT?




25mm/s 10mm/mV 40Hz 9.0.9 12SL 243 CID: 1

SID: 11163170 EID:42 EDT: 20:36 22-MAR-2020 ORDER: 646579365 ACCOUNT: 2008200355

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

## *Diagnostic Radiology*

| | |
|---|---|
| Document Type: | XR Chest Portable 1 View |
| Collected/Entered Date/Time: | 3/22/2020 19:39 EDT |
| Result Status: | Modified |
| Document Subject: | HXR CHEST PORTABLE 1 VIEW |
| Sign Information: | |

**Report**
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2008200355 DOB CI#:0005500001
COLLECTED DT/TM:03/22/2020 19:39
SINGLE VIEW CHEST

INDICATION- Chest pain - generalized

COMPARISON- None.

TECHNIQUE- Single view.

FINDINGS-

The cardiomediastinal silhouette is within normal limits. The lung volumes are normal. No focal area of consolidation. No overt lung edema or appreciable effusions. No appreciable pneumothorax. No acute osseous abnormality.

IMPRESSION-
1. No radiographic evidence of acute lung pathology.

-Authenticated and electronically signed by- Ricardo A Palmquist PRA, MD
Electronically signed- 3/22/2020 7-57 PM

Read By- RICARDO A PALMQUIST M.D.
Released Date Time- 03/22/20 1959

**URL**
https://dx.pacs.brch.com/EMR/EventInterface.asp?fun=ShowStudy&forLoginName=web&forAccession=5500001&forPatientPublicID=001561221 HNAM URL

Report ID: **97253253** Print Date/Time: **5/19/2022 14:47 EDT**

Printed By: Cruz,Michelle

**Boca Raton Regional Hospital**
**800 Meadows Road, Boca Raton, FL 33486**

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

*Echo*

| | |
|---|---|
| Document Type: | Echo Transthoracic TTE Complete |
| Collected/Entered Date/Time: | 3/23/2020 10:01 EDT |
| Result Status: | Modified |
| Document Subject: | CE COMPLETE ECHO W COLOR -DOPPLER |
| Sign Information: | |

**URL**
https://dx.pacs.brch.com/EMR/EventInterface.asp?fun=ShowStudy&forLoginName=web&forAccession=5500014&forPatientPublicID=001561221 HNAM URL

**Report**
BOCA RATON REGIONAL HOSPITAL MATTHEW DUNTZ
MRN:001561221 ACCT:2008200355 DOB CI#:0005500014
COLLECTED DT/TM:03/23/2020 09:37
Transthoracic Echocardiography Report (TTE)

Demographics

| | | | |
|---|---|---|---|
| Patient name | DUNTZ MATTHEW | Age | 57 |
| Patient # | 001561221 | Gender | Male |
| Account # | 2008200355 | Race | Unknown |
| Date of Birth | | Height | 74 Inches |
| Accession # | 5500014 | Weight | 240 Pounds |
| Study Date | 03/23/2020 | BSA | 2.3 m |
| Interpreting Physician | Merrill, Barry S MD | BMI | 30.8 kg/m |
| Referring Physician | | Ethnicity | |
| Sonographer | Hall, Sherika RCS | | |

Type of Study

TTE procedure-CE COMPLETE ECHOCARDIOGRAM

Indications-Acute coronary syndrome.

M-Mode Measurements (cm)

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

## Echo

LVEDd- 4.94 cm    LVESd- 3.92 cm
IVSEd- 1.37 cm    LA- 3.58 cm
LVPWd- 1.19 cm    LVOT- 2.23 cm
AO Root Dimension- 3.28 cm    RVDd4.78 cm
FS- 20.65 %    EF Estimated- 55%

Doppler Measurements-

AV Velocity- 107.87 cm/s    AV Peak Gradient- 4.65 mmHg
AV Area (Continuity)-2.97 cm
MV Peak Gradient- 1.69 mmHg
MV Peak E-Wave- 65.05 cm/s    MV Mean Gradient- 1.35 mmHg
MV Peak A-Wave- 64.51 cm/s
TR Velocity-161.37 cm/s    MV P1/2t- 63.33 msec
Estimated RAP-10 mmHg    MV E/A Ratio- 1.01 %
LVOT Peak Velocity- 81.89 cm/s  MVA by PHT3.47

LA Diam- 4.05 cm    TR Gradient-10.41611 mmHgRVSP-20.42 mmHg

Findings

Left Ventricle -
Normal LV cavity size.
Mild, concentric left ventricular hypertrophy is present.
Left ventricular wall motion is normal.
Diastolic function appears normal.
EF = \R\50 - 55%.
Right Ventricle -
The right ventricle is mildly dilated. Systolic function is preserved.
RVSP =\R\ 20.00 mmHg.
Left Atrium -
The left atrium is normal in size.
Right Atrium -
The right atrium is normal in size.

Aortic Valve -
The aortic valve is tri-leaflet and opens adequately.
Aortic valve sclerosis is present, without stenosis.
There is no aortic insufficiency.
Mitral Valve -
Mild mitral regurgitation is present.

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

## Echo

Pulmonic Valve -
The pulmonic valve was not well seen.
No significant pulmonic regurgitation seen.

Tricuspid Valve -
The tricuspid valve is not well visualized.
No significant tricuspid regurgitation is seen

Great vessels -
The aortic root is normal in size.
The IVC is mildly dilated.

Pericardium -
A trace pericardial effusion is present anteriorly.

.

Conclusions

Summary
Normal LV cavity size.
Mild, concentric left ventricular hypertrophy is present.
Left ventricular wall motion is normal.
Diastolic function appears normal.
EF = \R\50 - 55%.
The aortic valve is tri-leaflet and opens adequately.
Aortic valve sclerosis is present, without stenosis.
There is no aortic insufficiency.
Mild mitral regurgitation is present.
The tricuspid valve is not well visualized.
No significant tricuspid regurgitation is seen.
The aortic root is normal in size.
The IVC is mildly dilated.

Signature

Electronically signed by Merrill, Barry S MD(Interpreting physician) on 03/23/2020 10:42 AM

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

*Echo*

Read By- BARRY S MERRILL M.D.
Released Date Time- 03/23/20 1042

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

## Chemistry

### Routine Chemistry

| Procedure | Collected Date 3/23/2020<br>Collected Time 03:07 EDT | 3/22/2020<br>19:42 EDT | Units | Reference Range |
|---|---|---|---|---|
| Sodium Level | 140 | 139 | mmol/L | [138-148] |
| Potassium Level | 3.7 | 3.7 | mmol/L | [3.6-5.2] |
| Chloride Level | 108 | 108 | mmol/L | [100-108] |
| CO2 | 28 | 27 | mmol/L | [21-32] |
| Glucose Level | 98 | 99 | mg/dL | [70-99] |
| BUN | 10 | 11 | mg/dL | [7-18] |
| Creatinine | 1.0 | 1.0 | mg/dL | [0.6-1.3] |
| GFR,African American | >60 | >60 | mL/min/1.73 m2 | [>59] |
| GFR,Non African American | >60 | >60 | mL/min/1.73 m2 | [>59] |
| Calcium Level | 8.6 | 8.8 | mg/dL | [8.5-10.1] |
| Pro-Brain Natriuretic | | 693 H | pg/mL | [0-125] |

### Lipids and CV Risk

| Procedure | Collected Date 3/22/2020<br>Collected Time 19:42 EDT | Units | Reference Range |
|---|---|---|---|
| Cholesterol | 124 R1 | mg/dL | [<200] |
| HDL | 42 R2 | mg/dL | [40-60] |
| LDL (Calculated) | 58 R3 | mg/dL | [<129] |
| Triglyceride | 122 R4 | mg/dL | [<150] |

Result Comments

R1: Cholesterol,
PER NCEP/NHBLI/NIH GUIDELINES
<200 MG/DL DESIRABLE
200-239 MG/DL BORDERLINE HIGH
>239 MG/DL HIGH

R2: HDL
PER NCEP/NHBLI/NIH GUIDELINES
<40 MG/DL LOW
>59 MG/DL HIGH

R3: LDL (Calculated)
PER NCEP/NHBLI/NIH GUIDELINES
<100 MG/DL OPTIMAL
100-129 MG/DL NEAR OPTIMAL

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

## Chemistry

### Lipids and CV Risk

Result Comments

R3: LDL (Calculated)
130-159 MG/DL BORDERLINE HIGH
160-189 MG/DL HIGH
>189 MG/DL VERY HIGH

R4: Triglyceride.
PER NCEP/NHBLI/NIH GUIDELINES
<150 MG/DL NORMAL
150-199 MG/DL BORDERLINE HIGH
200-499 MG/DL HIGH
>499 MG/DL VERY HIGH

### Cardiac Markers

| Collected Date | 3/23/2020 | 3/23/2020 | 3/22/2020 | | |
|---|---|---|---|---|---|
| Collected Time | 03:07 EDT | 00:14 EDT | 19:42 EDT | | |
| Procedure | | | | Units | Reference Range |
| Creatinine Kinase | - | - | 465 H | IntlUnit/L | [0-177] |
| CKMB Fraction | - | - | 29 H | ng/mL | [0-4] |
| Troponin I | 5.820 !R5 | 4.950 !R5 | 4.130 !R6 | ng/mL | [<0.050] |

Result Comments

R5: Troponin I
REFERENCE:
NEGATIVE <0.050 NG/ML
INDETERMINATE 0.051-0.500 NG/ML
SUGGESTIVE OF MYOCARDIAL INJURY >0.500 NG/ML RESULTS CONSISTENT WITH PREVIOUS
CRITICAL VALUE CALLED

R6: Troponin I
REFERENCE:
NEGATIVE <0.050 NG/ML
INDETERMINATE 0.051-0.500 NG/ML
SUGGESTIVE OF MYOCARDIAL INJURY >0.500 NG/ML CALLED BY 50769 AT 0820PM TO
30902. RB

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

## Coagulation

| Collected Date | 3/23/2020 | 3/23/2020 | 3/23/2020 | 3/22/2020 | | |
|---|---|---|---|---|---|---|
| Collected Time | 15:00 EDT | 12:38 EDT | 03:07 EDT | 19:42 EDT | | |
| Procedure | | | | | Units | Reference Range |
| PT | - | - | - | 13.7 | seconds | [11.5-14.4] |
| INR | - | - | - | 1.1 R7 | | [0.9-1.2] |
| PTT | - | - | 61.6 H | 26.1 | seconds | [22.0-34.8] |
| ISTAT ACT Kaolin | 142 H | 412 H | - | - | seconds | [74-137] |

Result Comments
R7: INR
BASED ON MEDICAL LITERATURE DATA AN INR OF 2.0 - 3.0 MAY BE CONSIDERED FOR PROPHYLAXIS/TREATMENT OF VENOUS THROMBOSIS AND PULMONARY EMBOLISM, AND PREVENTION OF SYSTEMIC EMBOLISM. AN INR OF 2.5 - 3.5 MAY BE CONSIDERED FOR MECHANICAL PROSTHETIC VALVES.

## Hematology

### CBC and Differential

| Collected Date | 3/23/2020 | | |
|---|---|---|---|
| Collected Time | 03:07 EDT | | |
| Procedure | | Units | Reference Range |
| White Cell Count | 7.5 | K/mcL | [4.0-10.0] |
| Red Cell Count | 4.36 L | x10^6/mcL | [4.70-6.10] |
| Hemoglobin | 13.8 | g/dL | [12.0-16.0] |
| Hematocrit | 40.2 | % | [37.0-47.0] |
| Platelet Count | 175 | K/mcL | [150-400] |
| MCV | 92.2 | fL | [80.0-94.0] |
| MCH | 31.7 H | pg | [27.0-31.0] |
| MCHC | 34.3 | g/dL | [33.0-37.0] |
| RDW | 12.5 | % | [11.5-14.5] |
| Nucleated RBCs | 0 | /100(WBCs) | [0] |
| Absolute Nucleated RBC Count | 0.00 | x10^3/mcL | [0.00-.01] |

| Collected Date | 3/22/2020 | | |
|---|---|---|---|
| Collected Time | 19:42 EDT | | |
| Procedure | | Units | Reference Range |
| White Cell Count | 7.4 | K/mcL | [4.0-10.0] |
| Red Cell Count | 4.65 L | x10^6/mcL | [4.70-6.10] |
| Hemoglobin | 14.7 | g/dL | [12.0-16.0] |

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | |

## Hematology

### CBC and Differential

| Procedure | Collected Date 3/22/2020<br>Collected Time 19:42 EDT | Units | Reference Range |
|---|---|---|---|
| Hematocrit | 42.4 | % | [37.0-47.0] |
| Platelet Count | 183 | K/mcL | [150-400] |
| MCV | 91.2 | fL | [80.0-94.0] |
| MCH | 31.6 H | pg | [27.0-31.0] |
| MCHC | 34.7 | g/dL | [33.0-37.0] |
| RDW | 12.4 | % | [11.5-14.5] |
| Nucleated RBCs | 0 | /100(WBCs) | [0] |
| Absolute Nucleated RBC Count | 0.00 | x10^3/mcL | [0.00-.01] |
| Granulocytes | 55 | % | [42-75] |
| Immature Granulocytes | 0 | % | [0-4] |
| Lymphocytes | 35 | % | [21-51] |
| Monocytes | 9 H | % | [2-8] |
| Eosinophil | 0 | % | [0-5] |
| Basophil | 1 | % | [0-2] |
| Absolute Neutrophil Count | 4.1 | x10^3/mcL | [1.7-7.5] |
| Absolute Immature Granulocyte Count | 0.0 | x10^3/mcL | [0.00-0.03] |
| Absolute Lymphocyte Count | 2.6 | x10^3/mcL | [1.2-4.9] |
| Absolute Monocyte Count | 0.63 | x10^3/mcL | [0.20-1.00] |
| Absolute Eosinophyl Count | 0.02 - | x10^3/mcL | [0.05-0.80] |
| Absolute Basophil Count | 0.1 | x10^3/mcL | [0.00-0.30] |
| Differential Type | AUTOMATED DIFF PERFORMED | | |

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 3/22/2020 |
| FIN: | 2008200355 | | | Discharge Date: | 3/24/2020 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

## *History and Physical Reports*

| | |
|---|---|
| Document Type: | History and Physical |
| Collected/Entered Date/Time: | 3/22/2020 21:27 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | History and Physical - Admission |
| Sign Information: | Jadoonanan,DO,Hema M (3/22/2020 21:30 EDT) |

**Date of Service**
03/22/2020
9pm

**Chief Complaint**
Chest pain x 4 days. Took aspirin 162mg at home.

**History of Present Illness**
Patient is a 57-year-old Caucasian gentleman with history of gout, dyslipidemia, and hypothyroidism who comes in with complaints of intermittent substernal chest burning that began last Wednesday. He states pain became constant today. Describes it as substernal chest burning without radiation. Denies any improvement with over-the-counter antacids. No nausea, vomiting, shortness of breath, diaphoresis. No prior history. No history of stress test. During his ER workup, he was found to have elevated troponins all be admitted for further treatment.

**Review of Systems**
Constitutional: [No fevers, chills, sweats]
Eye: [No recent visual problems]
ENMT: [No ear pain, nasal congestion, sore throat]
Respiratory: [No shortness of breath, cough]
Cardiovascular: [No Chest pain, palpitations, syncope]
Gastrointestinal: [No nausea, vomiting, diarrhea]
Genitourinary: [No hematuria]
Hema/Lymph: [Negative for bruising tendency, swollen lymph glands]
Endocrine: [Negative for excessive thirst, excessive hunger]
Musculoskeletal: [No back pain, neck pain, joint pain, muscle pain, decreased range of motion]
Integumentary: [No rash, pruritus, abrasions]
Neurologic: [Alert & oriented X 4]
Psychiatric: [No anxiety, depression]

**Physical Exam**

Vitals & Measurements
**T:** 37.3 °C (Oral) **HR:** 91(Peripheral) **RR:** 20 **BP:** 152/86 **SpO2:** 97%
**WT:** 108 kg
General: [Alert and oriented, well nourished, no acute distress].
HEENT: [[Normocephalic; atraumatic; PERRL, EOMI, normal conjunctiva, no scleral icterus, mucous membraines moist,].
Neck: [Supple, non-tender].

**Problem List/Past Medical History**
No Chronic Problems

**Procedure/Surgical History**
- Melanoma

**Allergies**
No Known Allergies

**Medications**
Inpatient
allopurinol, 100 mg= 1 tab, Oral, Daily
heparin IV additive 25,000 units [1000 units/hr] + Premix Sodium Chloride 0.45% IV Soln 500 mL
nitroglycerin Additive 25 mg [10 mcg/min] + Premix Dextrose 5% in Water - Titration Instructions Re
Home
allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily
levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
simvastatin 20 mg oral tablet, 20 mg= 1 tab, Oral, Daily (at bedtime)

**Social History**
Alcohol
Current user, Occasional Use
Substance Use
Denies
Tobacco
Smoking tobacco use: Never (less than 100 in lifetime). N/A Smoking Cessation Education. N/A Education on Smoking Cessation Programs.
Married, performs all ADLs, owns a small business

**Family History**

Reviewed and not pertinent chief complaint

Lungs: [Clear to auscultation bilaterally, no rales, rhonchi, or wheezing].
Heart: [+S1, S2; regular rate and rhythm, no murmurs].
Abdomen: [Soft, non-tender, non-distended, normal bowel sounds, no masses].
Musculoskeletal: [Normal range of motion and strength, no tenderness or swelling].
Skin: [Skin is warm, dry and pink, no rashes or lesions].
Neurologic: [Awake, alert, and oriented X3, CN II-XII intact].
Psychiatric: [Cooperative, appropriate mood and affect].

**Assessment/Plan**

ACS-aspirin, nitroglycerin drip, heparin drip, trend troponins, Cardiology evaluation.
NPO after midnight for cardiac catheterization

Hypertension-Lopressor b.i.d., hydralazine p.r.n.

Hypothyroidism-continue levothyroxine

Dyslipidemia-continue statin

History of gout

As stated, patient will be admitted for monitoring. He will be started on heparin. We will continue Cardiology recommendations.

**Lab Results (Last 24 Hours)**

| Hematology | Chemistry |
|---|---|
| White Cell Count: 7.4 K/mcL (03/22/20 19:42:00) | Sodium Level: 139 mmol/L (03/22/20 19:42:00) |
| Red Cell Count: 4.65 x10^6/mcL Low (03/22/20 19:42:00) | Potassium Level: 3.7 mmol/L (03/22/20 19:42:00) |
| Hemoglobin: 14.7 g/dL (03/22/20 19:42:00) | Chloride Level: 108 mmol/L (03/22/20 19:42:00) |
| Hematocrit: 42.4 % (03/22/20 19:42:00) | CO2: 27 mmol/L (03/22/20 19:42:00) |
| Platelet Count: 183 K/mcL (03/22/20 19:42:00) | Glucose Level: 99 mg/dL (03/22/20 19:42:00) |
| MCV: 91.2 fL | BUN: 11 mg/dL (03/22/ |

| | |
|---|---|
| (03/22/20 19:42:00) MCH: 31.6 pg High (03/22/20 19:42:00) MCHC: 34.7 g/dL (03/22/20 19:42:00) RDW: 12.4 % (03/22/20 19:42:00) Nucleated RBCs: 0 /100(WBCs) (03/22/20 19:42:00) Absolute Nucleated RBC Count: 0 x10^3/mcL (03/22/20 19:42:00) Granulocytes: | 20 19:42:00) Creatinine: 1 mg/dL (03/22/20 19:42:00) GFR, African American: >60 mL/min/1.73 m2 (03/22/20 19:42:00) GFR, Non African American: >60 mL/min/1.73 m2 (03/22/20 19:42:00) Calcium Level: 8.8 mg/dL (03/22/20 19:42:00) Pro-Brain Natriuretic: 693 pg/mL High |

## History and Physical Reports

| | |
|---|---|
| 55 % (03/22/20 19:42:00) Immature Granulocytes: 0 % (03/22/20 19:42:00) Lymphocytes: 35 % (03/22/20 19:42:00) Monocytes: 9 % High (03/22/20 19:42:00) Eosinophil: 0 % (03/22/20 19:42:00) Basophil: 1 % (03/22/20 19:42:00) Absolute Neutrophil Count: 4.1 x10^3/ | (03/22/20 19:42:00) Cholesterol.: 124 mg/dL (03/22/20 19:42:00) HDL: 42 mg/dL (03/22/20 19:42:00) LDL (Calculated): 58 mg/dL (03/22/20 19:42:00) Triglyceride.: 122 mg/dL (03/22/20 19:42:00) Creatinine Kinase: 465 IntlUnit/L High (03/22/20 19:42:00) CKMB Fraction |

Procedure History

Procedure History

(As Of: 3/22/2020 7:59:03 PM EDT)

Anesthesia Minutes: 0 ; Procedure Name: Melanoma ;
Procedure Minutes: 0 ; Last Reviewed Dt/Tm: 3/22/2020
7:58:55 PM EDT

**Human Trafficking Screening**
Human Trafficking Signs Observed : No

Williams, RN, Tamara - 03/22/20 19:57 EDT

*Electronically Signed on 03/22/2020 19:57*

*Williams, RN, Tamara*

---

| | |
|---|---|
| Document Type: | ED Triage Note |
| Collected/Entered Date/Time: | 3/22/2020 19:30 EDT |
| Result Status: | Modified |
| Document Subject: | ED Triage Adult - Part 1 |
| Sign Information: | Williams,RN,Tamara (3/22/2020 20:33 EDT); Madeira,RN, Natalee (3/22/2020 19:33 EDT); Madeira,RN,Natalee (3/22/2020 19:30 EDT) |

**ED Triage Adult - Part 1 Entered On: 03/22/20 19:31 EDT**
**Performed On: 03/22/20 19:30 EDT by Madeira, RN, Natalee**

**ED Triage Adult v2**
Weight Dosing : 108 kg(Converted to: 238 lb 2 oz)
Height/Length Measured : 187 cm(Converted to: 6 ft 2 in)
Body Mass Index Measured : 31 kg/m2

Williams, RN, Tamara - 03/22/20 20:33 EDT

Chief Complaint : Chest pain x 4 days. Took aspirin 162mg at home.

Madeira, RN, Natalee - 03/22/20 19:33 EDT

~~{ [Chest pain x 4 days] - previously charted by Madeira, RN, Natalee at 03/22/20 19:30 EDT};~~

Holy Cross Medical Group


**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756


**MATTHEW J. DUNTZ** **Visit date:** 08/03/2021
DOB:

**History of Present Illness**

Matthew Duntz is followed by a PA at a walk-in clinic by the name of Shivanand Persad in Boca Raton, Florida at 750-7300, fax-750-8918. He is an active 59-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology. His labs drawn included a cholesterol of 124, HDL 42 and LDL of 58 his troponin increased to a maximum of 5.8. His CBC and renal function were stable.

For evaluation of his previous complaints of diaphoresis which spontaneously resolved, he underwent CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. His MRIs performed in 2011 and 2012 were similar to his recent CT scan only that the splenic lesion seen with the current CT is new.

He underwent a PET CT scan of the abdomen in September, 2020 when a CT scan showed a 1.2 cm splenic lesion. The PET scan was unremarkable suggesting that the lesion was probably benign. He was referred to Dr. Sunil Patel of oncology who is now following him.

Matthew called yesterday asking to be seen as soon as possible because he developed an hour long episode of

moderate to severe 6/10 left-sided chest pressure that then became bilateral associated with shortness of breath, diaphoresis and he felt very fatigued afterward. He was sitting at his desk working at the time and was under emotional stress. He took aspirin right away when it began. The symptoms were dissimilar to the symptoms he had had when he had his myocardial infarction year and a half ago. He feels somewhat fatigued or "washed out "today however he is not having chest pain and at least until now he has not had any shortness of breath, lightheadedness or dizziness, palpitations or leg swelling. 2 weeks ago he had surgery to remove a benign tumor from the left side of his face.

**Allergies**

No Known Drug Allergies

**Current Meds**

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily;
   Therapy: 30Mar2020 to (Evaluate:13May2022) Requested for: 18May2021; Last Rx:18May2021 Ordered
3. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
4. Ezetimibe 10 MG Oral Tablet; TAKE 1 TABLET BY MOUTH EVERY DAY FOR 30 DAYS;
   Therapy: 25Jun2020 to (Evaluate:30Apr2022) Requested for: 05May2021; Last Rx:05May2021 Ordered
5. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Irbesartan 75 MG Oral Tablet; TAKE 0.5 TABLET Daily;
   Therapy: 26Oct2020 to (Evaluate:13May2022) Requested for: 18May2021; Last Rx:18May2021 Ordered
7. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
8. Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: 30Mar2020 to (Evaluate:30Apr2022) Requested for: 05May2021; Last Rx:05May2021 Ordered
9. Simvastatin 40 MG Oral Tablet; TAKE 1 TABLET BY MOUTH DAILY AS DIRECTED;
   Therapy: 05Apr2021 to (Evaluate:30Apr2022) Requested for: 05May2021; Last Rx:05May2021 Ordered
10. Vitamin D 1000 UNIT TABS;
    Therapy: (Recorded:13Jan2020) to Recorded
11. Vitamin D 50 MCG (2000 UT) Oral Capsule;
    Therapy: (Recorded:13Jan2020) to Recorded

**Active Problems**

Abnormal weight loss
Angina pectoris
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperglycemia
Hyperlipidemia
Hypothyroidism
Lesion of spleen
Melanoma
Myalgia
Night sweats
Past myocardial infarction
Vitamin D deficiency

Patient: MATTHEW J. DUNTZ DOB: [redacted]

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

**Family History**

His mother is 85 years old and died from renal failure. When she was in her 60s she had a myocardial infarction and she also had a pacemaker.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

**Vitals**

Vital Signs
Recorded: 03Aug2021 09:56AM
Height: 6 ft 2 in
Weight: 238 lb
BMI Calculated: 30.56 kg/m2
BSA Calculated: 2.34
Blood Pressure: 112 / 77
Heart Rate: 93

**Review of Systems**

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

## Physical Exam

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema -
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

## Results/Data

His EKG performed August 3, 2021 is similar to his prior tracing showing normal sinus rhythm with low voltage in the limb leads
His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

## Assessment

1. Angina pectoris

## Plan

1. Heart Cath, Left; Status:Need Information - Financial Authorization; Requested for:03Aug2021;
2. Follow-up After Cardiac Testing Has Been Completed Follow up Follow-up Status: Hold For - Scheduling Requested for: 03Aug2021
3. *Continue Medications; Status:Complete; Done: 03Aug2021
4. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 03Aug2021
5. Free Text Exercise Instruction; Status:Complete; Done: 03Aug2021
6. Notify Provider if any chest pain; Status:Complete; Done: 03Aug2021
7. We have discussed the most important medication side effects. Please call if you have

Patient: MATTHEW J. DUNTZ DOB:

any further questions; Status:Complete; Done: 03Aug2021

**Discussion/Summary**

1. History of fleeting episodes of dizziness associated with diaphoresis centered on his face -no further events, he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. Critical single-vessel coronary artery disease-status post MI March 22, 2020 and status post PCI and drug-eluting stent placement to a proximal to mid 100% circumflex lesion--his angina consists of substernal chest pressure or burning -he had an episode of bilateral anterior chest heaviness with diaphoresis and shortness of breath yesterday-August 2, 2021-his EKG performed today August 3, is stable. He has not had recurrent symptoms but feels generalized fatigue. The symptoms are similar to what he experienced with his myocardial infarction last year
3. Hyperlipidemia -well-controlled on simvastatin 40 mg every evening without myalgias or myopathy
4. Hypothyroidism -his medication is dosed by his primary care physician -
5. Remote history of syncope about 6 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout - asymptomatic, he is to continue allopurinol -
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time -he was seen by his dermatologist recently who removed precancerous lesions -one on his right leg and one on his right cheek
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Severe night sweats primarily involving his head - the symptoms spontaneously resolved at the end of March, 2020. CT of the chest abdomen and pelvis was stable except for a new small splenic lesion a PET CT scan performed in September indicated the splenic lesion was most likely benign
10. Small splenic lesion seen on recent chest, abdomen and pelvic CT study 4/6/20 -his PET CT scan performed in September, 2020 indicated this was probably benign
11. 2 episodes of fleeting left-sided chest discomfort -
12. Removal of a benign tumor from the left side of his face in July, 2021

Matthew's vital signs are normal. I am concerned about his significant episode of chest discomfort associated with shortness of breath and diaphoresis which occurred at rest yesterday lasting about an hour. He understands that if this happens again he should be seen by paramedics and taken to the emergency room. My strong recommendation is that he undergo cardiac catheterization soon, preferably this week, to determine if he is developing in-stent stenosis. His EKG performed today is stable. He does understand that even if he underwent nuclear stress testing and results were normal, we would not know definitively as to whether or not the vessel was patent. He understands the indications for cardiac catheterization and the possibility of revascularization which may include angioplasty, stent placement or bypass surgery. He also understands the possible complications of these procedures including but not limited to myocardial infarction, stroke, heart failure, anemia, arrhythmia, death, infection, allergic reaction and the development of a femoral pseudoaneurysm requiring surgical repair. We will bring him back to the office next week for evaluation.

Addendum: He developed chest discomfort and diaphoresis just before we completed his evaluation. EKG was performed and remained unchanged. I had a lengthy discussion with his wife also over the phone, Kim, regarding my concerns and my recommendation is that he be transferred by ambulance/paramedics to the hospital for further stabilization and evaluation. The patient is agreeable.

Electronically signed by : Constance Fields, M.D.; Aug 3 2021 10:35AM EST (Author)

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

**MATTHEW J. DUNTZ**
DOB:

**Visit date:** 05/04/2021

**History of Present Illness**

Matthew Duntz returns to the office today for reevaluation. He is an active 58-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology. His labs drawn included a cholesterol of 124, HDL 42 and LDL of 58 his troponin increased to a maximum of 5.8. His CBC and renal function were stable.

For evaluation of his previous complaints of diaphoresis which spontaneously resolved, he underwent CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. His MRIs performed in 2011 and 2012 were similar to his recent CT scan only that the splenic lesion seen with the current CT is new.

He underwent a PET CT scan of the abdomen in September, 2020 when a CT scan showed a 1.2 cm splenic lesion. The PET scan was unremarkable suggesting that the lesion was probably benign. He was referred to Dr. Sunil Patel of oncology who is now following him.

Matthew returns to the office for evaluation. He has not been hospitalized since last seen nor is he taking any new prescription medication. He has no complaints of chest pain, shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. His labs last drawn in October, 2020 included a LDL 28, cholesterol 82, normal LFTs with a TSH which was in the normal

range. His pressures at home are usually in the normal range. His only complaint is of easy bruisability.

**Allergies**
No Known Drug Allergies

**Current Meds**

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily;
   Therapy: 30Mar2020 to Recorded
3. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
4. Ezetimibe 10 MG Oral Tablet; TAKE 1 TABLET BY MOUTH EVERY DAY FOR 30 DAYS;
   Therapy: 25Jun2020 to (Evaluate:20Jun2021) Requested for: 25Jun2020; Last Rx:25Jun2020 Ordered
5. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Irbesartan 75 MG Oral Tablet; TAKE 0.5 TABLET Daily;
   Therapy: 26Oct2020 to Recorded
7. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
8. Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: 30Mar2020 to (Evaluate:25Feb2022) Requested for: 02Mar2021; Last Rx:02Mar2021 Ordered
9. Simvastatin 40 MG Oral Tablet; TAKE 1 TABLET BY MOUTH DAILY AS DIRECTED;
   Therapy: 05Apr2021 to (Evaluate:04Jul2021) Requested for: 05Apr2021; Last Rx:05Apr2021 Ordered
10. Vitamin D 1000 UNIT TABS;
    Therapy: (Recorded:13Jan2020) to Recorded
11. Vitamin D 50 MCG (2000 UT) Oral Capsule;
    Therapy: (Recorded:13Jan2020) to Recorded

**Active Problems**
Abnormal weight loss
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperlipidemia
Hypothyroidism
Lesion of spleen
Melanoma
Myalgia
Night sweats
Past myocardial infarction
Vitamin D deficiency

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**



Lincoln/Duntz 1045

Patient: MATTHEW J. DUNTZ DOB: [redacted]

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

**Family History**

His mother is 85 years old and died from renal failure. When she was in her 60s she had a myocardial infarction and she also had a pacemaker.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

**Vitals**

Vital Signs
Recorded: 04May2021 02:15PM
Height: 5 ft 2 in
Weight: 235 lb
BMI Calculated: 42.98 kg/m2
BSA Calculated: 2.05
Blood Pressure: 115 / 72
Heart Rate: 80

**Review of Systems**

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

**Physical Exam**

drug-eluting stent placement to a proximal to mid 100% circumflex lesion--his angina consists of substernal chest pressure or burning -he has not had any symptoms to suggest that he is has developed progression of his CAD and is cleared to discontinue Brilinta. His EKG performed May 4, 2021 shows sinus rhythm with no ischemic changes.
3. Hyperlipidemia -he is tolerating the addition of Zetia 10 mg every evening to a statin without myalgias or myopathy-his labs drawn in October, 2020 included a LDL of 28 with normal LFTs
4. Hypothyroidism -his medication is dosed by his primary care physician -his TFTs drawn on October, 2020 were in the normal range
5. Remote history of syncope about 5 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout - asymptomatic, he is to continue allopurinol -
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time -he was seen by his dermatologist recently who removed precancerous lesions -one on his right leg and one on his right cheek
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Recent onset severe night sweats primarily involving his head -the symptoms spontaneously resolved at the end of March, 2020. CT of the chest abdomen and pelvis was stable except for a new small splenic lesion a PET CT scan performed in September indicated the splenic lesion was most likely benign
10. Small splenic lesion seen on recent chest, abdomen and pelvic CT study 4/6/20 -his PET CT scan performed in September, 2020 indicated this was probably benign
11. 2 episodes of fleeting left-sided chest discomfort - has not reoccurred

Matthew's vital signs are normal. He stable from a cardiac standpoint and does not have symptoms of angina, an arrhythmia or CHF. His EKG performed today is stable. Since it has been more than a year since his cardiac intervention, he is cleared to discontinue Brilinta and should continue aspirin 81 mg a day. He will be given a prescription to have his labs drawn soon and will be called with the results. We will make arrangements to see him in the office in 6 months for reevaluation. Should he develop any possible cardiac symptoms, he knows to contact us.

Electronically signed by . Constance Fields, M.D.; May 4 2021 2:36PM EST (Author)

Patient: MATTHEW J. DUNTZ DOB:

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema -
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

**Results/Data**

His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits.

**Assessment**

1. Hyperglycemia

**Plan**

1. CBC with Differential & Platelet – Complete Blood Count; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
2. CK - Creatine Kinase, Total, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
3. CMP; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
4. Hemoglobin A1c with eAG; Specimen Source:Whole Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
5. Lipid Panel; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
6. T4 Free - Thyroxine; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
7. TSH - Thyroid Stimulating Hormone; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
8. Vitamin D, 25-Hydroxy; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:04May2021;
9. Follow-up visit in 6 months Follow up Follow-up Status: Hold For - Scheduling Requested for: 04May2021
10. *Continue Medications; Status:Complete; Done: 04May2021
11. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 04May2021
12. Free Text Exercise Instruction; Status:Complete; Done: 04May2021
13. Notify Provider if any chest pain; Status:Complete; Done: 04May2021
14. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 04May2021

**Discussion/Summary**

1. History of fleeting episodes of dizziness associated with diaphoresis centered on his face -the symptoms did resolve since last seen, he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. Critical single-vessel coronary artery disease-status post MI March 22, 2020 and status post PCI and

| | |
|---|---|
| **Job title** | *Chief Sales Officer* |
| **Reports to** | *CEO* |

## Job purpose

Executive Leader for ATG Sales and Program Management. Develops Sales plan to align with strategic plan for the Company and personally represents ATG in a sales and consultation role with our partners. This position leads the Sales, Program Management and Customer Service departments,

## Duties and Responsibilities

- Builds positive long-term relationships and high potential for repeat business with customers.
- Establishes sales plans to meet annual, quarterly, or monthly goals.
- Sets Department KPIs for reporting departments.
- Performs contract reviews
- Supports team members with sales presentations, including demonstrations and sales proposal presentations. Assists team members by supporting / conducting sales negotiations with appropriate customer personnel.
- Provides council to ATG customers on creating solutions for the customer experience
- Develops ATGs Marketing plan, including
- Budgets, oversees planning and marketing of multiple trade shows each year
- Leads the Customer Support team by providing council and mentoring
- Leads the Program Management team, authorizes change orders and capital investments

## Qualifications

Qualifications include:

- Bachelor's degree in sales preferred but not required
- Sales experience with commercial jets
- Aircraft Interiors experience preferred
- Knowledge and understanding of Federal Aviation Regulations
- Knowledge and understanding of AS9100
- 

**Preferred Experience:** Between 5 and 10 years

**Preferred Education:** Associate's Degree

## Working Conditions

- Exercising independent judgment
- Rapid Decision Making
- Precise Accuracy requirements
- Meet production deadlines
- Safeguarding organization assets and property
- Minimal Guidance or direction
- Performing multiple functions/activities

- Complex calculations

## Physical Requirements

- Sitting Several times per day
- Standing Several times per day
- Talking Continuously
- Typing Several times per day
- Walking Several times per day
- Writing Several times per day
- Prolonged visual work

| Lifting Activities | Weight | Height | Distance | Frequency |
|---|---|---|---|---|
| Most Frequently Lifted Object | Under 10 lbs. | Waist level | 1 - 9 feet | Occasionally |
| Heaviest Object Lifted | Under 10 lbs. | Waist level | 1- 9 feet | Occasionally |

## Travel Requirements

This position requires 25-50% of domestic and international travel.

## Direct reports

None

| | |
|---|---|
| **Approved by:** | |
| **Date approved:** | |
| **Reviewed:** | *March 2019* |

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**April 18, 2022**

**Claimant Name: Matthew Duntz**

**Claim #: 1220010964**

**Primary Diagnosis: coronary atherosclerosis disease , hyperlipidemia**

**DOD: 7/31/2021**

**DOR: 3/30/2022**

**Job Title: Manager**

**ECN #: 204356-1**

**Specialty: Cardiology**

**Ali Reza, M.D.**

**Board Certified Cardiovascular Disease**

**Board Certified Interventional Cardiology**

**Certified in Nuclear Cardiology**

**CLAIMANT NAME: Matthew Duntz**
**ECN #: 204356-1**
**CLAIM #: 1220010964**
**DATE OF LOSS: 07/31/2021**
**DATE OF REVIEW: 04/15/2022**
**CASE TYPE: Long-Term Disability**

**DIAGNOSIS:** Coronary atherosclerosis disease, hyperlipidemia

**MEDICAL RECORDS REVIEWED:**

01/01/2021, Job description, Aerospace Technologies Group, Inc.

05/24/2021, Visit note, Channing Barnett, MD

07/08/2021, Visit note, Channing Barnett, MD

07/13/2021, Pathology report, Channing Barnett, MD

07/20/2021, Dermatology Bill, Channing Barnett, MD

07/20/2021, Operative Note, Channing Barnett, MD

08/03/2021, Office visit, Constance Fields, MD

08/03/2021, EKG, Constance Fields, MD

08/03/2021, Left heart cath note, Robert Carida, MD

08/06/2021, Office note, Constance Fields, MD

08/16/2021, Statement of Employee, Lincoln Financial Group

08/17/2021, Statement of Employer, Lincoln Financial Group

08/17/2021, Physician Statement, Constance Fields, MD

09/03/2021, Activity List, Lincoln Financial Group

10/03/2021, Labs, Constance Fields, MD

10/16/2021, EKG, Boca Raton Regional Hospital

10/16/2021, Cardiology note, Ronald Gabor, MD

10/28/2021, Office note, Constance Fields, MD

11/22/2021, EKG, Constance Fields, MD

11/22/2021, Nuclear Stress Report, Constance Fields, MD

11/22/2021, EKG, Constance Fields, MD

11/30/2021, Office noted, Constance Fields, MD

12/01/2021, Dermatology note, Channing Barnett, MD

12/15/2021, Office note, Constance Fields, MD

01/26/2022, Office visit, Constance Fields, MD

02/03/2022, Signed Medical authorization, Lincoln Financial Group

02/03/2022, Disability Questionnaire and Application, Lincoln Financial Group

02/22/2022, Singed Medical Authorization, Lincoln Financial Group

**HISTORY:** This case involves a now 59-year-old male with a date of loss of 07/31/2021. The documented diagnoses are coronary atherosclerosis disease and hyperlipidemia.

The claimant was working as a Chief Sales Officer prior to the date of loss.

The claimant was seen by Constance Fields, MD for follow up on 08/03/2021 and it was noted that the claimant had a history of CAD and was status post non-ST segment elevation MI on 03/22/2020 with single vessel disease with 100% proximal to mid left circumflex occlusion and underwent PCI and successful stent placement. The claimant was also noted to have hypothyroidism, hyperlipidemia, gout, vertigo, and melanoma. ECHO on 01/23/2020 showed normal EF with trace mitral and tricuspid insufficiency with normal RV pressure. Holter monitor study was noted to be normal. ECHO on 03/22/2020 showed normal LV size and mild mitral regurgitation. The claimant requested visit with his cardiologist due to chest pressure and shortness of breath that lasted an hour. He reports this event happened while sitting at work and he was under emotional stress. Cardiac exam was unremarkable. Recommendation was for the claimant to have cardiac catheterization soon but out of abundance of caution, the provider referred him to the ER for evaluation.

The claimant had left heart catheterization at the hospital on 08/03/2021 with Robert Carida, MD. It showed single vessel CAD involving the diagonal branch. Stent was placed in the left circumflex. Left ventricular function was 60%.

The claimant was seen in follow up on 08/06/2021 by Constance Fields, MD and reported that he was asymptomatic since discharge from the hospital. The claimant was instructed to start taking Plavix, stop simvastatin and start atorvastatin. Labs were ordered.

Attending physician statement written by Constance Fields, MD 08/17/2021 indicated that the claimant could not lift over 25 lbs, only occasional walking, crawling and crouching, can continuously reach at desk level, frequent grasping and fingering. Return to work date was between 01/01/2022 and 03/01/2022.

The claimant went to the ER for chest pain on 10/16/2021 by Ronald Gabor, MD and troponins negative times two. Chest xray normal. Cardiology signed off and recommended discharge. Covid was positive. Recommendation was to undergo stress test.

On 11/22/2021, the claimant had nuclear stress test that showed mild upper septal, mild inferior and mild anterior wall ischemia with transient dilation. Recommendation by Constance Fields, MD was to undergo repeat cardiac catheterization.

The claimant underwent cardiac catheterization on 12/13/2021 per noted from Constance Fields, MD on 12/15/2021. No obstructive CAD was noted and no revascularization required. The claimant had been asymptomatic since then.

The claimant was seen via telehealth by Constance Fields, MD on 01/26/2022 and indicated that he moved to Nashville. He has some anginal pain with stress but not with physical exertion. Symptoms are improved with nitropatch and sublingual nitro. The provider recommended taking the nitro as needed however, didn't indicate any further cardiac treatment warranted

**RESPONSE TO REFERRAL QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

I25 Coronary Artery Disease

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

I25.2 previous myocardial infarction

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 07/31/2021 and beyond and comment on the expected duration.**

On 08/03/2021 the claimant presented for follow-up with a history of coronary artery disease and was noted to be status post myocardial infarction that occurred on 03/22/2020. The claimant was noted to have single-vessel disease with 100% occlusion to the proximal to mid left circumflex artery. The claimant underwent percutaneous coronary intervention with a successful stent placement. The claimant underwent echocardiogram on 01/23/2020 that revealed normal ejection fraction with trace mitral and tricuspid insufficiency and normal RV pressure. The

claimant underwent Holter monitor evaluation that was noted to be normal. An additional echocardiogram was performed on 03/22/2020 that revealed normal LV size and mild mitral regurgitation. The claimant presented back to cardiology secondary to complaints of chest pressure and shortness of breath that lasted approximately 1 hour. The claimant reported this happened at work while undergoing emotional stress. The claimant's cardiac evaluation was noted to be unremarkable. The claimant was advised to undergo cardiac catheterization and was sent to the emergency room for evaluation. The claimant underwent cardiac catheterization that revealed single-vessel coronary artery disease in the diagonal branch. The claimant had a stent placed in the left circumflex. Left ventricular function was noted to be 60%. On 08/06/2021 the claimant was discharged from the hospital in stable condition. On 08/17/2021 attending physician statement was completed that stated the claimant could not lift greater than 25 pounds and could occasionally walk, crawl and crouch. The claimant was advised to return to work between 01/01/2022 and 03/01/2022. On 10/16/2021 the claimant underwent evaluation in the emergency room for complaints of chest pain. The claimant's cardiac work-up was noted to be negative and the claimant was diagnosed with Covid. The claimant was also advised to undergo cardiac stress test. On 11/22/2021 the claimant underwent nuclear stress test that revealed mild upper septal, mild inferior and mild anterior wall ischemia with transient dilation. The claimant was advised to undergo additional cardiac catheterization. On 12/13/2021 the claimant underwent cardiac catheterization with no obstructive coronary artery disease noted. The claimant reported having been asymptomatic since cardiac catheterization. On 01/26/2022 the claimant presented for follow-up and reported some ongoing anginal pain with stress that was relieved with nitro patch and sublingual nitro. The claimant was advised to continue with medication management as prescribed. After review of the medical records, there is evidence of a primary impairing condition of coronary artery disease of such severity to warrant restrictions and limitations on the claimant's activity for the timeframe of 07/31/2021 through present and beyond. Given the claimant's cardiac history with multiple cardiac catheterizations and 2 separate stent placements in conjunction with ongoing angina symptoms, it is reasonable to support a degree of restrictions and limitations on the claimant's activity. For the timeframe of 08/03/2021 through 08/10/2021, 10/16/2021, and 12/13/2021 through 12/20/2021 the claimant had no sustainable work capacity secondary to undergoing hospital evaluation, procedures and or immediate recovery. For the timeframe of 07/31/2021 through 08/02/2021, 08/11/2021 through 10/15/2021, 10/17/2021 through 12/12/2021 and 12/21/2021 to present and beyond, the following restrictions and limitations are appropriate on the claimant's activity. A follow-up on the claimant status should be performed on or around 10/13/2022.

Sitting: unrestricted
Standing: frequently up to four hours a day
Walking: frequently up to four hours a day
Lifting/carrying/pushing/pulling: occasionally no more than 25lbs
Climbing stairs: occasionally
Climbing ladders: never
Stooping: occasionally
Kneeling: occasionally
Crouching: occasionally

Crawling: never
Balance: occasionally
Reaching overhead: unrestricted
Reaching at waist and desk level: unrestricted
Reaching below waist: unrestricted
Use lower extremities for foot controls: unrestricted
Fine manipulation: unrestricted
Simple and firm grasping: unrestricted
Keyboarding: unrestricted

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in questions?**

While the medical records do support a degree of restrictions and limitations on the claimant's activity, the restrictions and limitations recommended by the claimant's treating provider on 08/17/2021 do not evidence full capacity the claimant can sustain. The medical records supported the claimant had additional functional capacity greater than indicated by the treating provider.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition**.**

**6. Does the claimant have any medically necessary activity restrictions or physical limitations as a result of abnormal clinical exam findings or diagnostic findings? If so, describe them in detail.**

**a. Please include your opinion on what he can do in an 8 hour workday: sit, stand, walk, climb, bend, kneel, drive, finger, handle, operate foot controls, reach above shoulder, at desk level, below waist. Lift/carry. Push/pull and how much.**

**b. Please use terms such as never, occasional (1-33% of day), frequent 34-66% of a workday, constant (67-100% of a workday).**

On 08/03/2021 the claimant presented for follow-up with a history of coronary artery disease and was noted to be status post myocardial infarction that occurred on 03/22/2020. The claimant was noted to have single-vessel disease with 100% occlusion to the proximal to mid left circumflex artery. The claimant underwent percutaneous coronary intervention with a successful stent placement. The claimant underwent echocardiogram on 01/23/2020 that revealed normal ejection fraction with trace mitral and tricuspid insufficiency and normal RV pressure. The claimant underwent Holter monitor evaluation that was noted to be normal. An additional echocardiogram was performed on 03/22/2020 that revealed normal LV size and mild mitral

regurgitation. The claimant presented back to cardiology secondary to complaints of chest pressure and shortness of breath that lasted approximately 1 hour. The claimant reported this happened at work while undergoing emotional stress. The claimant's cardiac evaluation was noted to be unremarkable. The claimant was advised to undergo cardiac catheterization and was sent to the emergency room for evaluation. The claimant underwent cardiac catheterization that revealed single-vessel coronary artery disease in the diagonal branch. The claimant had a stent placed in the left circumflex. Left ventricular function was noted to be 60%. On 08/06/2021 the claimant was discharged from the hospital in stable condition. On 08/17/2021 and attending physician statement was completed that stated the claimant could not lift greater than 25 pounds and could occasionally walk, crawl and crouch. The claimant was advised to return to work between 01/01/2022 and 03/01/2022. On 10/16/2021 the claimant underwent evaluation in the emergency room for complaints of chest pain. The claimant's cardiac work-up was noted to be negative and the claimant was diagnosed with Covid. The claimant was also advised to undergo cardiac stress test. On 11/22/2021 the claimant underwent nuclear stress test that revealed mild upper septal, mild inferior and mild anterior wall ischemia with transient dilation. The claimant was advised to undergo additional cardiac catheterization. On 12/13/2021 the claimant underwent cardiac catheterization with no obstructive coronary artery disease noted. The claimant reported having been asymptomatic since cardiac catheterization. On 01/26/2022 the claimant presented for follow-up and reported some ongoing anginal pain with stress that was relieved with nitro patch and sublingual nitro. The claimant was advised to continue with medication management as prescribed. After review of the medical records, there is evidence of a primary impairing condition of coronary artery disease of such severity to warrant restrictions and limitations on the claimant's activity for the timeframe of 07/31/2021 through present and beyond. Given the claimant's cardiac history with multiple cardiac catheterizations and 2 separate stent placements in conjunction with ongoing angina symptoms, it is reasonable to support a degree of restrictions and limitations on the claimant's activity. For the timeframe of 08/03/2021 through 08/10/2021, 10/16/2021, and 12/13/2021 through 12/20/2021 the claimant had no sustainable work capacity secondary to undergoing hospital evaluation, procedures and or immediate recovery. For the timeframe of 07/31/2021 through 08/02/2021, 08/11/2021 through 10/15/2021, 10/17/2021 through 12/12/2021 and 12/21/2021 to present and beyond, the following restrictions and limitations are appropriate on the claimant's activity. A follow-up on the claimant status should be performed on or around 10/13/2022.

Sitting: unrestricted
Standing: frequently up to four hours a day
Walking: frequently up to four hours a day
Lifting/carrying/pushing/pulling: occasionally no more than 25lbs
Climbing stairs: occasionally
Climbing ladders: never
Stooping: occasionally
Kneeling: occasionally
Crouching: occasionally
Crawling: never
Balance: occasionally

Reaching overhead: unrestricted
Reaching at waist and desk level: unrestricted
Reaching below waist: unrestricted
Use lower extremities for foot controls: unrestricted
Fine manipulation: unrestricted
Simple and firm grasping: unrestricted
Keyboarding: unrestricted

**7. Please initiate AP contact to clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence.**

I called the number listed (561-483-8335) on 4/5/22 at 3:04pm and left a message for a return call on the general office voicemail.

I called the number listed (561-483-8335) on 4/12/22 at 3:56pm CST and left a message for a return call on the general office voicemail.



Ali Reza, M.D.
Board Certified Cardiovascular Disease
Board Certified Interventional Cardiology
Certified in Nuclear Cardiology
License: A50089 CA
License: MD.09458R LA
License: 2011037706 MO

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Matthew Duntz
Claim Number: 1220010964
Case Number: 204356-1

“I, Ali H Reza, MD, am a physician duly licensed to practice medicine in the State of CA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

[signature] 4/15/2022

______________________________________________________________________

Signature of Physician Date
Medical/Professional License # A50089

Lincoln/Duntz 1059

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 2, 2022

MATTHEW J DUNTZ

Re: PolicyHolder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129000000
Claim Number: 1220010964
Claimant: Matthew Duntz

Dear Mr. Duntz:

We have completed our review of your Long Term Disability claim and have determined that no benefits are payable beyond .

To be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy. This includes but is not limited to the following:

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows.

1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform:
    a. during the first 12 months following the date of loss, one or more of the Main Duties of his or her Own Occupation; or
    b. after a period of 12 months following the date of loss, each of the Main Duties of his or her Own Occupation.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

ELIMINATION PERIOD: calendar days of Disability caused by the same or a related Sickness or Injury, which must be accumulated within a calendar day period.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**ELIMINATION PERIOD** means the number of days of Disability during which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits. It applies as follows.

1. The Elimination Period:
    a. begins on the first day of Disability; and
    b. is satisfied when the required number of days is accumulated within a period which does not exceed two times the Elimination Period.

During a period of disability, the Insured Employee may return to work, at his or her own or any other occupation, for an accumulated number of days not to exceed the Elimination Period.

2. Only days of Disability caused by the same or a related Sickness or Injury will count towards the Elimination Period. Days on which the Insured Employee returns to will not count towards the Elimination Period

**Information reviewed and action taken**

After a thorough review of the information currently contained in your claim file, we have determined that you do not meet the definition of Total Disability, as defined above. Outlined below is the information reviewed which led to our determination.

In our review process, all information previously submitted as well as any new documentation is used to make a determination. The documentation contained in your claim file includes, but is not limited to the following:

- Attending Physician Statement completed by Constance Fields MD on 08/17/2021
- Stress Test completed 11/22/2021 by Jay Baker MD
- Office and treatment notes from Dr. Constance Fields 11/30/2021 to 01/26/2022
- Peer Review completed 04/18/2022 by Ali Reza MD, Board Certified in Cardiovascular Disease and Board Certified in Interventional Cardiology
- Job Description, Aerospace Technologies Group, Inc.
- Occupational Analysis, Lincoln Financial Group

According to the information contained in your claim file, you stopped working on 07/30/2021 due to a diagnosis of Atherosclerotic heart disease of native coronary artery. As part of our review to evaluate if you are eligible for Long Term Disability benefits, we utilized documents from your Short Term Disability claim file, as well as new documents submitted for review of the Long Term Disability claim.

As part of the Long Term Disability review, your medical file was reviewed by Dr. Ali Reza, an independent physician reviewing Board Certified in Cardiovascular Disease and Board Certified in Interventional Cardiology. As part of the review, Dr. Reza attempted to call Dr. Fields to discuss your claim and left messages on 04/05/2022 and 04/12/2022. Dr. Reza's report, which is dated 04/18/2022, concludes, in part:

> "Given the claimant's cardiac history with multiple cardiac catheterizations and 2 separate stent placements in conjunction with ongoing angina symptoms, it is reasonable to support a degree of restrictions and limitations on the claimant's activity. For the timeframe of 08/03/2021 through 08/10/2021, 10/16/2021, and 12/13/2021 through 12/20/2021 the claimant had no sustainable work capacity

> secondary to undergoing hospital evaluation, procedures and or immediate recovery.
>
> For the timeframe of 07/31/2021 through 08/02/2021, 08/11/2021 through 10/15/2021, 10/17/2021 through 12/12/2021 and 12/21/2021 to present and beyond, the following restrictions and limitations are appropriate on the claimant's activity.
>
> 1. Sitting: Unrestricted
> 2. Standing and walking: Frequently up to 4 hours per day
> 3. Lifting/Carrying/Pushing/Pulling: No more than 25 lbs.
> 4. Climbing Ladders/Crawling: never
> 5. Climbing Stairs, Kneeling, Crouching, Balance Occasionally
> 6. Reaching Overhead or below waste: Unrestricted
> 7. Keyboarding, Simple and Firm Grasp, Foot Controls: Unrestricted."
>
> "While the medical records do support a degree of restrictions and limitations on the claimant's activity, the restrictions and limitations recommended by the claimant's treating provider on 08/17/2021 do not evidence full capacity the claimant can sustain. The medical records supported the claimant had additional functional capacity greater than indicated by the treating provider."

As noted previously, in order to be eligible for Long Term Disability benefits, you must satisfy an Elimination Period of 180 days. During the Elimination Period, you need to remain Totally Disabled as described in the Total Disability provision above. Based on your date of disability of 7/31/2021, the Elimination Period would conclude 1/27/2022. Per our review of the file, including the Peer report of Dr. Ali Reza, we have concluded that you would not have had occupational restrictions and limitations beyond 12/21/2021 which would have prevented the performance of one or more of the Main Duties of your Own Occupation.

It is important to note that the policy under which you are covered refers to and is governed by the main duties of your regular "occupation" and not by the duties of your specific job. Nearly every job in the economy is performed slightly different from one employer to another. However, the Department of Labor groups jobs into occupations based on their similarities. The term "occupation" refers to a collective description of a number of individual jobs that are performed, with variations, in many establishments. Consequently, there will be similarities between the main duties of your occupation and those of your job. There may also be some differences.

In addition to the medical documentation submitted to our office, we obtained your written job description, your employer's description of your job duties, and the description of your occupation from the Department of Labor's Dictionary of Occupation Titles 189117034 In order to be eligible for Long Term Disability benefits, you must have been unable to perform each of the main duties of your occupation, as they would be performed in a typical setting for an employer**.**

The contract issued to Aerospace Technologies Group, Inc. states, in part:

> **MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:

1. during the first 12 months following the date of loss, are normally required to perform the Insured Employee's Own Occupation; or
2. after a period of 12 months following the date of loss:
   a. are normally required to perform the Insured Employee's Own Occupation; and
   b. could not reasonably be modified or omitted.

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:
1. the Employer is subject to the Act; or
2. the Insured Employee has requested such a job accommodation.

An Employer's failure to modify or omit other job tasks does **not** render the Insured Employee unable to perform the Main Duties of the job.

Based on information obtained from your employer and occupational information contained within the *Dictionary of Occupational Titles* (DOT), we have determined that your occupation is best defined as a VICE PRESIDENT (any industry) in the national workforce. The material and substantial duties of a VICE PRESIDENT (any industry) include but are not limited to the following:

The employer indicated job demands include the following:
1. Sitting Several times per day
2. Standing Several times per day
3. Talking Continuously
4. Typing Several times per day
5. Walking Several times per day
6. Writing Several times per day
7. Prolonged visual work
8. Most frequently lifts under 10 lbs. occasionally.
9. Heaviest object lifted under 10 lbs. occasionally.
10. This position requires 25-50% of domestic and international travel.

The occupation is typically performed as Sedentary in the National Economy, per the DOT.

We reviewed the medical documentation provided in conjunction with the written job description, your employer's description of your job duties, and the Department of Labor's Dictionary of Occupational Titles (DOT), and determine that the medical evidence does not support Total Disability as defined by the policy.

**Summary**

In summary, the medical documentation contained in your claim file does not support Total Disability as defined by the policy. As noted previously, in order to be eligible for Long Term Disability benefits, you must satisfy an Elimination Period of 180 days. During the Elimination Period, you need to remain Totally Disabled as described in the Total Disability provision above. Based on your date of disability of 7/31/2021, the Elimination Period would conclude 1/27/2022. Per our review of the file, including the Peer report of Dr. Ali Reza, we have concluded that you would not have had occupational restrictions and limitations beyond

12/21/2021 which would have prevented the performance of one or more of the Main Duties of your Own Occupation. Therefore, the Elimination Period was not satisfied and no benefits are payable.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Jane Davidson
800-423-2765 x2835
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

REF #13000635

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hólǫ́. Kojį' hódíílnih áǫįóóǫéąą́ǫąíę́ę.

**Lincoln/Duntz 1066**

REF #13000635

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

May 2, 2022

Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

MATTHEW J DUNT

Re: PolicyHolder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129000000
Claim Number: 1220010964
Claimant: Matthew Duntz

Dear Mr. Duntz:

We have completed our review of your Long Term Disability claim and have determined that no benefits are payable beyond .

To be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy. This includes but is not limited to the following:

or will be defined as follows.

1. During the Elimination Period and Own Occupation Period, it means that due to an In ury or Sickness the Insured Employee is unable to perform:
   a. during the first 12 months following the date of loss, one or more of the Main Duties of his or her Own Occupation; or
   b. after a period of 12 months following the date of loss, each of the Main Duties of his or her Own Occupation.
2. After the Own Occupation Period, it means that due to an In ury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

The loss of a professional license, an occupational license or certification, or a driver s license for any reason does , by itself, constitute Total Disability.

ELIMINATION PERIOD: calendar days of Disability caused by the same or a related Sickness or In ury, which must be accumulated within a calendar day period.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

means the number of days of Disability during which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits. It applies as follows.

1. The Elimination Period:
   a. begins on the first day of Disability; and
   b. is satisfied when the required number of days is accumulated within a period which does not exceed two times the Elimination Period.

During a period of disability, the Insured Employee may return to work, at his or her own or any other occupation, for an accumulated number of days not to exceed the Elimination Period.

2. Only days of Disability caused by the same or a related Sickness or In ury will count towards the Elimination Period. Days on which the Insured Employee returns to will not count towards the Elimination Period

---

After a thorough review of the information currently contained in your claim file, we have determined that you do not meet the definition of Total Disability, as defined above. Outlined below is the information reviewed which led to our determination.

In our review process, all information previously submitted as well as any new documentation is used to make a determination. The documentation contained in your claim file includes, but is not limited to the following:

- Attending Physician Statement completed by Constance Fields MD on 08/17/2021
- Stress Test completed 11/22/2021 by Jay Baker MD
- Office and treatment notes from Dr. Constance Fields 11/30/2021 to 01/26/2022
- Peer Review completed 04/18/2022 by Ali Reza MD, Board Certified in Cardiovascular Disease and Board Certified in Interventional Cardiology
- Job Description, Aerospace Technologies Group, Inc.
- Occupational Analysis, Lincoln Financial Group

According to the information contained in your claim file, you stopped working on 07/30/2021 due to a diagnosis of Atherosclerotic heart disease of native coronary artery. As part of our review to evaluate if you are eligible for Long Term Disability benefits, we utilized documents from your Short Term Disability claim file, as well as new documents submitted for review of the Long Term Disability claim.

As part of the Long Term Disability review, your medical file was reviewed by Dr. Ali Reza, an independent physician reviewing Board Certified in Cardiovascular Disease and Board Certified in Interventional Cardiology. As part of the review, Dr. Reza attempted to call Dr. Fields to discuss your claim and left messages on 04/05/2022 and 04/12/2022. Dr. Reza s report, which is dated 04/18/2022, concludes, in part:

> Given the claimant s cardiac history with multiple cardiac catheterizations and 2 separate stent placements in con unction with ongoing angina symptoms, it is reasonable to support a degree of restrictions and limitations on the claimant s activity. For the timeframe of 08/03/2021 through 08/10/2021, 10/16/2021, and 12/13/2021 through 12/20/2021 the claimant had no sustainable work capacity

secondary to undergoing hospital evaluation, procedures and or immediate recovery.

For the timeframe of 07/31/2021 through 08/02/2021, 08/11/2021 through 10/15/2021, 10/17/2021 through 12/12/2021 and 12/21/2021 to present and beyond, the following restrictions and limitations are appropriate on the claimant s activity.

1. Sitting: Unrestricted
2. Standing and walking: Frequently up to 4 hours per day
3. Lifting/Carrying/Pushing/Pulling: No more than 25 lbs.
4. Climbing Ladders/Crawling: never
5. Climbing Stairs, Kneeling, Crouching, Balance Occasionally
6. Reaching Overhead or below waste: Unrestricted
7. Keyboarding, Simple and Firm Grasp, Foot Controls: Unrestricted.

While the medical records do support a degree of restrictions and limitations on the claimant s activity, the restrictions and limitations recommended by the claimant s treating provider on 08/17/2021 do not evidence full capacity the claimant can sustain. The medical records supported the claimant had additional functional capacity greater than indicated by the treating provider.

As noted previously, in order to be eligible for Long Term Disability benefits, you must satisfy an Elimination Period of 180 days. During the Elimination Period, you need to remain Totally Disabled as described in the Total Disability provision above. Based on your date of disability of 7/31/2021, the Elimination Period would conclude 1/27/2022. Per our review of the file, including the Peer report of Dr. Ali Reza, we have concluded that you would not have had occupational restrictions and limitations beyond 12/21/2021 which would have prevented the performance of one or more of the Main Duties of your Own Occupation.

It is important to note that the policy under which you are covered refers to and is governed by the main duties of your regular occupation and not by the duties of your specific ob. Nearly every ob in the economy is performed slightly different from one employer to another. However, the Department of Labor groups obs into occupations based on their similarities. The term occupation refers to a collective description of a number of individual obs that are performed, with variations, in many establishments. Consequently, there will be similarities between the main duties of your occupation and those of your ob. There may also be some differences.

In addition to the medical documentation submitted to our office, we obtained your written ob description, your employer s description of your ob duties, and the description of your occupation from the Department of Labor s Dictionary of Occupation Titles 189117034 In order to be eligible for Long Term Disability benefits, you must have been unable to perform each of the main duties of your occupation, as they would be performed in a typical setting for an employer

The contract issued to Aerospace Technologies Group, Inc. states, in part:

or means those ob tasks that:

**Lincoln/Duntz 1069**

1. during the first 12 months following the date of loss, are normally required to perform the Insured Employee s Own Occupation; or
2. after a period of 12 months following the date of loss:
   a. are normally required to perform the Insured Employee s Own Occupation; and
   b. could not reasonably be modified or omitted.

To determine whether a ob task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act s standards concerning reasonable accommodation. It will apply the Act s standards, whether or not:
1. the Employer is sub ect to the Act; or
2. the Insured Employee has requested such a ob accommodation.

An Employer s failure to modify or omit other ob tasks does render the Insured Employee unable to perform the Main Duties of the ob.

Based on information obtained from your employer and occupational information contained within the *Dictionary of Occupational Titles* (DOT), we have determined that your occupation is best defined as a VICE PRESIDENT (any industry) in the national workforce. The material and substantial duties of a VICE PRESIDENT (any industry) include but are not limited to the following:

The employer indicated ob demands include the following:
1. Sitting Several times per day
2. Standing Several times per day
3. Talking Continuously
4. Typing Several times per day
5. Walking Several times per day
6. Writing Several times per day
7. Prolonged visual work
8. Most frequently lifts under 10 lbs. occasionally.
9. Heaviest ob ect lifted under 10 lbs. occasionally.
10. This position requires 25-50 of domestic and international travel.

The occupation is typically performed as Sedentary in the National Economy, per the DOT.

We reviewed the medical documentation provided in con unction with the written ob description, your employer s description of your ob duties, and the Department of Labor s Dictionary of Occupational Titles (DOT), and determine that the medical evidence does not support Total Disability as defined by the policy.

---

In summary, the medical documentation contained in your claim file does not support Total Disability as defined by the policy. As noted previously, in order to be eligible for Long Term Disability benefits, you must satisfy an Elimination Period of 180 days. During the Elimination Period, you need to remain Totally Disabled as described in the Total Disability provision above. Based on your date of disability of 7/31/2021, the Elimination Period would conclude 1/27/2022. Per our review of the file, including the Peer report of Dr. Ali Reza, we have concluded that you would not have had occupational restrictions and limitations beyond

12/21/2021 which would have prevented the performance of one or more of the Main Duties of your Own Occupation. Therefore, the Elimination Period was not satisfied and no benefits are payable.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is sub ect to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Jane Davidson
800-423-2765 x2835
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

REF #13000635

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló̜. Kojį' hódíílnih áǫįóóǫéąą́ǫąíę́ę.

Date: Wed May 04 09:40:32 CDT 2022
From: Jane Davidson <Jane.Davidson@lfg.com>
To: mglenn@atgshades.com
E-communication from Lincoln Financial Group
Message-ID: <1135492144.13.1651675232909.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220010964 (SECURE)

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220010964

Please review the attached letter and/or document(s) regarding the Claim #1220010964 for Matthew Duntz. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Jane Davidson**
**Senior Claims Examiner, Claims**
8801 Indian Hills Drive
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x2835
Fax: undefined
Email: Jane.Davidson@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

May 4, 2022

Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

AEROSPACE TECHNOLOGIES GROUP, INC.
ATTN Michelle Glenn
620 NW 35th St
Boca Raton, FL 33431

Re: Policy Number: 000010141290000000
Claim Number: 1220010964
Claimant: Matthew Duntz

Dear Michelle Glenn:

This letter is to inform you that the Long Term Disability claim for Matthew Duntz has been denied.

A detailed letter has been sent to Mr. Duntz advising of our decision and offering appeal rights. Due to protected health information, we are unable to provide you with a copy of the denial letter.

Please contact our office with any questions you may have at the number listed below or email us at disabilityclaims@lfg.com.

Sincerely,

Jane Davidson
800-423-2765 x2835
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# Occupational Analysis

**Date: 4/27/2022**
**Name: Matthew Duntz**
**Claim Number: 1220010964**
**Policy Holder: Aerospace Technologies Group, Inc.**

An Occupational Analysis was completed to compare the job, Chief Sales Officer, to the occupation in the National Economy, per the DOT of Vice President [DOT 189.117-034, Sedentary].

Documents Reviewed:

- JD in AWD: 9/7/2021
- ER Statement in AWD: 8/25/2021

EE's R/Ls per Peer Review dated 4/18/2022 completed by Dr. Ali Reza:

- For the timeframe of 07/31/2021 through 08/02/2021, 08/11/2021 through 10/15/2021, 10/17/2021 through 12/12/2021 and 12/21/2021 to present and beyond, the following restrictions and limitations are appropriate on the claimant's activity. A follow-up on the claimant status should be performed on or around 10/13/2022.
- Sitting: unrestricted
- Standing: frequently up to four hours a day
- Walking: frequently up to four hours a day
- Lifting/carrying/pushing/pulling: occasionally no more than 25lbs
- Climbing stairs: occasionally
- Climbing ladders: never
- Stooping: occasionally
- Kneeling: occasionally
- Crouching: occasionally
- Crawling: never
- Balance: occasionally
- Reaching overhead: unrestricted
- Reaching at waist and desk level: unrestricted
- Reaching below waist: unrestricted
- Use lower extremities for foot controls: unrestricted
- Fine manipulation: unrestricted
- Simple and firm grasping: unrestricted
- Keyboarding: unrestricted

The following resources were utilized in this comparison:

- DOT
- OOH

The comparison to the position with the employer to the national economy is as follows:

**Essential Duties**:
Comparable between the employer and the National Economy, per the DOT, they both direct and coordinates activities of one or more department (Sales and Marketing), and aids chief administrative officer in administering organization policies.

**Physical Demands**:
The employer indicated job demands include the following:

- Sitting Several times per day
- Standing Several times per day
- Talking Continuously
- Typing Several times per day
- Walking Several times per day
- Writing Several times per day
- Prolonged visual work
- Most frequently lifts under 10 lbs. occasionally.
- Heaviest object lifted under 10 lbs. occasionally.
- This position requires 25-50% of domestic and international travel.

The occupation is typically performed as Sedentary in the National Economy, per the DOT. National Economy demand levels include:

- Occasionally: reaching, handling, fingering.

Per OOH, frequent travel is required (local, regional, national, and internationally).

**Summary**:
The employer requirements of the job are comparable that of the national requirements of the occupation. The occupation is most often performed at the Sedentary level in the National Economy, per the DOT of Vice President [DOT 189.117-034].

I have not met with the insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,

Electronically Signed

Tracie Grumet, MA, CRC
Vocational Rehabilitation Consultant II

## OCCUPATIONAL DATA:

| DOT Code | DOT Title | Industry | SVP | Str | O*NET |
|---|---|---|---|---|---|
| 189.117-034 | Vice President | Any Industry | 8 | S | 11-1011.00 |

## OCCUPATIONAL DESCRIPTION

**Title:** Vice President **DOT Code:** 189.117-034

Directs and coordinates activities of one or more departments, such as engineering, operations, or sales, or major division of business organization, and aids chief administrative officer in formulating and administering organization policies:

**Tasks**

1. Participates in formulating and administering company policies and developing long range goals and objectives.

2. Directs and coordinates activities of department or division for which responsibility is delegated to further attainment of goals and objectives.

3. Reviews analyses of activities, costs, operations, and forecast data to determine department or division progress toward stated goals and objectives.

4. Confers with chief administrative officer and other administrative personnel to review achievements and discuss required changes in goals or objectives resulting from current status and conditions.

**May Also Include:**

1. May perform duties of PRESIDENT (any industry) 189.117-026 during absence.

2. May serve as member of management committees on special studies.

DLU: 1988

## OCCUPATIONAL REQUIREMENTS

**Title:** Vice President
**Industry:** Any Industry
**DOT Code:** 189.117-034

**Specific Vocational Preparation:** Level 8 (4 to 10 years)

**General Educational Development:** Reasoning Grades 13-14
Mathematics Grades 9-12
Language Grades 13-14

**Strength:** Sedentary — Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| **Physical Demands:** | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Occasionally | Atmospheric Conditions | Never |
| Handling | Occasionally | Proximity to Moving Mechanical Parts | Never |
| Fingering | Occasionally | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Frequently | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:** Performing a variety of duties.
Directing, controlling, or planning activities of others.
Dealing with people.
Making judgments and decisions.

**Data:** 1 Coordinating
**People:** 1 Negotiating
**Things:** 7 Handling

**Aptitudes:** **DOT** **OAP**

**Lincoln/Duntz 1078**

| | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | 3+ (56 - 66 |
| Percentile) | | |
| Verbal Aptitude | 2 (67-89 Percentile) | 3- (34 - 44 |
| Percentile) | | |
| Numerical Aptitude | 2 (67-89 Percentile) | 3 (46 - 54 |
| Percentile) | | |
| Spatial Aptitude | 4 (11-33 Percentile) | Not Included |
| Form Perception | 4 (11-33 Percentile) | Not Included |
| Clerical Aptitude | 3 (34-66 Percentile) | 3 (46 - 54 |
| Percentile) | | |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**April 18, 2022**

**Claimant Name: Matthew Duntz**

**Claim #: 1220010964**

**Primary Diagnosis: coronary atherosclerosis disease , hyperlipidemia**

**DOD: 7/31/2021**

**DOR: 3/30/2022**

**Job Title: Manager**

**ECN #: 204356-1**

**Specialty: Cardiology**

Ali Reza, M.D.

Board Certified Cardiovascular Disease

Board Certified Interventional Cardiology

Certified in Nuclear Cardiology

CLAIMANT NAME: Matthew Duntz
ECN #: 204356-1
CLAIM #: 1220010964
DATE OF LOSS: 07/31/2021
DATE OF REVIEW: 04/15/2022
CASE TYPE: Long-Term Disability

DIAGNOSIS: Coronary atherosclerosis disease, hyperlipidemia

MEDICAL RECORDS REVIEWED:

01/01/2021, Job description, Aerospace Technologies Group, Inc.

05/24/2021, isit note, Channing Barnett, MD

07/08/2021, isit note, Channing Barnett, MD

07/13/2021, Pathology report, Channing Barnett, MD

07/20/2021, Dermatology Bill, Channing Barnett, MD

07/20/2021, Operative Note, Channing Barnett, MD

08/03/2021, Office visit, Constance Fields, MD

08/03/2021, EKG, Constance Fields, MD

08/03/2021, Left heart cath note, Robert Carida, MD

08/06/2021, Office note, Constance Fields, MD

08/16/2021, Statement of Employee, Lincoln Financial Group

08/17/2021, Statement of Employer, Lincoln Financial Group

08/17/2021, Physician Statement, Constance Fields, MD

09/03/2021, Activity List, Lincoln Financial Group

10/03/2021, Labs, Constance Fields, MD

10/16/2021, EKG, Boca Raton Regional Hospital

10/16/2021, Cardiology note, Ronald Gabor, MD

10/28/2021, Office note, Constance Fields, MD

11/22/2021, EKG, Constance Fields, MD

11/22/2021, Nuclear Stress Report, Constance Fields, MD

11/22/2021, EKG, Constance Fields, MD

11/30/2021, Office noted, Constance Fields, MD

12/01/2021, Dermatology note, Channing Barnett, MD

12/15/2021, Office note, Constance Fields, MD

01/26/2022, Office visit, Constance Fields, MD

02/03/2022, Signed Medical authorization, Lincoln Financial Group

02/03/2022, Disability uestionnaire and Application, Lincoln Financial Group

02/22/2022, Singed Medical Authorization, Lincoln Financial Group

HISTORY: This case involves a now 59-year-old male with a date of loss of 07/31/2021. The documented diagnoses are coronary atherosclerosis disease and hyperlipidemia.

The claimant was working as a Chief Sales Officer prior to the date of loss.

The claimant was seen by Constance Fields, MD for follow up on 08/03/2021 and it was noted that the claimant had a history of CAD and was status post non-ST segment elevation MI on 03/22/2020 with single vessel disease with 100% proximal to mid left circumflex occlusion and underwent PCI and successful stent placement. The claimant was also noted to have hypothyroidism, hyperlipidemia, gout, vertigo, and melanoma. ECHO on 01/23/2020 showed normal EF with trace mitral and tricuspid insufficiency with normal R pressure. Holter monitor study was noted to be normal. ECHO on 03/22/2020 showed normal L size and mild mitral regurgitation. The claimant requested visit with his cardiologist due to chest pressure and shortness of breath that lasted an hour. He reports this event happened while sitting at work and he was under emotional stress. Cardiac exam was unremarkable. Recommendation was for the claimant to have cardiac catheterization soon but out of abundance of caution, the provider referred him to the ER for evaluation.

The claimant had left heart catheterization at the hospital on 08/03/2021 with Robert Carida, MD. It showed single vessel CAD involving the diagonal branch. Stent was placed in the left circumflex. Left ventricular function was 60%.

The claimant was seen in follow up on 08/06/2021 by Constance Fields, MD and reported that he was asymptomatic since discharge from the hospital. The claimant was instructed to start taking Plavix, stop simvastatin and start atorvastatin. Labs were ordered.

Attending physician statement written by Constance Fields, MD 08/17/2021 indicated that the claimant could not lift over 25 lbs, only occasional walking, crawling and crouching, can continuously reach at desk level, frequent grasping and fingering. Return to work date was between 01/01/2022 and 03/01/2022.

The claimant went to the ER for chest pain on 10/16/2021 by Ronald Gabor, MD and troponins negative times two. Chest xray normal. Cardiology signed off and recommended discharge. Covid was positive. Recommendation was to undergo stress test.

On 11/22/2021, the claimant had nuclear stress test that showed mild upper septal, mild inferior and mild anterior wall ischemia with transient dilation. Recommendation by Constance Fields, MD was to undergo repeat cardiac catheterization.

The claimant underwent cardiac catheterization on 12/13/2021 per noted from Constance Fields, MD on 12/15/2021. No obstructive CAD was noted and no revascularization required. The claimant had been asymptomatic since then.

The claimant was seen via telehealth by Constance Fields, MD on 01/26/2022 and indicated that he moved to Nashville. He has some anginal pain with stress but not with physical exertion. Symptoms are improved with nitropatch and sublingual nitro. The provider recommended taking the nitro as needed however, didn't indicate any further cardiac treatment warranted

RESPONSE TO REFERRAL QUESTIONS:

1. Please identify the primary impairing Diagnosis es  with ICD 10 Code s . Codes are only needed on up to the first 3 diagnoses.

I25 Coronary Artery Disease

2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes s . Codes are only needed on up to the first 3 diagnoses.

I25.2 previous myocardial infarction

3. Ta  ing into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 07/31/2021 and beyond and comment on the e  pected duration.

On 08/03/2021 the claimant presented for follow-up with a history of coronary artery disease and was noted to be status post myocardial infarction that occurred on 03/22/2020. The claimant was noted to have single-vessel disease with 100% occlusion to the proximal to mid left circumflex artery. The claimant underwent percutaneous coronary intervention with a successful stent placement. The claimant underwent echocardiogram on 01/23/2020 that revealed normal ejection fraction with trace mitral and tricuspid insufficiency and normal R   pressure. The

claimant underwent Holter monitor evaluation that was noted to be normal. An additional echocardiogram was performed on 03/22/2020 that revealed normal L size and mild mitral regurgitation. The claimant presented back to cardiology secondary to complaints of chest pressure and shortness of breath that lasted approximately 1 hour. The claimant reported this happened at work while undergoing emotional stress. The claimant s cardiac evaluation was noted to be unremarkable. The claimant was advised to undergo cardiac catheterization and was sent to the emergency room for evaluation. The claimant underwent cardiac catheterization that revealed single-vessel coronary artery disease in the diagonal branch. The claimant had a stent placed in the left circumflex. Left ventricular function was noted to be 60%. On 08/06/2021 the claimant was discharged from the hospital in stable condition. On 08/17/2021 attending physician statement was completed that stated the claimant could not lift greater than 25 pounds and could occasionally walk, crawl and crouch. The claimant was advised to return to work between 01/01/2022 and 03/01/2022. On 10/16/2021 the claimant underwent evaluation in the emergency room for complaints of chest pain. The claimant s cardiac work-up was noted to be negative and the claimant was diagnosed with Covid. The claimant was also advised to undergo cardiac stress test. On 11/22/2021 the claimant underwent nuclear stress test that revealed mild upper septal, mild inferior and mild anterior wall ischemia with transient dilation. The claimant was advised to undergo additional cardiac catheterization. On 12/13/2021 the claimant underwent cardiac catheterization with no obstructive coronary artery disease noted. The claimant reported having been asymptomatic since cardiac catheterization. On 01/26/2022 the claimant presented for follow-up and reported some ongoing anginal pain with stress that was relieved with nitro patch and sublingual nitro. The claimant was advised to continue with medication management as prescribed. After review of the medical records, there is evidence of a primary impairing condition of coronary artery disease of such severity to warrant restrictions and limitations on the claimant s activity for the timeframe of 07/31/2021 through present and beyond. Given the claimant s cardiac history with multiple cardiac catheterizations and 2 separate stent placements in conjunction with ongoing angina symptoms, it is reasonable to support a degree of restrictions and limitations on the claimant s activity. For the timeframe of 08/03/2021 through 08/10/2021, 10/16/2021, and 12/13/2021 through 12/20/2021 the claimant had no sustainable work capacity secondary to undergoing hospital evaluation, procedures and or immediate recovery. For the timeframe of 07/31/2021 through 08/02/2021, 08/11/2021 through 10/15/2021, 10/17/2021 through 12/12/2021 and 12/21/2021 to present and beyond, the following restrictions and limitations are appropriate on the claimant s activity. A follow-up on the claimant status should be performed on or around 10/13/2022.

Sitting: unrestricted
Standing: frequently up to four hours a day
Walking: frequently up to four hours a day
Lifting/carrying/pushing/pulling: occasionally no more than 25lbs
Climbing stairs: occasionally
Climbing ladders: never
Stooping: occasionally
Kneeling: occasionally
Crouching: occasionally

Crawling: never
Balance: occasionally
Reaching overhead: unrestricted
Reaching at waist and desk level: unrestricted
Reaching below waist: unrestricted
se lower extremities for foot controls: unrestricted
Fine manipulation: unrestricted
Simple and firm grasping: unrestricted
Keyboarding: unrestricted

4. Do medical records support any R Ls that were recommended by treating providers for the timeframes in uestions?

While the medical records do support a degree of restrictions and limitations on the claimant s activity, the restrictions and limitations recommended by the claimant s treating provider on 08/17/2021 do not evidence full capacity the claimant can sustain. The medical records supported the claimant had additional functional capacity greater than indicated by the treating provider.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?

es, the medical management recommended by the provider and followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition.

6. Does the claimant have any medically necessary activity restrictions or physical limitations as a result of abnormal clinical e am findings or diagnostic findings? If so, describe them in detail.

a. Please include your opinion on what he can do in an hour wor day: sit, stand, wal , climb, bend, neel, drive, finger, handle, operate foot controls, reach above shoulder, at des level, below waist. Lift/carry. Push/pull and how much.

b. Please use terms such as never, occasional 1-33 of day , fre uent 34-66 of a wor day, constant 67-100 of a wor day .

On 08/03/2021 the claimant presented for follow-up with a history of coronary artery disease and was noted to be status post myocardial infarction that occurred on 03/22/2020. The claimant was noted to have single-vessel disease with 100% occlusion to the proximal to mid left circumflex artery. The claimant underwent percutaneous coronary intervention with a successful stent placement. The claimant underwent echocardiogram on 01/23/2020 that revealed normal ejection fraction with trace mitral and tricuspid insufficiency and normal R pressure. The claimant underwent Holter monitor evaluation that was noted to be normal. An additional echocardiogram was performed on 03/22/2020 that revealed normal L size and mild mitral

regurgitation. The claimant presented back to cardiology secondary to complaints of chest pressure and shortness of breath that lasted approximately 1 hour. The claimant reported this happened at work while undergoing emotional stress. The claimant s cardiac evaluation was noted to be unremarkable. The claimant was advised to undergo cardiac catheterization and was sent to the emergency room for evaluation. The claimant underwent cardiac catheterization that revealed single-vessel coronary artery disease in the diagonal branch. The claimant had a stent placed in the left circumflex. Left ventricular function was noted to be 60%. On 08/06/2021 the claimant was discharged from the hospital in stable condition. On 08/17/2021 and attending physician statement was completed that stated the claimant could not lift greater than 25 pounds and could occasionally walk, crawl and crouch. The claimant was advised to return to work between 01/01/2022 and 03/01/2022. On 10/16/2021 the claimant underwent evaluation in the emergency room for complaints of chest pain. The claimant s cardiac work-up was noted to be negative and the claimant was diagnosed with Covid. The claimant was also advised to undergo cardiac stress test. On 11/22/2021 the claimant underwent nuclear stress test that revealed mild upper septal, mild inferior and mild anterior wall ischemia with transient dilation. The claimant was advised to undergo additional cardiac catheterization. On 12/13/2021 the claimant underwent cardiac catheterization with no obstructive coronary artery disease noted. The claimant reported having been asymptomatic since cardiac catheterization. On 01/26/2022 the claimant presented for follow-up and reported some ongoing anginal pain with stress that was relieved with nitro patch and sublingual nitro. The claimant was advised to continue with medication management as prescribed. After review of the medical records, there is evidence of a primary impairing condition of coronary artery disease of such severity to warrant restrictions and limitations on the claimant s activity for the timeframe of 07/31/2021 through present and beyond. Given the claimant s cardiac history with multiple cardiac catheterizations and 2 separate stent placements in conjunction with ongoing angina symptoms, it is reasonable to support a degree of restrictions and limitations on the claimant s activity. For the timeframe of 08/03/2021 through 08/10/2021, 10/16/2021, and 12/13/2021 through 12/20/2021 the claimant had no sustainable work capacity secondary to undergoing hospital evaluation, procedures and or immediate recovery. For the timeframe of 07/31/2021 through 08/02/2021, 08/11/2021 through 10/15/2021, 10/17/2021 through 12/12/2021 and 12/21/2021 to present and beyond, the following restrictions and limitations are appropriate on the claimant s activity. A follow-up on the claimant status should be performed on or around 10/13/2022.

Sitting: unrestricted
Standing: frequently up to four hours a day
Walking: frequently up to four hours a day
Lifting/carrying/pushing/pulling: occasionally no more than 25lbs
Climbing stairs: occasionally
Climbing ladders: never
Stooping: occasionally
Kneeling: occasionally
Crouching: occasionally
Crawling: never
Balance: occasionally

Reaching overhead: unrestricted
Reaching at waist and desk level: unrestricted
Reaching below waist: unrestricted
se lower extremities for foot controls: unrestricted
Fine manipulation: unrestricted
Simple and firm grasping: unrestricted
Keyboarding: unrestricted

7. Please initiate AP contact to clarify any significant areas such as diagnosis, R Ls, treatment opportunities, prognosis, or reason for wor absence.

I called the number listed 561-483-8335 on 4/5/22 at 3:04pm and left a message for a return call on the general office voicemail.

I called the number listed 561-483-8335 on 4/12/22 at 3:56pm CST and left a message for a return call on the general office voicemail.



Ali Reza, M.D.
Board Certified Cardiovascular Disease
Board Certified Interventional Cardiology
Certified in Nuclear Cardiology
License: A50089 CA
License: MD.09458R LA
License: 2011037706 MO

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: [illegible] • Web: www.ecnime.com

Claimant Name: Matthew Duntz
Claim Number: 1220010964
Case Number: 204356-1

"I, Ali H Reza, MD, am a physician duly licensed to practice medicine in the State of CA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

4/15/2022

______________________________________________________________________

Signature of Physician Date
Medical/Professional License # A50089

**Lincoln/Duntz 1088**

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

---

| | |
|---|---|
| Date: | 3/16/2022 |
| Request Number: | 54765108 |
| Page Count: | 74 |

**Your requested medical records are attached.**

| | |
|---|---|
| Patient Name: | MATTHEW DUNTZ |
| Medical Facility: | HCFL-Cardiology Associates of Boca Raton |
| Requester: | Denise Jimerson |
| Organization: | Lincoln National Life Insurance Company/PORTAL |

Your reference number: 1220010964

Thank you,

*MRO*
*MROcorp.com*

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

March 3, 2022

DR CONSTANCE FIELDS
RELEASE OF INFORMATION
9980 CENTRAL PARK BLVD N STE 304
BOCA RATON, FL 33428

MAR 10 2022
RECEIVED

Re: Policy Number: 000010141290000000
Claim Number: 1220010964
Patient: Matthew Duntz
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 07/01/2021 to Present |
| Diagnostic Test Results | 07/01/2021 to Present |

Current state statutes for Florida: Non-paper records (microfilm) are subject to a charge of $2.00 per page. Paper copies may not exceed $1.00 per page. A fee of up to $1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-877-843-3950.**

***Payment Options:***

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

03/10/2022 00:24 #602 P.041/071
03/10/2022 12:10 #334 P.003/004
03/10/2022 12:31PM (GMT-05:00)

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Name of Financial Institution: ____________________

Routing Number: ____________________

Account Number: ____________________

Authorized Signature: ____________________ Date: ____________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Denise Jimerson
Assisting on behalf of Jane Davidson

From:
From:

Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: DUNTZ MATTHEW JOHN
(Last) (First) (Middle)

Date of Birth: Social Security Number:

2. Information to be released (hereinafter referred to as "My Information"):
- data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
- any information regarding insurance coverage, claims or benefits; and/or
- any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. Information to be released to: The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:
- to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
- to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
- to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan;or
- for self-insured disability plans only, to my employer; or
- for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
- as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE [signature] DATE 02.22.22

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: MATT DUNTZ

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient

ADDRESS:
(Street)

(City) (State) (Zip Code)

PHONE NO:

CC Payment Receipt

| | |
|---|---|
| Transaction Status: | **Approved** |
| Transaction Date and Time: | **3/16/2022 10:56:51 AM** |
| Transaction Reference No.: | **3368687** |
| Approval Code: | **0003210412** |
| Order Number: | **54765108** |
| Charge Amount: | **$37.25** |
| Credit Card Number: | **XXXXXXXXXXXX7049** |
| Credit Card Holder: | **matthew duntz** |

**Lincoln/Duntz 1093**

**Holy Cross Medical Group**

Patient Chart Copy for MATTHEW DUNTZ
MRN: 1018471
DOB: 06-Jul-1962
Data accurate as of: 03/15/2022 02:11 PM Eastern Standard Time

**History of Present Illness**

Matthew Duntz is followed by a PA at a walk-in clinic by the name of Shivanand Persad and Dr. Mazzae is a physician director in Boca Raton, Florida at 750-7300, fax-750-8918. He is an active 59-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology.

For evaluation of his previous complaints of diaphoresis which spontaneously resolved, he underwent CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. His MRIs performed in 2011 and 2012 were similar to his recent CT scan only that the splenic lesion seen with the current CT is new.

He underwent a PET CT scan of the abdomen in September, 2020 when a CT scan showed a 1.2 cm splenic lesion. The PET scan was unremarkable suggesting that the lesion was probably benign. He was referred to Dr. Sunil Patel of oncology who is now following him.

Matthew was transferred to BRH from our office in August, 2021 for evaluation of a prolonged episode of severe chest pain. He ruled out for myocardial infarction and underwent cardiac catheterization on August 4, 2021. His LVEF was 60% and there were no focal wall motion abnormalities. The stent in the proximal left circumflex vessel was widely patent. There were luminal irregularities in the RCA which was a medium size dominant vessel. The left main coronary artery was free of disease. The LAD had luminal irregularities. The first diagonal branch had a mid 90% stenosis and angioplasty was performed on this lesion.

Matthew was hospitalized at BRH October, 2021 with a COVID-19 infection presenting initially with a fever, chest pain similar to what he had felt to be possible coronary ischemia which did resolve with one sublingual nitroglycerin, diffuse muscle aches, generalized weakness, extreme headaches and

worsening tinnitus. He ruled out for myocardial infarction. He was discharged in stable condition after 3 days. He was not discharged on any new medications and he has not had chest pain since his discharge from the hospital. His EKG performed October 16, 2021 was normal. Before seen in the office he tested negative for the COVID-19 infection.

He underwent nuclear exercise stress testing November 22, 2021 which was read as mild upper septal ischemia, mild inferior wall ischemia and mild anterior wall ischemia with transient ischemic dilation. His ejection fraction was normal at 62%. He was started on the Nitropatch at 0.2 mg strength which was effective in minimizing his exertional angina although he has a mild headache at times it improves with Tylenol.

Matthew underwent elective cardiac catheterization December 13, at BRH performed by Dr. Carida. I do not have the final report however Dr. Carida explained the findings to me indicating that there was no significant obstructive CAD and therefore no indication for revascularization.

Matthew is being evaluated by telehealth telephone visit today. Since last seen, he has formally moved to Nashville, Tennessee. With emotional stress, he has had his typical angina symptoms which do resolve within about 15 minutes if he uses a Nitropatch or take sublingual nitro. Physical exertion does not cause the symptoms. He is otherwise been stable from a cardiac standpoint without palpitations, lightheadedness or dizziness, shortness of breath or leg swelling. He is tolerating his current medications well without side effects which he is cleared to continue.

**Allergies**

No Known Drug Allergies

**Current Meds**

1. Allopurinol 100 MG Oral Tablet; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:15Dec2021) to Recorded
2. Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily;
   Therapy: 30Mar2020 to (Evaluate:13May2022) Requested for: 18May2021; Last Rx:18May2021 Ordered
3. Atorvastatin Calcium 40 MG Oral Tablet; TAKE 1 TABLET BY MOUTH DAILY AS DIRECTED;
   Therapy: 06Aug2021 to (Evaluate:10Dec2022) Requested for: 15Dec2021; Last Rx:15Dec2021 Ordered
4. Clopidogrel Bisulfate 75 MG Oral Tablet; TAKE 1 TABLET BY MOUTH DAILY;
   Therapy: 06Aug2021 to (Evaluate:10Dec2022) Requested for: 15Dec2021; Last Rx:15Dec2021 Ordered
5. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Irbesartan 75 MG Oral Tablet; TAKE 1 TABLET BY MOUTH EVERY DAY;
   Therapy: 26Oct2020 to (Evaluate:13Jun2022) Requested for: 15Dec2021; Last Rx:15Dec2021 Ordered
7. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
8. Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: 30Mar2020 to (Evaluate:10Dec2022) Requested for: 15Dec2021; Last Rx:15Dec2021 Ordered
9. Nitroglycerin 0.4 MG Sublingual Tablet Sublingual; DISSOLVE 1 TABLET UNDER THE TONGUE AS NEEDED FOR CHEST PAIN;
   Therapy: 16Dec2021 to (Evaluate:26Mar2022) Requested for: 16Dec2021; Last Rx:16Dec2021 Ordered
10. Vitamin D 50 MCG (2000 UT) Oral Capsule;
    Therapy: (Recorded:13Jan2020) to Recorded

**Active Problems**

Abnormal findings on diagnostic imaging of heart and coronary circulation
Abnormal weight loss
Acute non-ST elevation myocardial infarction (NSTEMI)

Angina pectoris
Angina pectoris
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperglycemia
Hyperlipidemia
Hypothyroidism
Lesion of spleen
Melanoma
Myalgia
Night sweats
Past myocardial infarction
S/P cardiac cath
S/P coronary artery stent placement
Unstable angina pectoris due to coronary arteriosclerosis
Vitamin D deficiency

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

**Family History**

His mother is 85 years old and died from renal failure. When she was in her 60s she had a myocardial infarction and she also had a pacemaker.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

## Vitals

Vital Signs
Recorded: 26Jan2022 01:57PM
- Height: 6 ft 2 in
- Weight: 226 lb
- BMI Calculated: 29.02 kg/m2
- BSA Calculated: 2.29
- Blood Pressure: 120 / 70
- Heart Rate: 70

## Review of Systems

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures, no dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

## Physical Exam

Not performed as this was telehealth telephone visit.

## Results/Data

His EKG performed October 16, 2021 at BRH was normal

His EKG performed August 3, 2021 is similar to his prior tracing showing normal sinus rhythm with low voltage in the limb leads
His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

**Plan**

1. CBC with Differential & Platelet - Complete Blood Count; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Jan2022;
2. CK - Creatine Kinase, Total, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Jan2022;
3. CMP; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Jan2022;
4. HgbA1c - Hemoglobin A1C; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Jan2022;
5. Lipid Panel; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Jan2022;
6. T4 Free - Thyroxine; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Jan2022;
7. TSH - Thyroid Stimulating Hormone; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Jan2022;
8. Follow-up visit in 6 weeks Follow up Follow-up Status: Hold For - Scheduling Requested for: 26Jan2022
9. Follow-up visit in 8 weeks Follow up Follow-up Status: Hold For - Scheduling Requested for: 26Jan2022
10. *Continue Medications; Status:Complete; Done: 26Jan2022
11. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 26Jan2022
12. Free Text Exercise Instruction; Status:Complete; Done: 26Jan2022
13. Notify Provider if any chest pain; Status:Complete; Done: 26Jan2022
14. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 26Jan2022

**Discussion/Summary**

1. History of fleeting episodes of dizziness associated with diaphoresis centered on his face - has resolved, he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. 2 vessel coronary artery disease -status post MI in March 22, 2020 and status post PCI and drug-eluting stent placement to a proximal to mid 100% circumflex lesion--he is status post PTCA of critical mid diagonal branch lesion on August 4, 2021 after presenting to the office with severe chest pain and diaphoresis. The circumflex stent site was patent. He had a recurrent episode of his typical angina mid-October along with other COVID-19 infection symptoms when hospitalized at BRH, ruling out for MI. Nuclear stress testing performed November 22, 2021 was remarkable for mild upper septal, inferior wall and anterior wall ischemia with transient ischemic dilation and reproduced his chest discomfort immediately post exercise. Elective cardiac catheterization was performed December 13, 2021 at BRH showing no significant obstructive CAD. He continues to have stable angina related to emotional stress so therefore I recommend he restart the Nitropatch and use it daily until his stress has resolved or consider using it going forward on a regular basis and we can switch him to oral nitrate if he would like. For any severe symptoms he should be seen in the emergency room.
3. Hyperlipidemia -well-controlled on simvastatin 40 mg every evening without myalgias or myopathy -
4. Hypothyroidism -we will order TFTs soon and can order his medication for him now that he is moved to Nashville.
5. Remote history of syncope about 6 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout - asymptomatic, he is to continue allopurinol -
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time -he was seen by his dermatologist recently who removed precancerous lesions -one on his right leg and one on his right cheek

8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Severe night sweats primarily involving his head - the symptoms spontaneously resolved at the end of March, 2020. CT of the chest abdomen and pelvis was stable except for a new small splenic lesion a PET CT scan performed in September indicated the splenic lesion was most likely benign
10. Small splenic lesion seen on recent chest, abdomen and pelvic CT study 4/6/20 -his PET CT scan performed in September, 2020 indicated this was probably benign
11. Removal of a benign tumor from the left side of his face in July, 2021
12. Severe COVID-19 breakthrough infection for which he was hospitalized mid October, 2021 - he has made a complete recovery

Matthew's vital signs are normal. He does have his typical angina symptoms with emotional stress so I recommend he use the Nitropatch on a daily basis to try to minimize these events. If he wants to switch to an oral agent he will notify us. He does not have symptoms of an arrhythmia or CHF. He is tolerating his cardiac medications without side effects which he should continue. We will send him a prescription to have his labs drawn soon and he will be called with the results. Make arrangements to follow-up with him again formally in 6 to 8 weeks.

A total of 20 minutes was spent in review of pertinent medical records, discussion with the patient, evaluation of the patient's problems and coordination of a care plan as part of this telehealth telephone visit.

Electronically signed by : Constance Fields, M.D.; Jan 26 2022 2:39PM EST (Author)

## Chief Complaint

Patient consented to telephone visit in lieu of their in-person office visit in light of the COVID-19 Pandemic. Patient understands the visit will be billed to their insurance and may incur a co-pay. Patient understands telephone visits cannot be recorded on any electronic device. The patient encounter was conducted using an interactive audio communication system.
Audio Total time: 20 minutes

## Active Problems

Abnormal findings on diagnostic imaging of heart and coronary circulation
Abnormal weight loss
Acute non-ST elevation myocardial infarction (NSTEMI)
Angina pectoris
Angina pectoris
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperglycemia
Hyperlipidemia
Hypothyroidism
Lesion of spleen
Melanoma
Myalgia
Night sweats
Past myocardial infarction
S/P cardiac cath
S/P coronary artery stent placement
Unstable angina pectoris due to coronary arteriosclerosis
Vitamin D deficiency

## Social History

Married
Never a smoker
One child
Social alcohol use

## Allergies

No Known Drug Allergies

## Current Meds

Allopurinol 100 MG Oral Tablet; TAKE 1 TABLET DAILY
Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily
Atorvastatin Calcium 40 MG Oral Tablet; TAKE 1 TABLET BY MOUTH DAILY AS DIRECTED
Clopidogrel Bisulfate 75 MG Oral Tablet; TAKE 1 TABLET BY MOUTH DAILY
Glucosamine TABS
Irbesartan 75 MG Oral Tablet; TAKE 1 TABLET BY MOUTH EVERY DAY
Levothyroxine Sodium 50 MCG Oral Tablet
Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY
Nitroglycerin 0.4 MG Sublingual Tablet Sublingual; DISSOLVE 1 TABLET UNDER THE TONGUE AS NEEDED FOR CHEST PAIN
Vitamin D 50 MCG (2000 UT) Oral Capsule

## Vitals

**Vital Signs**
**Recorded: 26Jan2022 01:57PM**
Height: 6 ft 2 in
Weight: 226 lb
BMI Calculated: 29.02 kg/m2
BSA Calculated: 2.29
Blood Pressure: 120 / 70
Heart Rate: 70

**Plan**

1. CBC with Differential & Platelet - Complete Blood Count; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Jan2022;
2. Follow-up visit in 6 weeks Follow up Follow-up Status: Hold For - Scheduling Requested for: 26Jan2022
3. *Continue Medications; Status:Complete; Done: 26Jan2022
4. CK - Creatine Kinase, Total, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Jan2022;
5. Follow-up visit in 8 weeks Follow up Follow-up Status: Hold For - Scheduling Requested for: 26Jan2022
6. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 26Jan2022
7. CMP; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Jan2022;
8. Free Text Exercise Instruction; Status:Complete; Done: 26Jan2022
9. HgbA1c - Hemoglobin A1C; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Jan2022;
10. Notify Provider if any chest pain; Status:Complete; Done: 26Jan2022
11. Lipid Panel; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Jan2022;
12. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 26Jan2022
13. T4 Free - Thyroxine; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Jan2022;
14. TSH - Thyroid Stimulating Hormone; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:26Jan2022;

Electronically signed by : Constance Fields, M.D.; Jan 26 2022 2:40PM EST (Author)

## History of Present Illness

Matthew Duntz is followed by a PA at a walk-in clinic by the name of Shivanand Persad and Dr. Mazzae is a physician director in Boca Raton, Florida at 750-7300, fax-750-8918. He is an active 59-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology.

For evaluation of his previous complaints of diaphoresis which spontaneously resolved, he underwent CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. His MRIs performed in 2011 and 2012 were similar to his recent CT scan only that the splenic lesion seen with the current CT is new.

He underwent a PET CT scan of the abdomen in September, 2020 when a CT scan showed a 1.2 cm splenic lesion. The PET scan was unremarkable suggesting that the lesion was probably benign. He was referred to Dr. Sunil Patel of oncology who is now following him.

Matthew was transferred to BRH from our office in August, 2021 for evaluation of a prolonged episode of severe chest pain. He ruled out for myocardial infarction and underwent cardiac catheterization on August 4, 2021. His LVEF was 60% and there were no focal wall motion abnormalities. The stent in the proximal left circumflex vessel was widely patent. There were luminal irregularities in the RCA which was a medium size dominant vessel. The left main coronary artery was free of disease. The LAD had luminal irregularities. The first diagonal branch had a mid 90% stenosis and angioplasty was performed on this lesion.

Matthew was hospitalized at BRH October, 2021 with a COVID-19 infection presenting initially with a fever, chest pain similar to what he had felt to be possible coronary ischemia which did resolve with one sublingual nitroglycerin, diffuse muscle aches, generalized weakness, extreme headaches and worsening tinnitus. He ruled out for myocardial infarction. He was discharged in stable condition after 3

days. He was not discharged on any new medications and he has not had chest pain since his discharge from the hospital. His EKG performed October 16, 2021 was normal. Before seen in the office he tested negative for the COVID-19 infection.

He underwent nuclear exercise stress testing November 22, 2021 which was read as mild upper septal ischemia, mild inferior wall ischemia and mild anterior wall ischemia with transient ischemic dilation. His ejection fraction was normal at 62%. He was started on the Nitropatch at 0.2 mg strength which was effective in minimizing his exertional angina although he has a mild headache at times it improves with Tylenol.

Since last seen, Matthew underwent elective cardiac catheterization 2 days ago, December 13, at BRH performed via the right femoral artery by Dr. Carida without complication. I do not have the final report however Dr. Carida explained the findings to me today indicating that there was no significant obstructive CAD and therefore no indication for revascularization. Matthew has been asymptomatic since last seen in the office. He has no complaints of chest pain, shortness of breath at rest or with exertion, lightheadedness or dizziness, syncope or near syncope, palpitations or lower extremity edema. He stopped using the Nitro-Dur patch 2 days ago and has had no further headaches nor has he been symptomatic with possible angina symptoms.

**Allergies**

No Known Drug Allergies

**Current Meds**

1. Allopurinol 100 MG Oral Tablet; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:15Dec2021) to Recorded
2. Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily;
   Therapy: 30Mar2020 to (Evaluate:13May2022) Requested for: 18May2021; Last Rx:18May2021 Ordered
3. Atorvastatin Calcium 40 MG Oral Tablet; TAKE 1 TABLET BY MOUTH DAILY AS DIRECTED;
   Therapy: 06Aug2021 to (Evaluate:10Dec2022) Requested for: 15Dec2021; Last Rx:15Dec2021; Status: ACTIVE - Transmit to Pharmacy - Awaiting Verification Ordered
4. Clopidogrel Bisulfate 75 MG Oral Tablet; TAKE 1 TABLET BY MOUTH DAILY;
   Therapy: 06Aug2021 to (Evaluate:10Dec2022) Requested for: 15Dec2021; Last Rx:15Dec2021; Status: ACTIVE - Transmit to Pharmacy - Awaiting Verification Ordered
5. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Irbesartan 75 MG Oral Tablet; TAKE 1 TABLET BY MOUTH EVERY DAY;
   Therapy: 26Oct2020 to (Evaluate:13Jun2022) Requested for: 15Dec2021; Last Rx:15Dec2021; Status: ACTIVE - Transmit to Pharmacy - Awaiting Verification Ordered
7. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
8. Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: 30Mar2020 to (Evaluate:10Dec2022) Requested for: 15Dec2021; Last Rx:15Dec2021; Status: ACTIVE - Transmit to Pharmacy - Awaiting Verification Ordered
9. Vitamin D 50 MCG (2000 UT) Oral Capsule;
   Therapy: (Recorded:13Jan2020) to Recorded

**Active Problems**

Abnormal findings on diagnostic imaging of heart and coronary circulation
Abnormal weight loss
Acute non-ST elevation myocardial infarction (NSTEMI)
Angina pectoris
Angina pectoris
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss

Hyperglycemia
Hyperlipidemia
Hypothyroidism
Lesion of spleen
Melanoma
Myalgia
Night sweats
Past myocardial infarction
S/P cardiac cath
S/P coronary artery stent placement
Unstable angina pectoris due to coronary arteriosclerosis
Vitamin D deficiency

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

**Family History**

His mother is 85 years old and died from renal failure. When she was in her 60s she had a myocardial infarction and she also had a pacemaker.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

## Vitals

Vital Signs
Recorded: 15Dec2021 03:50PM
Height: 6 ft 2 in
Weight: 232 lb
BMI Calculated: 29.79 kg/m2
BSA Calculated: 2.31
Blood Pressure: 118 / 62, RUE, Sitting
Heart Rate: 70

## Review of Systems

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures, no dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

## Physical Exam

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema - Right groin cath site is healing well without bruit, bruise or hematoma
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

## Results/Data

His EKG performed October 16, 2021 at BRH was normal
His EKG performed August 3, 2021 is similar to his prior tracing showing normal sinus rhythm with low voltage in the limb leads
His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

**Plan**

1. *Continue Medications; Status:Complete; Done: 15Dec2021
2. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 15Dec2021
3. Free Text Exercise Instruction; Status:Complete; Done: 15Dec2021
4. Notify Provider if any chest pain; Status:Complete; Done: 15Dec2021
5. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 15Dec2021
6. Follow-up visit in 6 weeks Follow up Follow-up Status: Complete Done: 15Dec2021

**Discussion/Summary**

1. History of fleeting episodes of dizziness associated with diaphoresis centered on his face - has resolved, he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. 2 vessel coronary artery disease -status post MI in March 22, 2020 and status post PCI and drug-eluting stent placement to a proximal to mid 100% circumflex lesion--he is status post PTCA of critical mid diagonal branch lesion on August 4, 2021 after presenting to the office with severe chest pain and diaphoresis. The circumflex stent site was patent. He had a recurrent episode of his typical angina mid-October along with other COVID-19 infection symptoms when hospitalized at BRH, ruling out for MI. Nuclear stress testing performed November 22, 2021 was remarkable for mild upper septal, inferior wall and anterior wall ischemia with transient ischemic dilation and reproduced his chest discomfort immediately post exercise. Elective cardiac catheterization was performed December 13, 2021 at BRH showing no significant obstructive CAD.
3. Hyperlipidemia -well-controlled on simvastatin 40 mg every evening without myalgias or myopathy -
4. Hypothyroidism -his medication is dosed by his primary care physician -
5. Remote history of syncope about 6 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout - asymptomatic, he is to continue allopurinol -
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time -he was seen by his dermatologist recently who removed precancerous lesions -one on his right leg and one on his right cheek
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Severe night sweats primarily involving his head - the symptoms spontaneously resolved at the end of March, 2020. CT of the chest abdomen and pelvis was stable except for a new small splenic lesion a PET CT scan performed in September indicated the splenic lesion was most likely benign
10. Small splenic lesion seen on recent chest, abdomen and pelvic CT study 4/6/20 -his PET CT scan performed in September, 2020 indicated this was probably benign
11. Removal of a benign tumor from the left side of his face in July, 2021
12. Severe COVID-19 breakthrough infection for which he was hospitalized mid October, 2021 - he has made a complete recovery

Matthew's vital signs are normal. Clinically he has not had symptoms of angina since his stress test. He understands that the abnormal stress test results might be related to small vessel disease. This can only be treated medically. He is cleared to discontinue the Nitropatch but continue his other medication. Should he develop any angina symptoms, I would recommend that he restart the Nitro-Dur patch. He is moving to Nashville, Tennessee and will driving up this weekend. He will make arrangements to see a cardiologist in Nashville soon. In the interim, we will be available for him and we will set him up for a video telehealth visit in the next 6 weeks. We will request the formal results of his recent cardiac catheterization and will mail the results to him.

Electronically signed by : Constance Fields, M.D.; Dec 15 2021 4:08PM EST (Author)

## History of Present Illness

Matthew Duntz is followed by a PA at a walk-in clinic by the name of Shivanand Persad and Dr. Mazzae is a physician director in Boca Raton, Florida at 750-7300, fax-750-8918. He is an active 59-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology.

For evaluation of his previous complaints of diaphoresis which spontaneously resolved, he underwent CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. His MRIs performed in 2011 and 2012 were similar to his recent CT scan only that the splenic lesion seen with the current CT is new.

He underwent a PET CT scan of the abdomen in September, 2020 when a CT scan showed a 1.2 cm splenic lesion. The PET scan was unremarkable suggesting that the lesion was probably benign. He was referred to Dr. Sunil Patel of oncology who is now following him.

Matthew was transferred to BRH from our office in August, 2021 for evaluation of a prolonged episode of severe chest pain. He ruled out for myocardial infarction and underwent cardiac catheterization on August 4, 2021. His LVEF was 60% and there were no focal wall motion abnormalities. The stent in the proximal left circumflex vessel was widely patent. There were luminal irregularities in the RCA which was a medium size dominant vessel. The left main coronary artery was free of disease. The LAD had luminal irregularities. The first diagonal branch had a mid 90% stenosis and angioplasty was performed on this lesion.

Matthew was hospitalized at BRH October, 2021 with a COVID-19 infection presenting initially with a fever, chest pain similar to what he had felt to be possible coronary ischemia which did resolve with one sublingual nitroglycerin, diffuse muscle aches, generalized weakness, extreme headaches and worsening tinnitus. He ruled out for myocardial infarction. He was discharged in stable condition after 3 days. He was not discharged on any new medications and he has not had chest pain since his discharge

from the hospital. His EKG performed October 16, 2021 was normal. Before seen in the office he tested negative for the COVID-19 infection.

Since last seen, he underwent nuclear exercise stress testing November 22, 2021 which was read as mild upper septal ischemia, mild inferior wall ischemia and mild anterior wall ischemia with transient ischemic dilation. His ejection fraction was normal at 62%. He was started on the Nitropatch at 0.2 mg strength which is effective in minimizing his exertional angina although he has a mild headache at times it improves with Tylenol. He has no complaints of shortness of breath at rest or with exertion, palpitations, lightheadedness or dizziness or leg swelling.

**Allergies**

No Known Drug Allergies

**Current Meds**

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily;
   Therapy: 30Mar2020 to (Evaluate:13May2022) Requested for: 18May2021; Last Rx:18May2021 Ordered
3. Clopidogrel Bisulfate 75 MG Oral Tablet; TAKE 1 TABLET BY MOUTH DAILY;
   Therapy: 06Aug2021 to (Evaluate:23Oct2022) Requested for: 28Oct2021; Last Rx:28Oct2021 Ordered
4. Ezetimibe 10 MG Oral Tablet; TAKE 1 TABLET BY MOUTH EVERY DAY;
   Therapy: 25Jun2020 to (Evaluate:15Feb2022) Requested for: 17Nov2021; Last Rx:17Nov2021 Ordered
5. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Irbesartan 75 MG Oral Tablet; TAKE 0.5 TABLET Daily;
   Therapy: 26Oct2020 to (Evaluate:23Oct2022) Requested for: 28Oct2021; Last Rx:28Oct2021 Ordered
7. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
8. Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: 30Mar2020 to (Evaluate:23Oct2022) Requested for: 28Oct2021; Last Rx:28Oct2021 Ordered
9. Nitro-Dur 0.2 MG/HR Transdermal Patch 24 Hour; APPLY PATCH FOR 12 TO 14 HOURS DAILY, THEN REMOVE;
   Therapy: 22Nov2021 to (Evaluate:20Jun2022) Requested for: 22Nov2021; Last Rx:22Nov2021 Ordered
10. Vitamin D 50 MCG (2000 UT) Oral Capsule;
    Therapy: (Recorded:13Jan2020) to Recorded

**Active Problems**

Abnormal findings on diagnostic imaging of heart and coronary circulation
Abnormal weight loss
Acute non-ST elevation myocardial infarction (NSTEMI)
Angina pectoris
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperglycemia
Hyperlipidemia
Hypothyroidism
Lesion of spleen
Melanoma
Myalgia

Night sweats
Past myocardial infarction
S/P cardiac cath
S/P coronary artery stent placement
Unstable angina pectoris due to coronary arteriosclerosis
Vitamin D deficiency

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

**Family History**

His mother is 85 years old and died from renal failure. When she was in her 60s she had a myocardial infarction and she also had a pacemaker.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

**Vitals**

Vital Signs
Recorded: 30Nov2021 02:35PM
Heart Rate: 74
Blood Pressure: 118 / 70, LUE, Sitting
Recorded: 30Nov2021 02:31PM
Height: 6 ft 2 in
Weight: 237 lb
BMI Calculated: 30.43 kg/m2
BSA Calculated: 2.34

**Review of Systems**

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

**Physical Exam**

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema -
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

**Results/Data**

His EKG performed October 16, 2021 at BRH was normal
His EKG performed August 3, 2021 is similar to his prior tracing showing normal sinus rhythm with low voltage in the limb leads
His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

**Assessment**

1. Angina pectoris

**Plan**

1. Follow-up visit in 2 weeks Follow up Follow-up Status: Hold For - Scheduling
   Requested for: 30Nov2021
2. *Continue Medications; Status:Complete; Done: 30Nov2021
3. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 30Nov2021

**Discussion/Summary**

1. History of fleeting episodes of dizziness associated with diaphoresis centered on his face -no further events, he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. 2 vessel coronary artery disease -status post MI in March 22, 2020 and status post PCI and drug-eluting stent placement to a proximal to mid 100% circumflex lesion--he is status post PTCA of critical mid diagonal branch lesion on August 4, 2021 after presenting to the office with severe chest pain and diaphoresis. The circumflex stent site was patent. He had a recurrent episode of his typical angina mid-October along with other COVID-19 infections hospitalized at BRH, ruling out for MI and has been asymptomatic since. Symptoms did resolve with one sublingual nitroglycerin tablet. Nuclear stress testing performed November 22, 2021 was remarkable for mild upper septal, inferior wall and anterior wall ischemia with transient ischemic dilation. We recommended that he undergo cardiac catheterization to see if stent sites remain patent as he is also experiencing angina although it is well controlled with topical nitrates. We have there was a
3. Hyperlipidemia -well-controlled on simvastatin 40 mg every evening without myalgias or myopathy -
4. Hypothyroidism -his medication is dosed by his primary care physician -
5. Remote history of syncope about 6 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout - asymptomatic, he is to continue allopurinol -
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time -he was seen by his dermatologist recently who removed precancerous lesions -one on his right leg and one on his right cheek
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Severe night sweats primarily involving his head - the symptoms spontaneously resolved at the end of March, 2020. CT of the chest abdomen and pelvis was stable except for a new small splenic lesion a PET CT scan performed in September indicated the splenic lesion was most likely benign
10. Small splenic lesion seen on recent chest, abdomen and pelvic CT study 4/6/20 -his PET CT scan performed in September, 2020 indicated this was probably benign
11. Removal of a benign tumor from the left side of his face in July, 2021
12. Severe COVID-19 breakthrough infection for which he was hospitalized mid October, 2021 - he has made a complete recovery

Matthew's vital signs are normal. So far he is tolerating Nitro-Dur at a low dose with only occasional headaches. With routine activity he has not had any significant symptoms of angina. Reviewed the results of his abnormal recent nuclear stress test indicating new zones of coronary ischemia and transient ischemic dilation. He strongly recommend that for his aggressive CAD that he undergo repeat cardiac catheterization. He and his wife understand the indications for cardiac catheterization and the possibility of revascularization which may include angioplasty, stent placement or bypass surgery. They also understand the possible complications of these procedures including but not limited to myocardial infarction, stroke, heart failure, anemia, arrhythmia, death, infection, allergic reaction and the development of a femoral pseudoaneurysm requiring surgical repair. We will tentatively make arrangements to see him in the office in about 2 weeks for evaluation. For any severe symptoms, he should be seen in the emergency room. I did speak to his interventional cardiologist today, Dr. Carida.

Electronically signed by : Constance Fields, M.D.; Nov 30 2021 2:52PM EST (Author)

**Patient Name:** MATTHEW DUNTZ **MRN:** 1018471 **DOB:**
**Date of Visit:** 22-Nov-2021 **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross






Lincoln/Duntz 1113

Reviewed with patient 11/23/21, cdf

Holy Cross Medical Group

Electronically signed by Constance Fields, Nov 24 2021 4:03PM EST Review 11/24/2021

**Cardiology Associates of Boca Raton**

David Funt, MD    Jay Baker, MD    Constance Fields, MD
Steven Coletti, MD    Ronald Gabor, MD    Rahonie Evans, ARNP

**Preliminary Nuclear Stress Report**

Date 11.22.21

Patient Name Matthew Duntz MRN 1018471

___ Dual Isotope    ✓ 2- day Myoview
✓ Treadmill    ___ Lexiscan

Slow Walk ______ Leg Lifts ______

Image Description: Defects

Size Extent: Small Medium Large

Severity intensity: Mild Moderate Severe

Location: Anterior Apical Septal Inferior Lateral Posterior

Type: Ischemic Fixed Peri- Infarct Ischemia

**EJECTION FRACTION** 62%    LHR .15

Image Description : Other

Identification of suboptimal or limited:

Attenuation___ breast ___ diaphragm Patient Motion Flashing

mild upper septal
mild inf
mild Ant wall
] ischemia

Impression:

**Normal Study**

Description of Findings:

TID
EF62

Holy Cross Medical Group

Stress Dose: 29.3
Rest Dose: 9.00

APPT TIME: 1100
Test Type: NST

Dr. Fields
DOB
MRN 1018471

Davis S Funt, MD · Jay F Baker, MD
Constance D Fields, MD · Steven M. Coletti, MD · Ronald M. Gabor, MD

## EXERCISE PORTION OF STRESS TEST

Patient Name: Matthew Duntz Age: 59 Date: 11.22.21
Height: 6 ft 2 in Weight: 233 lbs
Resting BP: 140/90
Resting Heart Rate: 80
Resting Imaging Date: 11/23/21 [illegible] TD

100% Predicted HR: 161
95% Predicted HR: 153
90% Predicted HR: 145
85% Predicted HR: 137
Max % HR Achieved:

Medications: ASA, Plavix, Levothyroxine, Zetia, Diovan, metoprolol

Test Start time: 1110

| Stage | Mins | Speed/ Elevation | METS | Blood Pressure | Heart Rate | Comments |
|---|---|---|---|---|---|---|
| I | 1<br>2<br>3 | 1.7 mph<br>10% incline | 4.6 | | 101<br>106 | |
| II | 4<br>5<br>6 | 2.5 mph<br>12% incline | 7.0 | 180/80 | 122 | O₂ Sat |
| III | 7<br>8<br>9 | 3.4 mph<br>14% incline | 10.1 | | | [illegible] |
| IV | 10<br>11<br>12 | 4.2 mph<br>16% incline | 12.9 | | | [illegible] |
| V | 13<br>14<br>15 | 5.0 mph<br>18% incline | 15.1 | | | |

| Recovery | Mins. | Blood Pressure | Heart Rate | Comments |
|---|---|---|---|---|
| | 1 | 200/140 | | [illegible] |
| | 3 | 180/100 | 92 | [illegible] |

Additional Notes: 2 / 6 min [illegible] 83 [illegible]

Reason For Termination: Target [illegible]

Time Out: 1117
Exit BP:
Reason for Termination: [illegible]



**Lincoln/Duntz 1115**

**Patient Name:** MATTHEW DUNTZ | **MRN:** 1018471 | **DOB**
**Date of Visit:** 22-Nov-2021 | **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

| | | | |
|---|---|---|---|
| Patient name: | DUNTZ, MATTHEW | Recording Date: | 11/22/2021 11:17:25 AM |
| Patient #: | 1018471 | | |
| Date of Birth: | (59 Y) | | |
| Male | | Physician: | Dr. C Fields |
| | | Technician: | AN |


Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone: (561) 483-8335 Fax: (561) 4831756


Bruce Laying 0.0mph 0.0% 0miles METs 1.0 Time in Stage: 1:06 HR: 82bpm




Page 4

Page 25

**Lincoln/Duntz 1116**

**Patient Name:** MATTHEW DUNTZ | **MRN:** 1018471 | **DOI**
**Date of Visit:** 22-Nov-2021 | **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

Patient name: DUNTZ, MATTHEW
Patient #: 1018471
Date of Birth: (59 Y)
Male

Recording Date: 11/22/2021 11:17:25 AM
Physician: Dr. C Fields
Technician: AN

Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone: (561) 483-8335 Fax: (561) 4831756

Bruce Laying 0.0mph 0.0% 0miles METs: 1.0 Time in Stage: 1:06 HR: 82bpm




Page 5

Page 27

**Lincoln/Duntz 1117**

**Patient Name:** MATTHEW DUNTZ **MRN:** 1018471 **DOB:**
**Date of Visit:** 22-Nov-2021 **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

Patient name: DUNTZ, MATTHEW
Patient #: 1018471
Date of Birth: (59 Y)
Male

Recording Date: 11/22/2021 11:17:25 AM

Physician: Dr. C Fields
Technician: AN

Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone: (561) 483-8335 Fax: (561) 4831756

Bruce Stage 1 1.7mph 10.0% 0.1miles METs: 4.6 Time in Stage: 1:50 Time in Exercise: 1:50 HR: 102bpm




Page 6

Page 29

Lincoln/Duntz 1118

**Patient Name:** MATTHEW DUNTZ **MRN:** 1018471 **DOB**

**Date of Visit:** 22-Nov-2021 **Owner:** Fields,Constance

**Document Type:** sNuclear Scan

**Site Name:** Holy Cross

| | | | |
|---|---|---|---|
| Patient name: | DUNTZ, MATTHEW | Recording Date: | 11/22/2021 11:17:25 AM |
| Patient #: | 1018471 | | |
| Date of Birth: | (59 Y) | | |
| Male | | Physician: | Dr. C Fields |
| | | Technician: | AN |

Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone: (561) 483-8335 Fax: (561) 4831756

Bruce Stage 2 2.5mph 12.0% 0.1miles METs: 7.0 Time in Stage: 1:19 Time in Exercise: 3:19 HR: 112bpm




Page 7



**Lincoln/Duntz 1119**

**Patient Name:** MATTHEW DUNTZ **MRN:** 1018471 **DOB:**
**Date of Visit:** 22-Nov-2021 **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

| | | | |
|---|---|---|---|
| Patient name: | DUNTZ, MATTHEW | Recording Date: | 11/22/2021 11:17:25 AM |
| Patient #: | 1018471 | | |
| Date of Birth: | (59 Y) | | |
| Male | | Physician: | Dr. C Fields |
| | | Technician: | AN |

Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone: (561) 483-8335 Fax: (561) 4831756

Bruce Stage 2 2.5mph 12.0% 0.1miles METs: 7.0 Time in Stage: 1:43 Time in Exercise: 3:43 HR: 115bpm




Printed on 11/22/2021 11:38:23 AM by CARDIAC 12 lead (3x4) sequential - 1 page, landscape Page 8

Page 33

**Lincoln/Duntz 1120**

**Patient Name:** MATTHEW DUNTZ **MRN:** 1018471 **DOB**
**Date of Visit:** 22-Nov-2021 **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

| | | | |
|---|---|---|---|
| Patient name: | DUNTZ, MATTHEW | Recording Date: | 11/22/2021 11:17:25 AM |
| Patient #: | 1018471 | | |
| Date of Birth: | (59 Y) | | |
| Male | | Physician: | Dr. C Fields |
| | | Technician: | AN |

Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone: (561) 483-8335 Fax: (561) 4831756

Bruce Stage 2 2.5mph 12.0% 0.1miles METs: 7.0 Time in Stage: 1:49 Time in Exercise: 3:49 HR: 115bpm




Page 9

Lincoln/Duntz 1121

**Patient Name:** MATTHEW DUNTZ | **MRN:** 1018471 | **DOB:**
**Date of Visit:** 22-Nov-2021 | **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

| | | | |
|---|---|---|---|
| Patient name: | DUNTZ, MATTHEW | Recording Date: | 11/22/2021 11:17:25 AM |
| Patient #: | 1018471 | | |
| Date of Birth: | (59 Y) | | |
| Male | | Physician: | Dr. C Fields |
| | | Technician: | AN |

Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone: (561) 483-8335 Fax: (561) 4831756

Bruce Stage 3 3.4mph 13.9% 0.2miles METs: 10.1 Time in Stage: 0:31 Time in Exercise: 4:30 HR: 126bpm




Page 10

**Patient Name:** MATTHEW DUNTZ **MRN:** 1018471 **DOB:**
**Date of Visit:** 22-Nov-2021 **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

| | | | |
|---|---|---|---|
| Patient name: | DUNTZ, MATTHEW | Recording Date: | 11/22/2021 11:17:25 AM |
| Patient #: | 1018471 | | |
| Date of Birth: | 59 Y) | | |
| Male | | Physician: | Dr. C Fields |
| | | Technician: | AN |

Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone: (561) 483-8335 Fax: (561) 4831756

Bruce Stage 3 3.4mph 13.9% 0.2miles METs: 10.1 Time in Stage: 1:42 Time in Exercise: 5:41 HR: 137bpm




Page 11

**Patient Name:** MATTHEW DUNTZ **MRN:** 1018471 **DOB**
**Date of Visit:** 22-Nov-2021 **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

| | | | |
|---|---|---|---|
| Patient name: | DUNTZ, MATTHEW | Recording Date: | 11/22/2021 11:17:25 AM |
| Patient #: | 1018471 | | |
| Date of Birth: | (59 Y) | | |
| Male | | Physician: | Dr. C Fields |
| | | Technician: | AN |

Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone: (561) 483-8335 Fax: (561) 4831756

Bruce Stage 3 3.4mph 13.9% 0.2miles METs: 10.1 Time in Stage: 1:46 Time in Exercise: 5:46 HR: 137bpm




Page 12

Page 41

Lincoln/Duntz 1124

**Patient Name:**MATTHEW DUNTZ **MRN:**1018471 **DOB**
**Date of Visit:**22-Nov-2021 **Owner:**Fields,Constance
**Document Type:**sNuclear Scan
**Site Name:**Holy Cross

| | | | |
|---|---|---|---|
| Patient name: | DUNTZ, MATTHEW | Recording Date: | 11/22/2021 11:17:25 AM |
| Patient #: | 1018471 | | |
| Date of Birth: | (59 Y) | | |
| Male | | Physician: | Dr. C Fields |
| | | Technician: | AN |

Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone: (561) 483-8335 Fax: (561) 4831756

Bruce Stage 3 3.4mph 13.9% 0.2miles METs: 10.1 Time in Stage: 1:49 Time in Exercise: 5:49 HR: 137bpm




Page 13



Lincoln/Duntz 1125

Case 3:23-cv-00692 Document 15-5 Filed 11/27/23 Page 232 of 243 PageID #: 1195

**Patient Name:** MATTHEW DUNTZ | **MRN:** 1018471 | **DOB**
**Date of Visit:** 22-Nov-2021 | **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

Patient name: DUNTZ, MATTHEW
Patient #: 1018471
Date of Birth: (59 Y)
Male

Recording Date: 11/22/2021 11:17:25 AM
Physician: Dr. C Fields
Technician: AN

Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone: (561) 483-8335 Fax: (561) 4831756

Bruce Stage 3 3.4mph 13.9% 0.2miles METs: 10.1 Time in Stage: 1:55 Time in Exercise: 5:55 HR: 138bpm Exercise aborted




Page 14

Page 45

Lincoln/Duntz 1126

| | | | |
|---|---|---|---|
| Patient name: | DUNTZ, MATTHEW | Recording Date: | 11/22/2021 11:17:25 AM |
| Patient #: | 1018471 | | |
| Date of Birth: | (59 Y) | | |
| Male | | Physician: | Dr. C Fields |
| | | Technician: | AN |

Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone: (561) 483-8335 Fax: (561) 4831756

Bruce Stage 3 3.4mph 13.9% 0.3miles METs: 10.1 Time in Stage: 2:02 Time in Exercise: 6:02 HR: 138bpm




Page 15

**Patient Name:** MATTHEW DUNTZ  **MRN:** 1018471  **DO**
**Date of Visit:** 22-Nov-2021  **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

| | | | |
|---|---|---|---|
| Patient name: | DUNTZ, MATTHEW | Recording Date: | 11/22/2021 11:17:25 AM |
| Patient #: | 1018471 | | |
| Date of Birth: | (59 Y) | | |
| Male | | Physician: | Dr. C Fields |
| | | Technician: | AN |

Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone: (561) 483-8335 Fax: (561) 4831756

Bruce Recovery 3.4mph 13.9% 0.3miles METs: 10.1 Time in Stage: 0:03 Time in Exercise: 6:05 HR: 136bpm




Page 16

Page 49

**Lincoln/Duntz 1128**

**Patient Name:** MATTHEW DUNTZ **MRN:** 1018471 **DOB**
**Date of Visit:** 22-Nov-2021 **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

| | | | | |
|---|---|---|---|---|
| Patient name: | DUNTZ, MATTHEW | Recording Date: | 11/22/2021 11:17:25 AM | Cardiology Associates of Boca Raton - HCMG |
| Patient #: | 1018471 | | | 9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428 |
| Date of Birth: | 59 Y) | | | Phone: (561) 483-8335 Fax: (561) 4831756 |
| Male | | Physician: | Dr. C Fields | |
| | | Technician: | AN | |

Bruce Recovery 0.8mph 4.6% 0.3miles METs: 2.1 Time in Stage: 0:12 Time in Exercise: 6:05 HR: 134bpm




Page 17

Page 51

**Lincoln/Duntz 1129**

**Patient Name:** MATTHEW DUNTZ  **MRN:** 1018471  **DOI**
**Date of Visit:** 22-Nov-2021  **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

| | | | |
|---|---|---|---|
| Patient name: | DUNTZ, MATTHEW | Recording Date: | 11/22/2021 11:17:25 AM |
| Patient #: | 1018471 | | |
| Date of Birth: | 59 Y) | | |
| Male | | Physician: | Dr. C Fields |
| | | Technician: | AN |

Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone: (561) 483-8335  Fax: (561) 4831756

Bruce Recovery 0.8mph 4.6% 0.3miles METs: 2.1 Time in Stage: 0:12 Time in Exercise: 6:05 HR: 134bpm




Page 18

Page 53

Lincoln/Duntz 1131

**Patient Name:** MATTHEW DUNTZ **MRN:** 1018471 **DOE**
**Date of Visit:** 22-Nov-2021 **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

| | | | |
|---|---|---|---|
| Patient name: | DUNTZ, MATTHEW | Recording Date: | 11/22/2021 11:17:25 AM |
| Patient #: | 1018471 | | |
| Date of Birth: | 59 Y) | | |
| Male | | Physician: | Dr. C Fields |
| | | Technician: | AN |

Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone: (561) 483-8335 Fax: (561) 4831756

Bruce Recovery 0.0mph 0.0% 0.3miles METs: 1.0 Time in Stage: 1:50 Time in Exercise: 6:05 HR: 100bpm




Page 19

Page 55

**Patient Name:** MATTHEW DUNTZ **MRN:** 1018471 **DO**
**Date of Visit:** 22-Nov-2021 **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

| | | | |
|---|---|---|---|
| Patient name: | DUNTZ, MATTHEW | Recording Date: | 11/22/2021 11:17:25 AM |
| Patient #: | 1018471 | | |
| Date of Birth: | 59 Y) | | |
| Male | | Physician: | Dr. C Fields |
| | | Technician: | AN |

Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone: (561) 483-8335 Fax: (561) 4831756

Bruce Recovery 0.0mph 0.0% 0.3miles METs: 1.0 Time in Stage: 1:55 Time in Exercise: 6:05 HR: 99bpm




Page 57

Lincoln/Duntz 1133

**Patient Name:** MATTHEW DUNTZ **MRN:** 1018471 **DOB**
**Date of Visit:** 22-Nov-2021 **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

| | | | |
|---|---|---|---|
| Patient name: | DUNTZ, MATTHEW | Recording Date: | 11/22/2021 11:43:45 AM |
| Patient #: | 1018471 | | |
| Date of Birth: | 59 Y) | | |
| Male | | Physician: | Dr. C Fields |
| | | Technician: | AN |

Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone: (561) 483-8335 Fax: (561) 4831756

| | |
|---|---|
| HR: | 93 bpm |
| P: | 88 ms |
| PR: | 150 ms |
| QRS: | 76 ms |
| QT: | 336 ms |
| QTc: | 416 ms |
| P-QRS-T Axis: | 72° 43° -41° |
| | Normal axis |

**Diagnosis**

** Analysis details **
reduced R in V5 V6
nonspecific ST segment abnormalities in V3 V4

** Rhythm **
sinus-rhythm
+--+--+--+--+--+--+--+--+--+--+--+--+--+--+--+

** QRS-T Morphology evaluation **
inferior myocardial infarction, probably old

** Overall assessment of ECG **
abnormal ECG

**Summary**




Page 1

Page 59

**Lincoln/Duntz 1134**

**Patient Name:** MATTHEW DUNTZ **MRN:** 1018471 **DOB:**
**Date of Visit:** 22-Nov-2021 **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

| | | | |
|---|---|---|---|
| Patient name: DUNTZ, MATTHEW<br>Patient #: 1018471<br>Date of Birth: 59 Y)<br>Male | Recording Date: 11/22/2021 11:43:45 AM<br>Physician: Dr. C Fields<br>Technician: AN | | Cardiology Associates of Boca Raton - HCMG<br>9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428<br>Phone: (561) 483-8335 Fax: (561) 4831756 |
| HR: 93 bpm<br>P: 88 ms<br>PR: 150 ms<br>QRS: 76 ms<br>QT: 336 ms<br>QTc: 416 ms<br>P-QRS-T Axis: 72° 43° -41°<br>Normal axis | **Diagnosis**<br>** Analysis details **<br>reduced R in : V5 V6<br>nonspecific ST segment abnormalities in V3 V4<br>** Rhythm **<br>sinus-rhythm<br>** QRS-T Morphology evaluation **<br>inferior myocardial infarction, probably old | ** Overall assessment of ECG **<br>abnormal ECG<br>**Summary** | |




Page 1

Page 61

**Lincoln/Duntz 1135**

**Patient Name:** MATTHEW DUNTZ **MRN:** 1018471 **DOB:**
**Date of Visit:** 22-Nov-2021 **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

| | | | | |
|---|---|---|---|---|
| Patient name: | DUNTZ, MATTHEW | Recording Date: | 11/22/2021 11:43:45 AM | Cardiology Associates of Boca Raton - HCMG |
| Patient #: | 1018471 | | | 9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428 |
| Date of Birth: | (59 Y) | | | Phone: (561) 483-8335 Fax: (561) 4831756 |
| Male | | Physician: | Dr. C Fields | |
| | | Technician: | AN | |

| | |
|---|---|
| HR: | 93 bpm |
| P: | 88 ms |
| PR: | 150 ms |
| QRS: | 76 ms |
| QT: | 336 ms |
| QTc: | 416 ms |
| P-QRS-T Axis: | 72° 43° -41° |
| | Normal axis |

**Diagnosis**

** Analysis details **
reduced R in : V5 V6
nonspecific ST segment abnormalities in V3 V4

** Rhythm **
sinus-rhythm
+---+---+---+---+---+---+---+---+---+---+---+---+---+

** QRS-T Morphology evaluation **
inferior myocardial infarction, probably old

** Overall assessment of ECG **
abnormal ECG

**Summary**




Page 1



Lincoln/Duntz 1136