**Patient Name:** MATTHEW DUNTZ **MRN:** 1018471 **DOB:**
**Date of Visit:** 22-Nov-2021 **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

| | | | |
|---|---|---|---|
| Patient name: | DUNTZ, MATTHEW | Recording Date: | 11/22/2021 11:43:45 AM |
| Patient #: | 1018471 | | |
| Date of Birth: | 59 Y) | | |
| Male | | Physician: | Dr. C Fields |
| | | Technician: | AN |


Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone: (561) 483-8335 Fax: (561) 4831756


| | |
|---|---|
| HR: | 93 bpm |
| P: | 88 ms |
| PR: | 150 ms |
| QRS: | 76 ms |
| QT: | 336 ms |
| QTc: | 416 ms |
| P-QRS-T Axis: | 72° 43° -41° |
| | Normal axis |

**Diagnosis**

** Analysis details **
reduced R in : V5 V6
nonspecific ST segment abnormalities in V3 V4

** Rhythm **
sinus-rhythm

** QRS-T Morphology evaluation **
inferior myocardial infarction, probably old

** Overall assessment of ECG **
abnormal ECG

**Summary**




Page 1

Page 65

EXHIBIT
3, part 4

**Lincoln/Duntz 1137**

**Patient Name:** MATTHEW DUNTZ **MRN:** 1018471 **DOB:**
**Date of Visit:** 22-Nov-2021 **Owner:** Fields,Constance
**Document Type:** sNuclear Scan
**Site Name:** Holy Cross

| | | | |
|---|---|---|---|
| Patient name: | DUNTZ, MATTHEW | Recording Date: | 11/22/2021 11:17:25 AM |
| Patient #: | 1018471 | | |
| Date of Birth: | (59 Y) | | |
| Male | | Physician: | Dr. C Fields |
| | | Technician: | AN |

Cardiology Associates of Boca Raton - HCMG
9980 Central Park Blvd N. Ste 304 Boca Raton, FL. 33428
Phone. (561) 483-8335 Fax: (561) 4831756




| Stage | Time in Stage | Time in Exercise | Speed (mph) | Grade (%) | METs | HR (bpm) | BP (mmHg) | HRxBP /100 | ST (V6) (mm) | PVC | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Laying | 0:00 | 0:00 | 0.0 | 0.0 | 1.0 | 82 | | | 0.0 | 1 | |
| | 1:06 | 0:00 | 0.0 | 0.0 | 1.0 | 82 | | | 0.0 | | |
| | 1:06 | 0:00 | 0.0 | 0.0 | 1.0 | 82 | | | 0.0 | | |
| Stage 1 | 0:00 | 0:00 | 0.1 | 0.0 | 1.1 | 84 | | | 0.0 | | Belt started |
| | 1:50 | 1:50 | 1.7 | 10.0 | 4.6 | 102 | | | 0.0 | | |
| Stage 2 | 0:00 | 2:00 | 1.7 | 10.0 | 4.6 | 102 | | | -0.1 | | Manual stage switch |
| | 1:19 | 3:19 | 2.5 | 12.0 | 7.0 | 112 | | | -0.2 | | |
| | 1:43 | 3:43 | 2.5 | 12.0 | 7.0 | 115 | | | -0.2 | | |
| | 1:49 | 3:49 | 2.5 | 12.0 | 7.0 | 115 | | | -0.2 | | |
| Stage 3 | 0:00 | 4:00 | 2.5 | 12.0 | 7.0 | 117 | | | -0.2 | | Manual stage switch |
| | 0:31 | 4:30 | 3.4 | 13.9 | 10.1 | 126 | | | -0.3 | | |
| | 1:28 | 5:28 | 3.4 | 13.9 | 10.1 | 135 | | | -0.4 | | Worst Case |
| | 1:42 | 5:41 | 3.4 | 13.9 | 10.1 | 137 | | | -0.4 | | |
| | 1:46 | 5:46 | 3.4 | 13.9 | 10.1 | 137 | | | -0.4 | | |
| | 1:49 | 5:49 | 3.4 | 13.9 | 10.1 | 137 | | | -0.4 | | |
| | 1:55 | 5:55 | 3.4 | 13.9 | 10.1 | 136 | | | -0.4 | | Exercise aborted |
| | 2:02 | 6:02 | 3.4 | 13.9 | 10.1 | 138 | | | -0.4 | | |
| Recovery | 0:00 | 6:05 | 3.4 | 13.9 | 10.1 | 138 | | | -0.4 | | |
| | 0:03 | 6:05 | 1.8 | 9.5 | 4.7 | 136 | | | -0.4 | | |
| | 0:12 | 6:05 | 0.8 | 4.6 | 2.1 | 134 | | | -0.4 | | |
| | 0:12 | 6:05 | 0.8 | 4.6 | 2.1 | 134 | | | -0.4 | | |
| | 0:17 | 6:05 | 0.8 | 0.0 | 1.6 | 133 | | | -0.2 | | Belt stopped |
| | 1:50 | 6:05 | 0.0 | 0.0 | 1.0 | 100 | | | -0.1 | | |
| | 1:55 | 6:05 | 0.0 | 0.0 | 1.0 | 99 | | | 0.0 | | |










**Summary**

| | |
|---|---|
| **Test type:** | Treadmill |
| **Protocol:** | Bruce |
| **Exercise time:** | 6:05 |
| **Recovery time:** | 2:27 |
| **Max. speed:** | 3.4mph |
| **Max. grade:** | 13.9% |
| **Max. METs:** | 10.1 |
| **Max. HR:** | 139bpm at 3.4mph, 14.0% in Exercise 5:56 (Stage 3) -> 86% of 161bpm |
| **Worst Case:** | V6 at 3.4mph, 14.0% in Exercise 5:28 (Stage 3) |
| **ST level:** | -0.4mm (J + 60ms) |
| **ST slope:** | 5mm/s (J + 60ms) |
| **PVC Count:** | Rest: 1 / Exercise: 0 / Recovery: 0 |
| **RRmin: N-N:** | 330ms at 0.0mph, 0.0% in Recovery 1:21 |
| **RRmin: N-V:** | 645ms at 0.0mph, 0.0% in Resting 0:23 (Laying) |
| **RRmin: N-S:** | 428ms at 0.0mph, 0.0% in Resting 4:13 (Laying) |





Lincoln/Duntz 1138

Matthew Duntz underwent nuclear exercise stress testing November 22, 2021 which was read as an abnormal study with mild upper septal, mild inferior and mild anterior wall ischemia with transient ischemic dilation. I reviewed the results of the study with Matthew and his wife today. He also had chest discomfort immediately post exercise associated with EKG changes. Due to these findings, my recommendation is that he undergo repeat cardiac catheterization to see if his previous stents remain open. I started him on Nitro-Dur to use every day to try to minimize his symptoms and recommended that he not exercise until we have the results of the study. If he develops recurrent chest discomfort the my recommendation would be for him to be evaluated in the Boca Raton Regional Hospital ER. I have contacted his interventional cardiologist, Dr. Robert Cardia, to try to arrange for the catheterization to be performed next week. Matthew and his wife understand the indications for cardiac catheterization and the possibility of revascularization which may include angioplasty, stent placement or bypass surgery. They also understand the possible complications of these procedures including but not limited to myocardial infarction, stroke, heart failure, anemia, arrhythmia, death, infection, allergic reaction and the development of a femoral pseudoaneurysm requiring surgical repair. He will keep his office visit as scheduled. 11/23/21, cdf

Electronically signed by:Constance Fields M.D. Nov 23 2021 6:01PM EST Author

## Assessment

1. Abnormal findings on diagnostic imaging of heart and coronary circulation

## Procedure

INDICATION: CAD, angina

DEMOGRAPHICS
Patient Name: MATTHEW DUNTZ
Gender: M
DOB: Jul 6 1962 Age:59 year
MRN: 1018471
Date of Exam: Nov 22, 2021
Height: 6'2" Weight: 233 lbs

ORDERING PHYSICIAN: Constance Fields, MD

SUPERVISING PHYSICIAN: Constance Fields, MD

DATE OF EXAM: (Stress): 11/22/21
DATE OF EXAM: (Rest): 11/23/21

PROCEDURE: MYOCARDIAL PERFUSION IMAGING SPECT
Two-day Stress/Rest
Stress Protocol: Exercise Accelerated Bruce

NON-IMAGING DATE (STRESS TEST RESPONSE)
Rest Heart Rate: 80
Stress Heart Rate: 139
Rest Blood Pressure: 112/70
Stress Blood Pressure: 200/80
Rest ECG Findings: NSR, PRWP
Stress ECG Findings: ST, no ST segment depression - 2 minutes after exercise - develops biphasic T waves aVF and V6
Stress Symptoms: shortness of breath fatigue
Stress Duration: 6 min 5 sec
Percentage of maximum predict HR:86
#METS: 10.1
Reason for termination of stress: fatigue shortness of breath
achievement of target heart rate
Stress Test Findings: Abnormal with the development of biphasic T waves in aVF and V6 about 2 minutes after exercise lasting about 3 minutes associated with chest pain
RADIOACTIVE AND NON-RADIOACTIVE MATERIAL ADMINISTERED
Stress Isotope: Cardiolite (Tc99m MIBI)
Stress Isotope Dose (mCi): 28.3
Stress Isotope Route: IV
Timing of radiopharmaceuticals: 1 min prior to stopping exercise

Resting Isotope: Cardiolite (Tc99m MIBI)
Resting Isotope Dose: 30
Resting Isotope Route: IV

IMAGE DESCRIPTION: ADDITIONAL OBSERVATIONS
Image Quality: Excellent

LV FUNCTION AND WALL MOTION ANALYSIS:
Ejection Fraction: 62%
Overall LV Function: Normal
Regional Wall Motion Abnormalities: TID
Comparison to previous imaging: No previous study available for comparison

IMAGE DESCRIPTION: DEFECTS
Size extent: small
Severity intensity: mild
Location: Upper Septal , Inferior , Anterior
Type: Ischemic

IMPRESSION:
Perfusion Findings: Mild Upper Septal Ischemia. Mild Inferior Wall Ischemia. Mild Anterior Wall Ischemia.
TID

Interpreting Physician: Jay Baker, MD
Electronically signed by : Jay Baker, M.D.; Nov 24 2021 7:48AM EST (Author)

**History of Present Illness**

Matthew Duntz is followed by a PA at a walk-in clinic by the name of Shivanand Persad and Dr. Mazzae is a physician director in Boca Raton, Florida at 750-7300, fax-750-8918. He is an active 59-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology.

For evaluation of his previous complaints of diaphoresis which spontaneously resolved, he underwent CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. His MRIs performed in 2011 and 2012 were similar to his recent CT scan only that the splenic lesion seen with the current CT is new.

He underwent a PET CT scan of the abdomen in September, 2020 when a CT scan showed a 1.2 cm splenic lesion. The PET scan was unremarkable suggesting that the lesion was probably benign. He was referred to Dr. Sunil Patel of oncology who is now following him.

Matthew was transferred to BRH from our office in August, 2021 for evaluation of a prolonged episode of severe chest pain. He ruled out for myocardial infarction and underwent cardiac catheterization on August 4, 2021. His LVEF was 60% and there were no focal wall motion abnormalities. The stent in the proximal left circumflex vessel was widely patent. There were luminal irregularities in the RCA which was a medium size dominant vessel. The left main coronary artery was free of disease. The LAD had luminal irregularities. The first diagonal branch had a mid 90% stenosis and angioplasty was performed on this lesion.

Matthew presents to the office today for evaluation. Since last seen, he was hospitalized at BRH this time with a COVID-19 infection presenting initially with a fever, chest pain similar to what he had felt to be possible coronary ischemia which did resolve with one sublingual nitroglycerin, diffuse muscle aches, generalized weakness, extreme headaches and worsening tinnitus. He ruled out for myocardial infarction. He was discharged in stable condition after 3 days. He was not discharged on any new medications and he has not had chest pain since his discharge from the hospital. His EKG performed October 16, 2021 was normal. He is much better than when he left the hospital. His symptoms related to Covid have nearly completely resolved. He was tested yesterday and is now COVID-19 antigen negative. We thought that he was taking both atorvastatin as well as the Zetia when his labs were reviewed recently because his cholesterol had dropped so much and I told him he could stop the Zetia but continue the Lipitor. In reviewing our notes we had at some point switched him from Zocor to atorvastatin and then doubled the atorvastatin from 40 to 80 mg a day however he tells me now he is not taking the simvastatin or the atorvastatin. He should definitely restart the Zetia for now.

**Allergies**

No Known Drug Allergies

**Current Meds**

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily;
   Therapy: 30Mar2020 to (Evaluate:13May2022) Requested for: 18May2021; Last Rx:18May2021 Ordered
3. Atorvastatin Calcium 40 MG Oral Tablet; TAKE 1 TABLET BY MOUTH DAILY AS DIRECTED;
   Therapy: 06Aug2021 to (Evaluate:01Aug2022) Requested for: 06Aug2021; Last Rx:06Aug2021 Ordered
4. Clopidogrel Bisulfate 75 MG Oral Tablet; TAKE 1 TABLET BY MOUTH DAILY;
   Therapy: 06Aug2021 to (Evaluate:01Aug2022) Requested for: 06Aug2021; Last Rx:06Aug2021 Ordered
5. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
7. Irbesartan 75 MG Oral Tablet; TAKE 0.5 TABLET Daily;
   Therapy: 26Oct2020 to (Evaluate:13May2022) Requested for: 18May2021; Last Rx:18May2021 Ordered
8. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
9. Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: 30Mar2020 to (Evaluate:30Apr2022) Requested for: 05May2021; Last Rx:05May2021 Ordered
10. Vitamin D 50 MCG (2000 UT) Oral Capsule;
    Therapy: (Recorded:13Jan2020) to Recorded

**Active Problems**

Abnormal weight loss
Angina pectoris
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperglycemia
Hyperlipidemia
Hypothyroidism
Lesion of spleen
Melanoma

- Myalgia
- Night sweats
- Past myocardial infarction
- S/P coronary artery stent placement
- Vitamin D deficiency

**Surgical History**

Status post lymph node resection from the left axilla in 2007

**Social History**

- Married
- Never a smoker
- One child
- Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

**Family History**

His mother is 85 years old and died from renal failure. When she was in her 60s she had a myocardial infarction and she also had a pacemaker.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

**Vitals**

Vital Signs
Recorded: 28Oct2021 04:09PM
Height: 6 ft 2 in
Weight: 233 lb 6 oz

BMI Calculated: 29.96 kg/m2
BSA Calculated: 2.32
Accompanied By: SPOUSE (TEMP 97.3)
Temperature: 97.4 F
Blood Pressure: 110 / 60, RUE, Sitting
Heart Rate: 86

**Review of Systems**

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

**Physical Exam**

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema -
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

**Results/Data**

His EKG performed October 16, 2021 at BRH was normal
His EKG performed August 3, 2021 is similar to his prior tracing showing normal sinus rhythm with low voltage in the limb leads
His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

**Plan**

1. Temporarily Stop: Atorvastatin Calcium 40 MG Oral Tablet
2. Renew: Clopidogrel Bisulfate 75 MG Oral Tablet (Plavix); TAKE 1 TABLET BY MOUTH DAILY
3. Renew: Irbesartan 75 MG Oral Tablet; TAKE 0.5 TABLET Daily
4. Renew: Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY
5. Nuclear Stress Test - In House; Status:Need Information - Financial Authorization; Requested for:28Oct2021;
6. *Continue Medications; Status:Complete; Done: 28Oct2021
7. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 28Oct2021
8. Free Text Exercise Instruction; Status:Complete; Done: 28Oct2021
9. Notify Provider if any chest pain; Status:Complete; Done: 28Oct2021
10. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 28Oct2021
11. Follow-up After Cardiac Testing Has Been Completed Follow up Follow-up Status: Complete Done: 28Oct2021

**Discussion/Summary**

1. History of fleeting episodes of dizziness associated with diaphoresis centered on his face -no further events, he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. 2 vessel coronary artery disease -status post MI in March 22, 2020 and status post PCI and drug-eluting stent placement to a proximal to mid 100% circumflex lesion--he is status post PTCA of critical mid diagonal branch lesion on August 4, 2021 after presenting to the office with severe chest pain and diaphoresis. The circumflex stent site was patent. He had a recurrent episode of his typical angina mid-October along with other COVID-19 infections hospitalized at BRH, ruling out for MI and has been asymptomatic since. Symptoms did resolve with one sublingual nitroglycerin tablet. My recommendation is that he undergo nuclear exercise stress testing.
3. Hyperlipidemia -well-controlled on simvastatin 40 mg every evening without myalgias or myopathy -however since he has had significant progression of his known CAD he was switched to atorvastatin and I recommend taking the 80 mg dose. He will be given a prescription to have his labs drawn in 6 weeks. Since he has such aggressive disease and although he is only been on one statin at the maximum dose, I think it would be worthwhile to add a PCSK9 inhibitor which may be more effective in just taking a statin to slow down the progression of his aggressive CAD. -At this point it is unclear if he is also taking a statin so he will check his medications at home-for now at least he will restart Zetia
4. Hypothyroidism -his medication is dosed by his primary care physician -
5. Remote history of syncope about 6 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout - asymptomatic, he is to continue allopurinol -
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time -he was seen by his dermatologist recently who removed precancerous lesions -one on his right leg and one on his right cheek
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Severe night sweats primarily involving his head - the symptoms spontaneously resolved at the end of March, 2020. CT of the chest abdomen and pelvis was stable except for a new small splenic lesion a PET CT scan performed in September indicated the splenic lesion was most likely benign
10. Small splenic lesion seen on recent chest, abdomen and pelvic CT study 4/6/20 -his PET CT scan performed in September, 2020 indicated this was probably benign

11. Removal of a benign tumor from the left side of his face in July, 2021
12. Severe COVID-19 breakthrough infection for which he was hospitalized mid October, 2021 - he has made a complete recovery

Matthew's vital signs are normal. He is doing well since he was discharged from BRH having just been treated for COVID-19 for a breakthrough infection having received the Moderna vaccination. He had his typical angina symptoms when he first presented to the hospital but with 1 sublingual nitroglycerin tablet the symptoms resolved and have not reoccurred. Although he is asymptomatic from a cardiac standpoint at this time, my recommendation is that he strongly consider undergoing nuclear exercise stress testing to see if he has any significant zones of ischemia. He will be brought back to the office to review the results. At this time, he should definitely restart Zetia 10 mg every evening even though his cholesterol levels are low and then go through his cabinet at home and see if he has been on one of the statins. Should he develop any possible cardiac symptoms, he knows to contact us.

Electronically signed by : Constance Fields, M.D.; Oct 28 2021 5:30PM EST (Author)

Labs are stable with further decrease in lipid levels, he is on maximum dose of atorvastatin 80 mg a day and Zetia -okay to discontinue Zetia-follow strict low cholesterol diet and recheck lipid profile and LFTs with a CK level in 3 months. cdf

Spoke with patient 10/15/2021 AB
Mailed copy of results to patient 10/15/2021 AB

**Verified Results**

**Lipid Panel** | **30Sep2021 08:41AM** | **Fields, Constance**
Lab Received: 09/30/2021 8:43 AM

| Test Name | Result | Flag | Reference |
|---|---|---|---|
| CHOLESTEROL, TOTAL | 86 mg/dL | | <200 mg/dL |
| HDL CHOLESTEROL | 38 mg/dL | L | > OR = 40 mg/dL |
| TRIGLYCERIDES | 104 mg/dL | | <150 mg/dL |
| LDL CHOLESTEROL | 29 mg/dL (calc) | | mg/dL (calc) |

Reference range: <100

Desirable range <100 mg/dL for primary prevention; <70 mg/dL for patients with CHD or diabetic patients with > or = 2 CHD risk factors.

LDL-C is now calculated using the Martin-Hopkins calculation, which is a validated novel method providing better accuracy than the Friedewald equation in the estimation of LDL-C.
Martin SS et al. JAMA. 2013;310(19): 2061-2068
(http://education.QuestDiagnostics.com/faq/FAQ164)

| Test Name | Result | Flag | Reference |
|---|---|---|---|
| CHOL/HDLC RATIO | 2.3 (calc) | | <5.0 (calc) |
| NON HDL CHOLESTEROL | 48 mg/dL (calc) | | <130 mg/dL (calc) |

For patients with diabetes plus 1 major ASCVD risk factor, treating to a non-HDL-C goal of <100 mg/dL (LDL-C of <70 mg/dL) is considered a therapeutic option.

**Alkaline Phosphatase, Serum** | **30Sep2021 08:41AM** | **Fields, Constance**
Lab Received: 09/30/2021 8:43 AM

| Test Name | Result | Flag | Reference |
|---|---|---|---|
| ALKALINE PHOSPHATASE | 73 U/L | | 35-144 U/L |

**AST - SGOT - Aspartate Aminotransferase** | **30Sep2021 08:41AM** | **Fields, Constance**
Lab Received: 09/30/2021 8:43 AM

| Test Name | Result | Flag | Reference |
|---|---|---|---|
| AST | 16 U/L | | 10-35 U/L |

**ALT - SGPT - Alanine Aminotransferase** | **30Sep2021 08:41AM** | **Fields, Constance**
Lab Received: 09/30/2021 8:43 AM

| Test Name | Result | Flag | Reference |
|---|---|---|---|

| | | | |
|---|---|---|---|
| ALT | 19 U/L | | 9-46 U/L |

**CK - Creatine Kinase, Total, Serum** **30Sep2021 08:41AM** **Fields, Constance**
Lab Received: 09/30/2021 8:43 AM

| Test Name | Result | Flag | Reference |
|---|---|---|---|
| CREATINE KINASE, TOTAL | 72 U/L | | 44-196 U/L |

Electronically signed by : Constance Fields, M.D.; Oct 17 2021 6:33PM EST (Review)

PCP Notification (1/1) 10/16/2021 03:42:45 PM -0400

**Boca Raton Regional Hospital**
Electronically signed by Constance Fields M.D. Oct 18 2021 4:38PM EST Review 10/18/2021
**BAPTIST HEALTH SOUTH FLORIDA**

# FAX COVER SHEET

10/16/2021 3:20:08PM

| | |
|---|---|
| **From:** BOCA RATON REGIONAL HOSPITAL | **To:** FIELDS, CONSTANCE. MD |
| **Department:** | **Company:** |
| **Telephone No:** | **Telephone No:** (561)483-8335 |
| **Fax No.:** | **Fax No.:** 561-483-1756 |

## MESSAGE

Notice of Admission: Patient Name: DUNTZ, MATTHEW DOB: was admitted at BRRH at 10/16/2021 02:55 PM

**Number of pages including cover sheet :** **Page 1 of 1**

This message is intended only for the use of the individual to whom, or entity to which, it is addressed and may contain information that is privileged, confidential and exempt under applicable law. If the reader of the message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the communication is prohibited. If you have received this communication in error, please notify us immediately by telephone to BHSF Corporate Privacy Hotline at (866) 334-4722 (collect). Thank you

800 Meadows Road
Boca Raton, FL 33486

10/16/2021 3:21PM (GMT-04:00)

**Boca Raton Regional Hospital**
BAPTIST HEALTH SOUTH FLORIDA

# FAX COVER SHEET

10/18/2021 9:50:07AM

| | |
|---|---|
| **From:** BOCA RATON REGIONAL HOSPITAL | **To:** FIELDS, CONSTANCE. MD |
| **Department:** | **Company:** |
| **Telephone No:** | **Telephone No:** (561)483-8335 |
| **Fax No.:** | **Fax No.:** 561-483-1756 |

## MESSAGE

Notice of Discharge: Patient Name: DUNTZ, MATTHEW DOB: 07/06/1962 was discharged from BRRH at 10/18/2021 09:45 AM

**Number of pages including cover sheet :** **Page 1 of 1**

This message is intended only for the use of the individual to whom, or entity to which, it is addressed and may contain information that is privileged, confidential and exempt under applicable law. If the reader of the message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the communication is prohibited. If you have received this communication in error, please notify us immediately by telephone to BHSF Corporate Privacy Hotline at (866) 334-4722 (collect). Thank you

800 Meadows Road
Boca Raton, FL 33486

10/18/2021 9:51AM (GMT-04:00)

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | |
|---|---|---|---|---|
| Patient Name: | **DUNTZ, MATTHEW** | | | |
| Date of Birth: | | Age: **59 years** | Gender: | **Male** |
| MRN: | **001561221** | | Admit Date: | **10/16/2021** |
| FIN: | **2128900299** | | Discharge Date: | **10/18/2021** |
| Admitting MD: | **GOLUB,MD,JASON D** | | | |

## Progress Notes

| | |
|---|---|
| Document Type: | Cardiology Progress Note |
| Collected/Entered Date/Time: | 10/18/2021 07:57 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Progress Note -cardiology |
| Sign Information: | GABOR,MD,RONALD M (10/18/2021 08:00 EDT) |

**Date of Service**
10/18/2021

**Subjective**
Awake. Alert. Comfortable on room air. No further chest pain. Exercise to go home.

Telemetry: Sinus rhythm 70s

Review of systems Constitutional: [No fevers, chills, sweats]
Eye: [No recent visual problems]
ENMT: [No ear pain, nasal congestion, sore throat]
Respiratory: [No shortness of breath, cough]
Cardiovascular: [No Chest pain, palpitations, syncope]
Gastrointestinal: [No nausea, vomiting, diarrhea]
Genitourinary: [No hematuria]

**Intake and Output**

This visit (24 hour periods starting at 06:00 EDT)

| | 10/18/21 * | 10/17/21 | 10/16/21 |
|---|---|---|---|
| Total Summary | | | |
| Intake mL | -- | 555 | -- |
| Output mL | -- | 2 | -- |
| Fluid Balance | -- | 553 | -- |
| Intake (1) | | | |
| Oral Intake mL | -- | 555 | -- |
| Total | -- | 555 | -- |
| Output (1) | | | |
| Urine Voided mL | -- | 2 | -- |
| Total | -- | 2 | -- |
| Counts (2) | | | |
| Oral Intake mL | -- | 555 | -- |
| Urine Voided mL | -- | 2 | -- |

* This column has not completed the indicated time period.

**Allergies**
No Known Allergies

**Medications**
Inpatient
- acetaminophen, 650 mg= 2 tab, Oral, every 6 hr, PRN
- acetaminophen, 325 mg= 1 tab, Oral, every 6 hr, PRN
- allopurinol, 100 mg= 1 tab, Oral, Daily
- Ambien, 5 mg= 1 tab, Oral, Daily (at bedtime), PRN
- aspirin, 81 mg= 1 tab, Oral, Daily
- Colace, 100 mg= 1 cap, Oral, BID
- diphenhydrAMINE, 25 mg= 1 tab, Oral, every 6 hr, PRN
- Dulcolax Laxative, 10 mg= 2 tab, Oral, BID, PRN
- ezetimibe, 10 mg= 1 tab, Oral, Mo/We/Fr
- levothyroxine, 50 mcg= 1 tab, Oral, Daily
- losartan, 12.5 mg= 0.5 tab, Oral, Daily
- Lovenox, 40 mg= 0.4 mL, Subcutaneous, Daily
- metoprolol succinate ER, 12.5 mg= 0.5 tab, Oral, Daily
- Nitro-Bid 2% transdermal ointment, 0.5 in, Topical, every 6 hr, PRN
- Nitrostat, 0.4 mg= 1 tab, SL, every 5 min, PRN
- pantoprazole, 40 mg= 1 tab, Oral, Daily
- Plavix, 75 mg= 1 tab, Oral, Daily
- Zofran, 4 mg= 2 mL, IV Push, every 6 hr, PRN

Home
- allopurinol 100 mg oral tablet, 100 mg= 1 tab, Oral, Daily
- Aspirin Low Dose 81 mg oral delayed release tablet, 81 mg= 1 tab, Oral, Daily
- irbesartan 75 mg oral tablet, 37.5 mg= 0.5 tab, Oral, Daily
- levothyroxine 50 mcg (0.05 mg) oral tablet, 50 mcg= 1 tab, Oral, Daily
- Metoprolol Succinate ER 25 mg oral tablet, extended release, 12.5 mg= 0.5 tab, Oral, Daily
- Plavix 75 mg oral tablet, 75 mg= 1 tab, Oral, Daily

**Oxygen Settings**
Oxygen Therapy: Room air (10/18/21 04:01:00)

**Lab Results (Last 24 Hours)**

| Hematology | Chemistry |
|---|---|
| White Cell | Sodium |



3/1/24
1-1-21

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | | | |
| Date of Birth: | | Age: | 59 years | Gender: | Male |
| MRN: | 001561221 | | | Admit Date: | 10/16/2021 |
| FIN: | 2128900299 | | | Discharge Date: | 10/18/2021 |
| Admitting MD: | GOLUB,MD,JASON D | | | | |

## *Progress Notes*

**Physical Exam**

Vitals & Measurements
**T:** 36.5 °C (Oral) **TMIN:** 36.6 °C (Oral) **TMAX:** 37.6 °C (Oral)
**HR:** 64(Peripheral) **RR:** 16 **BP:** 111/74 **SpO2:** 98%

Patient is awake and alert no distress comfortable on room air. Per RN his lung fields are clear and his cardiac rhythm is regular

**Impressions**

59-year-old male history of CAD PCI circumflex 2020, PTCA diagonal branch August 2021. Admitted with chest pain symptoms reminiscent but not as intense as previous unstable angina. Troponin negative x2. Unremarkable EKG. Also with intermittent fevers and COVID 19 positive status . However, he is on room air, comfortable, clear chest x-ray. Not being treated.

Patient anxious for discharge. No further cardiac studies at this time. He should follow up with Dr. fields outpatient once he has convalesced terms COVID-19 infection. Apparently no further management plans per ID as well

Will sign off.

**Assessment/Plan**

1. Acute chest pain
2. Shortness of breath
3. COVID-19 virus infection
4. Fever
5. Chills
6. Cough

Orders:
Communication Order

Count: 4.2 K/mcL (10/18/21 07:09:00)
Red Cell Count: 4.41 x10^6/mcL Low (10/18/21 07:09:00)
Hemoglobin: 13.7 g/dL (10/18/21 07:09:00)
Hematocrit: 40 % (10/18/21 07:09:00)
Platelet Count: 168 K/mcL (10/18/21 07:09:00)
MCV: 90.7 fL (10/18/21 07:09:00)
MCH: 31.1 pg High (10/18/21 07:09:00)
MCHC: 34.3 g/dL (10/18/21 07:09:00)
RDW: 11.8 % (10/18/21 07:09:00)
Nucleated RBCs: 0 /100(WBCs) (10/18/21 07:09:00)
Absolute Nucleated RBC Count: 0 x10^3/mcL

Level: 139 mmol/L (10/18/21 07:09:00)
Potassium Level: 4 mmol/L (10/18/21 07:09:00)
Chloride Level: 108 mmol/L (10/18/21 07:09:00)
CO2: 30 mmol/L (10/18/21 07:09:00)
Glucose Level: 98 mg/dL (10/18/21 07:09:00)
BUN: 11 mg/dL (10/18/21 07:09:00)
Creatinine: 0.9 mg/dL (10/18/21 07:09:00)
GFR, African American: >60 mL/min/1.73 m2 (10/18/21 07:09:00)
GFR, Non African American: >60 mL/min/1.73 m2 (10/18/21 07:09:00)
Calcium

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 10/16/2021 |
| FIN: | 2128900299 | Discharge Date: | 10/18/2021 |
| Admitting MD: | GOLUB,MD,JASON D | | |

## *Progress Notes*

(10/18/21 07:09:00) Level: 8.8 mg/dL (10/18/21 07:09:00)
Troponin I: <0.015 ng/mL (10/17/21 13:35:00)

**Imaging Results (Last 24 Hours)**
No qualifying data available.

**Advance Directive**
Advance Directive:No - - 10/16/2021 18:35

**Code Status**
Full Code

Electronically Signed on 10/18/2021 08:00

GABOR, MD, RONALD M

## History of Present Illness

Matthew Duntz is followed by a PA at a walk-in clinic by the name of Shivanand Persad and Dr. Mazzae is a physician director in Boca Raton, Florida at 750-7300, fax-750-8918. He is an active 59-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology. His labs drawn included a cholesterol of 124, HDL 42 and LDL of 58 his troponin increased to a maximum of 5.8. His CBC and renal function were stable.

For evaluation of his previous complaints of diaphoresis which spontaneously resolved, he underwent CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. His MRIs performed in 2011 and 2012 were similar to his recent CT scan only that the splenic lesion seen with the current CT is new.

He underwent a PET CT scan of the abdomen in September, 2020 when a CT scan showed a 1.2 cm splenic lesion. The PET scan was unremarkable suggesting that the lesion was probably benign. He was referred to Dr. Sunil Patel of oncology who is now following him.

Matthew presented to the office this week with a complaint of an hour-long episode of 6 out of 10 left-sided chest discomfort associated with shortness of breath, diaphoresis and severe fatigue afterward. In the office during the evaluation he redevelop similar symptoms so was transferred by ACLS ambulance to Boca Raton Regional Hospital. He ruled out for myocardial infarction and underwent cardiac catheterization on August 4, 2021. His LVEF was 60% and there were no focal wall motion abnormalities. The stent in the proximal left circumflex vessel was widely patent. There were luminal irregularities in the RCA which was a medium size dominant vessel. The left main coronary artery was free of disease. The LAD had luminal irregularities. The first diagonal branch had a mid 90% stenosis and angioplasty was performed on this lesion. He recognized soon after the vessel was dilated how

much better he felt and he has basically been asymptomatic since he was discharged from the hospital yesterday.

**Allergies**

No Known Drug Allergies

**Current Meds**

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily;
   Therapy: 30Mar2020 to (Evaluate:13May2022) Requested for: 18May2021; Last Rx:18May2021 Ordered
3. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
4. Ezetimibe 10 MG Oral Tablet; TAKE 1 TABLET BY MOUTH EVERY DAY FOR 30 DAYS;
   Therapy: 25Jun2020 to (Evaluate:30Apr2022) Requested for: 05May2021; Last Rx:05May2021 Ordered
5. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Irbesartan 75 MG Oral Tablet; TAKE 0.5 TABLET Daily;
   Therapy: 26Oct2020 to (Evaluate:13May2022) Requested for: 18May2021; Last Rx:18May2021 Ordered
7. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
8. Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: 30Mar2020 to (Evaluate:30Apr2022) Requested for: 05May2021; Last Rx:05May2021 Ordered
9. Simvastatin 40 MG Oral Tablet; TAKE 1 TABLET BY MOUTH DAILY AS DIRECTED;
   Therapy: 05Apr2021 to (Evaluate:30Apr2022) Requested for: 05May2021; Last Rx:05May2021 Ordered
10. Vitamin D 1000 UNIT TABS;
    Therapy: (Recorded:13Jan2020) to Recorded
11. Vitamin D 50 MCG (2000 UT) Oral Capsule;
    Therapy: (Recorded:13Jan2020) to Recorded

**Active Problems**

Abnormal weight loss
Angina pectoris
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperglycemia
Hyperlipidemia
Hypothyroidism
Lesion of spleen
Melanoma
Myalgia
Night sweats
Past myocardial infarction
Vitamin D deficiency

**Surgical History**

Status post lymph node resection from the left axilla in 2007

## Social History

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

## Family History

His mother is 85 years old and died from renal failure. When she was in her 60s she had a myocardial infarction and she also had a pacemaker.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

## Vitals

Vital Signs
Recorded: 06Aug2021 10:11AM
- Blood Pressure Additional: 116 / 78, LUE, Sitting

Recorded: 06Aug2021 09:44AM
- Height: 6 ft 2 in
- Weight: 235 lb
- BMI Calculated: 30.17 kg/m2
- BSA Calculated: 2.33
- Blood Pressure: 104 / 75
- Heart Rate: 90
- Temperature: 97.2 F

## Review of Systems

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders
MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

## Physical Exam

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema -the right groin cardiac catheterization site is free of hematoma, ecchymosis and there is no bruit.
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

## Results/Data

His EKG performed August 3, 2021 is similar to his prior tracing showing normal sinus rhythm with low voltage in the limb leads
His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

## Plan

1. Temporarily Stop: Simvastatin 40 MG Oral Tablet
2. Start: Atorvastatin Calcium 40 MG Oral Tablet; TAKE 1 TABLET BY MOUTH DAILY AS DIRECTED
3. Start: Clopidogrel Bisulfate 75 MG Oral Tablet (Plavix); TAKE 1 TABLET BY MOUTH DAILY
4. Alkaline Phosphatase, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:17Sep2021;

5. ALT - SGPT - Alanine Aminotransferase; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:17Sep2021;
6. AST - SGOT - Aspartate Aminotransferase; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:17Sep2021;
7. CK - Creatine Kinase, Total, Serum; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:17Sep2021;
8. Lipid Panel; Specimen Source:Blood; Status:Hold For - Specimen/Data Collection; Requested for:17Sep2021;
9. Follow-up visit in 8 weeks Follow up Follow-up Status: Hold For - Scheduling Requested for: 06Aug2021
10. *Continue Medications; Status:Complete; Done: 06Aug2021
11. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 06Aug2021
12. Free Text Exercise Instruction; Status:Complete; Done: 06Aug2021
13. Notify Provider if any chest pain; Status:Complete; Done: 06Aug2021
14. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 06Aug2021

## Discussion/Summary

1. History of fleeting episodes of dizziness associated with diaphoresis centered on his face -no further events, he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.
2. 2 vessel coronary artery disease -status post MI in March 22, 2020 and status post PCI and drug-eluting stent placement to a proximal to mid 100% circumflex lesion--he is status post PTCA of critical mid diagonal branch lesion on August 4, 2021 after presenting to the office with severe chest pain and diaphoresis. The circumflex stent site was patent. This was performed at BRH without complication. He is now currently asymptomatic 2 days post procedure.
3. Hyperlipidemia -well-controlled on simvastatin 40 mg every evening without myalgias or myopathy - however since he has had significant progression of his known CAD he was switched to atorvastatin and I recommend taking the 80 mg dose. He will be given a prescription to have his labs drawn in 6 weeks. Since he has such aggressive disease and although he is only been on one statin at the maximum dose, I think it would be worthwhile to add a PCSK9 inhibitor which may be more effective in just taking a statin to slow down the progression of his aggressive CAD.
4. Hypothyroidism -his medication is dosed by his primary care physician -
5. Remote history of syncope about 6 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout - asymptomatic, he is to continue allopurinol -
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time -he was seen by his dermatologist recently who removed precancerous lesions -one on his right leg and one on his right cheek
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Severe night sweats primarily involving his head - the symptoms spontaneously resolved at the end of March, 2020. CT of the chest abdomen and pelvis was stable except for a new small splenic lesion a PET CT scan performed in September indicated the splenic lesion was most likely benign
10. Small splenic lesion seen on recent chest, abdomen and pelvic CT study 4/6/20 -his PET CT scan performed in September, 2020 indicated this was probably benign
11. Removal of a benign tumor from the left side of his face in July, 2021

Matthew's vital signs are normal. He is doing well s/p cardiac catheterization and angioplasty of a mid diagonal lesion. He has not had any anginal events since the procedure. He was placed on Plavix in addition to his aspirin. He was switched from simvastatin to atorvastatin and I recommend doubling the dose of atorvastatin to 80 mg a day. He is aware of the possible side effects. He will be given a prescription to have his labs drawn in 6 weeks. It may be worthwhile ultimately to put him on a PCSK9 inhibitor as well since he has aggressive CAD. Make arrangements to see him in 8 weeks for evaluation. Should he develop any possible significant cardiac symptoms, he knows to contact us.

Electronically signed by : Constance Fields, M.D.; Aug 6 2021 10:18AM EST (Author)

## History of Present Illness

Matthew Duntz is followed by a PA at a walk-in clinic by the name of Shivanand Persad in Boca Raton, Florida at 750-7300, fax-750-8918. He is an active 59-year-old gentleman with CAD - status post non ST segment elevation MI March 22, 2020 and single-vessel disease with 100% proximal to mid left circumflex occlusion-status post successful PCI and stent placement, hypothyroidism, hyperlipidemia, benign positional vertigo, gout, a remote history of a single syncopal episode as he was being set up for a blood donation and the IV was being placed and a history of 2 melanomas, one located on the back of his neck and the other on his umbilicus. Since the end of December he has been experiencing random episodes of sudden dizziness as if he's moving towards the right lasting split seconds and usually when he is standing. The first time it occurred he was in bed and his eyes were closed - he rolled over to the right and he could tell something was wrong. He became diaphoretic and when he opened his eyes the room was spinning and immediately it resolved. A few hours later he got up to get a drink of water and it occurred again for fleeting seconds. He was evaluated by ENT physician, Dr. Houle, who diagnosed benign positional vertigo and has had no recurrence of the dizziness after the Epley maneuvers were performed. His dermatologist is Dr. Channing Barnett in Boca Raton.

Echocardiography performed January 23, 2020 showed normal cardiac chamber sizes with preserved LV systolic function and a normal ejection fraction, trace mitral and tricuspid insufficiency with normal RV systolic pressure. He had a CT of the brain without contrast January 21, 2020 showing no evidence of an acute intracranial lesion. Also there appeared to be a small retention cyst in the left maxillary sinus. He wore a Holter monitor for almost 5 days showing normal sinus rhythm with an average heart rate of 86 bpm, minimum rate 61 and a maximal heart rate of 137 bpm when he was in a sinus tachycardia. There was no ventricular or supraventricular ectopy observed and there were no pauses. He was asymptomatic during the study.

Matthew was hospitalized March 22, 2020 at BRH with an acute myocardial infarction undergoing successful PCI and drug-eluting stent placement to a proximal to mid 100% left circumflex occlusion performed by Dr Carrillo. He had single-vessel coronary artery disease. He was discharged on March 24, 2020. He had developed substernal chest burning which then became a pressure-like discomfort associated with nausea and vomiting a few days before he presented to the hospital. Echocardiography also performed during his hospitalization March 22, 2020 showed normal LV size with mild concentric LVH and normal wall motion with mild right ventricular dilation, normal atrial size with mild MR. He had a trace pericardial effusion. His chest x-ray during his hospitalization showed no evidence of lung pathology. His labs drawn included a cholesterol of 124, HDL 42 and LDL of 58 his troponin increased to a maximum of 5.8. His CBC and renal function were stable.

For evaluation of his previous complaints of diaphoresis which spontaneously resolved, he underwent CT with IV contrast on 4/6/20, of the chest, abdomen and pelvis showing what appears to be a new small enhancing lesion within the spleen which was nonspecific and the recommendation was to repeat the study in 3 months. He had a liver hemangioma and multiple liver cysts and fat-containing right inguinal hernia and femoral hernia. The CT of the chest was unremarkable. His MRIs performed in 2011 and 2012 were similar to his recent CT scan only that the splenic lesion seen with the current CT is new.

He underwent a PET CT scan of the abdomen in September, 2020 when a CT scan showed a 1.2 cm splenic lesion. The PET scan was unremarkable suggesting that the lesion was probably benign. He was referred to Dr. Sunil Patel of oncology who is now following him.

Matthew called yesterday asking to be seen as soon as possible because he developed an hour long episode of moderate to severe 6/10 left-sided chest pressure that then became bilateral associated with shortness of breath, diaphoresis and he felt very fatigued afterward. He was sitting at his desk working at the time and was under emotional stress. He took aspirin right away when it began. The symptoms were dissimilar to the symptoms he had had when he had his myocardial infarction year and a half ago. He feels somewhat fatigued or "washed out "today however he is not having chest pain and at least until now he has not had any shortness of breath, lightheadedness or dizziness, palpitations or leg swelling. 2 weeks ago he had surgery to remove a benign tumor from the left side of his face.

## Allergies

No Known Drug Allergies

## Current Meds

1. Allopurinol 100 MG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
2. Aspirin 81 MG Oral Tablet Delayed Release; Take 1 tablet daily;
   Therapy: 30Mar2020 to (Evaluate:13May2022) Requested for: 18May2021; Last Rx:18May2021 Ordered
3. DHEA 50 CAPS;
   Therapy: (Recorded:13Jan2020) to Recorded
4. Ezetimibe 10 MG Oral Tablet; TAKE 1 TABLET BY MOUTH EVERY DAY FOR 30 DAYS;
   Therapy: 25Jun2020 to (Evaluate:30Apr2022) Requested for: 05May2021; Last Rx:05May2021 Ordered
5. Glucosamine TABS;
   Therapy: (Recorded:13Jan2020) to Recorded
6. Irbesartan 75 MG Oral Tablet; TAKE 0.5 TABLET Daily;
   Therapy: 26Oct2020 to (Evaluate:13May2022) Requested for: 18May2021; Last Rx:18May2021 Ordered
7. Levothyroxine Sodium 50 MCG Oral Tablet;
   Therapy: (Recorded:13Jan2020) to Recorded
8. Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET DAILY;
   Therapy: 30Mar2020 to (Evaluate:30Apr2022) Requested for: 05May2021; Last Rx:05May2021 Ordered
9. Simvastatin 40 MG Oral Tablet; TAKE 1 TABLET BY MOUTH DAILY AS DIRECTED;
   Therapy: 05Apr2021 to (Evaluate:30Apr2022) Requested for: 05May2021; Last Rx:05May2021 Ordered
10. Vitamin D 1000 UNIT TABS;
    Therapy: (Recorded:13Jan2020) to Recorded
11. Vitamin D 50 MCG (2000 UT) Oral Capsule;
    Therapy: (Recorded:13Jan2020) to Recorded

## Active Problems

Abnormal weight loss
Angina pectoris
Benign paroxysmal positional vertigo
Coronary arteriosclerosis
Dizziness
Exertional shortness of breath
Gout
Hearing loss
Hyperglycemia
Hyperlipidemia
Hypothyroidism
Lesion of spleen
Melanoma
Myalgia
Night sweats
Past myocardial infarction
Vitamin D deficiency

## Surgical History

Status post lymph node resection from the left axilla in 2007

## Social History

Married
Never a smoker
One child
Social alcohol use

He is married. He runs an aviation company. He has one daughter who is 30 years old and in good health. He has never smoked. He drinks a couple drinks of vodka a night. He has no history of drug abuse or addiction.

## Family History

His mother is 85 years old and died from renal failure. When she was in her 60s she had a myocardial infarction and she also had a pacemaker.
His father died at the age of 85 from complications of old age. He did not have heart disease.
He has 2 brothers and one sister, all in good health although all of his siblings also have a history of melanoma.

## Vitals

Vital Signs
Recorded: 03Aug2021 09:56AM
- Height: 6 ft 2 in
- Weight: 238 lb
- BMI Calculated: 30.56 kg/m2
- BSA Calculated: 2.34
- Blood Pressure: 112 / 77
- Heart Rate: 93

## Review of Systems

GENERAL: Appetite is good, No fever or chills. No recent weight gain or loss
NEUROLOGIC: No Stroke or TIA, No Headaches or Seizures + dizziness
EYES: No double or blurred vision
EARS: No hearing loss or Tinnitus.
RESPIRATORY: No chronic cough, Shortness of Breath, Asthma or Emphysema, or Lung Cancer
CARDIAC: No Angina , previous MI, CHF, Arrhythmias, near or true Syncope.
GI: No Acid Reflux. No Ulcers, dark tarry stools, Colitis, or Colorectal Cancer
GU: No Kidney Stones or Hematuria
ENDOCRINE: No Diabetes or Thyroid Disorders

MUSCULOSKELETAL: No Osteoarthritis or Fibromyalgia, or Collagen Vascular Disease
HEMATOLOGIC: No History of Anemia, Leukemia or Lymphoma
PSYCHIATRIC: No Anxiety or Depression
SKIN: No Rash or Skin Cancer

## Physical Exam

GENERAL APPEARANCE: Appears stated age, well appearing, NAD
Psych: normal mood and behavior
HEENT: PERRL
NECK: Supple. Carotids 2+, without bruits. No thyromegaly. No JVD.
LUNGS: Respirations are unlabored. Clear to auscultation.
HEART: PMI not displaced. Normal S1,S2 without murmurs, gallops, or rubs.
ABDOMEN: Soft, non-tender, without hepato-splenomegaly. No bruits or masses.
EXTREMITIES: Pulses 2+ throughout. Without clubbing, cyanosis, or edema -
NEUROLOGIC: Alert and oriented x3, cranial nerves II-XII intact, motor/sensory exam grossly intact.
Skin: no rash or hives

## Results/Data

His EKG performed August 3, 2021 is similar to his prior tracing showing normal sinus rhythm with low voltage in the limb leads
His EKG performed January 13, 2020 showed normal sinus rhythm and was within normal limits

## Assessment

1. Angina pectoris

## Plan

1. Heart Cath, Left; Status:Need Information - Financial Authorization; Requested for:03Aug2021;
2. Follow-up After Cardiac Testing Has Been Completed Follow up Follow-up Status: Hold For - Scheduling Requested for: 03Aug2021
3. *Continue Medications; Status:Complete; Done: 03Aug2021
4. Eat a low fat and low cholesterol diet.; Status:Complete; Done: 03Aug2021
5. Free Text Exercise Instruction; Status:Complete; Done: 03Aug2021
6. Notify Provider if any chest pain; Status:Complete; Done: 03Aug2021
7. We have discussed the most important medication side effects. Please call if you have any further questions; Status:Complete; Done: 03Aug2021

## Discussion/Summary

1. History of fleeting episodes of dizziness associated with diaphoresis centered on his face -no further events, he was evaluated by ENT who feels that he had benign positional vertigo and his symptoms have not reoccurred since he had the Epley maneuvers.

2. Critical single-vessel coronary artery disease-status post MI March 22, 2020 and status post PCI and drug-eluting stent placement to a proximal to mid 100% circumflex lesion--his angina consists of substernal chest pressure or burning -he had an episode of bilateral anterior chest heaviness with diaphoresis and shortness of breath yesterday-August 2, 2021-his EKG performed today August 3, is stable. He has not had recurrent symptoms but feels generalized fatigue. The symptoms are similar to what he experienced with his myocardial infarction last year
3. Hyperlipidemia -well-controlled on simvastatin 40 mg every evening without myalgias or myopathy
4. Hypothyroidism -his medication is dosed by his primary care physician -
5. Remote history of syncope about 6 years ago which occurred while he was being stuck with a needle most likely was a vasovagal reaction - he avoids this reaction now so long as his blood is obtained from his vessels in his hand
6. Gout - asymptomatic, he is to continue allopurinol -
7. History of 2 skin melanomas - first diagnosed in 2007 - status post left node excision of the left axilla at that time -he was seen by his dermatologist recently who removed precancerous lesions -one on his right leg and one on his right cheek
8. Hearing loss involving the right ear - to follow-up with ENT in 1 year -
9. Severe night sweats primarily involving his head - the symptoms spontaneously resolved at the end of March, 2020. CT of the chest abdomen and pelvis was stable except for a new small splenic lesion a PET CT scan performed in September indicated the splenic lesion was most likely benign
10. Small splenic lesion seen on recent chest, abdomen and pelvic CT study 4/6/20 -his PET CT scan performed in September, 2020 indicated this was probably benign
11. 2 episodes of fleeting left-sided chest discomfort -
12. Removal of a benign tumor from the left side of his face in July, 2021

Matthew's vital signs are normal. I am concerned about his significant episode of chest discomfort associated with shortness of breath and diaphoresis which occurred at rest yesterday lasting about an hour. He understands that if this happens again he should be seen by paramedics and taken to the emergency room. My strong recommendation is that he undergo cardiac catheterization soon, preferably this week, to determine if he is developing in-stent stenosis. His EKG performed today is stable. He does understand that even if he underwent nuclear stress testing and results were normal, we would not know definitively as to whether or not the vessel was patent. He understands the indications for cardiac catheterization and the possibility of revascularization which may include angioplasty, stent placement or bypass surgery. He also understands the possible complications of these procedures including but not limited to myocardial infarction, stroke, heart failure, anemia, arrhythmia, death, infection, allergic reaction and the development of a femoral pseudoaneurysm requiring surgical repair. We will bring him back to the office next week for evaluation.

Addendum: He developed chest discomfort and diaphoresis just before we completed his evaluation. EKG was performed and remained unchanged. I had a lengthy discussion with his wife also over the phone, Kim, regarding my concerns and my recommendation is that he be transferred by ambulance/paramedics to the hospital for further stabilization and evaluation. The patient is agreeable.

Electronically signed by : Constance Fields, M.D.; Aug 3 2021 10:35AM EST (Author)

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | | |
| Date of Birth: | Age: 59 years | Gender: | Male |
| MRN: | 001561221 | Admit Date: | 8/3/2021 |
| FIN: | 2121500594 | Discharge Date: | 8/5/2021 |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | |

## Consultation Notes

| | |
|---|---|
| Document Type: | Cath Consult |
| Collected/Entered Date/Time: | 8/4/2021 18:14 EDT |
| Result Status: | Unauth |
| Document Subject: | CA CATH CONSULT |
| Sign Information: | |

**Report**
BOCA RATON REGIONAL HOSPITAL CARDIAC CATH
DUNTZ, MATTHEW DOB- 07/06/1962
ACCT- 2121500594 MRN- 001561221
CI#- 5910081
DATE- 08/04/2021
REFERRING PHYSICIAN-
Ronald M Gabor, MD
PROCEDURES PERFORMED-
Left heart catheterization, left ventriculogram, percutaneous transluminal coronary angioplasty of the diagonal branch, groin closure device.
INDICATION-
Unstable angina.
DIAGNOSTIC PROCEDURE-
A 0.035 J-guidewire was introduced under fluoroscopic guidance via standard percutaneous technique from the right femoral artery. Selective coronary angiography was performed using 6-French left and right catheters in multiple projections.
DIAGNOSTIC FINDINGS-
Left ventriculogram- The LV systolic function in the RAO projection was normal. There were no focal wall motion abnormalities. Estimated left ventricular ejection fraction was 60%. There was no aorta to LV gradient. There was no mitral regurgitation. Left ventricular end-diastolic pressure was 8 mmHg.
Coronary angiogram-
1. Left main- Left main artery is a medium caliber, bifurcating into the LAD and left circumflex arteries. This vessel is angiographically unremarkable.
2. LAD- The LAD has luminal irregularities. The first diagonal branch has a mid 90% stenosis and takeoff of the inferior branch of this vessel.
3. Left circumflex artery- The left circumflex artery is a widely patent stent site in the proximal segment.
4. RCA- RCA is a medium-sized dominant vessel. This vessel has luminal irregularities.
DIAGNOSTIC CONCLUSIONS-

Boca Raton Regional Hospital
BAPTIST HEALTH SOUTH FLORIDA

| | | | |
|---|---|---|---|
| Patient Name: | DUNTZ, MATTHEW | Gender: | Male |
| Date of Birth: | Age: 59 years | Admit Date: | 8/3/2021 |
| MRN: | 001561221 | Discharge Date: | 8/5/2021 |
| FIN: | 2121500594 | | |
| Admitting MD: | GLAUSER,DO,JOSHUA D | | |

## Consultation Notes

1. Single-vessel coronary artery disease involving the diagonal branch.
2. Patent stent site in the left circumflex.
3. Preserved LV systolic function. No focal wall motion abnormalities. Estimated left ventricular fraction was 60%.

INTERVENTIONAL PROCEDURE-
Adequate anticoagulation was obtained using IV Angiomax. PTCA of the diagonal was performed with a 6-French XB3.5 guide and 180 Asahi Prowater wire to cross the lesion. We pre-dilated with a 2.0 x 20 mm balloon to 12 atmospheres. Given the fact that we got good results, no dissection, and the vessel was a high likelihood of perforation with small stent, we decided to be the stent when pullback. Groin closure device was deployed in the right femoral artery. No complications during the procedure.

Robert V Carida, MD
CARDIOVASCULAR DISEASE
RVC/MODL
D- 08/04/2021 18-14-56 T- 08/04/2021 23-38-14 Job #- 497138/927642730

Read By- ROBERT CARIDA M.D.
Released Date Time- 08/04/21 2344

**Patient Name:** MATTHEW DUNTZ **MRN:** 1018471 **DOB:**
**Date of Visit:** 03-Aug-2021 **Owner:** Fields,Constance
**Document Type:** sEKG
**Site Name:** Holy Cross

Name: MATTHEW DUNTZ
ID: 1018471
Sex: Male
BP:
Weight: lbs
Height: inches
DOB: 59 Years)
Comments:

**Midmark Diagnostics Group**
Req. Physician: Constance D. Fields, MD
Technician: Ana Buenaventura
History:
Medication:
Date of Report: 08/03/21 10:26:44
Reviewed By: Constance D. Fields, MD
Review Date: 08/03/21 10:26:58

| | | |
|---|---|---|
| Rate: | 80 | BPM |
| PR: | 178 | msec |
| QT/QTc: | 350/385 | msec |
| QRSD: | 84 | msec |
| P Axis: | 49 | |
| QRS Axis: | 31 | |
| T Axis: | 29 | |

Interpretation:
Sinus Rhythm
Low voltage in limb leads.

ABNORMAL




Speed:25 mm/sec Gain:10 mm/mv MYO:ON AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 .ECG Analysis Ver. 8.4.1 Print Date 08/03/21 10:27:01

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

*PREPAYMENT REQUIRED*

**Invoice**
54765108
March 15, 2022

MRO

Phone: **(610) 994-7500 Opt. 1**
Fax: **(610) 962-8421**

**Denise Jimerson**
Lincoln National Life Insurance Company/PORTAL
PO Box 2609
Omaha, NE 68103

On 3/10/2022 the following healthcare provider received your request for copies of medical records:
**HCFL-Cardiology Associates of Boca Raton**
9980 Central Park Blvd, Suite 304
Boca Raton, FL 33428

You requested records for: MATTHEW DUNTZ

This is your invoice for providing the copies of the medical records.

Your Reference ID:
1220010964

MRO Request ID: 54765108

MRO Online Tracking Number: TRIND965T4D6E

You can track and pay for your request online at:
**www.roilog.com**

Records consisting of more than 75 pages may be sent on CD-ROM.

Cancelled requests or unpaid invoices may be subject to a cancellation fee.

**Fees**

| | |
|---|---|
| Search and Retrieval Fee: | $0.00 |
| Number of Pages: | 74 |
| Tier 1: | $25.00 |
| Tier 2: | $12.25 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $0.00 |
| Sales Tax: | $0.00 |
| TOTAL: | $37.25 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | $37.25 |

**PAYMENT**

*You may pay this invoice online at:*
**www.roilog.com**
*You can send a check to:*
**MRO**
P.O. Box 6410,
Southeastern, PA 19398-6410
MRO Tax ID (EIN): 01-0661910

*Please write the Invoice # on the check or return this invoice with the payment.*

By proceeding with this order, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.
MRO is the medical copy request processor for:
HCFL-Cardiology Associates of Boca Raton.**

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

MRO
Phone: (610) 994-7500 Opt. 1
Fax: (610) 962-8421

**Request ID: 54765108**
**Tracking #: TRIND965T4D6E**

**Denise Jimerson**
Lincoln National Life Insurance Company/PORTAL
PO Box 2609
Omaha, NE 68103

**Track your request at www.roilog.com**
**Enter your Tracking # and Request ID.**

**Date:** 3/11/2022
**Phone:** 800-423-2765
**Fax:** 877-843-3950

**Confirmation of Receipt of Medical Records Information Request**

The Medical Facility below is in the process of searching for and retrieving a copy of the requested records. You will be notified of any issues with your request. If there are no issues, you will receive a pre-payment invoice. The records will be mailed to you upon receipt of your payment.

MRO is processing your request applicable to state & federal laws and regulations. Please notify the patient that the provision of treatment, payment, enrollment, or eligibility for benefits will not be conditioned on the elements of the authorization provided or your request for copies of the patient's records, unless permitted under 45 CFR 164.508(c)(2)(ii)(A)-(B).

Should you have any questions, please feel free to contact MRO directly regarding this request by dialing (610) 994-7500 Opt. 1 or by submitting an email to Requestinformation@mrocorp.com.
To help us better assist you, please be sure to include your Request ID in the subject line of your email.

Thank you,
**MRO**

**Patient Name: MATTHEW DUNTZ**

**Your Request Date:** 3/3/2022
**Your Reference Number:** 1220010964
**Date Received at Facility:** 3/10/2022

Your request is being processed by MRO on behalf of the following facility:

**HCFL-Cardiology Associates of Boca Raton**
9980 Central Park Blvd, Suite 304
Boca Raton, FL 33428

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

March 3, 2022

Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

DR CONSTANCE FIELDS
RELEASE OF INFORMATION
9980 CENTRAL PARK BLVD N STE 304
BOCA RATON, FL 33428

Re: Policy Number: 00001014129000000
Claim Number: 1220010964
Patient: Matthew Duntz
DOB:

We are evaluating your patient s disability claim. Please submit the requested records listed below. A signed authorization form is included.

| | |
|---|---|
| Office/Treatment Notes | 07/01/2021 to Present |
| Diagnostic Test Results | 07/01/2021 to Present |

Current state statutes for Florida: Non-paper records (microfilm) are sub ect to a charge of 2.00 per page. Paper copies may not exceed 1.00 per page. A fee of up to 1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

Payment instructions:

| ty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- 
- .

***Payment Options:***

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

| Authorization Agreement |
|---|

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

| Account Information |
|---|

Name of Financial Institution:

Routing Number:

Account Number:

Authorized Signature: Date:

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Denise Jimerson
Assisting on behalf of Jane Davidson
800-423-2765 x2835
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

**Lincoln/Duntz 1171**

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: DUNTZ (Last) MATTHEW (First) JOHN (Middle)

Date of Birth: ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan;or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 02·22·22

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** MATT DUNTZ

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

**ADDRESS:** ______
(Street)

______
(City) (State) (Zip Code)

**PHONE NO:** ______

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor, acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: DUNTZ (Last) MATTHEW (First) JOHN (Middle)

Date of Birth: ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan;or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 02·22·22

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** MATT DUNTZ

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

**ADDRESS:** ______
(Street)

______
(City) (State) (Zip Code)

**PHONE NO:** ______

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: DUNTZ (Last) MATTHEW (First) JOHN (Middle)

Date of Birth: ____________ Social Security Number: ____________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan;or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 02.[illegible].22

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME**: MATT DUNTZ

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ____________

**ADDRESS:** ____________
(Street)

____________
(City) (State) (Zip Code)

**PHONE NO:** ____________

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: DUNTZ (Last) MATTHEW (First) JOHN (Middle)

Date of Birth: ____________ Social Security Number: ____________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan;or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may <u>not</u> be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** ____________ **DATE** 02·22·22

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** MATT DUNTZ

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ____________

**ADDRESS:** ____________
(Street)

____________
(City) (State) (Zip Code)

**PHONE NO:** ____________

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: DUNTZ (Last) MATTHEW (First) JOHN (Middle)

Date of Birth: [redacted] Social Security Number: [redacted]

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan;or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 02·22·22

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** MATT DUNTZ

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

**ADDRESS:** ______
(Street)

______
(City) (State) (Zip Code)

**PHONE NO:** ______

**FACSIMILE COVER LETTER**

| FAX | | |
|---|---|---|
| | Date & Time: | 02-15-2022 9:24 AM |
| | Deliver To: | 14025019374 |
| | Fax Number: | 14025019374 |
| | From: | Barnett Dermatology 5taff |
| | Phone: | 5617172277 |
| | Regarding: | |

--
-------------------

Barnett Dermatology
7100 W Camino Real, #301
Boca Raton, FL 33433
Phone: (561) 717-2277
Fax: (561) 948-5915

IMPORTANT: This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone (number listed above) to arrange the return or destruction of the information and all copies.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates

**The Lincoln National Life Insurance Company**
Service Office
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

February 4, 2022

CHANNING BARNETT MD
RELEASE OF INFORMATION
7100 W CAMINO REAL SUITE 207
BOCA RATON, FL 33433

Re: Policy Number: 00001014129000000
Claim Number: 1220010964
Patient: Matthew Duntz
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 05/01/2021 to 02/03/2022 |
| Diagnostic Test Results | 05/01/2021 to 02/03/2022 |

Current state statutes for Florida: Non-paper records (microfilm) are subject to a charge of $2.00 per page. Paper copies may not exceed $1.00 per page. A fee of up to $1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | $ 20.00 |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| NPI | 1714115304 | Total | $ 20.00 |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-877-843-3950.**

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates
Affiliates are separately responsible for their own financial and contractual obligations

Broward Medical Lab
181 W. Prospect Rd. Oakland Park, FL 33309
Phone: (954) 739-7764 Fax: (954) 739-7208
CLIA No. 10D0284578

Patient Name: **DUNTZ, MATTHEW**
DOB: Age: 59 Sex: Male
SS#: Phone:
Referring Physician: **CHANNING BARNETT, MD**
7100 W CAMINO REAL SUITE 301 BOCA RATON, FL 33433

Accession #: **LC21-01641**
Location: 7100
Collected Date: 7/8/2021
Received Date: 7/13/2021
Report Date: 7/19/2021

**SPECIMEN LOCATION:**
RIGHT RIB CAGE

**GROSS DESCRIPTION:**
SENT TO LABCORP.
LA:sil

**DIAGNOSIS:**

**RIGHT RIB CAGE: FINAL DIAGNOSIS COMPLETE. SEE ATTACHED REPORT.**

**LA:sil**

Laurene Aiesi, H. T. (A.S.C.P)

DIANON Systems
A LabCorp Company

Department of Dermatopathology

Surgical Pathology number: DC1239989

RTE: AFS 954-739-7208 SEQ: TVDL

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| 193-V26-0079-0 | LC21-1641 | M | 59 Yrs | 1 of 2 |

| | |
|---|---|
| Patient Name ***** | Collected |
| DUNTZ, MATTHEW | 07/08/21 |
| Requesting Physician | Received |
| BARNETT, CHANNING | 07/13/21 |
| Referring Physician | Reported |
| | 07/19/21 |

Clinical Data
Check Margins, Prev Acc# Lc21-01214

**09066742 DIAGNOSTIC REPORT**
Phone: 954-739-7764 Fax: 954-739-7208
**BROWARD MEDICAL LABORATORY**

**181 W.PROSPECT ROAD**
**OAKLAND PARK, FL 33309 FLB16**

## PATHOLOGY CONSULTATION

SPECIMEN A: Skin Excision, Right Rib Cage

Signs and Symptoms: Irregular Brown Macule

Clinical Diagnosis: Dn With Moderate Atypia

GROSS DESCRIPTION:
Received in formalin is a piece of skin measuring 1.5 x 1.2 x 0.1 cm which is inked, sectioned and submitted in toto in 1 cassette.

MICROSCOPIC DESCRIPTION:
(see description beneath Photomicrograph)

**DIAGNOSIS:**
**RESIDUAL JUNCTIONAL MELANOCYTIC NEVUS WITH ARCHITECTURAL DISORDER AND CYTOLOGIC ATYPISM OF THE MELANOCYTES. (DYSPLASTIC NEVUS), WITH ADNEXAL EXTENSION, MARGINS ARE NEGATIVE IN THE HISTOLOGIC PLANES OF SECTION EXAMINED.**
**CHANGES CONSISTENT WITH PREVIOUS SURGICAL PROCEDURE, (CF-DC1230901)**

Comments:
Scar tissue present at deep margin. Clinical correlation is essential, and appropriate clinical follow-up is recommended. Additional sections stained with hematoxylin and eosin, SOX-10 and Melan-A were reviewed, supporting the diagnosis. THIS CASE WAS REVIEWED AT THE DAILY INTRADEPARTMENTAL CONFERENCE.

## PHOTOMICROGRAPH



Adjacent to the prior surgical site are residual junctional and dermal nests of nevus cells. A mild superficial dermal lymphocytic infiltrate is identified.

## COMMENTS

ICD-CM CODES:
(I10) D48.5 NEOPLASM OF UNCERTAIN BEHAVIOR OF SKIN
(I10) D22.5 MELANOCYTIC NEVI OF TRUNK
TEST CODE(S): 88305, 88341, 88342
CPT codes, as published by the AMA, are provided for informational purposes only as the assignment of the CPT codes is the responsibility of the billing party.

CONTINUED ON NEXT PAGE

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 1-800-328-2666

DIANON Systems
A LabCorp Company

RTE: AFS 954-739-7208 SEQ: TVDL

Department of Dermatopathology

Surgical Pathology number: DC1239989

**09066742 DIAGNOSTIC REPORT**

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| 193-V26-0079-0 | LC21-1641 | M | 59 Yrs | 2 of 2 |

| Patient Name ***** | Collected |
|---|---|
| DUNTZ, MATTHEW | 07/08/21 |
| **Requesting Physician** | **Received** |
| BARNETT, CHANNING | 07/13/21 |
| **Referring Physician** | **Reported** |
| | 07/19/21 |

## PATHOLOGY CONSULTATION (Continued)

Ailing Li

Ailing Li, M.D.

## PERFORMING LABS

Performed by Laboratory Corporation of America®, 5610 W. LaSalle St, Tampa FL 33607, Sean E. Farrier, M.D., Medical Director, 1-800-367-1126

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 1-800-328-2666

Patient: Duntz, Matthew
DOB:
Responsible:
Primary Insurance: Cigna

**Barnett Dermatology**
**7100 W Camino Real Suite 301,**
**Boca Raton, FL 33433**

Chart #:
Provider: Bader
Appt. Date: 7 20 2021
Appt. Time:

| NEW | ESTAB |
|---|---|
| 99202 | 99212 |
| 99203 | 99213 |
| 99204 | 99214 |

SR Cosmetic Consult WC

| PATHOLOGY | |
|---|---|
| 88305, TC (process only) | 88304 |
| 88305-TC/88312-26 (nail) | 88305 |

Fzn: 88314/88305-26

| BIOPSIES | |
|---|---|
| 1st Biopsy | 11100 |
| Each Add'l #: | 11101 |
| External Ear Biopsy | 69100 |
| Eyelid Biopsy | 67810 |
| Lip (vermillion) Bx | 40490 |
| Bx other location | |

**DESTRUCTIONS**
AK (L57.0) OR ACTCHE (L56.8)
17000 17003#: 17004 (15+)

17110
17111 WART,MILIA,MC,PIWART,CONDY
ISK,SK,FLATWART

Penis Dest. 54056/54065
Vascular Dest 17106
Paring 11055 (1), 11056 (2-4), 11057 (5+)

| SHAVE EXCISIONS | | | | |
|---|---|---|---|---|
| SIZE (in cm): | <0.5 | 0.6-1.0 | 1.1-2.0 | 2.1-3 |
| | | | | |
| Tr/Ar/Leg | 11300 | 11301 | 11302 | 11303 |
| Scalp/Neck | 11305 | 11306 | 11307 | 11308 |
| Hand/ft/Genit. | | | | |
| Face/Ears/Eyelids | 11310 | 11311 | 11312 | 11313 |
| Nose/Lip | | | | |

| EXCISION & Malignant Destructions | | | | | | |
|---|---|---|---|---|---|---|
| SIZE | <0.5 | 0.5-1 | 1-2 | 2-3 | 3-4 | >4 |
| **Trunks, Arms, Legs** | | | | | | |
| Benign | 11400 | 11401 | 11402 | 11403 | 11404 | 11406 |
| Malign | 11600 | 11601 | 11602 | 11603 | 11604 | 11606 |
| MDestr. | 17260 | 17261 | 17262 | 17263 | 17264 | 17276 |
| **Scalp, Axilla, Hand, Feet, Gentalia** | | | | | | |
| Benign | 11420 | 11421 | 11422 | 11423 | 11424 | 11426 |
| Malign | 11620 | 11621 | 11622 | 11623 | 11624 | 11626 |
| MDestr. | 17270 | 17271 | 17272 | 17273 | 17274 | 17276 |
| **Face, Ears, Eyelids, Nose, Lips** | | | | | | |
| Benign | 11440 | 11441 | 11442 | 11443 | 11444 | 11446 |
| Malign | 11640 | 11641 | 11642 | 11643 | 11644 | 11646 |
| MDestr. | 17280 | 17281 | 17282 | 17283 | 17284 | 17286 |

| MOHS Micrographic Surgery | |
|---|---|
| Total # Stages: | |
| 17311 1st Stage- | 17313 1st Stage- |
| 17312 Addtl X5 | 17314 Addtl |
| Head | Trunk |
| Neck/Gen | Legs |
| Hands/Feet | Arms |

| Intermediate/ Layered Repair | | |
|---|---|---|
| Size (in cm): | <2.5 | 2.6-7.5 |
| Trunk, Scalp, Arm, Leg, Axilla | 12031 | 12032 |
| Neck, Hands, Feet, Genitalia | 12041 | 12042 |
| Face, Ears, Eyelids, Nose Lips | 12051 | 12052 |

| Complex Repair | | |
|---|---|---|
| Size (in cm): | 1.0-2.5 | 2.6-7.5 |
| Trunk | 13100 | 13101 |
| Scalp, Arms, Legs | 13120 | 13121 |
| Forehd, Chk, Chin, Mouth, hnd/ft | 13131 | 13132 |
| nk, gen, ax | | |
| Eyelid, nose, ears, lips | 13151 | 13152 |
| Sec to Wound Dehiscene | 13160 | |
| Over 7.5 (per 5cm) | 13102 13122 13133 13153 | |

| Adjacent Tissue Transfer | | |
|---|---|---|
| | <10cm | 10-30cm |
| Trunk | 14000 | 14001 |
| Scalp, Arms, Legs | 14020 | 14021 |
| Forehd, Cheek, Chin | 14040 | 14041 |
| Mouth, Neck, Axilla, Gent, Hands, Feet | | |
| Eyelids, Nose, Ears, Lips | 14060 | 14061 |

| Full Thickness Skin Grafts | | |
|---|---|---|
| Size (in cm) | <20cm | >20cm |
| Trunk | 15200 | 15201 |
| Sclp, Fhd, Extr, Chk, Chn, Gen | 15220 | 15221 |
| Nose, Ears, Eyelids, Lips | 15260 | 15261 |
| Composite Graft | 15760 | |

| Split Thickness Skin Grafts | | |
|---|---|---|
| Size (in cm) | <100cm | +100cm |
| Trunk, Scalp, Extremities | 15100 | 15101 |
| Nose, Ears, Eyelids, Lips | 15120 | 15121 |

| Miscellaneous | |
|---|---|
| Debride/20cm2 | 11042 |
| Acne Surgery | 10040 |
| Skin Tags to 15 | 11200 |
| Each Addtl | 11201 |
| Unna boot | 28580 |
| I&D Simple | 10060 |
| I&D, FB, Simple | 10120 |
| I&D, Hematoma | 10140 |
| IL Injection 1-7 | 11900 |
| IL Injection >7 | 11901 |
| Patch Test | 95044 #Units: |
| KOH | 87220 |
| Scabies | 87177 |
| IM Injection | 96372 |
| Triamcinolone Per 10 mg | J3301 #Units: |
| Full Body Photos | 96904 |
| ChemPeel, sup | 15788 |
| Acne Peel | 17360 |
| Cosmetic Proc | A9270 |

| Simple Repair | | |
|---|---|---|
| Size (in cm): | <2.5 | 2.6-7.5 |
| Tk, slp, extr, axill, nk | 12001 | 12002 |
| Face, ears, eyelids, nose | 12011 | 12013 |
| Superf wnd deh w/out packing | 12020 | |
| Superf wnd deh w/packing | 12021 | |

**DIAGNOSIS**
Primary
1. Sup. BCC - L. inf preauricular cheek - C44.310
2.
3.

HxSkinCa; HxMM; FHMM; NoHxFBEOV76.43

Referral:
Ded Left: Visit Copay Proc Copay
Next Visit: Return: Days Week(s) Month(s)

Today's Charges $
Amount Paid $
Balance Due $

Doctor's Signature (Robert S Bader): [signature]

# Mohs Micrographic Surgery
## Operative Report

Barnett Dermatology

BarnettDermatology.com | 7100 W Camino Real Suite 301, Boca Raton, FL 33433 | (561) 717-2277

**Patient Name:** Duntz, Matthew **Date:** 7/20/21 **Referring Physician:** ○ N/A ⊘ Barnett

**Pictures:** ⊘ Pre-op ⊘ Intra-op ⊘ Post-op

**Tumor Site:** L inf preauricular cheek Pre-op dx: Sup. BCC Post-op dx: ______ ○ Same

**Indication:** ⊘ Site ⊗ Size ○ Pathology ○ Recurrence ○ Incomplete excision ○ Indistinct borders ○ Depth difficult to est.

**Recurrence History:** ⊗ Primary ○ Recurrent **Allergies:** ⊘ NKDA ○ ______

**Taking anticoagulants:** ○ No ⊘ ASA ○ NSAID ○ Coumadin ○ Plavix ○ ______

**Preoperative Medication:** ○ Meds reviewed & reconciled ○ N/A ○ antibiotic ○ Other ______

**Vital Signs (Pre):** refer to chart. Pain Score (Pre): ____ /10

**Time Out Conducted by** ______ at: ______ ○ AM ○ PM ⊘ Consent obtained

○ Verified Correct patient (Name, DOB) ○ Correct procedure to be conducted ⊘ Correct procedure site and side (if applicable) Patient identified site after mirror

**Equipment/supplies present:** Yes No NA **Pre-op antiseptic:** Alcohol Chlorhexidine Betadine x 3 Lid Scrub

**Procedural site is marked by surgeon and verified:** ○ Patient verified ○ Photo used to verify location

**Anesthetic:** ○ 0.5% lidocaine, and 0.25% bupivacaine with 1:200000 epinephrine ○ Lidocaine 1% with epi 1:100,000

**Curettage prior to 1st Mohs Layer:** ○ Yes ○ No <u>Skin specimens process for frozen sections</u>

| | Pre-Op Size (cm) | Post-Stage Size (cm) | #Pieces | #Blocks | Anesthesia | Nurse Initials |
|---|---|---|---|---|---|---|
| Stage I | 1.8 x 1.2 | 1.9 x 1.5 | 1 | 1 | 1.0 | YM |
| Stage II | | 2.2 x 2.0 | 1 | 1 | 1.0 | YM |
| Stage III | | 2.4 x 2.1 | 1 | 1 | 1.2 | YM |
| Stage IV | | 3.1 x 2.2 | 1 | 1 | 1.0 | YM |
| Stage V | | 3.4 x 2.5 | 1 | 1 | 0.4 | YM |
| Stage VI | | 4.1 x 2.5 | 1 | 1 | 0.6 | YM |

**Perineural Invasion:** ○ yes ○ no

**Depth of defect:** ○ dermis ⊘ fat ○ fascia ○ muscle ○ perichondrium ○ periosteum ○ cartilage ○ bones 5.2

Variant adv flap c post dog ear 7.0 9

**Repair**

**Method:** ○ 2nd intention ○ Intermediate ○ Complex ⊘ Flap ○ FTSG ○ STSG

**Anesthetic:** ○ Not needed ○ 0.5% lidocaine, and 0.25% bupivacaine with 1:200000 epinephrine ○ Lidocaine 1% with epi 1:100,000

**Indication for closure:** ⊘ close open wound ⊘ extensive undermining ⊘ Burow's triangles removed - Post

○ lack of local tissue ○ preserve form/function of ______

**Flap Movement:** ○ N/A ○ Superior ○ Inferior ○ Medial ○ Lateral

**Flap Subtype:** ○ Advancement ○ Rotation ○ Rhombic ○ Transposition ○ Island

**Graft:** ○ Full thickness ○ Split thickness Donor site ______

**Undermined:** ○ N/A ○ fat ○ above fascia ○ subgalea ○ above periosteum

**Sutures/Staples:** ○ N/A Deep 5-0 vicryl Skin 5-0 gut

**Steristrips applied** ○ No ○ Yes, over Mastisol ○ Yes, without Mastisol

**Estimated Blood Loss:** 2 mL ____ **Complications:** ⊘ No ○ Yes

**Dressing:** ○ Mupirocin/Telfa/Gauze/Tape ○ Petrolatum ○

**Condition of Patient:** ⊘ Satisfactory ○ Other

**Vital Signs (Post):** Time ____ : B/P 12[illegible]/85 Pain Score (Post): ____ /10

**Postop Instructions (written & verbal):** ○ patient ○ spouse ○ caregiver

**Disposition:** ○ Patient was discharged in satisfactory condition.

**Medication prescribed:** ○ antibiotic ______ ○ pain ______

**Nurse:** ______ Other ______




**Physician's Signature** [signature] Date 7/20/21 Time ______

Form 81 7/16

# Duntz, Matthew

Visit Note - December 1, 2021

PMS ID: 103208PAT000010570 Sex: Male DOB: Phone: MRN: MM0000008675

## Medical History
Reviewed November 30, 2020.
Diabetes mellitus
H/O: hypertension
Hypercholesterolemia
Hypothyroidism

## Skin Conditions
Basal cell carcinoma of skin: Right shoulder
Left cheek
Dysplastic nevus of skin: Moderate R Rib Cage
Malignant melanoma: 2005 mid upper SP Excision
2007 umbilical

## Social History
Reviewed November 30, 2020.
Smoking status - Never smoker

## Medications
Reviewed November 30, 2020.
mupirocin 2 % Topical - ointment
allopurinol 100 mg Oral - tablet
Aspirin Low Dose 81 mg Oral - tablet,delayed release (DR/EC)
Brilinta 90 mg Oral - tablet
irbesartan 75 mg Oral - tablet
levothyroxine 50 mcg Oral - tablet
metoprolol succinate 25 mg Oral - capsule,sprinkle,ER 24hr
simvastatin 40 mg Oral - tablet

## Allergies
Reviewed November 30, 2020.
No known drug allergies

## ROS
Provider reviewed on Dec 01, 2021.

A focused review of systems was performed including Constitutional / Symptom, ENT and Mouth, Hematologic / Lymphatic, Integumentary, Musculoskeletal, and Respiratory.

No Problems With Bleeding, No Problems With Scarring (hypertrophic Or Keloid), No Rash, No Fever Or Chills, No Sore Throat, No Joint Aches, And No Cough.

## Family History
Reviewed November 30, 2020.
Other: Mom
Brother (both)

## Chief Complaint: Evaluation of Skin Lesions

**HPI:** This is a 59 year old male who is being seen for evaluation of skin lesions.

Location: chest
Quality: asymptomatic
Severity: mild
Pertinent History: actinic keratoses, basal cell skin cancer , family history of melanoma (unspecified), melanoma - unspecified, removed in unspecified, and squamous cell skin cancer
Additional Visit Reasons: evaluation for concerning skin lesions on a 3 month basis and evaluation for concerning skin lesions on a 6 month basis

## Exam:
An examination was performed including the scalp (including hair inspection), head (including face), inspection of conjunctivae and lids, lips (but not teeth and gums), neck, chest, abdomen, back, right upper extremity, left upper extremity, right lower extremity, left lower extremity, genitalia, groin, buttocks, and Inspection and palpation of digits and nails.

General Appearance of the patient is well developed and well nourished.

Orientation: alert and oriented x 3.

Mood and affect: in no acute distress.

The following people were also present during my examination: my medical assistant (female).

Findings in the above examined areas were normal with the exception of the following exam descriptions below:

- dermatofibroma on the left anterior proximal thigh.

## Impression/Plan:
1. Seborrheic Keratoses
   (L82.1)
   Stuck-on, warty, greasy brown papules with pseudo-horn cysts
   located on the body throughout.

   **Plan: Reassurance.**

2. Ephelides
   (L81.2)
   Reticulated light tan macules in sun distribution
   located on the body throughout.

   **Plan: Reassurance.**
   Location: body throughout

3. Lentigines
   (L81.4)
   Reticulated light tan macules in sun distribution
   located on the body throughout.

   **Plan: Reassurance.**

4. Hemangioma
   Skin and Subcutaneous Tissues (D18.01)
   Bright cherry-red papule
   located on the body throughout.

   **Plan: Reassurance.**

5. Dermatofibroma
   (D23.5 and D23.72)
   Dome-shaped pink-tan nodule with positive dimple sign

located on the left upper back.

**Plan: Reassurance.**

6. Benign Appearing Nevi
(D22.5)
Regular, symmetrical, evenly-colored brown macules
located on the body throughout.

**Plan: Reassurance.**

7. Sebaceous Hyperplasia
(L73.8)
Orange-yellow papules with telangiectasia
located on the face.

**Plan: Noted On Exam But Not Treated.**
The above diagnosis and findings were noted on the exam but not discussed at this time with the patient.

8. Skin Education
(Z71.89)
located on the body throughout.

**Plan: Counseling.**
I counseled the patient regarding the following:
Sun screen (SPF 30 or greater) should be applied during peak UV exposure (between 10am and 2pm) and reapplied after exercise or swimming.
The ABCDEs of melanoma were reviewed with the patient, and the importance of monthly self-examination of moles was emphasized. Should any moles change in shape or color, or itch, bleed or burn, pt will contact our office for evaluation sooner then their interval appointment.

I recommended the following:
Sunscreen
Self-Skin Exams - Advised need do FSE at earliest convenience

9. History of malignant melanoma
(Z85.820)
Well healed scar with NER
distributed on the left upper back and periumbilical skin.
Associated diagnosis: Medical surveillance following completed treatment

**Plan: Reassurance.**

**Plan: Counseling.**
I counseled the patient regarding the following:
Skin Care: Patients with a history of melanoma should wear broad spectrum sunscreen and sun protective clothing.
Expectations: Scars from excisional sites of melanoma should be monitored for any recurrences. Monthly self-skin checks should be performed to monitor for any moles that change in size, shape or color, itch burn or bleed.
Contact Office if: Patient notices any new or changing moles, develops constitutional symptoms or develops new lesions within or around the previous melanoma scar.
The patient was instructed to return for a full-body skin exam in 6 Months.
Quality 137 (Melanoma Recall System): Patient information entered into a recall system that includes: target date for the next exam specified AND a process to follow up with patients regarding missed or unscheduled appointments

10. Family history of malignant melanoma
(Z80.8)
No suspicious lesions noted and regular symmetrical, evenly colored papules and macules
located on the body throughout.

**Plan: Reassurance.**
Location: body throughout

11. History of non-melanoma skin cancer
(Z85.828)
Well healed scar with NER
located on the body throughout.
Associated diagnosis: Medical surveillance following completed treatment

**Plan: Reassurance.**

**Duntz, Matthew**

Visit Note - December 1, 2021

PMS ID: 103208PAT000010570 Sex: Male DOB: Phone: MRN: MM0000008675

12. History of Superficial Basal Cell Carcinoma
(Z85.828)
Well healed scar with NER
located on the right rib cage.
Associated diagnosis: Medical surveillance following completed treatment

**Plan: Counseling.**
I counseled the patient regarding the following:
Skin Care: Patients with a history of non-melanoma skin cancer should wear broad spectrum sunscreen and sun protective clothing.
Expectations: Scars from excisional sites of non-melanoma skin cancers should be monitored for any recurrences.
Contact Office if: If the patient notices discoloration or a bump arising from a previously stable scar or any new lesions that are not healing.

I recommended the following:
Sunscreen

13. History of Dysplastic Nevus
(Z87.2)
Well healed scar with NER
located on the right rib cage.

**Plan: Counseling.**
I counseled the patient regarding the following:
Education: The importance of regular self skin checks to monitor for any changes in mole size, shape or color was reviewed with the patient.
Expectations: Atypical Nevi need to be monitored on a regular basis by patients and dermatologists for changes since they have the potential to turn into melanoma.
Contact office if: Any moles change in size, shape or color, or itch, burn or bleed.

I recommended the following:
Sunscreen
Self-Skin Exams

14. Actinic Keratoses
(L57.0)
Erythematous patches with hyperkeratotic scale
distributed on the right anterior shoulder, right superior lateral malar cheek, left central temple, and right distal dorsal forearm.
Associated diagnosis: Sunlight Exposure

**Plan: Liquid Nitrogen.**
A total of 4 lesions were treated with liquid nitrogen for 2 freeze-thaw cycles lasting 2 seconds, located on the right anterior shoulder, right superior lateral malar cheek, left central temple, and right distal dorsal forearm. The patient's consent was obtained including but not limited to risks of crusting, scabbing, blistering, scarring, darker or lighter pigmentary change, recurrence, incomplete removal and infection. I reviewed with the patient in detail post-care instructions. Patient is to wear sunprotection, and avoid picking at any of the treated lesions. Pt may apply Vaseline to crusted or scabbing areas.

## Follow up in 6 months for: Skin Check - 10 minutes

## Staff:

Dr. Channing R Barnett (Primary Provider) (Bill Under)

Gabrielle Magua

# Duntz, Matthew

Visit Note - December 1, 2021

| PMS ID: | Sex: | DOB: | Phone: | MRN: |
|---|---|---|---|---|
| 103208PAT000010570 | Male | | | MM0000008675 |



**Duntz, Matthew**

Visit Note - December 1, 2021

| PMS ID: | Sex: | DOB: | Phone: | MRN: |
|---|---|---|---|---|
| 103208PAT000010570 | Male | | | MM0000008675 |




Electronically Signed By: Dr. Channing R Barnett, 12/01/2021 10:28 AM EST

# Duntz, Matthew

Visit Note - July 8, 2021

| PMS ID: | Sex: | DOB: | Phone: | MRN: |
|---|---|---|---|---|
| 103208PAT000010570 | Male | | | MM0000008675 |

## Medical History
Reviewed November 30, 2020.
Diabetes mellitus
H/O: hypertension
Hypercholesterolemia
Hypothyroidism

## Skin Conditions
Basal cell carcinoma of skin: Right shoulder
Left cheek
Dysplastic nevus of skin: Moderate R Rib Cage
Malignant melanoma: 2005 mid upper SP Excision
2007 umbilical

## Social History
Reviewed November 30, 2020.
Smoking status - Never smoker

## Medications
Reviewed November 30, 2020.
allopurinol 100 mg Oral - tablet
Aspirin Low Dose 81 mg Oral - tablet,delayed release (DR/EC)
Brilinta 90 mg Oral - tablet
irbesartan 75 mg Oral - tablet
levothyroxine 50 mcg Oral - tablet
metoprolol succinate 25 mg Oral - capsule,sprinkle,ER 24hr
simvastatin 40 mg Oral - tablet

## Allergies
Reviewed November 30, 2020.
No known drug allergies

## ROS
Provider reviewed on Jul 08, 2021.

A focused review of systems was performed including Constitutional / Symptom, ENT and Mouth, Hematologic / Lymphatic, Integumentary, Musculoskeletal, and Respiratory.

No Problems With Bleeding, No Problems With Scarring (hypertrophic Or Keloid), No Rash, No Fever Or Chills, No Sore Throat, No Joint Aches, And No Cough.

## Family History
Reviewed November 30, 2020.
Other: Mom
Brother (both)

## Chief Complaints:
1. F/U Neoplasm of Uncertain Behavior evaluated on May 24, 2021
2. F/U Neoplasm of Uncertain Behavior evaluated on May 24, 2021

## HPI: This is a 59 year old male who:
1. is following up for neoplasm of uncertain behavior on the right rib cage. He was seen on May 24, 2021, at which time Biopsy by Shave Method was performed. The pathology shows: Dysplastic Nevus with Moderate Atypia on the right rib cage. We recommended the following: Schedule : Excision.

   The patient presents for excision.
2. is following up for neoplasm of uncertain behavior on the left inferior preauricular cheek. He was seen on May 24, 2021, at which time Biopsy by Shave Method was performed. The pathology shows: superficial basal cell carcinoma. We recommended the following: Schedule : Mohs.

   The patient presents for further evaluation and management.

## Exam:
An examination was performed including the head (including face), inspection of eyelids, lips, nose, and abdomen.

General Appearance of the patient is well developed and well nourished.

Orientation: alert and oriented x 3.

Mood and affect: in no acute distress.

The following people were also present during my examination: my medical assistant (female).

## Impression/Plan:
1. **Dysplastic Nevus with Moderate Atypia** - *Biopsy proven May 2021. Area appears to be healing well post biopsy. Discussed completing a shave excision today. Patient agreed. Wound care reviewed with patient. Advised patient to apply Mupirocin 2% ointment BID until healed.*
   (D22.5)
   Biopsy Proven
   distributed on the right rib cage.

   **Plan: Counseling.**
   I counseled the patient regarding the following:
   Education: The importance of regular self skin checks to monitor for any changes in mole size, shape or color was reviewed with the patient.

   I recommended the following:
   Sunscreen
   Self-Skin Exams

   **Plan: Pathology Discussion.**
   Quality 265 (Biopsy Follow-Up): Biopsy results reviewed, communicated, tracked, and documented

   **Plan: Excision.**
   Assistants: Rachel
   Accession Number: LC21-01214
   Biopsy Photograph Reviewed: Yes

   Procedure Note
   Location (A): right rib cage
   Preop Size: 0.6 cm
   Margin: 0.2 cm
   Total Excised Diameter: 1 cm
   Procedure: Excision - Saucerization
   Anesthesia: local infiltration-1% lidocaine with 1:100,000 epinephrine (1.5 cc)
   Estimated Blood Loss: minimal
   Complications: none

   Repair Type: None

   This procedure was medically necessary because the lesion that was treated was: clinically suspicious for malignancy, characterized on a pathology report as a lesion that required complete removal, and potentially

capable of transformation into a malignant process.

Consent was obtained from the patient. The risks and benefits to therapy were discussed in detail. Specifically, the risks of infection, scarring, bleeding, prolonged wound healing, incomplete removal, allergy to anesthesia, nerve injury and recurrence were addressed. Prior to the procedure, the treatment site was clearly identified and confirmed by the patient. All components of Universal Protocol/PAUSE Rule completed.

Procedure: The area was prepped with Alcohol and Hibiclens and draped in the usual fashion. An excision by saucerization was performed, on the right rib cage. The margin was drawn around the clinically apparent lesion. Incisions were then made along these lines, in a tangential fashion, to the appropriate tissue plane and the lesion was extirpated. A Personna blade was used.Notes to the pathologist: Please check margins. Previous Accession Number: LC21-01214 Hemostasis was achieved with aluminum chloride. Mupirocin + pressure dressing were applied. I reviewed with the patient in detail post-care instructions. Patient is not to engage in any heavy lifting, exercise, or swimming for the next 14 days. Should the patient develop any fevers, chills, bleeding, severe pain patient will contact the office immediately.

**Plan: Prescription.**
mupirocin 2 % topical ointment TP
Sig: Apply twice daily to affected area on abdomen until healed
Quantity: 1 Tube Refills: 3

**Plan: Intralesional Kenalog.**
Lesions Injected: 1
Medication Injected: 5.0 mg/cc of Kenalog
Total Volume Injected: 0.4cc
Administered by: CRB

The risks of atrophy were reviewed with the patient.

2. **Superficial Basal Cell Carcinoma** - *Biopsy proven May 2021. Patient is scheduled for MOHS surgery with Dr. Bader July 2021.* (**C44.319**)
Pearly telangiectatic papule
located on the left superior preauricular cheek.

**Plan: Counseling.**
I counseled the patient regarding the following:
Instructions: Superficial Basal Cell Carcinoma can be removed via surgical excision, eletrodessication and curettage, Mohs, imiquimod, cryotherapy, or PDT with red light.
Expectations: Superficial Basal Cell Carcinoma has a very high cure rate and prognosis with removal is excellent.
Contact Office if: patient develops any new lesions that fail to heal, ulcerate or bleed.

I recommended the following:
Sunscreen

**Plan: Pathology Discussion.**
Quality 265 (Biopsy Follow-Up): Biopsy results reviewed, communicated, tracked, and documented

### Follow up in 4 months for: Skin Check - 10 minutes (with Physician)

### Staff:

Dr. Channing R Barnett (Primary Provider) (Bill Under)

Rachel Garrison (scribe)

**Duntz, Matthew**

Visit Note - July 8, 2021

| PMS ID: | Sex: | DOB: | Phone: | MRN: |
|---|---|---|---|---|
| 103208PAT000010570 | Male | | | MM0000008675 |



**Duntz, Matthew**

Visit Note - July 8, 2021

PMS ID: 103208PAT000010570 | Sex: Male | DOB: | Phone: | MRN: MM0000008675




I, Rachel Garrison am scribing for, and in the presence of Channing Barnett.

Electronically Signed By: Rachel Garrison, 07/08/2021 10:51 PM EDT

I, Channing Barnett, personally performed the services described in the documentation as scribed by Rachel Garrison in my presence, and confirm it is both accurate and complete.

Electronically Signed By: Dr. Channing R Barnett, 07/08/2021 10:51 PM EDT

# Duntz, Matthew

Visit Note - May 24, 2021

PMS ID: 103208PAT000010570 Sex: Male DOB: Phone: MRN: MM0000008675

## Medical History
Reviewed November 30, 2020.
Diabetes mellitus
H/O: hypertension
Hypercholesterolemia
Hypothyroidism

## Skin Conditions
Reviewed on November 30, 2020.
Basal cell carcinoma of skin: Right shoulder
Left cheek
Malignant melanoma: 2005 mid upper SP Excision
2007 umbilical

## Social History
Reviewed November 30, 2020.
Smoking status - Never smoker

## Medications
Reviewed November 30, 2020.
allopurinol 100 mg Oral - tablet
Aspirin Low Dose 81 mg Oral - tablet,delayed release (DR/EC)
Brilinta 90 mg Oral - tablet
irbesartan 75 mg Oral - tablet
levothyroxine 50 mcg Oral - tablet
metoprolol succinate 25 mg Oral - capsule,sprinkle,ER 24hr
simvastatin 40 mg Oral - tablet

## Allergies
Reviewed November 30, 2020.
No known drug allergies

## ROS
Provider reviewed on May 24, 2021.

A focused review of systems was performed including Constitutional / Symptom, ENT and Mouth, Hematologic / Lymphatic, Integumentary, Musculoskeletal, and Respiratory.

No Problems With Bleeding, No Problems With Scarring (hypertrophic Or Keloid), No Rash, No Fever Or Chills, No Sore Throat, No Joint Aches, And No Cough.

## Family History
Reviewed November 30, 2020.
Other: Mom
Brother (both)

## Chief Complaint: Evaluation of Skin Lesions

**HPI:** This is a 58 year old male who is being seen for evaluation of skin lesions.

Location: chest
Quality: asymptomatic
Severity: mild
Duration: 6 months
Pertinent History: melanoma - Medial back, removed in unspecified and squamous cell skin cancer
Additional Visit Reasons: evaluation for concerning skin lesions on a 6 month basis

## Exam:
An examination was performed including the scalp (including hair inspection), head (including face), inspection of conjunctivae and lids, lips (but not teeth and gums), neck, chest, abdomen, back, right upper extremity, left upper extremity, right lower extremity, left lower extremity, genitalia, groin, buttocks, and Inspection and palpation of digits and nails.

General Appearance of the patient is well developed and well nourished.

Orientation: alert and oriented x 3.

Mood and affect: in no acute distress.

The following people were also present during my examination: my medical assistant (female).

Findings in the above examined areas were normal with the exception of the following exam descriptions below:

- dermatofibroma on the left anterior proximal thigh.

## Impression/Plan:

1. Ephelides
(L81.2)
Reticulated light tan macules in sun distribution
located on the body throughout.

   **Plan: Reassurance.**
   Location: body throughout

2. Dermatofibroma
(D23.5 and D23.72)
Dome-shaped pink-tan nodule with positive dimple sign
located on the left upper back.

   **Plan: Reassurance.**

3. Sebaceous Hyperplasia
(L73.8)
Orange-yellow papules with telangiectasia
located on the face.

   **Plan: Noted On Exam But Not Treated.**
   The above diagnosis and findings were noted on the exam but not discussed at this time with the patient.

4. History of malignant melanoma
(Z85.820)
Well healed scar with NER
distributed on the left upper back and periumbilical skin.
Associated diagnosis: Medical surveillance following completed treatment

   **Plan: Reassurance.**

   **Plan: Counseling.**
   I counseled the patient regarding the following:
   Skin Care: Patients with a history of melanoma should wear broad spectrum sunscreen and sun protective

clothing.
Expectations: Scars from excisional sites of melanoma should be monitored for any recurrences. Monthly self-skin checks should be performed to monitor for any moles that change in size, shape or color, itch burn or bleed.
Contact Office if: Patient notices any new or changing moles, develops constitutional symptoms or develops new lesions within or around the previous melanoma scar.
The patient was instructed to return for a full-body skin exam in 6 Months.
Quality 137 (Melanoma Recall System): Patient information entered into a recall system that includes: target date for the next exam specified AND a process to follow up with patients regarding missed or unscheduled appointments

5. Family history of malignant melanoma
(Z80.8)
No suspicious lesions noted and regular symmetrical, evenly colored papules and macules located on the body throughout.

**Plan: Reassurance.**
Location: body throughout

6. History of non-melanoma skin cancer
(Z85.828)
Well healed scar with NER
located on the body throughout.
Associated diagnosis: Medical surveillance following completed treatment

**Plan: Reassurance.**

7. Seborrheic Keratoses
(L82.1)
Stuck-on, warty, greasy brown papules with pseudo-horn cysts
located on the body throughout.

**Plan: Reassurance.**

8. Lentigines
(L81.4)
Reticulated light tan macules in sun distribution
located on the body throughout.

**Plan: Reassurance.**

9. Hemangioma
Skin and Subcutaneous Tissues (D18.01)
Bright cherry-red papule
located on the body throughout.

**Plan: Reassurance.**

10. Benign Appearing Nevi
(D22.5)
Regular, symmetrical, evenly-colored brown macules
located on the body throughout.

**Plan: Reassurance.**

11. Skin Education
(Z71.89)
located on the body throughout.

**Plan: Counseling.**
I counseled the patient regarding the following:
Sun screen (SPF 30 or greater) should be applied during peak UV exposure (between 10am and 2pm) and reapplied after exercise or swimming.
The ABCDEs of melanoma were reviewed with the patient, and the importance of monthly self-examination of moles was emphasized. Should any moles change in shape or color, or itch, bleed or burn, pt will contact our office for evaluation sooner then their interval appointment.

I recommended the following:
Sunscreen
Self-Skin Exams - Advised need do FSE at earliest convenience

12. Neoplasm of Uncertain Behavior
(D48.5)
Unevenly pigmented macule
located on the right rib cage.
Ddx includes: Neoplasm of Uncertain Behavior vs. Dysplastic Nevus
Associated diagnosis: History of Malignant Melanoma in situ

**Plan: Biopsy by Shave Method.**
Location (A): right rib cage. Written consent was obtained and risks were reviewed including but not limited to scarring, infection, bleeding, scabbing, incomplete removal, nerve damage and allergy to anesthesia. The area was prepped with Alcohol. Local anesthesia was obtained with approximately 1.5cc of 1% lidocaine with 1:100,000 epinephrine. A biopsy by shave method to the level of the dermis (sent for H and E) was performed using a Personna blade on the right rib cage. Monsel's and Electrocautery was used for hemostasis. Following the biopsy Band-Aid was applied. Patient will be notified of biopsy results. However, patient instructed to call the office if not contacted within 2 weeks.

13. Neoplasm of Uncertain Behavior
(D48.5)
Pink scaling patch
located on the left inferior preauricular cheek.
Ddx includes: Neoplasm of Uncertain Behavior vs. Squamous Cell Carcinoma vs. Actinic Keratosis

**Plan: Biopsy by Shave Method.**
Location (B): left inferior preauricular cheek. Written consent was obtained and risks were reviewed including but not limited to scarring, infection, bleeding, scabbing, incomplete removal, nerve damage and allergy to anesthesia. The area was prepped with Alcohol. Local anesthesia was obtained with approximately 1.5cc of 1% lidocaine with 1:100,000 epinephrine. A biopsy by shave method to the level of the dermis (sent for H and E) was performed using a Personna blade on the left inferior preauricular cheek. Monsel's and Electrocautery was used for hemostasis. Following the biopsy Band-Aid was applied. Patient will be notified of biopsy results. However, patient instructed to call the office if not contacted within 2 weeks.

**Follow up in 6 months for: Skin Check - 10 minutes**

**Staff:**

Dr. Channing R Barnett (Primary Provider) (Bill Under)

# Duntz, Matthew

Visit Note - May 24, 2021

| PMS ID: | Sex: | DOB: | Phone: | MRN: |
|---|---|---|---|---|
| 103208PAT000010570 | Male | | | MM0000008675 |



**Duntz, Matthew**

Visit Note - May 24, 2021

| PMS ID: | Sex: | DOB: | Phone: | MRN: |
|---|---|---|---|---|
| 103208PAT000010570 | Male | | | MM0000008675 |




Electronically Signed By: Dr. Channing R Barnett, 05/24/2021 05:22 PM EDT

# Earnings Statement

**MATTHEW DUNTZ**

| | | | |
|---|---|---|---|
| Pay Date: | 12/24/2020 | Company: 0I278 - AEROSPACE TECHNOLOGIES GROUP INC | Emp #: A00X |
| Period Start: | 12/06/2020 | 620 NW 35TH STREET | Dept: 900300 - Salaried Sales Employees |
| Period End: | 12/19/2020 | BOCA RATON FL 33431 (561) 244-7393 | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | | | 6744.81 | 183308.61 | |
| Paid Time Off | | | 749.42 | 14030.77 | |
| Appreciation | | | 8000.00 | 23000.00 | |
| Holiday | | | 0.00 | 6170.19 | |
| **Gross** | | | **15494.23** | **226509.57** | |
| **W/H Taxes** | | | | | |
| Federal W/H(M/2) | | | 2749.69 | 32238.22 | |
| Medicare | | | 364.11 | 3522.97 | |
| Social Security | | | 0.00 | 8537.40 | |
| **Deductions** | | | | | |
| 401k % | | | 1549.42 | 21150.89 | |
| **Net Pay** | | | **10831.01** | **161060.09** | Voucher No. 283420354DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 10831.01 | 161060.09 | A/C:6587 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401k % - Match | 619.77 | 8460.43 *Company Match | | |
| Holiday Hours | 0.00 | 8.00 | 8.00 | 0.00 |
| PTO Hours | 4.62 | 160.34 | 32.00 | 128.34 |

Voucher No. 283420354DD

AEROSPACE TECHNOLOGIES GROUP INC
620 NW 35TH STREET
BOCA RATON, FL 33431
561-244-7400
Dept: 900300

DATE: 12/24/2020

**Net Pay:** **10831.01**

Ten Thousand Eight Hundred Thirty One And 01/100 Dollars

MATTHEW DUNTZ

**For Record Purposes Only**
****NON-NEGOTIABLE****

# Earnings Statement

**MATTHEW DUNTZ**

| | | | |
|---|---|---|---|
| Pay Date: | 07/08/2021 | Company: 0I278 - AEROSPACE TECHNOLOGIES GROUP INC | Emp #: A00X |
| Period Start: | 06/20/2021 | 620 NW 35TH STREET | Dept: 900300 - Salaried Sales Employees |
| Period End: | 07/03/2021 | BOCA RATON FL 33431 (561) 244-7393 | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | | | 8326.92 | 101588.43 | |
| Paid Time Off | | | 0.00 | 10824.99 | |
| Holiday | | | 0.00 | 4163.46 | |
| **Gross** | | | **8326.92** | **116576.88** | |
| **W/H Taxes** | | | | | |
| Federal W/H(M/2) | | | 1138.90 | 15952.39 | |
| Medicare | | | 120.27 | 1684.25 | |
| Social Security | | | 514.25 | 7201.60 | |
| **Deductions** | | | | | |
| 401k % | | | 832.69 | 11657.66 | |
| Allstate Accident | | | 19.62 | 255.06 | |
| Allstate Critical | | | 41.01 | 533.13 | |
| Family Life | | | 6.71 | 87.23 | |
| Life Insurance | | | 40.28 | 523.64 | |
| United Healthcare | | | 12.84 | 166.92 | |
| **Net Pay** | | | **5600.35** | **78515.00** | Voucher No. 319195210DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 5600.35 | 78515.00 | A/C:6587 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401k % - Match | 333.08 | 4663.12 *Company Match | | |
| Holiday Hours | 0.00 | 8.00 | 8.00 | 0.00 |
| PTO Hours | 6.15 | 241.85 | 136.00 | 105.85 |

**Lincoln/Duntz 1200**

Voucher No. 319195210DD

AEROSPACE TECHNOLOGIES GROUP INC
620 NW 35TH STREET
BOCA RATON, FL 33431
561-244-7400
Dept: 900300

DATE: 07/08/2021

**Net Pay:** **5600.35**

Five Thousand Six Hundred And 35/100 Dollars

MATTHEW DUNTZ

**For Record Purposes Only**
****NON-NEGOTIABLE****

# Earnings Statement

**MATTHEW DUNTZ**

| | | | |
|---|---|---|---|
| Pay Date: | 06/24/2021 | Company: 0I278 - AEROSPACE TECHNOLOGIES GROUP INC | Emp #: A00X |
| Period Start: | 06/06/2021 | 620 NW 35TH STREET | Dept: 900300 - Salaried Sales Employees |
| Period End: | 06/19/2021 | BOCA RATON FL 33431 (561) 244-7393 | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | | | 8326.92 | 93261.51 | |
| Paid Time Off | | | 0.00 | 10824.99 | |
| Holiday | | | 0.00 | 4163.46 | |
| **Gross** | | | **8326.92** | **108249.96** | |
| **W/H Taxes** | | | | | |
| Federal W/H(M/2) | | | 1138.90 | 14813.49 | |
| Medicare | | | 120.27 | 1563.98 | |
| Social Security | | | 514.26 | 6687.35 | |
| **Deductions** | | | | | |
| 401k % | | | 832.69 | 10824.97 | |
| Allstate Accident | | | 19.62 | 235.44 | |
| Allstate Critical | | | 41.01 | 492.12 | |
| Family Life | | | 6.71 | 80.52 | |
| Life Insurance | | | 40.28 | 483.36 | |
| United Healthcare | | | 12.84 | 154.08 | |
| **Net Pay** | | | **5600.34** | **72914.65** | Voucher No. 316408326DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 5600.34 | 72914.65 | A/C:6587 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401k % - Match | 333.08 | 4330.04 | *Company Match | |
| Holiday Hours | 0.00 | 8.00 | 8.00 | 0.00 |
| PTO Hours | 6.15 | 235.70 | 136.00 | 99.70 |

**Lincoln/Duntz 1202**

Voucher No. 316408326DD

AEROSPACE TECHNOLOGIES GROUP INC
620 NW 35TH STREET
BOCA RATON, FL 33431
561-244-7400
Dept: 900300

DATE: 06/24/2021

**Net Pay:** **5600.34**

Five Thousand Six Hundred And 34/100 Dollars

MATTHEW DUNTZ

**For Record Purposes Only**
****NON-NEGOTIABLE****

# Earnings Statement

MATTHEW DUNTZ

| | | | |
|---|---|---|---|
| Pay Date: | 06/10/2021 | Company: 0I278 - AEROSPACE TECHNOLOGIES GROUP INC | Emp #: A00X |
| Period Start: | 05/23/2021 | 620 NW 35TH STREET | Dept: 900300 - Salaried Sales Employees |
| Period End: | 06/05/2021 | BOCA RATON FL 33431 (561) 244-7393 | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | | | 7494.23 | 84934.59 | |
| Paid Time Off | | | 0.00 | 10824.99 | |
| Holiday | | | 832.69 | 4163.46 | |
| **Gross** | | | **8326.92** | **99923.04** | |
| **W/H Taxes** | | | | | |
| Federal W/H(M/2) | | | 1138.90 | 13674.59 | |
| Medicare | | | 120.27 | 1443.71 | |
| Social Security | | | 514.26 | 6173.09 | |
| **Deductions** | | | | | |
| 401k % | | | 832.69 | 9992.28 | |
| Allstate Accident | | | 19.62 | 215.82 | |
| Allstate Critical | | | 41.01 | 451.11 | |
| Family Life | | | 6.71 | 73.81 | |
| Life Insurance | | | 40.28 | 443.08 | |
| United Healthcare | | | 12.84 | 141.24 | |
| **Net Pay** | | | **5600.34** | **67314.31** | Voucher No. 313748122DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 5600.34 | 67314.31 | A/C:6587 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| 401k % - Match | 333.08 | 3996.96 | *Company Match | |
| Holiday Hours | 0.00 | 8.00 | 8.00 | 0.00 |
| PTO Hours | 6.15 | 229.55 | 136.00 | 93.55 |

**Lincoln/Duntz 1204**

Voucher No. 313748122DD

AEROSPACE TECHNOLOGIES GROUP INC
620 NW 35TH STREET
BOCA RATON, FL 33431
561-244-7400
Dept: 900300

DATE: 06/10/2021

**Net Pay:** **5600.34**

Five Thousand Six Hundred And 34/100 Dollars

MATTHEW DUNTZ

**For Record Purposes Only**
****NON-NEGOTIABLE****

# Earnings Statement

MATTHEW DUNTZ

| | | | |
|---|---|---|---|
| | | Company: 0I278 - AEROSPACE TECHNOLOGIES GROUP | |
| Pay Date: | 05/27/2021 | INC | Emp #: A00X |
| Period Start: | 05/09/2021 | 620 NW 35TH STREET | Dept: 900300 - Salaried Sales Employees |
| Period End: | 05/22/2021 | BOCA RATON FL 33431 (561) 244-7393 | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | | | 8326.92 | 77440.36 | |
| Paid Time Off | | | 0.00 | 10824.99 | |
| Holiday | | | 0.00 | 3330.77 | |
| **Gross** | | | **8326.92** | **91596.12** | |
| **W/H Taxes** | | | | | |
| Federal W/H(M/2) | | | 1138.90 | 12535.69 | |
| Medicare | | | 120.27 | 1323.44 | |
| Social Security | | | 514.25 | 5658.83 | |
| **Deductions** | | | | | |
| 401k % | | | 832.69 | 9159.59 | |
| Allstate Accident | | | 19.62 | 196.20 | |
| Allstate Critical | | | 41.01 | 410.10 | |
| Family Life | | | 6.71 | 67.10 | |
| Life Insurance | | | 40.28 | 402.80 | |
| United Healthcare | | | 12.84 | 128.40 | |
| **Net Pay** | | | **5600.35** | **61713.97** | Voucher No. 311198699DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 5600.35 | 61713.97 | A/C:6587 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| 401k % - Match | 333.08 | 3663.88 | *Company Match | |
| Holiday Hours | 0.00 | 8.00 | 8.00 | 0.00 |
| PTO Hours | 6.15 | 223.40 | 136.00 | 87.40 |

**Lincoln/Duntz 1206**

Voucher No. 311198699DD

AEROSPACE TECHNOLOGIES GROUP INC
620 NW 35TH STREET
BOCA RATON, FL 33431
561-244-7400
Dept: 900300

DATE: 05/27/2021

**Net Pay:** **5600.35**

Five Thousand Six Hundred And 35/100 Dollars

MATTHEW DUNTZ

**For Record Purposes Only**
****NON-NEGOTIABLE****

**Lincoln/Duntz 1207**

## Earnings Statement

**MATTHEW DUNTZ**

Company: 0I278 - AEROSPACE TECHNOLOGIES GROUP INC
620 NW 35TH STREET
BOCA RATON FL 33431 (561) 244-7393

| | | |
|---|---|---|
| Pay Date: | 05/13/2021 | Emp #: A00X |
| Period Start: | 04/25/2021 | Dept: 900300 - Salaried Sales Employees |
| Period End: | 05/08/2021 | Pay Basis: Salary |

| | Rate Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | 8326.92 | 69113.44 | |
| Paid Time Off | | 0.00 | 10824.99 | |
| Holiday | | 0.00 | 3330.77 | |
| **Gross** | | **8326.92** | **83269.20** | |
| **W/H Taxes** | | | | |
| Federal W/H(M/2) | | 1138.90 | 11396.79 | |
| Medicare | | 120.27 | 1203.17 | |
| Social Security | | 514.26 | 5144.58 | |
| **Deductions** | | | | |
| 401k % | | 832.69 | 8326.90 | |
| Allstate Accident | | 19.62 | 176.58 | |
| Allstate Critical | | 41.01 | 369.09 | |
| Family Life | | 6.71 | 60.39 | |
| Life Insurance | | 40.28 | 362.52 | |
| United Healthcare | | 12.84 | 115.56 | |
| **Net Pay** | | **5600.34** | **56113.62** | Voucher No. 308595696DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | 5600.34 | 56113.62 | A/C:6587 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401k % - Match | 333.08 | 3330.80 | *Company Match | |
| Holiday Hours | 0.00 | 8.00 | 8.00 | 0.00 |
| PTO Hours | 6.15 | 217.25 | 136.00 | 81.25 |

**Lincoln/Duntz 1208**

Voucher No. 308595696DD

AEROSPACE TECHNOLOGIES GROUP INC
620 NW 35TH STREET
BOCA RATON, FL 33431
561-244-7400
Dept: 900300

DATE: 05/13/2021

**Net Pay:** **5600.34**

Five Thousand Six Hundred And 34/100 Dollars

MATTHEW DUNTZ

**For Record Purposes Only**
****NON-NEGOTIABLE****

# Earnings Statement

MATTHEW DUNTZ

| | | | |
|---|---|---|---|
| Pay Date: | 04/29/2021 | Company: 0I278 - AEROSPACE TECHNOLOGIES GROUP INC | Emp #: A00X |
| Period Start: | 04/11/2021 | 620 NW 35TH STREET | Dept: 900300 - Salaried Sales Employees |
| Period End: | 04/24/2021 | BOCA RATON FL 33431 (561) 244-7393 | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | | | 8326.92 | 60786.52 | |
| Paid Time Off | | | 0.00 | 10824.99 | |
| Holiday | | | 0.00 | 3330.77 | |
| **Gross** | | | **8326.92** | **74942.28** | |
| **W/H Taxes** | | | | | |
| Federal W/H(M/2) | | | 1146.69 | 10257.89 | |
| Medicare | | | 120.74 | 1082.90 | |
| Social Security | | | 516.27 | 4630.32 | |
| **Deductions** | | | | | |
| 401k % | | | 832.69 | 7494.21 | |
| Allstate Accident | | | 0.00 | 156.96 | |
| Allstate Critical | | | 0.00 | 328.08 | |
| Family Life | | | 0.00 | 53.68 | |
| Life Insurance | | | 0.00 | 322.24 | |
| United Healthcare | | | 0.00 | 102.72 | |
| **Net Pay** | | | **5710.53** | **50513.28** | Voucher No. 305995910DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 5710.53 | 50513.28 | A/C:6587 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| 401k % - Match | 333.08 | 2997.72 | *Company Match | |
| Holiday Hours | 0.00 | 8.00 | 8.00 | 0.00 |
| PTO Hours | 6.15 | 211.10 | 136.00 | 75.10 |

**Lincoln/Duntz 1210**

Voucher No. 305995910DD

AEROSPACE TECHNOLOGIES GROUP INC
620 NW 35TH STREET
BOCA RATON, FL 33431
561-244-7400
Dept: 900300

DATE: 04/29/2021

**Net Pay:** **5710.53**

Five Thousand Seven Hundred Ten And 53/100 Dollars

MATTHEW DUNTZ

**For Record Purposes Only**
****NON-NEGOTIABLE****

# Earnings Statement

**MATTHEW DUNTZ**

| | | | |
|---|---|---|---|
| Pay Date: | 04/15/2021 | Company: 0I278 - AEROSPACE TECHNOLOGIES GROUP INC | Emp #: A00X |
| Period Start: | 03/28/2021 | 620 NW 35TH STREET | Dept: 900300 - Salaried Sales Employees |
| Period End: | 04/10/2021 | BOCA RATON FL 33431 (561) 244-7393 | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | | | 4163.46 | 52459.60 | |
| Paid Time Off | | | 4163.46 | 10824.99 | |
| Holiday | | | 0.00 | 3330.77 | |
| **Gross** | | | **8326.92** | **66615.36** | |
| **W/H Taxes** | | | | | |
| Federal W/H(M/2) | | | 1138.90 | 9111.20 | |
| Medicare | | | 120.27 | 962.16 | |
| Social Security | | | 514.25 | 4114.05 | |
| **Deductions** | | | | | |
| 401k % | | | 832.69 | 6661.52 | |
| Allstate Accident | | | 19.62 | 156.96 | |
| Allstate Critical | | | 41.01 | 328.08 | |
| Family Life | | | 6.71 | 53.68 | |
| Life Insurance | | | 40.28 | 322.24 | |
| United Healthcare | | | 12.84 | 102.72 | |
| **Net Pay** | | | **5600.35** | **44802.75** | Voucher No. 303429091DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 5600.35 | 44802.75 | A/C:6587 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401k % - Match | 333.08 | 2664.64 | *Company Match | |
| Holiday Hours | 0.00 | 8.00 | 8.00 | 0.00 |
| PTO Hours | 6.15 | 204.95 | 136.00 | 68.95 |

**Lincoln/Duntz 1212**

Voucher No. 303429091DD

AEROSPACE TECHNOLOGIES GROUP INC
620 NW 35TH STREET
BOCA RATON, FL 33431
561-244-7400
Dept: 900300

DATE: 04/15/2021

**Net Pay:** **5600.35**

Five Thousand Six Hundred And 35/100 Dollars

MATTHEW DUNTZ

**For Record Purposes Only**
****NON-NEGOTIABLE****

Lincoln Financial Group®

**The Lincoln National Life Insurance Company,** PO Box 2616, Omaha, NE 68103-2616
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF DISABILITY AND LIFE INFORMATION

1. **I (the undersigned) authorize** The Lincoln National Life Insurance Company ("Company") to release information regarding:

   Claimant/Patient Name: DUNTZ (Last) MATTHEW (First) JOHN (Middle)

   Date of Birth: [redacted] Certificate Number/Social Security Number: [redacted]

2. Information to be released: MEDICAL, MEDICATION AND ANYTHING RELATED TO LONG TERM DISABILITY COVERAGE

3. Information to be released to: KIMBERLY ANN DUNTZ
   (Name of individual or company authorized to receive information)

   ☑ Telephone [redacted]
   Include Area Code and Phone number
   Best Day to call ANY TIME OR DAY
   Best time to call ________ am/pm

   ☐ Address
   (Street/PO [redacted] (City) (State) (Zip)

4. I understand the information obtained by use of this Authorization will be used by KIM DUNTZ for the purpose of SETTLEING CLAIMS OR GIVING INFORMATION.

   It will be subject to the following limitations (if applicable): NONE

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by state or federal law.

6. I understand that I may revoke this Authorization in writing at anytime. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** ________________ **DATE:** 02·04·2022

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased) Power of attorney or guardianship must be attached.

PRINT NAME: MATT DUNTZ

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: WIFE

ADDRESS: [redacted]
(Street/PO Box) (City) (State) (Zip Code)

TELEPHONE: [redacted]
Include Area Code and Phone number

[redacted]

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
BJ-03567

Lincoln Financial Group®

**The Lincoln National Life Insurance Company,** PO Box 2616, Omaha, NE 68103-2616
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF DISABILITY AND LIFE INFORMATION

1. **I (the undersigned) authorize** The Lincoln National Life Insurance Company ("Company") to release information regarding:

   Claimant/Patient Name: DUNTZ (Last) MATTHEW (First) JOHN (Middle)

   Date of Birth: [redacted] Certificate Number/Social Security Number: [redacted]

2. Information to be released: MEDICAL, MEDICATION AND ANYTHING RELATED TO LONG TERM DISABILITY COVERAGE. DEVIN WILL BE ABLE TO HELP IN CASES WHERE MATT OR KIM ARE NOT AVALIABLE

3. Information to be released to: DEVIN ASHLEY ARACENA
   (Name of individual or company authorized to receive information)

   ☐ Telephone [redacted]
   Include Area Code and Phone number

   Best Day to call ANYTIME OR DAY
   Best time to call ______ am/pm

   ☐ Address [redacted]
   (Street/PO Box) (City) (State) (Zip)

4. I understand the information obtained by use of this Authorization will be used by DEVIN ARACENA for the purpose of SETTLE CLAIMS OR ASSIST WITH INFORMATION.

   It will be subject to the following limitations (if applicable): NONE

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by state or federal law.

6. I understand that I may revoke this Authorization in writing at anytime. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** ____________ **DATE:** 02.04.2022
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased) Power of attorney or guardianship must be attached.

PRINT NAME: MATT DUNTZ

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: DAUGHTER

ADDRESS: [redacted]
(Street/PO Box) (City) (State) (Zip Code)

TELEPHONE: [redacted]
Include Area Code and Phone number

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

February 4, 2022

Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

DR. CONSTANCE FIELDS
RELEASE OF INFORMATION
9980 CENTRAL PARK BLVD N STE 304
BOCA RATON, FL 33428

Re: Policy Number: 00001014129000000
Claim Number: 1220010964
Patient: Matthew Duntz
DOB:

We are evaluating your patient s disability claim. Please submit the requested records listed below. A signed authorization form is included.

| | |
|---|---|
| Office/Treatment Notes | 07/01/221 to 02/03/2022 |
| Diagnostic Test Results | 07/01/221 to 02/03/2022 |

Current state statutes for Florida: Non-paper records (microfilm) are sub ect to a charge of 2.00 per page. Paper copies may not exceed 1.00 per page. A fee of up to 1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

Payment instructions:

| ty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

•

• .

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

| Authorization Agreement |
|---|

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

| Account Information |
|---|

Name of Financial Institution:

Routing Number:

Account Number:

Authorized Signature: Date:

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at with any questions regarding this request. Thank you for your cooperation.

Sincerely,

KaDe Krueger
Assisting on behalf of Jane Davidson
800-423-2765 x2835
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

**Lincoln/Duntz 1217**

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: DUNTZ (Last) MATTHEW (First) JOHN (Middle)

Date of Birth: Social Security Number: ___

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 08 / 16 / 2021

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** MATTHEW J. DUNTZ

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ___

**ADDRESS:** (Street) ___

(City) (State) (Zip Code)

**PHONE NO:** ___

(Please see FRAUD NOTICES attached)

# Long Term Disability Claim Form Physician's Statement

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Patient Information

Full Name (First) (M.I.) (Last Name)

Social Security Number

Height

Weight

Blood Pressure

Employer Name

## 2. Diagnosis

Primary ICD diagnostic Code **(Required)**

Primary ICD diagnosis Description

Secondary ICD Diagnosis Code

Secondary ICD Diagnosis Description

**Pregnancy**

___ /____ /_______ First Treated

___ /____ /_______ Estimated Delivery

___ /____ /_______ Date of Delivery

☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

## 3. Disability Circumstances - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

___ /___ /_______ Symptoms first Appeared

___ /___ /_______ Reduced Ability to work

___ /___ /_______ Advised to stop work

___ /___ /_______ Initial Treatment

___ /___ /_______ Most Recent Treatment

___ /___ /_______ Next Treatment

Dates hospital confined: ___ /___ /_______ to ___ /___ /_______

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

# Long Term Disability Claim Form Physician's Statement

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ______ | Standing | ____ | Crouching | _____ | Overhead | ______ |
| 6-10 lbs. | ______ | Walking | ____ | Crawling | _____ | Desk Level | ______ |
| 11-25 lbs. | ______ | Sitting | ____ | Grasping | _____ | Below Waist | ______ |
| 26-50 lbs. | ______ | Balancing | ____ | Climbing | _____ | | |
| 51-100 lbs. | ______ | Stooping | ____ | Pushing | _____ | | |
| 100 + lbs. | ______ | Kneeling | ____ | Pulling | _____ | | |
| | | Fingering | ____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____ /_____ /___________

Transferring _____ /_____ /___________

Bathing _____ /_____ /___________

Toileting _____ /_____ /___________

Eating _____ /_____ /___________

Date patient experienced loss of

Cognitive Functioning: ____ /____ /_________

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ /____ /__________ to ____ /____ /________

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City

State

Zip Code

Phone Number

Fax Number

**Signature**

__ /__ /___ **Date**

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

February 4, 2022

Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

CHANNING BARNETT MD
RELEASE OF INFORMATION
7100 W CAMINO REAL SUITE 207
BOCA RATON, FL 33433

Re: Policy Number: 00001014129000000
Claim Number: 1220010964
Patient: Matthew Duntz
DOB:

We are evaluating your patient s disability claim. Please submit the requested records listed below. A signed authorization form is included.

| | |
|---|---|
| Office/Treatment Notes | 05/01/2021 to 02/03/2022 |
| Diagnostic Test Results | 05/01/2021 to 02/03/2022 |

Current state statutes for Florida: Non-paper records (microfilm) are sub ect to a charge of 2.00 per page. Paper copies may not exceed 1.00 per page. A fee of up to 1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

Payment instructions:

| ty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- 
- .

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

| Authorization Agreement |
|---|

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

| Account Information |
|---|

Name of Financial Institution:

Routing Number:

Account Number:

Authorized Signature: Date:

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at with any questions regarding this request. Thank you for your cooperation.

Sincerely,

KaDe Krueger
Assisting on behalf of Jane Davidson
800-423-2765 x2835
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

**Lincoln/Duntz 1224**

Lincoln Financial Group®

# Authorization For Release Of Information

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: DUNTZ (Last) MATTHEW (First) JOHN (Middle)

Date of Birth: Social Security Number: ___

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 08 / 16 / 2021

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** MATTHEW J. DUNTZ

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ___

**ADDRESS:** (Street)

(City) (State) (Zip Code)

**PHONE NO:** ___

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**, PO Box 2616, Omaha, NE 68103-2616
toll free (800) 423 2765 Fax (877) 843-3950
www LincolnFinancial com

## AUTHORIZATION FOR RELEASE OF DISABILITY AND LIFE INFORMATION

1 **I (the undersigned) authorize** The Lincoln National Life Insurance Company ("Company") to release information regarding:

Claimant/Patient Name: DUNTZ (Last) MATTHEW (First) JOHN (Middle)

Date of Birth: ____ Certificate Number/Social Security Number: ____

2. Information to be released: MEDICAL, EMPLOYMENT, MEDICATION

3. Information to be released to: LINCOLN OR JANE DAVIDSON
(Name of individual or company authorized to receive information)

Telephone 800 423 2765 x2835 Best Day to call ____ Best time to call ____ am/pm
Include Area Code and Phone number

Address
4801 INDIAN HILLS DR (Street/PO Box) OMAHA (City) NEBRASKA (State) 68114 (Zip)

4. I understand the information obtained by use of this Authorization will be used by LINCOLN for the purpose of LONG TERM DISSABILITY COVERAGE.

It will be subject to the following limitations (if applicable): ____

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by state or federal law.

6. I understand that I may revoke this Authorization in writing at anytime. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** [signature] **DATE:** 02.03.2022

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased) Power of attorney or guardianship must be attached.

PRINT NAME: MATT DUNTZ

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ____

ADDRESS:
(Street/PO Box) (City) (State) (Zip Code)

TELEPHONE: ____
Include Area Code and Phone number

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME MATTHEW J. DUNTZ CLAIM NUMBER 1220010964

**PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES** 2007 **TO** 2022

**DOCTORS:**

Name: DR. FIELDS Specialty: CARDIOLOGY
Address: 9980 CENTRAL PK. BLVD. NORTH SUITE 310
City: BOCA RATON State: FL Zip Code: 33428
Phone: 561-483-8335 Fax: 561-483-1756
Dates Seen: 02-20 to CURRENT

Name: SHIVANAND PERSAD Specialty: PA-C
Address: 5458 TOWN CENTER RD. SUITE 21
City: BOCA RATON State: FL Zip Code: 33486
Phone: 561-750-7300 Fax: 866-981-1882
Dates Seen: 01-2018 to CURRENT

Name: DR. BARNETT Specialty: DERMATOLOGIST
Address: 7100 W. CAMINO REAL SUITE 301
City: BOCA RATON State: FL Zip Code: 33433
Phone: 561-717-2277 Fax: 561-948-5915
Dates Seen: 01-2018 to CURRENT

Name: DR. MCCULLOUGH Specialty: DERMATOLOGIST
Address: 820 E. 67TH ST
City: SAVANNAH State: GA, Zip Code: 31405
Phone: 912-355-9818 Fax:
Dates Seen: 2007 to 2017

**PHARMACIES:**

Name: WALGREENS STORE #2292
Address: 1001 SW 2ND AVE
City: BOCA RATON State: FL Zip Code: 33432
Phone: 561-395-4765 Fax:
Dates: 2006 to 2021

Name: WALGREENS STORE #7689
Address: 2500 GALLATIN AVE
City: NASHVILLE State: TN Zip Code: 37206
Phone: 615-226-7591 Fax:
Dates: 01-22 to CURRENT

**HOSPITALS:**

Name: BOCA RATON REGIONAL HOSPITAL
Address: 800 MEADOWS RD
City: BOCA RATON State: FL Zip Code: 33486
Phone: 561-955-7100 Fax:
Dates Confined: 2020 to 2022

Name:
Address:
City: State: Zip Code:
Phone: Fax:
Dates Confined: to

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name: CIGNA
Address: PO BOX 188061
City: CHATTANOOGA State: TN Zip Code: 37422-8061
Phone Number: 866-494-2111

Policy Number: 00616061
Member ID: 102862719
Dates of Coverage: 2017 to CURRENT
Fax Number:

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature [signature] Date 02-03-2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: MATTHEW J. DUNTZ CLAIM NUMBER: 122010964

**PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES** 2007 **TO** 2022

**DOCTORS:**

Name: DR. FIELDS Specialty: CARDIOLOGY
Address: 9980 CENTRAL PK. BLVD, NORTH SUITE 310
City: BOCA RATON State: FL Zip Code: 33428
Phone: 561-483-8335 Fax: 561-483-1756
Dates Seen: 02-20 to CURRENT

Name: SHIVANAND PERSAD Specialty: PA-C
Address: 5458 TOWN CENTER RD. SUITE 21
City: BOCA RATON State: FL Zip Code: 33486
Phone: 561-750-7300 Fax: 866-981-1882
Dates Seen: 01-2018 to CURRENT

Name: DR. BARNETT Specialty: DERMATOLOGIST
Address: 7100 W. CAMINO REAL SUITE 301
City: BOCA RATON State: FL Zip Code: 33433
Phone: 561-717-2277 Fax: 561-948-5915
Dates Seen: 01-2018 to CURRENT

Name: DR. MCCULLOUGH Specialty: DERMATOLOGIST
Address: 820 E. 67TH ST
City: SAVANNAH State: GA. Zip Code: 31405
Phone: 912.355.9818 Fax:
Dates Seen: 2007 to 2017

**PHARMACIES:**

Name: WALGREENS STORE # 2292
Address: 1001 SW 2ND AVE
City: BOCA RATON State: FL Zip Code: 33432
Phone: 561-395-4765 Fax:
Dates: 2016 to 2021

Name: WALGREENS STORE # 7689
Address: 2500 GALLATIN AVE
City: NASHVILLE State: TN Zip Code: 37206
Phone: 615-226-7591 Fax:
Dates: 01-22 to CURRENT

**HOSPITALS:**

Name: BOCA RATON REGIONAL HOSPITAL
Address: 800 MEADOWS RD
City: BOCA RATON State: FL Zip Code: 33486
Phone: 561.955.7100 Fax:
Dates Confined: 2020 to 2022

Name:
Address:
City: State: Zip Code:
Phone: Fax:
Dates Confined: to

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name: CIGNA
Address: PO BOX 188061
City: CHATTANOOGA State: TN Zip Code: 37422-8061
Phone Number: 866.494.2111

Policy Number: 00616061
Member ID: 102862719
Dates of Coverage: 2017 to CURRENT
Fax Number:

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature [signature] Date 02-03-2022

Lincoln Financial Group®

**The Lincoln National Life Insurance Company,** PO Box 2616, Omaha, NE 68103-2616
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF DISABILITY AND LIFE INFORMATION

1. **I (the undersigned) authorize** The Lincoln National Life Insurance Company ("Company") to release information regarding:

   Claimant/Patient Name: DUNTZ (Last) MATTHEW (First) JOHN (Middle)

   Date of Birth: 07.06.62 Certificate Number/Social Security Number: [redacted]

2. Information to be released: MEDICAL, EMPLOYMENT, MEDICATION

3. Information to be released to: LINCOLN OR JANE DAVIDSON
   (Name of individual or company authorized to receive information)

   ☐ Telephone 800 - 423 - 2765 x2835 Best Day to call ______ Best time to call ______ am/pm
   Include Area Code and Phone number

   ☐ Address
   4801 INDIAN HILLS DR (Street/PO Box) OMAHA (City) NEBRASKA (State) 68114 (Zip)

4. I understand the information obtained by use of this Authorization will be used by LINCOLN for the purpose of LONG TERM DISSABILITY COVERAGE.

   It will be subject to the following limitations (if applicable): ______

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by state or federal law.

6. I understand that I may revoke this Authorization in writing at anytime. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** ______ **DATE:** 02.03.2022

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased) Power of attorney or guardianship must be attached.

PRINT NAME: MATT DUNTZ

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______

ADDRESS: [redacted]
(Street/PO Box) (City) (State) (Zip Code)

TELEPHONE: [redacted]
Include Area Code and Phone number

Date: Wed Feb 02 20:19:50 CST 2022
From: Jane Davidson <Jane.Davidson@lfg.com>
To: mglenn@atgshades.com
Message-ID: <1846346370.246.1643854790678.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1220010964 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220010964

Please review the attached letter and/or document(s) regarding the Claim #1220010964 for Matthew Duntz. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Jane Davidson**
**Senior Claims Examiner, Claims**
8801 Indian Hills Drive
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x2835
Fax: undefined
Email: Jane.Davidson@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

February 2, 2022

Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

AEROSPACE TECHNOLOGIES GROUP, INC.
ATTN Michelle Glenn
620 NW 35th St
Boca Raton, FL 33431

Re: Policy Number: 000010141290000000
Claim Number: 1220010964
Claimant: Matthew Duntz

Dear Michelle Glenn:

We have completed our initial review of the claim for Long Term Disability benefits filed by Mr. Duntz and have determined additional information is needed prior to benefits being considered.

We have requested the additional information from Mr. Duntz. This information must be provided to our office no later than 03/19/2022.

Once the requested information is received, we will notify you of the claim decision.

Please contact our office with any questions you may have at the number listed below or email us at disabilityclaims@lfg.com.

Sincerely,

Jane Davidson
800-423-2765 x2835
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Date: Wed Feb 02 13:57:14 CST 2022
From: Jane Davidson <Jane.Davidson@lfg.com>
To: mduntz@gmail.com
Message-ID: <1458594266.43.1643831834656.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1220010964 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220010964

Please review the attached letter and/or document(s) regarding the Claim #1220010964 for Matthew Duntz. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Jane Davidson**
**Senior Claims Examiner, Claims**
8801 Indian Hills Drive
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x2835
Fax: undefined
Email: Jane.Davidson@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

February 2, 2022

Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

MATTHEW J DUNT

Re: Policyholder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129000000
Claim Number: 1220010964
Claimant: Matthew Duntz

Dear Mr. Duntz:

We have completed our initial review of your claim for Long Term Disability and have determined additional information is needed prior to benefits being considered.

To determine disability, we must evaluate medical documentation to determine if your condition precludes you from performing the main duties of your occupation.

Medical documentation includes, but is not limited to, office and treatment records, testing results, therapy notes, consultation reports and operative reports. A note from your physician, without any supporting medical documentation as outlined above, may not be sufficient to consider your claim.

Please provide The Lincoln National Life Insurance Company with the following documentation within the next 30 days:

- 

In addition, we have been in contact with your Employer regarding additional information required from them to continue processing your claim.

Once all of the requested information has been received, we will continue our review of your claim.
If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Jane Davidson
800-423-2765 x2835
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: ______________________ CLAIM NUMBER: ______________

**PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES __________ TO _________**

**DOCTORS:**

Name: ____________ Specialty: ____________
Address: ______________________
City: __________ State: ______ Zip Code: ______
Phone: ____________ Fax: ____________
Dates Seen: __________ to ____________

Name: ____________ Specialty: ____________
Address: ______________________
City: __________ State: ______ Zip Code: ______
Phone: ____________ Fax: ____________
Dates Seen: __________ to ____________

Name: ____________ Specialty: ____________
Address: ______________________
City: __________ State: ______ Zip Code: ______
Phone: ____________ Fax: ____________
Dates Seen: __________ to ____________

Name: ____________ Specialty: ____________
Address: ______________________
City: __________ State: ______ Zip Code: ______
Phone: ____________ Fax: ____________
Dates Seen: __________ to ____________

**PHARMACIES:**

Name: ______________________
Address: ______________________
City: __________ State: ______ Zip Code: ______
Phone: ____________ Fax: ____________
Dates: __________ to ____________

Name: ______________________
Address: ______________________
City: __________ State: ______ Zip Code: ______
Phone: ____________ Fax: ____________
Dates: __________ to ____________

**HOSPITALS:**

Name: ______________________
Address: ______________________
City: __________ State: ______ Zip Code: ______
Phone: ____________ Fax: ____________
Dates Confined: __________ to ____________

Name: ______________________
Address: ______________________
City: __________ State: ______ Zip Code: ______
Phone: ____________ Fax: ____________
Dates Confined: __________ to ____________

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name: ______________________
Address: ______________________
City: __________ State: ______ Zip Code: ______
Phone Number: ______________________

Policy Number: ______________________
Member ID: ______________________
Dates of Coverage: __________ to ____________
Fax Number: ______________________

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ______________________ Date ____________

**The Lincoln National Life Insurance Company,** PO Box 2616, Omaha, NE 68103-2616
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF DISABILITY AND LIFE INFORMATION

1. **I (the undersigned) authorize** The Lincoln National Life Insurance Company ("Company") to release information regarding:

   Claimant/Patient Name: ______________________________________________
   (Last) (First) (Middle)

   Date of Birth: ________________ Certificate Number/Social Security Number: ______________________

2. Information to be released: ______________________________________________

   ______________________________________________

   ______________________________________________

   ______________________________________________

3. Information to be released to: ______________________________________________
   (Name of individual or company authorized to receive information)

   Best Day to call ______________

   ☐ Telephone ________ - __________ - ____________ Best time to call ______________ am/pm
   Include Area Code and Phone number

   ☐ Address

   ______________________________________________
   (Street/PO Box) (City) (State) (Zip)

4. I understand the information obtained by use of this Authorization will be used by ____________________ for the purpose of ______________________________________________ .

   It will be subject to the following limitations (if applicable): ______________________________

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by state or federal law.

6. I understand that I may revoke this Authorization in writing at anytime. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** ______________________________________ **DATE:** ____________________________

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased) Power of attorney or guardianship must be attached.

PRINT NAME: ______________________________________

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ____________________

ADDRESS: ______________________________________________
(Street/PO Box) (City) (State) (Zip Code)

TELEPHONE: _______ - _______ - _________
Include Area Code and Phone number

**Hoffner, Faye**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Friday, December 16, 2022 3:34 PM |
| **To:** | entrprserip |
| **Subject:** | FW: M DUNTZ 1220010964  CLARIFICATION REPORT.pdf |
| **Attachments:** | M DUNTZ 1220010964  CLARIFICATION REPORT.pdf |

---

**From:** Nettell, Karryn <Karryn.Nettell@lfg.com>
**Sent:** Friday, December 16, 2022 2:33:23 PM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Cc:** McShane, Susan <Susan.McShane@lfg.com>; Nolan, Sandra <Sandra.Nolan@lfg.com>
**Subject:** M DUNTZ 1220010964 CLARIFICATION REPORT.pdf

Please index as:

Business Area: GPRISKCLMS

Source Type as MEDRECSG

Source Identifier as MEDR – CLARIFICATION REPORT



**Karryn Nettell**
File Support Coordinator
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-6757 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

## Hoffner, Faye

**From:** LFGAppeals
**Sent:** Wednesday, January 4, 2023 10:43 AM
**To:** entrprserip
**Subject:** FW: Duntz Matthew (secure) 1220010964
**Attachments:** Duntz Matthew Attny Uphold letter 01032023.pdf

---

**From:** McShane, Susan <Susan.McShane@lfg.com>
**Sent:** Wednesday, January 4, 2023 9:42:29 AM (UTC-06:00) Central Time (US & Canada)
**To:** barb@codyallison.com <barb@codyallison.com>
**Cc:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** Duntz Matthew (secure) 1220010964


**Susan McShane**
Claims Resolution Specialist
Claims Resolutions Services

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 x2769
Office

402-361-1152 Fax



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** LFGAppeals
**Sent:** Thursday, March 30, 2023 4:32 PM
**To:** entrprserip
**Subject:** FW: Claim for Matthew Duntz 1220010964 (secure)

---

**From:** Cronican, Amber <Amber.Cronican@lfg.com>
**Sent:** Thursday, March 30, 2023 3:31:43 PM (UTC-06:00) Central Time (US & Canada)
**To:** Sam Payne <sam@codyallison.com>
**Cc:** barb@codyallison.com <barb@codyallison.com>; LFGAppeals <LFGAppeals@lfg.com>
**Subject:** RE: Claim for Matthew Duntz 1220010964 (secure)

Please be advised that your request for an extension has been approved. We will place your new deadline to 04/07/2023.

I look forward to hearing from you.

**Amber Cronican**
Claim Resolution Specialist
Claims Resolutions Services
1-800-423-2765 ext 7304 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Sam Payne <sam@codyallison.com>
**Sent:** Tuesday, March 28, 2023 5:22 PM
**To:** Cronican, Amber <Amber.Cronican@lfg.com>
**Cc:** barb@codyallison.com
**Subject:** FW: Claim for Matthew Duntz 1220010964 (secure)
**Importance:** High

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Amber: Good afternoon, I am one of the attorneys representing Mr. Duntz on this claim. Our paralegal, Barb, forwarded your email below. I had actually left you a message through a Lincoln customer service representative to call me back on March 22, 2023 (*note, for some reason your extension (x7304) would not "go through" that day).

**We are preparing a supplemental letter with some additional medical records, yes; and that may be ready as early as tomorrow (3/29/2023). However, I was asking for a one-week extension, if possible, just to be safe, through and including 4/5/2023**.

Please advise at your earliest convenience, thank you.

Sam.

**Samuel D. Payne, Esq**.
Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
T 615.234.6000
F 615.727.0175
sam@codyallison.com
www.codyallison.com
www.ltdanswers.com

---

**From:** Cronican, Amber <Amber.Cronican@lfg.com>
**Sent:** Tuesday, March 28, 2023 2:39 PM
**To:** barb@codyallison.com
**Subject:** claim for Matthew Duntz 1220010964 (secure)

This message was sent securely using Zix®

Hello Barb I just want to make sure you received our right to review letter and medical review report that was sent out to your email on 03/08/2023.

Please advise if you need me to send it to you again.

**Amber Cronican**
Claim Resolution Specialist
Claims Resolutions Services

**Lincoln Financial Group**
LincolnFinancial.com

1-800-423-2765 ext 7304
Office

402-361-1460 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail

and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix®**.

## Hoffner, Faye

**From:** Disability Claims
**Sent:** Friday, May 19, 2023 1:46 PM
**To:** entrprserip
**Subject:** FW: OA Upload Request (secure)
**Attachments:** DN Appeal OA Duntz Vice President & Demonstrator.pdf

---

**From:** Hall, Nicole
**Sent:** Friday, May 19, 2023 1:45:47 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims; Cronican, Amber
**Subject:** OA Upload Request (secure)

Hey Amber,

I ended up doing a fully updated OA report for this one given the updated information and change in occupational match. Let me know if you have any questions or wish to discuss given the outcome of my review.

Please upload this information for the OA completed on Claim Number: 1220010964

Thank you!
Nicole

**Nicole Hall, MS, CRC**
Vocational Consultant II
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

531.37534203 Office

603.422.7974 Fax

**Hoffner, Faye**

**From:** LFGAppeals
**Sent:** Friday, November 18, 2022 3:06 PM
**To:** entrprserip
**Subject:** FW: M DUNTZ 1220010964 CARDIO REPORT.pdf
**Attachments:** M DUNTZ 1220010964 CARDIO REPORT.pdf

---

**From:** Nettell, Karryn <Karryn.Nettell@lfg.com>
**Sent:** Friday, November 18, 2022 2:05:30 PM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Cc:** McShane, Susan <Susan.McShane@lfg.com>
**Subject:** M DUNTZ 1220010964 CARDIO REPORT.pdf

Please index as:

Business Area: GPRISKCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT


**Karryn Nettell**
File Support Coordinator
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-6757 Mobile



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

## Hoffner, Faye

**From:** LFGAppeals
**Sent:** Monday, November 21, 2022 5:18 PM
**To:** entrprserip
**Subject:** FW: Duntz Matthew (secure) 1220010964
**Attachments:** Duntz Matthew Attny 21 day RTR letter.pdf; Duntz Matthew Peer reivew.pdf

---

**From:** McShane, Susan <Susan.McShane@lfg.com>
**Sent:** Monday, November 21, 2022 4:17:19 PM (UTC-06:00) Central Time (US & Canada)
**To:** barb@codyallison.com <barb@codyallison.com>
**Cc:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** Duntz Matthew (secure) 1220010964


**Susan McShane**
Claims Resolution Specialist
Claims Resolutions Services

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 x2769
Office

402-361-1152 Fax



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Hoffner, Faye**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, June 2, 2022 1:41 PM |
| **To:** | entrprserip |
| **Subject:** | FW: FW: follow up Duntz LTD Claim |
| **Attachments:** | Duntz 2020 medical records #2.pdf; Duntz 2020 medical records #1.pdf; Duntz 2020 medical records #5.pdf; Duntz 2020 medical records #4.pdf; Duntz 2020 medical records #3.pdf; Duntz notes from new Cardialogist 053122.pdf |

---

**From:** Rea, Krystal
**Sent:** Thursday, June 2, 2022 1:40:24 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: FW: follow up Duntz LTD Claim

Please upload to 1220010964. Thank you!

## Hoffner, Faye

**From:** Disability Claims
**Sent:** Friday, June 10, 2022 3:27 PM
**To:** entrprserip
**Subject:** FW: M DUNTZ 1220010964 ADDENDUM REPORT.pdf
**Attachments:** M DUNTZ 1220010964 ADDENDUM REPORT.pdf

---

**From:** Young, Amy D. (Medical Review)
**Sent:** Friday, June 10, 2022 3:26:37 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Rea, Krystal
**Subject:** M DUNTZ 1220010964 ADDENDUM REPORT.pdf

Please index as:

Business Area: GPDISCLMS

Source Type as MEDRECSG

Source Identifier as MEDR – ADDENDUM REPORT

**Amy Young, CSSYB**
Supervisor, File Support
Clinical Support Services

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-7041 Mobile

## Hoffner, Faye

**From:** Disability Claims
**Sent:** Tuesday, June 21, 2022 11:38 AM
**To:** entrprserip
**Subject:** FW: Lincoln Financial Group LTD Claim 1220010964 (Secure)

---

**From:** Gregor, Nicholas
**Sent:** Tuesday, June 21, 2022 11:38:03 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Matt Duntz
**Cc:** Disability Claims; Rea, Krystal
**Subject:** RE: Lincoln Financial Group LTD Claim 1220010964 (Secure)

Hello,

We received a message that your current cardiologist is willing to discuss your case with the physician reviewer evaluating your claim's medical file. Per what we have received, I wanted to confirm that the provider is Jane Ellen Freeman, MD. Would you please confirm if this is the provider that is open to the call, and what the address, phone / fax numbers for her are as well as her tentative availability so we can contact the vendor to facilitate the discussion?

Thank you,

**Nicholas Gregor**
Manager, LTD
Group Protection
800-423-2765 X2759 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

## Hoffner, Faye

**From:** Disability Claims
**Sent:** Wednesday, May 18, 2022 11:34 AM
**To:** entrprserip
**Subject:** FW: M Duntz Fields Letter
**Attachments:** IMG-9091.jpg; IMG-9092.jpg; IMG-9093.jpg; IMG-9096.jpg; IMG-9097.jpg

---

From: Gregor, Nicholas
Sent: Wednesday, May 18, 2022 11:32:36 AM (UTC-05:00) Eastern Time (US & Canada)
To: Disability Claims
Subject: FW: M Duntz Fields Letter

LTD 1220010964

Nicholas Gregor
Manager, LTD
Group Protection
800-423-2765 X2759 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

-----Original Message-----
From: Gracy, Chad <Steven.Gracy@lfg.com>
Sent: Wednesday, May 18, 2022 8:39 AM
To: Gregor, Nicholas <Nicholas.Gregor@lfg.com>
Cc: Ricker, Sarah <Sarah.Ricker@lfg.com>
Subject: FW: M Duntz Fields Letter

Nick,
Please review.

Chad Gracy
A.V.P. - Florida Sales

954-308-2873 Office
954-993-7589 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

-----Original Message-----
From: Michelle Glenn <mglenn@atgshades.com>
Sent: Tuesday, May 17, 2022 1:39 PM
To: Gracy, Chad <Steven.Gracy@lfg.com>
Subject: M Duntz Fields Letter

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Chad-
This is one of two emails from Matt Duntz that contains a letter describing his history and treatment written by Dr. Fields. My original email outlines my follow up.
Thank you,
Michelle

Michelle Glenn, SPHR
Chief People Officer, Six Sigma Green Belt

Aerospace Technologies Group, Inc.
620 NW 35th Street | Boca Raton, FL 33431 | USA Direct +1.561.244.7396 | Main +1.561.244.7400 Mobile +1.954.232.9806

website | vCard | map | LinkedIn | email

The information contained in this message is privileged, confidential, and protected from disclosure. This message is intended for the individual or entity addressed herein. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system.

-----Original Message-----
From: Matt Duntz <mduntz@gmail.com>
Sent: Monday, May 16, 2022 12:06 PM
To: Michelle Glenn <mglenn@atgshades.com>
Subject: Letter from Dr Fields

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

There is one more group to send.

**From:** Disability Claims
**Sent:** Wednesday, May 18, 2022 11:34 AM
**To:** entrprserip
**Subject:** FW: Matt Duntz Dr. Fields letter
**Attachments:** IMG-9098.jpg; IMG-9099.jpg; IMG-9100.jpg; IMG-9101.jpg; IMG-9102.jpg

---

From: Gregor, Nicholas
Sent: Wednesday, May 18, 2022 11:33:03 AM (UTC-05:00) Eastern Time (US & Canada)
To: Disability Claims
Subject: FW: Matt Duntz Dr. Fields letter

LTD 1220010964

Nicholas Gregor
Manager, LTD
Group Protection
800-423-2765 X2759 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

-----Original Message-----
From: Gracy, Chad <Steven.Gracy@lfg.com>
Sent: Wednesday, May 18, 2022 8:40 AM
To: Gregor, Nicholas <Nicholas.Gregor@lfg.com>
Cc: Ricker, Sarah <Sarah.Ricker@lfg.com>
Subject: FW: Matt Duntz Dr. Fields letter

Nick,
Please review.

Chad Gracy
A.V.P. - Florida Sales

954-308-2873 Office
954-993-7589 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

-----Original Message-----
From: Michelle Glenn <mglenn@atgshades.com>
Sent: Tuesday, May 17, 2022 1:40 PM
To: Gracy, Chad <Steven.Gracy@lfg.com>
Subject: Matt Duntz Dr. Fields letter

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Chad-
This is the second of two emails from Matt Duntz that contains a letter describing his history and treatment written by Dr. Fields. My original email outlines my follow up.
Thank you,
Michelle

Michelle Glenn, SPHR
Chief People Officer, Six Sigma Green Belt

Aerospace Technologies Group, Inc.
620 NW 35th Street | Boca Raton, FL 33431 | USA Direct +1.561.244.7396 | Main +1.561.244.7400 Mobile +1.954.232.9806

website | vCard | map | LinkedIn | email

The information contained in this message is privileged, confidential, and protected from disclosure. This message is intended for the individual or entity addressed herein. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system.

-----Original Message-----
From: Matt Duntz <mduntz@gmail.com>
Sent: Monday, May 16, 2022 12:14 PM
To: Michelle Glenn <mglenn@atgshades.com>
Subject: Second letter

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I will scan both sets tonight and email them to you. Thanks Michelle, these paint the correct picture.

## Hoffner, Faye

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Wednesday, April 27, 2022 12:01 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Upload request for OA (secure) 1220010964 |
| **Attachments:** | image002.png; image004.png; image006.png; image008.png; image010.png; image012.png; MDuntz OA.pdf |

---

**From:** Grumet, Tracie
**Sent:** Wednesday, April 27, 2022 12:01:18 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Davidson, Jane
**Subject:** Upload request for OA (secure) 1220010964

Please upload this information for the OA completed on Claim Number: 1220010964

**Tracie Grumet, MA, CRC**
Vocational Rehabilitation Consultant II
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

770-763-5100 Office

she/her/hers

## Hoffner, Faye

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, May 5, 2022 9:20 AM |
| **To:** | entrprserip |
| **Subject:** | FW: Lincoln Financial Group LTD Claim |
| **Attachments:** | M Duntz Determination Letter.pdf; M Duntz Peer report.pdf |
| **Importance:** | High |

---

**From:** Gregor, Nicholas
**Sent:** Thursday, May 5, 2022 9:19:52 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** mduntz@gmail.com
**Cc:** Davidson, Jane; Disability Claims
**Subject:** Lincoln Financial Group LTD Claim

Hello,

I show a copy of the determination letter was sent yesterday, but am emailing the attached copy to ensure you have it. I have also attached a copy of the Peer reviewer's report that was utilized as part of the determination for your review.

Thank you,


**Nicholas Gregor**
Manager, LTD
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 X2759
Office

877-843-3950 Fax



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

## Hoffner, Faye

**From:** Disability Claims
**Sent:** Wednesday, May 18, 2022 11:34 AM
**To:** entrprserip
**Subject:** FW: follow up Duntz LTD Claim
**Attachments:** Chief Sales Officer.pdf

---

**From:** Gregor, Nicholas
**Sent:** Wednesday, May 18, 2022 11:33:05 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: follow up Duntz LTD Claim

LTD 1220010964

**Nicholas Gregor**
Manager, LTD
Group Protection
800-423-2765 X2759 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Gracy, Chad <Steven.Gracy@lfg.com>
**Sent:** Wednesday, May 18, 2022 8:38 AM
**To:** Gregor, Nicholas <Nicholas.Gregor@lfg.com>
**Cc:** Ricker, Sarah <Sarah.Ricker@lfg.com>
**Subject:** FW: follow up Duntz LTD Claim

Nick,
Please review.

**Chad Gracy**
A.V.P. - Florida Sales

954-308-2873 Office
954-993-7589 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Michelle Glenn <mglenn@atgshades.com>
**Sent:** Tuesday, May 17, 2022 1:35 PM
**To:** Gracy, Chad <Steven.Gracy@lfg.com>
**Cc:** Jackie Eveslage <jeveslage@whippleco.com>; Melissa Whipple <mwhipple@whippleco.com>
**Subject:** follow up Duntz LTD Claim

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Chad-
Thank you for your time last week and information on the review of the Duntz LTD claim. I have attached the Chief Sales Office er job description to this email and below are some bullet points to provide more detail on what the role entails at ATG. Additionally, I will be forwarding to your email only, two emails with attachments from Matt Duntz. The attachments are two separate letters from Mr. Duntz's cardiologist that outline his health history starting in March of 2020. He took pictures of the individual pages of the letters. He thought that the STD review had these and assumed LTD did as well, but from our conversation this was a new claim and the information did not flow through. If the letters prove information and you require more details, I can coordinate with Mr. Duntz to obtain hospital records, etc.
Thank you again for your attention to our employee.
Michelle

Chief Sales Officer at ATG

- This position is one of 4 Officers of the Company – these are the highest ranking positions and contribute to other areas in addition to their direct responsibilities
- ATG's clients are worldwide and travel includes, Europe, Middle East, Canada and US (note that travel is 25 to 50% of time as noted)
- Sales at ATG involves sourcing new opportunities and heavy contract negotiation on new products with aerospace OEM's (i.e. Boeing, Gulfstream, Bombardier, etc)
- Program Management at ATG manages all new program development which includes, engineering, FAA certification and entry to manufacturing. Additionally this team manages the long term support of products
- Customer Support at ATG maintains client relationships including the processing of orders and spare parts. This department receives communication 24X7
- Marketing at ATG manages up to 6 trade shows per year. These shows are in Dubai, Germany, France and US
- As one of four officers of the Company, ATG's strategic plan and annual budget are created by the leadership team and corporate decisions are made collectively
- This position requires ability to be contacted 24X7 to support international clients. This position maintains a schedule that is over 40 per week in the office and frequently several hours out of the office

**Michelle Glenn, SPHR**
Chief People Officer and VP of Administration

AEROSPACE TECHNOLOGIES GROUP

Aerospace Technologies Group, Inc.
620 NW 35th Street | Boca Raton, FL 33431 | USA
Direct +1.561.244.7396 | Main +1.561.244.7400
Mobile +1.954.232.9806

website | vCard | map | LinkedIn | email



The information contained in this message is privileged, confidential, and protected from disclosure. This message is intended for the individual or entity addressed herein. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system.

## Hoffner, Faye

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Tuesday, March 22, 2022 9:56 AM |
| **To:** | entrprserip |
| **Subject:** | FW: MATTHEW DUNTZ 1220010954 |
| **Attachments:** | Records.pdf (1).pdf |

---

**From:** Hoffman, Virginia
**Sent:** Tuesday, March 22, 2022 9:55:34 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Davidson, Jane
**Subject:** MATTHEW DUNTZ 1220010954

Please upload the attached records into AWD.
Thank you.
Virginia

**Virginia Hoffman**
Medical Records Coordinator
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

800-423-2765 Office
402-361-7554 Mobile

LincolnFinancial.com

**Follow us on:**

## Hoffner, Faye

**From:** Disability Claims
**Sent:** Tuesday, April 19, 2022 3:57 PM
**To:** entrprserip
**Subject:** FW: M DUNTZ 1220010964 FINAL REPORT.pdf
**Attachments:** M DUNTZ 1220010964 FINAL REPORT.pdf

---

**From:** Nettell, Karryn
**Sent:** Tuesday, April 19, 2022 3:56:56 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Young, Amy D. (Medical Review); Davidson, Jane
**Subject:** M DUNTZ 1220010964 FINAL REPORT.pdf

Please index as:

Business Area: GPDISCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT


**Karryn Nettell**
File Support Coordinator
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-6757 Mobile



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

## Hoffner, Faye

**From:** Disability Claims
**Sent:** Monday, February 28, 2022 9:58 AM
**To:** entrprserip
**Subject:** FW: MATTHEW DUNTZ 1220010964 - LFG AUTH.pdf
**Attachments:** MATTHEW DUNTZ 1220010964 - LFG AUTH.pdf

---

**From:** Wingfield, Stephanie
**Sent:** Monday, February 28, 2022 9:57:28 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Jimerson, Denise
**Subject:** MATTHEW DUNTZ 1220010964 - LFG AUTH.pdf

Please upload the attached auth into AWD.
Thank you.
Steph

**Stephanie Wingfield**
Lead Medical Records Coordinator
Group Protections

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-7250 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

## Hoffner, Faye

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, March 3, 2022 10:29 AM |
| **To:** | entrprserip |
| **Subject:** | FW: MATTHEW DUNTZ 1220010964 - LFG AUTH.pdf |
| **Attachments:** | MATTHEW DUNTZ 1220010964 - LFG AUTH.pdf |

---

**From:** Wingfield, Stephanie
**Sent:** Thursday, March 3, 2022 10:28:58 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Jimerson, Denise
**Subject:** MATTHEW DUNTZ 1220010964 - LFG AUTH.pdf

Please upload the attached auth into AWD.
Thank you.
Steph


**Stephanie Wingfield**
Lead Medical Records
Coordinator
Group Protections

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-7250 Mobile



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Hoffner, Faye**

**From:** Disability Claims
**Sent:** Tuesday, February 15, 2022 8:40 AM
**To:** entrprserip
**Subject:** FW: med auth

---

**From:** Davidson, Jane
**Sent:** Tuesday, February 15, 2022 8:40:17 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** med auth

Please attach to claim 1220010964 in awd


**Jane Davidson**
Claims Specialist
Long Term Disability Claims

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2835 Office

402-501-9374 Fax


Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Hoffner, Faye**

---

**From:** Disability Claims
**Sent:** Tuesday, February 15, 2022 1:40 PM
**To:** entrprserip
**Subject:** FW: A fax has arrived from remote ID 'Fax Services '.
**Attachments:** 00D15660.TIF

---

From: Davidson, Jane
Sent: Tuesday, February 15, 2022 1:39:56 PM (UTC-05:00) Eastern Time (US & Canada)
To: Disability Claims
Subject: FW: A fax has arrived from remote ID 'Fax Services '.

Please attach to claim 1220010964 in awd

Jane Davidson
Claims Specialist
Long Term Disability Claims
402-361-2835 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

-----Original Message-----
From: RightFax E-mail Gateway Ashburn <rfax@smtp.lfg.com>
Sent: Tuesday, February 15, 2022 8:48 AM
To: Davidson, Jane <Jane.Davidson@lfg.com>
Subject: A fax has arrived from remote ID 'Fax Services '.

A fax has arrived from remote ID 'Fax Services '.
----------------------------------------------------------
2/15/2022 9:25:00 AM Transmission Record
Received from remote ID: Fax Services
Inbound user ID JASDA4, routing code 4025019374
Result: (0) Success
Page record: 1 - 22
Elapsed time: 22:48 on channel 4

## Hoffner, Faye

**From:** Disability Claims
**Sent:** Tuesday, February 22, 2022 11:46 AM
**To:** entrprserip
**Subject:** FW: Duntz release
**Attachments:** pdf-file-0.pdf

---

**From:** Davidson, Jane
**Sent:** Tuesday, February 22, 2022 11:45:47 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** #Disaster List - General; Disability Claims
**Subject:** FW: Duntz release

Please attach to claim 1220010964


**Jane Davidson**
Claims Specialist
Long Term Disability Claims
402-361-2835 Office



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**


---

**From:** Matt Duntz <mduntz@gmail.com>
**Sent:** Tuesday, February 22, 2022 10:41 AM
**To:** Davidson, Jane <Jane.Davidson@lfg.com>
**Subject:** Duntz release


***This email is from an external source. Only open links and attachments from a Trusted Sender.***


Here you go, please let me know if you need anything else.

## Hoffner, Faye

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, February 10, 2022 3:32 PM |
| **To:** | entrprserip |
| **Subject:** | FW: (SECURE) |
| **Attachments:** | Duntz, Matthew Pay Date 4.15.2021 Period 3.28.2021 - 4.10.2021.pdf; Duntz, Matthew Pay Date 4.29.2021 Period 4.11.2021 - 4.24.2021.pdf; Duntz, Matthew Pay Date 5.13.2021 Period 4.25.2021 - 5.8.2021.pdf; Duntz, Matthew Pay Date 5.27.2021 Period 5.9.2021 - 5.22.2021.pdf; Duntz, Matthew Pay Date 6.10.2021 Period 5.23.2021 - 6.5.2021.pdf; Duntz, Matthew Pay Date 6.24.2021 Period 6.6.2021 - 6.19.2021.pdf; Duntz, Matthew Pay Date 7.8.2021 Period 6.20.2021 - 7.3.2021.pdf; Dunts, Matthew 2020 - Appreciation Bonus.pdf |
| **Importance:** | High |

---

**From:** Davidson, Jane
**Sent:** Thursday, February 10, 2022 3:31:37 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: (SECURE)

Please attach to claim 1220010964 in awd


**Jane Davidson**
Claims Specialist
Long Term Disability Claims
402-361-2835 Office



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**


---

**From:** Vivian Gonzalez <vgonzalez@atgshades.com>
**Sent:** Thursday, February 10, 2022 10:39 AM
**To:** Davidson, Jane <Jane.Davidson@lfg.com>
**Subject:** FW: (SECURE)
**Importance:** High


***This email is from an external source. Only open links and attachments from a Trusted Sender.***


Good morning, Jane—
Please see answers in red below:

1. Date of Hire – **2/15/2016**
2. Enrollment date for LTD – **5/1/2016**

3. Insurance Class – **1-Officers**
4. Last Full day worked? – **7/29/2021**
5. Regular scheduled work hours (Example: Monday-Friday; 40 hours per week) – **Monday-Friday/40 hours per week**
6. 3 months payroll/paystubs for 04/01/2021-07/01/2021 – **(attached)**
7. Any other income? Work Comp, Sick Pay, salary continuance? - **No**
8. Retirement/Pension information – what type of plan is it? Who contributes? What are the percentages? – **401(k) Retirement Plan no longer actively being contributed to as he is on leave**
9. Employment status? – **On leave of absence**
10. Does the employee's monthly income include commissions? If so please provide commission/bonus from 12 months prior to disability.
**(attached)**

Thank you,
Vivian


**Vivian Gonzalez**
HR Generalist

Aerospace Technologies Group, Inc.
620 NW 35th Street | Boca Raton, FL 33431 | USA
Direct +1.561.244.7406 | Main +1.561.244.7400

website | vCard | map | LinkedIn | email



The information contained in this message is privileged, confidential, and protected from disclosure. This message is intended for the individual or entity addressed herein. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system.


---

**From:** Michelle Glenn <mglenn@atgshades.com>
**Sent:** Wednesday, February 2, 2022 11:47 AM
**To:** Vivian Gonzalez <vgonzalez@atgshades.com>
**Subject:** FW: (SECURE)

We can work on this together. Maybe tomorrow when I get in we can go through their list.
Michelle


**Michelle Glenn, SPHR**
Chief People Officer and VP of Administration

Aerospace Technologies Group, Inc.

620 NW 35th Street | Boca Raton, FL 33431 | USA
Direct +1.561.244.7396 | Main +1.561.244.7400
Mobile +1.954.232.9806

website | vCard | map | LinkedIn | email

The information contained in this message is privileged, confidential, and protected from disclosure. This message is intended for the individual or entity addressed herein. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system.

---

**From:** Davidson, Jane <Jane.Davidson@lfg.com>
**Sent:** Wednesday, February 2, 2022 10:29 AM
**To:** Michelle Glenn <mglenn@atgshades.com>
**Subject:** (SECURE)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This message was sent securely using Zix®

Good Morning Michelle,

I am currently reviewing the possible continuation of benefits under the Long Term Disability Claim for Matthew Duntz under the policy issued to Aerospace Technologies Group, Inc.

If you would please provide the following:

1. Date of Hire
2. Enrollment date for LTD
3. Insurance Class
4. Last Full day worked?
5. Regular scheduled work hours (Example: Monday-Friday; 40 hours per week)
6. 3 months payroll/paystubs for 04/01/2021-07/01/2021
7. Any other income? Work Comp, Sick Pay, salary continuance?
8. Retirement/Pension information – what type of plan is it? Who contributes? What are the percentages?
9. Employment status?
10. Does the employee's monthly income include commissions? If so please provide commission/bonus from 12 months prior to disability.

Please let me know if you have any questions or concerns.

**Jane Davidson**
Claims Specialist
Long Term Disability Claims

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2835 Office

402-501-9374 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the

contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix®.

## Hoffner, Faye

**From:** Disability Claims
**Sent:** Thursday, February 3, 2022 1:21 PM
**To:** entrprserip
**Subject:** FW: Duntz claim #1220010964
**Attachments:** Feb 3, Doc 1.pdf

---

**From:** Matt Duntz
**Sent:** Thursday, February 3, 2022 1:20:56 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims; Davidson, Jane
**Subject:** Duntz claim #1220010964

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Jane please confirm receipt and let me know if there is anything else you need from me.

You can call me anytime at

thank you
Matt

**From:** Disability Claims
**Sent:** Monday, February 7, 2022 10:49 AM
**To:** entrprserip
**Subject:** FW: (SECURE) #1220010964
**Attachments:** Feb 4, Doc 1.pdf; Feb 4, Doc 2.pdf

---

**From:** Davidson, Jane
**Sent:** Monday, February 7, 2022 10:49:16 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: (SECURE) #1220010964

Please attach to claim 1220010964 om awd

**Jane Davidson**
Claims Specialist
Long Term Disability Claims
402-361-2835 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Matt Duntz <mduntz@gmail.com>
**Sent:** Friday, February 4, 2022 11:10 AM
**To:** Davidson, Jane <Jane.Davidson@lfg.com>
**Subject:** Re: (SECURE) #1220010964

Here you go, sorry about the confusion.

On Fri, Feb 4, 2022 at 9:00 AM Matt Duntz <mduntz@gmail.com> wrote:

> Got it, yes it was not very clear. I will get those back to you today.
>
> On Fri, Feb 4, 2022 at 8:56 AM Davidson, Jane <Jane.Davidson@lfg.com> wrote:
>
>> This message was sent securely using Zix®
>>
>> Matt
>> I am sending the form for your third party authorization to you again. You gave me permission to speak on your behalf. Nice of you, but I think you would rather let your wife or daughter have this permission.
>>
>> The form is not very well clear.
>> 3) Information to be released to: This is your wife or daughters information
>> 4) used by Lincoln Financial Group for Long Term Disability Medical Records

Sorry for the confusion.

**Jane Davidson**
Claims Specialist
Long Term Disability Claims
402-361-2835 Office
Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Disability Claims <disabilityclaims@lfg.com>
**Sent:** Thursday, February 3, 2022 12:21 PM
**To:** entrprserip <sa-emlrip112-p@lfg.com>
**Subject:** FW: Duntz claim #1220010964

---

**From:** Matt Duntz
**Sent:** Thursday, February 3, 2022 1:20:56 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims; Davidson, Jane
**Subject:** Duntz claim #1220010964

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Jane please confirm receipt and let me know if there is anything else you need from me.

You can call me anytime at

thank you
Matt

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix&#174.

## STD CLAIM PROFILE

**Date:** 8/14/2023 **LFG** **Claim #:** 1210085648

| | | | | | |
|---|---|---|---|---|---|
| **Insurer:** | The Lincoln National Life Insurance Company | **Posted:** | 8/25/2021 | **Location:** | HOME |
| **Policy:** | 00001014129200000 - Aerospace Technologies Group, Inc. | **Status:** | CLOSED | **User ID:** | MAPPA3 |
| | | **Business:** | TRUE STD | | |

**Close Date:** 1/25/2022 **Close Reason:** Maximum Benefit Reached (T65, RBD, etc.)

**Claimant Information**

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | MATTHEW J DUNTZ | **Phone:** | | **DOB:** | |
| **SSN:** | | **Sex:** | M | **Hire:** | 2/15/2016 |
| **Address:** | | **Ins Eff:** | 5/1/2016 | | |
| | USA | **Occ:** | MANAGER, SALES (any ind | **DOT':** | 163167018 |
| | | **Salary:** | $216,499.92 | **Period:** | Annual |

**Claim Information** **LTD Pol:** 1265164

**Special Provisions:** **Min Ben:** $200.00

**Ben:** 60% / $2,000.00 **Flat:** **Labor:** 1 **Age:** 59 **Elim Per:** 14 day

**DLW:** 7/30/2021 **DOD:** 7/31/2021 **S/A:** S **W/R:** N **Ben Amt:** $2,000.00

**Diagnosis Pri:** I25.10 Atherosclerotic heart disease of native **Max Weeks:** 24

**Sec:** E78.5 Hyperlipidemia, unspecified **Max Days:** 0

**Recovery Date:** 1/29/2022

**Benefit Information**

**Date Ben Begin:** 8/14/2021 **Weeks Paid:** 24

**Policy Information**

**SS Offset:** Primary & Family **Prex:** 3/6

**Offset Information**

| Type | Status | Awarded | Terminated | Mo Amount | Mo Used |
|---|---|---|---|---|---|

**Alert Information**

| Status | Level | Description | Posted | Resolved |
|---|---|---|---|---|

**Action Plan**

## Chronological Activity List

| | | | | | | |
|---|---|---|---|---|---|---|
| **Claimant:** | MATTHEW DUNTZ | | **Occupation:** | MANAGER, SALES (any industry) | | |
| **SSN:** | | **DOB:** | **Received Date:** | 8/25/2021 | **Months Dis:** | 106 |
| **Claim #:** | 1210085648 | **DOD:** 7/31/2021 | **Ben:** | $2,000.00 | **Months Pd:** | 24 |
| **Coverage:** | STD | **Status:** CLOSED | **Close Date:** | 1/25/2022 | **Assignee:** | MAPPA3 |
| **Policy Holder:** | Aerospace Technologies Group, Inc. | | | | **Deceased:** | |
| **Case Mgr. Status:** | NONE | | **Close Code:** | Maximum Benefit Reached (T65, RBD, etc.) | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Action Plan | | | | |
| 8/26/2021 | Documents/Mail<br>2021-08-25-09.44.25.133520O01 | 1 | Email | Completed | LEPWH4 |
| 8/26/2021 | Documents/Mail<br>2021-08-25-22.10.06.748520O01 | 3 | Claim Form - EE, ER, APS | Completed | LEPWH4 |
| 8/26/2021 | Documents/Mail<br>2021-08-25-22.10.25.231520O01 | 4 | Claim Form - Authorization | Completed | LEPWH4 |
| 8/26/2021 | Documents/Mail<br>2021-08-25-09.44.25.153520O01 | 2 | Email | Completed | LEPWH4 |
| 8/26/2021 6:10:34 AM | Claim Tasks<br>DOT/Occupation w as Unknow n | 1 | Verify Occupation | Requested | SWFVY4 |
| 8/27/2021 6:04:31 AM | Claim Tasks<br><br>ER Data Mismatch: CLOC Company Name and Address<br>Bill Type Missing In ARDIS<br>Self billed, <100% ER Paid<br>Bill Type did not return as G,N, or L<br>- SRP056 - Aug 27, 2021 06:04:45 am | 2 | Update Claim Direction | Requested | LEPWH4 |
| 8/27/2021 6:04:53 AM | Claim Tasks | 3 | Elig BOT Rvw - Contact Required | Requested | LEPWH4 |
| 8/27/2021 5:05:48 PM | Documents/Mail<br>2021-08-27-08.45.55.714520O01 | 5 | Email | Received | LEPWH4 |
| 8/30/2021 | Documents/Mail | 6 | Duplicate Information | Completed | LEPWH4 |

Duplication of claim 1210085648 found by Rule: BR-2.1.3 Description: DLW, SSN and POL match exactly to existing claim.

SSN:
FIRSTNAME: MATTHEW
MI: J
LASTNAME: DUNTZ
ADDR1: 1348 SUGARPLUM DRIVE
ADDR2:
CITY: BOCA RATON
STATE: FL
ZIP: 33486
COUNTRY: USA
SEX: M
PHONE: 5672136363
DOB: 06-JUL-62
DECEASED:
HEIGHT:
WEIGHT:
PREFIX:
SUFFIX:
POL_NUM: 1265168
HIRE_DATE: 15-FEB-16
CLASS_OF_COV: 1
EFF_DATE: 01-MAY-16
OCCUPATION: Chief Sales Officer
SALARY: 209999.92
SALARY_PERIOD: 1

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

COR_LANG:
DLW: 30-JUL-21
DOD: 01-MAY-16
DIAG1:
DIAG2:
ENTER_DATE: 30-AUG-21
TRANSFER_NO:
ABSENCE_ID:
APP_SIGN_DATE:
BEN_AMT:
ACCOUNT_ID: 1160704
TYPE_COV: STD
NOTES: MEMBER: LIST BILLED, SUBMIT: MAIL/FAX
WEB EMPLOYER COMMENTS:
WEB EMPLOYEE COMMENTS:
CLAIM_LOC: 1748808
DFI_BANK_NAME:
TRAN_CODE:
DFI_TRANSIT_ROUTING_NUM:
DFI_ACCOUNT_NUM:
WORK_RELATED_EE:
WORK_RELATED_ER: NO
WORK_RELATED_DOCTOR:
PRIOR_COV_EFF_DATE:
PREM_PAID_PERC_EE:
EMP_ID:
PREM_PAID_PERC_ER:
PRETAX_PREM_PERC_EE:
ENTERED_BY: WEB
ENTERED_HOSPITAL:
HOURS_WORKED_WK: 40
LOC:
PERSON_NUM: 201823627
POSTED_DATE: 30-AUG-21
SICK_OR_ACCIDENT: S
SUPERVISOR:
ENTRY_METHOD: WEB
CEASE_WORK_REASON:
CLAIM_TYPE:
DELIVERY_DATE:
EXP_RTW:
REHIRE_DATE:
RTW_FULL:
RTW_PART:
SURGERY_DATE:
AUTO_ADJ: N
CONTACT_LIST: 1485961=CLMLOC
ENTITY_NUM: 2651788
AWDWORKITEMID:
WEBCLAIMSEQ: 958552
EMAIL:
PLANCODE:
CLASSCODE: 1
OFFSETEXISTS:
OCCUPATIONCODE:
CVGCODE: WI
CLAIMSOURCE: WEB
STATUS: SUBMITTED

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/30/2021 | Documents/Mail | 5 | Email | Completed | LEPWH4 |

2021-08-27-08.45.55.714520O01

| | | | | | |
|---|---|---|---|---|---|
| 8/31/2021 | Claim Tasks | 3 | Elig BOT Rvw - Contact Required | Completed | LEPWH4 |
| 8/31/2021 | Claim Tasks | 2 | Update Claim Direction | Completed | LEPWH4 |

ER Data Mismatch: CLOC Company Name and Address
Bill Type Missing In ARDIS
Self billed, <100% ER Paid
Bill Type did not return as G,N, or L
- SRP056 - Aug 27, 2021 06:04:45 am

| | | | | | |
|---|---|---|---|---|---|
| 9/3/2021 | Documents/Mail | 7 | Email | Completed | SWFVY4 |

From: Vyas, Sw ara
Sent: Friday, September 3, 2021 1:05 PM
To: vgonzalez@atgshades.com
Subject: SECURE CN: 1210085648

Hello,

My name is Sw ara, and I am currently w orking on a claim for Mr. Matthew Duntz, and I needed some additional information from his employer.

First, the salary listed in ARDIS (online portal for employers) and the salary listed on the Employer's Statement Form that w as submitted is very different. Because the benefits are based on the income listed in ARDIS, please update his accurate salary through your online ARDIS portal.

Also, based on the forms, Mr. Matthew stopped w orking on 7/30/2021 even though he w as not advised to stop w orking until 8/6/2021. I just need confirmation that he w as on an approved leave of absence during that w eek.

Lastly, I need a copy of his job description that w ould highlight the physical requirements, like how many pounds he should be able to lift/move on the job.

Please provide everything above at your earliest convince.
Thank you, and please let me know if you have any questions.
- SWFVY4 - Sep 03, 2021 12:06:36 pm

| | | | | | |
|---|---|---|---|---|---|
| 9/3/2021 | Telephone (OUT) | 1 | MATTHEW J. DUNTZ | Completed | SWFVY4 |

attempted to call clmnt, unable to lvm

if clmnt calls back, please verify
SSN:
DOB:
Address:
Email:
Dir Depos info :
Preferred Correspondence for letters – mail or email:

Confirm FIT if applicable - (if EE w ants this w ithheld w e need to send the W-4S if it’s not noted on the EE stmnt):

Are you rcvg any other sort of income? like sal cont-pto, vac, sick, etc?

Specific JD/Job Title:
Normal w ork schedule:

Is this an injury, if so, is it a w ork related injury?
When/how did injury occur?

DLW:
Was your last day at w ork a full day? If not, w hy?
DOD:
What is the reason for gap in b/w DLW and dod, if applicable:
RTW PLAN:

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Confirm DX:<br>Hospitalized? If so, w hat dates?<br>Any Surgery?<br>If so, What type of Surgery & w ere there any complications?<br>What is your Treatment plan?<br>Any sort of Therapy or Rehab? If so, how often are you going?<br>LOV?<br>NOV?<br>R&L's?<br>Using any assistive devices?<br>- SWFVY4 - Sep 03, 2021 11:56:24 am | | | | |
| 9/3/2021 12:06:44 PM | Claim Tasks | 4 | Call Claimant | Requested | SWFVY4 |
| | f/u w ith ee and er, send pending letters. - SWFVY4 - Sep 03, 2021 12:07:20 pm | | | | |
| 9/3/2021 12:07:26 PM | Claim Tasks | 5 | Update Claim Information | Requested | SWFVY4 |
| | 30 day pend.<br><br>w aiting on email from er on salary, aaw conf, and jd - SWFVY4 - Sep 03, 2021 12:08:11 pm | | | | |
| 9/3/2021 12:08:17 PM | Claim Tasks | 6 | Close Claim Recommended | Requested | SWFVY4 |
| | 45 day pend.<br><br>w aiting on email from er on salary, aaw conf, and jd - SWFVY4 - Sep 03, 2021 12:08:42 pm | | | | |
| 9/3/2021 12:10:55 PM | Referrals | 1 | Mentor Review | Initial | SWFVY4 |
| | Summary<br>Claimant age / sex: 59 yo M<br>Occupation title / level: Chief Sales Officer - *need to confirm occ level through JD*<br>Being treated for (diagnosis): 2 - heart attacks, cancer in several places<br>DLW: 7/30/21<br>DOD (address gap, if applicable): 8/6/21<br><br>Eligibility Assessment<br>List or Self-Billed: List<br>Coverage confirmed via (census, enrollment form, Ardis, 100% ER paid): ARDIS<br>EE effective date: 05/01/2016<br>Class: 1<br>Pre-Ex _/_ (if no pre-ex, indicate none): 3/6 - no investigation needed<br>PIC (only if pre-ex in policy): n/a<br>Continuance pay: none indicated<br>FIT: no<br>LTD eff: 05/01/2016<br>Salary: $209,999.92 per ARDIS, $216,499.92 per ERS<br><br>Medical Assessment:<br>Physician Name: Constance Fields<br>Specialty:<br>Phone number: 561-483-8335<br>Date of APS: 8/17/2021<br><br>ICD Code: I25.10 & E78.5<br>MDA min/opt/max: *need correct occ level*<br>Subjective symptoms: chest pain, shortness of breath<br>Objective symptoms: Abnormal candite eatheteaization (hard to read)<br>R & L's: he should not be under any emotional stress. Needs to avoid all emotional and physical stress.<br>Treatment: slow ly increase activity, cardiac rehab, meds.<br>ERTW per physician: 3/1/22<br>Other important information (recurrences, hospitalization dates, etc): hospitalized 3/22 to 3/24/21 and 8/3/21 to 8/5/21. advised to stop w orking 8/6/21<br><br>Path: | | | | |

Rationale (Claim status and the reason claim is in that status): com - all docs rcvd. Pend the clm - missing er info
Next steps: make int. call to clmnt, email er about salary mismatch, AAW conf, and JD. Allow tw o attempts before sending pending letters. - Mentor Review - SWFVY4 - Sep 03, 2021 12:11:43 pm

** also EOI is needed, so do I ask the EE to submit that? is the form in bridgeapp? - Mentor Review - SWFVY4 - Sep 03, 2021 12:12:55 pm
******************************

*need to add premium % to cert reference box

*update the salary in DOCSNET to w hat is in ARDIS

*ok so you're email to ER - they don't use ARDIS/don't know w hat ARDIS is - that is an internal system. You w ould refer to the LFG online portal w hen asking ER's to update anything online.

*based on the APS it actually looks like DOD is 08/02/2021 so please update SAP and the DOD

Please review and make applicable changes as noted above to claim and paste SAP

We do not need EOI on this claim so you can disreagrd that :) - Mentor Review - ALAJO1 - Sep 07, 2021 01:33:49 pm

-----
UPDATED ASSESSMENT:
Rcvd email from ER. Email added to DN.

Occ Level: 1
DLW: 7/30/21
EE w as on an approved leave of absence.
Correct salary has been updated in ARDIS.

UPDATED PATH:
Approve claim from 8/2/2021 to 10/11/2021 minus 14 day EP.
Reasonable based on EE's age and occ. Clmnt had multiple heart attacks and has cancer. APS show s abnormal heart activity, clmnt needs no stress. EE has OVs in September and October. Reasonable to approve past NOVs.
Will need additional med recs for benefits beyond 10/11/21.
Send letters.

**letters ready for review - Mentor Review - SWFVY4 - Sep 13, 2021 09:03:36 am
*************************************************

*add MDA to your updated assessment since w e have occ level confirmed now

*the email from the ER indicated EE had the heart attack on 07/30 so DOD w ould be 7/31 since he w orked that day.
Please make a note in your updated assessment show ing the DOD is 731 due to DLW 7/30 w hen heart attack occured

*set your final pmt task

*need to update path/letters w ith correct approval dates, etc

*set up benefit screen for pmt to 09/20/2021

*notify clmnt of approval , w ould also be a good idea to ask EE if he is doing any cardiac rehab, let him know that after the OV in Oct w e w ill need med recs to review for any addl benefits and if none rcvd by then w e w ill suspend the claim

*Please review and send back the updated assessment - one updated assessment w ith all new information in it and then updated path, not multiple updated assessments and updated path's in a new referral w ith all of the applicable changes made as noted above.

| | | | | | |
|---|---|---|---|---|---|
| | - Mentor Review - ALAJO1 - Sep 13, 2021 09:32:24 am | | | | |
| 9/9/2021 11:40:49 AM | Documents/Mail<br>2021-09-07-09.59.41.913480O01 | 8 | Email | Received | SWFVY4 |
| 9/9/2021 11:40:50 AM | Documents/Mail<br>2021-09-07-09.59.41.934480O01 | 9 | Incoming Correspondence | Received | SWFVY4 |
| 9/10/2021 3:45:47 PM | Telephone (IN)<br>Name:Jackie (BR)<br>Matthew Duntz<br>SSN or Claim:1210085648<br>ER:Aerospace<br>CB:9545435862<br><br>There w as no notes in the system for this claim and the BR called trying to get some understanding about w hatw as going on. Adv that it looks like it w ent to a mentor review but could get you over to the CE<br>CE can you f/u w ith the ER or BR about this claim | 2 | Jackie | Requested | SWFVY4 |
| 9/13/2021 | Documents/Mail<br>2021-09-07-09.59.41.934480O01 | 9 | Incoming Correspondence | Completed | SWFVY4 |
| 9/13/2021 | Documents/Mail<br>2021-09-07-09.59.41.913480O01 | 8 | Email | Completed | SWFVY4 |
| 9/13/2021 | Claim Tasks<br>45 day pend.<br><br>w aiting on email from er on salary, aaw conf, and jd - SWFVY4 - Sep 03, 2021 12:08:42 pm | 6 | Close Claim Recommended | Completed | SWFVY4 |
| 9/13/2021 | Claim Tasks<br>30 day pend.<br><br>w aiting on email from er on salary, aaw conf, and jd - SWFVY4 - Sep 03, 2021 12:08:11 pm | 5 | Update Claim Information | Completed | SWFVY4 |
| 9/13/2021 | Claim Tasks<br>f/u w ith ee and er, send pending letters. - SWFVY4 - Sep 03, 2021 12:07:20 pm | 4 | Call Claimant | Completed | SWFVY4 |
| 9/13/2021 | Telephone (OUT)<br>spoke w ith clmnt<br><br>SSN: verified<br>DOB: verified<br>Address: verified<br>Email: mduntz@gmail.com<br>Dir Depos info : verified<br>Preferred Correspondence for letters – mail or email: email<br><br>Confirm FIT if applicable - (if EE w ants this w ithheld w e need to send the W-4S if it's not noted on the EE stmnt): benefits are non-taxable<br><br>Are you rcvg any other sort of income? like sal cont-pto, vac, sick, etc? no<br><br>Specific JD/Job Title: chief sales officer<br>Normal w ork schedule: 7:30am to 5:30pm<br><br>Is this an injury, if so, is it a w ork related injury? no<br>When/how did injury occur? First heart attack in March 23rd 2020<br><br>DLW: 7/30/21<br>Was your last day at w ork a full day? If not, w hy? yes<br>DOD: 8/2/2021<br>What is the reason for gap in b/w DLW and dod, if applicable: approved leave of absence<br>RTW PLAN: no<br>Confirm DX: n/a<br>Hospitalized? If so, w hat dates? 8/3/21 to 8/5/21<br>Any Surgery? Angioplasty on the 8/4/21 | 3 | MATTHEW J. DUNTZ | Completed | SWFVY4 |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

If so, What type of Surgery & w ere there any complications? no
What is your Treatment plan? Meds, relaxing, zero stress
Any sort of Therapy or Rehab? If so, how often are you going? n/a
LOV? n/a
NOV? 9/25/2021; another one in oct w ith dermatologist for cancer.
R&L's? relaxing, zero stress
Using any assistive devices? no - SWFVY4 - Sep 13, 2021 08:47:51 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/13/2021 | Telephone (IN) | 2 | Jackie | Completed | SWFVY4 |

Name:Jackie (BR)
Matthew Duntz
SSN or Claim:1210085648
ER:Aerospace
CB:9545435862

There w as no notes in the system for this claim and the BR called trying to get some understanding about w hatw as going on. Adv that it looks like it w ent to a mentor review but could get you over to the CE
CE can you f/u w ith the ER or BR about this claim

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/13/2021 8:59:17 AM | Documents/Mail | 11 | STD Approval Letter Generic | Work In Progress | SWFVY4 |

STD Approval Letter GenericAttachments:Translation servicesGroup Continuance of Disability

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/13/2021 8:59:17 AM | Documents/Mail | 10 | STD Approval Letter Generic | Work In Progress | SWFVY4 |

STD Approval Letter GenericAttachments:Translation servicesGroup Continuance of Disability

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/13/2021 9:00:48 AM | Summary/Assessment/Pa | 1 | h | Requested | MAPPA3 |

Summary Notes

Assessment Notes

Path Notes
Summary
Claimant age / sex: 59 yo M
Occupation title / level: Chief Sales Officer - *need to confirm occ level through JD*
Being treated for (diagnosis): 2 - heart attacks, cancer in several places
DLW: 7/30/21
DOD (address gap, if applicable): 8/2/21

Eligibility Assessment
List or Self-Billed: List
Coverage confirmed via (census, enrollment form, Ardis, 100% ER paid): ARDIS - 100% EE Paid, Post-Tax
EE effective date: 05/01/2016
Class: 1
Pre-Ex _/_ (if no pre-ex, indicate none): 3/6 - no investigation needed
PIC (only if pre-ex in policy): n/a
Continuance pay: none indicated
FIT: no
LTD eff: 05/01/2016
Salary: $216,499.92/annual

Medical Assessment:
Physician Name: Constance Fields
Specialty:
Phone number: 561-483-8335
Date of APS: 8/17/2021

ICD Code: I25.10 & E78.5
MDA min/opt/max: *need correct occ level*
Subjective symptoms: chest pain, shortness of breath
Objective symptoms: Abnormal candite eatheteaization (hard to read)
R & L's: he should not be under any emotional stress. Needs to avoid all emotional and physical stress.

Treatment: slow ly increase activity, cardiac rehab, meds.
ERTW per physician: 3/1/22
Other important information (recurrences, hospitalization dates, etc): hospitalized 3/22 to 3/24/21 and 8/3/21 to 8/5/21. advised to stop w orking 8/6/21

Path:
Rationale (Claim status and the reason claim is in that status): com - all docs rcvd. Pend the clm - missing er info
Next steps: make int. call to clmnt, email er about salary mismatch, AAW conf, and JD. Allow tw o attempts before sending pending letters.
- SWFVY4 - Sep 13, 2021 09:01:29 am

UPDATED ASSESSMENT:
Rcvd email from ER. Email added to DN.

Occ Level: 1
MDA min/opt/max: 10 14 21 (for percutaneous coronary intervention)

DLW: 7/30/21
DOD: 7/31/2021 due to DLW 7/30 w hen the heart attack occurred.
EE w as on an approved leave of absence.
Correct salary has been updated in ARDIS.

UPDATED PATH:
Approve claim from 7/31/2021 to 10/11/2021 minus 14 day EP.
Reasonable based on EE's age and occ. Clmnt had multiple heart attacks and has cancer. APS show s abnormal heart activity, clmnt needs no stress. EE has OVs in September and October. Reasonable to approve past NOVs.
Will need additional med recs for benefits beyond 10/11/21.
Send letters. - SWFVY4 - Sep 22, 2021 02:06:56 pm

UPDATED ASSESSMENT:
Rcvd Email from EE. Email added to DN.

EE's apt got moved from 9/27 to 10/14.

UPDATED PATH: Extend claim from 10/11 to an undetermined date.
Reasonable to extend as EE is undergoing cancer treatment. EE had tw o heart attacks and cancer in multiple places. Per APS, EE is unable to RTW until 2022. Will order MRs after EE's apt on 10/14/21 in order to get the most updated records. Will f/u w ith EE every 4-6 w eeks. Sent ext letters. - SWFVY4 - Oct 14, 2021 02:21:46 pm

-----------------------
UPDATED ASSESSMENT
Rcvd Heart Stress Exam Results from Cardio.
Via email. Email added to DN.

Findings: abnormal w ith the development of biphasic T w aves in a VF and V6 after 2 mins of exercise.
EE has chest pains after 3 mins of exercises.
EE said he has other diagnostic tests/procedures scheduled to find out w hy his heart is not beating/circulating the w ay it needs to.

UPDATED PATH
Remains the same. - SWFVY4 - Dec 10, 2021 08:00:09 am

UPDATED ASSESSMENT:
Spoke to EE
melanoma scans every 6 months
angioplasy on 12/14

lots of fagtiuge
suppose to avoid any physical or mental stress bc of heart disorder and risk of heart attack
nitro drops to take if any pressure

UPDATED PATH:
taking for nurse consult for roll. - MAPPA3 - Jan 11, 2022 03:33:03 pm

UPDATED ASSESSMENT:
Per consult
It w ould be reasonable to support R&Ls of frequently lifting 1-5lbs, standing, sitting, balancing, fingering and grasping; continuously reaching at desk level; occasionally lifting 6-25lbs, w alking, stooping, kneeling, crouching, craw ling, climbing, pushing, pulling, bending and reaching overhead and below w aist and avoiding stress through 1/26/22 to allow for follow -up w ith Dr. Fields and ongoing treatment plan.

UPDATED PATH:
Rolling to LTD.
Recommend requesting OV notes and diagnostic test results from Dr. Fields from DOD to present.
Admission/discharge summary for 8/2021 hospital stay. Refer back as needed. - MAPPA3 - Jan 21, 2022 11:36:04 am

| | | | | | |
|---|---|---|---|---|---|
| 9/16/2021 | Referrals | 1 | Mentor Review | Completed | SWFVY4 |

Summary
Claimant age / sex: 59 yo M
Occupation title / level: Chief Sales Officer - *need to confirm occ level through JD*
Being treated for (diagnosis): 2 - heart attacks, cancer in several places
DLW: 7/30/21
DOD (address gap, if applicable): 8/6/21

Eligibility Assessment
List or Self-Billed: List
Coverage confirmed via (census, enrollment form, Ardis, 100% ER paid): ARDIS
EE effective date: 05/01/2016
Class: 1
Pre-Ex _/_ (if no pre-ex, indicate none): 3/6 - no investigation needed
PIC (only if pre-ex in policy): n/a
Continuance pay: none indicated
FIT: no
LTD eff: 05/01/2016
Salary: $209,999.92 per ARDIS, $216,499.92 per ERS

Medical Assessment:
Physician Name: Constance Fields
Specialty:
Phone number: 561-483-8335
Date of APS: 8/17/2021

ICD Code: I25.10 & E78.5
MDA min/opt/max: *need correct occ level*
Subjective symptoms: chest pain, shortness of breath
Objective symptoms: Abnormal candite eatheteaization (hard to read)
R & L's: he should not be under any emotional stress. Needs to avoid all emotional and physical stress.
Treatment: slow ly increase activity, cardiac rehab, meds.
ERTW per physician: 3/1/22
Other important information (recurrences, hospitalization dates, etc): hospitalized 3/22 to 3/24/21 and 8/3/21 to 8/5/21. advised to stop w orking 8/6/21

Path:
Rationale (Claim status and the reason claim is in that status): com - all docs rcvd. Pend the clm - missing er info
Next steps: make int. call to clmnt, email er about salary mismatch, AAW conf, and JD. Allow tw o attempts before sending pending letters. - Mentor Review - SWFVY4 - Sep 03, 2021 12:11:43 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

** also EOI is needed, so do I ask the EE to submit that? is the form in bridgeapp? - Mentor Review - SWFVY4 - Sep 03, 2021 12:12:55 pm
******************************

*need to add premium % to cert reference box

*update the salary in DOCSNET to w hat is in ARDIS

*ok so you're email to ER - they don't use ARDIS/don't know w hat ARDIS is - that is an internal system. You w ould refer to the LFG online portal w hen asking ER's to update anything online.

*based on the APS it actually looks like DOD is 08/02/2021 so please update SAP and the DOD

Please review and make applicable changes as noted above to claim and paste SAP

We do not need EOI on this claim so you can disreagrd that :) - Mentor Review - ALAJO1 - Sep 07, 2021 01:33:49 pm

-----
UPDATED ASSESSMENT:
Rcvd email from ER. Email added to DN.

Occ Level: 1
DLW: 7/30/21
EE w as on an approved leave of absence.
Correct salary has been updated in ARDIS.

UPDATED PATH:
Approve claim from 8/2/2021 to 10/11/2021 minus 14 day EP.
Reasonable based on EE's age and occ. Clmnt had multiple heart attacks and has cancer. APS show s abnormal heart activity, clmnt needs no stress. EE has OVs in September and October. Reasonable to approve past NOVs.
Will need additional med recs for benefits beyond 10/11/21.
Send letters.

**letters ready for review - Mentor Review - SWFVY4 - Sep 13, 2021 09:03:36 am
**************************************************

*add MDA to your updated assessment since w e have occ level confirmed now

*the email from the ER indicated EE had the heart attack on 07/30 so DOD w ould be 7/31 since he w orked that day. Please make a note in your updated assessment show ing the DOD is 731 due to DLW 7/30 w hen heart attack occured

*set your final pmt task

*need to update path/letters w ith correct approval dates, etc

*set up benefit screen for pmt to 09/20/2021

*notify clmnt of approval , w ould also be a good idea to ask EE if he is doing any cardiac rehab, let him know that after the OV in Oct w e w ill need med recs to review for any addl benefits and if none rcvd by then w e w ill suspend the claim

*Please review and send back the updated assessment - one updated assessment w ith all new information in it and then updated path, not multiple updated assessments and updated path's in a new referral w ith all of the applicable changes made as noted above.
- Mentor Review - ALAJO1 - Sep 13, 2021 09:32:24 am

| 9/16/2021 | Telephone (OUT) | 4 | MATTHEW J. DUNTZ | Completed | SWFVY4 |
|---|---|---|---|---|---|

spoke w ith clmnt to let him know of the approval dates and amounts. Also advised him to send OVNs from apts in october so w e can extend the clm if needed. Asked him if he is planning on doing cardiac rehab, he said the dr

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

doesn't w ant him to do anything right now , apt in oct w ill determine course of action. Lastly, EE said there might be a change the apt in Oct might be pushed back. I let him know that the clm w ill be suspended for 30 days after approval date if MRs are not rcvd, so he techinally has 30 days after 10/11 to send MRs. if the apt is still not scheduled to call and let us know and w e can take the claim to nurse consult to see if w e can approve it w ith the recs w e have on hand. - SWFVY4 - Sep 16, 2021 11:06:21 am

| | | | | | |
|---|---|---|---|---|---|
| 9/16/2021 10:43:48 AM | Claim Tasks | 7 | Set Final Periodic Payment | Requested | SWFVY4 |

f/u w ith clmnt about his recovery/treatment/OVs - SWFVY4 - Sep 16, 2021 10:44:46 am

| | | | | | |
|---|---|---|---|---|---|
| 9/17/2021 11:10:11 AM | Referrals | 2 | Mentor Review | Initial | SWFVY4 |

UPDATED ASSESSMENT:
Rcvd email from ER. Email added to DN.

Occ Level: 1
MDA min/opt/max: 10 14 21 (for percutaneous coronary intervention)

DLW: 7/30/21
DOD: 7/31/2021 due to DLW 7/30 w hen the heart attack occurred.
EE w as on an approved leave of absence.
Correct salary has been updated in ARDIS.

UPDATED PATH:
Approve claim from 7/31/2021 to 10/11/2021 minus 14 day EP.
Reasonable based on EE's age and occ. Clmnt had multiple heart attacks and has cancer. APS show s abnormal heart activity, clmnt needs no stress. EE has OVs in September and October. Reasonable to approve past NOVs.
Will need additional med recs for benefits beyond 10/11/21.
Send letters.

** letters ready for review - Mentor Review - SWFVY4 - Sep 17, 2021 11:11:05 am
************************************

LETTERS - i updated the header date to today and sent them

ok to paste SAP update to claim - nice job! - Mentor Review - ALAJO1 - Sep 20, 2021 11:17:03 am

| | | | | | |
|---|---|---|---|---|---|
| 9/17/2021 10:15:27 PM | Payments | | DEPOSIT 8/14/2021 - 9/18/2021 | INITIAL | ALAJO1 |
| 9/20/2021 | Documents/Mail | 11 | STD Approval Letter Generic | Completed | SWFVY4 |

STD Approval Letter GenericAttachments:Translation servicesGroup Continuance of Disability

| | | | | | |
|---|---|---|---|---|---|
| 9/20/2021 | Documents/Mail | 10 | STD Approval Letter Generic | Completed | SWFVY4 |

STD Approval Letter GenericAttachments:Translation servicesGroup Continuance of Disability

| | | | | | |
|---|---|---|---|---|---|
| 9/22/2021 | Referrals | 2 | Mentor Review | Completed | SWFVY4 |

UPDATED ASSESSMENT:
Rcvd email from ER. Email added to DN.

Occ Level: 1
MDA min/opt/max: 10 14 21 (for percutaneous coronary intervention)

DLW: 7/30/21
DOD: 7/31/2021 due to DLW 7/30 w hen the heart attack occurred.
EE w as on an approved leave of absence.
Correct salary has been updated in ARDIS.

UPDATED PATH:
Approve claim from 7/31/2021 to 10/11/2021 minus 14 day EP.
Reasonable based on EE's age and occ. Clmnt had multiple heart attacks and has cancer. APS show s abnormal heart activity, clmnt needs no stress. EE has OVs in September and October. Reasonable to approve past NOVs.
Will need additional med recs for benefits beyond 10/11/21.
Send letters.

** letters ready for review - Mentor Review - SWFVY4 - Sep 17, 2021 11:11:05 am
************************************

LETTERS - i updated the header date to today and sent them

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | ok to paste SAP update to claim - nice job! - Mentor Review - ALAJO1 - Sep 20, 2021 11:17:03 am | | | | |
| 10/6/2021 | Documents/Mail | 13 | Email | Completed | SWFVY4 |

From: Vyas, Sw ara
Sent: Wednesday, October 6, 2021 10:10 AM
To: 'Matt Duntz' <mduntz@gmail.com>
Subject: RE: Lincoln Financial Group Information for Claim 1210085648 (SECURE)

Good morning,

No, that w ill not affect your claim or benefits. At this time, w e w ill extend the claim to an undetermined date. We w ill request the medical records from your doctor after your appointment on 10/14/2021. I w ill be sure to follow up w ith you every 4 w eeks to see how you are doing, and at any time, you are able to go back to w ork, w e w ill stop the benefits. If you are unable to go back to w ork after your short-term disability duration is over, w e can transition you into long term disability.

In order to get the medical records from the right doctor, may I get the name, phone number, and fax number of your treating physician?

Thank you, and please feel free to call me if you have any questions.

- SWFVY4 - Oct 06, 2021 09:11:11 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/6/2021 | Documents/Mail | 12 | Email | Completed | SWFVY4 |

From: Matt Duntz <mduntz@gmail.com>
Sent: Tuesday, October 5, 2021 10:40 AM
To: Vyas, Sw ara <Sw ara.Vyas@lfg.com>
Subject: Re: Lincoln Financial Group Information for Claim 1210085648 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***
Good morning, my doctors appointment w as changed from the September 27 to October 14, I w ill have the doctor submit the report after that visit. Please let me know if this w ill have any effect on my overall claim or payments.
Regards

Matt Duntz
- SWFVY4 - Oct 06, 2021 09:03:47 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/6/2021 | Claim Tasks | 7 | Set Final Periodic Payment | Completed | SWFVY4 |
| | f/u w ith clmnt about his recovery/treatment/OVs - SWFVY4 - Sep 16, 2021 10:44:46 am | | | | |
| 10/6/2021 | Claim Tasks | 1 | Verify Occupation | Completed | SWFVY4 |
| | DOT/Occupation w as Unknow n | | | | |
| 10/6/2021 | Telephone (OUT) | 5 | MATTHEW J. DUNTZ | Completed | SWFVY4 |
| | attempted to call clmnt to tell him that w e w ill extend the clm to an undetermined date and that w ill request MRs. EE's vm w as not set up, unable to leave vm. - SWFVY4 - Oct 06, 2021 09:05:30 am | | | | |
| 10/6/2021 9:17:37 AM | Documents/Mail | 15 | STD Extension Letter | Work In Progress | SWFVY4 |
| | STD Extension Letter | | | | |
| 10/6/2021 9:17:37 AM | Documents/Mail | 14 | STD Extension Letter | Work In Progress | SWFVY4 |
| | STD Extension Letter | | | | |
| 10/6/2021 9:25:32 AM | Claim Tasks | 8 | Obtain Proof Of Disability | Requested | SWFVY4 |
| | order MRs - SWFVY4 - Oct 06, 2021 09:26:45 am | | | | |
| 10/6/2021 9:26:50 AM | Claim Tasks | 9 | Call Claimant | Requested | SWFVY4 |
| | f/u w ith EE - SWFVY4 - Oct 06, 2021 09:27:08 am | | | | |
| 10/6/2021 9:27:13 AM | Claim Tasks | 10 | Update Claim Information | Requested | SWFVY4 |
| | f/u w ith EE, get MRs - SWFVY4 - Oct 06, 2021 09:27:36 am | | | | |
| 10/6/2021 9:27:41 AM | Claim Tasks | 11 | Call Claimant | Requested | SWFVY4 |
| | f/u w ith er - SWFVY4 - Oct 06, 2021 09:28:07 am | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/6/2021 9:28:14 AM | Claim Tasks | 12 | Set Final Periodic Payment | Requested | MAPPA3 |

f/u w ith EE, clm may roll into LTD - SWFVY4 - Oct 06, 2021 09:28:41 am

| | | | | | |
|---|---|---|---|---|---|
| 10/13/2021 | Documents/Mail | 15 | STD Extension Letter | Completed | SWFVY4 |

STD Extension Letter

| | | | | | |
|---|---|---|---|---|---|
| 10/13/2021 | Documents/Mail | 14 | STD Extension Letter | Completed | SWFVY4 |

STD Extension Letter

| | | | | | |
|---|---|---|---|---|---|
| 10/13/2021 11:40:48 AM | Referrals | 3 | Mentor Review | Initial | SWFVY4 |

UPDATED ASSESSMENT:
Rcvd Email from EE. Email added to DN.

EE's apt got moved from 9/27 to 10/14.

UPDATED PATH: Extend claim from 10/11 to an undetermined date.
Reasonable to extend as EE is undergoing cancer treatment. EE had tw o heart attacks and cancer in multiple places. Per APS, EE is unable to RTW until 2022. Will order MRs after EE's apt on 10/14/21 in order to get the most updated records. Will f/u w ith EE every 4-6 w eeks. Sent ext letters.
- Mentor Review - SWFVY4 - Oct 13, 2021 11:41:26 am
*****************************
Paste SAP update, letters sent

next ptm released - Mentor Review - ALAJO1 - Oct 13, 2021 11:53:38 am

| | | | | | |
|---|---|---|---|---|---|
| 10/14/2021 | Referrals | 3 | Mentor Review | Completed | SWFVY4 |

UPDATED ASSESSMENT:
Rcvd Email from EE. Email added to DN.

EE's apt got moved from 9/27 to 10/14.

UPDATED PATH: Extend claim from 10/11 to an undetermined date.
Reasonable to extend as EE is undergoing cancer treatment. EE had tw o heart attacks and cancer in multiple places. Per APS, EE is unable to RTW until 2022. Will order MRs after EE's apt on 10/14/21 in order to get the most updated records. Will f/u w ith EE every 4-6 w eeks. Sent ext letters.
- Mentor Review - SWFVY4 - Oct 13, 2021 11:41:26 am
*****************************
Paste SAP update, letters sent

next ptm released - Mentor Review - ALAJO1 - Oct 13, 2021 11:53:38 am

| | | | | | |
|---|---|---|---|---|---|
| 10/18/2021 | Claim Tasks | 8 | Obtain Proof Of Disability | Completed | SWFVY4 |

order MRs - SWFVY4 - Oct 06, 2021 09:26:45 am

| | | | | | |
|---|---|---|---|---|---|
| 10/18/2021 10:56:51 AM | Medical | 1 | | Initial | NA7SU3 |

INVALID AUTH - DOB discrepancy - verify all for sure - and if the dob on the auth is incorrect - w e w ill need a new one.
(2) Would not close the task on this issue - but w hen w e get the new auth - the Entity Manager needs to be updated w ith the full mailing address of the practitioner. Per procedure, name/phone/fax info is insufficient contact information on w hich to base a letter.
TRACKING EMAIL OUT TO CE et al
CLOSING THIS TASKK
- NA7SU3 - Oct 20, 2021 03:27:43 pm

| | | | | | |
|---|---|---|---|---|---|
| 10/20/2021 | Medical | 1 | | Closed | NA7SU3 |

INVALID AUTH - DOB discrepancy - verify all for sure - and if the dob on the auth is incorrect - w e w ill need a new one.
(2) Would not close the task on this issue - but w hen w e get the new auth - the Entity Manager needs to be updated w ith the full mailing address of the practitioner. Per procedure, name/phone/fax info is insufficient contact information on w hich to base a letter.
TRACKING EMAIL OUT TO CE et al
CLOSING THIS TASKK
- NA7SU3 - Oct 20, 2021 03:27:43 pm

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/8/2021 | Claim Tasks | 9 | Call Claimant | Completed | SWFVY4 |
| | f/u w ith EE - SWFVY4 - Oct 06, 2021 09:27:08 am | | | | |
| 11/8/2021 | Telephone (OUT) | 6 | MATTHEW J. DUNTZ | Completed | SWFVY4 |
| | attemtped to call clmnt. w hen i called the first time he said to call in 15 mins so i did. unable to lvm bc the vm w as not set up. - SWFVY4 - Nov 08, 2021 03:19:40 pm | | | | |
| 12/3/2021 8:04:27 PM | Claim Tasks | 13 | LINKS Review | Requested | JASDA4 |

Demographics: 59 yo M, CSO - level 1
Diagnosis: stage 2 heart attacks and cancer in several places
Current condition and treatment plan: EE is undergoing cancer treatment and cardiac rehab. Most recent MRs are heart stress exam results that found that his heart is not pumping blood the w ay it should, so EE has diagnostic apts coming up to find the reason.
Rationale for supporting to the STD Max: clmnt has not reached STD MAX yet. EE's eRTW is 3/1/22, so clm is approved to an undetermined date rn.
STD EFF: 5/1/16, LTD EFF: 5/1/16, LTD BCD: 1/27/2022, RSO: FT_LAUD - SWFVY4 - Dec 10, 2021 08:12:53 am

RISK CONSULTANT REVIEW
Stress test dated 11/22 w as abnormal but does indicate Ejection Fraction of 62%, w hich w ould be conducive w ith medium occ physical capacity. At this point, w e don't have the OVNs w ith a physical exam. EE is doing cardiac rehab, but it is unclear if EE could or could not perform sed occ w hile undergoing this rehab. EE notes melanoma on EES, but it is unclear w hat the tx plan is for this (likely an outpatient procedure?). Prior to roll. recommend making attempt to discuss w hat EE w ould be unable to do at w ork presently as a result of current conditions and bringing claim to discuss in nurse consult to determine if this stress test w ould preclude sedentary capacity. - BXGROHS - Jan 06, 2022 10:37:02 am

Per consult
It w ould be reasonable to support R&Ls of frequently lifting 1-5lbs, standing, sitting, balancing, fingering and grasping; continuously reaching at desk level; occasionally lifting 6-25lbs, w alking, stooping, kneeling, crouching, craw ling, climbing, pushing, pulling, bending and reaching overhead and below w aist and avoiding stress through 1/26/22 to allow for follow -up w ith Dr. Fields and ongoing treatment plan.

UPDATED PATH:
Rolling to LTD.
Recommend requesting OV notes and diagnostic test results from Dr. Fields from DOD to present.
Admission/discharge summary for 8/2021 hospital stay. Refer back as needed. - MAPPA3 - Jan 21, 2022 11:35:33 am

RC LINKS REVIEW
Based on additional angioplasty performed 12/14/21, consult outlining r/l's to at keast NOV 1/26/21 and claim now being paid through STD MBD, appropriate to roll to LTD at this time - JAQPO0 - Jan 26, 2022 08:11:26 am
LINKS REVIEW

agree can roll to LTD

non-national out of Ft. Laud. assigning to JASDA4 on LTD side - AXNUTTE - Jan 31, 2022 10:27:57 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/8/2021 2:29:39 PM | Documents/Mail | 16 | Email | Received | SWFVY4 |
| | 2021-12-08-13.25.08.717620O01 | | | | |
| 12/8/2021 2:29:39 PM | Documents/Mail | 17 | Medical Records | Received | SWFVY4 |
| | 2021-12-08-13.25.08.737620O01 | | | | |
| 12/10/2021 | Documents/Mail | 16 | Email | Completed | SWFVY4 |
| | 2021-12-08-13.25.08.717620O01 | | | | |
| 12/10/2021 | Documents/Mail | 17 | Medical Records | Completed | SWFVY4 |
| | 2021-12-08-13.25.08.737620O01 | | | | |
| 12/10/2021 | Claim Tasks | 10 | Update Claim Information | Completed | SWFVY4 |
| | f/u w ith EE, get MRs - SWFVY4 - Oct 06, 2021 09:27:36 am | | | | |
| 1/5/2022 | Claim Tasks | 11 | Call Claimant | Completed | SWFVY4 |
| | f/u w ith er - SWFVY4 - Oct 06, 2021 09:28:07 am | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/11/2022 | Telephone (OUT) | 7 | MATTHEW J. DUNTZ | Completed | MAPPA3 |

calling on STD
doing cardiac rehab may not understand
no addtl stress test but did go in in dec 14 to have an angioplasty, no complications
lots of fatigue
melanoma treatment is every 6 months for full body scan
fatigue, have degenertive heart disease that is aggresive so any stress at all quicks it up and feels like a heart attack
on nitro drops so if any pressure w ill take drops
w ant to avoid any type stress physical or mental stress
NOV w ith cardio on 1/26/22
w ent over how roll to LTD
w ill reach out shortly w ith udpate - MAPPA3 - Jan 11, 2022 03:31:31 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/11/2022 3:33:07 PM | Claim Tasks | 14 | Update Claim Direction | Requested | MAPPA3 |

take for nurse consult - MAPPA3 - Jan 11, 2022 03:33:17 pm

set for 1/20 10*30-11 - MAPPA3 - Jan 19, 2022 06:53:05 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/19/2022 6:53:34 PM | Referrals | 4 | Initial Claim Review | Initial | MAPPA3 |

Does the records on file support for TD? if not w hat else needed? - MAPPA3 - Jan 19, 2022 06:54:22 pm
Open Consultation Response
Claimant: Matthew Duntz
Claim Number: 1210085648
Attendees: LKKCA3; MAPPA3

Specific Medical Question:
Does the records on file support rolling over to LTD? if not w hat else is needed?

Clinical Recommendation: Claim review ed in consult w ith CS. STD max benefit is to 1/29/22. Based on the documents review ed and discussed, EE being treated for coronary artery disease (narrow ing or blockage of the major blood vessels of the heart) and hyperlipidemia (high cholesterol). APS dated 8/17/21 from Dr. Fields (cardiology) noted symptoms of chest pain and shortness of breath. EE w as hospitalized in 8/2021. (Per EE he had an angioplasty during the stay). Treatment includes slow ly increasing activity, cardiac rehab and medication. Chance in condition expected by 3/1/22. Cardiac stress test (evaluates how the heart w orks during physical activity) dated 11/22/21 from Dr. Fields noted previous abnormal heart diagnostic test results. Stress test results noted mild upper septal, inferior w all and anterior w all ischemia (insufficient blood supply) w ith a normal ejection fraction (percentage of blood leaving your heart each time it contracts) of 62%. Per EE he had another angioplasty on 12/14/21 and w ill follow -up w ith Dr. Fields on 1/26/22.

It w ould be reasonable to support R&Ls of frequently lifting 1-5lbs, standing, sitting, balancing, fingering and grasping; continuously reaching at desk level; occasionally lifting 6-25lbs, w alking, stooping, kneeling, crouching, craw ling, climbing, pushing, pulling, bending and reaching overhead and below w aist and avoiding stress through 1/26/22 to allow for follow -up w ith Dr. Fields and ongoing treatment plan.

Recommend requesting OV notes and diagnostic test results from Dr. Fields from DOD to present. Admission/discharge summary for 8/2021 hospital stay. Refer back as needed.

Lori C, RN
Nurse Disability Consultant - LKKCA3 - Jan 20, 2022 10:40:36 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/21/2022 | Referrals | 4 | Initial Claim Review | Completed | MAPPA3 |

Does the records on file support for TD? if not w hat else needed? - MAPPA3 - Jan 19, 2022 06:54:22 pm
Open Consultation Response
Claimant: Matthew Duntz
Claim Number: 1210085648
Attendees: LKKCA3; MAPPA3

Specific Medical Question:
Does the records on file support rolling over to LTD? if not w hat else is needed?

Clinical Recommendation: Claim review ed in consult w ith CS. STD max benefit is to 1/29/22. Based on the documents review ed and discussed, EE being treated for coronary artery disease (narrow ing or blockage of the major blood vessels of the heart) and hyperlipidemia (high cholesterol). APS dated 8/17/21 from Dr. Fields

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

(cardiology) noted symptoms of chest pain and shortness of breath. EE w as hospitalized in 8/2021. (Per EE he had an angioplasty during the stay). Treatment includes slow ly increasing activity, cardiac rehab and medication. Chance in condition expected by 3/1/22. Cardiac stress test (evaluates how the heart w orks during physical activity) dated 11/22/21 from Dr. Fields noted previous abnormal heart diagnostic test results. Stress test results noted mild upper septal, inferior w all and anterior w all ischemia (insufficient blood supply) w ith a normal ejection fraction (percentage of blood leaving your heart each time it contracts) of 62%. Per EE he had another angioplasty on 12/14/21 and w ill follow -up w ith Dr. Fields on 1/26/22.

It w ould be reasonable to support R&Ls of frequently lifting 1-5lbs, standing, sitting, balancing, fingering and grasping; continuously reaching at desk level; occasionally lifting 6-25lbs, w alking, stooping, kneeling, crouching, craw ling, climbing, pushing, pulling, bending and reaching overhead and below w aist and avoiding stress through 1/26/22 to allow for follow -up w ith Dr. Fields and ongoing treatment plan.

Recommend requesting OV notes and diagnostic test results from Dr. Fields from DOD to present.
Admission/discharge summary for 8/2021 hospital stay. Refer back as needed.

Lori C, RN
Nurse Disability Consultant - LKKCA3 - Jan 20, 2022 10:40:36 am

| 1/21/2022 | Summary/Assessment/Pa1h | | | Completed | MAPPA3 |
|---|---|---|---|---|---|

Summary Notes

Assessment Notes

Path Notes
Summary
Claimant age / sex: 59 yo M
Occupation title / level: Chief Sales Officer - *need to confirm occ level through JD*
Being treated for (diagnosis): 2 - heart attacks, cancer in several places
DLW: 7/30/21
DOD (address gap, if applicable): 8/2/21

Eligibility Assessment
List or Self-Billed: List
Coverage confirmed via (census, enrollment form, Ardis, 100% ER paid): ARDIS - 100% EE Paid, Post-Tax
EE effective date: 05/01/2016
Class: 1
Pre-Ex _/_ (if no pre-ex, indicate none): 3/6 - no investigation needed
PIC (only if pre-ex in policy): n/a
Continuance pay: none indicated
FIT: no
LTD eff: 05/01/2016
Salary: $216,499.92/annual

Medical Assessment:
Physician Name: Constance Fields
Specialty:
Phone number: 561-483-8335
Date of APS: 8/17/2021

ICD Code: I25.10 & E78.5
MDA min/opt/max: *need correct occ level*
Subjective symptoms: chest pain, shortness of breath
Objective symptoms: Abnormal candite eatheteaization (hard to read)
R & L's: he should not be under any emotional stress. Needs to avoid all emotional and physical stress.
Treatment: slow ly increase activity, cardiac rehab, meds.
ERTW per physician: 3/1/22
Other important information (recurrences, hospitalization dates, etc): hospitalized 3/22 to 3/24/21 and 8/3/21 to 8/5/21. advised to stop w orking 8/6/21

Path:
Rationale (Claim status and the reason claim is in that status): com - all docs rcvd. Pend the clm - missing er info
Next steps: make int. call to clmnt, email er about salary mismatch, AAW conf, and JD. Allow tw o attempts before sending pending letters.
- SWFVY4 - Sep 13, 2021 09:01:29 am

UPDATED ASSESSMENT:
Rcvd email from ER. Email added to DN.

Occ Level: 1
MDA min/opt/max: 10 14 21 (for percutaneous coronary intervention)

DLW: 7/30/21
DOD: 7/31/2021 due to DLW 7/30 w hen the heart attack occurred.
EE w as on an approved leave of absence.
Correct salary has been updated in ARDIS.

UPDATED PATH:
Approve claim from 7/31/2021 to 10/11/2021 minus 14 day EP.
Reasonable based on EE's age and occ. Clmnt had multiple heart attacks and has cancer. APS show s abnormal heart activity, clmnt needs no stress. EE has OVs in September and October. Reasonable to approve past NOVs.
Will need additional med recs for benefits beyond 10/11/21.
Send letters. - SWFVY4 - Sep 22, 2021 02:06:56 pm

UPDATED ASSESSMENT:
Rcvd Email from EE. Email added to DN.

EE's apt got moved from 9/27 to 10/14.

UPDATED PATH: Extend claim from 10/11 to an undetermined date.
Reasonable to extend as EE is undergoing cancer treatment. EE had tw o heart attacks and cancer in multiple places. Per APS, EE is unable to RTW until 2022. Will order MRs after EE's apt on 10/14/21 in order to get the most updated records. Will f/u w ith EE every 4-6 w eeks. Sent ext letters. - SWFVY4 - Oct 14, 2021 02:21:46 pm

-----------------------
UPDATED ASSESSMENT
Rcvd Heart Stress Exam Results from Cardio.
Via email. Email added to DN.

Findings: abnormal w ith the development of biphasic T w aves in a VF and V6 after 2 mins of exercise.
EE has chest pains after 3 mins of exercises.
EE said he has other diagnostic tests/procedures scheduled to find out w hy his heart is not beating/circulating the w ay it needs to.

UPDATED PATH
Remains the same. - SWFVY4 - Dec 10, 2021 08:00:09 am

UPDATED ASSESSMENT:
Spoke to EE
melanoma scans every 6 months
angioplasy on 12/14
lots of fagtiuge
suppose to avoid any physical or mental stress bc of heart disorder and risk of heart attack
nitro drops to take if any pressure

UPDATED PATH:
taking for nurse consult for roll. - MAPPA3 - Jan 11, 2022 03:33:03 pm

UPDATED ASSESSMENT:
Per consult
It w ould be reasonable to support R&Ls of frequently lifting 1-5lbs, standing, sitting, balancing, fingering and grasping; continuously reaching at desk level; occasionally lifting 6-25lbs, w alking, stooping, kneeling, crouching, craw ling, climbing, pushing, pulling, bending and reaching overhead and below w aist and avoiding stress through 1/26/22 to allow for follow -up w ith Dr. Fields and ongoing treatment plan.

UPDATED PATH:
Rolling to LTD.
Recommend requesting OV notes and diagnostic test results from Dr. Fields from DOD to present.
Admission/discharge summary for 8/2021 hospital stay. Refer back as needed. - MAPPA3 - Jan 21, 2022 11:36:04 am

| | | | | | |
|---|---|---|---|---|---|
| 1/21/2022 | Claim Tasks | 14 | Update Claim Direction | Completed | MAPPA3 |

take for nurse consult - MAPPA3 - Jan 11, 2022 03:33:17 pm

set for 1/20 10*30-11 - MAPPA3 - Jan 19, 2022 06:53:05 pm

| | | | | | |
|---|---|---|---|---|---|
| 1/21/2022 | Claim Tasks | 12 | Set Final Periodic Payment | Completed | MAPPA3 |

f/u w ith EE, clm may roll into LTD - SWFVY4 - Oct 06, 2021 09:28:41 am

| | | | | | |
|---|---|---|---|---|---|
| 1/25/2022 9:14:22 PM | Status | | Maximum Benefit Reached (T65, RBD, etc.) | CLOSED | BRMCLSDIRY |
| 1/25/2022 9:14:22 PM | Payments | | DEPOSIT 1/22/2022 - 1/29/2022 | CURRENT | MAPPA3 |
| 2/2/2022 | Claim Tasks | 13 | LINKS Review | Completed | JASDA4 |

Demographics: 59 yo M, CSO - level 1
Diagnosis: stage 2 heart attacks and cancer in several places
Current condition and treatment plan: EE is undergoing cancer treatment and cardiac rehab. Most recent MRs are heart stress exam results that found that his heart is not pumping blood the w ay it should, so EE has diagnostic apts coming up to find the reason.
Rationale for supporting to the STD Max: clmnt has not reached STD MAX yet. EE's eRTW is 3/1/22, so clm is approved to an undetermined date rn.
STD EFF: 5/1/16, LTD EFF: 5/1/16, LTD BCD: 1/27/2022, RSO: FT_LAUD - SWFVY4 - Dec 10, 2021 08:12:53 am

RISK CONSULTANT REVIEW
Stress test dated 11/22 w as abnormal but does indicate Ejection Fraction of 62%, w hich w ould be conducive w ith medium occ physical capacity. At this point, w e don't have the OVNs w ith a physical exam. EE is doing cardiac rehab, but it is unclear if EE could or could not perform sed occ w hile undergoing this rehab. EE notes melanoma on EES, but it is unclear w hat the tx plan is for this (likely an outpatient procedure?). Prior to roll. recommend making attempt to discuss w hat EE w ould be unable to do at w ork presently as a result of current conditions and bringing claim to discuss in nurse consult to determine if this stress test w ould preclude sedentary capacity. - BXGROHS - Jan 06, 2022 10:37:02 am

Per consult
It w ould be reasonable to support R&Ls of frequently lifting 1-5lbs, standing, sitting, balancing, fingering and grasping; continuously reaching at desk level; occasionally lifting 6-25lbs, w alking, stooping, kneeling, crouching, craw ling, climbing, pushing, pulling, bending and reaching overhead and below w aist and avoiding stress through 1/26/22 to allow for follow -up w ith Dr. Fields and ongoing treatment plan.

UPDATED PATH:
Rolling to LTD.
Recommend requesting OV notes and diagnostic test results from Dr. Fields from DOD to present.
Admission/discharge summary for 8/2021 hospital stay. Refer back as needed. - MAPPA3 - Jan 21, 2022 11:35:33 am

RC LINKS REVIEW
Based on additional angioplasty performed 12/14/21, consult outlining r/l's to at keast NOV 1/26/21 and claim now being paid through STD MBD, appropriate to roll to LTD at this time - JAQPO0 - Jan 26, 2022 08:11:26 am
LINKS REVIEW

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

agree can roll to LTD

non-national out of Ft. Laud. assigning to JASDA4 on LTD side - AXNUTTE - Jan 31, 2022 10:27:57 am

AMENDMENT NO. 5

TO BE ATTACHED TO AND MADE PART OF GROUP POLICY NO.: 000010141292

ISSUED TO: AEROSPACE TECHNOLOGIES GROUP

It is agreed that the above policy be replaced with the attached Policy, which is revised and dated January 1, 2020.

The name of the GROUP POLICYHOLDER is hereby changed to the following:

Aerospace Technologies Group, Inc.

The effective date of this amendment is January 1, 2020; but only with respect to losses incurred on or after that date. Nothing contained in this amendment shall change any of the terms and conditions of this Policy; except as stated above.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

Officer of the Company

Accepted by the Group Policyholder this ________ day of __________________________ 20______

By ________________________________________ Title ______________________________________

The Lincoln National Life Insurance Company
A Stock Company Home Office Location: Fort Wayne, Indiana
Group Insurance Service Office: 8801 Indian Hills Drive, Omaha, NE 68114-4066
(800) 423-2765 Online: www.LincolnFinancial.com

Group Policyholder:

Aerospace Technologies Group, Inc.

In Consideration of the Group Policyholder's application for this Policy and payment of all premiums when due, The Lincoln National Life Insurance Company agrees to make the payments provided in this Policy to the persons entitled to them.

The first premium for this Policy is due on its effective date. Subsequent premiums are due on June 1, 2011, and on the same day of each month after that. Policy anniversaries will be each January 1st; unless shown otherwise on the Premium Rate Schedule inside.

The provisions and conditions set forth on the following pages are a part of this Policy, as fully as if recited over the signatures below.

The Lincoln National Life Insurance Company has executed this Policy at its Group Insurance Service Office in Omaha, Nebraska. The issue date of this Policy is May 1, 2011.

SECRETARY

PRESIDENT

**GROUP INSURANCE POLICY**
No. 000010141292
PROVIDING
WEEKLY DISABILITY INCOME INSURANCE

**TABLE OF CONTENTS**

Schedule of Insurance........................................................................................................3

Definitions..........................................................................................................................4

General Provisions............................................................................................................10

Eligibility and Effective Dates..........................................................................................12

Individual Terminations....................................................................................................14

Premiums and Premium Rates..........................................................................................16

Grace Period......................................................................................................................17

Policy Termination............................................................................................................17

Claims Procedures for Weekly Disability Income Benefits............................................18

Weekly Disability Income Insurance...............................................................................21

Prior Insurance Credit Provision.......................................................................................26

**Aerospace Technologies Group, Inc.**
**000010141292**
**SCHEDULE OF INSURANCE**

## ELIGIBLE CLASS

Class 1 All Full-Time Employees

There will be an Open Enrollment Period beginning November 1st and ending November 30th for eligible employees to enroll for Weekly Disability Income Insurance or to increase their current amounts of Weekly Disability Income Insurance. Evidence of insurability will not be required during this enrollment period provided the Insured Person:

(1) has not been previously declined; and
(2) elects an amount of insurance or an increase to the Insured Person's current insurance amount not to exceed the Maximum Weekly Benefit.

Coverage elected during this period that is not subject to Evidence of Insurability will become effective:

(1) January 1st following the enrollment period, if Actively at Work on that day; or
(2) The day the Insured Person resumes Active Work, if not Actively at Work on the day the elected coverage or increase would otherwise take effect.

This Policy does not replace or provide benefits required by Workers' Compensation laws or any state disability insurance plan laws.

**Aerospace Technologies Group, Inc.**
**000010141292**
**SCHEDULE OF INSURANCE**
**For**
**Class 1 - All Full-Time Employees**

MINIMUM HOURS: 30 hours per week

WAITING PERIOD: (For date insurance begins, refer to "Effective Date" section)
60 days of continuous Active Work

CONTRIBUTIONS: Insured Employees are required to contribute to the cost of the Weekly Disability Income Insurance.

## WEEKLY DISABILITY INCOME INSURANCE

BENEFIT PERCENTAGE: 60%

MAXIMUM WEEKLY BENEFIT: $2,000

MINIMUM WEEKLY BENEFIT: 10% of the Weekly Total Disability Benefit

DAY BENEFITS BEGIN: 15th consecutive day of Disability due to Accidental Injury; and
15th consecutive day of Disability due to Sickness.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD: 24 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

After the Day Benefits Begin, the Maximum Benefit Period will be reduced by any days for which the Insured Person receives payment under the Employer's Sick Leave or Salary Continuance Plan for the same Disability.

Weekly Disability Income Insurance will terminate when an Insured Person retires.

## DEFINITIONS

**As used throughout this Policy, the following terms shall have the meanings indicated below. Other parts of this Policy contain definitions specific to those provisions.**

**ACTIVE WORK** or **ACTIVELY AT WORK** means an Employee's performance of all Main Duties of his or her Own Occupation, for the regularly scheduled number of hours, at:

(1) the Employer's place of business; or
(2) any other business location where the Employer requires the Employee to travel.

Unless disabled on the prior workday or on the day of absence, an Employee will be considered Actively at Work on the following days:

(1) a Saturday, Sunday or holiday that is not a scheduled workday;
(2) a paid vacation day, or other scheduled or unscheduled non-workday; or
(3) a non-medical leave of absence of 12 weeks or less, whether taken with the Employer's prior approval or on an emergency basis.

This includes a Military Leave or an approved Family or Medical Leave that is not due to the Employee's own health condition.

**BASIC WEEKLY EARNINGS** or **PREDISABILITY INCOME** means the Insured Person's average weekly base salary or hourly pay from the Employer before taxes on the Determination Date. The **"Determination Date"** is the last day worked just prior to the date the Disability begins.

It also includes:

(1) paid commissions averaged over the 12 months just prior to the Determination Date; or over the actual period of employment with the Employer just prior to that date, if shorter.

It does **not** include bonuses, overtime pay, or any other extra compensation. It does **not** include income from a source other than the Employer. It will not exceed the amount shown in the Employer's financial records, the amount for which premium has been paid, or the Maximum Covered Weekly Earnings permitted by this Policy; whichever is less. (Maximum Covered Weekly Earnings equals the Maximum Weekly Benefit divided by the Benefit Percentage shown in the Schedule of Insurance.) Exception: For purposes of determining the Partial Disability Weekly Benefit, Basic Weekly Earnings will not exceed the amount shown in the Employer's financial records.

**COMPANY** means The Lincoln National Life Insurance Company, an Indiana corporation. Its Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066.

**DAY** or **DATE** means the period of time that begins at 12:01 a.m. and ends at 12:00 midnight, standard time, at the Group Policyholder's place of business. When used with regard to effective dates, it means 12:01 a.m. When used with regard to termination dates, it means 12:00 midnight.

**DISABILITY or DISABLED** means Total Disability or Partial Disability.

**DISABILITY BENEFIT**, when used with the term Retirement Plan, means a benefit that:

(1) is payable under a Retirement Plan due to disability as defined in that plan; and
(2) does not reduce the benefits that would have been paid as Retirement Benefits at the normal retirement age under the plan if the disability had not occurred.

If the payment of the benefit does cause such a reduction, the benefit will be deemed a Retirement Benefit as defined in this Policy.

**EMPLOYEE or FULL-TIME EMPLOYEE** means a person:
(1) whose employment with the Employer is the person's main occupation;
(2) whose employment is for regular wage or salary, on a full-time basis;
(3) who is regularly scheduled to work at such occupation at least the Minimum Hours shown in the Schedule of Insurance;
(4) who is a member of an Eligible Class which is eligible for coverage under this Policy;
(5) who is not a temporary or seasonal employee; and
(6) who is a citizen of the United States or legally works in the United States.

**EMPLOYER** means the Group Policyholder. It includes any division, subsidiary or affiliated company named in the Application or Participation Agreement.

**EVIDENCE OF INSURABILITY** means a statement of proof of an Employee's medical history. The Company uses this to determine his or her acceptance for insurance or an increased amount of insurance. Such proof will be provided at the Employee's own expense.

**FAMILY OR MEDICAL LEAVE** means an approved leave of absence that:
(1) is subject to the federal FMLA law (the Family and Medical Leave Act of 1993 and any amendments to it) or a similar state law;
(2) is taken in accord with the Employer's leave policy and the law which applies; and
(3) does not exceed the period approved by the Employer and required by that law.

Under the federal FMLA law, such leaves are permitted for up to 12 weeks in a 12-month period as defined by the Employer. The 12 weeks:
(1) may consist of consecutive or intermittent work days; or
(2) may be granted on a part-time equivalency basis.

If an Employee is entitled to a leave under both the federal FMLA law and a similar state law, he or she may elect the more favorable leave (but not both). If an Employee is on an FMLA leave due to his or her own health condition on the date Policy coverage takes effect, he or she is not considered Actively at Work.

**FULL-TIME**, as it applies to the Partial Disability Benefit, means the average number of hours the Insured Person was regularly scheduled to work, at his or her Own Occupation, during the week just prior to:
(1) the date Disability begins; or
(2) the date an approved leave of absence begins, if Disability begins while the Insured Person is continuing coverage during a leave of absence.

**GROUP POLICYHOLDER** means the person, company, trust or other organization as shown on the Title Page of this Policy.

**INJURY** means bodily Injury which results directly from an accident, independently of all other causes. In determining Weekly Benefits, a Disability will be considered caused by a Sickness if:
(1) the Disability begins more than 60 days after the Injury; or
(2) the Injury occurred before the Insured Person's Effective Date under this Policy.

The term "Injury" shall not include any:
(1) condition to which a Sickness, its natural progression or its treatment is a substantial contributing cause (based upon the preponderance of medical evidence);
(2) condition caused by emotional stress or trauma; infection (except pyogenic bacterial infection of an Injury); or medical or surgical treatment (except when needed solely for an Injury);
(3) repetitive trauma condition which results from repetitious, physically traumatic activities that occur over time; or
(4) pregnancy; except for complications that result from an Injury.

**INSURANCE MONTH** or **POLICY MONTH** means that period of time:

(1) beginning at 12:01 a.m. Standard Time, at the Group Policyholder's place of business on the first day of any calendar month; and
(2) ending at 12:00 midnight on the last day of the same calendar month.

**INSURED PERSON** means a Person for whom Policy coverage is in effect.

**MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:

(1) during the first 12 months following the date of loss, are normally required to perform the Insured Person's Own Occupation; or
(2) after a period of 12 months following the date of loss:
    (a) are normally required to perform the Insured Person's Own Occupation; and
    (b) could not reasonably be modified or omitted.

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:

(1) the Employer is subject to the Act; or
(2) the Insured Person has requested such a job accommodation.

An Employer's failure to modify or omit other job tasks does **not** render the Insured Person unable to perform the Main Duties of the job.

Main Duties, after a period of 12 months following the date of loss, include those job tasks:

(1) as described in the U.S. Department of Labor Dictionary of Occupational Titles; and
(2) as performed in the general labor market and national economy.

Main Duties are **not** limited to those specific job tasks as performed for a certain firm or at a certain work site.

**MEDICALLY APPROPRIATE TREATMENT** means diagnostic services, consultation, care or services that are consistent with the symptoms or diagnosis causing the Insured Person's Disability. Such treatment must be rendered:

(1) by a Physician whose license and any specialty are consistent with the disabling condition; and
(2) according to generally accepted, professionally recognized standards of medical practice.

**MILITARY LEAVE** means a leave of absence that:

(1) is subject to the federal USERRA law (the Uniformed Services Employment and Reemployment Rights Act of 1994 and any amendments to it);
(2) is taken in accord with the Employer's leave policy and the federal USERRA law; and
(3) does not exceed the period required by that law.

**OPEN ENROLLMENT PERIOD** means a designated timeframe for eligible employees to elect coverage who did not enroll during their initial eligibility period or for employees with existing coverage under the Policy to elect additional benefit amounts. Evidence of insurability is not required during this period provided certain conditions are met as described in the Schedule of Benefits. Participation in an Open Enrollment Period does not change the Policy provisions related to Waiting Periods or Pre-Existing Condition Limitations. Employees who have been previously declined for coverage or increased coverage may resubmit satisfactory evidence of insurability to apply for initial coverage or increased coverage during this Open Enrollment Period.

**OWN OCCUPATION** or **REGULAR OCCUPATION** means the occupation, trade or profession:
(1) in which the Insured Person was employed with the Employer prior to Disability; and
(2) which was his or her main source of earned income prior to Disability.

After a period of 12 months following the date of loss, it means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:
(1) whether such work is with the Employer, with some other firm, or on a self-employed basis; or
(2) whether a suitable opening is currently available with the Employer or in the local labor market.

**PARTIAL DISABILITY** or **PARTIALLY DISABLED** means that, due to an Injury or Sickness, the Insured Person:
(1) is unable to perform one or more of the Main Duties of his or her Own Occupation, or is unable to perform such duties Full-Time; and
(2) is engaged in Partial Disability Employment.
During the first 12 months following the date of loss, the definition of Total Disability will apply.

**PARTIAL DISABILITY EMPLOYMENT** means the Insured Person is working at his or her Own Occupation or any other occupation; however, because of a Partial Disability:
(1) the Insured Person's hours or production is reduced;
(2) one or more Main Duties of the job are reassigned; or
(3) the Insured Person is working in a lower-paid occupation.

During Partial Disability Employment, his or her current earnings:
(1) must be at least 20% of Predisability Income; and
(2) may not exceed the percentage specified in the Partial Disability Benefit section.

**PERSON** means an Employee of the Employer:
(1) who is a member of an Employee class which is eligible for coverage under this Policy; and
(2) who has completed an enrollment form.

**PERSONAL INSURANCE** means the insurance provided by this Policy on Insured Persons.

**PHYSICIAN** means:
(1) a legally qualified medical doctor who is licensed to practice medicine, to prescribe and administer drugs, or to perform surgery; or
(2) any other duly licensed medical practitioner who is deemed by state law to be the same as a legally qualified medical doctor.
The medical doctor or other medical practitioner must be acting within the scope of his or her license. He or she must be qualified to provide Medically Appropriate Treatment for the Insured Person's disabling condition.

Physician does **not** include the Insured Person or a relative of the Insured Person receiving treatment. Relatives include:
(1) the Insured Person's spouse, siblings, parents, children and grandparents; and
(2) his or her spouse's relatives of like degree.

**POLICY** means this group insurance Policy issued by the Company to the Group Policyholder.

**PREDISABILITY INCOME**--See Basic Weekly Earnings definition.

**REGULAR CARE OF A PHYSICIAN** means the Insured Person:
(1) personally visits a Physician, as often as medically required according to standard medical practice to effectively manage and treat his or her disabling condition; and
(2) receives Medically Appropriate Treatment, by a Physician whose license and any specialty are consistent with the disabling condition.

**REGULAR OCCUPATION**--See Own Occupation or Regular Occupation definition.

**RETIREMENT BENEFIT**, when used with the term Retirement Plan, means a benefit that:
(1) is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;
(2) does not represent contributions made by an Insured Person (Payments representing Employee contributions are deemed to be received over the Insured Person's expected remaining life, regardless of when they are actually received.); and
(3) is payable upon:
    (a) early or normal retirement; or
    (b) disability (if the payment does reduce the benefit which would have been paid at the normal retirement age under the plan, if disability had not occurred).

**RETIREMENT PLAN** means a defined benefit or defined contribution plan that:
(1) provides Retirement Benefits to Employees; and
(2) is not funded wholly by Employee contributions.

The term shall **not** include any 401(k), profit-sharing or thrift plan; informal salary continuance plan; individual retirement account (IRA); tax sheltered annuity (TSA); stock ownership plan; or a non-qualified plan of deferred compensation.

An Employer's Retirement Plan is deemed to include any Retirement Plan:
(1) which is part of any federal, state, county, municipal or association retirement system; and
(2) for which the Insured Person is eligible as a result of employment with the Employer.

**SICK LEAVE** or **SALARY CONTINUANCE PLAN** means a plan that:
(1) is established and maintained by the Employer for the benefit of Employees; and
(2) continues payment of all or part of an Insured Person's Predisability Income for a specified period after he or she becomes Disabled.

It does **not** include compensation the Employer pays an Insured Person for work actually performed during a Disability.

**SICKNESS** means illness, pregnancy or disease.

For a licensed health care practitioner, Sickness includes testing HIV positive; but only when a state licensing board restricts his or her ability to practice, due to that test. In that event, a Disability will be deemed:
(1) to start on the date of the board's action; and
(2) to be a Total Disability, if the board's action results in a loss of at least 80% of his or her Basic Weekly Earnings.

**TOTAL DISABILITY** or **TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform:

(1) during the first 12 months following the date of loss, one or more of the Main Duties of his or her Own Occupation; or

(2) after a period of 12 months following the date of loss, each of the Main Duties of his or her Own Occupation.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

**WAITING PERIOD** means the period of time an Employee must be employed in an eligible class with the Employer, before he or she becomes eligible to enroll for coverage under this Policy. The period of service must be continuous, except as explained in the Eligibility provision captioned Prior Service Credit Towards Waiting Period.

**WEEKLY BENEFIT** means the amount payable weekly by the Company to the Insured Person who is Totally Disabled or Partially Disabled.

**WORKERS' COMPENSATION OR SIMILAR COVERAGE** means coverage under a law that compensates for job related Injury or Sickness. It includes (but is not limited to):

(1) coverage under any Workers' Compensation or occupational disease law;

(2) coverage under the Jones Act; the Longshoreman's and Harbor Worker's Act; the Maritime Doctrine of Maintenance, Wages or Cure; or

(3) any plan provided in place of one of those plans.

## GENERAL PROVISIONS

**ENTIRE CONTRACT.** The entire contract between the parties shall consist of:
(1) this Policy and any amendments to it;
(2) the Group Policyholder's application (a copy of which is attached);
(3) any Participating Employers' applications or Participation Agreements; and
(4) any individual applications of Insured Persons.

In the absence of fraud, all statements made by the Group Policyholder and by Insured Persons are representations and not warranties. No statement made by an Insured Person will be used to contest the coverage provided by this Policy, unless:
(1) it is contained in a written statement signed by that Insured Person; and
(2) a copy of the statement has been furnished to that Insured Person.

**AUTHORITY TO MAKE OR AMEND CONTRACT.** Only a Company Officer located in the Company's Group Insurance Service Office has the authority to:
(1) determine the insurability of a group or any individual within a group;
(2) make a contract in the Company's name;
(3) amend or waive any provision of this Policy; or
(4) extend the time for payment of any premium.
No change in this Policy will be valid, unless it is made in writing and signed by such a Company Officer.

**INCONTESTABILITY.** Except for the non-payment of premiums or fraud, the Company may not contest the validity of this Policy after it has been in force for two years from its date of issue; and as to any Insured Person, after his or her coverage has been in force for two years during his or her lifetime. This clause does not preclude, at any time, the assertion of defenses based upon:
(1) this Policy's eligibility requirements, exclusions and limitations; and
(2) other Policy provisions unrelated to the validity of coverage.

**RESCISSION.** The Company has the right to rescind any insurance for which Evidence of Insurability was required, if:
(1) an Insured Person incurs a claim during the first two years of coverage; and
(2) the Company discovers that the Insured Person made a Material Misrepresentation on his or her application.

A **"Material Misrepresentation"** is an incomplete or untrue statement that caused the Company to issue coverage that it would have disapproved, had it known the truth. **"To rescind"** means to cancel insurance back to its effective date. In that event, the Company will refund all premium paid for the rescinded insurance, less any benefits paid for Insured Person's claims. The Company reserves the right to recover any claims paid in excess of such premiums.

**NONPARTICIPATION.** This is a non-participating Policy. It will not share in the divisible surplus of the Company.

**INFORMATION TO BE FURNISHED.** The Group Policyholder and any Participating Employers may be required to furnish any information needed to administer this Policy, including:
(1) information about Persons:
    (a) who become eligible for insurance;
    (b) whose amounts of coverage change; or
    (c) whose eligibility or coverage ends;
(2) occupational information and other facts that may be needed to manage a claim; and
(3) any other information that the Company may reasonably require.
The Company may inspect the Group Policyholder's or any Participating Employer's records that relate to this Policy, at any reasonable time.

Clerical error by the Group Policyholder or Participating Employer:

(1) will not void or terminate insurance that otherwise would be in effect;
(2) will not result in insurance coverage that otherwise would not be in effect; and
(3) will not continue insurance that otherwise would be terminated.

Once an error is discovered, a fair adjustment in premium will be made. If a premium adjustment involves the return of unearned premium, the amount of the return will be limited to the 12-month period that precedes the date the Company receives proof such an adjustment should be made.

**MISSTATEMENTS OF FACTS.** If relevant facts about any Person were misstated:

(1) a fair adjustment of the premium will be made; and
(2) the true facts will decide if and in what amount insurance is valid under this Policy.

If an Insured Person's age has been misstated, any benefits shall be in the amount the paid premium would have purchased at the correct age.

**ACTS OF THE POLICYHOLDER.** In administering this Policy, the Group Policyholder must:

(1) treat Employees the same in like situations; and
(2) allow the Company, without inquiry, to rely on its acts.

**GROUP POLICYHOLDER'S AGENCY.** For all purposes of this Policy, the Group Policyholder acts on its own behalf or as an agent of the Insured Person. Under no circumstances will the Group Policyholder be deemed the agent of the Company.

**CERTIFICATES.** The Group Policyholder will be furnished with individual Certificates for delivery to each Insured Person. These certificates summarize the benefits provided by this Policy. If there is a conflict between this Policy and the Certificate, this Policy will control.

**CONFORMITY WITH STATE STATUTES.** If, on its effective date, any provision of this Policy conflicts with any applicable law, the provision will be deemed to conform to the minimum requirements of the law.

**CURRENCY.** In administering this Policy:

(1) all Predisability Income will be expressed in U.S. dollars; and
(2) all premium and benefit amounts must be paid in U.S. dollars.

**WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE.** This Policy does not replace or provide benefits required by:

(1) Workers' Compensation laws; or
(2) any state temporary disability insurance plan laws.

**ASSIGNMENT.** The rights and benefits under this Policy may not be assigned.

## ELIGIBILITY AND EFFECTIVE DATES

**ELIGIBLE CLASSES.** The classes of Employees eligible for insurance are shown in the Schedule of Insurance. The Company has the right to review and terminate any or all classes eligible under this Policy, if any class ceases to be covered by this Policy.

**ELIGIBILITY.** A Person becomes eligible for coverage provided by this Policy on the later of:

(1) this Policy's date of issue; or
(2) the date the Waiting Period is completed.

**Prior Service Credit Towards Waiting Period.** The Waiting Period is shown in the Schedule of Insurance. Prior service in an Eligible Class will apply toward the Waiting Period, when:

(1) a former Employee is rehired within one year after his or her employment ends; or
(2) an Employee returns from an approved Family or Medical Leave within:
 (a) the 12-week leave period required by federal law; or
 (b) any longer period required by a similar state law; or
(3) an Employee returns from a Military Leave within the period required by federal USERRA law.

**EFFECTIVE DATE.** A Person's initial amount of Personal Insurance becomes effective at 12:01 a.m. on the latest of:

(1) the first day of the Insurance Month following the date the Person becomes eligible for the coverage;
(2) the date the Person resumes Active Work, if not Actively at Work on the day he or she becomes eligible;
(3) the date the Person makes written application for coverage and signs:
 (a) a payroll deduction order, if the Insured Person pays any part of this Policy's premiums; or
 (b) an order to pay premiums from the Person's Flexible Benefits Plan account, if Employer contributions are made through such an account; or
(4) the date the Company approves the Person's Evidence of Insurability, if required.

Any increased or additional coverage becomes effective at 12:01 a.m. on the latest of:

(1) the first day of the Insurance Month coinciding with or next following the date on which the Insured Person becomes eligible for the increase, if Actively at Work on that day;
(2) the date the Insured Person resumes Active Work, if not Actively at Work on the day the increase would otherwise take effect; or
(3) the date any required Evidence of Insurability is approved by the Company.

Any decrease will take effect on the day of the change, whether or not the Insured Person is Actively at Work.

**Evidence of Insurability**. Evidence of Insurability satisfactory to the Company must be submitted (at the Employee's expense) when:

(1) a Person makes written application for coverage (or an increased amount of coverage) more than 31 days after becoming eligible for the coverage; or
(2) a Person makes written application for coverage after he or she has requested:
 (a) to cancel insurance;
 (b) to stop payroll deductions for the insurance; or
 (c) to stop premium payments from the Flexible Benefits Plan account.

**Effective Date for Change in Eligible Class.** An Insured Person may become a member of a different Eligible Class. Coverage under the different Eligible Class will be effective:

(1) on the first day of the Insurance Month coinciding with or next following the date of the change;
(2) except as stated in the Effective Date provision for increases or decreases.

**REINSTATEMENT RIGHTS.** If an Insured Person's coverage terminates due to one of the following breaks in service, he or she will be entitled to reinstate the coverage upon resuming Active Work with the Employer within the required timeframe. **"Reinstatement"** or **"to reinstate"** means to re-enroll for this Policy's coverage, without satisfying a new Waiting Period or providing Evidence of Insurability. Reinstatement is available upon:

(1) return from an approved Family or Medical Leave within:
  (a) the 12-week period required by federal law; or
  (b) any longer period required by a similar state law;
(2) return from a Military Leave within the period required by federal USERRA law;
(3) return from any other approved leave of absence within six months after the leave begins;
(4) return within 12 months following a lay off; or
(5) return within 12 months following termination of employment for any other reason.

To reinstate coverage, the Insured Person must apply for coverage or be re-enrolled within 31 days after resuming Active Work in an Eligible Class. The reinstated amount of insurance may not exceed the amount that terminated. Reinstatement will take effect on the date the Insured Person returns to Active Work.

If the above conditions are met, and this Policy includes a Pre-Existing Condition Exclusion, then:

(1) the months of leave will count towards any unmet Pre-Existing Condition Exclusion period; and
(2) a new Pre-Existing Condition Exclusion will not apply to the reinstated amount of insurance.

A new Pre-Existing Condition Exclusion will apply to any increased amount of insurance.

## INDIVIDUAL TERMINATIONS

**TERMINATION OF COVERAGE.** An Insured Person's coverage will terminate at 12:00 midnight on the earliest of:

(1) the date this Policy terminates or the Employer's participation terminates (but without prejudice to any claim incurred prior to termination);
(2) the date the Insured Person's Class is no longer eligible for insurance;
(3) the date the Insured Person ceases to be a member of an Eligible Class;
(4) the last day of the Insurance Month in which the Insured Person requests termination;
(5) the last day of the last Insurance Month for which premium payment is made on the Insured Person's behalf;
(6) the end of the period for which the last required premium has been paid;
(7) with respect to any particular insurance benefit, the date the portion of this Policy providing that benefit terminates;
(8) the date the Insured Person's employment with the Group Policyholder or Participating Employer terminates (unless coverage is continued as provided below); or
(9) the date the Insured Person enters the armed services of any state or country on active duty, except for duty of 30 days or less for training in the Reserves or National Guard. (If the Insured Person sends proof of military service, the Company will refund any unearned premium).

**CONTINUATION RIGHTS.** Ceasing Active Work results in termination of the Insured Person's eligibility for coverage, but coverage may be continued as follows.

**Disability.** If the Insured Person is absent due to Total Disability or engaged in Partial Disability Employment, coverage may be continued:

(1) until the Day Benefits Begin; and
(2) during the period for which benefits are payable.

The Company must receive the required premium from the Employer until the first day of the Insurance Month coinciding with or next following the Day Benefits Begin.

Premium payments for Weekly Disability Income Insurance will be waived:

(1) from the first day of the Insurance Month coinciding with or next following the Day Benefits Begin;
(2) until the first day of the Insurance Month coinciding with or next following the end of the period for which benefits are payable.

If coverage is to be continued following a period for which premiums were waived, premium payments must be resumed as they become due.

**Family or Medical Leave.** If an Insured Person goes on an approved Family or Medical Leave and is **not** entitled to the more favorable continuation available during Disability, coverage may be continued until the earliest of:

(1) the end of the leave period approved by the Employer;
(2) the end of the leave period required by federal law, or any more favorable period required by a similar state law;
(3) the date the Insured Person notifies the Employer that he or she will not return; or
(4) the date the Insured Person begins employment with another employer.

The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Military Leave.** If an Insured Person goes on a Military Leave, coverage may be continued for the same period allowed for an approved Family or Medical Leave. The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Lay Off or Other Leave.** When an Insured Person ceases work due to a temporary lay off, or due to an approved leave of absence (other than an approved Family or Medical Leave or a Military Leave); coverage may be continued for three Insurance Months after the lay off or leave begins. The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Conditions.** In administering the above continuations, the Employer must not act so as to discriminate unfairly among Insured Persons in similar situations. Insurance may **not** be continued when an Insured Person ceases Active Work due to a labor dispute, strike, work slowdown or lockout.

**INDIVIDUAL TERMINATION DURING DISABILITY.** Termination of an Insured Person's coverage during a Disability will have no effect on benefits payable for that period of Disability.

## PREMIUMS AND PREMIUM RATES

**PAYMENT OF PREMIUMS.** No coverage provided by this Policy will be in effect until the first premium for such coverage is paid. For coverage to remain in effect, each subsequent premium must be paid on or before its due date. The Group Policyholder is responsible for paying all premiums as they become due. Premiums are payable on or before their due dates at the Company's Group Insurance Service Office. The premium must be paid in U.S. dollars.

**PREMIUM RATE CHANGE.** The Company may change any premium rate on any of the following dates:
(1) the date this Policy's terms are changed;
(2) the date the Company's liability is changed due to a change in federal, state or local law;
(3) the date the Company's liability is changed because the Group Policyholder (or any covered division, subsidiary or affiliated company):
    (a) relocates, dissolves or merges, or is added to or removed from this Policy; or
    (b) ceases to be covered by the state Worker's compensation program or any other program of like intent; or
    (c) ceases to provide or reduces Sick Leave or Salary Continuance Plan benefits;
(4) the date any coverage for one or more classes ceases to be provided under this Policy;
(5) the date the number of Insured Persons changes by 25% or more from the enrollment on the date this Policy took effect, or the most recent Rate Guarantee Date expired, if later; or
(6) on any premium due date on or after this Policy's first anniversary, or any later rate guarantee date agreed upon by the Company.

The Company will give at least 45 days' advance written notice of any increase in premium rates.

**PREMIUM AMOUNT.** The amount of premium due on each due date will be the sum of the products obtained by multiplying each rate shown in the Premium Rate Schedule by the amount of insurance to which the rate applies.

Premium adjustments will not be pro-rated daily. Instead, premium will be adjusted as follows.
(1) When an Insured Person's insurance or increase takes effect, premium will be charged from the monthly due date coinciding with or next following that change.
(2) When all or part of an Insured Person's insurance terminates, the applicable premium will cease on the monthly due date coinciding with or next following that termination.
(3) When premiums are paid other than monthly, increases or decreases will result in adjustment from the premium due date coinciding with or next following that change.

The above manner of charging premium is for accounting purposes only. It will not extend coverage beyond a date it would have otherwise terminated. Each premium payment will include any adjustments in past premiums, which are needed due to changes that have not yet been taken into account. If a premium adjustment involves a return of unearned premium, the refund will be limited to the prior 12-month period.

## PREMIUM RATE SCHEDULE

| | |
|---|---|
| Monthly Weekly Disability Income Rate | $.513 per $10 of weekly benefit |

## GRACE PERIOD

A grace period of 60 days from the due date will be allowed for the payment of each premium after the first. This Policy will remain in effect during the grace period; unless the Group Policyholder gives the Company advance written notice of termination. The Group Policyholder will remain liable for payment of a pro rata premium for the time this Policy remained in force during the grace period.

## POLICY TERMINATION

TERMINATION BY THE COMPANY. To terminate this Policy, the Company must give the Group Policyholder at least 45 days' advance written notice of its intent to do so. The Company may terminate this Policy coverage on the due date of any premium; if:

(1) the total number of Insured Persons is less than ten;
(2) all of the premium is paid by the Group Policyholder and less than 100% of those eligible for coverage are insured;
(3) part of the premium is paid by Insured Persons and less than 15% of those eligible for coverage are insured;
(4) the Group Policyholder, without good cause, fails to:
  (a) promptly furnish any information the Company reasonably requires; or
  (b) perform its duties pertaining to this Policy in good faith;
(5) the Company terminates all other policies where permitted by their terms, which provide life insurance or weekly disability income insurance in the same state in which this Policy was issued; or
(6) state law otherwise requires this Policy to be terminated.

TERMINATION BY GROUP POLICYHOLDER. The Group Policyholder may terminate this Policy at any time, by giving the Company advance written notice. Coverage will then terminate:

(1) on the date the Company receives the notice; or
(2) any later date the Group Policyholder and the Company have agreed upon.

The Group Policyholder remains responsible for the payment of premiums to the date of termination.

POLICY TERMINATION DUE TO NONPAYMENT OF PREMIUM. If any premium remains unpaid at the end of the Grace Period; then this Policy will terminate:

(1) at midnight on the last day of the Grace Period, if the Company sends the Group Policyholder a written cancellation notice by the 45th day after the Grace Period expires; or
(2) on the day the Company sends the Group Policyholder a written cancellation notice, if the notice is sent more than 45 days after the Grace Period expires.

The Group Policyholder remains responsible for the payment of premiums to the date of termination.

EFFECT ON INCURRED CLAIMS. Termination of this Policy will not affect benefits otherwise payable for a claim incurred while this Policy is in force.

## CLAIMS PROCEDURES
## FOR WEEKLY DISABILITY INCOME BENEFITS

**NOTICE AND PROOF OF CLAIM -- Notice of Claim.** Written notice of a Disability claim must be given:
(1) within 20 days after a covered period of Disability ends; or
(2) as soon as reasonably possible after that.*****

The notice must be sent to the Company's Group Insurance Service Office. It should include the Insured Person's name and address and the number of this Policy.

**Claim Forms.** When notice of claim is received, the Company will send claim forms for filing the required proof. If the Company does not send the forms within 15 days, the Insured Person may send the Company written proof of Disability in a letter. It should state the date the Disability began, its cause and degree. The Company will periodically send the Insured Person additional claim forms.

**Proof of Claim.** The Company must be given written proof of a Disability claim:
(1) within 90 days after each covered period of Disability ends; or
(2) as soon as reasonably possible after that.*****

Proof of claim must be provided at the Insured Person's own expense. It must show the date the Disability began, its cause and degree. Documentation must include the following:
(1) completed statements by the Insured Person and the Employer;
(2) a completed statement by the attending Physician, which must describe any restrictions on the performance of the duties of the Insured Person's Regular Occupation;
(3) proof of any other income received, and of any other benefits available from other income sources, which may affect Policy benefits;
(4) a signed authorization for the Company to obtain more information; and
(5) any other items the Company may reasonably require in support of the claim.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

***Exception:** Failure to give notice or furnish proof of claim within the required time period will not invalidate or reduce the claim, if it is shown that it was done:
(1) as soon as reasonably possible; and
(2) in no event more than one year after it was required.

These time limits will not apply while the Insured Person lacks legal capacity.

**EXAMINATION.** The Company may have the Insured Person examined:
(1) by a Physician, specialist or vocational rehabilitation expert of the Company's choice;
(2) as often as reasonably required while a claim or appeal is pending.

Any such exam will be at the Company's expense.

The Company may determine that (in its opinion) the Insured Person has:
(1) failed to cooperate with an examiner;
(2) failed to take an exam scheduled by the Company; or
(3) postponed such an exam more than twice.

In that event, benefits may be denied or suspended, until the required exam is completed.

**TIME OF PAYMENT OF CLAIMS.** Weekly Disability Income Benefits payable under this Policy will be paid immediately after the Company receives complete proof of claim and confirms liability. Such benefits will be paid biweekly, during any period for which the Company is liable. If benefits are due for less than a week, they will be paid on a pro rata basis. The daily rate will equal 1/7 of the Weekly Benefit. Any balance, which remains unpaid at the end of the period of liability, will be paid immediately after the Company receives complete proof of claim and confirms liability.

**INTEREST ON LATE CLAIMS.** If any disability income benefit payment is not sent by the 120th day after the Company receives the first proof of claim; then that overdue payment will accrue simple interest at the rate of 10% per year.

**TO WHOM PAYABLE**. All Weekly Disability Income Benefits are payable to the Insured Person, while living. After the Insured Person's death, such benefits will be payable to his or her estate.

**NOTICE OF CLAIM DECISION**. The Company will send the Insured Person a written notice of its claim decision. If the Company denies any part of the claim, the written notice will explain:

(1) the reason for the denial, under the terms of this Policy and any internal guidelines;
(2) how the Insured Person may request a review of the Company's decision; and
(3) whether more information is needed to support the claim.

This notice will be sent within 15 days after the Company resolves the claim. It will be sent within 45 days after the Company receives the first proof of claim, if reasonably possible.

**Delay Notice**. The Company may need more than 15 days to process the claim, due to matters beyond its control. If so, an extension will be permitted. In that event, the Company will send the Insured Person a written delay notice:

(1) by the 15th day after receiving the first proof of claim; and
(2) every 30 days after that, until the claim is resolved.

The notice will explain:

(1) what additional information is needed to determine liability; and
(2) when a decision can be expected.

If the Insured Person does not receive a written decision by the 105th day after the Company receives the first proof of claim, there is a right to an immediate review, as if the claim was denied.

**Exception:** The Company may need more information from the Insured Person to process a claim. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for claim processing.

**REVIEW PROCEDURE**. Within 180 days after receiving a denial notice, the Insured Person may request a claim review by sending the Company:

(1) a written request; and
(2) any written comments or other items to support the claim.

He or she may review certain non-privileged information relating to the request for review.

**Notice of Decision.** The Company will review the claim and send the Insured Person a written notice of its decision. The notice will state the reasons for the Company's decision, under the terms of this Policy and any internal guidelines. If the Company upholds the denial of all or part of the claim, the notice will also describe:

(1) any further appeal procedures available under this Policy;
(2) the right to access relevant claim information; and
(3) the right to request a state insurance department review, or to bring legal action.

This notice will be sent within 45 days after the Company receives the request for review, or within 90 days if a special case requires more time.

**Delay Notice.** If the Company needs more than 45 days to process an appeal, in a special case:

(1) an extension of up to 45 more days will be permitted; and
(2) the Company will send the Insured Person a written delay notice, by the 30th day after receiving the request for review.

The notice will explain:

(1) the special circumstances which require the delay;
(2) whether more information is needed to review the claim; and
(3) when a decision can be expected.

**Exception:** The Company may need more information from the Insured Person to process an appeal. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for appeal processing.

**Claims Subject to ERISA (**Employee Retirement Income Security Act of 1974**).** Before bringing a civil legal action under the federal labor law known as ERISA, an employee benefit plan participant or beneficiary must exhaust available administrative remedies. Under this Policy, the plan participant or beneficiary must first seek two administrative reviews of the adverse claim decision, in accord with this section. After the required reviews:

(1) an ERISA plan participant or beneficiary may bring legal action under Section 502(a) of ERISA; and
(2) the Company will waive any right to assert that he or she failed to exhaust administrative remedies.

**RIGHT OF RECOVERY.** If benefits have been overpaid on any claim, full reimbursement to the Company is required within 60 days. If reimbursement is not made, the Company has the right to:

(1) reduce future benefits and suspend payment of the Minimum Weekly Benefit under this Policy, until full reimbursement is made;
(2) reduce benefits payable to the Insured Person or his or her beneficiary under any group insurance policy issued by the Company, until full reimbursement is made; or
(3) recover such overpayments from the Insured Person or his or her estate.

Such reimbursement is required whether the overpayment is due to fraud, the Company's error in processing a claim, or any other reason.

**LEGAL ACTIONS**. No legal action to recover any benefits may be brought until 60 days after the required written proof of claim has been given. No such legal action may be brought after the applicable statute of limitations expires. The statute runs from the date by which written proof of claim must be given.

**COMPANY'S DISCRETIONARY AUTHORITY**. Except for the functions that this Policy clearly reserves to the Group Policyholder or Employer, the Company has the authority to manage this Policy, interpret its provisions, administer claims and resolve questions arising under it. The Company's authority includes (but is not limited to) the right to:

(1) establish administrative procedures, determine eligibility and resolve claims questions;
(2) determine what information the Company reasonably requires to make such decisions; and
(3) resolve all matters when an internal claim review is requested.

Any decision the Company makes in the exercise of its authority shall be conclusive and binding; subject to the Insured Person's rights to request a state insurance department review or to bring legal action.
This provision does not apply to residents of California.

## WEEKLY DISABILITY INCOME INSURANCE

**TOTAL DISABILITY BENEFIT**. The Company will pay a Weekly Total Disability Benefit for each week the Total Disability continues, if the Insured Person:

(1) becomes Totally Disabled while insured for this benefit;
(2) is under the Regular Care of a Physician; and
(3) at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

**Duration.** Benefits start on the Day Benefits Begin, and end on the earliest of:

(1) the date the Insured Person ceases to be Totally Disabled or dies;
(2) the date the Maximum Benefit Period ends; or
(3) after a period of 12 months following the date of loss, the date the Insured Person is able, but chooses not to engage in Partial Disability Employment in his or her Own Occupation.

Proportional benefits will be paid for a partial week of Total Disability.

At the Company's option, benefits may also be denied or suspended on any of the following dates:

(1) the date the Insured Person (without good cause):
    (a) fails to take a required medical exam;
    (b) fails to cooperate with an examiner; or
    (c) postpones a required exam more than twice;
(2) the 45th day after the Company requests additional proof, if not given; or
(3) the 45th day after the Company requests proof of the Insured Person's application for any Other Income Benefits to which he or she may be entitled (and which affect Policy benefits); if not given.

**Amount.** The amount of the Weekly Total Disability Benefit equals the lesser of:

(1) the Insured Person's Basic Weekly Earnings multiplied by the Benefit Percentage (limited to the Maximum Weekly Benefit); minus Other Income Benefits, except Earnings; or
(2) the Insured Person’s Basic Weekly Earnings, minus all Other Income Benefits (including Earnings).

The amount of the Weekly Total Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of the Insured Person's Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Benefit Percentage, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

**PARTIAL DISABILITY BENEFIT**. The Company will pay a Weekly Partial Disability Benefit, if the Insured Person:

(1) becomes Partially Disabled while insured for this benefit;
(2) is engaged in Partial Disability Employment;
(3) is earning at least 20% of Basic Weekly Earnings when Partial Disability Employment begins;
(4) is under the Regular Care of a Physician; and
(5) at his or her own expense, submits proof of continued Partial Disability, Physician's care and reduced earnings to the Company upon request.

The Insured Person is not required to be Totally Disabled prior to receiving Weekly Partial Disability Benefits. The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination of these. Proportional benefits will be paid for a partial week of Partial Disability.

**Duration.** Benefits start on the Day Benefits Begin, and will cease on the earliest of:

(1) the date the Insured Person ceases to be Partially Disabled or dies;
(2) the date the Maximum Benefit Period ends;
(3) the date the Insured Person earns more than 99% of Basic Weekly Earnings; or
(4) the date the Insured Person is able, but chooses not to work Full-Time or part-time in his or her Own Occupation.

At the Company's option, benefits may also be denied or suspended on any of the following dates:

(1) the date the Insured Person (without good cause):
    (a) fails to take a required medical exam;
    (b) fails to cooperate with an examiner; or
    (c) postpones a required exam more than twice;
(2) the 45th day after the Company requests additional proof, if not given; or
(3) the 45th day after the Company requests proof of the Insured Person's application for Other Income Benefits to which he or she may be entitled (and which affect Policy benefits); if not given.

**Amount.** The amount of the Weekly Partial Disability Benefit equals the lesser of A or B below:

(A) (1) The Insured Person's Basic Weekly Earnings multiplied by the Benefit Percentage (limited to the Maximum Weekly Benefit); minus
    (2) Other Income Benefits, except for earnings the Insured Person receives from Partial Disability Employment; or
(B) The Insured Person's Basic Weekly Earnings minus Other Income Benefits.

The amount of the Weekly Partial Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of the Insured Person's Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Benefit Percentage, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

**EXTENSION OF BENEFITS.** If the Insured Person is Totally Disabled on the date this Policy terminates, then any Weekly Disability Income Benefits due for that period of disability shall continue until the earliest of:

(1) the date the Maximum Benefit Period ends;
(2) the date the Insured Person is no longer Totally Disabled;
(3) the date the Insured Person fails to take any medical exam or submit any proofs, as required by the Company; or
(4) the date of the Insured Person's death.

**OTHER INCOME BENEFITS** means Earnings, benefits, awards, or settlements from the following sources. These amounts will be offset, in determining the Insured Person's Weekly Benefit. Except for Retirement Benefits and Earnings, these amounts must result from the same Disability for which a Weekly Benefit is payable under this Policy.

**Compulsory Benefits.** Any disability income benefits the Insured Person receives under:
- (1) state temporary disability income benefit laws;
- (2) state no fault auto insurance laws; or
- (3) any other compulsory benefit act or law (except Workers' Compensation and laws of like intent).

**Other Insurance Plans.** Any disability income benefits which the Insured Person receives under any no fault auto plan.

**Employer's Retirement Plan.** Any Disability Benefits or Retirement Benefits the Insured Person receives under the Employer's Retirement Plan.

**Social Security and other Government Retirement Plans.** The following Social Security or other Government Retirement Plan benefits will be offset:
- (1) **disability benefits** the Insured Person and any spouse or child receives, because of the Insured Person's Disability;
- (2) **unreduced retirement benefits** the Insured Person and any spouse or child receives, because of the Insured Person's eligibility for unreduced retirement benefits; or
- (3) **reduced retirement benefits** actually received by the Insured Person and any spouse or child, because of the Insured Person's receipt of reduced retirement benefits.

As used above, "**Government Retirement Plans"** include disability and retirement benefits under:
- (1) the federal Social Security Act, Jones Act or Railroad Retirement Act;
- (2) the Canada Pension Plan or Quebec Pension Plan;
- (3) any similar plan or act of any country, state, province or other political unit; or
- (4) any plan provided in place of one of the above plans.

**"Earnings"**, as used in this provision, means pay the Insured Person earns or receives from any occupation or form of employment, as reported for federal income tax purposes. Earnings include (but are not limited to) a:
- (1) salaried or hourly Employee's gross earnings (shown on Form W-2); including:
  - (a) wages, tips, commissions, bonuses and overtime pay; and
  - (b) any pre-tax contributions to a Section 125 Plan, flexible spending account, or qualified deferred compensation plan;
- (2) proprietor's net profit (figured from Form 1040, Schedule C);
- (3) professional corporation shareholder's net profit (figured from Form 1040, Schedule C);
- (4) partner's net earnings from self-employment (shown on Schedule K-1) and any W-2 earnings; and
- (5) Subchapter S Corporation shareholder's net earnings from trade or business activities (shown on Schedule K-1).

**Recovery from Third Party.** Any amount the Insured Person recovers from a third party as a result of the Disability (whether by judgment, settlement or otherwise). The offset:
- (1) will be reduced by attorney fees and other reasonable costs of recovery; and
- (2) will not exceed 100% of the net settlement.

**Exceptions.** The following will **not** be considered Other Income Benefits, and will not be offset in determining the Weekly Benefit:

(1) a cost-of-living increase in any Other Income Benefit (except Earnings); if it takes effect after the first offset for that benefit during a period of Disability;
(2) reimbursement for hospital, medical or surgical expense;
(3) reimbursement for attorney fees or other reasonable costs of claiming Other Income Benefits;
(4) group credit or mortgage disability insurance;
(5) early retirement benefits that are not elected or received under the federal Social Security Act or other Government Retirement Plan;
(6) any amounts under the Employer's Retirement Plan that:
    (a) represent the Insured Person's contributions; or
    (b) are received upon termination of employment without being disabled or retired;
(7) benefits from a 401(k), profit-sharing or thrift plan; an individual retirement account (IRA); a tax sheltered annuity (TSA); a stock ownership plan; or a non-qualified plan of deferred compensation;
(8) vacation pay, holiday pay, or severance pay; or
(9) disability income benefits under any individual policy, association group plan, franchise plan, or auto liability insurance policy (except no fault auto insurance).

**RULES CONCERNING OTHER INCOME BENEFITS.** If the Insured Person may be entitled to Other Income Benefits that affect Policy benefits, he or she is required to actively claim them. For example, if Social Security or other Government Retirement Plan benefits may be payable, the Insured Person:

(1) must promptly apply for such benefits; and, if denied
(2) must file an appeal or request an administrative hearing, upon Company request.

If the Insured Person fails to promptly pursue such benefits, the Company has the option to deny or suspend Weekly Benefits or to reduce them by an estimated amount.

If Workers' Compensation or similar benefits may be payable for the same Disability, the Insured Person and Employer are required to cooperate in filing for those benefits. The Company will require proof of the denial or duration of those benefits to confirm its liability under this Policy.

**Refunding Overpayments.** Upon receiving Other Income Benefits, the Insured Person must refund any resulting overpayment of Weekly Benefits under this Policy. If he or she does not promptly refund an overpayment to the Company within 60 days, in a lump sum, then:

(1) the Company will reduce or eliminate future payments; and
(2) the Minimum Weekly Benefit will not apply, until the amount is repaid.

**Cost of Living Freeze.** After the first deduction for each of the Other Income Benefits (except Earnings), its amount will be frozen. The Weekly Benefit will not be further reduced due to any cost-of-living increases payable under these Other Income Benefits.

**RECURRENT DISABILITY. "Recurrent Disability"** means a Disability caused by an Injury or Sickness which is the same as, or related to, the cause of a prior Disability for which Weekly Benefits were payable.

(1) A Recurrent Disability will be treated as a new period of Disability, if the Insured Person:
    (a) has returned to his or her Own Occupation; and
    (b) has worked on a full-time basis, for two consecutive weeks or more.

    A new Day Benefits Begin and new Maximum Benefit Period will apply.
(2) A Recurrent Disability will be treated as part of the prior Disability, if the Insured Person:
    (a) has returned to his or her Own Occupation; and
    (b) has worked on a full-time basis, for less than two consecutive weeks.

    The same Day Benefits Begin and same Maximum Benefit Period will apply to the Recurrent Disability as to the prior Disability.

To qualify for a Weekly Benefit for a Recurrent Disability, the Insured Person must earn less than the percentage of Predisability Income specified in the Partial Disability Benefit section. Benefit payments will be subject to all other terms of this Policy that applied to the prior Disability.

This Recurrent Disability provision will cease to apply to an Insured Person who becomes eligible for coverage under any other group short-term disability policy.

**EXCLUSIONS.** Weekly Benefits will not be payable for any period of Disability:

(1) which is the result of an intentionally self-inflicted Injury or suicide attempt;
(2) during which the Insured Person is not under the Regular Care of a Physician;
(3) which is the result of war (declared or undeclared) or any act of war;
(4) for which the Insured Person receives temporary disability benefits under any unemployment compensation law, Workers' Compensation, occupational disease law or any other law of like intent; or
(5) during which the Insured Person receives payment under the Employer's Sick Leave or Salary Continuance Plan.

**PRE-EXISTING CONDITION LIMITATION.** This Policy will not cover any period of Disability:

(1) which is caused or contributed to by, or results from a Pre-Existing Condition; and
(2) which begins in the first 6 months after the Insured Person's Effective Date.

"**Pre-Existing Condition"** means a Sickness or Injury for which the Insured Person received Treatment within 3 months prior to his or her Effective Date.

**AMENDMENT TO BE ATTACHED TO AND MADE PART OF GROUP POLICY NO: 000010141292**

**ISSUED TO: Aerospace Technologies Group, Inc.**

**The Policy is amended by the addition of the following provisions.**

## PRIOR INSURANCE CREDIT UPON TRANSFER OF DISABILITY INCOME INSURANCE CARRIERS

This provision prevents loss of disability income coverage for an Insured Person, which could otherwise occur solely because of a transfer of insurance carriers. This Policy will provide the following Prior Insurance Credit, when it replaces a prior plan.

"**Prior Plan"** means a prior carrier's group disability income policy, which this Policy replaced within 1 day of the prior plan's termination date.

FAILURE TO SATISFY ACTIVE WORK RULE. Subject to premium payments, this Policy will provide disability income coverage to a Person who:

(1) was insured by the prior plan on its termination date; and
(2) was otherwise eligible under this Policy; but was not Actively-At-Work due to Injury or Sickness on its Effective Date.

AMOUNT OF COVERAGE. Until the Person satisfies this Policy's Active Work rule, his or her disability income coverage will not exceed that provided by the prior plan, had it remained in force. The Company will pay:

(1) the benefit the prior plan would have paid; minus
(2) any amount for which the prior carrier is liable.

DISABILITY DUE TO A PRE-EXISTING CONDITION. Benefits may be payable for a period of disability due to a Pre-Existing Condition for an Insured Person who:

(1) was insured by the prior plan on its termination date; and
(2) was Actively-At-Work and became insured under this Policy on its Effective Date.

The benefits will be determined as follows:

A. The Company will apply this Policy's Pre-Existing Condition Limitation. If the Insured Person qualifies for benefits, he or she will be paid according to this Policy's benefit schedule.

B. If the Insured Person cannot satisfy this Policy's Pre-Existing Condition Limitation; then the prior plan's pre-existing condition limitation will be applied, as follows:

(1) If the Insured Person satisfies the prior plan's pre-existing condition limitation, giving consideration towards continuous time insured under both policies; then benefits will be paid according to the prior plan's benefit schedule.
(2) If the Insured Person cannot satisfy the Pre-Existing Condition Limitation of this Policy, or that of the prior plan; then no benefit will be paid.

**This Amendment takes effect on the effective date of coverage under this Policy. In all other respects, this Policy remains the same.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

Officer of the Company

The Lincoln National Life Insurance Company
A Stock Company Home Office Location: Fort Wayne, Indiana
Group Insurance Service Office: 8801 Indian Hills Drive, Omaha, NE 68114-4066
(800) 423-2765 Online: www.LincolnFinancial.com

CERTIFIES THAT Group Policy No. GL 000010141292 has been issued to
Aerospace Technologies Group, Inc.
(The Group Policyholder)

The issue date of the Policy is May 1, 2011.

Certificate of Insurance for Class 1 of Plan 1

You are entitled to the benefits described in this Certificate only if you are eligible, become and remain insured under the provisions of the Policy. This Certificate replaces any other certificates for the benefits described inside. As a Certificate of Insurance, it is not a contract of insurance; it only summarizes the provisions of the Policy and is subject to the Policy's terms. If the provisions of this Certificate and the Policy do not agree, the provisions of the Policy will apply.

Ellen Cooper
PRESIDENT

FOR INFORMATION OR COMPLAINTS CALL 1- 00-423-2765

CERTIFICATE OF GROUP INSURANCE
PROVIDING
WEE LY DISABILITY INCOME INSURANCE

Aerospace Technologies Group, Inc.
000010141292
SCHEDULE OF INSURANCE

ELIGIBLE CLASS

Class 1 - All Full-Time Employees

There will be an Open Enrollment Period beginning November 1st and ending November 30th for eligible employees to enroll for Weekly Disability Income Insurance or to increase their current amounts of Weekly Disability Income Insurance. Evidence of insurability will not be required during this enrollment period provided the Insured Person:

(1) has not been previously declined; and
(2) elects an amount of insurance or an increase to the Insured Person's current insurance amount not to exceed the Maximum Weekly Benefit.

Coverage elected during this period that is not subject to Evidence of Insurability will become effective:

(1) January 1st following the enrollment period, if Actively at Work on that day; or
(2) The day the Insured Person resumes Active Work, if not Actively at Work on the day the elected coverage or increase would otherwise take effect.

The Policy does not replace or provide benefits required by Workers' Compensation laws or any state disability insurance plan laws.

Aerospace Technologies Group, Inc.
000010141292
SCHEDULE OF INSURANCE
For
Class 1 - All Full-Time Employees

MINIMUM HOURS: 30 hours per week

WAITING PERIOD: (For date insurance begins, refer to "Effective Date" section)
60 days of continuous Active Work

CONTRIBUTIONS: You are required to contribute to the cost of the Weekly Disability Income Insurance.

WEE LY DISABILITY INCOME INSURANCE

BENEFIT PERCENTAGE: 60%

MAXIMUM WEEKLY BENEFIT: $2,000

MINIMUM WEEKLY BENEFIT: 10% of your Weekly Total Disability Benefit

DAY BENEFITS BEGIN: 15th consecutive day of Disability due to Accidental Injury; and
15th consecutive day of Disability due to Sickness.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD: 24 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

After the Day Benefits Begin, the Maximum Benefit Period will be reduced by any days for which you receive payment under the Employer's Sick Leave or Salary Continuance Plan for the same Disability.

Weekly Disability Income Insurance will terminate when you retire.

TABLE OF CONTENTS

Definitions....................................................................................................................3

General Provisions.........................................................................................................8

Eligibility and Effective Dates.....................................................................................10

Individual Terminations..............................................................................................12

Claims Procedures for Weekly Disability Income Benefits............................................ 14

Weekly Disability Income Insurance...........................................................................17

Prior Insurance Credit Provision..................................................................................22

## DEFINITIONS

As used throughout the Policy, the following terms shall have the meanings indicated below. Other parts of the Policy contain definitions specific to those provisions.

ACTIVE WOR or ACTIVELY AT WOR means your performance of all Main Duties of your Own Occupation, for the regularly scheduled number of hours, at:

(1) the Employer's place of business; or
(2) any other business location where the Employer requires you to travel.

Unless disabled on the prior workday or on the day of absence, you will be considered Actively at Work on the following days:

(1) a Saturday, Sunday or holiday that is not a scheduled workday;
(2) a paid vacation day, or other scheduled or unscheduled non-workday; or
(3) a non-medical leave of absence of 12 weeks or less, whether taken with the Employer's prior approval or on an emergency basis.

This includes a Military Leave or an approved Family or Medical Leave that is not due to your own health condition.

BASIC WEE LY EARNINGS or PREDISABILITY INCOME means your average weekly base salary or hourly pay from the Employer before taxes on the Determination Date. The Determination Date is the last day worked just prior to the date the Disability begins.

It also includes:

(1) paid commissions averaged over the 12 months just prior to the Determination Date; or over the actual period of employment with the Employer just prior to that date, if shorter.

It does not include bonuses, overtime pay, or any other extra compensation. It does not include income from a source other than the Employer. It will not exceed the amount shown in the Employer's financial records, the amount for which premium has been paid, or the Maximum Covered Weekly Earnings permitted by the Policy; whichever is less. (Maximum Covered Weekly Earnings equals the Maximum Weekly Benefit divided by the Benefit Percentage shown in the Schedule of Insurance.) Exception: For purposes of determining the Partial Disability Weekly Benefit, Basic Weekly Earnings will not exceed the amount shown in the Employer's financial records.

COMPANY means The Lincoln National Life Insurance Company, an Indiana corporation. Its Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066.

DAY or DATE means the period of time that begins at 12:01 a.m. and ends at 12:00 midnight, standard time, at the Group Policyholder's place of business. When used with regard to effective dates, it means 12:01 a.m. When used with regard to termination dates, it means 12:00 midnight.

DISABILITY or DISABLED means Total Disability or Partial Disability.

DISABILITY BENEFIT, when used with the term Retirement Plan, means a benefit that:

(1) is payable under a Retirement Plan due to disability as defined in that plan; and
(2) does not reduce the benefits that would have been paid as Retirement Benefits at the normal retirement age under the plan if the disability had not occurred.

If the payment of the benefit does cause such a reduction, the benefit will be deemed a Retirement Benefit as defined in the Policy.

EMPLOYEE or FULL-TIME EMPLOYEE means a person:

(1) whose employment with the Employer is the person's main occupation;
(2) whose employment is for regular wage or salary, on a full-time basis;
(3) who is regularly scheduled to work at such occupation at least the Minimum Hours shown in the Schedule of Insurance;
(4) who is a member of an Eligible Class which is eligible for coverage under the Policy;
(5) who is not a temporary or seasonal employee; and
(6) who is a citizen of the United States or legally works in the United States.

EMPLOYER means the Group Policyholder. It includes any division, subsidiary or affiliated company named in the Application or Participation Agreement.

EVIDENCE OF INSURABILITY means a statement of proof of your medical history. The Company uses this to determine your acceptance for insurance or an increased amount of insurance. Such proof will be provided at your own expense.

FAMILY OR MEDICAL LEAVE means an approved leave of absence that:

(1) is subject to the federal FMLA law (the Family and Medical Leave Act of 1993 and any amendments to it) or a similar state law;
(2) is taken in accord with the Employer's leave policy and the law which applies; and
(3) does not exceed the period approved by the Employer and required by that law.

Under the federal FMLA law, such leaves are permitted for up to 12 weeks in a 12-month period as defined by the Employer. The 12 weeks:

(1) may consist of consecutive or intermittent work days; or
(2) may be granted on a part-time equivalency basis.

If you are entitled to a leave under both the federal FMLA law and a similar state law, you may elect the more favorable leave (but not both). If you are on an FMLA leave due to your own health condition on the date Policy coverage takes effect, you are not considered Actively at Work.

FULL-TIME, as it applies to the Partial Disability Benefit, means the average number of hours you were regularly scheduled to work, at your Own Occupation, during the week just prior to:

(1) the date Disability begins; or
(2) the date an approved leave of absence begins, if Disability begins while you are continuing coverage during a leave of absence.

GROUP POLICYHOLDER means the person, company, trust or other organization as shown on the Title Page of the Policy.

IN URY means bodily Injury which results directly from an accident, independently of all other causes. In determining Weekly Benefits, a Disability will be considered caused by a Sickness if:

(1) the Disability begins more than 60 days after the Injury; or
(2) the Injury occurred before your Effective Date under the Policy.

The term "Injury" shall not include any:

(1) condition to which a Sickness, its natural progression or its treatment is a substantial contributing cause (based upon the preponderance of medical evidence);
(2) condition caused by emotional stress or trauma; infection (except pyogenic bacterial infection of an Injury); or medical or surgical treatment (except when needed solely for an Injury);
(3) repetitive trauma condition which results from repetitious, physically traumatic activities that occur over time; or
(4) pregnancy; except for complications that result from an Injury.

INSURANCE MONTH or POLICY MONTH means that period of time:

(1) beginning at 12:01 a.m. Standard Time, at the Group Policyholder's place of business on the first day of any calendar month; and
(2) ending at 12:00 midnight on the last day of the same calendar month.

INSURED PERSON means a Person for whom Policy coverage is in effect.

MAIN DUTIES or MATERIAL AND SUBSTANTIAL DUTIES means those job tasks that:

(1) during the first 12 months following the date of loss, are normally required to perform your Own Occupation; or
(2) after a period of 12 months following the date of loss:
    (a) are normally required to perform your Own Occupation; and
    (b) could not reasonably be modified or omitted.

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:

(1) the Employer is subject to the Act; or
(2) you have requested such a job accommodation.

An Employer's failure to modify or omit other job tasks does not render you unable to perform the Main Duties of the job.

Main Duties, after a period of 12 months following the date of loss, include those job tasks:

(1) as described in the U.S. Department of Labor Dictionary of Occupational Titles; and
(2) as performed in the general labor market and national economy.

Main Duties are not limited to those specific job tasks as performed for a certain firm or at a certain work site.

MEDICALLY APPROPRIATE TREATMENT means diagnostic services, consultation, care or services that are consistent with the symptoms or diagnosis causing your Disability. Such treatment must be rendered:

(1) by a Physician whose license and any specialty are consistent with the disabling condition; and
(2) according to generally accepted, professionally recognized standards of medical practice.

MILITARY LEAVE means a leave of absence that:

(1) is subject to the federal USERRA law (the Uniformed Services Employment and Reemployment Rights Act of 1994 and any amendments to it);
(2) is taken in accord with the Employer's leave policy and the federal USERRA law; and
(3) does not exceed the period required by that law.

OWN OCCUPATION or REGULAR OCCUPATION means the occupation, trade or profession:

(1) in which you were employed with the Employer prior to Disability; and
(2) which was your main source of earned income prior to Disability.

After a period of 12 months following the date of loss, it means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:

(1) whether such work is with the Employer, with some other firm, or on a self-employed basis; or
(2) whether a suitable opening is currently available with the Employer or in the local labor market.

PARTIAL DISABILITY or PARTIALLY DISABLED means that, due to an Injury or Sickness, you:

(1) are unable to perform one or more of the Main Duties of your Own Occupation, or are unable to perform such duties Full-Time; and
(2) are engaged in Partial Disability Employment.

During the first 12 months following the date of loss, the definition of Total Disability will apply.

PARTIAL DISABILITY EMPLOYMENT means you are working at your Own Occupation or any other occupation; however, because of a Partial Disability:
(1) your hours or production is reduced;
(2) one or more Main Duties of the job are reassigned; or
(3) you are working in a lower-paid occupation.

During Partial Disability Employment, your current earnings:
(1) must be at least 20% of Predisability Income; and
(2) may not exceed the percentage specified in the Partial Disability Benefit section.

PERSON means an Employee of the Employer:
(1) who is a member of an Employee class which is eligible for coverage under the Policy; and
(2) who has completed an enrollment form.

PERSONAL INSURANCE means the insurance provided by the Policy on Insured Persons.

PHYSICIAN means:
(1) a legally qualified medical doctor who is licensed to practice medicine, to prescribe and administer drugs, or to perform surgery; or
(2) any other duly licensed medical practitioner who is deemed by state law to be the same as a legally qualified medical doctor.

The medical doctor or other medical practitioner must be acting within the scope of his or her license. He or she must be qualified to provide Medically Appropriate Treatment for your disabling condition.

Physician does not include you or your relatives. Relatives include:
(1) your spouse, siblings, parents, children and grandparents; and
(2) your spouse's relatives of like degree.

POLICY means the group insurance Policy issued by the Company to the Group Policyholder.

PREDISABILITY INCOME--See Basic Weekly Earnings definition.

REGULAR CARE OF A PHYSICIAN means you:
(1) personally visit a Physician, as often as medically required according to standard medical practice to effectively manage and treat your disabling condition; and
(2) receive Medically Appropriate Treatment, by a Physician whose license and any specialty are consistent with the disabling condition.

REGULAR OCCUPATION--See Own Occupation or Regular Occupation definition.

RETIREMENT BENEFIT, when used with the term Retirement Plan, means a benefit that:
(1) is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;
(2) does not represent contributions made by you (Payments representing Employee contributions are deemed to be received over your expected remaining life, regardless of when they are actually received.); and
(3) is payable upon:
    (a) early or normal retirement; or
    (b) disability (if the payment does reduce the benefit which would have been paid at the normal retirement age under the plan, if disability had not occurred).

RETIREMENT PLAN means a defined benefit or defined contribution plan that:
(1) provides Retirement Benefits to Employees; and
(2) is not funded wholly by Employee contributions.

The term shall not include any 401(k), profit-sharing or thrift plan; informal salary continuance plan; individual retirement account (IRA); tax sheltered annuity (TSA); stock ownership plan; or a non-qualified plan of deferred compensation.

An Employer's Retirement Plan is deemed to include any Retirement Plan:
(1) which is part of any federal, state, county, municipal or association retirement system; and
(2) for which you are eligible as a result of employment with the Employer.

SIC LEAVE or SALARY CONTINUANCE PLAN means a plan that:
(1) is established and maintained by the Employer for the benefit of Employees; and
(2) continues payment of all or part of your Predisability Income for a specified period after you become Disabled.

It does not include compensation the Employer pays you for work actually performed during a Disability.

SIC NESS means illness, pregnancy or disease.

For a licensed health care practitioner, Sickness includes testing HIV positive; but only when a state licensing board restricts your ability to practice, due to that test. In that event, a Disability will be deemed:
(1) to start on the date of the board's action; and
(2) to be a Total Disability, if the board's action results in a loss of at least 80% of your Basic Weekly Earnings.

TOTAL DISABILITY or TOTALLY DISABLED means your inability, due to Sickness or Injury, to perform:
(1) during the first 12 months following the date of loss, one or more of the Main Duties of your own Occupation; or
(2) after a period of 12 months following the date of loss, each of the Main Duties of your Own Occupation.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does not, by itself, constitute Total Disability.

WAITING PERIOD means the period of time you must be employed in an eligible class with the Employer, before you become eligible to enroll for coverage under the Policy. The period of service must be continuous, except as explained in the Eligibility provision captioned Prior Service Credit Towards Waiting Period.

WEE LY BENEFIT means the amount payable weekly by the Company to you while you are Totally Disabled or Partially Disabled.

WOR ERS COMPENSATION OR SIMILAR COVERAGE means coverage under a law that compensates for job related Injury or Sickness. It includes (but is not limited to):
(1) coverage under any Workers' Compensation or occupational disease law;
(2) coverage under the Jones Act; the Longshoreman's and Harbor Worker's Act; the Maritime Doctrine of Maintenance, Wages or Cure; or
(3) any plan provided in place of one of those plans.

ENTIRE CONTRACT. The entire contract between the parties shall consist of:
(1) the Policy and any amendments to it;
(2) the Group Policyholder's application (a copy of which is attached to the Policy);
(3) any Participating Employers' applications or Participation Agreements; and
(4) any individual applications of Insured Persons.

In the absence of fraud, all statements made by the Group Policyholder and by Insured Persons are representations and not warranties. No statement made by an Insured Person will be used to contest the coverage provided by the Policy, unless:
(1) it is contained in a written statement signed by that Insured Person; and
(2) a copy of the statement has been furnished to that Insured Person.

INCONTESTABILITY. Except for the non-payment of premiums or fraud, the Company may not contest the validity of the Policy after it has been in force for two years from its date of issue; and as to any Insured Person, after his or her coverage has been in force for two years during his or her lifetime. This clause does not preclude, at any time, the assertion of defenses based upon:
(1) the Policy's eligibility requirements, exclusions and limitations; and
(2) other Policy provisions unrelated to the validity of coverage.

RESCISSION. The Company has the right to rescind any insurance for which Evidence of Insurability was required, if:
(1) you incur a claim during the first two years of coverage; and
(2) the Company discovers that you made a Material Misrepresentation on your application.

A Material Misrepresentation is an incomplete or untrue statement that caused the Company to issue coverage that it would have disapproved, had it known the truth. To rescind means to cancel insurance back to its effective date. In that event, the Company will refund all premium paid for the rescinded insurance, less any benefits paid for your claims. The Company reserves the right to recover any claims paid in excess of such premiums.

MISSTATEMENTS OF FACTS. If relevant facts about any Person were misstated:
(1) a fair adjustment of the premium will be made; and
(2) the true facts will decide if and in what amount insurance is valid under the Policy.

If your age has been misstated, any benefits shall be in the amount the paid premium would have purchased at the correct age.

GROUP POLICYHOLDER S AGENCY. For all purposes of the Policy, the Group Policyholder acts on its own behalf or as an agent of the Insured Person. Under no circumstances will the Group Policyholder be deemed the agent of the Company.

CURRENCY. In administering the Policy:
(1) all Predisability Income will be expressed in U.S. dollars; and
(2) all premium and benefits must be paid in U.S. dollars.

WOR ERS COMPENSATION OR STATE DISABILITY INSURANCE. The Policy does not replace or provide benefits required by:
(1) Workers' Compensation laws; or
(2) any state temporary disability insurance plan laws.

ASSIGNMENT. The rights and benefits under this Certificate may not be assigned.

## ELIGIBILITY AND EFFECTIVE DATES

ELIGIBLE CLASSES. The classes of Employees eligible for insurance are shown in the Schedule of Insurance. The Company has the right to review and terminate any or all classes eligible under the Policy, if any class ceases to be covered by the Policy.

ELIGIBILITY. A Person becomes eligible for coverage provided by the Policy on the later of:

(1) the Policy's date of issue; or
(2) the date the Waiting Period is completed.

Prior Service Credit Towards Waiting Period. The Waiting Period is shown in the Schedule of Insurance. Prior service in an Eligible Class will apply toward the Waiting Period, when:

(1) you are a former Employee and are rehired within one year after your employment ends;
(2) you return from an approved Family or Medical Leave within:
    (a) the 12-week period required by federal law; or
    (b) any longer period required by a similar state law; or
(3) you return from a Military Leave within the period required by federal USERRA law.

EFFECTIVE DATE. Your initial amount of Personal Insurance becomes effective at 12:01 a.m. on the latest of:

(1) the first day of the Insurance Month following the date you become eligible for the coverage;
(2) the date you resume Active Work, if not Actively at Work on the day you become eligible;
(3) the date you make written application for coverage and sign:
    (a) a payroll deduction order, if you pay any part of the Policy premiums; or
    (b) an order to pay premiums from your Flexible Benefits Plan account, if Employer contributions are made through such an account; or
(4) the date the Company approves your Evidence of Insurability, if required.

Any increased or additional coverage becomes effective at 12:01 a.m. on the latest of:

(1) the first day of the Insurance Month coinciding with or next following the day on which you become eligible for the increase, if Actively at Work on that day;
(2) the date you resume Active Work, if not Actively at Work on the day the increase would otherwise take effect; or
(3) the date any required Evidence of Insurability is approved by the Company.

Any decrease will take effect on the day of the change, whether or not you are Actively at Work.

Evidence of Insurability. Evidence of Insurability satisfactory to the Company must be submitted (at your expense); when:

(1) you make written application for coverage (or an increased amount of coverage) more than 31 days after becoming eligible for the coverage; or
(2) you make written application for coverage after you have requested:
    (a) to cancel insurance;
    (b) to stop payroll deductions for the insurance; or
    (c) to stop premium payments from the Flexible Benefits Plan account.

Effective Date for Change in Eligible Class. You may become a member of a different Eligible Class. Coverage under the different Eligible Class will be effective:

(1) on the first day of the Insurance Month coinciding with or next following the date of the change;
(2) except as stated in the Effective Date provision for increases or decreases.

REINSTATEMENT RIGHTS. If your coverage terminates due to one of the following breaks in service, you will be entitled to reinstate the coverage upon resuming Active Work with the Employer within the required timeframe. Reinstatement or to reinstate means to re-enroll for Policy coverage, without satisfying a new Waiting Period or providing Evidence of Insurability. Reinstatement is available upon:

(1) return from an approved Family or Medical Leave within:
   (a) the 12-week period required by federal law; or
   (b) any longer period required by a similar state law;
(2) return from a Military Leave within the period required by federal USERRA law;
(3) return from any other approved leave of absence within six months after the leave begins;
(4) return within 12 months following a lay off; or
(5) return within 12 months following termination of employment for any other reason.

To reinstate coverage, you must apply for coverage or be re-enrolled within 31 days after resuming Active Work in an Eligible Class. The reinstated amount of insurance may not exceed the amount that terminated. Reinstatement will take effect on the date you return to Active Work.

If the above conditions are met, and the Policy includes a Pre-Existing Condition Exclusion, then:

(1) the months of leave will count towards any unmet Pre-Existing Condition Exclusion period; and
(2) a new Pre-Existing Condition Exclusion will not apply to the reinstated amount of insurance.

A new Pre-Existing Condition Exclusion will apply to any increased amount of insurance.



Case 3:23-cv-00692 Document 15-6 Filed 11/27/23 Page 196 of 264 PageID #: 1402

TERMINATION OF COVERAGE. Your coverage will terminate at 12:00 midnight on the earliest of:
(1) the date the Policy terminates or the Employer's participation ends (but without prejudice to any claim incurred prior to termination);
(2) the date your class is no longer eligible for insurance;
(3) the date you cease to be a member of an Eligible Class;
(4) the last day of the Insurance Month in which you request termination;
(5) the last day of the last Insurance Month for which premium payment is made on your behalf;
(6) the end of the period for which the last required premium has been paid;
(7) with respect to any particular insurance benefit, the day the portion of the Policy providing that benefit terminates;
(8) the date your employment with the Group Policyholder or Participating Employer terminates (unless coverage is continued as provided below); or
(9) the date you enter the armed services of any state or country on active duty, except for duty of 30 days or less for training in the Reserves or National Guard. (If you send proof of military service, the Company will refund any unearned premium.)

CONTINUATION RIGHTS. Ceasing Active Work results in termination of your eligibility for coverage, but coverage may be continued as follows.

Disability. If you are absent due to Total Disability or engaged in Partial Disability Employment, coverage may be continued:
(1) until the Day Benefits Begin; and
(2) during the period for which benefits are payable.
The Company must receive the required premium from the Employer until the first day of the Insurance Month coinciding with or next following the Day Benefits Begin.

Premium payments for Weekly Disability Income Insurance will be waived:
(1) from the first day of the Insurance Month coinciding with or next following the Day Benefits Begin;
(2) until the first day of the Insurance Month coinciding with or next following the end of the period for which benefits are payable.
If coverage is to be continued following a period for which premiums were waived, premium payments must be resumed as they become due.

Family or Medical Leave. If you go on an approved Family or Medical Leave and are not entitled to the more favorable continuation available during Disability, coverage may be continued until the earliest of:
(1) the end of the leave period approved by the Employer;
(2) the end of the leave period required by federal law, or any more favorable period required by a similar state law;
(3) the date you notify the Employer that you will not return; or
(4) the date you begin employment with another employer.
The required premium payments must be received from the Employer, throughout the period of continued coverage.

Military Leave. If you go on a Military Leave, coverage may be continued for the same period allowed for an approved Family or Medical Leave. The required premium payments must be received from the Employer, throughout the period of continued coverage.

Lay Off or Other Leave. If you cease work due to a temporary lay off, or due to an approved leave of absence (other than an approved Family or Medical Leave or a Military Leave); coverage may be continued for three Insurance Months after the lay off or leave begins. The required premium payments must be received from the Employer, throughout the period of continued coverage.

Conditions. In administering the above continuations, the Employer must not act so as to discriminate unfairly among Insured Persons in similar situations. Insurance may not be continued when you cease Active Work due to a labor dispute, strike, work slowdown or lockout.

INDIVIDUAL TERMINATION DURING DISABILITY. Termination of your coverage during a Disability will have no effect on benefits payable for that period of Disability.



Lincoln/Duntz 1334

Case 3:23-cv-00692 Document 15-6 Filed 11/27/23 Page 198 of 264 PageID #: 1404

CLAIMS PROCEDURES
FOR WEE LY DISABILITY INCOME BENEFITS

NOTICE AND PROOF OF CLAIM -- Notice of Claim. Written notice of a Disability claim must be given:

(1) within 20 days after a covered period of Disability ends; or
(2) as soon as reasonably possible after that.

The notice must be sent to the Company's Group Insurance Service Office. It should include your name and address, and the number of the Policy.

Claim Forms. When notice of claim is received, the Company will send claim forms for filing the required proof. If the Company does not send the forms within 15 days, you may send the Company written proof of Disability in a letter. It should state the date the Disability began, its cause and degree. The Company will periodically send you additional claim forms.

Proof of Claim. The Company must be given written proof of a Disability claim:

(1) within 90 days after each covered period of Disability ends; or
(2) as soon as reasonably possible after that.

Proof of claim must be provided at your own expense. It must show the date the Disability began, its cause and degree. Documentation must include the following:

(1) completed statements by you and your Employer;
(2) a completed statement by the attending Physician, which must describe any restrictions on the performance of the duties of your Regular Occupation;
(3) proof of any other income received, and of any other benefits available from other income sources, which may affect Policy benefits;
(4) a signed authorization for the Company to obtain more information; and
(5) any other items the Company may reasonably require in support of the claim.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

E ception: Failure to give notice or furnish proof of claim within the required time period will not invalidate or reduce the claim, if it is shown that it was done:

(1) as soon as reasonably possible; and
(2) in no event more than one year after it was required.

These time limits will not apply while you lack legal capacity.

E AMINATION. The Company may have you examined:

(1) by a Physician, specialist or vocational rehabilitation expert of the Company's choice;
(2) as often as reasonably required while a claim or appeal is pending.

Any such exam will be at the Company's expense.

The Company may determine that (in its opinion) you have:

(1) failed to cooperate with an examiner;
(2) failed to take an exam scheduled by the Company; or
(3) postponed such an exam more than twice.

In that event, benefits may be denied or suspended, until the required exam is completed.

TIME OF PAYMENT OF CLAIMS. Weekly Disability Income Benefits payable under the Policy will be paid immediately after the Company receives complete proof of claim and confirms liability. Such benefits will be paid biweekly, during any period for which the Company is liable. If benefits are due for less than a week, they will be paid on a pro rata basis. The daily rate will equal 1/7 of the Weekly Benefit. Any balance, which remains unpaid at the end of the period of liability, will be paid immediately after the Company receives complete proof of claim and confirms liability.

INTEREST ON LATE CLAIMS. If any disability income benefit payment is not sent by the 120th day after the Company receives the first proof of claim; then that overdue payment will accrue simple interest at the rate of 10% per year.

TO WHOM PAYABLE. All Weekly Disability Income Benefits are payable to you, while living. After your death, such benefits will be payable to your estate.

NOTICE OF CLAIM DECISION. The Company will send you a written notice of its claim decision. If the Company denies any part of the claim, the written notice will explain:

(1) the reason for the denial, under the terms of the Policy and any internal guidelines;
(2) how you may request a review of the Company's decision; and
(3) whether more information is needed to support the claim.

This notice will be sent within 15 days after the Company resolves the claim. It will be sent within 45 days after the Company receives the first proof of claim, if reasonably possible.

Delay Notice. The Company may need more than 15 days to process the claim, due to matters beyond its control. If so, an extension will be permitted. In that event, the Company will send you a written delay notice:

(1) by the 15th day after receiving the first proof of claim; and
(2) every 30 days after that, until the claim is resolved.

The notice will explain:

(1) what additional information is needed to determine liability; and
(2) when a decision can be expected.

If you do not receive a written decision by the 105th day after the Company receives the first proof of claim, there is a right to an immediate review, as if the claim was denied.

E ception: The Company may need more information from you to process a claim. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for claim processing.

REVIEW PROCEDURE. Within 180 days after receiving a denial notice, you may request a claim review by sending the Company:

(1) a written request; and
(2) any written comments or other items to support the claim.

You may review certain non-privileged information relating to the request for review.

Notice of Decision. The Company will review the claim and send you a written notice of its decision. The notice will state the reasons for the Company's decision, under the terms of the Policy and any internal guidelines. If the Company upholds the denial of all or part of the claim, the notice will also describe:

(1) any further appeal procedures available under the Policy;
(2) the right to access relevant claim information; and
(3) the right to request a state insurance department review, or to bring legal action.

This notice will be sent within 45 days after the Company receives the request for review, or within 90 days if a special case requires more time.

Delay Notice. If the Company needs more than 45 days to process an appeal, in a special case:

(1) an extension of up to 45 more days will be permitted; and
(2) the Company will send you a written delay notice, by the 30th day after receiving the request for review.

The notice will explain:

(1) the special circumstances which require the delay;
(2) whether more information is needed to review the claim; and
(3) when a decision can be expected.

E ception: The Company may need more information from you to process an appeal. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for appeal processing.

Claims Sub ect to ERISA Employee Retirement Income Security Act of 1974 . Before bringing a civil legal action under the federal labor law known as ERISA, an employee benefit plan participant or beneficiary must exhaust available administrative remedies. Under the Policy, the plan participant or beneficiary must first seek two administrative reviews of the adverse claim decision, in accord with this section. After the required reviews:

(1) an ERISA plan participant or beneficiary may bring legal action under Section 502(a) of ERISA; and
(2) the Company will waive any right to assert that he or she failed to exhaust administrative remedies.

RIGHT OF RECOVERY. If benefits have been overpaid on any claim, full reimbursement to the Company is required within 60 days. If reimbursement is not made, the Company has the right to:

(1) reduce future benefits and suspend payment of the Minimum Weekly Benefit under the Policy, until full reimbursement is made;
(2) reduce benefits payable to you or your beneficiary under any group insurance policy issued by the Company, until full reimbursement is made; or
(3) recover such overpayments from you or your estate.

Such reimbursement is required whether the overpayment is due to fraud, the Company's error in processing a claim, or any other reason.

LEGAL ACTIONS. No legal action to recover any benefits may be brought until 60 days after the required written proof of claim has been given. No such legal action may be brought after the applicable statute of limitations expires. The statute runs from the date by which written proof of claim must be given.

COMPANY S DISCRETIONARY AUTHORITY. Except for the functions that the Policy clearly reserves to the Group Policyholder or Employer, the Company has the authority to manage the Policy, interpret its provisions, administer claims and resolve questions arising under it. The Company's authority includes (but is not limited to) the right to:

(1) establish administrative procedures, determine eligibility and resolve claims questions;
(2) determine what information the Company reasonably requires to make such decisions; and
(3) resolve all matters when an internal claim review is requested.

Any decision the Company makes in the exercise of its authority shall be conclusive and binding; subject to your rights to request a state insurance department review or to bring legal action.
This provision does not apply to residents of California.

TOTAL DISABILITY BENEFIT. The Company will pay a Weekly Total Disability Benefit for each week the Total Disability continues, if you:

(1) become Totally Disabled while insured for this benefit;
(2) are under the Regular Care of a Physician; and
(3) at your own expense, submit proof of continued Total Disability and Physician's care to the Company upon request.

Duration. Benefits start on the Day Benefits Begin, and end on the earliest of:

(1) the date you cease to be Totally Disabled or die;
(2) the date the Maximum Benefit Period ends; or
(3) after a period of 12 months following the date of loss, the date you are able, but choose not to engage in Partial Disability Employment in your Own Occupation.

Proportional benefits will be paid for a partial week of Total Disability.

At the Company's option, benefits may also be denied or suspended on any of the following dates:

(1) the date you (without good cause):
    (a) fail to take a required medical exam;
    (b) fail to cooperate with an examiner; or
    (c) postpone a required exam more than twice;
(2) the 45th day after the Company requests additional proof, if not given; or
(3) the 45th day after the Company requests proof of your application for any Other Income Benefits to which you may be entitled (and which affect Policy benefits); if not given.

Amount. The amount of the Weekly Total Disability Benefit equals the lesser of:

(1) your Basic Weekly Earnings multiplied by the Benefit Percentage (limited to the Maximum Weekly Benefit); minus Other Income Benefits, except Earnings; or
(2) your Basic Weekly Earnings, minus all Other Income Benefits (including Earnings).

The amount of the Weekly Total Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of your Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Benefit Percentage, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

PARTIAL DISABILITY BENEFIT. The Company will pay a Weekly Partial Disability Benefit, if you:

(1) become Partially Disabled while insured for this benefit;
(2) are engaged in Partial Disability Employment;
(3) are earning at least 20% of Basic Weekly Earnings when Partial Disability Employment begins;
(4) are under the Regular Care of a Physician; and
(5) at your own expense, submit proof of continued Partial Disability, Physician's care and reduced earnings to the Company upon request.

You are not required to be Totally Disabled prior to receiving Weekly Partial Disability Benefits. The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination of these. Proportional benefits will be paid for a partial week of Partial Disability.

Duration. Benefits start on the Day Benefits Begin, and will cease on the earliest of:

(1) the date you cease to be Partially Disabled or die;
(2) the date the Maximum Benefit Period ends;
(3) the date you earn more than 99% of Basic Weekly Earnings; or
(4) the date you are able, but choose not to work Full-Time or part-time in your Own Occupation.

At the Company's option, benefits may also be denied or suspended on any of the following dates:

(1) the date you (without good cause):
  (a) fail to take a required medical exam;
  (b) fail to cooperate with an examiner; or
  (c) postpone a required exam more than twice;
(2) the 45th day after the Company requests additional proof, if not given; or
(3) the 45th day after the Company requests proof of your application for Other Income Benefits to which you may be entitled (and which affect Policy benefits); if not given.

Amount. The amount of the Weekly Partial Disability Benefit equals the lesser of A or B below:

(A) (1) Your Basic Weekly Earnings multiplied by the Benefit Percentage (limited to the Maximum Weekly Benefit); minus
  (2) Other Income Benefits, except for earnings you receive from Partial Disability Employment; or
(B) Your Basic Weekly Earnings minus Other Income Benefits.

The amount of the Weekly Partial Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of your Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Benefit Percentage, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

E TENSION OF BENEFITS. If you are Totally Disabled on the date the Policy terminates, then any Weekly Disability Income Benefits due for that period of disability shall continue until the earliest of:

(1) the date the Maximum Benefit Period ends;
(2) the date you are no longer Totally Disabled;
(3) the date you fail to take any medical exam or submit any proofs, as required by the Company; or
(4) the date of your death.

OTHER INCOME BENEFITS means Earnings, benefits, awards, or settlements from the following sources. These amounts will be offset, in determining your Weekly Benefit. Except for Retirement Benefits and Earnings, these amounts must result from the same Disability for which a Weekly Benefit is payable under the Policy.

Compulsory Benefits. Any disability income benefits you receive under:
(1) state temporary disability income benefit laws;
(2) state no fault auto insurance laws; or
(3) any other compulsory benefit act or law (except Workers' Compensation and laws of like intent).

Other Insurance Plans. Any disability income benefits you receive under any no fault auto plan.

Employer s Retirement Plan. Any Disability Benefits or Retirement Benefits you receive under the Employer's Retirement Plan.

Social Security and other Government Retirement Plans. The following Social Security or other Government Retirement Plan benefits will be offset:
(1) disability benefits you and any spouse or child receive, because of your Disability;
(2) unreduced retirement benefits you and any spouse or child receive, because of your eligibility for unreduced retirement benefits; or
(3) reduced retirement benefits actually received by you and any spouse or child, because of your receipt of reduced retirement benefits.

As used above, Government Retirement Plans include disability and retirement benefits under:
(1) the federal Social Security Act, Jones Act or Railroad Retirement Act;
(2) the Canada Pension Plan or Quebec Pension Plan;
(3) any similar plan or act of any country, state, province or other political unit; or
(4) any plan provided in place of one of the above plans.

Earnings , as used in this provision, means pay you earn or receive from any occupation or form of employment, as reported for federal income tax purposes. Earnings include (but are not limited to) a:
(1) salaried or hourly Employee's gross earnings (shown on Form W-2); including:
  (a) wages, tips, commissions, bonuses and overtime pay; and
  (b) any pre-tax contributions to a Section 125 Plan, flexible spending account, or qualified deferred compensation plan;
(2) proprietor's net profit (figured from Form 1040, Schedule C);
(3) professional corporation shareholder's net profit (figured from Form 1040, Schedule C);
(4) partner's net earnings from self-employment (shown on Schedule K-1) and any W-2 earnings; and
(5) Subchapter S Corporation shareholder's net earnings from trade or business activities (shown on Schedule K-1).

Recovery from Third Party. Any amount you recover from a third party as a result of the Disability (whether by judgment, settlement or otherwise). The offset:

(1) will be reduced by attorney fees and other reasonable costs of recovery; and
(2) will not exceed 100% of the net settlement.

E ceptions. The following will not be considered Other Income Benefits, and will not be offset in determining the Weekly Benefit:

(1) a cost-of-living increase in any Other Income Benefit (except Earnings); if it takes effect after the first offset for that benefit during a period of Disability;
(2) reimbursement for hospital, medical or surgical expense;
(3) reimbursement for attorney fees or other reasonable costs of claiming Other Income Benefits;
(4) group credit or mortgage disability insurance;
(5) early retirement benefits that are not elected or received under the federal Social Security Act or other Government Retirement Plan;
(6) any amounts under the Employer's Retirement Plan that:
    (a) represent your contributions; or
    (b) are received upon termination of employment without being disabled or retired;
(7) benefits from a 401(k), profit-sharing or thrift plan; an individual retirement account (IRA); a tax sheltered annuity (TSA); a stock ownership plan; or a non-qualified plan of deferred compensation;
(8) vacation pay, holiday pay, or severance pay; or
(9) disability income benefits under any individual policy, association group plan, franchise plan, or auto liability insurance policy (except no fault auto insurance).

RULES CONCERNING OTHER INCOME BENEFITS. If you may be entitled to Other Income Benefits that affect Policy benefits, you are required to actively claim them. For example, if Social Security or other Government Retirement Plan benefits may be payable, you:

(1) must promptly apply for such benefits; and, if denied
(2) must file an appeal or request an administrative hearing, upon Company request.

If you fail to promptly pursue such benefits, the Company has the option to deny or suspend Weekly Benefits or to reduce them by an estimated amount.

If Workers' Compensation or similar benefits may be payable for the same Disability, you and your Employer are required to cooperate in filing for those benefits. The Company will require proof of the denial or duration of those benefits to confirm its liability under the Policy.

Refunding Overpayments. Upon receiving Other Income Benefits, you must refund any resulting overpayment of Weekly Benefits under the Policy. If you do not promptly refund an overpayment to the Company within 60 days, in a lump sum, then:

(1) the Company will reduce or eliminate future payments; and
(2) the Minimum Weekly Benefit will not apply, until the amount is repaid.

Cost of Living Freeze. After the first deduction for each of the Other Income Benefits (except Earnings), its amount will be frozen. The Weekly Benefit will not be further reduced due to any cost-of-living increases payable under these Other Income Benefits.

RECURRENT DISABILITY. Recurrent Disability means a Disability caused by an Injury or Sickness which is the same as, or related to, the cause of a prior Disability for which Weekly Benefits were payable.

(1) A Recurrent Disability will be treated as a new period of Disability, if you:
  (a) have returned to your Own Occupation; and
  (b) have worked on a full-time basis, for two consecutive weeks or more.

  A new Day Benefits Begin and new Maximum Benefit Period will apply.

(2) A Recurrent Disability will be treated as part of the prior Disability, if you:
  (a) have returned to your Own Occupation; and
  (b) have worked on a full-time basis, for less than two consecutive weeks.

  The same Day Benefits Begin and same Maximum Benefit Period will apply to the Recurrent Disability as to the prior Disability.

To qualify for a Weekly Benefit for a Recurrent Disability, the Insured Person must earn less than the percentage of Predisability Income specified in the Partial Disability Benefit section. Benefit payments will be subject to all other terms of the Policy that applied to the prior Disability.

This Recurrent Disability provision will cease to apply when you become eligible for coverage under any other group short-term disability policy.

E CLUSIONS. Weekly Benefits will not be payable for any period of Disability:

(1) which is the result of an intentionally self-inflicted Injury or suicide attempt;
(2) during which you are not under the Regular Care of a Physician;
(3) which is the result of war (declared or undeclared) or any act of war;
(4) for which you receive temporary disability benefits under any unemployment compensation law, Workers' Compensation, occupational disease law or any other law of like intent; or
(5) during which you receive payment under the Employer's Sick Leave or Salary Continuance Plan.

PRE-E ISTING CONDITION LIMITATION. The Policy will not cover any period of Disability:

(1) which is caused or contributed to by, or results from a Pre-Existing Condition; and
(2) which begins in the first 6 months after your Effective Date.

"Pre-E isting Condition means a Sickness or Injury for which you received Treatment within 3 months prior to your Effective Date.

AMENDMENT TO BE ATTACHED TO THE CERTIFICATE FOR GROUP POLICY NO: 000010141292

ISSUED TO: Aerospace Technologies Group, Inc.

Your Certificate is amended by adding the following provisions.

PRIOR INSURANCE CREDIT UPON TRANSFER OF
DISABILITY INCOME INSURANCE CARRIERS

This provision prevents loss of disability income coverage for you, which could otherwise occur solely because of a transfer of insurance carriers. The Policy will provide the following Prior Insurance Credit, when it replaces a prior plan.

"Prior Plan  means a prior carrier's group disability income policy, which the Policy replaced within 1 day of the prior plan's termination date.

FAILURE TO SATISFY ACTIVE WORK RULE. Subject to premium payments, the Policy will provide disability income coverage if you:

(1) were insured by the prior plan on its termination date; and
(2) were otherwise eligible under the Policy; but were not Actively-At-Work due to Injury or Sickness on its Effective Date.

AMOUNT OF COVERAGE. Until you satisfy the Policy's Active Work rule, your disability income coverage will not exceed that provided by the prior plan, had it remained in force. The Company will pay:

(1) the benefit the prior plan would have paid; minus
(2) any amount for which the prior carrier is liable.

DISABILITY DUE TO A PRE-EXISTING CONDITION. Benefits may be payable for a period of disability due to a Pre-Existing Condition if you:

(1) were insured by the prior plan on its termination date; and
(2) were Actively-At-Work and became insured under the Policy on its Effective Date.

The benefits will be determined as follows:

A. The Company will apply the Policy's Pre-Existing Condition Limitation. If you qualify for benefits, you will be paid according to the Policy's benefit schedule.

B. If you cannot satisfy the Policy's Pre-Existing Condition Limitation; then the prior plan's pre-existing condition limitation will be applied, as follows:

   (1) If you satisfy the prior plan's pre-existing condition limitation, giving consideration towards continuous time insured under both policies; then benefits will be paid according to the prior plan's benefit schedule.
   (2) If you cannot satisfy the Pre-Existing Condition Limitation of the Policy, or that of the prior plan; then no benefit will be paid.

This Amendment ta es effect on your effective date of coverage under the Policy. In all other respects, your Certificate remains unchanged.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Officer of the Company

# SUMMARY PLAN DESCRIPTION

The following information together with your group insurance certificate issued to you by The Lincoln National Life Insurance Company of Fort Wayne, Indiana, is the Summary Plan Description required by the Employee Retirement Income Security Act of 1974 to be distributed to participants in the Plan. This Summary Plan Description is only intended to provide an outline of the Plan's benefits. The Plan Document will govern if there is any discrepancy between the information contained in this Description and the Plan.

The name of the Plan is: Weekly Disability Income Insurance for Employees of Aerospace Technologies Group, Inc..

The name, address and ZIP code of the Sponsor of the Plan is: Aerospace Technologies Group, Inc., 620 NW 35th St, Boca Raton, FL, 33431.

Employer Identification Number (EIN): 65-0868151 IRS Plan Number: 502

The name, business address, ZIP code and business telephone number of the Plan Administrator is: Aerospace Technologies Group, Inc., 620 NW 35th St, Boca Raton, FL, 33431, (561) 244-7400.

The Plan Administrator is responsible for the administration of the Plan and is the designated agent for the service of legal process for the Plan. Functions performed by the Plan Administrator include: the receipt and deposit of contributions, maintenance of records of Plan participants, authorization and payment of Plan administrative expenses, selection of the insurance consultant, selection of the insurance carrier and assisting The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company has the sole discretionary authority to determine eligibility and to administer claims in accord with its interpretation of policy provisions, on the Plan Administrator's behalf (this does not apply to employers sitused in California or to California residents).

Type of Administration. The Plan is administered directly by the Plan Administrator with benefits provided in accordance with provisions of the group insurance policy issued by The Lincoln National Life Insurance Company whose Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska.

Type of Plan. The benefits provided under the Plan are: Weekly Disability Income Insurance benefits.

Type of Funding Arrangement: The Lincoln National Life Insurance Company.

All employees are given a Certificate of Group Insurance which contains a detailed description of the Benefits, any Pre-Existing Condition Limitation and Exclusions. The Certificate also contains the Schedule of Insurance which includes the Benefit Percentage, Maximum and Minimum Weekly Benefits, Maximum Benefit Period, Day Benefits Begin, Waiting Period and age reduction information. If your Booklet, Certificate or Schedule of Insurance has been misplaced, you may obtain a copy from the Plan Administrator at no charge.

Eligibility. Full-time employees working at least 30 hours per week.

Employees become eligible on the first of the month following completion of 60 days of active full-time employment.

Contributions. You are required to contribute to the cost of the Weekly Disability Income Insurance.

The Plan's year ends on: December 31st of each year.

The name and section of relevant Collective Bargaining Agreements: None

The name, title and address of each Plan Trustee: None

Loss of Benefits. The Plan Administrator may terminate the policy, or, subject to The Lincoln National Life Insurance Company's approval, may modify, amend or change the provisions, terms and conditions of the policy. Coverage will also terminate if the premiums are not paid when due. No consent of any Insured Person or any other person referred to in the policy will be required to terminate, modify, amend or change the policy. See your Plan Administrator to determine what, if any, arrangements may be made to continue your coverage beyond the date you cease active work.

Claims Procedures. You may obtain claim forms and instructions for filing claims from the Plan Administrator or from the Group Insurance Service Office of The Lincoln National Life Insurance Company. To expedite the processing of your claim, instructions on the claim form should be followed carefully; be sure all questions are answered fully. In accordance with ERISA, The Lincoln National Life Insurance Company will send you a written notice of its claim decision within:

- 45 days after receiving the first proof of a claim for disability benefits (105 days under special circumstances).

If a claim is partially or wholly denied, this written notice will explain the reason(s) for denial, how a review of the decision may be requested, and whether more information is needed to support the claim. You may request a review of the claim by making a written request to The Lincoln National Life Insurance Company within:

- 180 days after receiving a denial notice of a claim for disability income benefits.

This written request for review should state the reasons why you feel the claim should not have been denied and should include any additional documentation to support your claim. You may also submit for consideration additional questions or comments you feel are appropriate, and you may review certain non-privileged information relating to the request for review. The Lincoln National Life Insurance Company will make a full and fair review of the claim and provide a final written decision to you within:

- 45 days after receiving the request for review of a claim for disability income benefits (90 days under special circumstances).

If more information is needed to resolve a claim, the information must be supplied within 45 days after requested. Any resulting delay will not count toward the above time limits for claims or appeals processing. Please refer to your certificate of insurance for more information about how to file a claim, how to appeal a denied claim, and for details regarding the claims procedures.

## Statement of ERISA Rights

The following statement of ERISA rights is required by federal law and regulation. As a participant in this plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

Receive Information About Your Plan and Benefits. Examine, without charge, at the Plan Administrator's office and at other specified locations, such as work sites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series), if any, filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Pension and Welfare Benefit Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series), if any, and updated summary plan description. The administrator may make a reasonable charge for copies.

Receive a summary of the plan's annual financial report if the plan covers 100 or more participants. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

Prudent Actions by Plan Fiduciaries. In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

Enforce Your Rights. If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

Assistance with Your Questions. If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.

Lincoln Financial Group

# Lincoln Financial Group® Privacy Practices Notice

The Lincoln Financial Group companies* are committed to protecting your privacy. To provide the products and services you expect from a financial services leader, we must collect personal information about you. We do not sell your personal information to third parties. This Notice describes our current privacy practices. While your relationship with us continues, we will update and send our Privacy Practices Notice as required by law. Even after that relationship ends, we will continue to protect your personal information. You do not need to take any action because of this Notice, but you do have certain rights as described below.

We are committed to the responsible use of information and protecting individual privacy rights. As such, we look to leading data protection standards to guide our privacy program. These standards include collecting data through fair and lawful means, such as obtaining your consent when appropriate.

## Information we may collect and use

We collect personal information about you to help us identify you as a consumer, our customer, or our former customer; to process your requests and transactions; to offer investment or insurance services to you; to pay your claim; to analyze in order to enhance our products and services; to tell you about our products or services we believe you may want and use; and as otherwise permitted by law. The type of personal information we collect depends on your relationship and on the products or services you request and may include the following:

- When you submit your application or other forms, you give us information such as your name, address, Social Security number; and your financial, health, and employment history. We may also collect voice recordings or biometric data for use in accordance with applicable law.
- We maintain information about your transactions with us, such as the products you buy from us; the amount you paid for those products; your account balances; payment details; and your payment and claims history.
- : If you are applying for or purchasing insurance products, we may collect information from consumer reporting agencies, such as your credit history; credit scores; and driving and employment records. With your authorization, we may also collect information (such as medical information, retirement information, and information related to Social Security benefits), from other individuals or businesses.
- : If your employer applies for or purchases group products from us, we may obtain information about you from your employer or group representative in order to enroll you in the plan.

## How we use your personal information

We may share your personal information within our companies and with certain service providers. They use this information to process transactions you, your employer, or your group representative have requested; to provide customer service; to analyze in order to evaluate or enhance our products and services; to gain customer insight; to provide education and training to our workforce and customers; and to inform you of products or services we offer that you may find useful. Our service providers may or may not be affiliated with us. They include financial service providers (for example, third party administrators; broker-dealers; insurance agents and brokers, registered representatives; reinsurers and other financial services companies with whom we have joint marketing agreements). Our service providers also include non-financial companies and individuals (for example, consultants; vendors; and companies that perform marketing services on our behalf). Information we obtain from a report prepared by a service provider may be kept by the service provider and shared with other persons; however, we require our service providers to protect your personal information and to use or disclose it only for the work they are performing for us, or as permitted by law. We may execute agreements with our service providers that permit the service provider to process your personal information outside of the United States, when not prohibited by our contracts and permitted by applicable law.

When you apply for one of our products, we may share information about your application with credit bureaus. We also may provide information to group policy owners or their designees (for example, to your employer for employer-sponsored plans and their authorized service providers), regulatory authorities and law enforcement officials, and to other non-affiliated or affiliated parties as permitted by law. In the event of a sale of all or part of our businesses, we may share customer information as part of the sale.

## Security of information

We have an important responsibility to keep your information safe. We use safeguards to protect your information from unauthorized disclosure. Our employees are authorized to access your information only when they need it to perform their job responsibilities. Employees who have access to your personal information are required to keep it confidential. Employees are required to complete privacy training annually.

## Your rights regarding your personal information

This Privacy Notice describes how you can exercise your rights regarding your personal information. Lincoln complies with all applicable laws and regulations regarding the provision of personal information. The rights provided to you in this Privacy Notice will be administered in accordance with your state's specific laws and regulations.

You must submit a written request to receive a copy of your personal information. You may see your personal information in person, or you may ask us to send you a copy of your personal information by mail or electronically, whichever you prefer. We will need to verify your identity before we process the request. Within 30 business days of receiving your request, we will, depending on the specific request you make, (1) inform you of the nature and substance of the recorded personal information we have about you; (2) permit you to obtain a copy of your personal information; and (3) provide the identity (if recorded) of persons to whom we disclosed your personal information within two years prior to the request (if this information is not recorded, we will provide you with the names of those insurance institutions, agents, insurance support organizations or other persons to whom such information is normally disclosed). If you request a copy of your information by mail, we may charge you a fee for copying and mailing costs.

If you believe that your personal information is inaccurate or incomplete, you may ask us to correct, amend, or delete the information. Your request must be in writing and must include the reason you are requesting the change. We will respond within 30 business days from the date we receive your request.

If we make changes to your records as a result of your request, we will notify you in writing and we will send the updated information, at your request, to any person who may have received your personal information within the past two years. We will also send the updated information to any insurance support organization that gave us the information and any insurance support organization that systematically received personal information from us within the prior 7 years unless that support organization no longer maintains your personal information.

If we deny your request to correct, amend or delete your information, we will provide you with the reasons for the denial. You may write to us and concisely describe what you believe our records should say and why you disagree with our denial of your request to correct, amend, or delete that information. We will file this communication from you with the disputed information, identify the disputed information if it is disclosed, and provide notice of the disagreement to the persons and in the manner described in the paragraph above.

You may ask in writing for the specific reasons for an adverse underwriting decision. An adverse underwriting decision is where we decline your application for insurance, offer to insure you at a higher than standard rate, or terminate your coverage.

Your state may provide for additional privacy protections under applicable laws. We will protect your information in accordance with these additional protections.

If you would like to act upon your rights regarding your personal information, please provide your full name, address and telephone number and either email your inquiry to our Data Subject Access Request Team at DSAR@lfg.com or mail to: Lincoln Financial Group, Attn: Corporate Privacy Office, 1301 South Harrison St., Fort Wayne, IN 46802. The DSAR@lfg.com email address should only be used for inquiries related to this Privacy Notice. For general account service requests or inquiries, please call 1-877-ASK-LINC.

*This information applies to the following Lincoln Financial Group companies:

First Penn-Pacific Life Insurance Company
Lincoln Financial Distributors, Inc.
Lincoln Financial Group Trust Company
Lincoln Investment Advisors Corporation
Lincoln Life & Annuity Company of New York
Lincoln Life Assurance Company of Boston
Lincoln Retirement Services Company, LLC
Lincoln Variable Insurance Products Trust
The Lincoln National Life Insurance Company

**This Notice is effective 14 calendar days after it is made available on Lincoln's website, www.LFG.com/privacy.

Holy Cross Medical Group

**Constance Fields M.D.**
*Cardiology*
9980 Central Park Blvd., Suite 304
Boca Raton, FL 33428-1704
(561) 483-8335 Fax (561) 483-1756

---

**MATTHEW J. DUNTZ** **Visit date:** 11/22/2021
DOB:

## Assessment

1. Abnormal findings on diagnostic imaging of heart and coronary circulation

## Procedure

INDICATION: CAD, angina

DEMOGRAPHICS
Patient Name: MATTHEW DUNTZ
Gender: M
DOB: Age:59 year
MRN: 1018471
Date of Exam: Nov 22, 2021
Height: 6'2" Weight: 233 lbs

ORDERING PHYSICIAN: Constance Fields, MD

SUPERVISING PHYSICIAN: Constance Fields, MD

DATE OF EXAM: (Stress): 11/22/21
DATE OF EXAM: (Rest): 11/23/21

PROCEDURE: MYOCARDIAL PERFUSION IMAGING SPECT
Two-day Stress/Rest
Stress Protocol: Exercise Accelerated Bruce

NON-IMAGING DATE (STRESS TEST RESPONSE)
Rest Heart Rate: 80
Stress Heart Rate: 139
Rest Blood Pressure: 112/70
Stress Blood Pressure: 200/80
Rest ECG Findings: NSR, PRWP
Stress ECG Findings: ST, no ST segment depression - 2 minutes after exercise - develops biphasic T waves aVF and V6
Stress Symptoms: shortness of breath fatigue
Stress Duration: 6 min 5 sec
Percentage of maximum predict HR:86
#METS: 10.1
Reason for termination of stress: fatigue shortness of breath achievement of target heart rate
Stress Test Findings: Abnormal with the development of biphasic T waves in aVF and V6 about 2 minutes after exercise lasting about 3 minutes associated with chest pain
RADIOACTIVE AND NON-RADIOACTIVE MATERIAL ADMINISTERED
Stress Isotope: Cardiolite (Tc99m MIBI)
Stress Isotope Dose (mCi): 28.3
Stress Isotope Route: IV

Timing of radiopharmaceuticals: 1 min prior to stopping exercise

Resting Isotope: Cardiolite (Tc99m MIBI)
Resting Isotope Dose: 30
Resting Isotope Route: IV

IMAGE DESCRIPTION: ADDITIONAL OBSERVATIONS
Image Quality: Excellent

LV FUNCTION AND WALL MOTION ANALYSIS:
Ejection Fraction: 62%
Overall LV Function: Normal
Regional Wall Motion Abnormalities: TID
Comparison to previous imaging: No previous study available for comparison

IMAGE DESCRIPTION: DEFECTS
Size extent: small
Severity intensity: mild
Location: Upper Septal , Inferior , Anterior
Type: Ischemic

IMPRESSION:
Perfusion Findings: Mild Upper Septal Ischemia. Mild Inferior Wall Ischemia. Mild Anterior Wall Ischemia. TID

Interpreting Physician: Jay Baker, MD
Electronically signed by : Jay Baker, M.D., Nov 24 2021 7:48AM EST (Author)

001561221
2128900299

* Electrocardiogram EKG - Auth (Verified) *

**DUNTZ, MATTHEW**
Male (59 Years)
Room: E01
Location: 35

| | |
|---|---|
| Vent. rate | 81 BPM |
| PR interval | 178 ms |
| QRS duration | 82 ms |
| QT/QTc-Baz | 364/422 ms |
| P-R-T axes | 71 57 46 |

MRN: 001561221
Normal sinus rhythm
Normal ECG

10/16/2021 13:55:42
BOCA RATON REGIONAL HOSP

[redacted]
Order Number: 1172000077
Visit: 2128900299

STAT

Unconfirmed




25 mm/s 10.0mm/mV 0.56-40 Hz ZPD 60 Hz MAC™ VU3 2SP01 12SL v23.1 4 by 2.5s + 1 rhythm ld Page 1 of 1

BRRH



Lincoln/Duntz 1350

Popout | Clear | Label Contours Smear Skip | Grid None | Zoom 4




| | |
|---|---|
| Name | DUNTZ,MATTHEW |
| Pat ID | 1018471 |
| Sex | MALE |
| Limits | A:SepdualMale |
| TID | 1.54 |
| LHR | 0.15 |
| SSS 4 | SRS 0 SDS 4 |

| | |
|---|---|
| Proc ID | STRESS |
| View ID | SHORT AXIS-STR |
| Date | 11/22/2021 11:46:13 |
| Chamber | 71ml |
| Wall | 138ml |
| Defect | 2ml |
| Extent | 1% |

| | |
|---|---|
| Proc ID | STRESS |
| View ID | SHORT AXIS-RST |
| Date | 11/23/2021 11:46:13 |
| Chamber | 46ml |
| Wall | 123ml |
| Defect | 0ml |
| Extent | 0% |




Auto | Zero | Accept | Reject

Lincoln/Duntz 1351

Label Contours Smear Graph Spin | Surface Counts | Counts Extent | Grid None | Zoom 4 | Scale 1.0 | Rate 13




| | |
|---|---|
| Name | DUNTZ,MATTHEW |
| Pat ID | 1018471 |
| Sex | MALE |
| Limits | A:SepdualMale |
| TID | 1.54 |
| LHR | 0.15 |
| SSS 4 | SRS 0 SDS 4 |

| | |
|---|---|
| Proc ID | STRESS |
| View ID | SHORT AXIS-STR |
| Date | 11/22/2021 11:46:13 |
| Chamber | 71ml |
| Wall | 138ml |
| Defect | 2ml |
| Extent | 1% |

| | |
|---|---|
| Proc ID | STRESS |
| View ID | SHORT AXIS-RST |
| Date | 11/23/2021 11:46:13 |
| Chamber | 46ml |
| Wall | 123ml |
| Defect | 0ml |
| Extent | 0% |




Auto | Zero | Accept | Reject

**Lincoln/Duntz 1352**

Label Box ED Gate Spin | Surface Inner | Interval 1 | Scale 1.0 | Rate 13




ANT | LAT | INF | SEPT | APEX | BASE | LAO | RAO | ECHO

| | |
|---|---|
| Name | DUNTZ,MATTHEW |
| Pat ID | 1018471 |
| Sex | MALE |
| Limits | A:SepdualMale |
| TID | 1.54 |
| LHR | 0.15 |
| SMS 1 | STS 0 |

| | |
|---|---|
| Proc ID | STRESS |
| View ID | PROC GS-STR |
| Date | 11/22/2021 11:46:13 |
| Matrix | 64x64 |
| Slices | 25 |
| Intervals | 8 |
| Mm/Vox | 6.40 |

| | |
|---|---|
| Volume | 85ml [1] |
| EDV | 85ml [1] |
| ESV | 32ml [4] |
| SV | 52ml |
| EF | 62% |




Auto | Zero | Accept | Reject

Lincoln/Duntz 1353

Date: Wed Oct 13 11:57:39 CDT 2021
From: Swara Vyas <Swara.Vyas@lfg.com>
To: mglenn@atgshades.com
Message-ID: <1067884253.48.1634144259154.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1210085648 (SECURE)

center

E-communication from Lincoln Financial Group

center

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

center

Important Information for Claim #1210085648

center

Please review the attached letter and/or document(s) regarding the Claim #1210085648 for Matthew Duntz. You may submit claim forms and additional documentation via email to \"mailto:DisabilityClaims@LFG.com\"DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at \"mailto:claims@lfg.com\"claims@lfg.com or 1-800-423-2765.

**Swara Vyas**
**Claims Examiner II, Claims**
Atlanta, GA Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765
Email: Swara.Vyas@lfg.com

center

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

October 13, 2021

Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

MATTHEW J DUNT

Re: Policyholder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129200000
Claim Number: 1210085648
Claimant: Matthew Duntz

Dear Mr. Duntz:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 10/11/2021 and have received additional information for consideration of additional benefits.

We are currently unable to determine the recovery period for your condition.

We will continue to work with you and your physician's office for updates and to obtain additional medical records to help us better understand your prognosis and treatment.

You do not need to do anything further at this time.

Let us know as soon as possible if you return to work on a full-time or part-time bases to avoid an overpayment.

Medical evidence may include office and treatment notes, progress notes, testing and/or laboratory results, x-ray results, therapy notes and operative reports. This documentation may be obtained from your physician and should be provided at your own expense. A note from your physician, without any supporting medical documentation, may not be sufficient to consider further benefits.

To expedite claim processing, please feel free to fax information toll-free to our office at 1-877-843-3950.

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Swara Vyas
1-800-423-2765
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

CC: Aerospace Technologies Group, Inc.
ATTN: Michelle Glenn
620 NW 35th St
Boca Raton, FL 33431

Date: Wed Oct 13 11:57:35 CDT 2021
From: Swara Vyas <Swara.Vyas@lfg.com>
To: mduntz@gmail.com
Message-ID: <1082464062.43.1634144255111.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1210085648 (SECURE)

center

E-communication from Lincoln Financial Group

center

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

center

Important Information for Claim #1210085648

center

Please review the attached letter and/or document(s) regarding the Claim #1210085648 for Matthew Duntz.   You may submit claim forms and additional documentation via email to \"mailto:DisabilityClaims@LFG.com\"DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at \"mailto:claims@lfg.com\"claims@lfg.com or 1-800-423-2765.

**Swara Vyas**
**Claims Examiner II, Claims**
Atlanta, GA Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765
Email: Swara.Vyas@lfg.com

center

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

October 13, 2021

Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

MATTHEW J DUNT

Re: Policyholder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129200000
Claim Number: 1210085648
Claimant: Matthew Duntz

Dear Mr. Duntz:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 10/11/2021 and have received additional information for consideration of additional benefits.

We are currently unable to determine the recovery period for your condition.

We will continue to work with you and your physician's office for updates and to obtain additional medical records to help us better understand your prognosis and treatment.

You do not need to do anything further at this time.

Let us know as soon as possible if you return to work on a full-time or part-time bases to avoid an overpayment.

Medical evidence may include office and treatment notes, progress notes, testing and/or laboratory results, x-ray results, therapy notes and operative reports. This documentation may be obtained from your physician and should be provided at your own expense. A note from your physician, without any supporting medical documentation, may not be sufficient to consider further benefits.

To expedite claim processing, please feel free to fax information toll-free to our office at 1-877-843-3950.

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Swara Vyas
1-800-423-2765
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

CC: Aerospace Technologies Group, Inc.
ATTN: Michelle Glenn
620 NW 35th St
Boca Raton, FL 33431

Date: Mon Sep 20 11:22:33 CDT 2021
From: Swara Vyas <Swara.Vyas@lfg.com>
To: mglenn@atgshades.com
Message-ID: <1567595282.43.1632154953424.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1210085648 (SECURE)

center

E-communication from Lincoln Financial Group

center

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

center

Important Information for Claim #1210085648

center

Please review the attached letter and/or document(s) regarding the Claim #1210085648 for Matthew Duntz. You may submit claim forms and additional documentation via email to \"mailto:DisabilityClaims@LFG.com\"DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at \"mailto:claims@lfg.com\"claims@lfg.com or 1-800-423-2765.

**Swara Vyas**
**Claims Examiner II, Claims**
Atlanta, GA Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765
Email: Swara.Vyas@lfg.com

center

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

September 20, 2021

Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

MATTHEW J DUNT

Re: Policyholder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129200000
Claim Number: 1210085648
Claimant: Matthew Duntz

Dear Mr. Duntz:

This letter is to advise you your claim for Short Term Disability benefits has been approved beginning on 08/02/2021.

The policy issued to Aerospace Technologies Group, Inc., has a 14 day elimination period during which no benefits are payable. Your benefits will begin on 08/16/2021. Your first payment will be received separately within the next business week. Subsequent payments will be issued weekly or biweekly depending on your specific policy language.

Based on your Basic Weekly Earnings, your weekly benefit will equal 2,000.00. However, if you are receiving Other Income Benefits as defined by your policy, your benefit may be reduced based on policy provisions.

At this time your benefits are being allowed to 10/11/2021. This date represents the recovery period that has been suggested by your physician or the usual and customary recovery period for your disability and occupation.

If you are unable to return to work on this date due to your disability, please provide the attached form to your doctor to complete and return to Lincoln Financial for consideration of additional disability benefits; or provide medical documentation that supports continued disability.

Medical documentation may include, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and or laboratory results, operative reports, hospitalization records, all types of therapy notes and consultations. This information may be obtained from your physicians and should be provided at your own expense. A note from your

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

physician without any supporting documentation may not be sufficient to approve further benefits.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Swara Vyas
1-800-423-2765
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

Enclosure(s): Group Continuance DISB APS
CC: Aerospace Technologies Group, Inc.
ATTN: Michelle Glenn
620 NW 35th St
Boca Raton, FL 33431

Lincoln Financial Group®

PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

TO AVOID DELAY, PLEASE ANSWER ALL UESTIONS COMPLETELY.
Aerospace Technologies Group, Inc. IS NOT RESPONSIBLE FOR CHARGES INCURRED FOR COMPLETION OF THIS FORM. IT IS THE INSURED'S RESPONSIBILITY TO PROVIDE PROOF OF CONTINUED DISABILITY AT HIS/HER E PENSE.

1. Patient s Name Matthew Duntz ______ Date of Birth ______
2. Diagnosis, Nature of Sickness or In ury (Describe complications, if any)
______
______
3. a) Date of First Treatment ______
b) Date of Most Recent Treatment ______
c) Frequency of Treatments ______
d) Type of Treatment Rendered ______
e) Is surgery scheduled If so, when ______
4. The patient has been continuously Totally Disabled (unable to perform regular ob) from ______ to ______
The patient has been continuously Partially Disabled (some restrictions or light duty) from ______ to ______
If the patient is still disabled, when should the patient be able to return to work ______
5. Remarks or Comments: ______
______
6. List Restrictions and Limitations: ______
______
7. Physical Impairment:
- ☐ Class 1 – No limitation – capable of heavy work – No restrictions (1-10 )
- ☐ Class 2 – Medium manual activity (15 – 30 )
- ☐ Class 3 – Slight limitation of functional capacity, capable of light work (35 – 55 )
- ☐ Class 4 – Moderate limitations of functional capacity, capable of sedentary/clerical activity (60 – 70 )
- ☐ Class 5 – Severe limitation of functional capacity, incapable of minimum (sedentary) activity (75 – 100 )

8. Mental Impairments (if applicable)
- ☐ Class 1 – Patient is able to function under stress and engage in personal relations (no limitations)
- ☐ Class 2 – Patient is able to function in most stress situation engage in most interpersonal relations (slight limitation)
- ☐ Class 3 – Patient is able to engage in limited stress situation limited interpersonal relations (moderate limitation)
- ☐ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitation)
- ☐ Class 5 – Patient has significant loss of psychological, physiological, personal social ad ustment (severe limitations)

Date ______ Signed ______ /Degree/Specialty ______
(Month Day Year) (Attending Physician, No Stamps, please)

Street Address ______
City, State ______
Phone Number ______
Fax Number ______

FRAUD NOTICES. For your protection, certain states re uire that the following notices appear on this form.

Alabama. Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

Alas a. A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

Arizona. For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

Ar ansas, Louisiana, Rhode Island and West Virginia. Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

California. For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

Colorado. It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

Delaware. Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

District of Columbia. It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

Florida. Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

Idaho. Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

Indiana. A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

entuc y. Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

Maine. It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

Maryland. Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Minnesota. A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

New Hampshire. Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

New ersey. Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

New Me ico. Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

New Yor . Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

Ohio. Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

O lahoma. Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

Oregon. Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

Pennsylvania. Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

Puerto Rico. Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

Tennessee, Virginia and Washington. It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

Te as. Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

FOR ALL OTHER STATES E CLUDING CONNECTICUT AND ANSAS. A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló̜. Kojį' hódíílnih áǫįóóǫéą̨́ǫąíę́ę.

Lincoln/Duntz 1366

Date: Mon Sep 20 11:22:27 CDT 2021
From: Swara Vyas <Swara.Vyas@lfg.com>
To: mduntz@gmail.com
Message-ID: <1350778722.38.1632154947700.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1210085648 (SECURE)

center

E-communication from Lincoln Financial Group

center

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

center

Important Information for Claim #1210085648

center

Please review the attached letter and/or document(s) regarding the Claim #1210085648 for Matthew Duntz. You may submit claim forms and additional documentation via email to \"mailto:DisabilityClaims@LFG.com\"DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at \"mailto:claims@lfg.com\"claims@lfg.com or 1-800-423-2765.

**Swara Vyas**
**Claims Examiner II, Claims**
Atlanta, GA Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765
Email: Swara.Vyas@lfg.com

center

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

September 20, 2021

Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

MATTHEW J DUNT

Re: Policyholder: Aerospace Technologies Group, Inc.
Policy Number: 00001014129200000
Claim Number: 1210085648
Claimant: Matthew Duntz

Dear Mr. Duntz:

This letter is to advise you your claim for Short Term Disability benefits has been approved beginning on 08/02/2021.

The policy issued to Aerospace Technologies Group, Inc., has a 14 day elimination period during which no benefits are payable. Your benefits will begin on 08/16/2021. Your first payment will be received separately within the next business week. Subsequent payments will be issued weekly or biweekly depending on your specific policy language.

Based on your Basic Weekly Earnings, your weekly benefit will equal 2,000.00. However, if you are receiving Other Income Benefits as defined by your policy, your benefit may be reduced based on policy provisions.

At this time your benefits are being allowed to 10/11/2021. This date represents the recovery period that has been suggested by your physician or the usual and customary recovery period for your disability and occupation.

If you are unable to return to work on this date due to your disability, please provide the attached form to your doctor to complete and return to Lincoln Financial for consideration of additional disability benefits; or provide medical documentation that supports continued disability.

Medical documentation may include, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and or laboratory results, operative reports, hospitalization records, all types of therapy notes and consultations. This information may be obtained from your physicians and should be provided at your own expense. A note from your

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

physician without any supporting documentation may not be sufficient to approve further benefits.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Swara Vyas
1-800-423-2765
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

Enclosure(s): Group Continuance DISB APS
CC: Aerospace Technologies Group, Inc.
ATTN: Michelle Glenn
620 NW 35th St
Boca Raton, FL 33431

Lincoln Financial Group®

PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

TO AVOID DELAY, PLEASE ANSWER ALL UESTIONS COMPLETELY.
Aerospace Technologies Group, Inc. IS NOT RESPONSIBLE FOR CHARGES INCURRED FOR COMPLETION OF THIS FORM. IT IS THE INSURED'S RESPONSIBILITY TO PROVIDE PROOF OF CONTINUED DISABILITY AT HIS/HER E PENSE.

1. Patient s Name Matthew Duntz ____ Date of Birth _ ____

2. Diagnosis, Nature of Sickness or In ury (Describe complications, if any)

____

____

3. a) Date of First Treatment ____

b) Date of Most Recent Treatment ____

c) Frequency of Treatments ____

d) Type of Treatment Rendered ____

e) Is surgery scheduled If so, when ____

4. The patient has been continuously Totally Disabled (unable to perform regular ob) from ____ to ____

The patient has been continuously Partially Disabled (some restrictions or light duty) from ____ to ____

If the patient is still disabled, when should the patient be able to return to work ____

5. Remarks or Comments: ____

____

6. List Restrictions and Limitations: ____

____

7. Physical Impairment:

- ☐ Class 1 – No limitation – capable of heavy work – No restrictions (1-10 )
- ☐ Class 2 – Medium manual activity (15 – 30 )
- ☐ Class 3 – Slight limitation of functional capacity, capable of light work (35 – 55 )
- ☐ Class 4 – Moderate limitations of functional capacity, capable of sedentary/clerical activity (60 – 70 )
- ☐ Class 5 – Severe limitation of functional capacity, incapable of minimum (sedentary) activity (75 – 100 )

8. Mental Impairments (if applicable)

- ☐ Class 1 – Patient is able to function under stress and engage in personal relations (no limitations)
- ☐ Class 2 – Patient is able to function in most stress situation engage in most interpersonal relations (slight limitation)
- ☐ Class 3 – Patient is able to engage in limited stress situation limited interpersonal relations (moderate limitation)
- ☐ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitation)
- ☐ Class 5 – Patient has significant loss of psychological, physiological, personal social ad ustment (severe limitations)

Date ____ Signed ____ /Degree/Specialty ____
(Month Day Year) (Attending Physician, No Stamps, please)

Street Address ____

City, State ____

Phone Number ____

Fax Number ____

FRAUD NOTICES. For your protection, certain states re uire that the following notices appear on this form.

Alabama. Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

Alas a. A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

Arizona. For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

Ar ansas, Louisiana, Rhode Island and West Virginia. Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

California. For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

Colorado. It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

Delaware. Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

District of Columbia. It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

Florida. Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

Idaho. Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

Indiana. A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

entuc y. Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

Maine. It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

Maryland. Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Minnesota. A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

New Hampshire. Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

New ersey. Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

New Me ico. Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

New Yor . Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

Ohio. Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

O lahoma. Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

Oregon. Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

Pennsylvania. Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

Puerto Rico. Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

Tennessee, Virginia and Washington. It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

Te as. Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

FOR ALL OTHER STATES E CLUDING CONNECTICUT AND ANSAS. A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló̜. Koji̜' hódíílnih áǫį̨óóǫéą̨́ǫą́íę́ę.

| | |
|---|---|
| Job title | *Chief Sales Officer* |
| Reports to | *CEO* |

## Job purpose

Executive Leader for ATG Sales and Program Management. Develops Sales plan to align with strategic plan for the Company and personally represents ATG in a sales and consultation role with our partners. This position leads the Sales, Program Management and Customer Service departments,

## Duties and Responsibilities

- Builds positive long-term relationships and high potential for repeat business with customers.
- Establishes sales plans to meet annual, quarterly, or monthly goals.
- Sets Department KPIs for reporting departments.
- Performs contract reviews
- Supports team members with sales presentations, including demonstrations and sales proposal presentations. Assists team members by supporting / conducting sales negotiations with appropriate customer personnel.
- Provides council to ATG customers on creating solutions for the customer experience
- Develops ATGs Marketing plan, including
- Budgets, oversees planning and marketing of multiple trade shows each year
- Leads the Customer Support team by providing council and mentoring
- Leads the Program Management team, authorizes change orders and capital investments

## Qualifications

Qualifications include:

- Bachelor's degree in sales preferred but not required
- Sales experience with commercial jets
- Aircraft Interiors experience preferred
- Knowledge and understanding of Federal Aviation Regulations
- Knowledge and understanding of AS9100
-

Preferred Experience: Between 5 and 10 years

Preferred Education: Associate's Degree

## Working Conditions

- Exercising independent judgment
- Rapid Decision Making
- Precise Accuracy requirements
- Meet production deadlines
- Safeguarding organization assets and property
- Minimal Guidance or direction
- Performing multiple functions/activities

**Lincoln/Duntz 1374**

- Complex calculations

## Physical Requirements

- Sitting Several times per day
- Standing Several times per day
- Talking Continuously
- Typing Several times per day
- Walking Several times per day
- Writing Several times per day
- Prolonged visual work

| Lifting Activities | Weight | Height | Distance | Frequency |
|---|---|---|---|---|
| Most Frequently Lifted Object | Under 10 lbs. | Waist level | 1 - 9 feet | Occasionally |
| Heaviest Object Lifted | Under 10 lbs. | Waist level | 1- 9 feet | Occasionally |

## Travel Requirements

This position requires 25-50% of domestic and international travel.

## Direct reports

None

| | |
|---|---|
| Approved by: | |
| Date approved: | |
| Reviewed: | *March 2019* |

Lincoln Financial Group®

# Authorization For Release Of Information

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: DUNTZ (Last) MATTHEW (First) JOHN (Middle)

Date of Birth: ____ ____ ________ Social Security Number: ____ ____ ____________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 08 / 16 / 2021

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** MATTHEW J. DUNTZ

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ____________

**ADDRESS:** ____________ (Street)

____________ (City) (State) (Zip Code)

**PHONE NO:** ____________

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Short Term Disability Claim Form Statement Of Employee

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Your Information

Full Name (First): MATTHEW (M.I.): J (Last Name): DUNTZ

Social Security Number: 

Date of Birth: 

Street Address: 

Phone Number: 

☑ Male ☐ Female

City: State: Zip Code: 

Email Address: 

## 2. Your Employer

Employer Name: AEROSPACE TECHNOLOGIES GROUP INC.

Group ID: AEROTECH GR

Job Title: CHIEF SALES OFFICER

Policy Number: 10141292

Billing Location: 

## 3. Reason for inability to work

Description of Sickness, Injury or Pregnancy: 2 - HEART ATTACKS IN 18 MONTHS
- CANCER (MELANOMA) IN NUMEROUS LOCATIONS.
- STRESS

Date Last Worked: 07 / 30 / 2021

Injury work related? ☐ Yes ☑ No

## 4. Other Income Being Received

| | Amount $ | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Social Security | ________ | __/__/____ | __/__/____ | __/__/____ |
| Workers' Comp | ________ | __/__/____ | __/__/____ | __/__/____ |
| Salary Continuance | ________ | __/__/____ | __/__/____ | __/__/____ |
| State Disability | ________ | __/__/____ | __/__/____ | __/__/____ |
| Other Disability | ________ | __/__/____ | __/__/____ | __/__/____ |
| Sick Pay | ________ | __/__/____ | __/__/____ | __/__/____ |

If approved, should Lincoln National Life Insurance Co. withhold Federal Income Taxes from your benefits?

☐ Yes ☑ No If yes, indicate how much? ____________

*(Minimum: $20 per week Short-Term Disability) (Minimum: $88 per Month Long-Term Disability)*

## 5. Who is your treating health care provider?

This is your primary health care professional. Please have them complete the Attending Physician's Statement. If you have additional health care providers, please also complete the Treating Medical Professional form.

Physician's Full Name: CONSTANCE D. FIELDS

Phone Number: 561-483-8335

Fax Number: 561-483-1756

Street Address: 9980 CENTRAL PK BLVD. N. SUITE 310

City: BOCA RATON State: FL Zip Code: 33428

## 6. Account for Direct Deposit

☑ Checking ☐ Saving

Bank Name: IBM SECU

Routing Number: 267077627

Account Number: 0700113156587

The above statements are true and complete to the best of my knowledge and belief. I have read and understand Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature: [signature]

Date: 08/16/21

Print Name: MATT DUNTZ

(Please see FRAUD NOTICES attached)

## Illness or Injury Supplemental Questionnaire

**Instructions: Please answer the questions to the best of your ability and sign and date below.**

1. Is someone else responsible for your illness/injury? ☐ Yes ☑ No
2. Are you making a claim against anyone or any insurance company other than Lincoln Financial Group? ☐ Yes ☑ No

**If you answered yes to either question above, please answer the following questions:**

3. Please describe in detail the cause of your illness or injury:

4. Please provide the location and address where the illness or injury occurred: ______________________

5. Please provide the Responsible Party's information:

   1. Name: MATT DUNTZ
   2. Address: ______________________
   3. Telephone Number: ______________________
   4. Insurance Company's Name: ______________________
   5. Claim Number: ______________________

6. If you have hired an attorney to investigate or prosecute a claim related to your illness or injury, please provide your attorney's information:

   1. Name: ______________________
   2. Address: ______________________
   3. Telephone Number: ______________________

7. If you have any documents related to any investigation into how your illness or injury occurred, please attach them.

**I have answered the above questions to the best of my ability. I understand that fraudulently answering any of these questions could result in the suspension or termination of my benefits. I further understand that I have an obligation to supplement any of the above responses should any of the above information change in the future.**

Print Name: MATT DUNTZ

Signature: [signature] Date: 08 / 16 / 2021

Lincoln Financial Group®

# Short Term Disability Claim Form Statement Of Employer

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

*Please submit a written job description for the employee's position with this claim form
*Please submit a copy of this employee's enrollment statement with this claim form

## 1. This claim is for:

Full Name (First): Matthew
(M.I.): J
(Last Name): Duntz

Social Security Number:
Coverage Start Date: ___/___/_____

## 2. Employee's Coverage & Policy

Organization Name: Aerospace Technolog
Insurance Class:
Group ID: AEROTECHGR
Policy Number: 10141292
Billing Location:
Claim Location:

## 3. Describe Employee's Role

Job Title: Chief Sales Officer

Description of Duties: Chief Sales Officer

Have you considered job accommodations? ☐ Yes ■ No
Injury work related? ☐ Yes ■ No

Date hired: 02 /15 /2016
Hours worked in a standard day: 8
Date last worked: 07 /30 /2021
Hours worked in a standard week: 40
Date back to work full-time: ___/___/_____
Hours worked on day last worked: 8
Earnings: $ 216,499.92
Frequency (W/M/Y etc.): Annual

## 4. Other Income Being Received

| | Amount $ | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Retirement Income | | __/__/____ | __/__/____ | __/__/____ |
| Workers' Comp | | __/__/____ | __/__/____ | __/__/____ |
| Salary Continuance | | __/__/____ | __/__/____ | __/__/____ |
| State Disability | | __/__/____ | __/__/____ | __/__/____ |
| Other Disability pay | | __/__/____ | __/__/____ | __/__/____ |

## 5. Employer Contact

Employer Contact Name: Vivian Gonzalez
Street Address: 620 NW 35th Street
City: Boca Raton
State: FL
Zip Code: 33431
Phone Number: 561-244-7406
Fax Number:
Email Address: vgonzalez@atgshades.com

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature: [signature] Date: 8/25/21
Print Name: Vivian Gonzalez

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Short Term Disability Claim Form Physician's Statement

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Patient Information

| Full Name (First) | (M.I.) | (Last Name) | Social Security Number |
|---|---|---|---|
| MATTHEW | J | DUNTZ | |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| 6'2" | 235 | | |

## 2. Diagnosis

Primary ICD diagnostic Code **(Required)**: I25.10

Primary ICD diagnosis Description: Coronary Arteriosclerosis

Secondary ICD Diagnosis Code: E78.5

Secondary ICD Diagnosis Description: Hyperlipidemia

**Pregnancy**

First Treated: __/__/__ Estimated Delivery: __/__/__ Date of Delivery: __/__/__ ☐ Vaginal ☐ C-Section

Symptoms: chest pain, shortness of breath

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings):
Abnormal cardiac catheterization - 8/4/21 - diagonal branch stenosis - s/p PTCA
3/22/20 - Left cx. occl s/p PTCA + stent
- Hospitalized 3/22-24/2021 - (AMI) / hospitalization

## 3. Disability Circumstances - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 8/2/2021 | 8/2/2021 | 8/6/2021 |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 8/3/2021 | 8/6/2021 | 9/30/2021 |

Dates hospital confined: 8/3/2021 to 8/5/2021

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

# Short Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 4. Limitations and Restrictions

He should not be under any emotional stress
Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
**N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%**

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | F | Standing | F | Crouching | O | Overhead | O |
| 6-10 lbs. | O | Walking | O | Crawling | O | Desk Level | C |
| 11-25 lbs. | O | Sitting | F | Grasping | F | Below Waist | O |
| 26-50 lbs. | N | Balancing | F | Climbing | O | | |
| 51-100 lbs. | N | Stooping | O | Pushing | O | | |
| 100 + lbs. | N | Kneeling | O | Pulling | O | | |
| | | Fingering | F | Bending | O | | |

Needs to avoid all emotional + physical stress
What job modifications would allow the patient to return to work?

**Activities of Daily Living**

**If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)**

Continence ____/____/__________

Dressing ____/____/__________

Transferring ____/____/__________

Bathing ____/____/__________

Toileting ____/____/__________

Eating ____/____/__________

Date patient experienced loss of Cognitive Functioning: ____/____/________

## 5. Treatment

Slowly increase activity
Cardiac rehabilitation
Medications

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Describe ongoing treatment frequency

## 6. Prognosis

Good - as long as he can avoid stress

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

1/1/2022 to 3/1/2022

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Constance Fields MD
Name

9980 Central Pk Blvd N. Suite 310
Street Address

Boca Raton | FL | 33428
City | State | Zip Code

561-483-8335 | 561-483-1756
Phone Number | Fax Number

[signature] | 8/17/21
Signature | Date

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

# Short Term Disability Claim Form Statement Of Employee

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Your Information

| Full Name (First) | (M.I.) | (Last Name) |
|---|---|---|
| MATTHEW | J | DUNTZ |

Social Security Number: 
Date of Birth: 

Street Address: 

Phone Number: 
☑ Male ☐ Female

City: 
State: 
Zip Code: 

Email Address: 

## 2. Your Employer

Employer Name: AEROSPACE TECHNOLOGIES GROUP INC.

Group ID: AEROTECHGR
Job Title: CHIEF SALES OFFICER

Policy Number: 10141292
Billing Location: 

## 3. Reason for inability to work

Description of Sickness, Injury or Pregnancy:
2-HEART ATTACKS IN 18 MONTHS
-CANCER (MELANOMA) IN NUMEROUS LOCATIONS.
-STRESS

Date Last Worked: 07 / 30 / 2021

Injury work related? ☐ Yes ☑ No

## 4. Other Income Being Received

| | Amount $ | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Social Security | ______ | __/__/____ | __/__/____ | __/__/____ |
| Workers' Comp | ______ | __/__/____ | __/__/____ | __/__/____ |
| Salary Continuance | ______ | __/__/____ | __/__/____ | __/__/____ |
| State Disability | ______ | __/__/____ | __/__/____ | __/__/____ |
| Other Disability | ______ | __/__/____ | __/__/____ | __/__/____ |
| Sick Pay | ______ | __/__/____ | __/__/____ | __/__/____ |

If approved, should Lincoln National Life Insurance Co. withhold Federal Income Taxes from your benefits?

☐ Yes ☑ No If yes, indicate how much? ____________

*(Minimum: $20 per week Short-Term Disability) (Minimum: $88 per Month Long-Term Disability)*

## 5. Who is your treating health care provider?

This is your primary health care professional. Please have them complete the Attending Physician's Statement. If you have additional health care providers, please also complete the Treating Medical Professional form.

Physician's Full Name: CONSTANCE D. FIELDS

Phone Number: 561.483.8335
Fax Number: 561.483.1756

Street Address: 9980 CENTRAL PK BLVD. N. SUITE 310

City: BOCA RATON
State: FL
Zip Code: 33428

## 6. Account for Direct Deposit

☑ Checking ☐ Saving

Bank Name: IBMSECU

Routing Number: 267077627

Account Number: 0700113156587

The above statements are true and complete to the best of my knowledge and belief. I have read and understand Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature: [signature]
Date: 08/16/21

Print Name: MATT DUNTZ

(Please see FRAUD NOTICES attached)

## Illness or Injury Supplemental Questionnaire

**Instructions: Please answer the questions to the best of your ability and sign and date below.**

1. Is someone else responsible for your illness/injury? ☐ Yes ☑ No
2. Are you making a claim against anyone or any insurance company other than Lincoln Financial Group? ☐ Yes ☑ No

**If you answered yes to either question above, please answer the following questions:**

3. Please describe in detail the cause of your illness or injury:

4. Please provide the location and address where the illness or injury occurred: ____________

5. Please provide the Responsible Party's information:
   1. Name: MATT DUNTZ
   2. Address: [illegible]
   3. Telephone Number: ____________
   4. Insurance Company's Name: ____________
   5. Claim Number: ____________

6. If you have hired an attorney to investigate or prosecute a claim related to your illness or injury, please provide your attorney's information:
   1. Name: ____________
   2. Address: ____________
   3. Telephone Number: ____________

7. If you have any documents related to any investigation into how your illness or injury occurred, please attach them.

**I have answered the above questions to the best of my ability. I understand that fraudulently answering any of these questions could result in the suspension or termination of my benefits. I further understand that I have an obligation to supplement any of the above responses should any of the above information change in the future.**

Print Name: MATT DUNTZ

Signature: [signature] Date: 08 / 16 / 2021

**Lincoln** Financial Group®

# Short Term Disability Claim Form Statement Of Employer

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

*Please submit a written job description for the employee's position with this claim form
*Please submit a copy of this employee's enrollment statement with this claim form

**1. This claim is for:**

Full Name (First): Matthew
(M.I.): J
(Last Name): Duntz
Social Security Number:
Coverage Start Date: ___/___/___

**2. Employee's Coverage & Policy**

Organization Name: Aerospace Technolog
Insurance Class:
Group ID: AEROTECHGR
Policy Number: 10141292
Billing Location:
Claim Location:

**3. Describe Employee's Role**

Job Title: Chief Sales Officer

Description of Duties: Chief Sales Officer

Have you considered job accommodations? ☐ Yes ■ No
Injury work related? ☐ Yes ■ No

Date hired: 02/15/2016
Hours worked in a standard day: 8
Date last worked: 07/30/2021
Hours worked in a standard week: 40
Date back to work full-time: ___/___/___
Hours worked on day last worked: 8
Earnings: $ 216,499.92
Frequency (W/M/Y etc.): Annual

**4. Other Income Being Received**

| | Amount $ | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Retirement Income | | / / | / / | / / |
| Workers' Comp | | / / | / / | / / |
| Salary Continuance | | / / | / / | / / |
| State Disability | | / / | / / | / / |
| Other Disability pay | | / / | / / | / / |

**5. Employer Contact**

Employer Contact Name: Vivian Gonzalez
Street Address: 620 NW 35th Street
City: Boca Raton
State: FL
Zip Code: 33431
Phone Number: 561-244-7406
Fax Number:
Email Address: vgonzalez@atgshades.com

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature: [signature]
Date: 8/25/21
Print Name: Vivian Gonzalez

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Short Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Patient Information

| Full Name (First) | (M.I.) | (Last Name) | Social Security Number |
|---|---|---|---|
| MATTHEW | J | DUNTZ | |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| 6'2" | 235 | | |

## 2. Diagnosis

Primary ICD diagnostic Code (Required): I25.10
Primary ICD diagnosis Description: Coronary Arteriosclerosis

Secondary ICD Diagnosis Code: E78.5
Secondary ICD Diagnosis Description: Hyperlipidemia

Pregnancy: __/__/__ First Treated __/__/__ Estimated Delivery __/__/__ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms: chest pain, shortness of breath

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings):
Abnormal cardiac catheterization - 8/3/21 - diagonal branch stenosis - s/p PTCA
3/22/20 - Left cx - occl -> s/p PTCA w/ stent
- Hospitalized 3/22-24/2021 - (NSTEMI) + revascularization

## 3. Disability Circumstances - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 8/2/2021 | 8/2/2021 | 8/6/2021 |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 8/3/2021 | 8/6/2021 | 9/30/2021 |

Dates hospital confined: 8/3/2021 to 8/5/2021

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Short Term Disability Claim Form Physician's Statement

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 4. Limitations and Restrictions

He should not be under any emotional stress

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | F | Standing | F | Crouching | O | Overhead | O |
| 6-10 lbs. | O | Walking | O | Crawling | O | Desk Level | C |
| 11-25 lbs. | O | Sitting | F | Grasping | F | Below Waist | O |
| 26-50 lbs. | N | Balancing | F | Climbing | O | | |
| 51-100 lbs. | N | Stooping | O | Pushing | O | | |
| 100 + lbs. | N | Kneeling | O | Pulling | O | | |
| | | Fingering | F | Bending | O | | |

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ___/___/___

Dressing ___/___/___

Transferring ___/___/___

Bathing ___/___/___

Toileting ___/___/___

Eating ___/___/___

Needs to avoid all emotional + physical stress

What job modifications would allow the patient to return to work?

## 5. Treatment

slowly increase activity
cardiac rehabilitation
medications

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of Cognitive Functioning: ___/___/___

## 6. Prognosis

Good - as long as he can avoid stress

Describe the patients prognosis for recovery

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

1/1/2022 to 3/1/2022

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Constance Fields MD

Name

9980 Central P/C Blvd. N, Suite 310

Street Address

Boca Raton | FL | 33428

City | State | Zip Code

561-483-8335 | 561-483-1756

Phone Number | Fax Number

[signature] | 8/17/21

Signature | Date

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Authorization For Release Of Information

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: DUNTZ (Last) MATTHEW (First) JOHN (Middle)

Date of Birth: ________ Social Security Number: ________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 08 / 16 / 2021

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** MATTHEW J. DUNTZ

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ________

**ADDRESS:** ________
(Street)

________
(City) (State) (Zip Code)

**PHONE NO:** ________

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Hoffner, Faye**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Friday, August 27, 2021 8:45 AM |
| **To:** | entrprserip |
| **Subject:** | FW: (secure) Receipt of Your Short-Term Disability Claim - Lincoln Financial |

---

**From:** Claims Receipt
**Sent:** Friday, August 27, 2021 8:44:56 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** bzhzmablues@yahoo.com
**Cc:** Disability Claims
**Subject:** (secure) Receipt of Your Short-Term Disability Claim - Lincoln Financial

E-communication from Lincoln Financial Group

Lincoln Financial Group
You're In Charge

GROUP BENEFITS

Dear Matthew Duntz:

You recently sent a short-term disability claim to Lincoln Financial Group—we've received it and entered your information into our system. Your claim number for this request is 1210085648.

Next, we'll assign a dedicated claims examiner to carefully and thoroughly review your information. **Your claims examiner will contact you about your claim status within one week.**

You can rely on us to provide all the information you need, including a full explanation of your claim decision. If we need additional details, the claims examiner will reach out to you—just fax your documentation to {877-843-3950} and include your claim number. Your prompt attention will help keep the review process on track.

If you have additional questions, call us at 1-800-423-2765 from 7:00 a.m.–7:00 p.m. CT, Monday through Thursday, and 7:00 a.m.–5:00 p.m. CT Friday, or email us at Claims@LFG.com. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Lincoln Financial Group Claims team

The Lincoln National Life Insurance Company

Lincoln Life & Annuities Company of New York

Please do not reply to this message. Replies are routed to an unmonitored mailbox. If you have questions please email us at Claims@LFG.com.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.

LCN-1742837-032317

©2017 Lincoln National Corporation

LincolnFinancial.com

Lincoln Financial Group
150 N. Radnor-Chester Road
Radnor, PA 19087
877-ASK-LINCOLN
877-275-5462

You're In Charge®

## Hoffner, Faye

**From:** Disability Claims
**Sent:** Tuesday, September 7, 2021 9:59 AM
**To:** entrprserip
**Subject:** FW: SECURE CN: 1210085648
**Attachments:** Chief Sales Officer.pdf

**Importance:** High

---

**From:** Vyas, Swara
**Sent:** Tuesday, September 7, 2021 9:59:01 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: SECURE CN: 1210085648

Please add this to clm no: 1210085648

**Swara Vyas**
Claims Specialist
Short Term Disability
800-423-2765 Ext. 3432
LincolnFinancial.com

---

**From:** Vivian Gonzalez <vgonzalez@atgshades.com>
**Sent:** Friday, September 3, 2021 3:31 PM
**To:** Vyas, Swara <Swara.Vyas@lfg.com>
**Subject:** RE: SECURE CN: 1210085648
**Importance:** High

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Swara,
Please see my answers in red below. The job description is attached.

Thank you,
Vivian

**Vivian Gonzalez**
HR Generalist

Aerospace Technologies Group, Inc.
620 NW 35th Street | Boca Raton, FL 33431 | USA
Direct +1.561.244.7406 | Main +1.561.244.7400

website | vCard | map | LinkedIn | email

The information contained in this message is privileged, confidential, and protected from disclosure. This message is intended for the individual or entity addressed herein. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system.

**From:** Vyas, Swara <Swara.Vyas@lfg.com>
**Sent:** Friday, September 3, 2021 1:05 PM
**To:** Vivian Gonzalez <vgonzalez@atgshades.com>
**Subject:** SECURE CN: 1210085648

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

My name is Swara, and I am currently working on a claim for **Mr. Matthew Duntz**, and I needed some additional information from his employer.

First, the salary listed in ARDIS (online portal for employers) and the salary listed on the Employer's Statement Form that was submitted is very different. Because the benefits are based on the income listed in ARDIS, please update his accurate salary through your online ARDIS portal.

**Accurate salary has been keyed into the ARDIS portal (LFG).**

Also, based on the forms, Mr. Matthew stopped working on 7/30/2021 even though he was not advised to stop working until 8/6/2021. I just need confirmation that he was on an approved leave of absence during that week.

**Yes, Mr. Duntz stopped working on 7/30/2021 (date of heart attack) and was on approved leave of absence during that week.**

Lastly, I need a copy of his job description that would highlight the physical requirements, like how many pounds he should be able to lift/move on the job.

**Please find his job description attached.**

**Thank you,**
**Vivian**

Please provide everything above at your earliest convince.
Thank you, and please let me know if you have any questions.

**Swara Vyas**
Claims Specialist
Short Term Disability

**Lincoln Financial Group**
8801 Indian Hills Dr.
Omaha, NE 68114

800-423-2765 Toll Free
Ext. 3432
877-843-3950 Fax

LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

## Hoffner, Faye

**From:** Disability Claims
**Sent:** Wednesday, December 8, 2021 1:24 PM
**To:** entrprserip
**Subject:** FW: Lincoln Financial Group Information for Claim 1210085648 (SECURE)
**Attachments:** Matt Duntz Stress test report.pdf

---

**From:** Vyas, Swara
**Sent:** Wednesday, December 8, 2021 1:24:08 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Lincoln Financial Group Information for Claim 1210085648 (SECURE)

Please add this to clm no 1210085648

**Swara Vyas**
Claims Specialist
Short Term Disability
800-423-2765 Ext. 3432
LincolnFinancial.com

---

**From:** Matt Duntz <mduntz@gmail.com>
**Sent:** Wednesday, December 8, 2021 1:01 PM
**To:** Vyas, Swara <Swara.Vyas@lfg.com>
**Subject:** Re: Lincoln Financial Group Information for Claim 1210085648 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good day Swara, please see attached stress test results for my file. Things are not going well, they will be going back in the heart next week to see why it is not pumping like it should be. Let me know if you need anything else.

On Thu, Oct 21, 2021 at 3:24 PM Matt Duntz <mduntz@gmail.com> wrote:

> Good afternoon, I had to cancel this past Thursdays doctors appointment as I was in the hospital with Covid. I am rescheduled for next week. The doctor will supply an updated report at that time.
>
> Regards
>
> Matt Duntz
>
> On Oct 13, 2021, at 12:57 PM, Swara Vyas <Swara.Vyas@lfg.com> wrote:
>
> This message was sent securely using Zix®
>
> E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1210085648

Please review the attached letter and/or document(s) regarding the Claim #1210085648 for Matthew Duntz. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Swara Vyas**
**Claims Examiner II, Claims**
Atlanta, GA Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765
Email: Swara.Vyas@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix®**.
<LFG.PDF>



**Lincoln/Duntz 1399**

## Hoffner, Faye

**From:** Disability Claims
**Sent:** Wednesday, August 25, 2021 9:44 AM
**To:** entrprserip
**Subject:** FW: STD CLAIM FORM - GROUP ID: AEROTECHGR/POLICY: 10141292
**Attachments:** Duntz, Matthew STD Claim Form.pdf

**Importance:** High

---

**From:** Vivian Gonzalez
**Sent:** Wednesday, August 25, 2021 9:42:59 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** STD CLAIM FORM - GROUP ID: AEROTECHGR/POLICY: 10141292

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,
Please find attached a STD Claim Form for employee, Matthew Duntz, and provide confirmation of receipt.

Thank you,
Vivian


**Vivian Gonzalez**
HR Generalist



Aerospace Technologies Group, Inc.
620 NW 35th Street | Boca Raton, FL 33431 | USA
Direct +1.561.244.7406 | Main +1.561.244.7400

website | vCard | map | LinkedIn | email



The information contained in this message is privileged, confidential, and protected from disclosure. This message is intended for the individual or entity addressed herein. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system.