**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**MATTHEW DUNTZ,**

**Plaintiff;**

**vs.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

**Case No.: 3:23-cv-00692**
**Judge Eli Richardson**
**Magistrate Judge Chip Frensley**

---

**JOINT STATUS REPORT**

---

In accordance with the Initial Case Management Order entered by the Court on November 1, 2023 [Doc. No. 14], Plaintiff Matthew Duntz and Defendant Lincoln National Life Insurance Company submit this Joint Status Report detailing their good faith attempt to settle the lawsuit.

1. Pursuant to the Initial Case Management Order, the parties are required to advise the Court of their good faith efforts to resolve the case by no later than December 28, 2023.

2. Accordingly, the parties state that Plaintiff made an initial demand in early December, and Defendant is preparing its response to said demand.

3. The parties remain actively engaged in settlement negotiations and will continue to discuss settlement of the lawsuit going forward. At this time, the parties do not request Court ordered mediation but will address the potential for resolution by informal means or mediation with each other.

Dated: December 28, 2023.

Respectfully submitted by:

**CODY ALLISON & ASSOCIATES, PLLC**

/s/ *Andrew M. Hickman*
K. Cody Allison, BPR No. 020623
Samuel D. Payne, BPR No. 019211
Andrew M. Hickman, BPR No. 037331
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
Telephone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com
sam@codyallison.com
drew@codyallison.com
*Attorneys for Plaintiff*

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers (with pemiss. AMH)*
Iwana Rademaekers (Texas Bar # 16452560)
(Motion for Admission *Pro Hac Vice* Pending)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
E-mail: iwana@rademaekerslaw.com
*One of the Attorneys for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this <u>28th</u> day of December 2023 it is anticipated that a true and exact copy of the foregoing will be served via the Court's CM/ECF system on:

Iwana Rademaekers, Esq.
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
E-mail: iwana@rademaekerslaw.com

Andrew W. Coffman, Esq.
PHELPS DUNBAR LLP
105 East Main Street, Suite 201
Tupelo, MS 38804
Post Office Box 1220
Tupelo, MS 38802-1220
Phone: (662) 842-7907
Fax: (662) 842-3873
E- mail: andrew.coffman@phelps.com

/s/ *Andrew M. Hickman*
Andrew M. Hickman