**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**MATTHEW DUNTZ,**

**Plaintiff;**

**vs.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

**Case No.: 3:23-cv-00692**
**Judge Eli Richardson**
**Magistrate Judge Chip Frensley**

---

## NOTICE OF WITHDRAWAL

---

Pursuant to Local Rule 83.01(g), the undersigned hereby gives notice that he is withdrawing as counsel for Plaintiff in this matter. Such withdrawal will not delay any pending deadlines in the case. All other attorney(s) of record from Cody Allison and Associates, PLLC will remain as counsel for Plaintiff.

Accordingly, the undersigned requests that his email (sam@codyallison.com) be removed from the Court's list for all future filings and notices transmitted via the Court's CM/ECF system.

Dated this 18th day of February, 2024.

Respectfully submitted by:

**CODY ALLISON & ASSOCIATES, PLLC**

/s/ *Samuel D. Payne*
K. Cody Allison, BPR No. 020623
Samuel D. Payne, BPR No. 019211
Andrew M. Hickman, BPR No. 037331
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
Telephone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com
sam@codyallison.com
drew@codyallison.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February 2024 it is anticipated that a true and exact copy of the foregoing will be served via the Court's CM/ECF system on:

Iwana Rademaekers, Esq.
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

Andrew W. Coffman, Esq.
PHELPS DUNBAR LLP
105 East Main Street, Suite 201
Tupelo, MS 38804
Post Office Box 1220
Tupelo, MS 38802-1220
Phone: (662) 842-7907
Fax: (662) 842-3873
andrew.coffman@phelps.com

/s/ Samuel D. Payne
Samuel D. Payne, Esq.