**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Matthew Duntz

Plaintiff,

v. Case No.: 3:23−cv−00692

Lincoln National Life Insurance Company, The

Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/19/2024 re [19].

Lynda M. Hill
s/ Kim Chastain, Deputy Clerk